B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Elko Gold Mine** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**68-0670315** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1930 Idaho St.**<br>**Elko, NV**　　　　　　　　ZIP Code **89801** | Street Address of Joint Debtor (No. and Street, City, and State):<br>　　　　　　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Elko** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3400 Parkwood Blvd.**<br>**Frisco, TX**　　　　　　　　ZIP Code **75034** | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                                 **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Elko Gold Mine** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Elko Gold Mine** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Brandy Brown**
Signature of Attorney for Debtor(s)

**Brandy Brown 9987**
Printed Name of Attorney for Debtor(s)

**Kung & Associates**
Firm Name

**214 S. Maryland Pkwy**
**Las Vegas, NV 89101**

_____
Address

                          **Email: ajkung@ajkunglaw.com**
**702-382-0883  Fax: 702-382-2720**
Telephone Number

**January 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jagmohan Dhillon**
Signature of Authorized Individual

**Jagmohan Dhillon**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**January 10, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Elko Gold Mine**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Baltic Linen Company**<br>**PO Box 5485**<br>**New Hyde Park, NY 11040-5485** | **Baltic Linen Company**<br>**PO Box 5485**<br>**New Hyde Park, NY 11040-5485** | | | **64,983.00** |
| **Best Western International**<br>**PO Box 53505**<br>**Phoenix, AZ 85072** | **Best Western International**<br>**PO Box 53505**<br>**Phoenix, AZ 85072** | | | **132,239.86** |
| **City of Elko**<br>**1751 College Avenue**<br>**Elko, NV 89801** | **City of Elko**<br>**1751 College Avenue**<br>**Elko, NV 89801** | **Best Western**<br>**1930 Idaho St.**<br>**Elko, NV 89801**<br>**Value subject to Appraisal** | | **133,683.00**<br>**(2,000,000.00 secured)**<br>**(4,955,409.94 senior lien)** |
| **CM Jarvis Furniture Leasing Inc**<br>**1121 Jackson St NE Ste. 138**<br>**Minneapolis, MN 55413** | **CM Jarvis Furniture Leasing Inc**<br>**1121 Jackson St NE Ste. 138**<br>**Minneapolis, MN 55413** | **Hotel Furniture** | | **477,629.03**<br><br>**(75,000.00 secured)** |
| **Contemp Ceramic Tile-Sic**<br>**3732 S. 300 West**<br>**Salt Lake City, UT 84115** | **Contemp Ceramic Tile-Sic**<br>**3732 S. 300 West**<br>**Salt Lake City, UT 84115** | | | **53,823.48** |
| **Contempo Ceramic Tile Co.**<br>**Rebecca Martinez/ Credit Manager**<br>**3732 South 300 West**<br>**Salt Lake City, UT 84115-4336** | **Contempo Ceramic Tile Co.**<br>**Rebecca Martinez/ Credit Manager**<br>**3732 South 300 West**<br>**Salt Lake City, UT 84115-4336** | | | **44,418.39** |
| **Desert Design**<br>**3240 Fountain Way**<br>**Winnemucca, NV 89445** | **Desert Design**<br>**3240 Fountain Way**<br>**Winnemucca, NV 89445** | | | **42,222.01** |
| **Desert Design Inc**<br>**3240 Fountain Way**<br>**Winnemucca, NV 89445** | **Desert Design Inc**<br>**3240 Fountain Way**<br>**Winnemucca, NV 89445** | | | **52,980.08** |
| **Excel National Bank**<br>**c/o Buchaler Nemer**<br>**1000 Wilshire Boulevard, Suite 250**<br>**Los Angeles, CA 90017** | **Excel National Bank**<br>**c/o Buchaler Nemer**<br>**1000 Wilshire Boulevard, Suite 250**<br>**Los Angeles, CA 90017** | **Best Western**<br>**1930 Idaho St.**<br>**Elko, NV 89801**<br>**Value subject to Appraisal** | | **4,955,409.94**<br><br>**(2,000,000.00 secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Elko Gold Mine**                                              Case No.    _____
_____
                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Fidelity Title**<br>**5430 LBJ Freeway,l Suite 260**<br>**Dallas, TX 75240** | **Fidelity Title**<br>**5430 LBJ Freeway,l Suite 260**<br>**Dallas, TX 75240** | | | **50,000.00** |
| **Hospitality Services Company**<br>**3354 Wave Court**<br>**West Jordan, UT 84084** | **Hospitality Services Company**<br>**3354 Wave Court**<br>**West Jordan, UT 84084** | | | **334,950.76** |
| **Hubert**<br>**9555 Dry Fork Road**<br>**Harrison, OH 45030-1984** | **Hubert**<br>**9555 Dry Fork Road**<br>**Harrison, OH 45030-1984** | | | **55,325.10** |
| **IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Property Taxes** | | **49,904.00** |
| **IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Disputed taxes owned by prior entity** | **Disputed** | **89,664.00** |
| **MGM Construction Company**<br>**c/o Marvel & Kump, Ltd.**<br>**217 Idaho Street**<br>**Elko, NV 89801** | **MGM Construction Company**<br>**c/o Marvel & Kump, Ltd.**<br>**217 Idaho Street**<br>**Elko, NV 89801** | | | **105,458.00** |
| **Randy Jones**<br>**Hospitality Services**<br>**3354 Wave Court**<br>**West Jordan, UT 84084** | **Randy Jones**<br>**Hospitality Services**<br>**3354 Wave Court**<br>**West Jordan, UT 84084** | | | **334,950.76** |
| **Sealy Mattress Company**<br>**Wachovia Bank**<br>**PO Box 932800**<br>**Atlanta, GA 31193-2800** | **Sealy Mattress Company**<br>**Wachovia Bank**<br>**PO Box 932800**<br>**Atlanta, GA 31193-2800** | | | **81,922.96** |
| **Sign Resource**<br>**PO Box 549**<br>**Maywood, CA 90270** | **Sign Resource**<br>**PO Box 549**<br>**Maywood, CA 90270** | | | **67,223.31** |
| **Team Green Inc**<br>**2221 N. 5th St**<br>**Elko, NV 89801** | **Team Green Inc**<br>**2221 N. 5th St**<br>**Elko, NV 89801** | | | **101,000.00** |
| **Team Green, Inc.**<br>**c/o Gregory D. Corn, Chtd.**<br>**592 5th Street**<br>**Elko, NV 89801** | **Team Green, Inc.**<br>**c/o Gregory D. Corn, Chtd.**<br>**592 5th Street**<br>**Elko, NV 89801** | | | **101,956.02** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Elko Gold Mine**                                    Case No. _____

_____
                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 10, 2011**                Signature   **/s/ Jagmohan Dhillon**

                                                        **Jagmohan Dhillon**
                                                        **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re   **Elko Gold Mine** _____,    Case No. _____

                                                            Debtor

                                                            Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,000,000.00 | | |
| B - Personal Property | Yes | 3 | 82,716.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,566,721.97 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 192,406.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 2,249,185.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| | | Total Assets | 2,082,716.00 | | |
| | | | Total Liabilities | 8,008,313.43 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re __Elko Gold Mine__ _____,    Case No. _____

Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Elko Gold Mine** _____,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Best Western**<br>**1930 Idaho St.**<br>**Elko, NV 89801**<br>**Value subject to Appraisal** | | - | **2,000,000.00** | **5,089,092.94** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,000,000.00** | (Total of this page) |
| Total > | **2,000,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re     **Elko Gold Mine**                                                                                                      ,     Case No. _____
                                                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty Cash** | - | 500.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Nevada Bank& Trust Main Account - 6504070** | - | 1,594.00 |
| | | | **Nevada Bank & Trust Operating Account - 6504062** | - | 122.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           **2,216.00**
(Total of this page)

   <u>2</u>    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Elko Gold Mine**                                    ,      Case No. _____
                                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Elko Gold Mine** _____,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Best Western Franchise Agreement (non-tranferable)** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevy Passenger 1500 Vin No. 1GNFG15M221196048** | - | **3,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Hotel Furniture** | - | **75,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory for gift shop - souveniers, trinkets, sundries, miscellaneous gift store items** | - | **2,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **80,500.00** |
| Total > | **82,716.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**B6D (Official Form 6D) (12/07)**

In re   **Elko Gold Mine**                                                                    ,      Case No. _____

_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Best Western 1930 Idaho St. Elko, NV 89801 Value subject to Appraisal | | | | | |
| City of Elko 1751 College Avenue Elko, NV 89801 | | - | | | | | | |
| | | | Value $             2,000,000.00 | | | | 133,683.00 | 133,683.00 |
| Account No. | | | Hotel Furniture | | | | | |
| CM Jarvis Furniture Leasing Inc 1121 Jackson St NE Ste. 138 Minneapolis, MN 55413 | X | - | | | | | | |
| | | | Value $               75,000.00 | | | | 477,629.03 | 402,629.03 |
| Account No. | | | Best Western 1930 Idaho St. Elko, NV 89801 Value subject to Appraisal | | | | | |
| Excel National Bank c/o Buchaler Nemer 1000 Wilshire Boulevard, Suite 250 Los Angeles, CA 90017 | X | - | | | | | | |
| | | | Value $             2,000,000.00 | | | | 4,955,409.94 | 2,955,409.94 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

| | Subtotal (Total of this page) | 5,566,721.97 | 3,491,721.97 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 5,566,721.97 | 3,491,721.97 |

B6E (Official Form 6E) (4/10)

.

In re    **Elko Gold Mine**                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**2**___  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Elko Gold Mine**                                                                                     ,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. <br><br>**City of Elko <br>1751 College Avenue <br>Elko, NV 89801** | - | | | | **2009-2010** <br><br> **Room Occupancy Tax** | | | | **21,000.00** | **Unknown** <br><br> **Unknown** | |
| Account No. <br><br>**Department of Industrial Relations <br>400 W. King Street, #400 <br>Carson City, NV 89703** | - | | | | **Disputed claim for prior worker's compensation claim** | | | X | **18,210.00** | **Unknown** <br><br> **Unknown** | |
| Account No. **618428710- DNK Airport LLC** <br><br>**IRS <br>PO Box 7346 <br>Philadelphia, PA 19101-7346** | - | | | | **2005-2008** <br><br> **Disputed taxes owned by prior entity** | | | X | **89,664.00** | **Unknown** <br><br> **Unknown** | |
| Account No. <br><br>**IRS <br>PO Box 7346 <br>Philadelphia, PA 19101-7346** | - | | | | **2009-2010** <br><br> **Property Taxes** | | | | **49,904.00** | **Unknown** <br><br> **Unknown** | |
| Account No. <br><br>**Nevada Department of Employment & Traini <br>500 East Third Street <br>Carson City, NV 89713** | - | | | | **2009-2010** <br><br> **Training & Rehabilitation Taxes/Fees Assessed** | | | | **11,128.00** | **Unknown** <br><br> **Unknown** | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **189,906.00** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re   **Elko Gold Mine** _____,   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 | | | | | |
| **Nevada Department of Taxation Attn: Bankruptcy Deparment PO Box 52674 Phoenix, AZ 85072** | - | | **State Payroll Taxes** | | | | | 0.00 |
| | | | | | | | 2,500.00 | 2,500.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 |
|---|---|---|
| (Total of this page) | 2,500.00 | 2,500.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 192,406.00 | 2,500.00 |

B6F (Official Form 6F) (12/07)

In re    **Elko Gold Mine**
_____ ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| **Account No.** | | | | | | | | | |
| **Aahsome Spas** **170 Idaho St** **Elko, NV 89801** | | - | | | | | | | 466.87 |
| **Account No.** | | | | | | | | | |
| **Action Door Controls** **14918 South Concord Park Drive** **Riverton, UT 84065-2505** | | | | | | | | | 17,970.00 |
| **Account No.** | | | | | | | | | |
| **Ahern Rentals** **4241 Arville St** **Las Vegas, NV 89103-3713** | | - | | | | | | | 3,474.83 |
| **Account No.** | | | | | | | | | |
| **All American Publishing** **PO Box 9801** **Baltimore, MD 21284** | | - | | | | | | | 275.00 |
| __23__ continuation sheets attached | | | | | | | Subtotal (Total of this page) | | 22,186.70 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                              ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Alliance Commercial Equipment** **3838 South State Street** **Salt Lake City, UT 84115** | - | | | | | | | 3,031.93 |
| Account No. | | | | | | | | |
| **AMTEX Tex Chem Corp** **Po Box 431** **San Bernardino, CA 92402** | - | | | | | | | 30,396.06 |
| Account No. | | | | Cable Services | | | | |
| **Baja Broadband** **1250 Lamalle Hwy #1150** **Elko, NV 89801** | - | | | | | | | 2,707.00 |
| Account No. | | | | | | | | |
| **Baltic Linen Company** **PO Box 5485** **New Hyde Park, NY 11040-5485** | - | | | | | | | 64,983.00 |
| Account No. | | | | | | | | |
| **Best Western International** **PO Box 53505** **Phoenix, AZ 85072** | - | | | | | | | 132,239.86 |

Sheet no. __1__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    233,357.85

B6F (Official Form 6F) (12/07) - Cont.

In re **Elko Gold Mine** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Brody Chemical 6125 W. Double Eagle Salt Lake City, UT 84118 | | - | | | | | | 2,769.34 |
| Account No. | | | | | | | | |
| Capital Glass Inc 2951 N. Deer Run Rd, Ste. 1 Carson City, NV 89701 | | - | | | | | | 34,485.00 |
| Account No. | | | | | | | | |
| Capital Glass, Inc. Hoffman, Test, Guinan & Collier 429 West Plumb Lane Reno, NV 89509 | | - | | | | | | 34,485.00 |
| Account No. | | | | | | | | |
| Central PO Box 847084 Dallas, TX 75284 | | - | | | | | | 1,530.08 |
| Account No. | | | | | | | | |
| Certified Fire Protection 3439 S. 500 W Salt Lake City, UT 84115 | | - | | | | | | 2,824.00 |

Sheet no. __2__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **76,093.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**
_____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Cintas Corporation 97627 Eagle Way Chicago, IL 60678-7627 | - | | | | | | | 2,520.69 |
| Account No. | | | | | | | | |
| Clearinghouse PO Box 15001 Boise, ID 83715 | - | | | | | | | 137.00 |
| Account No. | | | | | | | | |
| Coast to Coast Computer Products 4277 Valley Fair St Simi Valley, CA 93063 | - | | | | | | | 1,215.36 |
| Account No. | | | | | | | | |
| Commtrak 17493 Nassau Commons PA 19558 | - | | | | | | | 771.18 |
| Account No. | | | | | | | | |
| Contemp Ceramic Tile-Sic 3732 S. 300 West Salt Lake City, UT 84115 | - | | | | | | | 53,823.48 |

Sheet no. __3__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        58,467.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Elko Gold Mine** ,                        Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Contempo Ceramic Tile Co. Rebecca Martinez/ Credit Manager 3732 South 300 West Salt Lake City, UT 84115-4336 | - | | | | | | | 44,418.39 |
| Account No. | | | | | | | | |
| Creative Breakfast Concepts Inc. 1401 South Leavitt Avenue Orange City, FL 32763 | - | | | | | | | 7,936.87 |
| Account No. | | | | | | | | |
| Crown Arts, LLC 1303 Veterans Memorial Hwy SE Mableton, GA 30126 | - | | | | | | | 18,130.00 |
| Account No. | | | | | | | | |
| Crowne Arts LLC 1303 Veterns Memorial Hwy SE Mableton, GA 30126 | - | | | | | | | 15,100.00 |
| Account No. | | | | | | | | |
| Culligan of Elko PO Box 848 Elko, NV 89803 | - | | | | | | | 170.00 |
| Sheet no. __4__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 85,755.26 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Elko Gold Mine** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Dallas Fidelity National Bank** **c/o Phil Meyer** **600 E. Jon W. Carpenter Fwy, #125** **Irving, TX 75062** | - | | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| **DEA Incoporated** **5260 East Idaho Street** **Elko, NV 89801** | - | | | | | | | 5,648.40 |
| Account No. | | | | | | | | |
| **DEA Incorporated** **5260 E Idaho St** **Elko, NV 89801** | - | | | | | | | 5,648.90 |
| Account No. | | | | | | | | |
| **Desert Design** **3240 Fountain Way** **Winnemucca, NV 89445** | - | | | | | | | 42,222.01 |
| Account No. | | | | | | | | |
| **Desert Design Inc** **3240 Fountain Way** **Winnemucca, NV 89445** | - | | | | | | | 52,980.08 |

Sheet no. __5__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111,499.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                    ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| DMX, Inc. 1703 W 5th St S 600 Austin, TX 78703 | - | | | | | | | 15,272.79 |
| Account No. | | | | | | | | |
| Doormats & More 216 Little Falls Road, Units 13 & 14 Cedar Grove, NJ 07009 | - | | | | | | | 9,164.00 |
| Account No. | | | | | | | | |
| Doormats & More 216 Little Falls Rd, Un 13 & 14 Cedar Grove, NJ 07009 | - | | | | | | | 330.00 |
| Account No. | | | | | | | | |
| Dralarof California 11053 Penrose St, Ste. A Elko, NV 89801 | - | | | | | | | 9,535.00 |
| Account No. | | | | | | | | |
| East West Refigeration 3983 S McCarran Blvd #468 Reno, NV 89502 | - | | | | | | | 263.02 |

Sheet no. __6__ of __23__ sheets attached to Schedule of                Subtotal                         34,564.81
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elko Gold Mine**                                             ,          Case No. _____
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Eccolab Supplies<br>Jack Ecolab<br>PO Box 100512<br>Pasadena, CA 91189 | - | | | | | | 5,012.00 |
| Account No. | | | | | | | |
| Ecolob Pest<br>JIM Ecolab<br>PO Box 6007<br>Grand Forks, ND 58206-6007 | - | | | | | | 936.00 |
| Account No. | | | | | | | |
| Elko Area Chamber of Commerce<br>1405 Idaho St<br>Elko, NV 89801 | - | | | | | | 125.00 |
| Account No. | | | | | | | |
| Elko Daily Free Press<br>3720 Idaho St<br>Elko, NV 89801 | - | | | | | | 468.66 |
| Account No. | | | | | | | |
| Elko Food Services Inc<br>400 Front St, Ste. 2<br>Elko, NV 89801 | - | | | | | | 465.11 |

Sheet no. __7__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,006.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elko Gold Mine**
_____,     Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Water services | | | | |
| **Elko Municipal Water Department**<br>**1751 College Avenue**<br>**Elko, NV 89801** | - | | | | | | **2,650.00** |
| Account No. | | | Trash Service | | | | |
| **Elko Sanitation**<br>**355 Silver Street**<br>**Elko, NV 89801** | - | | | | | | **1,550.00** |
| Account No. | | | | | | | |
| **Ellison Electric**<br>**438 South Fifth Street**<br>**Elko, NV 89801** | - | | | | | | **2,525.36** |
| Account No. | | | | | | | |
| **FEDEX**<br>**PO Box 660481**<br>**Dallas, TX 75266** | - | | | | | | **50.00** |
| Account No. | | | | | | | |
| **Ferguson Enterprises, Inc.**<br>**c/o Marquis & Aurbach**<br>**10001 Park Run Drive**<br>**Las Vegas, NV 89145** | - | | | | | | **18,224.61** |

Sheet no. __8__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,999.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Fidelity Title** **5430 LBJ Freeway,l Suite 260** **Dallas, TX 75240** | - | | | | | | | 50,000.00 |
| Account No. | | Phone Services | | | | | | |
| **Frontier** **PO Box 3609** **Kingman, AZ 86402** | - | | | | | | | 11,342.00 |
| Account No. | | | | | | | | |
| **Gary's Oil City** **1940 E. Idaho St** **Elko, NV 89801** | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| **Goicoechea Soda Blasting** **Elias D. Goicoechea** **960 Tobiano Road** **Spring Creek, NV 89803** | - | | | | | | | 5,041.76 |
| Account No. | | | | | | | | |
| **Gold Dust West inn** **2171 US Highway** **Carson City, NV 89701-2723** | - | | | | | | | 3,000.00 |

Sheet no. __9__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          69,483.76

B6F (Official Form 6F) (12/07) - Cont.

In re __**Elko Gold Mine**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GR Fence Company 12340 Brighton Rd Henderson, CO 80640 | - | | | | | | | 625.00 |
| Account No. | | | | | | | | |
| Gritton & Associates PO Box 65097 Salt Lake City, UT 84165-0097 | - | | | | | | | 159.90 |
| Account No. | | | | | | | | |
| HD Supply PO Box 509058 San Diego, CA 92150-9058 | - | | | | | | | 17,292.38 |
| Account No. | | | | | | | | |
| Hiersche, Hayword & Drakeley 15303 Dallas Parkway Ste. 700 Addison, TX 75001 | - | | | | | | | 459.60 |
| Account No. | | | | | | | | |
| Hospitality Services Company 3354 Wave Court West Jordan, UT 84084 | - | | | | | | | 334,950.76 |

Sheet no. __10__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

353,487.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hotel Signs.com**<br>**PO Box 5996**<br>**Chattanooga, TN 37406** | - | | | | | | 10,655.92 |
| Account No. | | | | | | | |
| **HotShot Power Washing**<br>**Ethan Burlingham**<br>**943 Sunrise Drive**<br>**Elko, NV 89801** | - | | | | | | 11,577.50 |
| Account No. | | | | | | | |
| **Hotshot Powerwashing**<br>**943 Sunrise Dr.**<br>**Elko, NV 89801** | - | | | | | | 11,577.50 |
| Account No. | | | | | | | |
| **Hubert**<br>**9555 Dry Fork Road**<br>**Harrison, OH 45030-1984** | - | | | | | | 55,325.10 |
| Account No. | | | | | | | |
| **Imagine Tchnology Services**<br>**567 W. Silver St., Ste. 402**<br>**Elko, NV 89801** | - | | | | | | 4,439.58 |

Sheet no. __11__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **93,575.60**

B6F (Official Form 6F) (12/07) - Cont.

In re __Elko Gold Mine__ _____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **IMG**<br>**PO Box 141416**<br>**Irving, TX 75014** | | - | | | | | 270.00 |
| Account No. | | | | | | | |
| **Lodgenet Interactive Corp**<br>**PO Box 952141**<br>**Saint Louis, MO 63195-2141** | | - | | | | | 4,869.87 |
| Account No. | | | | | | | |
| **Marty Vodopich Painting**<br>**PO Box 8217**<br>**Spring Creek, NV 89815** | | - | | | | | 7,115.00 |
| Account No. | | | | | | | |
| **Mendenhall Equipment Co**<br>**880 W. 100 N**<br>**North Salt Lake, UT 84054** | | - | | | | | 958.70 |
| Account No. | | | | | | | |
| **MGM Construction Company**<br>**c/o Marvel & Kump, Ltd.**<br>**217 Idaho Street**<br>**Elko, NV 89801** | | - | | | | | 105,458.00 |

Sheet no. __12__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    118,671.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Micros** **7031 Columbia Dr.** **Columbia, MD 21046-2289** | | - | | | | | 7,263.89 |
| Account No. | | | | | | | |
| **Midway Industries** **PO Box 370** **Reisterstown, MD 21136** | | - | | | | | 598.90 |
| Account No. | | | | | | | |
| **Monster.com** **7800 W, BrownDeer Rd, Ste. 200** **Milwaukee, WI 53223** | | - | | | | | 4,650.00 |
| Account No. | | | | | | | |
| **Muzak** **3318 Lakemont Blvd.** **Fort Mill, SC 29708** | | - | | | | | 421.55 |
| Account No. | | | | | | | |
| **Nav-Elko-GCI, LLC** **Gold Country Inn & Casino** **2050 Idaho St.** **Elko, NV 89801** | | - | | | | | 83.94 |

Sheet no. __13__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,018.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elko Gold Mine**                                          , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nevada Division of Health** <br> **3427 Goni Rd** <br> **Carson City, NV 89706** | - | | | | | | 934.00 |
| Account No. <br><br> **Nevada Division of Industrial Relations** <br> **PO Box 30065** <br> **Reno, NV 89520** | - | | | | | | 18,210.12 |
| Account No. <br><br> **Nevada Hotel & Lodging Association** <br> **2820 W. Charleston Blvd., Ste. 41** <br> **Las Vegas, NV 89102-1934** | - | | | | | | 18,210.12 |
| Account No. <br><br> **NV Energy** <br> **PO Box 30086** <br> **Reno, NV 89520** | - | | Electricty Services | | | | 3,436.00 |
| Account No. <br><br> **Pac Van** <br> **2995 S. Harding St.** <br> **Indianapolis, IN 46225** | - | | | | | | 5,100.89 |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **45,891.13**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elko Gold Mine**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Penrod's Plumbing Heating** 255 Eleventh St. Elko, NV 89801 | - | | | | | | 299.06 |
| Account No. | | | | | | | |
| **Playground Consulting** PO Box 1236 Zephyr Cove, NV 89448 | - | | | | | | 523.20 |
| Account No. | | | | | | | |
| **Plumb line Mechanical** c/o Wilson Barrow & Salyer 442 Court Street Elko, NV 89801 | - | | | | | | 12,358.45 |
| Account No. | | | | | | | |
| **Plumbing Mechanic** PO Box 2666 Elko, NV 89803 | - | | | | | | 12,127.57 |
| Account No. | | | | | | | |
| **Professional Furnace Cleaning** 170 S. First St Elko, NV 89801 | - | | | | | | 552.50 |

Sheet no. __15__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **25,860.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elko Gold Mine**                                                   ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Progressive Pest Mgmt of Northern Nevada** <br> **PO Box 129** <br> **Fernley, NV 89408** | - | | | | | | 150.00 |
| Account No. | | | | | | | |
| **Quick Badge & Sign, Inc.** <br> **PO Box 468** <br> **Gresham, OR 97030** | - | | | | | | 383.10 |
| Account No. | | | | | | | |
| **R & R  maintenances Inc** <br> **PO Box 5009** <br> **Elko, NV 89802** | - | | | | | | 195.00 |
| Account No. | | | | | | | |
| **RAC** <br> **The Cash Advantage #94030** <br> **2562 Idaho Street** <br> **Elko, NV 89801** | - | | | | | | 2,686.51 |
| Account No. | | | | | | | |
| **Randy Jones** <br> **Hospitality Services** <br> **3354 Wave Court** <br> **West Jordan, UT 84084** | - | | | | | | 334,950.76 |

Sheet no. __16__ of __23__ sheets attached to Schedule of                         Subtotal          338,365.37
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Elko Gold Mine__ ,                    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ray LaVoie Construction PO Box 281425 Lamoille, NV 89828 | - | | | | | | | 2,125.00 |
| Account No. | | | | | | | | |
| Red Lion Inn & Casino 2065 Idaho St Elko, NV 89801 | - | | | | | | | 20,000.00 |
| Account No. | | | | | | | | |
| RGI Publications 15460 S. Keeler Olathe, KS 66062 | - | | | | | | | 12,605.75 |
| Account No. | | | | | | | | |
| Ruby Mountain HVAC & Refrigeration William A. Baker, Esq. 9468 Double R Blvd. Suite A Reno, NV 89521 | - | | | | | | | 15,527.89 |
| Account No. | | | | | | | | |
| Ruby Mountain HVAC & Refrigeration 9468 Double R Blvd. Ste. A Reno, NV 89521 | - | | | | | | | 15,527.89 |

Sheet no. __17__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            65,786.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                    ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Ruby Mountain Painting Inc 2324 Sierra Dr Elko, NV 89801 | - | | | | | | | 4,616.22 |
| Account No. | | | | | | | | |
| Sabala Electric 882 Commercial Elko, NV 89801 | - | | | | | | | 281.00 |
| Account No. | | | | | | | | |
| Saflok PO Box 890247 Charlotte, NC 28289-0247 | - | | | | | | | 6,045.55 |
| Account No. | | | | | | | | |
| Sealy Mattress Company Wachovia Bank PO Box 932800 Atlanta, GA 31193-2800 | - | | | | | | | 81,922.96 |
| Account No. | | | | | | | | |
| Service Caster Corporation 9 S. First Ave W Reading, PA 19611 | - | | | | | | | 220.16 |

Sheet no. __18__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    93,085.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elko Gold Mine**                                                                                    ,      Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Service Lamp Corp**<br>**PO Box 249**<br>**Marlton, NJ 08053** | - | | | | | | | 421.24 |
| Account No.<br><br>**Sign Resource**<br>**PO Box 549**<br>**Maywood, CA 90270** | - | | | | | | | 67,223.31 |
| Account No.<br><br>**Snyder Services, Inc.**<br>**PO Box 882**<br>**Elko, NV 89801** | - | | | | | | | 17,788.00 |
| Account No.<br><br>**Southwest Gas Corporation**<br>**6040 Badura, Suite 110**<br>**Las Vegas, NV 89118** | - | | | Natural Gas Services | | | | 3,040.00 |
| Account No.<br><br>**State Fire DC Specialties**<br>**2640 Ruby Vista Dr**<br>**Elko, NV 89801** | - | | | | | | | 7,084.78 |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,557.33

B6F (Official Form 6F) (12/07) - Cont.

In re **Elko Gold Mine**                                                    , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Superion Services, Inc.** P.O. Box 1612 Elko, NV 89803 | - | | | | | | 12,952.50 |
| Account No. **Superior Services** PO Box 1612 Elko, NV 89803 | - | | | | | | 12,952.50 |
| Account No. **Synder Mechanical** P.O. Box 2775 Elko, NV 89803 | - | | | | | | 17,788.00 |
| Account No. **TDS Communications** 588 Shadybrook Dr Spring Creek, NV 89815 | - | | | | | | 6,672.64 |
| Account No. **Team Green Inc** 2221 N. 5th St Elko, NV 89801 | - | | | | | | 101,000.00 |

Sheet no. __20__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **151,365.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elko Gold Mine**                                                                 ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Team Green, Inc. c/o Gregory D. Corn, Chtd. 592 5th Street Elko, NV 89801 | - | | | | | | 101,956.02 |
| Account No. | | | | | | | |
| The Cash Advantage #94030 2562 Idaho St Elko, NV 89801 | - | | | | | | 2,686.51 |
| Account No. | | | | | | | |
| The Paint Store 336 Silver Street Elko, NV 89801 | - | | | | | | 6,480.02 |
| Account No. | | | | | | | |
| The Paint Store 336 Silver St Elko, NV 89801 | - | | | | | | 6,480.42 |
| Account No. | | | | | | | |
| Travel Today PO Box 504558 Saint Louis, MO 63150 | - | | | | | | 32.93 |

Sheet no. __21__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              117,635.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elko Gold Mine**                                          ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| TravelNow.com 4319 S. National #108 Springfield, MO 65810 | - | | | | | | 252.43 |
| Account No. | | | | | | | |
| Umscheid Ent Inc 336 Silver St Elko, NV 89801 | - | | | | | | 6,480.02 |
| Account No. | | | | | | | |
| Val-U-Chem, Inc PO Box 82310 Phoenix, AZ 85071 | - | | | | | | 675.64 |
| Account No. | | | | | | | |
| Valiant 2727 W. 5th Ave Denver, CO 80204 | - | | | | | | 3,757.04 |
| Account No. | | | | | | | |
| Vic's 101 2186 Idaho St Elko, NV 89801 | - | | | | | | 229.77 |

Sheet no. __22__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          11,394.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Elko Gold Mine** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Western<br>PO Box 1555<br>701 Enterprise St N<br>Aberdeen, SD 57401** | - | | | | | | 591.26 |
| Account No.<br><br>**Yellow Pages<br>PO Box 95450<br>Atlanta, GA 30347** | - | | | | | | 1,482.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __23__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 2,073.26 |
| Total (Report on Summary of Schedules) | | 2,249,185.46 |

B6G (Official Form 6G) (12/07)

In re    **Elko Gold Mine**
_____,    Case No. _____
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                            Best Case Bankruptcy

**B6H (Official Form 6H) (12/07)**

In re   **Elko Gold Mine**                                         ,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bawa Dhillon** | **Excel National Bank**<br>**c/o Buchaler Nemer**<br>**1000 Wilshire Boulevard, Suite 250**<br>**Los Angeles, CA 90017** |
| **Kamaldip Dhami** | **CM Jarvis Furniture Leasing Inc**<br>**1121 Jackson St NE Ste. 138**<br>**Minneapolis, MN 55413** |
| **Kamaldip Dhami** | **Excel National Bank**<br>**c/o Buchaler Nemer**<br>**1000 Wilshire Boulevard, Suite 250**<br>**Los Angeles, CA 90017** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **Elko Gold Mine**
_____    Case No. _____
                              Debtor(s)      Chapter    **11**
_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**36**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 10, 2011**
_____

Signature   **/s/ Jagmohan Dhillon**
_____

**Jagmohan Dhillon**
**Manager**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re    **Elko Gold Mine**

Case No.

Chapter    **11**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ellison Electric vs. Elko Gold Mine, LLC CV-C-10-975** | **Mechanic's Lien Foreclosure** | **Nevada State Court Fourth District 571 Idaho Street Elko, NV 89801** | **Pending** |
| **Dallas Fidelity National Bank - Phil Meyer v. Elko Gold Mine LLC DC-09-10434** | **Mechanic's Lien Foreclosure** | **District Court of Dallas County 160th District George L. Allen Senior Courts Building 600 Commerce Street Box 640 Dallas, TX 75202** | **Pending** |
| **Fergusen Enterprises Inc. v. Elko Gold Mine LLC CV-1002421** | **Mechanic's Lien Foreclosure** | **Nevada State Court Second District - Washoe County 75 Court Street Box 30083 Reno, NV 98520** | **Pending** |
| **Plumb Line Mechanical v. Elko Gold Mine LLC CV-C-10-967** | **Mechanic's Lien Foreclosure** | **Nevada State Court Fourth District - Elko 571 Idaho Street Elko, NV 89801** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Superior Services Inc. v. Elko Gold Mine LLC CV-C-10-968** | **Mechanic's Lien Foreclosure** | **Nevada State Court Fourth District - Elko 571 Idaho Street Elko, NV 89801** | **Pending** |
| **Excel National Bank v. Elko Gold Mine LLC SC110298** | **Mortgage Debt Foreclosure/Receivership** | **Los Angeles Superior Court - West District 9355 Burton Way Beverly Hills, Ca 90210** | **Pending** |
| **Jarvis v. Elko Gold Mine LLC 27-CV-10** | **Breach of Financing Agreement** | **Minnesota State Court Fourth District of Minnesota Hennepin County Government Center 300 South Sixth Street Minneapolis, MN 55487** | **Pending** |

None
■      b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■      a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■      b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■      List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kung & Associates**<br>**214 S. Maryland Parkway**<br>**Las Vegas, NV 89101** | **1/20/2010** | **$9.990.00** |
| **The Law Offices of Alan Smith**<br>**505 Ridge St.**<br>**Reno, NV 89501** | **1/10/2010** | **$19,000.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Nevada Bank & Trust**<br>**210 Front Street**<br>**Caliente, NV 89008** | **Payroll Account - 6504260** | **-12.00**<br><br>**Closed in August of 2010** |

5

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■      Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■      the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■      ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
       partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
       immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
       within **six years** immediately preceding the commencement of this case.

       *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six**
       **years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six**
       **years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

       *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,*
*within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go*
*directly to the signature page.)*

---

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
■      supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■      of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

7

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                  (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                 RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                      TITLE                            NATURE AND PERCENTAGE
                                                                       OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                            DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                         DATE AND PURPOSE                 AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                OF WITHDRAWAL                    OR DESCRIPTION AND
                                                                      VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 10, 2011**               Signature    **/s/ Jagmohan Dhillon**

                                                       **Jagmohan Dhillon**
                                                       **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **Elko Gold Mine**

Debtor(s)

Case No.

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 10, 2011**

**/s/ Brandy Brown**
**Brandy Brown 9987**
**Kung & Associates**
**214 S. Maryland Pkwy**
**Las Vegas, NV 89101**
**702-382-0883   Fax: 702-382-2720**
**ajkung@ajkunglaw.com**

---

# United States Bankruptcy Court
### District of Nevada

In re      **Elko Gold Mine**_____,      Case No. _____

Debtor                                Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bawa Dhillon**<br>**1662 Highway 295, Suite 214**<br>**Minden, NV 89423** | **General Membership Shares of LLC** | **50% Owner** | **General Membership Shares of LLC** |
| **Jagmahon Dhillon**<br>**1662 Highway 395, Suite 214**<br>**Minden, NV 89423** | **General Membership Shares of LLC** | **50%** | **General Membership Shares of LLC** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**January 10, 2011**_____      Signature  **/s/ Jagmohan Dhillon**_____

**Jagmohan Dhillon**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   **Elko Gold Mine** _____    Case No. _____

                         Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 10, 2011** _____       **/s/ Jagmohan Dhillon** _____

                                             **Jagmohan Dhillon**/**Manager**
                                             Signer/Title

Elko Gold Mine
3400 Parkwood Blvd.
Frisco, TX 75034

Brandy Brown
Kung & Associates
214 S. Maryland Pkwy
Las Vegas, NV 89101

Aahsome Spas
170 Idaho St
Elko, NV 89801

Action Door Controls
14918 South Concord Park Drive
Riverton, UT 84065-2505

Ahern Rentals
4241 Arville St
Las Vegas, NV 89103-3713

All American Publishing
PO Box 9801
Baltimore, MD 21284

Alliance Commercial Equipment
3838 South State Street
Salt Lake City, UT 84115

AMTEX Tex Chem Corp
Po Box 431
San Bernardino, CA 92402

Baja Broadband
1250 Lamalle Hwy #1150
Elko, NV 89801

Baltic Linen Company
PO Box 5485
New Hyde Park, NY 11040-5485

Bawa Dhillon

Best Western International
PO Box 53505
Phoenix, AZ 85072

Brody Chemical
6125 W. Double Eagle
Salt Lake City, UT 84118

Capital Glass Inc
2951 N. Deer Run Rd, Ste. 1
Carson City, NV 89701

Capital Glass, Inc.
Hoffman, Test, Guinan & Collier
429 West Plumb Lane
Reno, NV 89509

Central
PO Box 847084
Dallas, TX 75284

Certified Fire Protection
3439 S. 500 W
Salt Lake City, UT 84115

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-7627

City of Elko
1751 College Avenue
Elko, NV 89801

City of Elko
1751 College Avenue
Elko, NV 89801

Clearinghouse
PO Box 15001
Boise, ID 83715

CM Jarvis Furniture Leasing Inc
1121 Jackson St NE Ste. 138
Minneapolis, MN 55413

Coast to Coast Computer Products
4277 Valley Fair St
Simi Valley, CA 93063

Commtrak
17493 Nassau Commons
PA 19558

Contemp Ceramic Tile-Sic
3732 S. 300 West
Salt Lake City, UT 84115

Contempo Ceramic Tile Co.
Rebecca Martinez/ Credit Manager
3732 South 300 West
Salt Lake City, UT 84115-4336

Creative Breakfast Concepts Inc.
1401 South Leavitt Avenue
Orange City, FL 32763

Crown Arts, LLC
1303 Veterans Memorial Hwy SE
Mableton, GA 30126

Crowne Arts LLC
1303 Veterns Memorial Hwy SE
Mableton, GA 30126

Culligan of Elko
PO Box 848
Elko, NV 89803

Dallas Fidelity National Bank
c/o Phil Meyer
600 E. Jon W. Carpenter Fwy, #125
Irving, TX 75062

DEA Incoporated
5260 East Idaho Street
Elko, NV 89801

DEA Incorporated
5260 E Idaho St
Elko, NV 89801

Department of Industrial Relations
400 W. King Street, #400
Carson City, NV 89703

Desert Design
3240 Fountain Way
Winnemucca, NV 89445

Desert Design Inc
3240 Fountain Way
Winnemucca, NV 89445

DMX, Inc.
1703 W 5th St S 600
Austin, TX 78703

Doormats & More
216 Little Falls Road, Units 13 & 14
Cedar Grove, NJ 07009

Doormats & More
216 Little Falls Rd, Un 13 & 14
Cedar Grove, NJ 07009

Dralarof California
11053 Penrose St, Ste. A
Elko, NV 89801

East West Refigeration
3983 S McCarran Blvd #468
Reno, NV 89502

Eccolab Supplies
Jack Ecolab
PO Box 100512
Pasadena, CA 91189

Ecolob Pest
JIM Ecolab
PO Box 6007
Grand Forks, ND 58206-6007

Elko Area Chamber of Commerce
1405 Idaho St
Elko, NV 89801

Elko Daily Free Press
3720 Idaho St
Elko, NV 89801

Elko Food Services Inc
400 Front St, Ste. 2
Elko, NV 89801

Elko Municipal Water Department
1751 College Avenue
Elko, NV 89801

Elko Sanitation
355 Silver Street
Elko, NV 89801

Ellison Electric
438 South Fifth Street
Elko, NV 89801

Excel National Bank
c/o Buchaler Nemer
1000 Wilshire Boulevard, Suite 250
Los Angeles, CA 90017

FEDEX
PO Box 660481
Dallas, TX 75266

Ferguson Enterprises, Inc.
c/o Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145

Fidelity Title
5430 LBJ Freeway,l Suite 260
Dallas, TX 75240

Frontier
PO Box 3609
Kingman, AZ 86402

Gary's Oil City
1940 E. Idaho St
Elko, NV 89801

Goicoechea Soda Blasting
Elias D. Goicoechea
960 Tobiano Road
Spring Creek, NV 89803

Gold Dust West inn
2171 US Highway
Carson City, NV 89701-2723

GR Fence Company
12340 Brighton Rd
Henderson, CO 80640

Gritton & Associates
PO Box 65097
Salt Lake City, UT 84165-0097

HD Supply
PO Box 509058
San Diego, CA 92150-9058

Hiersche, Hayword & Drakeley
15303 Dallas Parkway Ste. 700
Addison, TX 75001

Hospitality Services Company
3354 Wave Court
West Jordan, UT 84084

Hotel Signs.com
PO Box 5996
Chattanooga, TN 37406

HotShot Power Washing
Ethan Burlingham
943 Sunrise Drive
Elko, NV 89801

Hotshot Powerwashing
943 Sunrise Dr.
Elko, NV 89801

Hubert
9555 Dry Fork Road
Harrison, OH 45030-1984

Imagine Tchnology Services
567 W. Silver St., Ste. 402
Elko, NV 89801

IMG
PO Box 141416
Irving, TX 75014

IRS
Acct No 618428710- DNK Airport LLC
PO Box 7346
Philadelphia, PA 19101-7346

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Kamaldip Dhami


Kamaldip Dhami


Lodgenet Interactive Corp
PO Box 952141
Saint Louis, MO 63195-2141

Marty Vodopich Painting
PO Box 8217
Spring Creek, NV 89815

Mendenhall Equipment Co
880 W. 100 N
North Salt Lake, UT 84054

MGM Construction Company
c/o Marvel & Kump, Ltd.
217 Idaho Street
Elko, NV 89801

Micros
7031 Columbia Dr.
Columbia, MD 21046-2289

Midway Industries
PO Box 370
Reisterstown, MD 21136

Monster.com
7800 W, BrownDeer Rd, Ste. 200
Milwaukee, WI 53223

Muzak
3318 Lakemont Blvd.
Fort Mill, SC 29708

Nav-Elko-GCI, LLC
Gold Country Inn & Casino
2050 Idaho St.
Elko, NV 89801

Nevada Department of Employment & Traini
500 East Third Street
Carson City, NV 89713

Nevada Department of Taxation
Attn: Bankruptcy Deparment
PO Box 52674
Phoenix, AZ 85072

Nevada Division of Health
3427 Goni Rd
Carson City, NV 89706

Nevada Division of Industrial Relations
PO Box 30065
Reno, NV 89520

Nevada Hotel & Lodging Association
2820 W. Charleston Blvd., Ste. 41
Las Vegas, NV 89102-1934

NV Energy
PO Box 30086
Reno, NV 89520

Pac Van
2995 S. Harding St.
Indianapolis, IN 46225

Penrod's Plumbing Heating
255 Eleventh St.
Elko, NV 89801

Playground Consulting
PO Box 1236
Zephyr Cove, NV 89448

Plumb line Mechanical
c/o Wilson Barrow & Salyer
442 Court Street
Elko, NV 89801

Plumbing Mechanic
PO Box 2666
Elko, NV 89803

Professional Furnace Cleaning
170 S. First St
Elko, NV 89801

Progressive Pest Mgmt of Northern Nevada
PO Box 129
Fernley, NV 89408

Quick Badge & Sign, Inc.
PO Box 468
Gresham, OR 97030

R & R  maintenances Inc
PO Box 5009
Elko, NV 89802

RAC
The Cash Advantage #94030
2562 Idaho Street
Elko, NV 89801

Randy Jones
Hospitality Services
3354 Wave Court
West Jordan, UT 84084

Ray LaVoie Construction
PO Box 281425
Lamoille, NV 89828

Red Lion Inn & Casino
2065 Idaho St
Elko, NV 89801

RGI Publications
15460 S. Keeler
Olathe, KS 66062

Ruby Mountain HVAC & Refrigeration
William A. Baker, Esq.
9468 Double R Blvd. Suite A
Reno, NV 89521

Ruby Mountain HVAC & Refrigeration
9468 Double R Blvd. Ste. A
Reno, NV 89521

Ruby Mountain Painting Inc
2324 Sierra Dr
Elko, NV 89801

Sabala Electric
882 Commercial
Elko, NV 89801

Saflok
PO Box 890247
Charlotte, NC 28289-0247

Sealy Mattress Company
Wachovia Bank
PO Box 932800
Atlanta, GA 31193-2800

Service Caster Corporation
9 S. First Ave W
Reading, PA 19611

Service Lamp Corp
PO Box 249
Marlton, NJ 08053

Sign Resource
PO Box 549
Maywood, CA 90270

Snyder Services, Inc.
PO Box 882
Elko, NV 89801

Southwest Gas Corporation
6040 Badura, Suite 110
Las Vegas, NV 89118

State Fire DC Specialties
2640 Ruby Vista Dr
Elko, NV 89801

Superion Services, Inc.
P.O. Box 1612
Elko, NV 89803

Superior Services
PO Box 1612
Elko, NV 89803

Synder Mechanical
P.O. Box 2775
Elko, NV 89803

TDS Communications
588 Shadybrook Dr
Spring Creek, NV 89815

Team Green Inc
2221 N. 5th St
Elko, NV 89801

Team Green, Inc.
c/o Gregory D. Corn, Chtd.
592 5th Street
Elko, NV 89801

```
The Cash Advantage #94030
2562 Idaho St
Elko, NV 89801

The Paint Store
336 Silver Street
Elko, NV 89801

The Paint Store
336 Silver St
Elko, NV 89801

Travel Today
PO Box 504558
Saint Louis, MO 63150

TravelNow.com
4319 S. National #108
Springfield, MO 65810

Umscheid Ent Inc
336 Silver St
Elko, NV 89801

Val-U-Chem, Inc
PO Box 82310
Phoenix, AZ 85071

Valiant
2727 W. 5th Ave
Denver, CO 80204

Vic's 101
2186 Idaho St
Elko, NV 89801

Western
PO Box 1555
701 Enterprise St N
Aberdeen, SD 57401

Yellow Pages
PO Box 95450
Atlanta, GA 30347
```

# United States Bankruptcy Court
## District of Nevada

In re    __Elko Gold Mine__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Elko Gold Mine__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bawa Dhillon**
**1662 Highway 295, Suite 214**
**Minden, NV 89423**

☐ None [*Check if applicable*]

__January 10, 2011__

Date

**/s/ Brandy Brown**

**Brandy Brown 9987**

Signature of Attorney or Litigant

Counsel for    **Elko Gold Mine**

**Kung & Associates**
**214 S. Maryland Pkwy**
**Las Vegas, NV 89101**
**702-382-0883 Fax:702-382-2720**
**ajkung@ajkunglaw.com**