NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
*USTPRegion17.RE.ECF@usdoj.gov*
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
August B. Landis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ELKO GOLD MINE,<br><br><br><br><br><br><br><br>           Debtors. | Case no: BK-N-11-50084-BTB<br>Chapter: 11<br><br>**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**<br><br>Hearing Date:    N/A<br>Hearing Time:    N/A |

TO THE HONORABLE BRUCE T. BEESLEY, BANKRUPTCY JUDGE:

Pursuant to Section 1102 of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors.

1.    DESERT DESIGN

   Represented by:    Demetria Gordon
               3240 Fountain Way
               Winnemucca, NV 89445
               775-625-2323
               775-625-2344 fax

1

2. BALTIC LINEN CO.

    Represented by:    Carol Piazza
                                  Lori Vaccariello
                                  P.O. Box 5485
                                  New Hyde Park, NY 11040
                                  516-791-4500 x2201
                                  516-792-2126 fax

3. SIGN RESOURCE

    Represented by:    David Martinez
                                    P.O. Box 549
                                  Maywood, CA 90270
                                  323-562-7608
                                  323-562-7608 fax

DATED this 28th day of January, 2011.

                                                          Respectfully submitted,

                                                          Nicholas Strozza
                                                          State Bar # CA 117234
                                                          William B. Cossitt
                                                          State Bar #3484
                                                          300 Booth Street, #3009
                                                          Reno NV 89509
                                                          (775) 784-5335

                                                          **/s/ WILLIAM B. COSSITT**
                                                          _____
                                                          Attorneys for Acting United States Trustee
                                                          August B. Landis

## CERTIFICATE OF SERVICE

1. On January 28, 2011, I served the foregoing NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS.

2. I served the above-named document(s) by the following means to the persons as listed below:

    X    a. ECF System:

BERNARD D BOLLINGER bbollinger@buchalter.com, smartin@buchalter.com

REW R. GOODENOW ecf@parsonsbehle.com

MICHAEL G HELMS mghelms@mghlawfirm.com, mthacker@mghlawfirm.com

A.J. KUNG ajkung@ajkunglaw.com, bbrown@ajkunglaw.com; paralegal7@ajkunglaw.com; aralegal4@ajkunglaw.com; paralegal5@ajkunglaw.com; paralegal3@ajkunglaw.com; fileclerk@ajkunglaw.com; paralegal1@ajkunglaw.com

ANN E ROSEVEAR ajuve@wbrnvlaw.com, wbaker@wbrnvlaw.com

ALAN R SMITH mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com

U.S. TRUSTEE - RN - 11 USTPRegion17.RE.ECF@usdoj.gov

    X    b. U.S. Mail, postage fully prepaid:

DESERT DESIGN
Demetria Gordon
3240 Fountain Way
Winnemucca, NV 89445

BALTIC LINEN CO.
Carol Piazza
Lori Vaccariello
P.O. Box 5485
New Hyde Park, NY 11040

SIGN RESOURCE
David Martinez
P.O. Box 549
Maywood, CA 90270

    /s/ KIMBERLY FLORES
    Kimberly Flores

3