UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

ELECTRONICALLY
FEB 2 5 2011
FILED

In re: Elko Gold Mine, LLC

Case No. 11-50084-btb

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jan-11          PETITION DATE: Jan 10, 2011

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $163,797 | | 78,976.59 |
| | b. Total Assets | $7,613,708 | | $7,528,887 |
| | c. Current Liabilities | $895,621 | | |
| | d. Total Liabilities | $7,114,303 | | $7,087,476 |
| | | | | Cumulative |
| | | Current Month | Current Month | (Case to Date) |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $56,845 | | |
| | b. Total Disbursements | $28,878 | | |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $27,967 | | |
| | d. Cash Balance Beginning of Month | ($8,570) | | |
| | e. Cash Balance End of Month (c + d) | $19,397 | | |
| | | | | Cumulative |
| | | Current Month | Current Month | (Case to Date) |
| 4. | Profit/(Loss) from the Statement of Operations | $57,993 | | $57,993 |
| 5. | Account Receivables (Pre and Post Petition) | $144,199 | | |
| 6. | Post-Petition Liabilities | $26,827 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $26,827 | | |

At the end of this reporting month:                                      Yes      No
8. Have any payments been made on pre-petition debt, other than payments in the normal                      x
   course to secured creditors or lessors? (if yes, attach listing including date of
   payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of                   x
   payment, amount of payment and name of payee)See Attachment
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,                     x
    attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?       x
13. Are a plan and disclosure statement on file?                                          x
14. Was there any post-petition borrowing during this reporting period?                                      x
15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for Post-petition
    tax reporting and tax returns ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
    reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date: 2/25/2011

_____
Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ Jan-11

| Current Month ||| | Cumulative | Next Month |
| Actual | Forecast | Variance | | (Case to Date) | Forecast |
|---|---|---|---|---|---|
| | | | **Revenues:** | | |
| $113,498 | $146,404 | ($32,906) | Gross Sales | $113,498 | |
| | | $0 | less: Sales Returns & Allowances | | |
| $113,498 | $146,404 | ($32,906) | Net Sales | $113,498 | $0 |
| $0 | | $0 | less: Cost of Goods Sold (Schedule 'B') | | |
| $113,498 | $146,404 | ($32,906) | Gross Profit | $113,498 | $0 |
| | | $0 | Interest | | |
| | | $0 | Other Income: | | |
| | | $0 | | | |
| | | $0 | | | |
| $113,498 | $146,404 | ($32,906) | **Total Revenues** | $113,498 | $0 |
| | | | **Expenses:** | | |
| | | $0 | Compensation to Owner(s)/Officer(s) | | |
| $11,524 | $27,451 | $15,927 | Salaries/Wages | $11,524 | |
| | | $0 | Commissions | | |
| | | $0 | Contract Labor | | |
| | | | Rent/Lease: | | |
| | | $0 | Personal Property | | |
| | | $0 | Real Property | | |
| $2,332 | $2,222 | ($110) | Insurance | | |
| | | $0 | Insurance | $2,332 | |
| | | $0 | Depreciation | | |
| | | | Taxes: | | |
| $1,319 | $3,922 | $2,602 | Employer Payroll Taxes | | |
| | $4,133 | $4,133 | Real Property Taxes | $1,319 | |
| $7,730 | $15,686 | $7,956 | Other Taxes | | |
| | | $0 | Other Selling | $7,730 | |
| $12,091 | $37,621 | $25,529 | Other Administrative | | |
| | | $0 | Mortgage Interest | $12,091 | |
| | | $0 | Other Expenses: employee benefit | | |
| $6,062 | $9,804 | $3,742 | Rooms Department | | |
| $8,069 | $7,843 | ($226) | Repair & Maintenance | $6,062 | |
| $6,379 | $13,071 | $6,692 | Utilities | $8,069 | |
| | $1,961 | $1,961 | Adv & Promo | $6,379 | |
| | | $0 | Rent & Lease - Equipment | | |
| | | $0 | | | |
| | | $0 | | | |
| | | $0 | | | |
| $55,506 | $123,713 | $68,208 | **Total Expenses** | $55,506 | $0 |
| $57,993 | $22,691 | $35,302 | **Subtotal** | $57,993 | $0 |
| | | | **Reorganization Items:** | | |
| $0 | | $0 | Professional Fees | | |
| | | $0 | Provisions for Rejected Executory Contracts | | |
| | | $0 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | U.S. Trustee Quarterly Fees | | |
| | | $0 | Journal Entries: paid from owner's personal funds | | |
| $0 | $0 | $0 | **Total Reorganization Items** | $0 | $0 |
| $57,993 | $22,691 | $35,302 | **Net Profit (Loss) Before Federal & State Taxes** | $57,993 | $0 |
| | | $0 | Federal & State Income Taxes | | |
| $57,993 | $22,691 | $35,302 | **Net Profit (Loss)** | $57,993 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended   January 31, 2011

### Assets

| | From Schedules | Market Value |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents - unrestricted | | $19,397 |
| Cash and cash equivalents - restricted | | |
| Accounts receivable (net) | A | $144,199 |
| Inventory | B | n/a |
| Prepaid expenses (Supplies) | | |
| Professional retainers | | |
| Other: Securityb Deposit | | $200 |
| **Total Current Assets** | | $163,797 |
| **Property and Equipment (Market Value)** | | |
| Real property-Land | C | $1,000,000 |
| Machinery and equipment | D | $5,500,000 |
| Furniture and fixtures | D | $1,327,629 |
| Office equipment | D | |
| Leasehold improvements | D | |
| Vehicles | D | $3,500 |
| Other: Building | D | |
| Less - Accumulated Depreciation | D | ($568,652) |
| | D | |
| | D | |
| | D | |
| **Total Property and Equipment** | | $7,262,477 |
| **Other Assets** | | |
| Loans to shareholders | | |
| Loans to affiliates | | |
| Laon origination cost | | $187,434 |
| | | |
| **Total Other Assets** | | |
| **Total Assets** | | $7,613,708 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | |
|---|---|---:|
| Salaries and wages | | $2,468 |
| Payroll taxes | | |
| Real and personal property taxes | | |
| Income taxes | | |
| Sales taxes | | |
| Notes payable (short term) | | |
| Accounts payable (trade) | A | $9,372 |
| Real property lease arrearage | | |
| Personal property lease arrearage | | |
| Accrued professional fees | | |
| Current portion of long-term post-petition debt (due within 12 months) | | |
| Other: City Occupancy Tax | | $7,730 |
| Accrued Franchise Fees | | $7,258 |
| Accrued Payables | | |
| **Total Current Liabilities** | | **$26,827** |

**Long-Term Post-Petition Debt, Net of Current Portion**

**Total Post-Petition Liabilities**

**Pre-Petition Liabilities (allowed amount)**

| | | |
|---|---|---:|
| Secured claims | F | $6,218,682 |
| Priority unsecured claims | F | $868,794 |
| General unsecured claims | F | |
| **Total Pre-Petition Liabilities** | | **$7,087,476** |
| **Total Liabilities** | | **$7,087,476** |

**Equity (Deficit)**

| | | |
|---|---|---:|
| Retained Earnings/(Deficit) at time of filing --Members Equity | | ($30,022) |
| Capital Stock | Members Equity | $1,720,408 |
| Additional paid-in capital | Members Eqduity | ($1,248,975) |
| Cumulative profit/(loss) since filing of case | | $57,993 |
| Post-petition contributions/(distributions) or (draws) | | |
| Market value adjustment | | |
| **Total Equity (Deficit)** | | **$499,404** |

**Total Liabilities and Equity (Deficit)**     $7,613,707

## SCHEDULES TO THE BALANCE SHEET
(General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | $7,213 | | |
| 31-60 Days | $9,073 | | |
| 61-90 Days | $10,490 | | |
| 91+ Days | $117,422 | | |
| Total accounts receivable/payable | | $26,827 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $144,199 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | n/a |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | n/a | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | n/a | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | n/a | | |

| Method of Inventory Control | Inventory Valuation Methods |
|---|---|
| Do you have a functioning perpetual inventory system? | Indicate by a checkmark method of inventory used. |
| Yes ____ No ____ | |
| How often do you take a complete physical inventory? | Valuation methods - |
| | FIFO cost ____ |
| Weekly ____ | LIFO cost ____ |
| Monthly ____ | Lower of cost or market ____ |
| Quarterly ____ | Retail method ____ |
| Semi-annually ____ | Other ____ |
| Annually ____ | Explain |
| Date of last physical inventory was n/a | |
| Date of next physical inventory is n/a | |

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| Land | $1,000,000 | |
| Building | $5,500,000 | |
| Less -Accumulated Depreciation | ($568,652) | |
| | | |
| | | |
| Total | $5,931,348 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | $1,327,629 | |
| | | |
| | | |
| Total | $1,327,629 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| Total | | $0 |
| Vehicles - | | |
| | $3,500 | |
| | | |
| Total | $3,500 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | $2,468 | | | | $2,468 |
| **Total Federal Taxes** | $2,468 | $0 | $0 | $0 | $2,468 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| OtherCity Occupancy Tax | $7,730 | | | | $7,730 |
| **Total State & Local Taxes** | $7,730 | $0 | $0 | $0 | $7,730 |
| **Total Taxes** | $10,198 | $0 | $0 | $0 | $7,730 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Nevada | DIP - Main | DIP- Operating | |
| Account Type | Checking | Checking | Checking | |
| Account No. | ▇4062 | ▇4070 | | |
| Account Purpose | Local bank acct | Operating | Payroll | |
| Balance, End of Month | $1,421 | $17,977 | | |
| Total Funds on Hand for all Accounts | $19,397 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended January 31, 2011

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | $56,845 | $56,845 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| **Total Cash Receipts** | $56,845 | $56,845 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | | |
| Administrative | $5,037 | $5,037 |
| Capital Expenditures | | |
| Principal Payments on Debt | | |
| Interest Paid - Mortgage | | |
| Rent/Lease: | | |
|    Personal Property | | |
|    Real Property - Mortgage | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|    Salaries | $10,375 | $10,375 |
|    Draws | | |
|    Commissions/Royalties | | |
|    Expense Reimbursements | | |
|    Other | | |
| Salaries/Commissions (less employee withholding) | | |
| Management Fees | | |
| Taxes: | | |
|    Employee Withholding | | |
|    Employer Payroll Taxes | | |
|    Real Property Taxes | | |
|    Other Taxes | | |
| Other Cash Outflows: | | |
|    Rooms Department | | |
|    Adv & Promo | $8,225 | $8,225 |
|    Repair & Maintenance | $4,875 | $4,875 |
|    Utilities | $366 | $366 |
|    Professional and legal Fee | | $0 |
| **Total Cash Disbursements:** | $28,878 | $28,878 |
| **Net Increase (Decrease) in Cash** | $27,967    $0 | $70,326 |
| **Cash Balance, Beginning of Period** | ($8,570) | ($8,570) |
| **Cash Balance, End of Period** | $19,397 | $61,756 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended January 31, 2011

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | $56,845 | $56,845 |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | $2,156 | $2,156 |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | $2,881 | $2,881 |
| Cash Paid for Rents/Leases: | | |
|   Personal Property | | |
|   Real Property -Mortgage | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|   Salaries | $10,375 | $10,375 |
|   Draws | | |
|   Commissions/Royalties | | |
|   Expense Reimbursements | | |
|   Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|   Employer Payroll Tax | | |
|   Employee Withholdings | | |
|   Real Property Taxes | | |
|   Other Taxes | | |
| Cash Paid for General Expenses | | |
| Repair and Maint | $4,875 | $4,875 |
| Adv & Promo | | |
| Utilities | $366 | $366 |
| Rent/Leases | | |
| Room Department Expense | $8,225 | $8,225 |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $27,967 | $27,967 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | $29,000 |
| U.S. Trustee Quarterly Fees | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $27,967 | $27,967 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| Receivables | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| Payables | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $27,967 | $27,967 |
| **Cash and Cash Equivalents at Beginning of Month** | ($8,570) | ($8,570) |
| **Cash and Cash Equivalents at End of Month** | $19,397 | $19,397 |

Revised 1/1/98

**Disclosure Statement**
1 Water Dept. charged sewer capital improvement $ 978.50 -this an additional charge by the city



**ACCOUNT NUMBER**
████4062

**STATEMENT DATE**
Jan 31, 2011

Pg    1 of    3

49

```
ELKO GOLD MINE, LLC
OPERATING ACCOUNT
DMC / DBA: COUNTRY HEARTH INN
3400 PARKWOOD BLVD. - LEGACY ROOM
FRISCO TX 75034
```

Thank you for banking with Nevada Bank and Trust.

Fake check scams are becoming more prevalent and Nevada Bank and Trust wants to offer tips to avoid becoming a victim.  There are many variations of the fake check scam.  Basically a stranger wants to send you a check and have you wire money back in return.  Regardless of how the transaction is started, the bottom line is this: if someone you don't know wants to pay you by check but wants you to wire money back, it's a scam.
Today's technology enables fraudsters to create fake checks that look so real it is often difficult for experts to tell if they are fake with the naked eye.
To avoid becoming a victim, you need to remember:
There is NO legitimate reason for someone who is giving you money to ask you to wire money back.
If you are uncertain a check is good, wait until the check has cleared to spend the money.
If a stranger wants to pay you for something, insist on a cashier's check for the exact amount, preferably from a local bank or one with a branch in your area.
For more details about how fake check scams work and how to avoid them look on the web at www.fakechecks.org.


\*\*\*\*\*
Reg Checking
```
01/01/2011 Beginning Balance                                          415.06-
           12 Deposits/Other Credits                    +          34,567.48
           52 Checks/Other Debits                       -          32,731.86
01/31/2011 Ending Balance       31 Days in Statement Period         1,420.56
```
---

---------------------------- Deposits/Other Credits ----------------------------
```
01/03/2011 Transfer Deposit                                           600.00
           From DDA ███4070 kafozbHlhhblhlei
01/03/2011 Transfer Deposit                                           800.00
           From DDA ███4070 itqcjkkfphgdflHk
01/06/2011 Check Returned      Non-Sufficient     60179             2,437.48
01/06/2011 Transfer Deposit                                         4,200.00
           From DDA ███4070 eblgaxfjbijOldai
01/10/2011 Deposit                                                  5,000.00
01/11/2011 Deposit                                                  3,000.00
01/12/2011 Transfer Deposit                                           230.00
           From DDA ███4070 dkpJfkibZdjakHUg
```



**NEVADA BANK & TRUST**
Member FDIC

ACCOUNT NUMBER
████ 4062

STATEMENT DATE
Jan 31, 2011

Pg   2 of   3

ELKO GOLD MINE, LLC

| Date | Description | Amount |
|---|---|---|
| 01/18/2011 | Transfer Deposit From DDA ████4070 wExklUdvMdkAdckn | 3,000.00 |
| 01/18/2011 | Transfer Deposit | 6,000.00 |
| 01/19/2011 | Transfer Deposit From DDA ████4070 DbkXdiNHJcjdgBil | 4,000.00 |
| 01/21/2011 | Transfer Deposit | 3,300.00 |
| 01/24/2011 | Transfer Deposit From DDA ████4070 dbcijyiiJQljibmk | 2,000.00 |

------- Checks listed in numerical order; (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 60178 | 01/05 | 61.50 | 60240 | 01/07 | 599.92 |
| 60179 | 01/05 | 2,437.48 | 60241 | 01/07 | 801.03 |
| 60179* | 01/10 | 2,437.48 | 60242 | 01/10 | 400.03 |
| 60205* | 01/06 | 384.76 | 60243 | 01/07 | 1,304.81 |
| 60210* | 01/06 | 335.47 | 60244 | 01/24 | 237.28 |
| 60212* | 01/05 | 281.90 | 60245 | 01/24 | 665.60 |
| 60214* | 01/03 | 548.55 | 60246 | 01/24 | 456.65 |
| 60215 | 01/06 | 514.29 | 60247 | 01/24 | 163.46 |
| 60222* | 01/11 | 47.18 | 60248 | 01/24 | 535.75 |
| 60223 | 01/14 | 2,196.28 | 60249 | 01/24 | 558.31 |
| 60226* | 01/07 | 277.71 | 60250 | 01/24 | 563.74 |
| 60227 | 01/11 | 540.95 | 60251 | 01/24 | 583.34 |
| 60228 | 01/10 | 419.04 | 60252 | 01/24 | 667.16 |
| 60229 | 01/11 | 476.19 | 60253 | 01/21 | 623.87 |
| 60230 | 01/11 | 294.75 | 60254 | 01/24 | 694.26 |
| 60231 | 01/10 | 114.29 | 60255 | 01/24 | 354.46 |
| 60232 | 01/11 | 510.47 | 60256 | 01/24 | 421.16 |
| 60233 | 01/10 | 561.74 | 60257 | 01/24 | 282.46 |
| 60234 | 01/11 | 662.19 | 60258 | 01/24 | 645.93 |
| 60235 | 01/10 | 617.96 | 60259 | 01/21 | 1,357.41 |
| 60236 | 01/12 | 243.80 | 60260 | 01/24 | 777.62 |
| 60237 | 01/11 | 426.67 | 60261 | 01/24 | 198.49 |
| 60238 | 01/10 | 373.33 | 60262 | 01/24 | 588.28 |
| 60239 | 01/18 | 417.66 | | | |

-------------------------------- Other Debits --------------------------------

| Date | Description | Amount |
|---|---|---|
| 01/01/2011 | Overdraft Charge    Cont OD Charge | 2.00 |
| 01/06/2011 | Return Check Chrg Item(s) Presented 01/05/2011 | 27.50 |



**ACCOUNT NUMBER**
4062

**STATEMENT DATE**
Jan 31, 2011

Pg   3 of   3

ELKO GOLD MINE, LLC

```
01/18/2011 Overdraft Charge                                                    27.50
           Item(s) Presented 01/14/2011
01/20/2011 Telephone Transfer                                               4,000.00
01/31/2011 Service Charge                                                      12.20
```

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 29.50 | 29.50 |
| Total Return Item Fees | 27.50 | 27.50 |

------------------------------ Daily Ending Balance ------------------------------
```
01/01          417.06-   01/10          121.63    01/19       10,507.99
01/03          434.39    01/11          163.23    01/20        6,507.99
01/05        2,346.49-   01/12          149.43    01/21        7,826.71
01/06        3,028.97    01/14        2,046.85-   01/24        1,432.76
01/07           45.50    01/18        6,507.99    01/31        1,420.56
```

------------------------------- Service Charge Summary ---------------------------
BELOW IS A DETAILED DESCRIPTION OF HOW YOUR SERVICE CHG WAS CALCULATED
```
Maintenance Fee                5.00   Low Balance                  2,346.49-
Per Check Chrg                 7.20
                             -------
Service Charge 01/31/2011     12.20
```



**ACCOUNT NUMBER**
████4070

**STATEMENT DATE**
Jan 31, 2011

Pg   1 of   6

ELKO GOLD MINE, LLC                                              53
MAIN ACCOUNT
DMC / DBA: COUNTRY HEARTH INN
3400 PARKWOOD BLVD. - LEGACY ROOM
FRISCO TX 75034


Thank you for banking with Nevada Bank and Trust.

Fake check scams are becoming more prevalent and Nevada Bank and Trust wants
to offer tips to avoid becoming a victim.  There are many variations of the
fake check scam.  Basically a stranger wants to send you a check and have
you wire money back in return.  Regardless of how the transaction is
started, the bottom line is this: if someone you don't know wants to pay you
by check but wants you to wire money back, it's a scam.
Today's technology enables fraudsters to create fake checks that look so
real it is often difficult for experts to tell if they are fake with the
naked eye.
To avoid becoming a victim, you need to remember:
There is NO legitimate reason for someone who is giving you money to ask you
to wire money back.
If you are uncertain a check is good, wait until the check has cleared to
spend the money.
If a stranger wants to pay you for something, insist on a cashier's check
for the exact amount, preferably from a local bank or one with a branch in
your area.
For more details about how fake check scams work and how to avoid them look
on the web at www.fakechecks.org.


\*\*\*\*\*
Reg Checking
01/01/2011 Beginning Balance                                      5,827.25
           86 Deposits/Other Credits                 +          119,423.27
           43 Checks/Other Debits                    -          107,273.66
01/31/2011 Ending Balance    31 Days in Statement Period         17,976.86
-----------------------------------------------------------------------------

------------------------- Deposits/Other Credits -------------------------
01/03/2011 Direct Deposit                                            99.68
           AMERICAN EXPRESS    SETTLEMENT
01/03/2011 Direct Deposit                                           309.56
           AMERICAN EXPRESS    SETTLEMENT
01/03/2011 Direct Deposit     NPC MERCH   PYMT PROC               1,115.07
01/03/2011 Direct Deposit     NPC MERCH   PYMT PROC               1,402.72
01/03/2011 Direct Deposit     NPC MERCH   PYMT PROC               1,753.92
01/04/2011 Deposit                                                   88.48
01/04/2011 Deposit                                                   99.68
01/04/2011 Check Returned     Non-Sufficient        1210          2,500.00
01/05/2011 Deposit                                                   99.71



**ACCOUNT NUMBER**
████4070

**STATEMENT DATE**
Jan 31, 2011

Pg   2 of   6

ELKO GOLD MINE, LLC

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 01/05/2011 | Deposit | | | 141.20 |
| 01/05/2011 | Deposit | | | 302.40 |
| 01/05/2011 | Deposit | | | 418.88 |
| 01/05/2011 | Deposit | | | 453.54 |
| 01/05/2011 | Deposit | | | 638.33 |
| 01/05/2011 | Direct Deposit  AMERICAN EXPRESS  SETTLEMENT | | | 483.92 |
| 01/05/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 2,237.44 |
| 01/06/2011 | Deposit | | | 110.88 |
| 01/06/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 443.47 |
| 01/07/2011 | Check Returned | Non-Sufficient | 1210 | 2,500.00 |
| 01/07/2011 | Direct Deposit  AMERICAN EXPRESS  SETTLEMENT | | | 294.10 |
| 01/07/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 725.86 |
| 01/10/2011 | Deposit | | | 99.68 |
| 01/10/2011 | Deposit | | | 352.80 |
| 01/10/2011 | Deposit | | | 353.92 |
| 01/10/2011 | Deposit | | | 425.51 |
| 01/10/2011 | Deposit | | | 657.80 |
| 01/10/2011 | Direct Deposit  AMERICAN EXPRESS  SETTLEMENT | | | 189.39 |
| 01/10/2011 | Direct Deposit  AMERICAN EXPRESS  SETTLEMENT | | | 1,056.17 |
| 01/10/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 1,333.87 |
| 01/10/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 42,359.04 |
| 01/11/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 688.31 |
| 01/11/2011 | Direct Deposit  AMERICAN EXPRESS  SETTLEMENT | | | 726.91 |
| 01/12/2011 | Direct Deposit  AMERICAN EXPRESS  SETTLEMENT | | | 222.84 |
| 01/13/2011 | Direct Deposit  AMERICAN EXPRESS  SETTLEMENT | | | 179.42 |
| 01/13/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 1,902.42 |
| 01/14/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 1,703.17 |
| 01/18/2011 | Deposit | | | 43.68 |
| 01/18/2011 | Deposit | | | 131.53 |
| 01/18/2011 | Deposit | | | 165.93 |
| 01/18/2011 | Deposit | | | 199.36 |
| 01/18/2011 | Deposit | | | 219.74 |
| 01/18/2011 | Deposit | | | 246.95 |
| 01/18/2011 | Deposit | | | 895.90 |



**NEVADA BANK & TRUST**
Member FDIC

ACCOUNT NUMBER ████4070

STATEMENT DATE
Jan 31, 2011

Pg 3 of 6

ELKO GOLD MINE, LLC

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 01/18/2011 | Deposit | | | 1,020.60 |
| 01/18/2011 | Deposit | | | 1,414.21 |
| 01/18/2011 | Direct Deposit    AMERICAN EXPRESS    SETTLEMENT | | | 234.74 |
| 01/18/2011 | Direct Deposit    AMERICAN EXPRESS    SETTLEMENT | | | 329.61 |
| 01/18/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 878.57 |
| 01/18/2011 | Direct Deposit    AMERICAN EXPRESS    SETTLEMENT | | | 890.68 |
| 01/18/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 1,185.84 |
| 01/18/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 1,658.70 |
| 01/18/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 3,856.80 |
| 01/19/2011 | Direct Deposit    AMERICAN EXPRESS    SETTLEMENT | | | 99.68 |
| 01/19/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 1,074.70 |
| 01/20/2011 | Deposit | | | 111.99 |
| 01/20/2011 | Deposit | | | 138.88 |
| 01/20/2011 | Telephone Trf Dep | | | 4,000.00 |
| 01/21/2011 | Deposit | | | 93.48 |
| 01/21/2011 | Deposit | | | 109.87 |
| 01/21/2011 | Deposit | | | 585.00 |
| 01/21/2011 | Direct Deposit    AMERICAN EXPRESS    SETTLEMENT | | | 109.87 |
| 01/21/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 2,809.52 |
| 01/24/2011 | Direct Deposit    AMERICAN EXPRESS    SETTLEMENT | | | 533.22 |
| 01/24/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 1,680.08 |
| 01/24/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 5,049.80 |
| 01/25/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 2,733.13 |
| 01/26/2011 | Direct Deposit    AMERICAN EXPRESS    SETTLEMENT | | | 209.15 |
| 01/26/2011 | Direct Deposit | NPC MERCH | PYMT PROC | 693.51 |
| 01/27/2011 | Deposit | | | 50.40 |
| 01/27/2011 | Deposit | | | 89.60 |
| 01/27/2011 | Deposit | | | 109.87 |
| 01/27/2011 | Deposit | | | 179.18 |
| 01/27/2011 | Deposit | | | 180.00 |
| 01/27/2011 | Deposit | | | 252.00 |
| 01/27/2011 | Deposit | | | 302.40 |
| 01/27/2011 | Direct Deposit    AMERICAN EXPRESS    SETTLEMENT | | | 329.61 |



**ACCOUNT NUMBER**
████4070

**STATEMENT DATE**
Jan 31, 2011

Pg   4 of   6

ELKO GOLD MINE, LLC

```
01/27/2011 Direct Deposit      NPC MERCH   PYMT PROC            2,029.35
01/28/2011 Direct Deposit      NPC MERCH   PYMT PROC            1,819.90
01/31/2011 Deposit                                                 43.68
01/31/2011 Deposit                                                 90.00
01/31/2011 Deposit                                                315.00
01/31/2011 Deposit                                                360.75
01/31/2011 Direct Deposit      NPC MERCH   PYMT PROC              665.24
01/31/2011 Direct Deposit      NPC MERCH   PYMT PROC            1,076.27
01/31/2011 Direct Deposit                                       1,493.07
           AMERICAN EXPRESS    SETTLEMENT
01/31/2011 Direct Deposit      NPC MERCH   PYMT PROC            8,162.14
```

------- Checks listed in numerical order;  (*) indicates gap in sequence -------
```
  Check   Date       Amount          Check   Date       Amount
  ----------------------------       ----------------------------
  1209   01/04      266.98           1216   01/20      886.50
  1210   01/03    2,500.00           1217   01/20    1,997.43
  1210*  01/06    2,500.00           1218   01/27      565.81
  1212*  01/05    1,000.00           1220*  01/24    2,580.69
  1213   01/07    1,500.00           1221   01/28    2,087.00
  1214   01/10    5,000.00           1222   01/27      244.91
  1215   01/20    2,674.22
```

------------------------------- Other Debits -----------------------------------
```
01/03/2011 Transfer Withdrawal                                    600.00
           To DDA ███4062 kafozbHlhhblhlei
01/03/2011 Transfer Withdrawal                                    800.00
           To DDA ███4062 itqcjkkfphgdflHk
01/03/2011 Direct Payment      Intermountain   Vendor Pay       1,018.52
01/03/2011 Direct Payment      FRONTIER COMM   TELECOM          2,198.71
01/03/2011 Direct Payment      NPC MERCH   PYMT PROC            2,781.46
01/03/2011 Direct Payment                                       3,000.00
           AMERICAN EXPRESS    ELEC REMIT
01/04/2011 Return Check Chrg                                       27.50
           Item(s) Presented 01/03/2011
01/06/2011 Transfer Withdrawal                                  4,200.00
           To DDA ███4062 eblgaxfjbijOldai
01/07/2011 Return Check Chrg                                       27.50
           Item(s) Presented 01/06/2011
01/10/2011 Withdrawal                                           5,000.00
```



**NEVADA BANK & TRUST**
Member FDIC

ACCOUNT NUMBER
████4070

STATEMENT DATE
Jan 31, 2011

Pg    5 of    6

ELKO GOLD MINE, LLC

```
01/10/2011 Direct Payment        Intermountain  Vendor Pay      2,282.41
01/10/2011 Direct Payment                                        3,500.00
           AMERICAN EXPRESS   ELEC REMIT
01/10/2011 Overdraft Charge                                         27.50
           Item(s) Presented 01/07/2011
01/10/2011 Wire Transfer Fee     Elko Wire Fee  Wires               25.00
01/10/2011 Wire Transfer Fee     Elko Wire Fee  Wires               25.00
01/10/2011 Wire Transfer Debit  KUNG & ASSOCIATES Wires         10,000.00
01/10/2011 Wire Transfer Debit                                  19,000.00
           ALAN R SMITH INTERNAL Wires
01/11/2011 Withdrawal                                            3,000.00
01/12/2011 Transfer Withdrawal                                     230.00
           To DDA  ██4062 dkpJfkibZdjakHUg
01/18/2011 Transfer Withdrawal                                   3,000.00
           To DDA  ██4062 wExklUdvMdkAdckn
01/18/2011 Transfer Withdrawal                                   6,000.00
01/18/2011 Direct Payment                                          670.60
           AMERICAN EXPRESS   AXP DISCNT
01/18/2011 Direct Payment        Intermountain  Vendor Pay       1,429.93
01/18/2011 Direct Payment        CAPITAL ONE   ONLINE PMT        1,474.18
01/19/2011 Transfer Withdrawal                                   4,000.00
           To DDA  ██4062 DbkXdiNHJcjdgBil
01/21/2011 Transfer Withdrawal                                   3,300.00
01/24/2011 Transfer Withdrawal                                   2,000.00
           To DDA  ██4062 dbcijyiiJQljibmk
01/24/2011 Direct Payment        Intermountain  Vendor Pay       2,234.67
01/31/2011 Direct Payment        Intermountain  Vendor Pay       1,606.89
01/31/2011 Service Charge                                           10.25
```

|                       | Total For This Period | Total Year-to-Date |
|-----------------------|----------------------:|-------------------:|
| Total Overdraft Fees  | 27.50                 | 27.50              |
| Total Return Item Fees| 55.00                 | 55.00              |

---------------------- Daily Ending Balance ----------------------
```
01/01    5,827.25    01/04        3.19    01/06    2,367.04-
01/03    2,390.49-   01/05    3,778.61    01/07      374.58-
```



**NEVADA BANK & TRUST**
Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
Jan 31, 2011

Pg   6 of   6

ELKO GOLD MINE, LLC

```
------------------------------- Daily Ending Balance -------------------------------
01/10           1,593.69      01/18           4,584.89      01/25           4,040.60
01/11               8.91      01/19           1,759.27      01/26           4,943.26
01/12               1.75      01/20             451.99      01/27           7,654.95
01/13           2,083.59      01/21             859.73      01/28           7,387.85
01/14           3,786.76      01/24           1,307.47      01/31          17,976.86
------------------------------- Service Charge Summary -----------------------------
BELOW IS A DETAILED DESCRIPTION OF HOW YOUR SERVICE CHG WAS CALCULATED
Maintenance Fee                   5.00  Low Balance                      2,390.49-
Per Check Chrg                    5.25
                             ----------
Service Charge   01/31/2011      10.25
```