UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

ELECTRONICALLY

MAR 2 3 2011

FILED

In re: Elko Gold Mine, LLC

Case No.          11-50084-btb

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED:  Feb-11          PETITION DATE:          Jan 10,2011

1.   Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
     the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
     Dollars reported in    $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2.   **Asset and Liability Structure** | | | |
| a.  Current Assets | $131,376 | $107,144 | 78,976.59 |
| b.  Total Assets | $7,581,287 | $7,557,055 | $7,528,887 |
| c.  Current Liabilities | $17,778 | $8,748 | |
| d.  Total Liabilities | $8,824,483 | $7,096,224 | $7,087,476 |

| | Current Month | Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3.   **Statement of Cash Receipts & Disbursements for Month** | | | |
| a.  Total Receipts | $144,187 | $56,845 | $201,032 |
| b.  Total Disbursements | $111,384 | $28,878 | $140,262 |
| c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | $32,803 | $27,967 | $60,770 |
| d.  Cash Balance Beginning of Month | $19,397 | ($8,570) | ($8,570) |
| e.  Cash Balance End of Month (c + d) | $52,200 | $19,397 | $52,200 |

| | Current Month | Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4.   **Profit/(Loss) from the Statement of Operations** | $26,860 | $19,419 | $46,279 |
| 5.   **Account Receivables (Pre and Post Petition)** | $78,977 | $87,547 | |
| 6.   **Post-Petition Liabilities** | $17,778 | $8,748 | |
| 7.   **Past Due Post-Petition Account Payables (over 30 days)** | $17,778 | $8,748 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8.   Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9.   Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)See Attachment | | x |
| 10.  If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11.  Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12.  Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13.  Are a plan and disclosure statement on file? | x | |
| 14.  Was there any post-petition borrowing during this reporting period? | | x |

15.  Check if paid: Post-petition taxes  ___ ;          U.S. Trustee Quarterly Fees  ___ ; Check if filing is current for: Post-petition
     tax reporting and tax returns:  ___ .
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
     reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:  3/16/11

_____
Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended_____ Feb-11

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | Actual | Forecast | Variance | | | |
| **Revenues:** | | | | | | |
| Gross Sales | $144,187 | $116,791 | $27,396 | | $144,187 | |
| less: Sales Returns & Allowances | | | $0 | | | |
| Net Sales | $144,187 | $116,791 | $27,396 | | $144,187 | $0 |
| less: Cost of Goods Sold        (Schedule 'B') | $0 | | $0 | | | |
| Gross Profit | $144,187 | $116,791 | $27,396 | | $144,187 | $0 |
| Interest | | | $0 | | | |
| Other Income: | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| **Total Revenues** | $144,187 | $116,791 | $27,396 | | $144,187 | $0 |
| **Expenses:** | | | | | | |
| Compensation to Owner(s)/Officer(s) | | | $0 | | | |
| Salaries/Wages | $19,894 | $22,941 | $3,047 | | $19,894 | |
| Commissions | | | $0 | | | |
| Contract Labor | | | $0 | | | |
| Rent/Lease: | | | | | | |
| Personal Property | | | $0 | | | |
| Real Property | | | $0 | | | |
| Insurance | | $1,773 | $1,773 | | | |
| Insurance | | | $0 | | $0 | |
| Depreciation | | | $0 | | | |
| Taxes: | | | | | | |
| Employer Payroll Taxes | | $3,128 | $3,128 | | | |
| Real Property Taxes | | $4,133 | $4,133 | | $0 | |
| Other Taxes | $9,866 | $12,513 | $2,647 | | | |
| Other Selling | | | $0 | | $9,866 | |
| Other Administrative | $34,469 | $25,840 | ($8,629) | | | |
| Mortgage Interest | $23,520 | | ($23,520) | | $34,469 | |
| Other Expenses:    employee benefit | | | $0 | | | |
| Rooms Department | $10,660 | $7,821 | ($2,839) | | | |
| Repair & Maintenance | $5,560 | $4,171 | ($1,389) | | $10,660 | |
| Utilities | $10,863 | $10,428 | ($435) | | $5,560 | |
| Adv & Promo | $2,495 | $1,564 | ($931) | | $10,863 | |
| Rent & Lease - Equipment | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| **Total Expenses** | $117,327 | $94,313 | ($23,015) | | $91,312 | $0 |
| **Subtotal** | $26,860 | $22,479 | $4,381 | | $52,874 | $0 |
| **Reorganization Items:** | | | | | | |
| Professional Fees | $0 | $4,171 | $4,171 | | | |
| Provisions for Rejected Executory Contracts | | | $0 | | | |
| Interest Earned on Accumulated Cash from | | | $0 | | | |
| Resulting Chp 11 Case | | | | | | |
| Gain or (Loss) from Sale of Equipment | | | $0 | | | |
| U.S. Trustee Quarterly Fees | | | $0 | | | |
| Journal Entries: paid from owner's personal funds | | | $0 | | | |
| **Total Reorganization Items** | $0 | $4,171 | ($4,171) | | $0 | $0 |
| **Net Profit (Loss) Before Federal & State Taxes** | $26,860 | $18,308 | $8,552 | | $52,874 | $0 |
| Federal & State Income Taxes | | | $0 | | | |
| **Net Profit (Loss)** | $26,860 | $18,308 | $8,552 | | $52,874 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
## (General Business Case)
For the Month Ended   February 28, 2011

**Assets**

| | From Schedules | Market Value |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents - unrestricted | | $52,199 |
| Cash and cash equivalents - restricted | | |
| Accounts receivable (net) | A | $78,977 |
| Inventory | B | n/a |
| Prepaid expenses (Supplies) | | |
| Professional retainers | | |
| Other:  Security Deposit | | $200 |
| | | |
| **Total Current Assets** | | $131,376 |
| **Property and Equipment (Market Value)** | | |
| Real property-Land | C | $1,000,000 |
| Machinery and equipment | D | $5,500,000 |
| Furniture and fixtures | D | $1,327,629 |
| Office equipment | D | |
| Leasehold improvements | D | |
| Vehicles | D | $3,500 |
| Other:  Building | D | |
| Less - Accumulated Depreciation | D | ($568,652) |
| | D | |
| | D | |
| | D | |
| **Total Property and Equipment** | | $7,262,477 |
| **Other Assets** | | |
| Loans to shareholders | | |
| Loans to affiliates | | |
| Laon origination cost | | $187,434 |
| | | |
| **Total Other Assets** | | |
| **Total Assets** | | $7,581,287 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | |
|---|---|---|
| Salaries and wages | | |
| Payroll taxes | | |
| Real and personal property taxes | | |
| Income taxes | | |
| Sales taxes | | |
| Notes payable (short term) | | |
| Accounts payable (trade) | A | $17,778 |
| Real property lease arrearage | | |
| Personal property lease arrearage | | |
| Accrued professional fees | | |
| Current portion of long-term post-petition debt (due within 12 months) | | |
| Other:    City Occupancy Tax | | |
| Accrued Franchise Fees | | |
| Accrued Payables | | |

**Total Current Liabilities** $17,778

**Long-Term Post-Petition Debt, Net of Current Portion**

**Total Post-Petition Liabilities** $17,778

**Pre-Petition Liabilities (allowed amount)**

| | | |
|---|---|---|
| Secured claims | F | $6,710,831 |
| Priority unsecured claims | F | $192,361 |
| General unsecured claims | F | $1,903,513 |

**Total Pre-Petition Liabilities** $8,806,705

**Total Liabilities** $8,824,483

**Equity (Deficit)**

| | | |
|---|---|---|
| Retained Earnings/(Deficit) at time of filing --Members Equity | | ($38,592) |
| Capital Stock                          Members Equity | | $1,720,408 |
| Additional paid-in capital            Members Eqduity | | ($1,248,975) |
| Cumulative profit/(loss) since filing of case | | $43,192 |
| Post-petition contributions/(distributions) or (draws) | | |
| Market value adjustment | | |

**Total Equity (Deficit)** $476,034

**Total Liabilities and Equity (Deficit)** $9,318,294

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $372 | | |
| 31-60 Days | $4,445 | | |
| 61-90 Days | $2,594 | | |
| 91+ Days | $21,253 | | |
| Total accounts receivable/payable | | $17,778 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $28,664 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | n/a |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | n/a | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | n/a | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| TOTAL | n/a | Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes _____     No _____

How often do you take a complete physical inventory?

Weekly          _____
Monthly         _____
Quarterly       _____
Semi-annually   _____
Annually        _____

Date of last physical inventory was     n/a

Date of next physical inventory is      n/a

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
FIFO cost                  ___
LIFO cost                  ___
Lower of cost or market    ___
Retail method              ___
Other                      ___
  Explain

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| Land | $1,000,000 | |
| Building | $5,500,000 | |
| Less -Accumulated Depreciation | ($568,652) | |
| | | |
| | | |
| Total | $5,931,348 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | $1,327,629 | |
| | | |
| | | |
| | | |
| Total | $1,327,629 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | | $0 |
| Vehicles - | | |
| | $3,500 | |
| | | |
| | | |
| Total | $3,500 | $0 |

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $1,298 | | | | $1,298 |
| FICA - Employee | $1,357 | | | | $1,357 |
| FICA - Employer | $1,838 | | | | $1,838 |
| Unemployment (FUTA) | $192 | | | | $192 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $4,685 | $0 | $0 | $0 | $4,685 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | $720 | | | | $720 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| OtherCity Occupancy Tax | $7,372 | | | | $7,372 |
| **Total State & Local Taxes** | $8,092 | $0 | $0 | $0 | $8,092 |
| **Total Taxes** | $12,777 | $0 | $0 | $0 | $7,372 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Citi Bank | DIP - Main | DIP- Operating | |
| Account Type | | Checking | Checking | |
| Account No. | ●●●●●8572 | ●●●●4070 | | |
| Account Purpose | Local bank acct | Operating | Payroll | |
| Balance, End of Month | $39,949 | $12,250 | | |
| Total Funds on Hand for all Accounts | $52,199 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended          February 28, 2011

|  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | $144,187 | $201,032 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| | | |
| | | |
| | | |
| | | |
| **Total Cash Receipts** | $144,187 | $201,032 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | $19,727 | $19,727 |
| Administrative | $14,749 | $21,868 |
| Capital Expenditures | | |
| Principal Payments on Debt | | |
| Interest Paid - Mortgage | $23,520 | $23,520 |
| Rent/Lease: | | |
|     Personal Property | | |
|     Real Property - Mortgage | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|     Salaries | $19,894 | $30,269 |
|     Draws | | |
|     Commissions/Royalties | | |
|     Expense Reimbursements | | |
|     Other | | |
| Salaries/Commissions (less employee withholding) | | |
| Management Fees | | |
| Taxes: | | |
|     Employee Withholding | | |
|     Employer Payroll Taxes | | |
|     Real Property Taxes | | |
|     Other Taxes | $9,866 | $9,866 |
| Other Cash Outflows: | | |
|     Rooms Department | $10,660 | $10,660 |
|     Adv & Promo | $2,495 | $8,437 |
|     Repair & Maintenance | $8,753 | $13,629 |
|     Utilities | $1,719 | $2,285 |
|     Professional and legal Fee | | $0 |
| **Total Cash Disbursements:** | $111,384 | $140,262 |
| **Net Increase (Decrease) in Cash** | $32,803 | $60,770 |
| **Cash Balance, Beginning of Period** | $19,397 | ($8,570) |
| **Cash Balance, End of Period** | $52,200 | $52,200 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended        February 28, 2011

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | $144,187 | $201,032 |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | $4,066 | $8,333 |
| Cash Paid for Selling Expenses | $19,717 | $19,717 |
| Cash Paid for Administrative Expenses | $10,693 | $13,546 |
| Cash Paid for Rents/Leases: | | |
|    Personal Property | | |
|    Real Property -Mortgage | | |
| Cash Paid for Interest | $23,520 | $23,520 |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|    Salaries | $19,894 | $30,269 |
|    Draws | | |
|    Commissions/Royalties | | |
|    Expense Reimbursements | | |
|    Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|    Employer Payroll Tax | | |
|    Employee Withholdings | | |
|    Real Property Taxes | | |
|    Other Taxes | $9,866 | $9,866 |
| Cash Paid for General Expenses | | |
| Repair and Maint | $8,753 | $13,628 |
| Adv & Promo | $2,495 | $2,495 |
| Utilities | $1,719 | $2,285 |
| Rent/Leases | | |
| Room Department Expense | $10,660 | $16,602 |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $32,803 | $60,770 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $32,803 | $60,770 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| Receivables | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| Payables | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $32,803 | $60,770 |
| **Cash and Cash Equivalents at Beginning of Month** | $19,397 | ($8,570) |
| **Cash and Cash Equivalents at End of Month** | $52,200 | $52,200 |

Revised 1/1/98

**Elko Gold Mine, LLC dba Best Western**
**Balance Sheet**
As of February 28, 2011

03/16/11

|  | Feb 28, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **100 · Cash** | |
| 107 · Citibank DIP 8572 | 39,949.29 |
| M-103 · NV Bank & Trust -4070 | 12,250.19 |
| Total 100 · Cash | 52,199.48 |
| **Total Checking/Savings** | 52,199.48 |
| **Total Current Assets** | 52,199.48 |
| **Other Assets** | |
| **190 · Other Assets** | |
| 191 · Security Deposits | 200.00 |
| Total 190 · Other Assets | 200.00 |
| **Total Other Assets** | 200.00 |
| **TOTAL ASSETS** | 52,399.48 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200 · Accounts Payable | 17,777.55 |
| **Total Accounts Payable** | 17,777.55 |
| **Total Current Liabilities** | 17,777.55 |
| **Total Liabilities** | 17,777.55 |
| **Equity** | |
| 295 · Opening Balance | -8,569.96 |
| Net Income | 43,191.89 |
| **Total Equity** | 34,621.93 |
| **TOTAL LIABILITIES & EQUITY** | 52,399.48 |

03/16/11

# Elko Gold Mine, LLC dba Best Western
# Profit & Loss
### February 2011

|  | Feb 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 300 · Rooms Revenue | 144,186.81 |
| **Total Income** | 144,186.81 |
| **Cost of Goods Sold** | |
| 401 · Comp Breakfast Food/Supplies | 7,464.37 |
| 406 · Credit Card Merchant Fees | 3,195.88 |
| **Total COGS** | 10,660.25 |
| **Gross Profit** | 133,526.56 |
| **Expense** | |
| 500 · Salaries and Wages | 19,894.44 |
| 530 · Advertising and Promotion | 2,495.00 |
| 601 · Franchise Fees | 19,727.47 |
| 605 · Postage & Freight | 36.60 |
| 608 · Management Fee | 5,549.24 |
| 615 · Operating Supplies | 4,057.02 |
| 617 · Operating Services | 4,601.55 |
| 618 · Office Supplies | 381.45 |
| 619 · Bank Charges | 95.00 |
| 621 · Vehicle Expense | 20.00 |
| 650 · Repairs & Maintenance | |
| 652 · Building and Flooring | 5,218.72 |
| 659 · Maintenance Supplies | 341.21 |
| **Total 650 · Repairs & Maintenance** | 5,559.93 |
| 680 · Utilities | |
| 681 · Gas | 2,231.42 |
| 682 · Waste Removal | 0.00 |
| 683 · Electricity | 2,584.82 |
| 684 · Water | 2,719.41 |
| 685 · Telephone | 1,936.52 |
| 686 · Cable | 1,391.00 |
| **Total 680 · Utilities** | 10,863.17 |
| 720 · Tax Expense | |
| 737 · City Occupany Tax | 9,865.87 |
| **Total 720 · Tax Expense** | 9,865.87 |
| 750 · Interest Expense | |
| 751 · Mortgage Interest | 23,519.80 |
| **Total 750 · Interest Expense** | 23,519.80 |
| **Total Expense** | 106,666.54 |
| **Net Ordinary Income** | 26,860.02 |
| **Net Income** | 26,860.02 |

**Disclosure Statement**

1



Good things come from

## SYSCO
## Guest Supply

To:  Guest Supply @ 866-261-1975
Pages:_____ Collector___11_____

From : Randi Gawron_____
(CUSTOMER NAME)
Account #: _O549602_____
_BEST WESTERN_

# CHECK BY FAX INSTRUCTIONS & AGREEMENT

Sysco Guest Supply will process your check, sent to via facsimile or e-mail, as if it were received by ordinary means.  Please follow these instructions and sign the one time authorization.

## Instructions:

1. Prepare your check as you normally would, made payable to Sysco Guest Supply.
2. Make sure that you have indicated which invoices are to be paid on this form.
3. Note the total of the check on this form.
4. Sign this form and make sure the check is signed as well.
5. Provide Phone and E-Mail information for easy contact, in the event questions arise.
6. Fax this form and check to **866-261-1975**, or e-mail them to **argroup@guestsupply.com**
7. If you must affix the check to a sheet of paper to fax it, do not cover any part of the check face.
8. **DO NOT AFFIX YOUR CHECK TO THE FRONT OF THIS DOCUMENT.**
9. **DO NOT VOID THE SIGNIGURE, This is not an ACH transaction.**
10. **DO NOT MAIL YOUR CHECK.  Simply retain it for your records.**

## Customer Authorization:

I hereby authorize Sysco Guest Supply, to immediately process my check number _007_ sent via fax or e-mail, in the amount of _1031.97_ as a onetime electronic payment.  This payment will be used to clear the invoices noted below.

Customer Signature _____ Date _2/11/11_

So that we can easily contact you in the event that we have a question regarding this transaction, please provide both your phone number and an e-mail address.

Phone Number _972-468-0327_    E-Mail Address _c summers@dmahotels.c_

| INVOICE NUMBER | INVOICE AMOUNT |
|---|---|
| D001168 3531 | 1031.97 |
|  |  |
|  |  |
|  |  |
|  |  |
| Need more space – Please attach sheet |  |
| **TOTAL PAID** | 1031.97 |

**If additional invoices need to be listed, please attach an additional page.**
**To protect your privacy, this form must be returned to 866-261-1975**



Good things come from

# SYSCO
## Guest Supply

**Guest Supply**
*Original Invoice*

1787-1/1:1790

| Invoice No. | Date | Page |
|---|---|---|
| 2834460 | 02/16/11 | 1 of 1 |

**Bill To:**

054962
BEST WESTERN - ELKO
3400 PARKWOOD BLVD
FRISCO TX  75034-1968
USA

**Ship To:**

054962
BEST WESTERN - ELKO - (GOLD)
1930 IDAHO ST
ELKO NV  89801

| Customer PO Number | Order Date | Shipped Via | Terms | Order Number | Salesman |
|---|---|---|---|---|---|
| | 02/09/11 | GROUND | CIA | 0001683531 | Q18  Post, Suzi |

| Catalog / Item No. | Description | U/M | Tax | Ordered | Shipped | BackOrdered | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 0019109 | BW NEW N-PAD 4.25 X 5.5 500/CS | CS | Y | 1 | 1 | 0 | 37.210 | $37.21 |



**This invoice will be subject to a 1.5% finance charge if paid beyond terms.**
**For questions regarding this invoice call: 1-800-772-7676**

| Gross Amount | Sales Tax | Freight | Other | Deposit | Please Pay This Amount |
|---|---|---|---|---|---|
| $37.21 | $2.55 | $0.00 | $0.00 | $0.00 | **$39.76** |

*Please detach and return this section with your payment*

**Please Remit To:**
**Guest Supply**
**P.O. Box 910**
**Monmouth Junction, NJ 08852-0910**
FEIN # 22-2320483

| Date | Account Number | Invoice Number | Customer Name | Business Unit |
|---|---|---|---|---|
| 02/16/11 | 054962 | 2834460 | BEST WESTERN - ELKO | N0014 |

| Gross Amount | Sales Tax | Freight | Other | Deposit | Please Pay This Amount |
|---|---|---|---|---|---|
| $37.21 | $2.55 | $0.00 | $0.00 | $0.00 | **$39.76** |



# Good things come from
# SYSCO
## Guest Supply

**Guest Supply**
*Original Invoice*

2995-1/1:5989

| Invoice No. | Date | Page |
|---|---|---|
| 2831799 | 02/15/11 | 1 of 1 |

**Bill To:**

054982
BEST WESTERN - ELKO
3400 PARKWOOD BLVD
FRISCO TX  75034-1968
USA

**Ship To:**

054962
BEST WESTERN - ELKO  Gold
1930 IDAHO ST
ELKO  NV  89801

| Customer PO Number | Order Date | Shipped Via | Terms | Order Number | Salesman |
|---|---|---|---|---|---|
| | 02/09/11 | GROUND | CIA | 0001683531 | Q18 | Post, Suzi |

| Catalog / Item No. | Description | U/M | Tax | Ordered | Shipped | BackOrdered | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 0022889 | BEST WESTERN KEYLESS DND-100 | PK | Y | 1 | 1 | 0 | 21.510 | $21.51 |



**This invoice will be subject to a 1.5% finance charge if paid beyond terms.**
**For questions regarding this invoice call: 1-800-772-7676**

| Gross Amount | Sales Tax | Freight | Other | Deposit | Please Pay This Amount |
|---|---|---|---|---|---|
| $21.51 | $1.47 | $0.00 | $0.00 | $0.00 | **$22.98** |

*Please detach and return this section with your payment*

**Please Remit To:**
## Guest Supply
**P.O. Box 910**
**Monmouth Junction, NJ 08852-0910**
FEIN # 22-2320483

| Date | Account Number | Invoice Number | Customer Name | Business Unit |
|---|---|---|---|---|
| 02/15/11 | 054962 | 2831799 | BEST WESTERN - ELKO | X0024 |

| Gross Amount | Sales Tax | Freight | Other | Deposit | Please Pay This Amount |
|---|---|---|---|---|---|
| $21.51 | $1.47 | $0.00 | $0.00 | $0.00 | **$22.98** |





Good things come from

## Guest Supply
**Original Invoice**

2995-1/1:5990

| Invoice No. | Date | Page |
|---|---|---|
| 2832337 | 02/15/11 | 1 of 1 |

**Bill To:**

054962
BEST WESTERN - ELKO
3400 PARKWOOD BLVD
FRISCO TX  75034-1968
USA

**Ship To:**

054962
BEST WESTERN - ELKO
1930 IDAHO ST
ELKO  NV  89801



| Customer PO Number | Order Date | Shipped Via | Terms | Order Number | Salesman |
|---|---|---|---|---|---|
|  | 02/09/11 | GROUND | CIA | 0001683531 | Q18 | Post, Suzi |

| Catalog / Item No. | Description | U/M | Tax | Ordered | Shipped | BackOrdered | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 0019468 | BW. STD AQUAMER SHMP-280 | CS | Y | 3 | 3 | 0 | 44.310 | $132.93 |
| 0019469 | BW. STD AQUAMER COND-280 | CS | Y | 3 | 3 | 0 | 44.600 | $133.80 |
| 0019470 | BW. STD AQUAMER LTN-280 | CS | Y | 2 | 2 | 0 | 45.040 | $90.08 |
| 0019473 | B.W. 1.5sz AQUAMER D/SP-400 | CS | Y | 3 | 3 | 0 | 40.040 | $120.12 |
| AP9000 | 9OZ WRAP TRANSLUCENT CUP 1M/CS | CS | Y | 2 | 2 | 0 | 42.990 | $85.98 |
| 0016630 | GUEST CHOICE BATH TISS.500-2PL | CS | Y | 4 | 4 | 0 | 38.730 | $154.92 |
| 0019696 | 24X24 HI-D CLR 6 MIC 1M/CS ROL | CS | Y | 3 | 3 | 0 | 20.770 | $62.31 |
| 0019777 | 47410 ENVISION FACIAL TISSUE | CS | Y | 1 | 1 | 0 | 21.050 | $21.05 |
| 050549 | GS6-4650 40X46 BLACK 1.25 MIL | CS | Y | 3 | 3 | 0 | 27.780 | $83.34 |
| 0021050 | BEST WESTERN S/CAP-200 | CS | Y | 1 | 1 | 0 | 22.560 | $22.56 |

**This invoice will be subject to a 1.5% finance charge if paid beyond terms.**
**For questions regarding this invoice call: 1-800-772-7676**

| Gross Amount | Sales Tax | Freight | Other | Deposit | Please Pay This Amount |
|---|---|---|---|---|---|
| $907.09 | $62.15 | $0.00 | $0.00 | $0.00 | **$969.24** |

*Please detach and return this section with your payment*

**Please Remit To:**

## Guest Supply
**P.O. Box 910**
**Monmouth Junction, NJ 08852-0910**
FEIN # 22-2320483

| Date | Account Number | Invoice Number | Customer Name | Business Unit |
|---|---|---|---|---|
| 02/15/11 | 054962 | 2832337 | BEST WESTERN - ELKO | N0014 |

| Gross Amount | Sales Tax | Freight | Other | Deposit | Please Pay This Amount |
|---|---|---|---|---|---|
| $907.09 | $62.15 | $0.00 | $0.00 | $0.00 | **$969.24** |



**PURPOSE:** Petty Cash

## Best Western Elko Inn Nevada

From Jan
To Jan

**EMPLOYEE INFORMATION:**

**Name** Angie Virk

**Position**

**Start Out Fund** $1,000.00

| Date | Account # | Description | Biddet Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeep ing | Office Supplies | Sales | Manager's Social | Total |
|------|-----------|-------------|------------|-------------|----------------------|------------------|--------|---------------|-----------------|-------|------------------|-------|
| 18-Jan-11 | | USPS | | | | | $ 37.50 | | | | | $ 37.50 |
| 20-Jan-11 | | WALMART | | | | $ 29.85 | | | | | | $ 29.85 |
| 20-Jan-11 | | HOMEDEPO | | | | $ 165.80 | | | | | | $ 165.80 |
| 20-Jan-11 | | HOMEDEPO | | | | $ 161.88 | | | | | | $ 161.88 |
| 24-Jan-11 | | AWSOME POOL | | | | $ 206.96 | | | | | | $ 206.96 |
| 25-Jan-11 | | WESTERN NV SUPPLY | | | | $ 284.86 | | | | | | $ 284.86 |
| 25-Jan-11 | | CONNORS | | | | $ 40.00 | | | | | | $ 40.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | $ 926.93 |

Disbursement total $ 926.93

Cash on Hand $73.07

Total Petty Cash $1,000.00

Elko Gold Mine, LLC DIP

Angie Virk

1002

2/3/2011                    926.93

926.93

Citibank DIP 8572      supplies

**PURPOSE:** Petty Cash

**Best Western Elko Inn Nevada**

From Jan
To Jan

**EMPLOYEE INFORMATION:**
Name: Angie Virk
Position:

Start Out Fund **$1,000.00**

| Date | Account # | Description | Bridal Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping Ins. | Office Supplies | Sales | Manager's Social | Total |
|------|-----------|-------------|-----------|-------------|----------------------|------------------|--------|-------------------|-----------------|-------|------------------|-------|
| 19-Jan-11 | | USPS | | | | | $ 37.50 | | | | | $ 37.50 |
| 20-Jan-11 | | WALMART | | | | $ 29.85 | | | | | | $ 29.85 |
| 20-Jan-11 | | HOMEDEPO | | | | $ 165.88 | | | | | | $ 165.88 |
| 20-Jan-11 | | HOMEDEPO | | | | $ 161.88 | | | | | | $ 161.88 |
| 24-Jan-11 | | AMSOME POOL | | | | $ 205.96 | | | | | | $ 205.96 |
| 25-Jan-11 | | WESTERN NV SUPPLY | | | | $ 284.96 | | | | | | $ 284.96 |
| 25-Jan-11 | | COHNORS | | | | $ 40.00 | | | | | | $ 40.00 |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | $ - | $ - | $ - | $ 889.43 | $ 37.50 | $ - | $ - | $ - | $ - | $ 926.93 |

Reimbursement total $ 926.93
Cash on Hand $ 73.07
Total Petty Cash $1,000.00

Employee Signature: _ANGIE VIRK_
Date Signed: 1/25/2011

NOTES:

1- 25 - 11
DATE

CHECK ONE

☒ **PAID OUT**

☐ **REFUND**

AMOUNT

$ 40.06

EXPLANATION  *Van was empty Cost 40.⁰⁰ for gas*

ROOM NO.          FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

REC'D BY—SIGNATURE

X A____

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

A____

CERTIFY HERE AND TIME STAMP ON BACK.

LITHO IN U.S.A.                                    A&B Hospitality, Inc.    FORM 3-23



## Self Checkout

*Fast. Fun. Easy.*

```
      MANAGER MYRON JOHNSON
         ( 775 ) 778 - 6778
ST# 2402 OP# 00009043 TE# 43 TR# 09706
SHOCKNSWM5PK 007318751104      13.97 X
SHOCKNSWM5PK 007318751104      13.97 X
                SUBTOTAL       27.94
     TAX 1  6.850 %             1.91
                   TOTAL       29.85
                CASH  TEND     30.00
                CHANGE DUE      0.15
```

## # ITEMS SOLD 2

TC# 1769 8763 7926 8075 4692

We gladly accept valid
manufacturer & internet coupons.
01/20/11      19:11:17



## AAHSOME SPAS ELKO
### 170 IDAHO ST.
### ELKO, NV 89801
### 775-777-7727    Fax 775-777-7727

| CUSTOMER'S ORDER NO. | | | PHONE | | | DATE | 1/24/ |
|---|---|---|---|---|---|---|---|
| NAME | | | Best western | | | | |
| ADDRESS | | | Elko Inn | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 2 | 15 Gallon Chlorine | 80⁰⁰ | 161 | 90 |
| 4 | Acid 1gallon | 7.85 | 31 | 50 |
| | | | ~~87.45~~ | |
| | | | 193 | 70 |
| | | | | |
| | paid cash | | | |
| | | | | |
| | | | TAX | 13 | 26 |
| RECEIVED BY | | | TOTAL | 206 | 96 |

All claims and returned goods
MUST be accompanied by this bill.

**Thank You!**

4950

PRODUCT 2531



| Elko | Carson City | Truckee | |
|------|-------------|---------|--|
| tel 775.738.9811 | tel 775.882.0900 | tel 530.582.5009 | **Winnemucca** |
| **S. Lake Tahoe** | **Bishop** | **Susanville** | tel 775.625.5600 |
| tel 530.541.1884 | tel 760.873.7119 | tel 530.251.5800 | |

**BLUE TEAM**

**Corporate**
950 S. Rock Blvd. • Sparks, NV 89431
tel 775.359.5800 • fax 775.359.4649

```
* WILL CALL ** WILL CALL ** WILL CALL ** WILL CALL ** WILL CALL ** WILL CALL *
ORDER NUMBER: 24859289                              ***************
01/24/11  01:38PM                                                *        *
PAGE#: 1                                          CALF=N    *NO BACK ORDER*
NO MAP ON FILE                                              ***************
BO: N                                                       ID# WC
              ***  C.O.D.  ***  C.O.D.  ***  C.O.D.  ***
```

SHIP TO: 695904 BEST WESTERN ELKO IN
BEST WESTERN ELKO IN
1930 IDAHO
ELKO, NV. 89801
ELKO, NV. 89801

| | |
|--|--|
| SHIP FROM: ELKO, NV | SOLD FROM: ELKO, NV |
| SALESPERSON: HOUSE (HOUSE) | SHIP VIA: WILL CALL |
| WRITTEN BY: BARTLETT, WAYNE () | FT TERMS: FULL FREIGHT ALLOWED |
| PO NUMBER: | JOB NAME: |
| JOB CONTACT: | JOB PHONE: 775-738-8787 |
| | TAX CODE: 255 6.850 |
| ORDER DATE: 01/24/11 | REQ DATE: 01/24/11 |
| PREFERRED DELIVERY DAY: | FORKLIFT REQUIRED         1 LINE OF 1 |

| LN# FILLED PRODUCT# DESCRIPTION | LOCATION | UNT | QTY QTY |
| BY | | | DUE PICK |
|------|------|------|------|
| 1  IEZW100015 WILK 2 720A PVB | | EA | 1 |

$266.6000

INVOICE AMOUNT: $284.86

*Paid*
*Cash*

| RECEIVED BY: | DATE: | DELIVERED BY: | TIME DELIVERED: |
|--|--|--|--|
| CHECKED BY: | S-LOCATION: | / / / | |

| NO. BOXES | NO. BUNDLES | NO. PALLETS | NO. LOOSE PIECES | NO. BAGS | NO. ROLLS | OTHER |
|-----------|-------------|-------------|------------------|----------|-----------|-------|
| | | | | | | |



**More saving.**
**More doing.**℠

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00011 85891   01/20/11  05:22 PM
CASHIER NATALIE - NEC6493

CUSTOMER AGREEMENT # 79943
RECALL AMOUNT                151.50

          SALES TAX            10.38
          TOTAL             $161.88
          CASH               200.00
          CHANGE DUE          38.12



3320 11 85891 01/20/2011 2865

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
175391  172082

Password:
11070  172071

```
==================================
            ELKO MPO
          ELKO, Nevada
           898013618
         9148830808-0096
01/18/2011 (800)275-8777 02:10:50 PM
==================================
============= Sales Receipt =============
Product          Sale Unit      Final
Description       Qty Price       Price

FRISCO TX 75034                  $37.50
Zone-6 Express Mail
PO-Add
2 lb.  8.60 oz.
 Label #:EG113312859US
 Thu 01/20/11 03:00 PM -
 Guaranteed Delivery
 Signature Requested
                            ----------
 Issue PVI:                      $37.50


                            ----------
Total:                           $37.50

Paid by:
Cash                             $40.50
Change Due:                      -$3.00

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*********************************
*********************************


Bill#:1000402200829
Clerk:06

All sales final on stamps and postage
 Refunds for guaranteed services only
       Thank you for your business
```



**More saving.**
**More doing.℠**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00011  85941    01/20/11   05:35 PM
CASHIER NATALIE - NEC6493

046677409265 PLC4FT32W <A>                69.00
762148105169 19W 4PK <A,S>                38.61
     1392.97
046677167073 20WEXIT <A>                  47.64
     1243.97

                    SUBTOTAL       155.25
                    SALES TAX       10.63
                    TOTAL        $165.88
                    CASH          165.88



3320 11 85941 01/20/2011 2865

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A        1        90        04/20/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR



Elko Gold Mine, LLC DIP
1950 Idaho Street
Elko, NV 89801
775-738-8389

1003

DATE 02/04/2011

PAY TO THE
ORDER OF  LMS Dominguez                      $ 3193.29

Three thousand one hundred ninety three and 27/100 ———————— DOLLARS

Citibank, N.A.
399 Park Ave.
New York, NY 10043
212-259-1000

MEMO

1003

Elko Gold Mine, LLC DIP

# Invoice

Date 01/31/2011
Invoice #83J

Luis Dominguez

TO   Best Western
Elko Goldmine, LLC
1930 Idaho Street
Elko, NV 89801
Phone (775)-738-8787

| | | Payment Terms | Due Date |
|---|---|---|---|
| | | Net 15 | 02/15/2011 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Door adjustment for proper locking 30 Rooms and office. | | $ 2,949.90 |
| | All doors were removed and reinstalled again. | | |

| | | |
|---|---|---|
| Subtotal | $ | 2,949.90 |
| Sales Tax | $ | 243.37 |
| Total | $ | 3,193.27 |

*Thank you for your business!*



Elko Gold Mine, LLC DIP
1930 Idaho Street
Elko, NV 89801
775-738-8781

1004

18210

PAY TO THE ORDER OF   Lucas Dominguez   $ 5,218.72

Five Thousand Two hundred eighteen dollars 72/100   DOLLARS

Citibank, N.A.
399 Park Ave
New York City, NY 10043
212-559-1000

DATE   02/09/2011

MEMO   Inv #835

⑆1004⑆ ⑆ ⑆ 8572⑆

Opening supplies

Elko Gold Mine, LLC DIP

# Invoice

Date 01/31/2011
Invoice #835

Luis Dominguez

TO  Best Western
Elko Goldmine, LLC
1930 Idaho Street
Elko, NV 89801
Phone (775)-738-8787

| | | Payment Terms | Due Date |
|---|---|---|---|
| | | Net 15 | 02/15/2011 |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Special purpose cleaning chemicals for common area, lobby, breakfast, kitchen and laundry linen spot cleaning | | $ 4,820.99 |
| | • Floor polish | | |
| | • Furniture polish | | |
| | • Bacteria killing and disinfecting. | | |
| | • Pen stains removal | | |
| | • Blood stains removal and disinfecting. | | |

| | | |
|---|---|---|
| Subtotal | $ | 4,820.99 |
| Sales Tax | $ | 397.73 |
| Total | $ | 5,218.72 |

*Thank you for your business!*



Elko Gold Mine, LLC DIP
1930 Idaho Street
Elko, NV 89801
775-738-8787

1005

Citibank, N.A.
399 Park Ave.
New York City, NY 10043
212-559-1000

PAY TO THE ORDER OF  Skylark CN
Four thousand one hundred one and 55/100

DATE 02/09/2011

$ 4,001/55

DOLLARS

MEMO  Inv.# 3093

Elko Gold Mine LLC DIP

Financing Services



# INVOICE

INVOICE # 3093

## SKYLARKCCTV
Your solution To Better business

DATE: FEBRUARY 8, 2011

10837 N. Central EXWY,
Dallas, TX 75231 Suite2146
amir@amirsingh.com

| TO | Best Western<br>Elko Gold Mine, LLC<br>1930 Idaho Street<br>Elko, NV 89801<br>775-738-8787 | SHIP<br>TO | Best Western<br>Elko Gold Mine, LLC<br>1930 Idaho Street<br>Elko, NV 89801<br>775-738-8787 |
|---|---|---|---|

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| Amir | Elko | Ground | | Dec 4, 2010 | Due on receipt | |

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| 1 | CISCO1231G System | 8 CISCO AIRONET 1231G 802.11G WIRELESS ACCESS POINT AIR-AO1231G<br>8 POE SWITCH POWER OVER ETHERNET 12 PORT SWITCH<br>6 FEET12 DBI ANTENNA WITH SMA-400 CABLE INSTALLATION BY ZNET COMMUNICATION WITH ONE YEAR PART AND LABOR WARRANTY ANY SWITCHER/ROUTER /CABLES ARE NOT INCLUDED<br>IF WE INSTALLING ANY OTHER EQUIPMENT THERE WILL BE EXTRA COSTS<br><br>**NOTICE: This is to inform you that we will not be responsible for any damages caused by lightning, flooding or other water damages, electrical malfunctions and or other natural disasters, Also not responsible for replacement in case of a fire or any of the above listed.** | $3843.46 | | $1921.73<br>$1921.73 |

| | | |
|---|---|---|
| | | 3843.46 |
| | SUBTOTAL | 3843.46 |
| | SALES TAX | 317.09 |
| | TOTAL | 4601.55 |

Make all checks payable to Skylark CCTV
**THANK YOU FOR YOUR BUSINESS!**



**Rainbow Advertising**
3904 W Vickery Blvd.
Fort Worth, TX 76107

817-738-3838
817-377-4430 f

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/11/2011 | 37770 |

| Bill To | Ship To |
|---------|---------|
| BEST WESTERN/ELKO INN<br>1930 IDAHO | |

**Elko Gold Mine, LLC DIP**

1006

Rainbow Advertising

| Date<br>2/11/2011 | Type<br>Bill | Reference<br>37770 | | Original Amt.<br>2,495.00 | 2/11/2011<br>Balance Due   Discount<br>2,495.00 | Payment<br>2,495.00 |
|---|---|---|---|---|---|---|
| | | | | | Check Amount | 2,495.00 |

Citibank DIP 8572

2,495.00

| | | | | |
|---|---|---|---|---|
| Thank you for allowing me to be of service to you. Please call us again soon. | | **Total** | | $2,495.00 |

**Elko Gold Mine, LLC DIP**

Brody Chemical

| Date | Type | Reference | | Original Amt. | Balance Due | 2/11/2011 Discount | Payment |
|------|------|-----------|---|---------------|-------------|----------|---------|
| 2/11/2011 | Bill | 02112011 | | 2,048.50 | 2,048.50 | | 2,048.50 |
| | | | | | | Check Amount | 2,048.50 |

Citibank DIP 8572     388697203                                                2,048.50

| | | | | |
|---|---|---|---|---|
| — | ~~~~~~~ | Rainbow Feeder 300-29X | $265.00 | |
| 1 | 8004 | Calcium Builder - 50# Bucket | $99.00 | |
| 1 | 8002 | Alkaline Builder - 50# Bucket | $132.00 | |
| 1 | 8012 | Wipe Out Shock Treatment 50# Bucket | $240.00 | |
| 1 | 8006 | Defoamer – 12 Quart Case | $180.00 | |
| 3 | 5600 | Chlorine 3" Tabs - 50# Bucket | $555.00 ($185/bucket) | |
| 1 | 8013 | Water Clarifier – 6 Gallon Case | $180.00 | |
| 1 | 8001 | Algaecide – 6 Gallon Case | $180.00 | |
| 3 | X364106 | 5-Way Lamotte Test Strips - Tube | $52.50 | |
| | | **Total Amount Due in advance** | **$2,048.50** | |

Upon receipt of your full payment in the amount of $2,048.50 we will schedule a technician to install the above listed equipment and deliver your product. *Please remit your payment to:*

*Brody Chemical*
*6125 W. Double Eagle Circle*
*Salt Lake City, Utah 84118*

If you have any questions please contact your sales representative Brad Reeves.
Office (208) 384-0618
Pager (208) 422-8498
Mobile(208) 870-7788

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

CUSTOMER'S ORIGINAL INVOICE

Good things come from
**Sysco**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300   (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO        NV    89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO        NV    89801

2/10/11    386177    102100809    7    3

P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

SUB TOTAL      2139.26
TAX TOTAL        70.15
INVOICE TOTAL  2209.41

OPEN: 6:00 AM      CLOSE: 7:00 PM

ITEM DESCRIPTION
GROUP TOTAL****

99.99