EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CUSTOMER'S ORIGINAL INVOICE

CONFIDENTIAL PROPERTY OF SYSCO

BEST WESTERN
1930 IDAHO ST
ELKO NV 89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO NV 89801

Good things come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

| DELV. DATE | CUSTOMER | INVOICE NUMBER | | PAGE |
|---|---|---|---|---|
| 2/10/11 | 386177 | 102100809 | 7 | 1 |
| TRUCK STOP 7014 | | | | |
| ROUTE 4333 | PURCHASE ORDER | | | |

TERMS: PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 690920 NORMAL DELVERY
MA: S184 THAIN BURKHART 184
DRIVER: GRANT 9925

| C | QTY | | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | | INVOICE ADJUSTMENTS CDE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | COOLER | | | | | | | |
| | | | | | ****DAIRY**** | | | | | | | |
| C | 1 | CS | 100 | 1 OZ | PHRLIMR CHEESE CREAM PLAIN CUP 38801 | 6261065 | 32.20 | | 32.20 | | | |
| C | 1 | CS | 50 | .5 PT | DARIGLD MILK 1% MINI BOX | 7213277 | 8.26 | | 8.26 | | | |
| C | 5 | CS | 50 | .5 PT | WHLFARM MILK 2% REDUCED FAT 1022 | 3862950 | 9.34 | | 46.70 | | | |
| C | 8 | CS | 12 | 6 OZ | YOPLAIT YOGURT ASST STW-MIXED BRY 384000 | 7259185 | 8.35 | | 66.80 | | | |
| | | | | | GROUP TOTAL**** | | | | 153.96 | | | |
| | | | | | ****PRODUCE**** | | | | | | | |
| C | 1 | CS | 1 | 40 LB | PACKER BANANA FRESH TIP GREEN | 1158542 | 33.10 | | 33.10 | | | |
| C | 1 | CS | 1 | 40# | PACKER BANANA GRN TURN TO YEL FRESH | 1007168 | 33.10 | | 33.10 | | | |
| C | 1 | CS | 1 | 113 CT | SYS CLS ORANGE NAVEL CH FRESH | 2252161 | 35.25 | | 35.25 | | | |
| | | | | | GROUP TOTAL**** | | | | 101.45 | | | |
| | | | | | DRY | | | | | | | |
| | | | | | ****CANNED & DRY**** | | | | | | | |
| D | 1 | CS | 12 | 10 CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ 5586 | 5470267 | 39.99 | | 39.99 | | | |
| D | 1 | CS | 200 | 1.5 OZ | HSE REC SYRUP TABLE MAPLE FLAVORED 12888-SYS | 1696508 | 36.99 | | 36.99 | | | |
| D | 1 | CS | | 65 LB | BKRSCLS WAFFLE MIX BELGIAN 6153092 | 6153092 | 49.71 | | 49.71 | | | |
| | | | | | GROUP TOTAL**** | | | | 126.69 | | | |
| | | | | | ****PAPER & DISP**** | | | | | | | |
| D | 1 | CS | 12 | 751 FT | TORKADV TISSUE TOILET JMBO MINISTD 12024402 | 5577089 | 69.99 | 4.79 | 69.99 | * | | |
| D | 1 | CS | 6 | 700 FT | TORKADV TOWEL ROLL NON-PERF 7.75 WHT 290089 | 9362260 | 79.99 | 5.48 | 79.99 | * | | |
| | | | | | GROUP TOTAL**** | | | | 149.98 | | | |
| | | | | | ****CHEMICAL & JANITORIAL**** | | | | | | | |
| D | 1 | CS | 1 | 2.5GAL | ECOLAB CLEANER DEGRSR ORGFRC OASIS137 14559 | 2194041 | 179.99 | 12.33 | 179.99 | * | | |
| D | 1 | CS | 1 | 2.5GAL | ECOLAB CLEANER TILE BTH OASIS 299CHRY 12146 | 5176151 | 145.90 | 9.99 | 145.90 | * | | |
| | | | | | ** HAZARD ** | | | | | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 25 | | 25 | 19.6 | 507 |

OPEN: 6:00 AM CLOSE: 7:00 PM

REMIT TO: P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

| | |
|---|---|
| SUB TOTAL | 87.97 |
| TAX TOTAL | |
| INVOICE TOTAL | |

DRIVER'S SIGN | NO. PCS DELVD. | CUST. SIGN (SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS) X [illegible] | NO. PCS REC.

PAYABLE ON OR BEFORE

COMM ON DAY 2

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. ...) ... ALL INVENTORIES OF ...




Elko Gold Mine, LLC DIP

1009



Frontier Online Bill Pay

Account: 7757388787041406800402 LOG OUT

My Account | Account Settings | Financial Information | One Time Payment | Recurring Payments
Customer Service | Terms & Conditions | FAQs

## Statement Summary

- Statement Summary   Bill Detail   Important Customer Information*  printable version

CURRENT BILLING SUMMARY

GOLD RUSH INN /DHILLON MGMT
ACCOUNTS PAYABLE
1930 IDAHO ST
ELKO, NV 89801-2629

| Account Summary | |
|---|---|
| Due Date | 2/28/11 |
| Billing Date | 2/10/11 |
| Account Number | 7757388787041406 |
| Amount of Last Bill | 9,954.28 |
| Payments Received Thru 2/10/11 | .00 |
| Other Credits & Charges | 8,235.05CR |
| Balance Before Current Charges | 1,719.23 |
| New Charges | 1,936.92 |
| Total Amount Due | $3,656.15 |

Check out Frontier's Web site for great products, special offers and complete customer service information.




Reduce your operational costs, and reach your business objectives faster. Frontier's web and audio conferencing options make it easy!

START HOSTING MORE PRODUCTIVE MEETINGS NOW.
Call 1.800.671.2739 today.
www.Frontier.com/conferencing

| Contacting Us | |
|---|---|
| Your Personal Identification Number is | 0402 |
| Billing Questions | www.frontier.com |
| Business | 800-921-8102 |

Note: the printable version will open in a new browser window.
Just close the new window after printing the statement to return to this window

Get Adobe Reader — Adobe Acrobat Reader is required to view your Important Customer Information. If you need to install the software, please click here. Please note, we do not offer technical support for Adobe products.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

BEST WESTERN
1930 IDAHO ST
ELKO NV 89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO NV 89801

Good things come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**CUSTOMER'S ORIGINAL INVOICE** CONFIDENTIAL PROPERTY OF SYSCO

| DELV DATE | CUSTOMER | INVOICE NUMBER | | PAGE |
|---|---|---|---|---|
| 2/17/11 | 386177 | 102170722 | 7 | 2 |

TRUCK STOP: 7016
ROUTE: 4333
PURCHASE ORDER
TERMS: COD ACH — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
MANIFEST# 691773 NORMAL DELIVERY
MA: S184 THAIN BURKHART 9184
DRIVER: ERMEL

| D/C | QTY | S | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | CASE AMOUNT | EXTENDED PRICE | X | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ****SUPP & EQUIP**** | | | | | | | |
| D | 2 | CS | 12 | CT | SYSCO MOP HEAD BLND LPD BLUE MED M8706SYS | 4179669 | 25.15 | 1.73 | 50.30 | * | | |
| | | | | | GROUP TOTAL**** | | | | 50.30 | | | |
| | | | | | ****DISPENSER BEVERAGE**** | | | | | | | |
| D | 1 | CS | 62 | LB | CITAVO COFFEE CAPPUC ORIG 999990000613 | 7679006 | 69.99 | | 69.99 | | | |
| D | 1 | CS | 962 | OZ | CITAVCO COFFEE COL 100% FINE W/F 3586632 | 4116158 | 158.88 | | 158.88 | | | |
| D | 1 | CS | 628 | CT | BIGELOW TEA ASST 6 FLVR 15577 | 7813436 | 26.99 | | 26.99 | | | |
| | | | | | GROUP TOTAL**** | | | | 255.86 | | | |
| | | | | | FROZEN<br>****DAIRY**** | | | | | | | |
| F | 3 | CS | 72 | 3.5 OZ | PAPETTI OMELET EGG CHEESE 460259013500 | 2232965 | 63.42 | | 190.26 | | | |
| | | | | | GROUP TOTAL**** | | | | 190.26 | | | |
| | | | | | ****MEATS**** | | | | | | | |
| F | 4 | CS | 160 | 1 OZ | SYS CLS SAUSAGE PORK RTY GRD MILD | 1589332 | 31.71 | | 126.84 | | | |
| | | | | | GROUP TOTAL**** | | | | 126.84 | | | |
| | | | | | ****FROZEN**** | | | | | | | |
| F | 1 | CS | 84 | 2.25OZ | OTSPKMY DANISH ASST APL/CHES/CHERRY 80991 | 8896766 | 63.13 | | 63.13 | | | |
| F | 1 | CS | 220 | 1.5 OZ | BKRSCLS DOUGH COOKIE CHOCO CHIP GRMT 2908770 | 2908770 | 60.53 | | 60.53 | | | |
| | | | | | GROUP TOTAL**** | | | | 123.66 | | | |
| | | | | | ****DISPENSER BEVERAGE**** | | | | | | | |
| F | 2 | CS | 24 | LTR | NATRSEL JUICE ORANGE FRZ CADDY 108145 | 6150072 | 99.99 | | 199.98 | | | |
| | | | | | GROUP TOTAL**** | | | | 199.98 | | | |
| | | | | | ORDER SUMMARY 1 9764 | | | | | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 16 | | 16 | 10.4 | 212 |
| 44 | | 44 | 31.4 | 799 |

OPEN: 6:00 AM CLOSE: 7:00 PM

REMIT TO: P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

| | |
|---|---|
| SUB TOTAL | 1793.99 |
| TAX TOTAL | 21.06 |
| INVOICE TOTAL | 1815.05 |

DRIVER'S SIGN | NO. PCS DELVD. | CUST. SIGN X — SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS | NO. PCS REQ.

PAYABLE ON OR BEFORE

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. ...

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE** CONFIDENTIAL PROPERTY OF SYSCO

Good things come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO NV 89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO NV 89801

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 2/17/11 | 386177 | 102170722 7 | 1 |

TRUCK STOP: 7016
ROUTE: 4333
PURCHASE ORDER:
TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE: COD ACH
MANIFEST# 691773 NORMAL DELIVERY
MA: S184 THAIN BURKHART 9184
DRIVER: ERMEL

| C | QTY | S | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | A | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | COOLER | | | | | | | |
| | | | | | ****DAIRY**** | | | | | | | |
| C | 1 | CS | 50 | .5 PT | DARIGLD MILK 1% MINI BOX | 7213277 | 8.26 | | 8.26 | | | |
| C | 5 | CS | 50 | .5 PT | WHLFARM MILK 2% REDUCED FAT 1022 | 3162950 | 9.34 | | 46.70 | | | |
| C | 9 | CS | 12 | 6 OZ | YOPLAIT YOGURT ASST STW-MIXED BRY 384000 | 7255185 | 8.35 | | 75.15 | | | |
| | | | | | GROUP TOTAL**** | | | | 130.11 | | | |
| | | | | | ****PRODUCE**** | | | | | | | |
| C | 1 | CS | 1 | 40 LB | PACKER BANANA FRESH TIP GREEN | 1158542 | 33.10 | | 33.10 | | | |
| C | 1 | CS | 1 | 40# | PACKER BANANA GRN TURN TO YEL FRESH | 1307268 | 33.10 | | 33.10 | | | |
| C | 1 | CS | 1 | 113 CT | SYS CLS ORANGE NAVEL CH FRESH | 2252161 | 36.74 | | 36.74 | | | |
| | | | | | GROUP TOTAL**** | | | | 102.94 | | | |
| | | | | | DRY | | | | | | | |
| | | | | | ****CANNED & DRY**** | | | | | | | |
| D | 3 | CS | 12 | 10 CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ 5586 | 5470267 | 39.99 | | 119.97 | | | |
| D | 1 | CS | 120 | 1.37OZ | HSE REC CEREAL HOT OAT INST VAR 007486553494 | 8562688 | 36.01 | | 36.01 | | | |
| D | 1 | CS | 6 | #10 | SYS CLS GRAVY SAUSAGE CNTRY RTU 590PX | 0682542 | 74.51 | | 74.51 | | | |
| D | 1 | CS | 200 | .5 OZ | HSE REC PEANUT BUTTER CUP 05885678090 | 6132377 | 39.65 | | 39.65 | | | |
| D | 1 | CS | 200 | 1.5 OZ | HSE REC SYRUP TABLE MAPLE FLAVORED 12888-SYS | 1696608 | 36.99 | | 36.99 | | | |
| D | 1 | CS | 6 | 5 LB | BKRSCLS WAFFLE MIX BELGIAN 6153092 | 6153092 | 49.71 | | 49.71 | | | |
| | | | | | GROUP TOTAL**** | | | | 356.84 | | | |
| | | | | | ****CHEMICAL & JANITORIAL**** | | | | | | | |
| D | 1 | CS | 4 | 128 OZ | SYS REL BLEACH LIQ DISINFECTANT 11003395391 | 5729449 | 17.40 | 1.19 | 17.40 | * | | |
| D | 1 | PL | 1 | 5GAL | ECOLAB DETERGENT LAUN LIQ ES L2000 6100031 | 7928707 | 239.80 | 16.42 | 239.80 | * | | |
| | | | | | ** HAZARD ** | | | | | | | |
| | | | | | GROUP TOTAL**** | | | | 257.20 | | | |

| CASES | SPLIT | TOT.PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 28 | | 28 | 21.0 | 587 |

OPEN: 6:00 AM CLOSE: 7:00 PM

REMIT TO: P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

SUB TOTAL: 847.09
TAX TOTAL:
INVOICE TOTAL:

DRIVER'S SIGN
NO. PCS DELVD.
CUST. SIGN X — SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS
NO. PCS REC.

PAYABLE ON OR BEFORE

CONT. ON PAGE 2

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF

Print Close

**CHECK 1013**
**Date:** 2/22/2011
**Amount:** $ 9500.00



Elko Gold Mine, LLC DIP
1930 Idaho Street
Elko, NV 89801
775-738-8787

Citibank, N.A.
399 Park Ave
New York City, NY 10043
212-559-1000

1013

DATE 2/16/2011

PAY TO THE ORDER OF Best Western International $ **9,500.00

Nine Thousand Five Hundred and 00/100 DOLLARS

Best Western International
PO Box 53505
Phoenix, AZ 85072

MEMO NO#29083 Pre-Petition

29083



ELECTRONICALLY PRESENTED - 1

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
BESTWESTERN INTERNATIONAL

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

**CHECK 1013**

29083 STMT JAN 01 2011

M

# STATEMENT



**Best Western International, Inc**
P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

ACCOUNT NO. 29083

DATE: MO. DAY YR 01 01 11

BEST WESTERN ELKO INN
1930 IDAHO ST
Elko, NV 89801-2629

PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE $______

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| | | MEMBER NO. 29-083 PREVIOUS BALANCE | | | 95,673.80 |
| 12 10 10 | | PAYMENT RECEIVED THANK YOU CK 1195 | | 4,571.00- | |
| 12 10 10 | 0007772990 | REVERSE EST DECEMBER 2010 MONTHLY FEES | 4,632.76- | | |
| 12 10 10 | 0007774091 | CHARGEBACK TO YOUR ACCOUNT CHECKS 1180 AND 1181 11/29 | | 16,000.00 | |
| 12 10 10 | 0007774092 | SERVICE CHARGE CK 1181 1180 RETURNED ITEMS | 70.00 | | |
| 12 15 10 | 0007784036 | TWO-WAY SUPPORT DECEMBER 10 MAINTENANCE | 65.00 | | |
| 12 17 10 | | PAYMENT RECEIVED THANK YOU DIRECT DEPOSIT | | 17,500.00- | |
| 12 17 10 | 0007789274 | CREDIT TAX ON COMMISSION GSA BRAZIL BILLED 11/11/10 | 0.43- | | |
| 12 17 10 | 0007791101 | FREE NGT AWARD VHRS-SEE ATTACH | 210.00- | | |
| 12 17 10 | FC-82218 | Service Charge on Balances 45 Days and Older | 1,140.75 | | |
| 12 21 10 | 0007793139 | FREQUENT FLYERS - SEE ATTACHED | 30.21 | | |
| 12 21 10 | 0007795375 | BWR CHARGE 10-26-10 - 11-25-10 | 2,077.78 | | |
| 12 21 10 | 0007798484 | DEC10 CANV COOP FEES REIMB FOR DEC FEES - TERM 11/3 | 183.00- | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---|---|---|---|---|---|
| | | | | | CONTINUED |
| | | | | | NEW BALANCE |

**Terms:** DUE AND PAYABLE UPON RECEIPT.
All accounts 45 days past due and older are subject to a 1 1/2% late charge per month, which is an ANNUAL PERCENTAGE RATE OF 18%

BWST01

**Best Western International, Inc**

29083 STMT JAN 01 2011

M

# STATEMENT

PAGE 2

**Best Western International, Inc**
P.O. Box 53605
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

ACCOUNT NO. 29083

DATE: MO DAY YR 01 01 11

BEST WESTERN ELKO INN
1930 IDAHO ST
Elko, NV 89801-2629

PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE $ ________

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 12 22 10 | 0007799387 | BW REWARDS 10/26 to 11/25 ENROLLMENT FEE REBATE | 82.84- | | |
| 12 23 10 | 0007804893 | DEC 2010 GDS - SEE ATTACHED | 6.20 | | |
| 12 27 10 | 0007810355 | TRAVEL CARD REDEMPTION | 5.80- | | |
| 12 27 10 | 0007814728 | FLAT COMMISSION - BESTCHEQUE | 48.00 | | |
| 12 27 10 | 0007816753 | DEC 2010 GDS - SEE ATTACHED | 45.50 | | |
| 12 27 10 | 0007818875 | BESTCHEQUE/TA COMMISSIONS | 379.60 | | |
| 12 27 10 | 0007821092 | DEC 3RD PTY INTERNET FEES | 4.00 | | |
| 12 28 10 | 0007825165 | ON-BOARDING SERVICE & SUPPORT 3 OF 12 SALES TRAINING IN 20 | 333.33 | | |
| 12 28 10 | 0007827703 | JAN 2011 VSAT EQUIPMENT MONTHLY TERMINAL CHARGE | 23.60 | | |
| 12 28 10 | 0007829866 | JANUARY 2011 VSAT MONTHLY COMMUNICATION CHARGE | 56.40 | | |
| 12 28 10 | 0007831316 | CHARGEBACK TO YOUR ACCOUNT RETURNED ITEM CHECK 1203 | | 17,500.00 | |
| 12 28 10 | 0007831317 | SERVICE FEE RETURNED ITEM CHECK 1203 | 35.00 | | |
| 12 28 10 | 0007831318 | FINANCE CHARGES ON BALANCE 60 DAYS OR OLDER CK 1203 | 252.50 | | |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---|---|---|---|---|---|
| | | | | | CONTINUED |

NEW BALANCE

**Terms:** **DUE AND PAYABLE UPON RECEIPT.**
All accounts 45 days past due and older are subject to a 1 1/2% late charge per month, which is an **ANNUAL PERCENTAGE RATE OF 18%**

BWST01

**Best Western International, Inc**

29083_STMT_JAN_01_2011

M

# STATEMENT

PAGE 3

**Best Western International, Inc**
P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

ACCOUNT NO. 29083

DATE: MO. DAY YR 01 01 11

BEST WESTERN ELKO INN
1930 IDAHO ST
Elko, NV 89801-2629

PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE $______

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|

If you have questions on any item on this statement, please call the billing services desk at 1-800-670-7234.
**** Your prompt payment is appreciated. Thank you. ****

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---|---|---|---|---|---|
| 546.96- | 13,556.20 | 8,144.35 | 10,795.54 | 74,606.71 | 106,555.84 |

NEW BALANCE

**Terms:** DUE AND PAYABLE UPON RECEIPT.
All accounts 45 days past due and older are subject to a 1 1/2% late charge per month, which is an **ANNUAL PERCENTAGE RATE OF 18%**

BWST01

**Best Western International, Inc**

PURPOSE: **Petty Cash**

# Best Western Elko Inn Nevada

From Feb
To Feb

EMPLOYEE INFORMATION:
Name
Position Angie Virk

Start Out Fund $1,000.00

| Date | Account # | Description | Brkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-Jan-11 | | GAS FOR VAN | | | | | $ 20.00 | | | | | $ 20.00 |
| 26-Jan-11 | | GUEST REFUND ( SEE FOLIO) | | | | | $ 95.40 | | | | | $ 95.40 |
| 31-Jan-11 | | USPS | | | | | $ 36.60 | | | | | $ 36.60 |
| 4-Feb-11 | | WALMART (MOUSE TRAP) | | | | | | $ 4.78 | | | | $ 4.78 |
| 5-Feb-11 | | REILLY AUTO PART (DRYER BELT) | | | | | | $ 23.50 | | | | $ 23.50 |
| 8-Feb-11 | | OFFICE MAX | | | $ 66.23 | | | | | | | $ 66.23 |
| 8-Feb-11 | | OFFICE MAX | | | $ 315.22 | | | | | | | $ 315.22 |
| 10-Feb-11 | | HONKS | | | | | | $ 16.03 | | | | $ 16.03 |
| 10-Feb-11 | | HONKS | | | | | | $ 10.69 | | | | $ 10.69 |
| 11-Feb-11 | | HOMEDEPO (LADDER ) | | $ 341.21 | | | | | | | | $ 341.21 |
| | | SODA MACHINE REFUND | | | | | | $ 1.00 | | | | $ 1.00 |
| | | SODA MACHINE REFUND | | | | | | $ 1.25 | | | | $ 1.25 |
| | | LAUNDRY SOAP REFUND | | | | | | $ 1.00 | | | | $ 1.00 |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | $ - | $ - | $ 932.91 |

| | |
|---|---|
| Reimbursement total | $ 932.91 |
| Cash on Hand | $67.09 |
| Total Petty Cash | $1,000.00 |

**Elko Gold Mine, LLC DIP**

1010

Angie Virk

| Date | Type | Reference | Original Amt. | Balance Due | 2/17/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 2/17/2011 | Bill | 02.11.11 | 932.91 | 932.91 | | 932.91 |
| | | | | | Check Amount | 932.91 |

Citibank DIP 8572 gas for van, guest refund, supplies, ladder

932.91

ELKO MPO
ELKO, Nevada
898013618
3148830806-0095
01/31/2011 (800)275-8777 11:35:38 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| FRISCO TX 75034 | | | $18.30 |
| Zone-6 Express Mail | | | |
| PO-Add Flat Rate Env | | | |
| 1 lb. 1.30 oz. | | | |
| Label #:EG113312680US | | | |
| Wed 02/02/11 03:00 PM - | | | |
| Guaranteed Delivery | | | |
| Signature Waived | | | |
| Issue PVI: | | | $18.30 |
| FRISCO TX 75034 | | | $18.30 |
| Zone-6 Express Mail | | | |
| PO-Add Flat Rate Env | | | |
| 9.50 oz. | | | |
| Label #:EG113312693US | | | |
| Wed 02/02/11 03:00 PM - | | | |
| Guaranteed Delivery | | | |
| Signature Waived | | | |
| Issue PVI: | | | $18.30 |
| Total: | | | $36.60 |
| Paid by: | | | |
| Cash | | | $40.00 |
| Change Due: | | | -$3.40 |

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

TO: (PLEASE PRINT) PHONE 972 668-0327
DMC
5700 Parkwood Blvd
Legacy Rm
Frisco TX 75034

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

ELKO NV MAIN PO

O'Reilly AUTO PARTS
PROFESSIONAL PARTS PEOPLE
OFFICE P.O. BOX 1156, SPRINGFIELD, MO. 65801
PHONE (417) 862-3333

STORE PHONE # 775 777-3977
REMIT TO: PO BOX 790098
ST LOUIS MO 63179-0098

| INVOICE NUMBER | INVOICE TYPE | INVOICE DATE |
|---|---|---|
| 2804-158714 | CASH SALE | 2/05/11 |

BILL TO
-399930

SHIP TO
DOOOO

CASH SALE
ANCO AEROVANTAGE
WIPER BLADES ARE
BUY 1 GET 1 FREE

| COUNTER NO. | SPECIAL INSTRUCTIONS | SHIP VIA | CUSTOMER ORDER NO. | TIME | FILLED BY | CHECKED BY |
|---|---|---|---|---|---|---|
| 56094 | | | | 14:54:27 | | 12 |

| QTY | LINE | ITEM NUMBER | DESCRIPTION | UNIT MEAS. | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DAY | 6873 | PWR RTD BELT | EA | 37.27 | 21.99 | | | 21.99 |

| | | | |
|---|---|---|---|
| TOTALS | 1 | 37.27 | 21.99 |
| SUB-TOTAL | | | 21.99 |
| MISC. | | | |
| TAX/FEES | | | 1.51 |
| TOTAL | | | 23.50 |
| CASH-TEND. | | | 25.00 |
| CHANGE | | | 1.50 |

CUSTOMER COPY "We appreciate your business"

Visit Us At: www.oreillyauto.com

CUSTOMER SIGNATURE

**OfficeMax**
WORK WITH US

OfficeMax
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

Tell us about your shopping experience and enter to win 1 of 5 prizes. Visit www.officemax.com/store/survey to enter and to view the terms and conditions of entering the survey.

---

| | |
|---|---|
| 0125026228114 | $81.99 |
| Brother Toner TN620 Black | |
| $10 off $50 purchase | ($10.00) |
| 18167014517673 | |
| $10 off $30 purchase | ($10.00) |
| 18157775713372 | |
| SubTotal | $61.99 |
| Tax 6.850% | $4.24 |
| TOTAL | $66.23 |
| Cash | $70.00 |
| Change | $3.77 |

---

59441516
0967 00001 33140 0 02/08/11
00084880 03:01:33 PM

ORDER BY PHONE 1-877-OFFICEMAX



09670013314000102081100 1

WE VALUE YOUR OPINION!

WE WANT TO KNOW ABOUT YOUR SHOPPING EXPERIENCE TODAY AT WAL-MART.

Please complete a survey about today's store visit at:

http://www.survey.walmart.com

You will need to enter the following online:

ID #: 7CHC6DVOG4W

IN RETURN FOR YOUR TIME YOU COULD RECEIVE ONE OF FIVE $1000 WALMART SHOPPING CARDS

Must be 18 or older and a legal resident of the 50 US or DC to enter. No purchase necessary to enter or win. To enter without purchase and for complete official rules visit www.entry.survey.walmart.com. Sweepstakes period ends on the date shown in the official rules. Survey must be taken within TWO weeks of today.

Esta encuesta también se encuentra en espanol en la página del Internet

THANK YOU

---

**Walmart**
Save money. Live better.

MANAGER MYRON JOHNSON
( 775 ) 778 - 6778
ST# 2402 OP# 00003061 TE# 22 TR# 05151

| | | |
|---|---|---|
| DCON NOTOUCH 001920078357 | | 4.47 X |
| | SUBTOTAL | 4.47 |
| TAX 1 6.850 % | | 0.31 |
| | TOTAL | [illegible] |
| | CASH TEND | 5.00 |
| | CHANGE DUE | 0.22 |

**# ITEMS SOLD 1**

TC# 3815 3893 1855 3214 5577

We gladly accept valid manufacturer & internet coupons.
02/04/11 12:22:29

1/26/11
DATE

CHECK ONE

☐ PAID OUT

☐ REFUND

AMOUNT $ 1.25

EXPLANATION

ROOM NO. | FOLIO NO.

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

NOT VALID UNLESS APPROVED BY INNKEEPER

Vending Machine

CERTIFY HERE AND TIME STAMP ON BACK.

LITHO IN USA. A-S Hospitality, Inc. FORM 3-23

1/26/11
DATE

CHECK ONE

☐ PAID OUT

☒ REFUND

AMOUNT $ 1.00

EXPLANATION

ROOM NO. | FOLIO NO.

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

NOT VALID UNLESS APPROVED BY INNKEEPER

laundry (washer)

CERTIFY HERE AND TIME STAMP ON BACK.

LITHO IN USA. A-S Hospitality, Inc. FORM 3-23

2/4/11
DATE

CHECK ONE

☐ PAID OUT

☒ REFUND

AMOUNT $ 1.00

EXPLANATION

ROOM NO. | FOLIO NO.

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

NOT VALID UNLESS APPROVED BY INNKEEPER

Soda Machine Refund

CERTIFY HERE AND TIME STAMP ON BACK.

LITHO IN USA. A-S Hospitality, Inc. FORM 3-23

Best Western

BEST WESTERN ELKO INN

02-08-11
04:46 PM

**Cashier Audit**

| Name | Room No. | Supplement / Credit Card No. | Exp. Date | Reference / Approval Code | | Amount | Folio No. | Confirmation No. | Cash ID | User Name |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cashier 6** | | | | | | | | | | |
| **Transaction Code 9000** | **Cash** | | | | | | | | | |
| Gray,Robert | 116 | | | | | 45.00 | 4591 | 930409 | 6-FLW | |
| Salvo,Jason | 127 | | | | | 50.40 | 4595 | 1126658 | 6-FLW | |
| | | | | **Transaction Code** | **Total** | **95.40** | | | | |
| **Transaction Code 9003** | **A/R Settlement** | | | | | | | | | |
| Haines,Rick | 210 | | | | | - 179.18 | 4583 | 1122658 | 6-FLW | |
| Connors,Drilling | 120 | | | | | - 1,375.00 | 4596 | 873658 | 6-FLW | |
| Gonsales,Cindy | 227 | | | | | - 99.68 | 4597 | 906411 | 6-FLW | |
| | | | | **Transaction Code** | **Total** | **- 1,653.86** | | | | |
| **Transaction Code 9004** | **Visa** | | | | | | | | | |
| Wahlman,Daniel | 118 | XXXXXXXXXXXX1379 | XX/XX | 005181 | | - 109.87 | 4584 | 1181408 | 6-FLW | |
| Mckenzie,Ruth | 225 | XXXXXXXXXXXX0701 | XX/XX | 08897C | | - 335.13 | 4585 | 573158 | 6-FLW | |
| Mckenzie,Ruth | 225 | XXXXXXXXXXXX8648 | XX/XX | 00588B | | - 335.19 | 4585 | 573158 | 6-FLW | |
| White Woman,Amy | 109 | XXXXXXXXXXXX0858 | XX/XX | 879325 | | - 100.79 | 4586 | 1183908 | 6-FLW | |
| Steven,Cleverley | 221 | XXXXXXXXXXXX6256 | XX/XX | 045808 | | - 122.08 | 4587 | 1182408 | 6-FLW | |
| Henry,Richard,Dr | 219 | XXXXXXXXXXXX4435 | XX/XX | 043872 | | - 89.59 | 4588 | 754658 | 6-FLW | |
| Breland,Micheal | 125 | XXXXXXXXXXXX9088 | XX/XX | 053205 | | - 109.87 | 4593 | 1184158 | 6-FLW | |
| Christian,Larry | 115 | XXXXXXXXXXXX4827 | XX/XX | 60782C | | - 124.87 | 4594 | 1183408 | 6-FLW | |
| | | | | | **Total** | **- 1,327.39** | | | | |
| T[illegible] P[illegible] | | | | | | - 87.90 | 4589 | 1165158 | 6-FLW | |
| | | | | | **Total** | **- 87.90** | | | | |
| T[illegible] M[illegible] | | | | | | - 109.87 | 4582 | 1183658 | 6-FLW | |
| | | | | | **Total** | **- 109.87** | | | | |

Filt[illegible]

ge 1 of 2

finpayments

1-26-10
DATE

CHECK ONE
[X] PAID OUT
[X] REFUND

AMOUNT
$ 95.40

EXPLANATION Gray Rikers #116 — 45.00
ROOM NO. FOLIO NO. Salvo Jason #127 50.40
NOT VALID UNLESS APPROVED BY INNKEEPER

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE
[signature]

APPROVED BY INNKEEPER
[signature]

CERTIFY HERE AND TIME STAMP ON BACK.

LITHO IN USA A-S Hospitality, Inc. FORM 3-23

# SPECIAL SERVICES CUSTOMER INVOICE

Store 3320 ELKO
2955 MOUNTAIN CITY HWY
ELKO, NV 89801

Phone: (775) 738-0455
Salesperson: NRM96Q
Reviewer:

Page 1 of 2 **No. 3320-80571**

**VALIDATION AREA**

SALE 72 NRM96Q 03:32 PM

CUSTOMER AGREEMENT # 80571

| | |
|---|---|
| RECALL AMOUNT | 638.66 |
| SALES TAX | 43.75 |
| TOTAL | $682.41 |
| CASH | 682.41 |

Best Western Paid 341.21
H.I Elko paid 341.20

**This is only a QUOTE for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.**

SOLD TO

| | | | |
|---|---|---|---|
| Name | HOLIDAY INN ALAN | Home Phone | (775) 777-0990 |
| Address | 3019 E IDAHO ST | Work Phone | (775) 777-0990 |
| | | Company Name | |
| City | ELKO | Job Description | PRO/LADDER QUOTE.. |
| State | NV | Zip 89801-4604 | County ELKO |

**QUOTE is valid for this date:02/10/2011**

## CUSTOMER PICKUP #1

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W02 SKU # 515-664 Customer Pickup / Will Call**

**S.O. MERCHANDISE TO BE PICKED UP: S/O LOUISVILLE LADDER REF # S01 ESTIMATED ARRIVAL DATE: 02/24/2011**

| REF # | SKU | QTY | UM | DESCRIPTION | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|
| S0101 | 237-923 | 1.00 | EA | FM416HD / FM416HD 16" STEP FIBERGGLASS LADDER / FM416HD 16" STEP FIBERGGLASS LADDER | | $638.66 | $638.66 |

**SCHEDULED PICKUP DATE: Will be scheduled upon arrival of all S/O Merchandise**

**MERCHANDISE TOTAL: $638.66**

**END OF CUSTOMER PICKUP - REF #W02**

BUNDLE CARRY-OUT

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

| |
|---|
| $638.66 |
| $43.75 |
| $682.41 |
| $682.41 |



**More saving. More doing.**℠

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00013 15282 02/10/11 03:32 PM
CASHIER NENA - NRM96Q

CUSTOMER AGREEMENT # 80571

| | |
|---|---|
| RECALL AMOUNT | 638.66 |
| SALES TAX | 43.75 |
| TOTAL | $682.41 |
| CASH | 682.41 |

3320 13 15282 02/10/2011 0339

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

***************************************

ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Share Your Opinion With Us! Complete the brief survey about your store visit and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA OPORTUNIDAD DE GANAR UNA TARJETA DE REGALO DE THD DE $5,000!

¡Comparta Su Opinión! Complete la breve encuesta sobre su visita a la tienda y tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
34173 30866

Password:
11110 30853

Entries must be entered by 03/12/2011. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.

01) 0100087797

Print Close

**CHECK 1014**
**Date:** 2/28/2011
**Amount:** $ 10227.47


Elko Gold Mine, LLC DIP
1930 Idaho Street
Elko, NV 89801
775-738-8787

Citibank, N.A.
399 Park Ave
New York City, NY 10043
212-559-1000

1014

DATE 2/18/2011

1-8/210

PAY TO THE ORDER OF Best Western International $ **10,227.47

Ten Thousand Two Hundred Twenty-Seven and 47/100*** DOLLARS

Best Western International
PO Box 53505
Phoenix, AZ 85072

MEMO NO#29083 JAN FEE

⑈1014⑈ ⑆[redacted]⑆ [redacted]8572⑈

CREDIT TO THE ACCT OF THE NAMED PAYEE-W/O PREJUDICE
WELLS FARGO BANK N.A.
PHOENIX AZ 85044
Acct.:4159504778
Box_Num: 953505
Date: 20110228

Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

**CHECK 1014**

29083 STMT FEB 01 2011

M

# STATEMENT

PAGE 2

**Best Western International, Inc**
P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

ACCOUNT NO. 29083

DATE: MO. DAY YR. 02 01 11

BEST WESTERN ELKO INN
1930 IDAHO ST
Elko, NV 89801-2629

PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE $ ________

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 01 26 11 | 0007874801 | BESTCHEQUE/TA COMMISSIONS | 196.47 | | |
| 01 27 11 | 0007877543 | FEB 2011 VSAT EQUIPMENT MONTHLY TERMINAL CHARGE | 23.60 | | |
| 01 27 11 | 0007879703 | FEBRUARY 2011 VSAT MONTHLY COMMUNICATION CHARGE | 56.40 | | |
| 01 27 11 | 0007882210 | ON-BOARDING SERVICE & SUPPORT 4 OF 12 SALES TRAINING IN 20 | 333.33 | | |

If you have questions on any item on this statement, please call the billing services desk at 1-800-670-7234.
**** Your prompt payment is appreciated. Thank you. ****

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY AMOUNT BELOW |
|---|---|---|---|---|---|
| 10,227.47 | 0.00 | 0.00 | 0.00 | 0.00 | 10,227.47 |

NEW BALANCE

**Terms:** DUE AND PAYABLE UPON RECEIPT.
All accounts 45 days past due and older are subject to a 1 1/2% late charge per month, which is an ANNUAL PERCENTAGE RATE OF 18%

BWST01

**Best Western International, Inc**

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CUSTOMER'S ORIGINAL INVOICE

CONFIDENTIAL PROPERTY OF SYSCO

Good things come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO NV 89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO NV 89801

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 2/24/11 | 386177 | 102240777 | 7 2 |
| TRUCK STOP /014 | | | |
| ROUTE 4333 | PURCHASE ORDER | | |

TERMS: PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 692603 NORMAL DELIVERY
MA: S184 THAIN BURKHART 9184
DRIVER: GRANT 9925

| C | QTY | PACK | SIZE | ITEM DESCRIPTION | | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | GROUP TOTAL**** | | | | | 126.84 |
| | | | | ****MEATS**** | | | | | |
| F | 2 | CS | 1601 OZ | SYS CLS SAUSAGE PORK PTY CKD MILD | | 1589332 | 31.71 | | 63.42 |
| | | | | GROUP TOTAL**** | | | | | 63.42 |
| | | | | ****FROZEN**** | | | | | |
| F | 1 | CS | 903 OZ | BBRLCLS BAGEL PLAIN BULK BKD SLI | 7016942 | 7016942 | 34.22 | | 34.22 |
| F | 1 | CS | 12020Z | BKRSCLS BISCUIT BTRMLK 3" | 1019 | 5083662 | 34.45 | | 34.45 |
| F | 1 | CS | 827 OZ | STNGRND BREAD WHITE PULLMAN 5/8" SLI | 2040 | 5380231 | 30.99 | | 30.99 |
| F | 3 | CS | 842.250Z | DTSPKMY DANISH ASST APL/CHES/CHERRY | 80991 | 8396766 | 63.13 | | 189.39 |
| F | 1 | CS | 2201.5 OZ | BKRSCLS DOUGH COOKIE CHOCO CHIP GRMT | 2908770 | 2908770 | 60.53 | | 60.53 |
| F | 1 | CS | 612 CT | BKRSCLS MUFFIN ENGLISH FRK SPLIT 2 O | 8593024 | 8593024 | 19.91 | | 19.91 |
| | | | | GROUP TOTAL**** | | | | | 369.49 |
| | | | | ****DISPENSER BEVERAGE**** | | | | | |
| F | 1 | CS | 24 LTR | NATRSEL JUICE ORANGE FRZ CADDY | 108145 | 6150072 | 109.99 | | 109.99 |
| | | | | GROUP TOTAL**** | | | | | 109.99 |
| | ORDER SUMMARY | | | : 13979 | | | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 11 | | 11 | 10.2 | 174 |
| 39 | | 39 | 31.6 | 688 |

OPEN: 6:00 AM CLOSE: 7:00 PM

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

| | |
|---|---|
| SUB TOTAL | 1253.15 |
| TAX TOTAL | |
| INVOICE TOTAL | 1253.15 |

DRIVER'S SIGN | NO. PCS DELVD. | CUST. SIGN X [signature] SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS. | NO. PCS REC.

PAYABLE ON OR BEFORE 2/25/11

LAST PAGE

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF ...

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CUSTOMER'S ORIGINAL INVOICE

CONFIDENTIAL PROPERTY OF SYSCO

BEST WESTERN
1930 IDAHO ST
ELKO NV 89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO NV 89801

Good things come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 2/24/11 | 386177 | 102240777 | 7 1 |
| TRUCK STOP /014 | | | |
| ROUTE 4333 | PURCHASE ORDER | | |

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 692603 NORMAL DELIVERY
MA: S184 THAIN BURKHART 9184
DRIVER: GRANT 9925

| C | QTY | PACK | SIZE | ITEM DESCRIPTION | | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | COOLER | | | | | | | |
| | | | | ****DAIRY**** | | | | | | | |
| C | 1 | CS | 1001 OZ | BERLIMP CHEESE CREAM PLAIN CUP | 39801 | 6261465 | 32.20 | | 32.20 | | |
| C | 1 | CS | 50.5 PT | DARIGLD MILK 1% MINI BOX | | 7213277 | 8.26 | | 8.26 | | |
| C | 5 | CS | 50.5 PT | WHLFARM MILK 2% REDUCED FAT | 1022 | 3862950 | 9.34 | | 46.70 | | |
| C | 9 | CS | 126 OZ | YOPLAIT YOGURT ASST STN-MIXED BRY | 384000 | 7255185 | 8.35 | | 75.15 | | |
| | | | | GROUP TOTAL**** | | | | | 162.31 | | |
| | | | | ****PRODUCE**** | | | | | | | |
| C | 1 | CS | 140 LB | PACKER BANANA FRESH TIP GREEN | | 1058542 | 33.10 | | 33.10 | | |
| C | 1 | CS | 140# | PACKER BANANA GRN TURN TO YEL FRESH | | 3007368 | 33.10 | | 33.10 | | |
| C | 1 | CS | 113 CT | SYS CLS ORANGE NAVEL CH FRESH | | 2252161 | 36.74 | | 36.74 | | |
| | | | | GROUP TOTAL**** | | | | | 102.94 | | |
| | | | | DRY | | | | | | | |
| | | | | ****CANNED & DRY**** | | | | | | | |
| D | 3 | CS | 1210 CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ | 5586 | 5470267 | 39.99 | | 119.97 | | |
| D | 1 | CS | 2001.5 OZ | HSE REC SYRUP TABLE MAPLE FLAVORED | 12888-SYS | 1696608 | 36.99 | | 36.99 | | |
| D | 1 | CS | 65 LB | BKRSCLS WAFFLE MIX BELGIAN | 6153092 | 6153092 | 49.71 | | 49.71 | | |
| | | | | GROUP TOTAL**** | | | | | 206.67 | | |
| | | | | ****PAPER & DISP**** | | | | | | | |
| D | 1 | CS | 20150 | STEFCO NAPKIN DINNER 15X16.25 2P 1/8 | 340219 | 8464954 | 39.99 | | 39.99 | | |
| | | | | GROUP TOTAL**** | | | | | 39.99 | | |
| | | | | ****DISPENSER BEVERAGE**** | | | | | | | |
| D | 1 | CS | 632 OZ | CITAVO COFFEE CAPPUC MIX FRENCH VAN | 3588008 | 7016819 | 71.50 | | 71.50 | | |
| | | | | GROUP TOTAL**** | | | | | 71.50 | | |
| | | | | FROZEN | | | | | | | |
| | | | | ****DAIRY**** | | | | | | | |
| F | 2 | CS | 723.5 OZ | PAPETTI OMELET EGG CHEESE | 4602590135000 | 2232965 | 63.42 | | 126.84 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 28 | | 28 | 21.4 | 514 |

OPEN: 6:00 AM CLOSE: 7:00 PM

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT
84127-7638

SUB TOTAL 710.25
TAX TOTAL
INVOICE TOTAL

DRIVER'S SIGN

NO. PCS DELVD.

CUST. SIGN X [signature] SIGNED INVOICE EVIDENCES RECEIPT OF ALL ITEMS

NO. PCS REC.

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF

PAYABLE ON OR BEFORE

CONT. ON PAGE 2