EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CONFIDENTIAL PROPERTY OF SYSCO**

**CUSTOMER'S ORIGINAL INVOICE**

Good things come from **SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300   (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV   89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV   89801

INVOICE NUMBER  386177  102100809  7  2

COP ACCT
MKT ACCT #  6990210 NORMAL DELIVERY
DRI SR4 TRAIN BIRKLAND  9184
DRIVER: GRAND2  9925

SERVICE CHARGE

| QTY | CS/ | BACK/ | PACK/SIZE | ITEM DESCRIPTION | CODE | TRUE PRICE/AMOUNT | EXT AMOUNT |
|-----|-----|-------|-----------|------------------|------|-------------------|------------|
| | | | | **ECOLAB DISH/WARE LAUNDRY LIQUID** | | | |
| | | | | **** HAZARD *** | | | |
| D | CS | | 8/38 OZ | DAWN D - DETERGENT HAND LIQ 1AN | 8498324 | 49.30   3.38 | 49.30 * |
| D | CS | | 6/A | KEYSTON FRESHENER AIR OCEAN FREEZE | 6100095 | 149.99 10.27 | 149.99 * |
| D | CS | | 2/0 | ECOLAB NEUTRAL/ZER ODOR ORCHARD MIS | 6100141 | 259.99 17.81 | 259.99 * |
| | | | | ****SUPP & EQUIP**** | | | |
| D | KCS | | 4/A | ECOLAB DISPENSER AIR CARE | 5433403 | 2.00    .14 | 2.00 * |
| | | | | GROUP TOTAL**** | | | |
| | | | | **FROZEN** | | 190.26 | 190.26 |
| | | | | GROUP TOTAL**** | | | |
| | | | | ****FROZEN**** | | 95.13 | 95.13 |
| | | | | GROUP TOTAL**** | | | |
| | | | | **DESSERT JUICE ORANGE** | | | |
| | | | | GROUP TOTAL**** | | | |

| CASES/SPLIT | TOT PCS | CUBE | GROSS WT |
|-------------|---------|------|----------|
| 19 | 19 | 13.6 | 318 |

P.O. BOX 27638
SALT LAKE CITY UT 84127-0638

SUB TOTAL
TAX TOTAL
INVOICE TOTAL  2139.26

OPEN: 6:00 AM   CLOSE: 7:00 PM

DRIVER'S SIGN

CUST SIGN

PAYABLE ON OR BEFORE

FROM ELKO SANITATION                                          (TUE)MAR 15 2011 10:50/ST. 10:49/No. 7529520447 P. 2

ELKO SANITATION
355 W SILVER STREET
ELKO        NV 89801
(775)738-3771

**INVOICE/STATEMENT #** 1193409

**DATE** 02/01/2011
**ACCOUNT #** 174986
**PO#** 0

| | |
|---|---|
| Bill To: | DMC- COUNTRY HEARTH - ELKO<br>LLC DBA ELKO GOLD MINE<br>1930 IDAHO ST<br>ELKO, NV 89801 |

Location:   COUNTRY HEARTH
1930IDAHO ST
ELKO, NV 89801

| | |
|---|---|
| **Statement Date** | 02/01/2011 |
| **Due Date** | 02/20/2011 |

DATE PAID _____        CHECK NO. _____        AMOUNT _____
For proper credit please return top portion.

| DATE | REFERENCE | DESCRIPTION | QUANTITY | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | | *Previous Balance* | | | *726.21* |
| | | **PAYMENTS RECEIVED** | | | |
| 174986 | | | | | |
| 01/27/11 | 090089 | ONLINE PAYMENT-CC | 1.00 | -665.81 | -665.81 |
| | | | | | -665.81 |
| | | **CHARGES THIS INVOICE** | | | |
| 174986 | | 1930 IDAHO ST | | | |
| 01/11/11 | | Prorated Service 01/11/11-01/31/11 RL 3 Y | 1.00 | -244.14 | -244.14 |
| 01/26/11 | BANKRUPT | W/O BAD DEBT | 1.00 | -360.40 | -360.40 |
| 01/26/11 | BANKRUPT | W/O BAD DEBT | 1.00 | -121.67 | -121.67 |
| 01/28/11 | 145299 | EXTRA PICK UP - COMM | 1.00 | 100.00 | 100.00 |
| 01/28/11 | 145299 | RL 3 YD 6X WK 1 | 1.00 | 205.41 | 205.41 |
| 02/01/11 | | RL 3 YD 6X WK 1 | 1.00 | 360.40 | 360.40 |
| | | FUEL & MATERIAL SURCHARGE | | | 0.00 |
| | | SALES TAX | | | 0.00 |
| | | **SUBTOTAL FOR 174986** | | | **-60.40** |

| AGE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | FINANCE | Please Pay |
|---|---|---|---|---|---|---|
| AMOUNT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **$0.00** |

Account #   174986                    **Please pay from this statement. This includes your remittance portion.**

# DISCONNECT NOTICE
## SOUTHWEST GAS CORPORATION
01SW11000004970101001000018



**Customer Assistance**
**Asistencia al Cliente**
**Toll Free/Llamada Gratis**
**1-877-860-6020**

PO Box 98890
Las Vegas NV  89193-8890

Hearing Impaired: Dial 711
www.swgas.com

PLEASE RETAIN THIS TOP PORTION FOR YOUR RECORDS

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD BLVD
FRISCO TX  75034-1968

Service Address: 1930 IDAHO ST                                    89801
Rate Schedule: 437/NG-G(L) GENERAL SERVICE - LARGE
**Your Local Office Is** 744 COMMERCIAL ST, ELKO NV 89801

| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | PLEASE PAY AMOUNT DUE |
|---|---|---|---|---|
| 251-0047179-024 | 17 | 03/03/11 | 03/14/11 | 5,122.90 |

PREVIOUS BILLING:  Jan. 10  to  Jan. 28
Previous Balance
Payment(s) Since Last Bill - Thank You                  $5,548.68 → Deposit Prem Ok Act
Late Pay Charge including Tax                            $53.65
                                                        ─────────
Balance Forward                                         $2,791.48

Please Pay Balance Forward By Due Date To Avoid Disconnect

CURRENT BILLING:      32 Days
Meter Reading: Current   Previous              Billing   Total
             Meter   Jan 28              Factor  Therms   Therms
    S0301 - 28542 - 25959 X 1.00280            2586
Delivery Charge      2586 Therms  X  .00280           384.05
Gas Cost             Total Therms X  .27250         1,736.36
Basic Service Charge                                 180.00
Local Taxes
Universal Energy Charge                               7.87

Current Bill                                        $2,331.42

*** Sign up for paperless billing at www.swgas.com ***

Jun 28 - March 11

3/23/11

## Due on or before: 03/14/11          Amount due: $5,122.90

Important Messages:
Your next meter read date is: Mar. 30, 2011

D I S C O N N E C T   N O T I C E :  YOUR TOTAL
AMOUNT DUE IS  $5,122.90    A MINIMUM PAYMENT OF
$2,757.89     MUST BE RECEIVED AND PROCESSED BY
SOUTHWEST GAS ON OR BEFORE  03/14/11  TO AVOID
TURN OFF AT 1930 IDAHO ST
ALLOW FOR DELIVERY TIME IF MAILING PAYMENT AND
AVOID USING AN ELECTRONIC PAYMENT METHOD.

Gas Usage History Information:



| | Therms / Days | = | Avg Daily Therms | Avg Monthly Temperature |
|---|---|---|---|---|
| This Month | 2586 / 32 | = | 74.56 | 34 |
| Last Month | 1371 | 18 | 76.17 | 29 |
| Last Year | 2954 | 32 | 92.31 | 33 |

| Previous Balance | | Payments & Adjustments | | Balance Forward | | Current Bill | | Current Balance | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8,312.33 | - | 5,520.85 | = | 2,791.48 | + | 2,331.42 | = | 5,122.90 | | $5,122.90 |

PLEASE SEE REVERSE SIDE FOR RULES AND REGULATIONS  ●  RETURN BOTTOM PORTION WITH PAYMENT



Home | Contact Southwest Gas | Logout

## Welcome. Signed in as: hr@dmchotels.com

Text Size: A | A | A

1930 IDAHO ST ELKO NV 89801 (251-0047179-024)

| Account Summary |
| Billing History |
| Payment History |
| Billing Settings |
| Payment Options |
| Pay My Bill |
| Start Automatic Payment Plan |
| Request a Payment Extension |
| Energy Share |
| MyAccount Settings |

 Pay My Bill

Pay your bill quickly and easily online.

### ✔ Payment Successfully Submitted

Thank you, your payment has been submitted.

If your service has been disconnected, please contact Customer Assistance at 1-877-860-6020, Monday through Friday, 8am to 5pm PT (excluding holidays).

Print Confirmation

Gas Account Information

Southwest Gas Account Number: 251-xxx7179-024

Amount: $ 2,331.42

Date Submitted: Mar 15, 2011

Return to Account Summary.

About Southwest Gas  |  Employment  |  News  |  Rates and Regulations  |  Safety
Search  |  Site Map  |  Contact Us  |  Privacy Policy  |  MyAccount Terms and Conditions

©2010 Southwest Gas Corporation. All rights reserved.



**frontier**
Welcome to the New Frontier

ACH ?

Check out www.FrontierOnline.com for great products, special offers and complete customer service information.

Paid Check by
Phone 3/15/11
1936.92

2495116
Feb

GOLD RUSH INN /DHILLON MGMT                  Page 1 of 4
**Your Monthly Invoice**

**Account Summary**
| | |
|---|---|
| Date Due | 2/28/11 |
| Billing Date | 2/10/11 |
| Account Number | 775-738-8787-041406-8 |
| Amount of Last Bill | 9,954.28 |
| Payments Received Thru 2/10/11 | .00 |
| Other Credits & Charges | 8,235.05CR |
| Balance Before Current Charges | 1,719.23 ⟵ JR PAID |
| New Charges | 1,936.92  Feb Bill |
| **Total Amount Due** | **$3,656.15** |

**Contacting Us**
| | |
|---|---|
| Your Personal Identification Number is | 0402 |
| Billing Questions | www.frontier.com |
| Business | 800-921-8102 |

PR00177755

## Frontier Conferencing
### CONNECT. COLLABORATE. ACROSS THE COUNTRY AND AROUND THE WORLD.

START HOSTING MORE PRODUCTIVE MEETINGS NOW.

Call 1.800.671.2739 today.
www.Frontier.com/conferencing

---

**PAYMENT STUB**

| | |
|---|---|
| **Total Amount Due** | **$3,656.15** |
| Date Due | 2/28/11 |
| Account Number | 775-738-8787-041406-8 |

Please do not send correspondence with your payment. Make checks payable to Frontier.

**Amount Enclosed**    $ _____

☐ Check here for changing your billing address (see page 2)

**frontier**
Welcome to the New Frontier

1398 S. WOODLAND BLVD, DELAND, FL 32720-7731

AV 01 000262 76765 B 1 A**5DGT

GOLD RUSH INN /DHILLON MGMT
ACCOUNTS PAYABLE
1930 IDAHO ST
ELKO, NV 89801-2629

FRONTIER
PO BOX 20550
ROCHESTER NY 14602-0550

0840477573887870414060003656158

# frontier
### Welcome to the New Frontier

GOLD RUSH INN /DHILLON MGMT

Page 3 of 4
Date of Bill          2/10/11
Account Number        775-738-8787-041406-8

## CURRENT BILLING SUMMARY
Local Service from 02/10/11 to 03/09/11

| Qty Description | 775/738-8787-0 | Charge |
|---|---|---|
| Basic Charges | | |
| 3 Single Party Business Service | | 71.70 |
| 19*PDX-TrK/Automatic Acc 1A | | 782.40 |
| 19 Multi-Ln Fed Sub Ln Chrg | | 86.00 |
| 17 Non-Published Listing | | 174.80 |
| 2 Credit for Non-Published Listing Charge | | 17.00 |
| Other Charges-Detailed Below | | 2.00CR |
| Federal Tax | | 149.31 |
| Federal USF Recovery Charge | | 36.70 |
| NV USF Surcharge | | 27.17 |
| NV Elko City Franchi | | 1.40 |
| Total Basic Charges | | .66 |
| | | 1,259.14 |
| Optional Services | | |
| Business High-Speed - Static IP | | 88.99 |
| Business High-Speed Internet w/Static IP | | |
| Business High-Speed Access w/Static IP | | |
| Sponsored Hotspot | | 420.00 |
| 19 NV Deaf Disabled Funding | | .57 |
| Block Of 6 IP Addresses | | 20.00 |
| 3rd Party & Collect Call Screening | | 6.00 |
| 2 Data Couple+ | | 4.00 |
| Dir Adv Y/P El | | 88.00 |
| Other Charges-Detailed Below | | 99.00 |
| Federal Tax | | .90 |
| NV USF Surcharge | | .15 |
| Total Optional Services | | 677.01 |
| Toll/Other | | |
| Frontier -Detailed Below | | .75 |
| Federal Tax | | .02 |
| Total Toll/Other | | .77 |

### TOTAL          1,936.92

## ** ACCOUNT ACTIVITY **
| Qty Description | Order Number Effective Dates | |
|---|---|---|
| 1 Late Payment Fee | 1/30 | 149.31 |
| 1 Internet Advertising - The Berry Company | 1/27 | 98.00 |
| 1 HSI Surcharge | AUTCH 2/08 | 1.00 |
| 775/738-8787 | Subtotal | 248.31 |

### Subtotal          248.31

## Detail of FRONTIER
Toll charged to 775/738-8787

| Ref # | Date | Time | Min | *Type | Place and Number Called | Charge |
|---|---|---|---|---|---|---|
| 1 | JAN 10 | 2:28P | 1 | OD | LOCAL D.A. NV (775)411-0000 | .25 |
| 2 | JAN 15 | 4:42P | 1 | ON | LOCAL D.A. NV (775)411-0000 | .25 |
| 3 | JAN 26 | 7:28P | 1 | OE | LOCAL D.A. NV (775)411-0000 | .25 |
| | | 775/738-8787 | | | Subtotal | .76 |

Legend Call Types:
OD - Operator Completed Day
ON - Operator Completed Night
OE - Operator Completed Evening

## CUSTOMER TALK

If your bill shows a previous amount, both the Past Due and Current Charges are due immediately. All of your bill charges must be paid each month to keep your account current and avoid collection activities. To avoid disconnection of local service, the following amount must be paid $1825.78.

### PEACE OF MIND IS AT HAND

Frontier's Peace of Mind service offers Unlimited Tech Support and Hard Drive Backup to help keep your data and critical files protected. Automatic file backups occur every time a file is added, updated or edited. And Unlimited Tech Support provides PC troubleshooting and repair, as well as assistance with set-up of wireless networks and peripherals. Focus on your business, not on your technology troubles! Call 1-800-921-8102.

### HERE'S SOME STRAIGHT TALK

The Conversation Company tells it like it is. If your phone or internet service goes down you're out of business. Why take a chance? Frontier gives you more flexibility with unparalleled reliability. Minimize your risk by calling 1-866-226-5166 today.

### GET A LAPTOP AND MORE

Jump start your business! Get a laptop and office productivity tools with a combined value of over $750 when you sign up for a value-packed bundle of voice, internet and data backup with a 3-yr price protection plan. For details, call 1-866-226-5166 before 3/31/11.

### ATTENTION FRONTIER HIGH-SPEED INTERNET USERS

Frontier is providing High-Speed Internet Service to its end user customers pursuant to the Terms and Conditions described at http://www.frontier.com/terms. In the past, Frontier filed this information with the Federal Communications Commission (FCC). As a result of recent FCC rulings, we are now providing High-Speed Internet service per these Terms and Conditions. If you have any questions, please call the customer service number on your bill.

### ***IMPORTANT CUSTOMER INFORMATION***

This bill may contain charges for services that you or other authorized individuals in your household have purchased from companies other than your local Frontier telephone company. Such charges appear in a separate section of your bill along with the name and toll-free number of the company providing the services.

Page 1 of 1

**Welcome AMERI INN *DIP**

**Online Payment Pay My Bill – Confirm. Step 3 of 3**

**AMERI INN *DIP**
**1930 IDAHO ST**
**ELKO, NV 898012629**
**Account: 1000117213703478824**

Thank you for your payment. The confirmation number below verifies that you have authorized an electronic debit from your eligible checking or savings account.

| | |
|---|---|
| **Your confirmation number is:** | 1728908 |
| **Payment bank account:** | ******8572 |
| **Payment amount:** | $2,584.82 |
| **Payment date:** | 17-MAR-2011 |

Please print this screen as a confirmation notice of your transaction.

Thank you for paying your NV Energy bill online. We have some additional payment options to make it even easier.

- Paperless Billing
- Automatic Monthly Payments

Done.



THIS BILL IS DUE AND PAYABLE UPON RECEIPT. PLEASE SEE REVERSE SIDE FOR MORE INFORMATION.

**NVEnergy**
NVEnergy.com

ACCOUNT NUMBER: 1000117213703478824    Page 1 of 2

Service    AMERI INN *DIP
Address    1930 IDAHO ST
           ELKO NV 898012629

Customer  0011172137
Premises  0347882

2/18/2011
A15  B15

| Next Meter Read Date | Due Date | TOTAL AMOUNT DUE |
|---|---|---|
| Mar 16, 2011 | Mar 9, 2011 | $8,889.87 |

| PREVIOUS BALANCE | PAYMENTS | ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES |
|---|---|---|---|---|
| $6,294.06 | $.00 | $.00 | $6,294.06 | $2,595.81 |

Don't forget to sign up for Paperless Billing  Enroll in MyAccount at NVEnergy.com.

Our records show that a portion of your balance is past due. Payment of your past due balance in the amount of $6,294.06 is required to avoid an interruption in service.

Saving energy saves money. For energy conservation tips visit nvenergy.com.

### ELECTRIC - MEDIUM GENERAL SERVICE

| Meter Number | Service Category | Service Period From | To | Bill Days | Meter Readings Previous | Current | Meter Multiplier | Billing Usage |
|---|---|---|---|---|---|---|---|---|
| 161852 | KWH | Jan 14 | Feb 15 | 32 | 7725 | 7938 | 120 | 25,560 |
|  | KW | Jan 14 | Feb 15 | 32 | .68 | .59 | 120 | 7.1 |

| | | | | | |
|---|---|---|---|---|---|
| ELECTRIC CONSUMPTION | | | KWH | x .0769500 | 2,017.96 |
| DEMAND CHARGE | | | KW | x 3.3300000 | 236.43 |
| FACILITY CHARGE DEMAND | | | KW | x 6.6800000 | 474.28 |
| DEFERRED ENERGY ADJUSTMENT | 25,560.00 | | KWH | x .0155800CR | 398.22 CR |
| TEMP. GREEN POWER FINANCING (TRED) | 25,560.00 | | KWH | x .0012300 | 31.44 |
| RENEWABLE ENERGY PROGRAM (REPR) | 25,560.00 | | KWH | x .0057300 | 146.46 |
| BASIC SERVICE CHARGE | | | | | 16.00 |
| LOCAL GOVERNMENT FEE | | | | 2% | 50.50 |
| UNIVERSAL ENERGY CHARGE | 25,560.00 | | KWH | x .0003900 | 9.97 |



**TOTAL ELECTRIC SERVICE AMOUNT**                    $2,584.82

AVERAGE TOTAL COST OF ELECTRIC SERVICE
$2,584.82 / 25,560 KWH = .10113/KWH

Call (775) 834-4444 or (800) 962-0399 for assistance Monday-Friday 7:30-5:30 excluding holidays
After hours emergencies call: (775) 834-4100    Mail Payment to: PO BOX 30065 Reno NV 89520

PLEASE RETURN THIS PORTION WITH PAYMENT                    MAKE CHECKS PAYABLE TO NV ENERGY

**NVEnergy**

ACCOUNT NUMBER
1000117213703478824

Service Address:    1930 IDAHO ST
                    ELKO,NV 898012629

| | |
|---|---|
| BALANCE FORWARD | 6,294.06 |
| CURRENT CHARGES | 2,595.81 |
| **TOTAL AMOUNT DUE** | $8,889.87 |
| Current Charges due by Mar 9, 2011 | |

6826.3.39.8430 1 AV 0.335  oz 0.730

Please enter amount paid below

$ _____

AMERI INN *DIP
1930 IDAHO ST
ELKO NV 89801-2629

89520-3065

1000117213703478824  0000888987  0000259581  0  004

Satview Broadband, LTD.
Elko
P.O. Box 18148
Reno, NV 89511

Office: (775) 333-6626    Service: (800) 225-0605

| | |
|---|---|
| Date Due: | 3/5/2011 |
| Account No.: | 10786 |
| Amount Due: | $3,135.30 |
| Amt. Enclosed: | _____ |

Country Hearth
1930 Idaho St.
Elko, NV 89801-0000
Attention: Country Hearth C/o Elko Goldmi

Remit your payment to:
Satview Broadband, LTD
P.O. Box 18148
Reno, NV 89511

To insure proper credit, please write your account number on your check and return this portion with your payment.

Country Hearth   1930 Idaho St   Elko , NV 89801-2629

| Account No. | Status | Statement Date | Date Due | Includes payments received by | Amount Due |
|---|---|---|---|---|---|
| 10786 | 30 Day | 2/21/2011 | 3/5/2011 | 2/21/2011 | $3,135.30 |

| Transaction Date | | Description | Amount |
|---|---|---|---|
| | | Beginning Balance: | $1,744.30 |
| **Payments and Adjustments:** | | | |
| 2/21/2011 | | Late Charge Computer | $5.00 |
| **Advanced Billings:** | | | |
| 2/21/2011 | 1 | zBulk Country Hearth | $1,320.00 |
| **Taxes/Fees on Current/Advanced Billings:** | | | |
| | | Elko Franchise Tax | $66.00 |
| | | Amount Due: | $3,135.30 |

Satview Broadband, LTD
Office: (775) 333-6626  Service: (800) 225-0605

Channel guide now available at www.zaptoit.com Refer a friend for cable service. Upon activation you will receive $10.00 credit on your next bill.

Franchise Authority, 1 -FCC Community #1

SIPsip: Elko Nevada Online Payment System                                    Page 1 of 1



*Instant Payments*                                                        **Client**
**Account & Transaction Administration**
Need Help Making a Payment? 800-764-0844

Home  |  Manage Accounts  |  Edit User Information  |  Logout                    Help
Welcome DMC County                                      Tuesday, March 15, 2011 1:10:51 pm

**You have successfully scheduled your payment.**

## Payment Scheduled

You have agreed to pay the following amount to the indicated recipient on the first banking day on or after the date specified.

The payment will be posted to your merchant account within a few days after processing.
In the event that this payment is returned unpaid for any reason you understand that a collection fee of the amount allowed by the state may be electronically debited from your account.

Thank-you for your payment!
If you have any questions please call Cities - Elko Nevada at **775-777-7126**.

| | |
|---|---|
| Name of Payer: | DMC Countty |
| Financial Account #: | BChk *8572 |
| Email: | csummers@dmchotels.com |
| Name of Payee: | Cities - Elko Nevada |
| Total: | $2,689.68 |
| Category: | Misc. |
| Date: | 3/15/2011 |
| Number of Payments: | Single Payment |
| Confirmation #: | 31975 |

[ Done ]

Print this page for your receipt.

Powered by



*Instant Payments*

Setup your page - call 800-764-0844

**SECURITYMETRICS** ✓PCI Certified

SECURED BY RapidSSL 128 bit SSL Security

SIP Program © 2006-2011 dgspro.com ~ Data © 2006-2011 Instant Payments ~ All rights reserved.
(LU-1049/1049,61149/61149,51243/51243) 0s ~ Privacy Policy | Contact Us ~ Send feedback to webmaster@instantPayments.com

ELKO MUNICIPAL WATER DEPT.
1751 COLLEGE AVENUE · ELKO, NV 89801

**DMC COUNTRY HEARTH**

1930 IDAHO ST

| DUE DATE | ACCOUNT NO. |
|---|---|
| 03/18/2011 | 3987050.03 |

PAY THIS AMOUNT

## $8,166.29

AMOUNT PAID

PLEASE RETURN THIS STUB WITH PAYMENT

**ELKO MUNICIPAL WATER DEPT.**
1751 COLLEGE AVENUE
ELKO, NV 89801
(775) 777-7100 • (775) 777-7135
www.elkocity.com

RETURN
SERVICE
REQUESTED

Presorted
First Class Mail
US Postage Paid
Permit 1010
Orem, Utah

| BILL DATE | DUE DATE | SERVICE ADDRESS |
|---|---|---|
| 02/28/2011 | 03/16/2011 | 1930 IDAHO ST |

| SERVICE | METER READINGS PREVIOUS | PRESENT | USAGE (thousands) | AMOUNT |
|---|---|---|---|---|
| Water | | | | 811.68 |
| Sewer | | | | 771.40 |
| Sewer - Capital Imp | | | | 978.50 |
| Street Light Fee | | | | 52.80 |
| Storm Drain | | | | 24.00 |
| Late Penalty | | | | 81.03 |
| Prev. Bal. | | | | 5,446.88 |



2719.41 Feb Bill

| ACCOUNT NUMBER | PAY THIS AMOUNT |
|---|---|
| 3987050.03 | $8,166.29 |

1291 *******AUTO**SCH 5-DIGIT 89801        P4 T1
DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
ELKO NV 89801-2629

ENTERED

$2.70

2638.38
51.30 Latefees
for Jan month.

Feb Bill — 2689.68

Feb. Bill



NEVADA
BANK & TRUST
Member FDIC

ACCOUNT NUMBER
●4070

STATEMENT DATE
Feb 28, 2011

Pg    1 of    3

23

ELKO GOLD MINE, LLC
MAIN ACCOUNT
DMC / DBA: COUNTRY HEARTH INN
3400 PARKWOOD BLVD. - LEGACY ROOM
FRISCO TX 75034


Thank you for banking with Nevada Bank and Trust.


*****
GO GREEN WITH E-STATEMENTS   NO MORE BULKY PAPER STATEMENTS
Internet banking has it all.  You can take a look at the internet banking
demo on our website at nevadabankandtrust.com.  You could be looking at your
own accounts right now.  You will be able to see all the benefits of our
internet banking site.  So check it out, sign up, be protected and start
saving.  And while you are there sign up for electronic statements.  No more
waiting on the mail or worries about the theft of your private information.
There are also financial calculators, branch and atm locations and loan
product tools and applications to help you.  And while on our site check out
the MasterCard  SecureCode link.  You can use it to have added protection
against unauthorized use of your MasterCard debit card.  You use a code just
like using your pin at the atm.  No code, no purchase.  They also offer
discounts at participating merchants.
Reg Checking
02/01/2011 Beginning Balance                                17,976.86
           41 Deposits/Other Credits            +          115,663.06
            8 Checks/Other Debits               -          121,389.73
02/28/2011 Ending Balance        28 Days in Statement Period 12,250.19
-------------------------------------------------------------------------

------------------------- Deposits/Other Credits -------------------------
02/01/2011 Deposit                                              11.41
02/01/2011 Deposit                                              44.12
02/01/2011 Deposit                                              46.46
02/01/2011 Deposit                                           5,196.22
02/01/2011 Direct Deposit                                      167.99
           AMERICAN EXPRESS   SETTLEMENT
02/01/2011 Direct Deposit      NPC MERCH  PYMT PROC          9,799.49
02/02/2011 Direct Deposit                                   1,458.14
           AMERICAN EXPRESS   SETTLEMENT
02/02/2011 Direct Deposit      NPC MERCH  PYMT PROC          1,464.30
02/03/2011 Direct Deposit                                   2,793.14
           AMERICAN EXPRESS   SETTLEMENT
02/04/2011 Direct Deposit      NPC MERCH  PYMT PROC            756.84
02/07/2011 Direct Deposit      NPC MERCH  PYMT PROC            715.76
02/07/2011 Direct Deposit                                   1,486.03
           AMERICAN EXPRESS   SETTLEMENT
02/07/2011 Direct Deposit      NPC MERCH  PYMT PROC          3,975.42
02/07/2011 Direct Deposit      NPC MERCH  PYMT PROC         55,787.37



**NEVADA BANK & TRUST**
Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
Feb 28, 2011

Pg   2 of   3

ELKO GOLD MINE, LLC

| Date | Description | | Amount |
|---|---|---|---|
| 02/08/2011 | Deposit | | 122.08 |
| 02/08/2011 | Deposit | | 151.19 |
| 02/08/2011 | Deposit | | 235.17 |
| 02/08/2011 | Deposit | | 315.00 |
| 02/08/2011 | Deposit | | 598.08 |
| 02/08/2011 | Deposit | | 680.99 |
| 02/08/2011 | Deposit | | 705.60 |
| 02/08/2011 | Deposit | | 1,383.07 |
| 02/08/2011 | Direct Deposit | NPC MERCH PYMT PROC | 231.95 |
| 02/08/2011 | Direct Deposit | AMERICAN EXPRESS SETTLEMENT | 655.16 |
| 02/09/2011 | Direct Deposit | NPC MERCH PYMT PROC | 3,371.20 |
| 02/11/2011 | Direct Deposit | NPC MERCH PYMT PROC | 777.81 |
| 02/14/2011 | Deposit | | 43.68 |
| 02/14/2011 | Deposit | | 78.48 |
| 02/14/2011 | Deposit | | 315.00 |
| 02/14/2011 | Direct Deposit | NPC MERCH PYMT PROC | 999.23 |
| 02/14/2011 | Direct Deposit | NPC MERCH PYMT PROC | 3,652.30 |
| 02/14/2011 | Direct Deposit | NPC MERCH PYMT PROC | 3,963.99 |
| 02/15/2011 | Transfer Deposit | | 1,420.56 |
| | From DDA 4062 aeecbnlUDaowgBxj | | |
| 02/15/2011 | Direct Deposit | NPC MERCH PYMT PROC | 723.21 |
| 02/16/2011 | Direct Deposit | NPC MERCH PYMT PROC | 2,526.21 |
| 02/22/2011 | Deposit | | 141.11 |
| 02/22/2011 | Deposit | | 161.27 |
| 02/22/2011 | Deposit | | 179.18 |
| 02/22/2011 | Deposit | | 315.00 |
| 02/22/2011 | Deposit | | 352.80 |
| 02/23/2011 | Deposit | | 7,861.05 |

------- Checks listed in numerical order;  (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 1225 | 02/07 | 5,549.24 | 1227* | 02/17 | 12,000.00 |

------------------------------- Other Debits -------------------------------

| Date | Description | | Amount |
|---|---|---|---|
| 02/03/2011 | Direct Payment | NPC MERCH PYMT PROC | 2,803.33 |
| 02/07/2011 | Direct Payment | Intermountain Vendor Pay | 1,987.16 |
| 02/07/2011 | Wire Transfer Fee | Elko Wire Fee Wires | 25.00 |
| 02/07/2011 | Wire Transfer Debit | ELKO GOLD MINE LLC Wires | 57,000.00 |



NEVADA
BANK & TRUST

Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
Feb 28, 2011

Pg    3 of   3

ELKO GOLD MINE, LLC

| | | | | |
|---|---|---|---|---|
| 02/09/2011 Wire Transfer Fee | Elko Wire Fee  Wires | | | 25.00 |
| 02/09/2011 Wire Transfer Debit | ELKO GOLD MINE LLC  Wires | | | 42,000.00 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | .00 | 27.50 |
| Total Return Item Fees | .00 | 55.00 |

—————————————————— Daily Ending Balance ——————————————————

| | | | | | |
|---|---|---|---|---|---|
| 02/01 | 33,242.55 | 02/08 | 39,393.11 | 02/16 | 15,239.78 |
| 02/02 | 36,164.99 | 02/09 | 739.31 | 02/17 | 3,239.78 |
| 02/03 | 36,154.80 | 02/11 | 1,517.12 | 02/22 | 4,389.14 |
| 02/04 | 36,911.64 | 02/14 | 10,569.80 | 02/23 | 12,250.19 |
| 02/07 | 34,314.82 | 02/15 | 12,713.57 | | |

ELKO GOLD MINE, LLC ████4070 Page 4



CHECKING DEPOSIT

Name *ELKO Gold*

ACCOUNT NUMBER

████ 407 0

11  41

NET DEPOSIT $  11 . 41

DDA Credits - 02/01/2011

NEVADA B&T #124201585#020/01/2011 00260423882 12

DDA Credits - 02/01/2011

CHECKING DEPOSIT

Name *ELKO Gold*

ACCOUNT NUMBER

████ 407 0

44 1 2

NET DEPOSIT $  44 1 2

DDA Credits - 02/01/2011

NEVADA B&T #124201585#020/01/2011 00260423882 1

DDA Credits - 02/01/2011

CHECKING DEPOSIT

Name *ELKO Gold*

████ 407 0

46  46

NET DEPOSIT $  46 . 46

DDA Credits - 02/01/2011

NEVADA B&T #124201585#020/01/2011 00260423882 15

DDA Credits - 02/01/2011

CHECKING DEPOSIT

Name *ELKO Gold mine*

████ 407 0

5196 22

NET DEPOSIT $  5196.22

DDA Credits - 02/01/2011

NEVADA B&T #124201585#020/01/2011 00260423882 16

DDA Credits - 02/01/2011

CHECKING DEPOSIT

Name *ELKO Gold mine*

ACCOUNT NUMBER

████ 407 0

122 08

NET DEPOSIT $  122.08

DDA Credits - 02/08/2011

NEVADA B&T #124201585#020/08/2011 00260423884 55

DDA Credits - 02/08/2011

CHECKING DEPOSIT

Name *ELKO Gold mine*

ACCOUNT NUMBER

████ 407 0

705 60

NET DEPOSIT $  705.60

DDA Credits - 02/08/2011

NEVADA B&T #124201585#020/08/2011 00260500002 24

DDA Credits - 02/08/2011

ELKO GOLD MINE, LLC    4070 Page 5



DDA Credits - 02/08/2011

ELKO GOLD MINE, LLC ▆4070 Page 6





**CHECKING DEPOSIT**

Date
Name ELKO GOLD MINE

179 18

ACCOUNT NUMBER
* ███407 0

179 58

DDA Credits - 02/22/2011

NEVADA B&T >124201565< 02/22/2011 002605010679

DDA Credits - 02/22/2011

**CHECKING DEPOSIT**

Date
Name ELKO Gold mine

141 11

ACCOUNT NUMBER
* 407 0

141.11

DDA Credits - 02/22/2011

NEVADA B&T >124201565< 02/22/2011 002605010668

DDA Credits - 02/22/2011

**CHECKING DEPOSIT**

Date
Name ELKO Gold mine

7861 05

ACCOUNT NUMBER
* ███407 0

7861.05

DDA Credits - 02/23/2011

NEVADA B&T >124201565< 02/23/2011 002605012916

DDA Credits - 02/23/2011

Elko Gold Mine LLC                    Nevada Bank & Trust Co          1225
                                                              DATE 2/1/2011
PAY TO THE
ORDER OF   Chilton Management LLC         $ **5,549.24
Five Thousand Five Hundred Forty-Nine and 24/100**        DOLLARS
          Chilton Management LLC

MEMO  Jan 2011 Management Fees

DDA Debits - 02/04/2011

Elko Gold Mine LLC                    Nevada Bank & Trust Co          1227
                                                              DATE 2/16/2011
PAY TO THE
ORDER OF   Elko Gold Mine LLC             $ **12,000.00
Twelve Thousand and 00/100**                          DOLLARS
          Elko Gold Mine LLC

MEMO  Transfer

DDA Debits - 02/17/2011

# citibank®



**CitiBusiness®**

Citibank Client Services   022
PO Box 769013
San Antonio, TX 78245-9013

146848/R1/20F000/0

022
CITIBANK, N. A.
**Account**
⬛⬛⬛⬛⬛8572

**ELKO GOLD MINE LLC - DIP
3400 PARKWOOD BLVD Suite LEGACY
FRISCO              TX 75034**

IlmIlulumlmIluIuIuIuIIlmIuIuIulmluIuIuIul

**Statement Period**
Feb. 18 - Feb. 28, 2011

Page 1 of 8

---

## CitiBusiness® ACCOUNT AS OF FEBRUARY 28, 2011

### Relationship Summary:

| | |
|---|---|
| Checking | **$39,949.29** |
| Savings | ----- |
| Checking Plus | ----- |

| Checking | | Balance |
|---|---|---|
| CitiBusiness Streamlined Checking   ⬛⬛⬛8572 | | $39,949.29 |
| CitiBusiness Streamlined Checking   ⬛⬛⬛8601 | | $0.00 |

| **Total Checking at Citibank** | **$39,949.29** |
|---|---|

---

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
⬛⬛⬛⬛8572

| | | Beginning Balance: | $92,642.33 |
|---|---|---|---|
| | | Ending Balance: | $39,949.29 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 2/18 | ELECTRONIC CREDIT | | 2,836.92 | 95,479.25 |
| | NPC MERCH     PYMT PROC 0013039673    Feb 18 | | | |
| 2/18 | ELECTRONIC CREDIT | | 219.74 | 95,698.99 |
| | AMERICAN EXPRESS SETTLEMENT 5270459654    Feb 18 | | | |
| 2/22 | ELECTRONIC CREDIT | | 3,846.48 | 99,545.47 |
| | NPC MERCH     PYMT PROC 0013039673    Feb 22 | | | |
| 2/22 | ELECTRONIC CREDIT | | 3,042.97 | 102,588.44 |
| | NPC MERCH     PYMT PROC 0013039673    Feb 22 | | | |
| 2/22 | ELECTRONIC CREDIT | | 2,538.78 | 105,127.22 |
| | NPC MERCH     PYMT PROC 0013039673    Feb 22 | | | |
| 2/22 | ELECTRONIC CREDIT | | 1,490.66 | 106,617.88 |
| | AMERICAN EXPRESS SETTLEMENT 5270459654    Feb 22 | | | |
| 2/22 | ELECTRONIC CREDIT | | 976.74 | 107,594.62 |
| | AMERICAN EXPRESS SETTLEMENT 5270459654    Feb 22 | | | |
| 2/22 | CHECK NO:     1013 | 9,500.00 | | 98,094.62 |
| 2/22 | ACH DEBIT | 1,815.05 | | 96,279.57 |
| | Intermountain   Vendor Pay Cust #386177  Feb 22 | | | |
| 2/22 | CHECK NO:     50040 | 1,325.12 | | 94,954.45 |
| 2/22 | CHECK NO:     50041 | 710.41 | | 94,244.04 |
| 2/22 | CHECK NO:     50033 | 649.97 | | 93,594.07 |
| 2/22 | CHECK NO:     50039 | 620.79 | | 92,973.28 |
| 2/22 | CHECK NO:     50025 | 615.71 | | 92,357.57 |
| 2/22 | CHECK NO:     50028 | 580.80 | | 91,776.77 |
| 2/22 | CHECK NO:     50031 | 567.42 | | 91,209.35 |
| 2/22 | CHECK NO:     50035 | 554.36 | | 90,654.99 |
| 2/22 | CHECK NO:     50026 | 544.86 | | 90,110.13 |
| 2/22 | CHECK NO:     50038 | 525.58 | | 89,584.55 |
| 2/22 | CHECK NO:     50042 | 506.86 | | 89,077.69 |
| 2/22 | CHECK NO:     50027 | 463.15 | | 88,614.54 |
| 2/22 | CHECK NO:     50034 | 330.81 | | 88,283.73 |
| 2/22 | CHECK NO:     50036 | 128.32 | | 88,155.41 |
| 2/22 | CHECK NO:     50022 | 62.28 | | 88,093.13 |
| 2/23 | ELECTRONIC CREDIT | | 1,097.60 | 89,190.73 |
| | AMERICAN EXPRESS SETTLEMENT 5270459654    Feb 23 | | | |
| 2/23 | CHECK NO:     1010 | 932.91 | | 88,257.82 |
| 2/23 | CHECK NO:     50030 | 614.92 | | 87,642.90 |
| 2/23 | CHECK NO:     50043 | 560.44 | | 87,082.46 |

ELKO GOLD MINE LLC - DIP

Account ██████8572     Page 2 of 8
Statement Period - Feb. 18 - Feb. 28, 2011

146849/R1/20F000/0

## CHECKING ACTIVITY                                                                 Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 2/23 | ACH DEBIT<br>Intermountain    Vendor Pay Cust #388177   Feb 23 | 199.60 | | 86,882.86 |
| 2/23 | CHECK NO:      50024 | 155.71 | | 86,727.15 |
| 2/24 | ELECTRONIC CREDIT<br>NPC MERCH       PYMT PROC  0013039673      Feb 24 | | 1,158.88 | 87,886.03 |
| 2/24 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654   Feb 24 | | 991.64 | 88,877.67 |
| 2/24 | ACH DEBIT<br>NPC MERCH       PYMT PROC  0013039673      Feb 24 | 22,429.74 | | 66,447.93 |
| 2/24 | CHECK NO:      50037 | 461.60 | | 65,986.33 |
| 2/25 | ELECTRONIC CREDIT<br>NPC MERCH       PYMT PROC  0013039673      Feb 25 | | 2,826.68 | 68,813.01 |
| 2/28 | ELECTRONIC CREDIT<br>NPC MERCH       PYMT PROC  0013039673      Feb 28 | | 2,402.06 | 71,215.07 |
| 2/28 | ELECTRONIC CREDIT<br>NPC MERCH       PYMT PROC  0013039673      Feb 28 | | 1,251.46 | 72,466.53 |
| 2/28 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654   Feb 28 | | 1,197.24 | 73,663.77 |
| 2/28 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654   Feb 28 | | 680.92 | 74,344.69 |
| 2/28 | ELECTRONIC CREDIT<br>NPC MERCH       PYMT PROC  0013039673      Feb 28 | | 617.52 | 74,962.21 |
| 2/28 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 74,949.71 |
| 2/28 | CBUSOL TRANSFER DEBIT<br>WIRE TO Excel National Ban | 23,519.80 | | 51,429.91 |
| 2/28 | CHECK NO:      1014 | 10,227.47 | | 41,202.44 |
| 2/28 | ACH DEBIT<br>Intermountain    Vendor Pay Cust #386177   Feb 28 | 1,253.15 | | 39,949.29 |
| | **Total Debits/Credits** | **79,869.33** | **27,176.29** | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 1010 | 2/23 | 932.91 | 50026 | 2/22 | 544.86 | 50034 | 2/22 | 330.81 | 50039 | 2/22 | 620.79 |
| 1013* | 2/22 | 9,500.00 | 50027 | 2/22 | 463.15 | 50035 | 2/22 | 554.36 | 50040 | 2/22 | 1,325.12 |
| 1014 | 2/28 | 10,227.47 | 50028 | 2/22 | 580.80 | 50036 | 2/22 | 128.32 | 50041 | 2/22 | 710.41 |
| 50022* | 2/22 | 62.28 | 50030* | 2/23 | 614.92 | 50037 | 2/24 | 461.60 | 50042 | 2/22 | 506.86 |
| 50024* | 2/23 | 155.71 | 50031 | 2/22 | 567.42 | 50038 | 2/22 | 525.58 | 50043 | 2/23 | 560.44 |
| 50025 | 2/22 | 615.71 | 50033* | 2/22 | 649.97 | | | | | | |

\* Indicates gap in check number sequence     Number Checks Paid:     22     Totaling:     $30,639.49

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---------------------------|---------------|----------------|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

  **CitiBusiness**®

 **ELKO GOLD MINE LLC - DIP**

Account ▓▓▓▓8572     Page 3 of 8
Statement Period - Feb. 18 - Feb. 28, 2011     146850/R1/20F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order. Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account # ▓▓▓▓8572 



Ck Date: 02/23/2011 Ck No: 1010 Amt: $932.91          Ck Date: 02/22/2011 Ck No: 1013 Amt: $9500.00



Ck Date: 02/28/2011 Ck No: 1014 Amt: $10227.47          Ck Date: 02/22/2011 Ck No: 50022 Amt: $62.28

Ck Date: 02/23/2011 Ck No: 50024 Amt: $155.71          Ck Date: 02/22/2011 Ck No: 50025 Amt: $615.71



Ck Date: 02/22/2011 Ck No: 50026 Amt: $544.86          Ck Date: 02/22/2011 Ck No: 50027 Amt: $463.15







Ck Date: 02/22/2011 Ck No: 50028 Amt: $580.80          Ck Date: 02/23/2011 Ck No: 50030 Amt: $614.92

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 4 of 8
Statement Period - Feb. 18 - Feb. 28, 2011

146851/R1/20F000



Ck Date: 02/22/2011 Ck No: 1013 Amt: $9500.00

Ck Date: 02/23/2011 Ck No: 1010 Amt: $932.91

Ck Date: 02/22/2011 Ck No: 50022 Amt: $62.28

Ck Date: 02/28/2011 Ck No: 1014 Amt: $10227.47

Ck Date: 02/22/2011 Ck No: 50025 Amt: $615.71

Ck Date: 02/23/2011 Ck No: 50024 Amt: $155.71

Ck Date: 02/22/2011 Ck No: 50027 Amt: $463.15

Ck Date: 02/22/2011 Ck No: 50026 Amt: $544.86

Ck Date: 02/23/2011 Ck No: 50030 Amt: $614.92

Ck Date: 02/22/2011 Ck No: 50028 Amt: $580.80

# citibank®

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ███████8572    Page 5 of 8
Statement Period - Feb. 18 - Feb. 28, 2011

146852/R1/20F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

### Check images for account # ███████8572



Ck Date: 02/22/2011 Ck No: 50031 Amt: $567.42       Ck Date: 02/22/2011 Ck No: 50033 Amt: $649.97

 

Ck Date: 02/22/2011 Ck No: 50034 Amt: $330.81       Ck Date: 02/22/2011 Ck No: 50035 Amt: $554.36



Ck Date: 02/22/2011 Ck No: 50036 Amt: $128.32       Ck Date: 02/24/2011 Ck No: 50037 Amt: $461.60

 

Ck Date: 02/22/2011 Ck No: 50038 Amt: $525.58       Ck Date: 02/22/2011 Ck No: 50039 Amt: $620.79

 

Ck Date: 02/22/2011 Ck No: 50040 Amt: $1325.12      Ck Date: 02/22/2011 Ck No: 50041 Amt: $710.41

63

ELKO GOLD MINE LLC - DIP          Account ████████8572      Page 6 of 8          146853/R1/20F000
                                  Statement Period -  Feb. 18 - Feb. 28, 2011



Ck Date: 02/22/2011 Ck No: 50033 Amt: $849.97



Ck Date: 02/22/2011 Ck No: 50031 Amt: $567.42



Ck Date: 02/22/2011 Ck No: 50035 Amt: $554.36



Ck Date: 02/22/2011 Ck No: 50034 Amt: $330.81



Ck Date: 02/24/2011 Ck No: 50037 Amt: $461.60



Ck Date: 02/22/2011 Ck No: 50036 Amt: $128.32



Ck Date: 02/22/2011 Ck No: 50039 Amt: $620.79



Ck Date: 02/22/2011 Ck No: 50038 Amt: $525.58



Ck Date: 02/22/2011 Ck No: 50041 Amt: $710.41



Ck Date: 02/22/2011 Ck No: 50040 Amt: $1325.12

 **citibank**®

**CitiBusiness**®

ELKO GOLD MINE LLC - DIP

Account ▓▓▓▓8572    Page 7 of 8
Statement Period - Feb. 18 - Feb. 28, 2011

146854/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #    ▓▓▓▓8572





Ck Date: 02/22/2011 Ck No: 50042 Amt: $506.86         Ck Date: 02/23/2011 Ck No: 50043 Amt: $560.44

ELKO GOLD MINE LLC - DIP                Account ████████8572      Page 8 of 8                146855/R1/20F000
                                        Statement Period - Feb. 18 - Feb. 28, 2011





Ck Date: 02/23/2011 Ck No: 50043 Amt: $560.44          Ck Date: 02/22/2011 Ck No: 50042 Amt: $506.66