ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**E-mail: mail@asmithlaw.com**

Co-Counsel for Debtor

AJ KUNG, ESQ.
Nevada Bar No. 7052
BRANDY BROWN, ESQ.
Nevada Bar No. 9987
Kung & Associates
214 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile:  (702) 382-2720
Email: ajkung@ajkunglaw.com
Email: bbrown@ajkunglaw.com

Counsel for Debtor

*ELECTRONICALLY FILED*
*March 24, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ELKO GOLD MINE, LLC,<br><br>              Debtor.<br><br>_____/ | Case No. BK-N-11-50084-BTB<br>Chapter 11<br><br>**NOTICE OF HEARING ON JOINT APPLICATION TO EMPLOY ATTORNEYS FOR DEBTOR**<br><br>Hearing Date: May 18, 2011<br>Hearing Time: 10:00 a.m. |

**NOTICE IS HEREBY GIVEN** that on March 24, 2011, ELKO GOLD MINE, LLC, filed its Joint Application To Employ Attorneys For Debtor [Dkt. 75] ("Motion") by electronic filing with the United States Bankruptcy Court, District of Nevada. The Motion requests this Court to approve appointing the Law Office of Alan R. Smith and the law firm of Kung & Associates as its attorneys of record.

///

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada 89501**
**(775) 786-4579**

H:\Elko Gold Mine\Employ\NOH Jt App Empl ARS & Kung 032411-dlg.wpd

1  **NOTICE IF FURTHER GIVEN** that any opposing memoranda to the Motion must
2  be filed pursuant to Fed.R.Bankr.P. 9006(f) for notice provided by electronic transmission
3  and Local Rule 9014(d)(1).

...[A]ny opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

8  The relief requested herein may be granted without a hearing if a timely objection is
9  not filed and served as required by Local Rule 9014(b)(1)(D).

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court.  You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may refuse to allow you to speak at the scheduled hearing; and
> - The court may rule against you without formally calling the matter at the hearing.

18  Copies of the Motion may be obtained by written request from the Law Offices of Alan R.
19  Smith at the address above or may be obtained directly from the Bankruptcy Court's website
20  at www.nvb.uscourts.gov (requires the establishment of a PACER account) or from the
21  United States Bankruptcy Court Clerk's Office at 300 Booth Street, Reno, Nevada 89509,
22  during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

23  **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held
24  before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth
25  Street, Bankruptcy Courtroom, Reno, Nevada on **May 18, 2011, at 10:00 a.m.**
26  **DATED** this 24th day of March, 2011.

27  LAW OFFICES OF ALAN R. SMITH
    By: */s/ Alan R. Smith*
28  ALAN R. SMITH, ESQ.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\Employ\NOH Jt App Empl ARS & Kung 032411-dlg.wpd   - 2 -