Entered on Docket
March 25, 2011

_Bruce T. Beesley_
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
***Email: mail@asmithlaw.com***

Co-Counsel for Debtor

*ELECTRONICALLY LODGED*
*March 23, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-11-50084-BTB<br>Chapter 11 |
| ELKO GOLD MINE, LLC, | |
| Debtor. | **ORDER DENYING MOTION OF BEST WESTERN INTERNATIONAL, INC., FOR ORDER TERMINATING AUTOMATIC STAY** |
| _____/ | Hearing Date:  March 18, 2011<br>Hearing Time: 10 a.m. |

        The matter of the Motion of BEST WESTERN INTERNATIONAL, INC. for order

terminating automatic stay came on for hearing on March 28, 2011, at 10:00 a.m.  Debtor

appeared through its counsel, Alan R. Smith, Esq.    Movant BEST WESTERN

INTERNATIONAL, INC. ("Best Western") appeared through its counsel Michael G. Helms,

Esq., of the Helms Law Firm, P.L.C.  The Court considered the pleadings and papers on file,

and the arguments of counsel.  The Court entered its findings of fact and conclusions of law

on the record in accordance with Fed.R.Bankr.P. 7052 and 9021.  Good cause appearing,

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\MRS (Best Western)\Ord MRS 031811-dlg.wpd

1    IT IS HEREBY ORDERED as follows:

2    1.    The Motion to Terminate Automatic Stay is denied.

3    2.    The Debtor shall continue to pay normal membership fees that are due on or

4    before the 10th day of each and every month by wire transfer, according to wire transfer

5    instructions provided by Best Western.

6    3.    Best Western shall be entitled to make ordinary inspections of the motel as

7    allowed under the terms of the Membership Agreement.

8    4.    Best Western will email any invoices required for monthly payment both to the

9    Debtor and to its counsel, Alan R. Smith, Esq., at ars@asmithlaw.com.

10    5.    The Court shall consider assumption of the Membership Agreement pursuant

11    to Debtor's Motion to Approve Assumption of Executory Contract filed on March 18, 2011,

12    which hearing shall be conducted on April 22, 2011 at 10:00 a.m.

13    In accordance with Local Rule 9021, counsel submitting this document certifies as
14    follows (check one):

15    ☐    The Court has waived the requirement of approval under LR 9021(b)(1).

16    ☐    No party appeared at the hearing or filed an objection to the motion.

17    ■    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this
proposed order to all counsel who appeared at the hearing, any unrepresented
18    parties who appeared at the hearing, and each has approved or disapproved the
order, or failed to respond, as indicated below [*list each party and whether
19    the party has approved, disapproved, or failed to respond to the document*];

**Approved**/Disapproved:

20

21    */s/ Michael G. Helms*

22    _____
MICHAEL G. HELMS

23    ☐    I certify that this is a case under Chapter 7 or 13, that I served a copy of this
order with the motion pursuant to LR 9014(g), and that no party has objected
24    to the form or content of this order.

25    RESPECTFULLY SUBMITTED BY:

26    LAW OFFICES OF ALAN R. SMITH
By:_____*/s/ Alan R. Smith*_____
27    ALAN R. SMITH, ESQ.
Co-Counsel for Debtor

28    ###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\MRS (Best Western)\Ord MRS 031811-dlg.wpd

- 2 -