```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                   Case No. 11-50084-btb
ELKO GOLD MINE                                                           Chapter 11
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0978-3          User: youngbloo            Page 1 of 3            Date Rcvd: Mar 25, 2011
                              Form ID: pdf984            Total Noticed: 134


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2011.
db           +ELKO GOLD MINE,    3400 PARKWOOD BLVD.,    FRISCO, TX 75034-1968
6702067      +AHERN RENTALS, INC.,    1722 W. BONANZA RD.,    LAS VEGAS, NV 89106-4704
6666453      +AMTEX Tex Chem Corp,    Po Box 431,    San Bernardino, CA 92402-0431
6666448      +Aahsome Spas,    170 Idaho St,    Elko, NV 89801-3066
6666449       Action Door Controls,    14918 South Concord Park Drive,    Riverton, UT 84065-2505
6666450       Ahern Rentals,    4241 Arville St,    Las Vegas, NV 89103-3713
6723198      +Alan R. Smith, Esq.,    Law Office of Alan R. Smith,    505 Ridge Street,    Reno, NV 89501-1719
6666451      +All American Publishing,    PO Box 9801,    Baltimore, MD 21284-9801
6666452      +Alliance Commercial Equipment,    3838 South State Street,    Salt Lake City, UT 84115-4815
6666454      +Baja Broadband,    1250 Lamalle Hwy #1150,    Elko, NV 89801-8315
6666455      +Baltic Linen Company,    PO Box 5485,    New Hyde Park, NY 11042-5485
6666457      +Best Western International,    PO Box 53505,    Phoenix, AZ 85072-3505
6666458      +Brody Chemical,    6125 W. Double Eagle,    Salt Lake City, UT 84118-8405
6666467      +CM Jarvis Furniture Leasing Inc,    1121 Jackson St NE Ste. 138,    Minneapolis, MN 55413-1597
6721431       CONTEMPO CERAMIC TILE CORPORATION,    3732 SOUTH 300 WEST,    SALT LAKE CITY, UT   84115-4314
6713215      +CROWNE ARTS LLC,    8915 PINEHURST COVE,    DULUTH, GA 30097-6626
6666459      +Capital Glass Inc,    2951 N. Deer Run Rd, Ste. 1,    Carson City, NV 89701-1467
6666460      +Capital Glass, Inc.,    Hoffman, Test, Guinan & Collier,    429 West Plumb Lane,
               Reno, NV 89509-3777
6666461      +Central,   PO Box 847084,    Dallas, TX 75284-7084
6666463       Cintas Corporation,    97627 Eagle Way,    Chicago, IL 60678-7627
6666464      +City of Elko,    1751 College Avenue,    Elko, NV 89801-3401
6666466      +Clearinghouse,    PO Box 15001,    Boise, ID 83715-5001
6666468      +Coast to Coast Computer Products,    4277 Valley Fair St,    Simi Valley, CA 93063-2940
6666470      +Contemp Ceramic Tile-Sic,    3732 S. 300 West,    Salt Lake City, UT 84115-4314
6666471      +Contempo Ceramic Tile Co.,    Rebecca Martinez/ Credit Manager,    3732 South 300 West,
               Salt Lake City, UT 84115-4314
6666472      +Creative Breakfast Concepts Inc.,    1401 South Leavitt Avenue,    Orange City, FL 32763-7111
6666473      +Crown Arts, LLC,    1303 Veterans Memorial Hwy SE,    Mableton, GA 30126-2848
6666474      +Crowne Arts LLC,    1303 Veterns Memorial Hwy SE,    Mableton, GA 30126-2848
6666475      +Culligan of Elko,    PO Box 848,    Elko, NV 89803-0848
6666477      +DEA Incoporated,    5260 East Idaho Street,    Elko, NV 89801-4677
6666478      +DEA Incorporated,    5260 E Idaho St,    Elko, NV 89801-4677
6666482      +DMX, Inc.,    1703 W 5th St S 600,    Austin, TX 78703-4893
6666476      +Dallas Fidelity National Bank,    c/o Phil Meyer,    600 E. Jon W. Carpenter Fwy, #125,
               Irving, TX 75062-4299
6666479      +Department of Industrial Relations,    400 W. King Street, #400,    Carson City, NV 89703-4256
6666480      +Desert Design,    3240 Fountain Way,    Winnemucca, NV 89445-3623
6666483      +Doormats & More,    216 Little Falls Road, Units 13 & 14,    Cedar Grove, NJ 07009-1276
6666484      +Doormats & More,    216 Little Falls Rd, Un 13 & 14,    Cedar Grove, NJ 07009-1276
6666485       Dralarof California,    11053 Penrose St, Ste. A,    Elko, NV 89801
6666486      +East West Refigeration,    3983 S McCarran Blvd #468,    Reno, NV 89502-7510
6666487      +Eccolab Supplies,    Jack Ecolab,    PO Box 100512,    Pasadena, CA 91189-0003
6666488       Ecolob Pest,    JIM Ecolab,    PO Box 6007,    Grand Forks, ND 58206-6007
6666489      +Elko Area Chamber of Commerce,    1405 Idaho St.,    Elko, NV 89801-4050
6666490      +Elko Daily Free Press,    3720 Idaho St,    Elko, NV 89801-4611
6666491      +Elko Food Services Inc,    400 Front St, Ste. 2,    Elko, NV 89801-8107
6666492      +Elko Municipal Water Department,    1751 College Avenue,    Elko, NV 89801-3401
6666493      +Elko Sanitation,    355 Silver Street,    Elko, NV 89801-3609
6666494      +Ellison Electric,    438 South Fifth Street,    Elko, NV 89801-4276
6666495      +Excel National Bank,    c/o Buchaler Nemer,    1000 Wilshire Boulevard, Suite 250,
               Los Angeles, CA 90017-2459
6666496      +FEDEX,   PO Box 660481,    Dallas, TX 75266-0481
6666497      +Ferguson Enterprises, Inc.,    c/o Marquis & Aurbach,    10001 Park Run Drive,
               Las Vegas, NV 89145-8857
6702993      +Ferguson Enterprises, Inc.,,    Reno Plumbing Branch No. 3210,    c/o Marquis Aurbach Coffing,
               Attn: Frank Flansburg, Esq. and David Co,    10001 Park Run Drive,    Las Vegas, NV 89145-8857
6820447      +Fidelity National Title Company,    Thomas A. Ryan,    3980 Howard Hughes Parkway, Ste. 230,
               Las Vegas, Nevada 89169-0993
6666498      +Fidelity Title,    5430 LBJ Freeway,l Suite 260,    Dallas, TX 75240-2651
6666503       GR Fence Company,    12340 Brighton Rd,    Henderson, CO 80640
6666500      +Gary’s Oil City,    1940 E. Idaho St,    Elko, NV 89801-2629
6666501      +Goicoechea Soda Blasting,    Elias D. Goicoechea,    960 Tobiano Road,
               Spring Creek, NV 89815-5655
6666502       Gold Dust West inn,    2171 US Highway,    Carson City, NV 89701-2723
6666504       Gritton & Associates,    PO Box 65097,    Salt Lake City, UT 84165-0097
6666505       HD Supply,    PO Box 509058,    San Diego, CA 92150-9058
6666506      +Hiersche, Hayward & Drakeley,    15303 Dallas Parkway Ste. 700,    Addison, TX 75001-4610
6666507      +Hospitality Services Company,    3354 Wave Court,    West Jordan, UT 84084-2649
6666509      +HotShot Power Washing,    Ethan Burlingham,    943 Sunrise Drive,    Elko, NV 89801-4373
6666508      +Hotel Signs.com,    PO Box 5996,    Chattanooga, TN 37406-0996
6666510      +Hotshot Powerwashing,    943 Sunrise Dr.,    Elko, NV 89801-4373
6666511      +Hubert,    9555 Dry Fork Road,    Harrison, OH 45030-1994
6666513      +IMG,   PO Box 141416,    Irving, TX 75014-1416
```

```
District/off: 0978-3           User: youngbloo              Page 2 of 3                     Date Rcvd: Mar 25, 2011
                               Form ID: pdf984              Total Noticed: 134


 6666514      IRS,   Acct No 618428710- DNK Airport LLC,   PO Box 7346,   Philadelphia, PA 19101-7346
 6666515      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
 6666512     +Imagine Tchnology Services,   567 W. Silver St., Ste. 402,   Elko, NV 89801-7728
 6713083     +LODGENET INTERACTIVE- ISOLDE KONDERT,   3900 W INNOVATION ST,   SIOUX FALLS SD 57107-7002
 6666518      Lodgenet Interactive Corp,   PO Box 952141,   Saint Louis, MO 63195-2141
 6666521     +MGM Construction Company,   c/o Marvel & Kump, Ltd.,   217 Idaho Street,   Elko, NV 89801-3168
 6713111     +MICROS SYSTEMS, INC.,   7031 COLUMBIA GATEWAY DRIVE,   COLUMBIA, MARYLAND 21046-2583,
               ATTN:   LEGAL DEPARTMENT
 6666519     +Marty Vodopich Painting,   PO Box 8217,   Spring Creek, NV 89815-0004
 6666520     +Mendenhall Equipment Co,   880 W. 100 N,   North Salt Lake, UT 84054-2906
 6666522      Micros,   7031 Columbia Dr.,   Columbia, MD 21046-2289
 6666524     +Monster.com,   7800 W, BrownDeer Rd, Ste. 200,   Milwaukee, WI 53223-1915
 6666532     +NV Energy,   PO Box 30086,   Reno, NV 89520-3086
 6666526     +Nav-Elko-GCI, LLC,   Gold Country Inn & Casino,   2050 Idaho St.,   Elko, NV 89801-2627
 6666527     +Nevada Department of Employment & Traini,   500 East Third Street,   Carson City, NV 89713-0001
 6666528     +Nevada Department of Taxation,   Attn: Bankruptcy Deparment,   PO Box 52674,
               Phoenix, AZ 85072-2674
 6666529     +Nevada Division of Health,   3427 Goni Rd,   Carson City, NV 89706-8011
 6666530     +Nevada Division of Industrial Relations,   PO Box 30065,   Reno, NV 89520-3065
 6717711     +Nevada Division of Industrial Relations, Legal Sec,   400 West King Street, Ste. 201A,
               Carson City, NV 89703-4218,    (775) 684-7286
 6666531      Nevada Hotel & Lodging Association,   2820 W. Charleston Blvd., Ste. 41,
               Las Vegas, NV 89102-1934
 6666533     +Pac Van,   2995 S. Harding St.,   Indianapolis, IN 46225-2264
 6666534     +Penrod’s Plumbing Heating,   255 Eleventh St.,   Elko, NV 89801-3912
 6666535     +Playground Consulting,   PO Box 1236,   Zephyr Cove, NV 89448-1236
 6666536     +Plumb line Mechanical,   c/o Wilson Barrow & Salyer,   442 Court Street,   Elko, NV 89801-3528
 6666537     +Plumbing Mechanic,   PO Box 2666,   Elko, NV 89803-2666
 6666538     +Professional Furnace Cleaning,   170 S. First St,   Elko, NV 89801-3673
 6666539     +Progressive Pest Mgmt of Northern Nevada,   PO Box 129,   Fernley, NV 89408-0129
 6666540     +Quick Badge & Sign, Inc.,   PO Box 468,   Gresham, OR 97030-0101
 6666542     +RAC,   The Cash Advantage #94030,   2562 Idaho Street,   Elko, NV 89801-4601
 6690443     +RANDY JONES,   HOSPITALITY SERVICES,   9160 SOUTH 300 WEST, SUITE 19,   SANDY, UTAH 84070-2657
 6666546     +RGI Publications,   15460 S. Keeler,   Olathe, KS 66062-2710
 6706446     +RUBY MOUNTAIN HVAC & REFRIGERATION,   C/O WILLIAM BAKER,   9468 DOUBLE R BLVD, STE A,
               RENO, NV 89521-4808
 6666543     +Randy Jones,   Hospitality Services,   3354 Wave Court,   West Jordan, UT 84084-2649
 6666544     +Ray LaVoie Construction,   PO Box 281425,   Lamoille, NV 89828-1425
 6666545     +Red Lion Inn & Casino,   2065 Idaho St,   Elko, NV 89801-2628
 6666547     +Ruby Mountain HVAC & Refrigeration,   William A. Baker, Esq.,   9468 Double R Blvd. Suite A,
               Reno, NV 89521-4808
 6666548     +Ruby Mountain HVAC & Refrigeration,   9468 Double R Blvd. Ste. A,   Reno, NV 89521-4808
 6666549     +Ruby Mountain Painting Inc,   2324 Sierra Dr,   Elko, NV 89801-4488
 6833385     +SNYDER SERVICES, INC.,   P.O. BOX 2775,   ELKO, NV 89803-2775
 6688163      STEPHEN C. TINGEY,   RAY QUINNEY & NEBEKER P.C.,   36 SOUTH STATE STREET, SUITE 1400,
               PO BOX 45385,   SALT LAKE CITY, UT 84145-0385
 6666550     +Sabala Electric,   882 Commercial,   Elko, NV 89801-3856
 6666551      Saflok,   PO Box 890247,   Charlotte, NC 28289-0247
 6666552      Sealy Mattress Company,   Wachovia Bank,   PO Box 932800,   Atlanta, GA 31193-2800
 6666553     +Service Caster Corporation,   9 S. First Ave W,   Reading, PA 19611-1314
 6666554     +Service Lamp Corp,   PO Box 249,   Marlton, NJ 08053-0249
 6666555     +Sign Resource,   PO Box 549,   Maywood, CA 90270-0549
 6666556     +Snyder Services, Inc.,   PO Box 882,   Elko, NV 89803-0882
 6666557     +Southwest Gas Corporation,   6040 Badura, Suite 110,   Las Vegas, NV 89118-4717
 6666558     +State Fire DC Specialties,   2640 Ruby Vista Dr,   Elko, NV 89801-1638
 6666559     +Superion Services, Inc.,   P.O. Box 1612,   Elko, NV 89803-1612
 6666560     +Superior Services,   PO Box 1612,   Elko, NV 89803-1612
 6666561     +Synder Mechanical,   P.O. Box 2775,   Elko, NV 89803-2775
 6666562     +TDS Communications,   588 Shadybrook Dr,   Spring Creek, NV 89815-5539
 6666563     +Team Green Inc,   2221 N. 5th St,   Elko, NV 89801-2458
 6666564     +Team Green, Inc.,   c/o Gregory D. Corn, Chtd.,   592 5th Street,   Elko, NV 89801-3553
 6666565     +The Cash Advantage #94030,   2562 Idaho St,   Elko, NV 89801-4601
 6666566     +The Paint Store,   336 Silver Street,   Elko, NV 89801-7715
 6666568     +Travel Today,   PO Box 504558,   Saint Louis, MO 63150-4558
 6666569     +TravelNow.com,   4319 S. National #108,   Springfield, MO 65810-2607
 6666570     +Umscheid Ent Inc,   336 Silver St,   Elko, NV 89801-7715
 6666571     +Val-U-Chem, Inc,   PO Box 82310,   Phoenix, AZ 85071-2310
 6666572     +Valiant,   2727 W. 5th Ave,   Denver, CO 80204-4886
 6666573     +Vic’s 101,   2186 Idaho St,   Elko, NV 89801-2625
 6666574     +Western,   PO Box 1555,   701 Enterprise St N,   Aberdeen, SD 57401-3339
 6666575      Yellow Pages,   PO Box 95450,   Atlanta, GA 30347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 6666499     +E-mail/Text: BANKRUPTCYNOTIFICATION@FRONTIERCORP.COM Mar 26 2011 01:50:25     Frontier,
               PO Box 3609,   Kingman, AZ 86402-3609
 6830380     +E-mail/Text: BANKRUPTCYNOTIFICATION@FRONTIERCORP.COM Mar 26 2011 01:50:25
               Frontier Communications,   Bankruptcy Dept,   19 John St,   Middletown, NY 10940-4918
 6666523     +E-mail/Text: midway@midwaylightbulbs.com Mar 26 2011 01:50:22     Midway Industries,   PO Box 370,
               Reisterstown, MD 21136-0370
```

```
District/off: 0978-3           User: youngbloo              Page 3 of 3                   Date Rcvd: Mar 25, 2011
                               Form ID: pdf984              Total Noticed: 134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
6666525       +E-mail/Text: bankruptcyadministrator@muzak.com Mar 26 2011 01:50:55      Muzak,
               3318 Lakemont Blvd.,    Fort Mill, SC 29708-8309
6666555       +E-mail/Text: hdinh@signresource.com Mar 26 2011 01:52:10      Sign Resource,   PO Box 549,
               Maywood, CA 90270-0549
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6666456        Bawa Dhillon
6666469        Commtrak,   17493 Nassau Commons,   PA 19558
6666516        Kamaldip Dhami
6666517        Kamaldip Dhami
6696040*       BALTIC LINEN COMPANY,    PO BOX 5485,   NEW HYDE PARK, NY  11042-5485
6666465*      +City of Elko,   1751 College Avenue,   Elko, NV 89801-3401
6666481*      +Desert Design Inc,    3240 Fountain Way,   Winnemucca, NV 89445-3623
6666567*      +The Paint Store,   336 Silver St,   Elko, NV 89801-7715
6666462      ##+Certified Fire Protection,    3439 S. 500 W,   Salt Lake City, UT 84115-4203
6666541      ##+R & R  maintenances Inc,   PO Box 5009,   Elko, NV 89802-5009
                                                                                TOTALS: 4, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2011**                    Signature:    _Joseph Speetjens_

**Entered on Docket
March 25, 2011**

/s/ Bruce T. Beesley
_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Co-Counsel for Debtor

*ELECTRONICALLY LODGED
March 23, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ELKO GOLD MINE, LLC,<br><br>                    Debtor.<br><br>_____/ | Case No. BK-N-11-50084-BTB<br>Chapter 11<br><br>**ORDER DENYING MOTION OF BEST WESTERN INTERNATIONAL, INC., FOR ORDER TERMINATING AUTOMATIC STAY**<br><br>Hearing Date:  March 18, 2011<br>Hearing Time: 10 a.m. |

The matter of the Motion of BEST WESTERN INTERNATIONAL, INC. for order terminating automatic stay came on for hearing on March 28, 2011, at 10:00 a.m.  Debtor appeared through its counsel, Alan R. Smith, Esq.  Movant BEST WESTERN INTERNATIONAL, INC. ("Best Western") appeared through its counsel Michael G. Helms, Esq., of the Helms Law Firm, P.L.C.  The Court considered the pleadings and papers on file, and the arguments of counsel.  The Court entered its findings of fact and conclusions of law on the record in accordance with Fed.R.Bankr.P. 7052 and 9021.  Good cause appearing,

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\MRS (Best Western)\Ord MRS 031811-dlg.wpd

1   IT IS HEREBY ORDERED as follows:

2   1.   The Motion to Terminate Automatic Stay is denied.

3   2.   The Debtor shall continue to pay normal membership fees that are due on or
4   before the 10th day of each and every month by wire transfer, according to wire transfer
5   instructions provided by Best Western.

6   3.   Best Western shall be entitled to make ordinary inspections of the motel as
7   allowed under the terms of the Membership Agreement.

8   4.   Best Western will email any invoices required for monthly payment both to the
9   Debtor and to its counsel, Alan R. Smith, Esq., at ars@asmithlaw.com.

10  5.   The Court shall consider assumption of the Membership Agreement pursuant
11  to Debtor's Motion to Approve Assumption of Executory Contract filed on March 18, 2011,
12  which hearing shall be conducted on April 22, 2011 at 10:00 a.m.

13  In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

☐  The Court has waived the requirement of approval under LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion.

■  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below  [*list each party and whether the party has approved, disapproved, or failed to respond to the document*];

**Approved**/Disapproved:

*/s/ Michael G. Helms*
_____
MICHAEL G. HELMS

☐  I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

RESPECTFULLY SUBMITTED BY:

LAW OFFICES OF ALAN R. SMITH
By:     */s/ Alan R. Smith*
   ALAN R. SMITH, ESQ.
   Co-Counsel for Debtor

###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\MRS (Best Western)\Ord MRS 031811-dlg.wpd    - 2 -