ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
E-mail: mail@asmithlaw.com

Co-Counsel for Debtor

AJ KUNG, ESQ.
Nevada Bar No. 7052
BRANDY BROWN, ESQ.
Nevada Bar No. 9987
Kung & Associates
214 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720
Email: ajkung@ajkunglaw.com
Email: bbrown@ajkunglaw.com

Counsel for Debtor

*ELECTRONICALLY FILED*
*March 28 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,

    Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11

Hearing Date:   May 18, 2011
Hearing Time:   10:00 a.m.

## CERTIFICATE OF SERVICE

I served the following document: **NOTICE OF HEARING ON JOINT APPLICATION TO EMPLOY ATTORNEYS FOR DEBTOR [Dkt. 76]**. I served the above-named document by the following means to the persons as listed below:

__X__  **ECF System** to those persons listed on the attached Notice of Electronic Filing, attached hereto as **Exhibit A**, on March 24, 2011.

__X__  **United States mail, postage fully prepaid** to those persons listed on the attached mailing matrix, attached hereto as **Exhibit C**, on March 25, 2011.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Employ\Cert Serv NOH Jt App Empl ARS & Kung 032811-sae.wpd

In addition, I served the following document: **JOINT APPLICATION TO EMPLOY ATTORNEYS FOR DEBTOR [Dkt. 75]**. I served the above named document by the following means to the persons as listed below:

__X__   **ECF System** to those persons listed on the attached Notice of Electronic Filing, attached hereto as **Exhibit B**, on March 24, 2011.

__X__   **United States mail, postage fully prepaid** to those persons as listed below on, March 25, 2011:

ELKO GOLD MINE
3400 PARKWOOD BLVD
FRISCO, TX 75034

STEPHEN C. TINGEY
RAY QUINNEY & NEBECKER P.C.
P.O. BOX 45385
36 S. STATE ST., STE. 1400
SALT LAKE CITY, UT 84145-0385

WALSH BAKER & ROSEVEAR, PC
WILLIAM A. BAKER, ESQ.
9468 DOUBLE R. BLVD, STE. A
RENO, NV 89521

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on this 28th day of March, 2011.

Sabrina Eckley                    /s/ Sabrina Eckley
Name                              Signature

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

**File a Notice:**

11-50084-btb ELKO GOLD MINE
Type: bk                Chapter: 11 v           Office: 3 (Reno)
Assets: y               Judge: btb              Case Flag: BAPCPA

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ALAN R SMITH entered on 3/24/2011 at 3:55 PM PDT and filed on 3/24/2011
**Case Name:**      ELKO GOLD MINE
**Case Number:**    11-50084-btb
**Document Number:** 76

**Docket Text:**
Notice of Hearing Hearing Date: 05/18/2011 Hearing Time: 10:00 a.m. Filed by ALAN R SMITH on behalf of ELKO GOLD MINE (Related document(s)[75] Application to Employ filed by Debtor ELKO GOLD MINE) (SMITH, ALAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Elko Gold Mine\Employ\NOH Jt App Empl ARS & Kung 032411.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/24/2011] [FileNumber=18941411-0
] [d4f5b9a174f81995df8bd3bd8633812524c5600ee3c7b67244573bd884162017725
bcddab480f99db6f053835d195f63e13f66d70c0ace50f8d887d6331e0e98]]

**11-50084-btb Notice will be electronically mailed to:**

PAUL S. ARROW on behalf of Creditor EXCEL NATIONAL BANK
parrow@buchalter.com

ZACHARY T. BALL on behalf of Creditor Fidelity National Title Company
zachary.ball@fnf.com

BERNARD D BOLLINGER on behalf of Creditor EXCEL NATIONAL BANK
bbollinger@buchalter.com, smartin@buchalter.com

REW R. GOODENOW on behalf of Creditor CITY OF ELKO
ecf@parsonsbehle.com

JEFFREY L HARTMAN on behalf of Interested Party BEST WESTERN INTERNATIONAL, INC.
notices@bankruptcyreno.com, dlg@bankruptcyreno.com

MICHAEL G HELMS on behalf of Interested Party BEST WESTERN INTERNATIONAL, INC.
mghelms@mghlawfirm.com, mthacker@mghlawfirm.com

A.J. KUNG on behalf of Debtor ELKO GOLD MINE
ajkung@ajkunglaw.com,
bbrown@ajkunglaw.com;paralegal7@ajkunglaw.com;paralegal4@ajkunglaw.com;paralegal5@ajkunglaw.com;paralegal3@ajkunglaw.com;fileclerk@ajkunglaw.com;paralegal1@ajkungl

LAURY MILES MACAULEY on behalf of Creditor EXCEL NATIONAL BANK
lmacauley@lrlaw.com, lbrowning@lrlaw.com;jmoulian@lrlaw.com;kdodd@lrlaw.com

ANN E ROSEVEAR on behalf of Creditor RUBY MOUNTAIN HVAC & REFRIGERATION
ajuve@wbrnvlaw.com, wbaker@wbrnvlaw.com

JENNIFER A. SMITH on behalf of Creditor CM JARVIS FURNITURE LEASING INC.
cobrien@lionelsawyer.com, bklscr@lionelsawyer.com

ALAN R SMITH on behalf of Debtor ELKO GOLD MINE
mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

JOHN WHITE on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bankruptcy@whitelawchartered.com, john@whitelawchartered.com;jen@whitelawchartered.com

**11-50084-btb Notice will not be electronically mailed to:**

STEPHEN TINGEY
,

EXHIBIT "A"

**File a Motion:**

11-50084-btb ELKO GOLD MINE
Type: bk                Chapter: 11 v           Office: 3 (Reno)
Assets: y               Judge: btb              Case Flag: BAPCPA

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ALAN R SMITH entered on 3/24/2011 at 3:52 PM PDT and filed on 3/24/2011
**Case Name:**        ELKO GOLD MINE
**Case Number:**      11-50084-btb
**Document Number:** 75

**Docket Text:**
Joint Application to Employ Law Offices of Alan R. Smith and Kung & Associates as Attorneys Filed by ALAN R SMITH on behalf of ELKO GOLD MINE (SMITH, ALAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Elko Gold Mine\Employ\Jt App Empl ARS & Kung (sig) 032411.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/24/2011] [FileNumber=18941342-0
] [043bc7ad24875cca8e1067aae29a655bd9ffdfefe6b33ea2835787d5265c093412b
b6ae3bfa19ec04fa501128042447a5ac200bd9a8bc6d0beed23a11a77daec]]

**11-50084-btb Notice will be electronically mailed to:**

PAUL S. ARROW on behalf of Creditor EXCEL NATIONAL BANK
parrow@buchalter.com

ZACHARY T. BALL on behalf of Creditor Fidelity National Title Company
zachary.ball@fnf.com

BERNARD D BOLLINGER on behalf of Creditor EXCEL NATIONAL BANK
bbollinger@buchalter.com, smartin@buchalter.com

REW R. GOODENOW on behalf of Creditor CITY OF ELKO
ecf@parsonsbehle.com

JEFFREY L HARTMAN on behalf of Interested Party BEST WESTERN INTERNATIONAL, INC.
notices@bankruptcyreno.com, dlg@bankruptcyreno.com

MICHAEL G HELMS on behalf of Interested Party BEST WESTERN INTERNATIONAL, INC.
mghelms@mghlawfirm.com, mthacker@mghlawfirm.com

A.J. KUNG on behalf of Debtor ELKO GOLD MINE
ajkung@ajkunglaw.com,
bbrown@ajkunglaw.com;paralegal7@ajkunglaw.com;paralegal4@ajkunglaw.com;paralegal5@ajkunglaw.com;paralegal3@ajkunglaw.com;fileclerk@ajkunglaw.com;paralegal1@ajkungl

LAURY MILES MACAULEY on behalf of Creditor EXCEL NATIONAL BANK
lmacauley@lrlaw.com, lbrowning@lrlaw.com;jmoulian@lrlaw.com;kdodd@lrlaw.com

ANN E ROSEVEAR on behalf of Creditor RUBY MOUNTAIN HVAC & REFRIGERATION
ajuve@wbrnvlaw.com, wbaker@wbrnvlaw.com

JENNIFER A. SMITH on behalf of Creditor CM JARVIS FURNITURE LEASING INC.
cobrien@lionelsawyer.com, bklscr@lionelsawyer.com

ALAN R SMITH on behalf of Debtor ELKO GOLD MINE
mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

JOHN WHITE on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bankruptcy@whitelawchartered.com, john@whitelawchartered.com;jen@whitelawchartered.com

**11-50084-btb Notice will not be electronically mailed to:**

STEPHEN TINGEY

,

EXHIBIT "B"

| | | |
|---|---|---|
| ELKO GOLD MINE<br>3400 PARKWOOD BLVD.<br>FRISCO, TX 75034 | INTERNAL REVENUE SERVICE<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV 89106 | NEVADA DEPT TAXATION<br>4600 KIETZKE LANE, STE L-235<br>RENO, NV 89502 |
| NEVADA EMPLOYMENT SEC<br>500 E. THIRD STREET<br>CARSON CITY, NV 89713-0030 | NV DEPT OF MOTOR VEHICLES<br>BANKRUPTCY SECTION<br>555 WRIGHT WAY<br>CARSON CITY, NV 89711-0001 | NV LABOR COMMISSION<br>675 FAIRVIEW LANE, STE 226<br>CARSON CITY, NV 89710-5474 |
| OFFICE OF THE U.S. TRUSTEE<br>300 BOOTH STREET, RM. 3009<br>RENO, NV 89509-1362 | I.R.S.-BK. PHILADELPHIA<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | AMTEX Tex Chem Corp<br>Po Box 431<br>San Bernardino, CA 92402 |
| Aahsome Spas<br>70 Idaho St<br>Elko, NV 89801 | Action Door Controls<br>14918 South Concord Park Drive<br>Riverton, UT 84065-2505 | Ahern Rentals<br>4241 Arville St<br>Las Vegas, NV 89103-3713 |
| All American Publishing<br>PO Box 9801<br>Baltimore, MD 21284 | Alliance Commercial Equipment<br>3838 South State Street<br>Salt Lake City, UT 84115 | Baja Broadband<br>1250 Lamoile Hwy #1150<br>Elko, NV 89801 |
| Baltic Linen Company<br>PO Box 5485<br>New Hyde Park, NY 11040-5485 | Bawa Dhillon<br>1662 HIGHWAY 395, SUITE 214<br>MINDEN, NV  89423 | Best Western International<br>PO Box 53505<br>Phoenix, AZ 85072 |
| Brody Chemical<br>6125 W. Double Eagle<br>Salt Lake City, UT 84118 | CM Jarvis Furniture Leasing Inc<br>1121 Jackson St NE Ste. 138<br>Minneapolis, MN 55413 | Capital Glass Inc<br>2951 N. Deer Run Rd, Ste. 1<br>Carson City, NV 89701 |
| Capital Glass, Inc.<br>Hoffman, Test, Guinan & Collier<br>429 West Plumb Lane<br>Reno, NV 89509 | Central<br>PO Box 847084<br>Dallas, TX 75284 | Certified Fire Protection<br>3140 South 460 West<br>Salt Lake City, UT 84115 |
| Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-7627 | City of Elko<br>1751 College Avenue<br>Elko, NV 89801 | Clearinghouse<br>PO Box 15001<br>Boise, ID 83715 |
| Coast to Coast Computer Products<br>4277 Valley Fair St<br>Simi Valley, CA 93063 | Commtrak<br>17493 Nassau Commons<br>Lewes, DE 19958 | Contemp Ceramic Tile-Sic<br>3732 S. 300 West<br>Salt Lake City, UT 84115 |

EXHIBIT " C "

| | | |
|---|---|---|
| Contempo Ceramic Tile Co.<br>Rebecca Martinez, Credit Mgr<br>3732 South 300 West<br>Salt Lake City, UT 84115-4336 | Creative Breakfast Concepts Inc.<br>1401 South Leavitt Avenue<br>Orange City, FL 32763 | Crown Arts, LLC<br>1303 Veterans Memorial Hwy SE<br>Mableton, GA 30126 |
| Crowne Arts LLC<br>1303 Veterns Memorial Hwy SE<br>Mableton, GA 30126 | Culligan of Elko<br>PO Box 848<br>Elko, NV 89803 | DEA Incoporated<br>5260 East Idaho Street<br>Elko, NV 89801 |
| DMX, Inc.<br>1703 W 5th St S 600<br>Austin, TX 78703 | Dallas Fidelity National Bank<br>c/o Phil Meyer<br>600 E. Jon W. Carpenter Fwy, #125<br>Irving, TX 75062 | Department of Industrial Relations<br>400 W. King Street, #400<br>Carson City, NV 89703 |
| Desert Design<br>3240 Fountain Way<br>Winnemucca, NV 89445 | Doormats & More<br>216 Little Falls Rd, Un 13 & 14<br>Cedar Grove, NJ 07009 | Dralar of California<br>11053 Penrose St. Ste. A<br>Sun Valley, CA 91352 |
| East West Refrigeration<br>3983 S McCarran Blvd #468<br>Reno, NV 89502 | Eccolab Supplies<br>Jack Ecolab<br>PO Box 100512<br>Pasadena, CA 91189 | Ecolob Pest<br>JIM Ecolab<br>PO Box 6007<br>Grand Forks, ND 58206-6007 |
| Elko Area Chamber of Commerce<br>1405 Idaho St.<br>Elko, NV 89801 | Elko Daily Free Press<br>3720 Idaho St.<br>Elko, NV 89801 | Elko Food Services Inc<br>400 Front St. Ste. 2<br>Elko, NV 89801 |
| Elko Municipal Water Department<br>1751 College Avenue<br>Elko, NV 89801 | Elko Sanitation<br>355 Silver Street<br>Elko, NV 89801 | Ellison Electric<br>438 South Fifth Street<br>Elko, NV 89801 |
| Excel National Bank<br>9701 Wilshire Blvd.<br>Beverly Hills, CA 90212 | Excel National Bank<br>c/o Buchaler Nemer<br>1000 Wilshire Boulevard, Suite 250<br>Los Angeles, CA 90017 | FEDEX<br>PO Box 660481<br>Dallas, TX 75266 |
| Ferguson Enterprises, Inc.<br>c/o Marquis & Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Fidelity Title<br>5430 LBJ Freeway,<br>Suite 260<br>Dallas, TX 75240 | Frontier<br>PO Box 3609<br>Kingman, AZ 86402 |
| **Undeliverable**<br>GR Fence Company<br>12340 Brighton Rd<br>Henderson, CO 80640 | Gary's Oil City<br>1940 E. Idaho St<br>Elko, NV 89801 | Goicoechea Soda Blasting<br>Elias D. Goicoechea<br>960 Tobiano Road<br>Spring Creek, NV 89803 |

Gold Dust West inn
2171 US Highway
Carson City, NV 89701-2723

Gritton & Associates
PO Box 65097
Salt Lake City, UT 84165-0097

HD Supply
PO Box 509058
San Diego, CA 92150-9058

Hiersche, Hayword & Drakeley
15303 Dallas Parkway Ste. 700
Addison, TX 75001

Hospitality Services Company
3354 Wave Court
West Jordan, UT 84084

HotShot Power Washing
Ethan Burlingham
943 Sunrise Drive
Elko, NV 89801

Hotel Signs.com
PO Box 5996
Chattanooga, TN 37406

Hubert
9555 Dry Fork Road
Harrison, OH 45030-1984

IMG
PO Box 141416
Irving, TX 75014

Imagine Technology Services
567 W. Silver St., Ste. 402
Elko, NV 89801

JAGMAHON DHILLON
1662 HIGHWAY 395, SUITE 214
MINDEN, NV 89423

**UNDELIVERABLE
Kamaldip Dhami
no address provided
in BK Petition

Lodgenet Interactive Corp
PO Box 952141
Saint Louis, MO 63195-2141

MGM Construction Company
c/o Marvel & Kump, Ltd.
217 Idaho Street
Elko, NV 89801

Marty Vodopich Painting
PO Box 8217
Spring Creek, NV 89815

Mendenhall Equipment Co
880 W. 100 N
No. Salt Lake, UT 84054

Micros
7031 Columbia Dr.
Columbia, MD 21046-2289

Midway Industries
PO Box 370
Reisterstown, MD 21136

Monster.com
7800 W. Brown Deer Rd. Ste. 200
Milwaukee, WI 53223

Muzak
3318 Lakemont Blvd.
Fort Mill, SC 29708

NV Energy
PO Box 30086
Reno, NV 89520

Nav-Elko-GCI, LLC
Gold Country Inn & Casino
2050 Idaho St.
Elko, NV 89801

NV Dept. of Empl & Training
500 East Third Street
Carson City, NV 89713

Nevada Department of Taxation
Attn: Bankruptcy Department
PO Box 52674
Phoenix, AZ 85072

Nevada Division of Health
4150 Technology Way
Carson City, NV 89706

NV Div of Ind Relations
PO Box 30065
Reno, NV 89520

Nevada Hotel & Lodging Association
2820 W. Charleston Blvd., Ste. 41
Las Vegas, NV 89102-1934

Pac Van
2995 S. Harding St.
Indianapolis, IN 46225

Penrod's Plumbing Heating
255 Eleventh St.
Elko, NV 89801

Playground Consulting
PO Box 1236
Zephyr Cove, NV 89448

Plumb line Mechanical
c/o Wilson Barrow & Salyer
442 Court Street
Elko, NV 89801

Plumbing Mechanic
PO Box 2666
Elko, NV 89803

Professional Furnace Cleaning
170 S. First St
Elko, NV 89801

Progressive Pest Mgmt of No. Nev.
PO Box 129
Fernley, NV 89408

Quick Badge & Sign, Inc.
PO Box 468
Gresham, OR 97030

R & R Maintenances Inc
PO Box 5009
Elko, NV 89802

RAC
The Cash Advantage #94030
2562 Idaho Street
Elko, NV 89801

RGI Publications
15460 S. Keeler
Olathe, KS 66062

Randy Jones
Hospitality Services
3354 Wave Court
West Jordan, UT 84084

Ray LaVoie Construction
PO Box 281425
Lamoille, NV 89828

Red Lion Inn & Casino
2065 Idaho St
Elko, NV 89801

Ruby Mtn HVAC & Refrig
9468 Double R Blvd. Ste. A
Reno, NV 89521

Ruby Mountain Painting Inc
2324 Sierra Dr
Elko, NV 89801

Sabala Electric
882 Commercial
Elko, NV 89801

Saflok
PO Box 890247
Charlotte, NC 28289-0247

Sealy Mattress Co.
Wachovia Bank
PO Box 932800
Atlanta, GA 31193-2800

Service Caster Corporation
9 S. First Ave W
Reading, PA 19611

Service Lamp Corp
PO Box 249
Marlton, NJ 08053

Sign Resource
PO Box 549
Maywood, CA 90270

Snyder Services, Inc.
PO Box 882
Elko, NV 89801

Southwest Gas Corporation
6040 Badura, Suite 110
Las Vegas, NV 89118

State Fire DC Specialties
2640 Ruby Vista Dr
Elko, NV 89801

*STEPHEN C. TINGEY
RAY QUINNEY & NEBEKER P.C.
P.O. BOX 45385
36 S. STATE ST., STE. 1400
SALT LAKE CITY, UT 84145-0385

Superior Services
PO Box 1612
Elko, NV 89803

Synder Mechanical
P.O. Box 2775
Elko, NV 89803

TDS Communications
588 Shadybrook Dr
Spring Creek, NV 89815

Team Green Inc
2221 N. 5th St
Elko, NV 89801

Team Green, Inc.
c/o Gregory D. Corn, Chtd.
592 5th Street
Elko, NV 89801

The Cash Advantage #94030
2562 Idaho St
Elko, NV 89801

The Paint Store
336 Silver St
Elko, NV 89801

| | | |
|---|---|---|
| Travel Today<br>PO Box 504558<br>Saint Louis, MO 63150 | TravelNow.com<br>4319 S. National #108<br>Springfield, MO 65810 | Umscheid Ent Inc<br>336 Silver St<br>Elko, NV 89801 |
| Val-U-Chem, Inc<br>PO Box 82310<br>Phoenix, AZ 85071 | Valiant<br>2727 W. 5th Ave<br>Denver, CO 80204 | Vic's 101<br>2186 Idaho St<br>Elko, NV 89801 |
| **Walsh Baker & Rosevear, PC<br>Wiiliam A. Baker, Esq.<br>9468 Double R Blvd, Ste. A<br>Reno, NV 89521 | Western<br>PO Box 1555<br>701 Enterprise St N<br>Aberdeen, SD 57401 | Yellow Pages<br>611 North Brand Blvd<br>Glendale, CA 91203 |
| ‡‡A.J. KUNG<br>214 SOUTH MARYLAND PKWY, STE A<br>LAS VEGAS, NV 89101 | ‡‡ALAN R SMITH<br>505 RIDGE ST<br>RENO, NV 89501 | ‡‡REW GOODENOW, ESQ.<br>PARSONS BEHLE & LATIMER<br>50 WEST LIBERTY ST., STE. 750<br>RENO, NV  89501 |
| ‡‡Jennifer A. Smith<br>Lionel Sawyer & Collins<br>50 W. Liberty St., Ste 1100<br>Reno, NV 89501 | | |