Alan R. Smith, Esq., #1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, NV 89501
(775) 786-4579
mail@asmithlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   ELKO GOLD MINE, LLC              Case No.:  11-50084
                                          Chapter:  11


                    Debtor(s)
_____

### AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

_____ Voluntary Petition (specify reason for amendment)
__✓__ Summary of Schedules
_____ Statistical Summary of Certain Liabilities
__✓__ Schedule A - Real Property
__✓__ Schedule B - Personal Property
_____ Schedule C - Property Claimed as exempt
__✓__ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
     __✓__ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
     _____ Add/change address of already listed creditor - No fee
_____ Schedule G - Executory Contracts and Unexpired Leases
_____ Schedule H - CoDebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Declaration Concerning Debtor's Schedules
__✓__ Statement of Financial Affairs and/or Declaration
_____ Chapter 7 Individual Debtor's Statement of Intention
__✓__ Disclosure of Compensation of Attorney for Debtor(s)
_____ Statement of Current Monthly Income and Means Test Calculation
_____ Certification of Credit Counseling
_____ Other:

     **Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor
I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 4/8/11              /S/ Jagmohan Dhillon, Manager
                          _____          _____
                          Debtor                              Joint Debtor

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    __Elko Gold Mine__

Debtor(s)

Case No.    __3:11-bk-50084__

Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Excel National Bank<br>c/o Buchaler Nemer<br>1000 Wilshire Boulevard,<br>Suite 250<br>Los Angeles, CA 90017 | Excel National Bank<br>c/o Buchaler Nemer<br>1000 Wilshire Boulevard, Suite 250<br>Los Angeles, CA 90017 | Best Western<br>1930 Idaho St.<br>Elko, NV 89801<br>Value subject to<br>Appraisal<br>Debtor's estimate<br>of value only | | 4,892,600.00<br><br>(2,000,000.00<br>secured) |
| D & K Airport, LLC<br>812 Sauceda Court<br>MODESTO, CA 95351 | D & K Airport, LLC<br>812 Sauceda Court<br>MODESTO, CA 95351 | Best Western<br>1930 Idaho St.<br>Elko, NV 89801<br>Value subject to<br>Appraisal<br>Debtor's estimate<br>of value only | | 1,200,000.00<br>(2,000,000.00<br>secured)<br>(4,892,600.00<br>senior lien) |
| Hospitality Services Company<br>3354 Wave Court<br>West Jordan, UT 84084 | Hospitality Services Company<br>3354 Wave Court<br>West Jordan, UT 84084 | | Disputed | 334,950.76 |
| City of Elko<br>1751 College Avenue<br>ELKO, NV 89801 | City of Elko<br>1751 College Avenue<br>ELKO, NV 89801 | Real Property<br>Taxes | | 140,602.13 |
| Best Western International<br>PO Box 53505<br>Phoenix, AZ 85072 | Best Western International<br>PO Box 53505<br>Phoenix, AZ 85072 | | | 106,555.84 |
| MGM Construction Company<br>c/o Marvel & Kump, Ltd.<br>217 Idaho Street<br>Elko, NV 89801 | MGM Construction Company<br>c/o Marvel & Kump, Ltd.<br>217 Idaho Street<br>Elko, NV 89801 | | | 105,458.00 |
| Team Green Inc<br>2221 N. 5th St<br>Elko, NV 89801 | Team Green Inc<br>2221 N. 5th St<br>Elko, NV 89801 | | Disputed | 101,000.00 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Disputed taxes<br>owned by prior<br>entity | Disputed | 89,664.00 |
| Sealy Mattress Company<br>Wachovia Bank<br>PO Box 932800<br>Atlanta, GA 31193-2800 | Sealy Mattress Company<br>Wachovia Bank<br>PO Box 932800<br>Atlanta, GA 31193-2800 | | | 81,922.96 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Elko Gold Mine**                                    Case No.    **3:11-bk-50084**

                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Hubert<br>9555 Dry Fork Road<br>Harrison, OH 45030-1984 | Hubert<br>9555 Dry Fork Road<br>Harrison, OH 45030-1984 | | | 68,880.96 |
| Baltic Linen Company<br>PO Box 5485<br>New Hyde Park, NY<br>11040-5485 | Baltic Linen Company<br>PO Box 5485<br>New Hyde Park, NY 11040-5485 | | | 64,983.00 |
| Fidelity Title<br>5430 LBJ Freeway,l Suite 260<br>Dallas, TX 75240 | Fidelity Title<br>5430 LBJ Freeway,l Suite 260<br>Dallas, TX 75240 | | | 50,000.00 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Payroll taxes | | 49,904.00 |
| Contemp Ceramic Tile-SLC<br>3732 S. 300 West<br>Salt Lake City, UT 84115 | Contemp Ceramic Tile-SLC<br>3732 S. 300 West<br>Salt Lake City, UT 84115 | | | 44,418.39 |
| Desert Design<br>3240 Fountain Way<br>Winnemucca, NV 89445 | Desert Design<br>3240 Fountain Way<br>Winnemucca, NV 89445 | | | 42,222.01 |
| Capital Glass Inc<br>2951 N. Deer Run Rd, Ste. 1<br>Carson City, NV 89701 | Capital Glass Inc<br>2951 N. Deer Run Rd, Ste. 1<br>Carson City, NV 89701 | | | 34,485.00 |
| AMTEX Tex Chem Corp<br>Po Box 431<br>San Bernardino, CA 92402 | AMTEX Tex Chem Corp<br>Po Box 431<br>San Bernardino, CA 92402 | | | 30,396.06 |
| Sign Resource<br>PO Box 549<br>Maywood, CA 90270 | Sign Resource<br>PO Box 549<br>Maywood, CA 90270 | | | 23,523.31 |
| City of Elko<br>1751 College Avenue<br>Elko, NV 89801 | City of Elko<br>1751 College Avenue<br>Elko, NV 89801 | Room Occupancy Tax | | 21,000.00 |
| Ferguson Enterprises, Inc.<br>c/o Marquis & Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | Ferguson Enterprises, Inc.<br>c/o Marquis & Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145 | | | 18,224.61 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Elko Gold Mine**                                      Case No.   **3:11-bk-50084**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 8, 2011**                              Signature   **/s/ Jagmohan Dhillon**

                                                              **Jagmohan Dhillon**

                                                              **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re      **Elko Gold Mine**

_____,
Debtor

Case No.   **3:11-bk-50084**

Chapter                        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,000,000.00 | | |
| B - Personal Property | Yes | 3 | 1,454,805.85 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,570,229.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 333,008.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 1,447,557.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 3,454,805.85 | | |
| Total Liabilities | | | | 8,350,794.94 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re   **Elko Gold Mine**                                                                        Case No.   **3:11-bk-50084**
                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Best Western**<br>**1930 Idaho St.**<br>**Elko, NV 89801**<br>**Value subject to Appraisal**<br>**Debtor's estimate of value only** | | - | 2,000,000.00 | 6,092,600.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,000,000.00** | (Total of this page) |
| Total > | **2,000,000.00** | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Elko Gold Mine**                                                             Case No.    **3:11-bk-50084**
_____,    _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Petty Cash** | - | 500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Nevada Bank& Trust Main Account - 6504070** | - | 1,594.00 |
| | | **Nevada Bank & Trust Operating Account - 6504062** | - | 122.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                               Sub-Total >      **2,216.00**
                                                        (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Elko Gold Mine**                                                    Case No.   **3:11-bk-50084**
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Guest Ledger of 1930 Idaho Street, Elko, Nevada** | - | 36,745.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          36,745.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Elko Gold Mine**                                          Case No.    **3:11-bk-50084**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Best Western Franchise Agreement (non-tranferable)** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevy Passenger 1500 Vin No. 1GNFG15M221196048** | - | 3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Hotel Furniture** | - | 1,327,628.85 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory for gift shop - souveniers, trinkets, sundries, miscellaneous gift store items.  Hotel inventory consisting of towels, sheets and toiletries.** | - | 84,716.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 1,415,844.85 |
| Total > | 1,454,805.85 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Elko Gold Mine**                                         Case No.   **3:11-bk-50084**
_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Hotel Furniture | | | | | |
| **CM Jarvis Furniture Leasing Inc 1121 Jackson St NE Ste. 138 Minneapolis, MN 55413** | X | - | | | | | | | | |
| | | | | | Value $           1,327,628.85 | | | | 477,629.03 | 0.00 |
| Account No. | | | | | Best Western 1930 Idaho St. Elko, NV 89801 Value subject to Appraisal Debtor's estimate of value only | | | | | |
| **D & K Airport, LLC 812 Sauceda Court MODESTO, CA 95351** | | - | | | | | | | | |
| | | | | | Value $           2,000,000.00 | | | | 1,200,000.00 | 1,200,000.00 |
| Account No. | | | | | Best Western 1930 Idaho St. Elko, NV 89801 Value subject to Appraisal Debtor's estimate of value only | | | | | |
| **Excel National Bank c/o Buchaler Nemer 1000 Wilshire Boulevard, Suite 250 Los Angeles, CA 90017** | X | - | | | | | | | | |
| | | | | | Value $           2,000,000.00 | | | | 4,892,600.00 | 2,892,600.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 6,570,229.03 | 4,092,600.00 |
| Total (Report on Summary of Schedules) | 6,570,229.03 | 4,092,600.00 |

B6E (Official Form 6E) (4/10)

In re    **Elko Gold Mine**
_____,    Case No.    **3:11-bk-50084**
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Elko Gold Mine**                                                                    Case No.    **3:11-bk-50084**
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 | | | | | |
| City of Elko 1751 College Avenue Elko, NV 89801 | - | | Room Occupancy Tax | | | | 21,000.00 | Unknown / Unknown |
| Account No. | | | Real Property Taxes | | | | | |
| City of Elko 1751 College Avenue ELKO, NV 89801 | - | | | | | | 140,602.13 | 0.00 / 140,602.13 |
| Account No. | | | Disputed claim for prior worker's compensation claim | | | | | |
| Department of Industrial Relations 400 W. King Street, #400 Carson City, NV 89703 | - | | | | | X | 18,210.00 | Unknown / Unknown |
| Account No. 618428710- DNK Airport LLC | | | 2005-2008 | | | | | |
| IRS PO Box 7346 Philadelphia, PA 19101-7346 | - | | Disputed taxes owned by prior entity | | | X | 89,664.00 | Unknown / Unknown |
| Account No. | | | 2009-2010 | | | | | |
| IRS PO Box 7346 Philadelphia, PA 19101-7346 | - | | Payroll taxes | | | | 49,904.00 | Unknown / Unknown |

Sheet   **1**   of   **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 319,380.13 | 140,602.13 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Elko Gold Mine**                                              ,    Case No.    **3:11-bk-50084**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | 2009-2010 | | | | | | |
| **Nevada Department of Employment & Traini** 500 East Third Street Carson City, NV 89713 | - | | | | Unemployment taxes | | | | | Unknown | |
| | | | | | | | | | 11,128.00 | | Unknown |
| Account No. | | | | | 2009-2010 | | | | | | |
| **Nevada Department of Taxation** Attn: Bankruptcy Deparment PO Box 52674 Phoenix, AZ 85072 | - | | | | State Payroll Taxes | | | | | 0.00 | |
| | | | | | | | | | 2,500.00 | | 2,500.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 13,628.00 | 0.00 / 2,500.00 |
| Total (Report on Summary of Schedules) | 333,008.13 | 0.00 / 143,102.13 |

B6F (Official Form 6F) (12/07)

In re    **Elko Gold Mine**                                                                                    Case No.    __3:11-bk-50084__
_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Aahsome Spas** **170 Idaho St** **Elko, NV 89801** | - | | | | | | | | 568.56 |
| Account No. | | | | | | | | | |
| **Action Door Controls** **14918 South Concord Park Drive** **Riverton, UT 84065-2505** | - | | | | | | | | 17,970.00 |
| Account No. | | | | | | | | | |
| **Ahern Rentals** **4241 Arville St** **Las Vegas, NV 89103-3713** | - | | | | | | | | 3,474.83 |
| Account No. | | | | | | | | | |
| **All American Publishing** **PO Box 9801** **Baltimore, MD 21284** | - | | | | | | | | 275.00 |

__18__   continuation sheets attached

Subtotal
(Total of this page)          22,288.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                           Case No.    **3:11-bk-50084**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Alliance Commercial Equipment 3838 South State Street Salt Lake City, UT 84115 | - | | | | | | | 3,031.93 |
| Account No. | | | | | | | | |
| AMTEX Tex Chem Corp Po Box 431 San Bernardino, CA 92402 | - | | | | | | | 30,396.06 |
| Account No. | | | | Goods/Services | | | | |
| Amtrust North America P.O. Box 318004 INDEPENDENCE, OH 44131 | - | | | | | | | 2,087.00 |
| Account No. | | | | Goods/Services | | | | |
| AT&T 1100 Walnut Street, 15th Floor KANSAS CITY, MO 64108 | - | | | | | | | 113.76 |
| Account No. | | | | Goods/Services | | | | |
| AT&T One Net Services P.O. Box 5094 CAROL STREAM, IL 60197 | - | | | | | | | 80.45 |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                35,709.20

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                                    Case No.    **3:11-bk-50084**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Cable Services | | | | |
| Baja Broadband 1250 Lamalle Hwy #1150 Elko, NV 89801 | - | | | | | | | 3,064.90 |
| Account No. | | | | | | | | |
| Baltic Linen Company PO Box 5485 New Hyde Park, NY 11040-5485 | - | | | | | | | 64,983.00 |
| Account No. | | | | | | | | |
| Best Western International PO Box 53505 Phoenix, AZ 85072 | - | | | | | | | 106,555.84 |
| Account No. | | | | | | | | |
| Brody Chemical 6125 W. Double Eagle Salt Lake City, UT 84118 | - | | | | | | | 2,769.34 |
| Account No. | | | | | | | | |
| Capital Glass Inc 2951 N. Deer Run Rd, Ste. 1 Carson City, NV 89701 | - | | | | | | | 34,485.00 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                211,858.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                          Case No.    **3:11-bk-50084**
                                                    ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Hoffman, Test, Guinan & Collier**<br>**429 West Plumb Lane**<br>**RENO, NV 89509** | | | | Representing:<br>**Capital Glass Inc** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Cintas Corporation**<br>**97627 Eagle Way**<br>**Chicago, IL 60678-7627** | | - | | | | | | **2,903.79** |
| Account No. | | | | | | | | |
| **Clearinghouse**<br>**PO Box 15001**<br>**Boise, ID 83715** | | - | | | | | | **137.00** |
| Account No. | | | | | | | | |
| **Coast to Coast Computer Products**<br>**4277 Valley Fair St**<br>**Simi Valley, CA 93063** | | - | | | | | | **959.87** |
| Account No. | | | | | | | | |
| **Commtrak**<br>**17493 Nassau Commons**<br>**PA 19558** | | - | | | | | | **771.18** |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **4,771.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                         Case No.    **3:11-bk-50084**
                                              ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Contemp Ceramic Tile-SLC**<br>**3732 S. 300 West**<br>**Salt Lake City, UT 84115** | - | | | | | | **44,418.39** |
| Account No.<br><br>**Creative Breakfast Concepts Inc.**<br>**1401 South Leavitt Avenue**<br>**Orange City, FL 32763** | - | | | | | | **7,936.87** |
| Account No.<br><br>**Crowne Arts LLC**<br>**1303 Veterns Memorial Hwy SE**<br>**Mableton, GA 30126** | - | | | | | | **15,100.00** |
| Account No.<br><br>**Culligan of Elko**<br>**PO Box 848**<br>**Elko, NV 89803** | - | | | | | | **170.00** |
| Account No.<br><br>**DEA Incorporated**<br>**5260 E Idaho St**<br>**Elko, NV 89801** | - | | | | | | **5,648.90** |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,274.16**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Elko Gold Mine**                                                          Case No.    **3:11-bk-50084**
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Desert Design 3240 Fountain Way Winnemucca, NV 89445 | | - | | | | | | 42,222.01 |
| Account No. | | | | | | | | |
| DMX, Inc. 1703 W 5th St S 600 Austin, TX 78703 | | - | | | | | | 15,272.79 |
| Account No. | | | | | | | | |
| Doormats & More 216 Little Falls Rd, Un 13 & 14 Cedar Grove, NJ 07009 | | - | | | | | | 330.00 |
| Account No. | | | | | | | | |
| East West Refigeration 3983 S McCarran Blvd #468 Reno, NV 89502 | | - | | | | | | 263.02 |
| Account No. | | | | | | | | |
| Eccolab Supplies Jack Ecolab PO Box 100512 Pasadena, CA 91189 | | - | | | | | | 5,012.00 |

Sheet no.  **5**   of  **18**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                                  | 63,099.82 |
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                                      Case No.    **3:11-bk-50084**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Ecolob Pest** <br> **JIM Ecolab** <br> **PO Box 6007** <br> **Grand Forks, ND 58206-6007** | - | | | | | | 936.00 |
| Account No. | | | | | | | |
| **Elko Area Chamber of Commerce** <br> **1405 Idaho St** <br> **Elko, NV 89801** | - | | | | | | 125.00 |
| Account No. | | | | | | | |
| **Elko Daily Free Press** <br> **3720 Idaho St** <br> **Elko, NV 89801** | - | | | | | | 468.66 |
| Account No. | | | Trash Service | | | | |
| **Elko Sanitation** <br> **355 Silver Street** <br> **Elko, NV 89801** | - | | | | | | 1,915.72 |
| Account No. | | | | | | | |
| **Ellison Electric** <br> **438 South Fifth Street** <br> **Elko, NV 89801** | - | | | | | | 2,633.19 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    6,078.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                          Case No.    **3:11-bk-50084**
_____,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Ferguson Enterprises, Inc. c/o Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145 | | - | | | | | | | 18,224.61 |
| Account No. | | | | | | | | | |
| Fidelity Title 5430 LBJ Freeway,I Suite 260 Dallas, TX 75240 | | - | | | | | | | 50,000.00 |
| Account No. | | | | | Phone Services | | | | |
| Frontier PO Box 3609 Kingman, AZ 86402 | | - | | | | | | | 11,342.00 |
| Account No. | | | | | Goods/Services | | | | |
| Gerber Law Office, LLP 491 Fourth Street ELKO, NV 89801 | | - | | | | | | | 3,829.00 |
| Account No. | | | | | | | | | |
| Goicoechea Soda Blasting Elias D. Goicoechea 960 Tobiano Road Spring Creek, NV 89803 | | - | | | | | | | 5,041.76 |

| Sheet no. __7__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 88,437.37 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                                    Case No.    **3:11-bk-50084**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| GR Fence Company 12340 Brighton Rd Henderson, CO 80640 | | - | | | | | 625.00 |
| Account No. | | | | | | | |
| Gritton & Associates PO Box 65097 Salt Lake City, UT 84165-0097 | | - | | | | | 159.90 |
| Account No. | | | | | | | |
| HD Supply PO Box 509058 San Diego, CA 92150-9058 | | - | | | | | 17,292.38 |
| Account No. | | | | | | | |
| Hospitality Services Company 3354 Wave Court West Jordan, UT 84084 | | - | | | | X | 334,950.76 |
| Account No. | | | | | | | |
| Hotel Signs.com PO Box 5996 Chattanooga, TN 37406 | | - | | | | | 10,655.92 |

Sheet no.  **8**  of  **18**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **363,683.96**

B6F (Official Form 6F) (12/07) - Cont.

In re    __Elko Gold Mine_____,    Case No.  __3:11-bk-50084_____

    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| HotShot Power Washing Ethan Burlingham 943 Sunrise Drive Elko, NV 89801 | - | | | | | | | 11,577.50 |
| Account No. | | | | | | | | |
| Hubert 9555 Dry Fork Road Harrison, OH 45030-1984 | - | | | | | | | 68,880.96 |
| Account No. | | | | | | | | |
| Imagine Tchnology Services 567 W. Silver St., Ste. 402 Elko, NV 89801 | - | | | | | | | 4,439.58 |
| Account No. | | | | | | | | |
| Lodgenet Interactive Corp PO Box 952141 Saint Louis, MO 63195-2141 | - | | | | | | | 4,869.87 |
| Account No. | | | | | | | | |
| Mendenhall Equipment Co 880 W. 100 N North Salt Lake, UT 84054 | - | | | | | | | 958.70 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    90,726.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                    , Case No.    **3:11-bk-50084**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| MGM Construction Company c/o Marvel & Kump, Ltd. 217 Idaho Street Elko, NV 89801 | - | | | | | | 105,458.00 |
| Account No. | | | | | | | |
| Micros 7031 Columbia Dr. Columbia, MD 21046-2289 | - | | | | | | 7,263.89 |
| Account No. | | | | | | | |
| Midway Industries PO Box 370 Reisterstown, MD 21136 | - | | | | | | 598.90 |
| Account No. | | | | | | | |
| Muzak 3318 Lakemont Blvd. Fort Mill, SC 29708 | - | | | | | | 281.75 |
| Account No. | | | | | | | |
| Nav-Elko-GCI, LLC Gold Country Inn & Casino 2050 Idaho St. Elko, NV 89801 | - | | | | | | 83.94 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    113,686.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elko Gold Mine**                                                    , Case No.   **3:11-bk-50084**
                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Nevada Division of Health 3427 Goni Rd Carson City, NV 89706 | - | | | | | | | 934.00 |
| Account No. | | | | | | | | |
| Nevada Division of Industrial Relations PO Box 30065 Reno, NV 89520 | - | | | | | | | 18,210.12 |
| Account No. | | | | | | | | |
| Nevada Hotel & Lodging Association 2820 W. Charleston Blvd., Ste. 41 Las Vegas, NV 89102-1934 | - | | | | | | | 18,210.12 |
| Account No. | | | | Electricty Services | | | | |
| NV Energy PO Box 30086 Reno, NV 89520 | - | | | | | | | 5,233.54 |
| Account No. | | | | | | | | |
| Pac Van 2995 S. Harding St. Indianapolis, IN 46225 | - | | | | | | | 5,100.89 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    47,688.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elko Gold Mine**                                          Case No.   **3:11-bk-50084**
_____,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Penrod's Plumbing Heating 255 Eleventh St. Elko, NV 89801 | - | | | | | | | 299.06 |
| Account No. | | | | | | | | |
| Playground Consulting PO Box 1236 Zephyr Cove, NV 89448 | - | | | | | | | 523.20 |
| Account No. | | | | | | | | |
| Plumb line Mechanical c/o Wilson Barrow & Salyer 442 Court Street Elko, NV 89801 | - | | | | | | | 12,127.57 |
| Account No. | | | | | | | | |
| Professional Furnace Cleaning 170 S. First St Elko, NV 89801 | - | | | | | | | 552.50 |
| Account No. | | | | | | | | |
| Progressive Pest Mgmt of Northern Nevada PO Box 129 Fernley, NV 89408 | - | | | | | | | 150.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 13,652.33 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                        Case No.    **3:11-bk-50084**
                                            ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Quick Badge & Sign, Inc. PO Box 468 Gresham, OR 97030 | - | | | | | | | 383.10 |
| Account No. | | | | | | | | |
| R & R maintenances Inc PO Box 5009 Elko, NV 89802 | - | | | | | | | 195.00 |
| Account No. | | | Goods/Services | | | | | |
| Rachelle J. Nicolle, Ltd. 1662 Hwy. 395, Suite 214 MINDEN, NV 89423 | - | | | | | | | 3,517.04 |
| Account No. | | | | | | | | |
| Ray LaVoie Construction PO Box 281425 Lamoille, NV 89828 | - | | | | | | | 2,125.00 |
| Account No. | | | | | | | | |
| Red Lion Inn & Casino 2065 Idaho St Elko, NV 89801 | - | | | | | | | 17,269.65 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,489.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elko Gold Mine**                                                                  Case No.   **3:11-bk-50084**
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Ruby Mountain HVAC & Refrigeration 9468 Double R Blvd. Ste. A Reno, NV 89521 | - | | | | | | | 15,527.89 |
| Account No. | | | | | | | | |
| Ruby Mountain Painting Inc 2324 Sierra Dr Elko, NV 89801 | - | | | | | | | 4,616.22 |
| Account No. | | | | | | | | |
| Saflok PO Box 890247 Charlotte, NC 28289-0247 | - | | | | | | | 703.52 |
| Account No. | | | | | | | | |
| Sealy Mattress Company Wachovia Bank PO Box 932800 Atlanta, GA 31193-2800 | - | | | | | | | 81,922.96 |
| Account No. | | | | | | | | |
| Service Caster Corporation 9 S. First Ave W Reading, PA 19611 | - | | | | | | | 220.16 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          102,990.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elko Gold Mine**                                           Case No.  __**3:11-bk-50084**__
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Service Lamp Corp<br>PO Box 249<br>Marlton, NJ 08053 | | - | | | | | | 421.24 |
| Account No. | | | | | | | | |
| Sign Resource<br>PO Box 549<br>Maywood, CA 90270 | | - | | | | | | 23,523.31 |
| Account No. | | | | | | | | |
| Snyder Services, Inc.<br>PO Box 882<br>Elko, NV 89801 | | - | | | | | | 17,788.00 |
| Account No. | | | | Natural Gas Services | | | | |
| Southwest Gas Corporation<br>6040 Badura, Suite 110<br>Las Vegas, NV 89118 | | - | | | | | | 2,764.44 |
| Account No. | | | | | | | | |
| State Fire DC Specialties<br>2640 Ruby Vista Dr<br>Elko, NV 89801 | | - | | | | | | 7,084.78 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    51,581.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                              Case No.    **3:11-bk-50084**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Superion Services, Inc. P.O. Box 1612 Elko, NV 89803 | | - | | | | | | 12,952.50 |
| Account No. | | | | | | | | |
| TDS Communications 588 Shadybrook Dr Spring Creek, NV 89815 | | - | | | | | | 4,759.39 |
| Account No. | | | | | | | | |
| Team Green Inc 2221 N. 5th St Elko, NV 89801 | | - | | | | | X | 101,000.00 |
| Account No. | | | | | | | | |
| Gregory D. Corn, Chtd. 592 5th Street ELKO, NV 89801 | | | Representing: Team Green Inc | | | | | Notice Only |
| Account No. | | | | | | | | |
| The Cash Advantage #94030 2562 Idaho St Elko, NV 89801 | | - | | | | | | 2,686.51 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    121,398.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                          Case No.    **3:11-bk-50084**
_____                          _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| The Paint Store 336 Silver Street Elko, NV 89801 | - | | | | | | | 5,875.61 |
| Account No. | | | | | | | | |
| Travel Today PO Box 504558 Saint Louis, MO 63150 | - | | | | | | | 32.93 |
| Account No. | | | | | | | | |
| TravelNow.com 4319 S. National #108 Springfield, MO 65810 | - | | | | | | | 252.43 |
| Account No. | | | | | | | | |
| Val-U-Chem, Inc PO Box 82310 Phoenix, AZ 85071 | - | | | | | | | 675.64 |
| Account No. | | | | | | | | |
| Valiant 2727 W. 5th Ave Denver, CO 80204 | - | | | | | | | 3,757.04 |

Sheet no. __17__ of __18__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     10,593.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elko Gold Mine**                                                                 Case No.    **3:11-bk-50084**
                                                     ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| Vic's 101<br>2186 Idaho St<br>Elko, NV 89801 | - | | | | | | | 229.77 |
| Account No. | | | | | | | | |
| Western<br>PO Box 1555<br>701 Enterprise St N<br>Aberdeen, SD 57401 | - | | | | | | | 591.26 |
| Account No. | | | | | | | | |
| Yellow Pages<br>PO Box 95450<br>Atlanta, GA 30347 | - | | | | | | | 1,482.00 |
| Account No. | | | | Goods/Services | | | | |
| Zurich Insurance<br>8712 Innovation Way<br>CHICAGO, IL 60682 | - | | | | | | | 244.91 |
| Account No. | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 2,547.94 |
| Total<br>(Report on Summary of Schedules) | 1,447,557.78 |

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re  **Elko Gold Mine**                      Case No.    **3:11-bk-50084**

                                     Debtor(s)           Chapter       **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,835,074.00** | **2010 gift shop and room revenue** |
| **$2,131,230.00** | **2009 gift shop and room revenue** |

---

**2. Income other than from employment or operation of business**

None   ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

2

**3. Payments to creditors**

None
■    *Complete a. or b., as appropriate, and c.*

   a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached List** | | **$0.00** | **$0.00** |

None
■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ellison Electric vs. Elko Gold Mine, LLC CV-C-10-975** | **Mechanic's Lien Foreclosure** | **Nevada State Court Fourth District 571 Idaho Street Elko, NV 89801** | **Pending** |
| **Dallas Fidelity National Bank - Phil Meyer v. Elko Gold Mine LLC DC-09-10434** | **Mechanic's Lien Foreclosure** | **District Court of Dallas County 160th District George L. Allen Senior Courts Building 600 Commerce Street Box 640 Dallas, TX 75202** | **Pending** |
| **Fergusen Enterprises Inc. v. Elko Gold Mine LLC CV-1002421** | **Mechanic's Lien Foreclosure** | **Nevada State Court Second District - Washoe County 75 Court Street Box 30083 Reno, NV 98520** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Oct — DAN

Filed Jan 10th 2011 → 90 Days Prsu ay film

3:34 PM
02/14/11

## Country Hearth Inn (Cash 2010)
## Transaction List by Vendor
### October 1, 2010 through January 10, 2011

| Type | Date | Num | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---|
| **All West Truck'n Co** | | | | | | |
| Check | 10/21/2010 | 1135 | Paid in full | 103 · Revenue Account -4070 | 652 · Building and Flooring | -1,134.80 |
| **Alliance Commercial Equipment** | | | | | | |
| Check | 12/06/2010 CCK | | INV# 180885 | 103 · Revenue Account -4070 | -SPLIT- | -349.52 |
| **AM Trust North AM** | | | | | | |
| Check | 11/03/2010 ACH | | AMTRUST NORT | 103 · Revenue Account -4070 | 622 · Insurance | -2,340.00 |
| Deposit | 11/04/2010 | | NON SUFFICIEN | 103 · Revenue Account -4070 | 622 · Insurance | 2,340.00 |
| Check | 11/15/2010 | | | 103 · Revenue Account -4070 | 622 · Insurance | -2,087.00 |
| Check | 12/13/2010 cck | | | 104 · Operating Account -4062 | 622 · Insurance | -2,340.00 |
| Check | 12/29/2010 1207 | | Dec Pmt SPP | 103 · Revenue Account -4070 | 622 · Insurance | -2,087.00 |
| **American EPay Inc** | | | | | | |
| Check | 12/10/2010 1186 | | | 103 · Revenue Account -4070 | 617 · Operating Services | -242.19 |
| **AMTEX** | | | | | | |
| Check | 10/21/2010 1139 | | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,500.00 |
| Check | 11/02/2010 1140 | | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,500.00 |
| **Baja Broadband** | | | | | | |
| Check | 11/18/2010 1170 | | 011171248-1 | 103 · Revenue Account -4070 | 686 · Cable | -2,777.20 |
| Check | 12/06/2010 CCK | | 011171248-1 | 103 · Revenue Account -4070 | -SPLIT- | -2,802.20 |
| Check | 12/16/2010 CCK | | 011171248-1 | 103 · Revenue Account -4070 | -SPLIT- | -2,777.20 |
| **Byers Window Cleaning** | | | | | | |
| Check | 11/23/2010 1161 | | Paid in Full | 103 · Revenue Account -4070 | 652 · Building and Flooring | -1,500.00 |
| **Certified Fire Protection** | | | | | | |
| Check | 10/12/2010 CCK | | SERVICE AMOU | 103 · Revenue Account -4070 | -SPLIT- | -5,505.00 |
| Check | 12/06/2010 CCK | | OUTSTANDING | 104 · Operating Account -4062 | -SPLIT- | -5,505.00 |

3:34 PM
02/14/11

# Country Hearth Inn (Cash 2010)
## Transaction List by Vendor
### October 10, 2010 through January 10, 2011

| | Type | Date | Num | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| **CM Jarvis Leasing** | | | | | | | |
| | Check | 10/18/2010 | | | 103 · Revenue Account -4070 | 625 · Security | -2,000.00 |
| **Creative Breakfast** | | | | | | | |
| | Check | 10/18/2010 | 1112 | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -500.00 |
| | Check | 10/27/2010 | 1144 | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -500.00 |
| | Check | 11/17/2010 | 1160 | | 103 · Revenue Account -4070 | 401 · Comp Breakfast Food/Su | -500.00 |
| | Check | 12/20/2010 | 1193 | | 103 · Revenue Account -4070 | 401 · Comp Breakfast Food/Su | -500.00 |
| **Doormats & More** | | | | | | | |
| | Check | 10/12/2010 | 1054 | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -2,291.00 |
| | Check | 10/12/2010 | 1052 | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -2,291.00 |
| | Check | 10/12/2010 | 1055 | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -2,291.00 |
| **Elko Municipal Water Dept.** | | | | | | | |
| | Check | 10/27/2010 | CCK | WITHDRAWAL | 103 · Revenue Account -4070 | -SPLIT- | -2,619.38 |
| | Check | 11/29/2010 | CCK | Sept-Oct Water E | 103 · Revenue Account -4070 | 684 · Water | -2,614.33 |
| | Check | 12/06/2010 | CCK | OCT PYMNT | 103 · Revenue Account -4070 | 684 · Water | -2,614.38 |
| **Frontier** | | | | | | | |
| | Check | 12/17/2010 | ach | 775-738-8787 04 | 103 · Revenue Account -4070 | 685 · Telephone | -1,813.82 |
| | Check | 12/23/2010 | ACH | 775-738-8787 04 | 103 · Revenue Account -4070 | 685 · Telephone | -1,706.47 |
| | Check | 01/03/2011 | | 775-738-8787 04 | 103 · Revenue Account -4070 | 685 · Telephone | -2,198.71 |
| **Guest Supply** | | | | | | | |
| | Check | 11/16/2010 | 1167 | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -2,073.96 |
| | Check | 12/09/2010 | 1192 | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -914.46 |
| **Hiersche, Hayward, Drakeley** | | | | | | | |
| | Check | 10/14/2010 | 1119 | | 103 · Revenue Account -4070 | 607 · Professional & Legal Fee | -1,000.00 |
| **Intermountain** | | | | | | | |

Page 2 of 4

3:34 PM
02/14/11

## Country Hearth Inn (Cash 2010)
## Transaction List by Vendor
### October 1, 2010 through January 10, 2011

| Type | Date | Num | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 10/12/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,549.60 |
| Check | 10/18/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,277.81 |
| Check | 10/25/2010 | | INTERMOUNTAII ·03 · Revenue Account -4070 | 615 · Operating Supplies | -1,130.53 |
| Check | 11/01/2010 | | INTERMOUNTAII ·03 · Revenue Account -4070 | 615 · Operating Supplies | -2,029.29 |
| Check | 11/08/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -2,039.73 |
| Check | 11/15/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,010.98 |
| Check | 11/22/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -789.37 |
| Check | 11/29/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,085.93 |
| Check | 12/06/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,621.81 |
| Check | 12/13/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,186.17 |
| Check | 12/20/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,302.28 |
| Check | 12/27/2010 | | INTERMOUNTAII 103 · Revenue Account -4070 | 615 · Operating Supplies | -1,396.67 |
| General | 12/31/2010 | 162 | reclass to comp fc 101 · Comp Breakfast Food/Supplies | 615 · Operating Supplies | 57,587.85 |
| Check | 01/03/2011 | | INTERMOUNTAII 103 · Revenue Account -4070 | 401 · Comp Breakfast Food/Sup | -1,018.52 |
| Check | 01/10/2011 | ACH | INTERMOUNTAII 103 · Revenue Account -4070 | 401 · Comp Breakfast Food/Sup | -2,282.41 |
| **Micros** | | | | | |
| Check | 11/02/2010 | 1146 | 103 · Revenue Account -4070 | 613 · Software Com & Internet | -3,594.25 |
| Check | 11/05/2010 | 1146 | 103 · Revenue Account -4070 | 613 · Software Com & Internet | -3,594.25 |
| **NV Energy  Sierra Pacific** | | | | | |
| Check | 10/19/2010 | CCK | 1000085928634 103 · Revenue Account -4070 | -SPLIT- | -2,824.88 |
| Check | 12/06/2010 | CCK | 1000085928634 103 · Revenue Account -4070 | 683 · Electricity | -2,109.55 |
| Check | 12/28/2010 | CCK | 1000085928634 103 · Revenue Account -4070 | -SPLIT- | -1,796.22 |
| **RGI Publications** | | | | | |
| Check | 11/19/2010 | 1163 | 103 · Revenue Account -4070 | 531 · Adv-Promotions | -3,151.23 |
| Check | 12/13/2010 | 1162 | 06-ELKNV/01 Oct 103 · Revenue Account -4070 | 531 · Adv-Promotions | -3,151.24 |
| Check | 12/17/2010 | 1162 | 06-ELKNV/01 Oct 103 · Revenue Account -4070 | -SPLIT- | -3,151.24 |
| **Simar Consulting** | | | | | |
| Check | 11/18/2010 | 1169 | 103 · Revenue Account -4070 | 617 · Operating Services | -500.00 |

3:34 PM
02/14/11

# Country Hearth Inn (Cash 2010)
## Transaction List by Vendor
### October 10, 2010 through January 10, 2011

| | Type | Date | Num | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Six Continents Hotels** | | | | | | | |
| | Check | 11/09/2010 | WIRE | | 103 · Revenue Account -4070 | 294 · Distribution | -5,000.00 |
| | Check | 11/16/2010 | WIRE | | 104 · Operating Account -4062 | Sweetwater | -5,000.00 |
| **Skousen Penny LLC** | | | | | | | |
| | Check | 12/17/2010 | 1200 | | 103 · Revenue Account -4070 | 615 · Operating Supplies | -2,500.00 |
| **Southwest Gas Corp.** | | | | | | | |
| | Check | 10/15/2010 | CCK | 2510047179023 | 103 · Revenue Account -4070 | -SPLIT- | -2,052.87 |
| | Check | 12/06/2010 | CCK | 2510047179023 | 103 · Revenue Account -4070 | 681 · Gas | -1,752.63 |
| | Check | 12/28/2010 | cck | 2510047179023 | 103 · Revenue Account -4070 | -SPLIT- | -1,931.12 |
| **Sprint** | | | | | | | |
| | Check | 01/04/2011 | 1209 | 924254705 | 103 · Revenue Account -4070 | 685 · Telephone | -266.98 |
| **Zurich US** | | | | | | | |
| | Check | 12/17/2010 | ACH | | 103 · Revenue Account -4070 | 622 · Insurance | -739.63 |
| | | | | | | | -65,785.01 |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Plumb Line Mechanical v. Elko Gold Mine LLC CV-C-10-967** | **Mechanic's Lien Foreclosure** | **Nevada State Court Fourth District - Elko 571 Idaho Street Elko, NV 89801** | **Pending** |
| **Superior Services Inc. v. Elko Gold Mine LLC CV-C-10-968** | **Mechanic's Lien Foreclosure** | **Nevada State Court Fourth District - Elko 571 Idaho Street Elko, NV 89801** | **Pending** |
| **Excel National Bank v. Elko Gold Mine LLC SC110298** | **Mortgage Debt Foreclosure/Rec eivership** | **Los Angeles Superior Court - West District 9355 Burton Way Beverly Hills, Ca 90210** | **Pending** |
| **Jarvis v. Elko Gold Mine LLC 27-CV-10** | **Breach of Financing Agreement** | **Minnesota State Court Fourth District of Minnesota Hennepin County Government Center 300 South Sixth Street Minneapolis, MN 55487** | **Pending** |
| **MGM Construction v. Elko Gold Mine, LLC** | **Mechanic's Lien** | **Fourth Judicial District Court, County of Elko 571 Idaho Street, Elko, NV** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Kung & Associates**<br>**214 S. Maryland Parkway**<br>**Las Vegas, NV 89101** | 1/20/2010 | $9.990.00 |
| **The Law Offices of Alan Smith**<br>**505 Ridge St.**<br>**Reno, NV 89501** | 1/10/2010 | $19,000.00 |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Nevada Bank & Trust**<br>**210 Front Street**<br>**Caliente, NV 89008** | **Payroll Account - 6504260** | **-12.00**<br>**Closed in August of 2010** |
| **BBVA Compass Bank**<br>**2350 S. Miracle Mile**<br>**Las Vegas, NV 89125** | **Business Checking**<br>**6978 and 7397** | **10/10**<br>**$0** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Elko Gold Mine** | 68-0670315 | **1930 Idaho St. Elko, NV 89801** | **Hotel** | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **JB Abbas**<br>**3400 Parkwood Blvd.**<br>**Frisco, TX 75034** | **January 2010-current** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Krista Thorson** | **1930 Idaho St.**<br>**Elko, NV 89801** | **Previous- January 201** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Legacy Room** | **3400 Parkwood Blvd.**<br>**Frisco, TX 75034** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **12/29/10 and 1/1/11** | **Scott Nadel** | **$238,423.00 and $82,716.00** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/29/10 and 1/1/11** | **Scott Nadel**<br>**3400 Parkwood Blvd.**<br>**Frisco, TX 75034** |

8

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Bawa Dhillon**<br>**1662 Hwy. 395, Suite 214**<br>**MINDEN, NV 89423** | **Membership Interest** | **50%** |
| **Jagmahon Dhillon**<br>**1662 Hwy. 395, Suite 214**<br>**MINDEN, NV 89423** | **Membership Interest** | **50%** |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  __April  8, 2011_____        Signature    __/s/ Jagmohan Dhillon_____
                                                             **Jagmohan Dhillon**
                                                             **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re  **Elko Gold Mine**

Debtor(s)

Case No.  **3:11-bk-50084**

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 30,000.00 |
| Prior to the filing of this statement I have received | $ | 30,000.00 |
| Balance Due | $ | 0.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **$10,000.00 Kung & Associates**
   **$20,000.00 Law Offices of Alan R. Smith**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **April 8, 2011**

/s/ ALAN R. SMITH, ESQ.
**ALAN R. SMITH, ESQ.**
**THE LAW OFFICES OF ALAN R. SMITH**
**505 RIDGE STREET**
**RENO, NV 89501-1719**
**(775) 786-4579  Fax: (775) 786-3066**
**mail@asmithlaw.com**

---