John White, Esq., SB #1741  
WHITE LAW CHARTERED  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Attorney for the Committee of  
Unsecured Creditors

E-filed: April 18, 2011

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

ELKO GOLD MINE,

Debtors.
_____/

CASE NO.: BK-N-11-50084-btb

Chapter 11

DECLARATION OF JOHN WHITE, ESQ. RE: APPLICATION FOR ORDER AUTHORIZING CHAPTER 11 TRUSTEE TO EMPLOY ATTORNEY AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Hearing Date: Negative Notice (21 days)

I, JOHN WHITE, ESQ., proposed attorney for the Official Committee of Unsecured Creditors (the "Committee") of Elko Gold Mine, a Nevada Corporation, ("Debtor") declare under penalty and pain of perjury, that:

1. An APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WHITE LAW CHARTERED AS COUNSEL FOR THE OFFICIAL

1

COMMITTEE OF UNSECURED CREDITORS (Docket #70) and AFFIDAVIT OF JOHN WHITE IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(a) OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WHITE LAW CHARTERED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Docket #72) were filed herein on March 23, 2011, on behalf of the Committee, by and through John White, Esq. of White Law Chartered;

2. The Notice of Hearing on Negative Notice (Docket No. 74) was served on March 23, 2011, and set forth the deadline of twenty-one (21) days from the date of mailing and the requirement that an objection be filed, served and noticed by that date, i.e., April 13, 2011;

3. No objection has been timely filed, as reflected on the docket and no objection has been served upon me; therefore, the Order lodged herewith, may be entered pursuant to 11 USC Section 102 (1)(B)(I).

Dated this 20th day of April, 2011.

Submitted by:
WHITE LAW CHARTERED

_____
JOHN WHITE, ESQ.

2