**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**ELECTRONICALLY**
**APR 2 0 2011**
**FILED**

| | |
|---|---|
| In re: Elko Gold Mine, LLC | **Case No.**  11-50084-btb |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(GENERAL BUSINESS CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  Mar-11          **PETITION DATE:**  Jan 10,2011

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ___$1___

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $131,304 | $131,376 | 78,976.59 |
| | b. Total Assets | $7,262,477 | $7,581,287 | $7,528,887 |
| | c. Current Liabilities | $9,962 | $17,778 | |
| | d. Total Liabilities | $8,816,667 | $8,824,483 | $7,087,476 |

| | | Current Month | Current Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $155,297 | $144,187 | $356,329 |
| | b. Total Disbursements | $160,564 | $111,384 | $287,232 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a – b) | ($5,267) | $32,803 | $69,097 |
| | d. Cash Balance Beginning of Month | $52,200 | $19,397 | ($8,570) |
| | e. Cash Balance End of Month (c + d) | $46,933 | $52,200 | $60,527 |

| | | Current Month | Current Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $7,855 | $26,860 | $50,936 |
| 5. | **Account Receivables (Pre and Post Petition)** | $78,977 | $78,977 | |
| 6. | **Post-Petition Liabilities** | $9,962 | $17,778 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $9,962 | $17,778 | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)See Attachment | x | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  4 | 18 | 11          _____
                                    Responsible Individual

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ Mar-11 _____

| | Current Month | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | **Actual** | **Forecast** | **Variance** | | | |
| | | | | **Revenues:** | | |
| | $155,297 | $79,408 | $75,889 | Gross Sales | $358,004 | |
| | | | $0 | less: Sales Returns & Allowances | | |
| | $155,297 | $79,408 | $75,889 | Net Sales | $358,004 | $0 |
| | $0 | | $0 | less: Cost of Goods Sold          (Schedule 'B') | | |
| | $155,297 | $79,408 | $75,889 | Gross Profit | $358,004 | $0 |
| | | | $0 | Interest | | |
| | | | $0 | Other Income: | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | $155,297 | $79,408 | $75,889 | **Total Revenues** | $358,004 | $0 |
| | | | | **Expenses:** | | |
| | | | $0 | Compensation to Owner(s)/Officer(s) | | |
| | $22,615 | $12,762 | ($9,853) | Salaries/Wages | $66,478 | |
| | | | $0 | Commissions | | |
| | | | $0 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | | $0 | Personal Property | | |
| | | | $0 | Real Property | | |
| | $4,923 | $1,205 | ($3,717) | Insurance | $7,255 | |
| | | | $0 | Insurance | | |
| | | | $0 | Depreciation | | |
| | | | | Taxes: | | |
| | $13,593 | $2,127 | ($11,466) | Employer Payroll Taxes | | |
| | $12,238 | $4,133 | ($8,105) | Real Property Taxes | $12,238 | |
| | $7,372 | $8,508 | $1,136 | Other Taxes | $17,238 | |
| | | | $0 | Other Selling | | |
| | $24,965 | $17,569 | ($7,396) | Other Administrative | $59,550 | |
| | $37,250 | $20,000 | ($17,250) | Mortgage Interest | $60,770 | |
| | | | $0 | Other Expenses:    employee benefit | | |
| | $8,324 | $5,318 | ($3,006) | Rooms Department | $31,317 | |
| | $4,929 | $4,254 | ($675) | Repair & Maintenance | $18,558 | |
| | $8,623 | $7,090 | ($1,533) | Utilities | $28,560 | |
| | $1,110 | $1,064 | ($47) | Adv & Promo | $3,605 | |
| | | | $0 | Rent & Lease - Equipment | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | | | $0 | | | |
| | $145,942 | $84,029 | ($61,912) | **Total Expenses** | $305,568 | $0 |
| | $9,355 | ($4,621) | $13,977 | **Subtotal** | $52,436 | $0 |
| | | | | **Reorganization Items:** | | |
| | $1,500 | $2,836 | $1,336 | Professional Fees | $1,500 | |
| | | | $0 | Provisions for Rejected Executory Contracts | | |
| | | | $0 | Interest Earned on Accumulated Cash from | | |
| | | | | Resulting Chp 11 Case | | |
| | | | $0 | Gain or (Loss) from Sale of Equipment | | |
| | | | $0 | U.S. Trustee Quarterly Fees | | |
| | | | $0 | Journal Entries: paid from owner's personal funds | | |
| | $1,500 | $2,836 | ($1,336) | **Total Reorganization Items** | $1,500 | $0 |
| | $7,855 | ($7,457) | $15,313 | **Net Profit (Loss) Before Federal & State Taxes** | $50,936 | $0 |
| | | | $0 | Federal & State Income Taxes | | |
| | $7,855 | ($7,457) | $15,313 | **Net Profit (Loss)** | $50,936 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (General Business Case)
For the Month Ended    March 31, 2011

### Assets

| | From Schedules | Market Value |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents - unrestricted | | $46,932 |
| Cash and cash equivalents - restricted | | |
| Accounts receivable (net) | A | $78,977 |
| Inventory | B | n/a |
| Prepaid expenses (Supplies) | | |
| Professional retainers | | |
| Other:  Security Deposit | | $5,395 |
| | | |
| **Total Current Assets** | | $131,304 |
| | | |
| **Property and Equipment (Market Value)** | | |
| Real property-Land | C | $1,000,000 |
| Machinery and equipment | D | $5,500,000 |
| Furniture and fixtures | D | $1,327,629 |
| Office equipment | D | |
| Leasehold improvements | D | |
| Vehicles | D | $3,500 |
| Other:  Building | D | |
| Less - Accumulated Depreciation | D | ($568,652) |
| | D | |
| | D | |
| | D | |
| | | |
| **Total Property and Equipment** | | $7,262,477 |
| **Other Assets** | | |
| | | |
| Loans to shareholders | | |
| Loans to affiliates | | |
| | | |
| Laon origination cost | | $187,434 |
| | | |
| | | |
| **Total Other Assets** | | |
| **Total Assets** | | $7,581,215 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | |
|---|---|---|
| Salaries and wages | | |
| Payroll taxes | | |
| Real and personal property taxes | | |
| Income taxes | | |
| Sales taxes | | |
| Notes payable (short term) | | |
| Accounts payable (trade) | A | $9,962 |
| Real property lease arrearage | | |
| Personal property lease arrearage | | |
| Accrued professional fees | | |
| Current portion of long-term post-petition debt (due within 12 months) | | |
| Other:    City Occupancy Tax | | |
|            Accrued Franchise Fees | | |
|            Accrued Payables | | |

**Total Current Liabilities** — $9,962

**Long-Term Post-Petition Debt, Net of Current Portion**

**Total Post-Petition Liabilities** — $9,962

**Pre-Petition Liabilities (allowed amount)**

| | | |
|---|---|---|
| Secured claims | F | $6,710,831 |
| Priority unsecured claims | F | $192,361 |
| General unsecured claims | F | $1,903,513 |

**Total Pre-Petition Liabilities** — $8,806,705

**Total Liabilities** — $8,816,667

**Equity (Deficit)**

| | | |
|---|---|---|
| Retained Earnings/(Deficit) at time of filing –Members Equity | | ($38,592) |
| Capital Stock | Members Equity | $1,720,408 |
| Additional paid-in capital | Members Eqduity | ($1,248,975) |
| Cumulative profit/(loss) since filing of case | | $50,936 |
| Post-petition contributions/(distributions) or (draws) | | |
| Market value adjustment | | |

**Total Equity (Deficit)** — $483,777

**Total Liabilities and Equity (Deficit)** — $9,310,406

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $11,243 | | |
| 31-60 Days | ($2,343) | | |
| 61-90 Days | $1,959 | | |
| 91+ Days | $18,483 | | |
| Total accounts receivable/payable | | $9,962 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $29,341 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | n/a |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | n/a | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | n/a | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | n/a | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
Yes _____    No _____
How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | _____ |
| Monthly | _____ |
| Quarterly | _____ |
| Semi-annually | _____ |
| Annually | _____ |

Date of last physical inventory was    n/a

Date of next physical inventory is    n/a

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
| | |
|---|---|
| FIFO cost | __ |
| LIFO cost | __ |
| Lower of cost or market | __ |
| Retail method | __ |
| Other | __ |
| Explain | |

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| Land | $1,000,000 | |
| Building | $5,500,000 | |
| Less -Accumulated Depreciation | ($568,652) | |
| | | |
| | | |
| Total | $5,931,348 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | $1,327,629 | |
| | | |
| | | |
| Total | $1,327,629 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | | $0 |
| Vehicles - | | |
| | $3,500 | |
| | | |
| | | |
| Total | $3,500 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | $727 | $720 | $655 | | $2,102 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| OtherCity Occupancy Tax | $11,214 | | | | $11,214 |
| **Total State & Local Taxes** | $11,942 | $720 | $655 | $0 | $13,316 |
| **Total Taxes** | $11,942 | $720 | $655 | $0 | $13,316 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $6,710,831 | |
| Priority claims other than taxes | $192,361 | |
| Priority tax claims | | |
| General unsecured claims | $1,903,515 | |

(a)   List total amount of claims even it under secured.
(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Citi Bank | DIP - Main | DIP- Operating | |
| Account Type | | Checking | Checking | |
| Account No. | ▓▓8572 | ▓▓4070 | | |
| Account Purpose | Local bank acct | Operating | Payroll | |
| Balance, End of Month | $46,175 | $757 | | |
| Total Funds on Hand for all Accounts | $46,932 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended**      March 31, 2011

| | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | $155,297 | $356,329 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| | | |
| | | |
| | | |
| | | |
| **Total Cash Receipts** | $155,297 | $356,329 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | $10,227 | $29,954 |
| Administrative | $15,867 | $37,735 |
| Capital Expenditures | | |
| Principal Payments on Debt | | |
| Interest Paid - Mortgage | $37,250 | $60,770 |
| Rent/Lease: | | |
|     Personal Property | | |
|     Real Property - Mortgage | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|     Salaries | $22,615 | $52,884 |
|     Draws | | |
|     Commissions/Royalties | | |
|     Expense Reimbursements | | |
|     Other | | |
| Salaries/Commissions (less employee withholding) | | |
| Management Fees | $4,604 | $4,604 |
| Taxes: | | |
|     Employee Withholding | | |
|     Employer Payroll Taxes | $13,593 | |
|     Real Property Taxes | $12,238 | $12,238 |
|     Other Taxes | $7,372 | $17,238 |
| Other Cash Outflows: | | |
|     Rooms Department | $8,324 | $18,984 |
|     Adv & Promo | $1,110 | $9,547 |
|     Repair & Maintenance | $4,929 | $18,558 |
|     Utilities | $22,435 | $24,720 |
|     Professional and legal Fee | | $0 |
| **Total Cash Disbursements:** | $160,564 | $287,232 |
| **Net Increase (Decrease) in Cash** | ($5,267) | $69,097 |
| **Cash Balance, Beginning of Period** | $52,200 | ($8,570) |
| **Cash Balance, End of Period** | $46,933 | $60,527 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended          March 31, 2011

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | $155,297 | $356,329 |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | $6,105 | $14,438 |
| Cash Paid for Selling Expenses | $10,227 | $29,944 |
| Cash Paid for Administrative Expenses | $14,365 | $27,911 |
| Cash Paid for Rents/Leases: | | |
|    Personal Property | | |
|    Real Property -Mortgage | | |
| Cash Paid for Interest | $37,250 | $60,770 |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|    Salaries | $22,615 | $52,884 |
|    Draws | | |
|    Commissions/Royalties | | |
|    Expense Reimbursements | | |
|    Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|    Employer Payroll Tax | $13,593 | $13,593 |
|    Employee Withholdings | | |
|    Real Property Taxes | $12,238 | $12,238 |
|    Other Taxes | $7,372 | $17,238 |
| Cash Paid for General Expenses | | |
| Repair and Maint | $4,929 | $18,557 |
| Adv & Promo | $1,110 | $3,605 |
| Utilities | $22,435 | $24,720 |
| Rent/Leases | | |
| Room Department Expense | $8,324 | $24,926 |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | -$5,267 | $55,504 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($5,267) | $55,504 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| Receivables | | |
| | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| Payables | | |
| | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | ($5,267) | $55,504 |
| **Cash and Cash Equivalents at Beginning of Month** | $52,200 | ($8,570) |
| **Cash and Cash Equivalents at End of Month** | $46,933 | $46,934 |

Revised 1/1/98

10:41 AM

Accrual Basis

# Elko Gold Mine, LLC dba Best Western
## Profit & Loss
### March 2011

|  | Mar 11 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 300 · Rooms Revenue | 155,297.04 |
| **Total Income** | 155,297.04 |
| **Cost of Goods Sold** | |
| 401 · Comp Breakfast Food/Supplies | 4,634.88 |
| 406 · Credit Card Merchant Fees | 3,688.89 |
| **Total COGS** | 8,323.77 |
| **Gross Profit** | 146,973.27 |
| **Expense** | |
| 500 · Salaries and Wages | 22,615.16 |
| 504 · Payroll Taxes | 13,593.11 |
| 530 · Advertising and Promotion | 1,110.00 |
| 601 · Franchise Fees | 10,227.47 |
| 604 · Travel Expense | 319.99 |
| 605 · Postage & Freight | 41.55 |
| 606 · License and Tax | 934.00 |
| 607 · Professional & Legal Fees | 1,500.00 |
| 608 · Management Fee | 4,603.72 |
| 615 · Operating Supplies | 6,105.48 |
| 617 · Operating Services | 2,702.86 |
| 619 · Bank Charges | 29.95 |
| 622 · Insurance | 4,922.73 |
| 650 · Repairs & Maintenance | |
| 653 · Furniture, Fixtures, Equipment | 4,861.02 |
| 659 · Maintenance Supplies | 68.12 |
| **Total 650 · Repairs & Maintenance** | 4,929.14 |
| 680 · Utilities | |
| 682 · Waste Removal | 426.12 |
| 683 · Electricity | 2,272.53 |
| 684 · Water | 2,694.00 |
| 685 · Telephone | 1,843.97 |
| 686 · Cable | 1,386.00 |
| **Total 680 · Utilities** | 8,622.62 |
| 720 · Tax Expense | |
| 721 · Property Taxes | 12,237.50 |
| 737 · City Occupany Tax | 7,372.33 |
| **Total 720 · Tax Expense** | 19,609.83 |
| 750 · Interest Expense | |
| 751 · Mortgage Interest | 37,250.40 |
| **Total 750 · Interest Expense** | 37,250.40 |
| **Total Expense** | 139,118.01 |
| **Net Ordinary Income** | 7,855.26 |
| **Net Income** | 7,855.26 |

04/18/11

# Elko Gold Mine, LLC dba Best Western
## Balance Sheet
### As of March 31, 2011

|  | Mar 31, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **100 · Cash** | |
| 107 · Citibank DIP 8572 | 46,175.33 |
| M-103 · NV Bank & Trust -4070 | 757.11 |
| **Total 100 · Cash** | 46,932.44 |
| **Total Checking/Savings** | 46,932.44 |
| **Total Current Assets** | 46,932.44 |
| **Other Assets** | |
| **190 · Other Assets** | |
| 191 · Security Deposits | 5,395.00 |
| **Total 190 · Other Assets** | 5,395.00 |
| **Total Other Assets** | 5,395.00 |
| **TOTAL ASSETS** | 52,327.44 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200 · Accounts Payable | 9,961.64 |
| **Total Accounts Payable** | 9,961.64 |
| **Total Current Liabilities** | 9,961.64 |
| **Total Liabilities** | 9,961.64 |
| **Equity** | |
| 295 · Opening Balance | -8,569.96 |
| Net Income | 50,935.76 |
| **Total Equity** | 42,365.80 |
| **TOTAL LIABILITIES & EQUITY** | 52,327.44 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

Good things come from
**Sysco**

CONFIDENTIAL PROPERTY OF SYSCO

CUSTOMER'S ORIGINAL INVOICE

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300  (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUNTAIN.COM

BEST WESTERN
1930 IDAHO ST
ELKO                    NV  89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                    NV  89801

972-668-0327

386177    103030822        3      3

1/03/11
016

4:33

COD AMT.     691416  BAIN BURKHAM    9114
MANIFEST     9925
DRIVER: GRANT

P.O. BOX 27638
SALT LAKE CITY, UT  84127-0638

OPEN:  6:00 AM     CLOSE:  7:00 PM

| CASES | SELL | TOT PCS | CUBE | GROSS WGT | ITEM DESCRIPTION | | | | | SSB TOTAL | 208..46 |
|-------|------|---------|------|-----------|------------------|---|---|---|---|-----------|---------|
| 48 | 48 | 35.8 | 910 | | | | | | | TAX TOTAL | 42.79 |
| | | | | | | | | | | INVOICE TOTAL | 2124.25 |

DRIVER'S SIGN

CUST. SIGN  X

PAYABLE ON OR BEFORE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Good things come from SYSCO**

CONFIDENTIAL PROPERTY OF SYSCO

CUSTOMER'S ORIGINAL INVOICE

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801) 563-6300   (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO                    NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO            NV  89801

INVOICE NUMBER: 103030822   PAGE 3 2

386177   103030822

DRIVER: GRANT

P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

| CASES | SPLIT | PIECES | CUBE | GROSS WT | | QTY | PK | PACK SIZE | ITEM DESCRIPTION | BRAND | PRICE | AMOUNT | PRICE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 19 | 14.4 | 334 | | | | EA | 50# | ECOLAB DETERGENT LAUN HI12-ES | | 11.65 | 221.35 | | |
| | | | | | D | PL | 15 GAL | ECOLAB SOFTENER LAUN SOFRESH NP | | 170.00 | 170.00 * | 49.00 | |
| | | | | | | | | **SUPP R EQUIP**** | | | | | |
| | | | | | D | CS | 24/ENCH | SYSCO PUR CANNED HANDY WICK 6101 | | 3.35 | 49.00 * | 21.56 | |
| | | | | | D | CS | 12/CN | SYSCO PAD SCOUR GRN 6.91IN ANTIMI | | .48 | 21.56 * | | |
| | | | | | | | | **DISPENSER BEVERAGE**** | | | | 158.88 | |
| | | | | | D | CS | 962 OZ | CITAVCO COFFEE COL 100% FINE W/F | | 158.88 | 158.88 | | |
| | | | | | | | | **FROZEN**** | | | | 190.26 | |
| | | | | | | | | | | | | 95.13 | |
| | | | | | | | | **MEAT**** | | | | | |
| | | | | | | | | **SYS GEN SAUSAGE PORK FT CHUB NP** | | | | 338.03 | |
| | | | | | | | | **BEVERAGE**** | | | | 109.99 | |
| | | | | | | | | **DISPENSER BEVERAGE**** | | | | | |
| | | | | | | | | | | | | SUB TOTAL | |
| | | | | | | | | | | | | TAX TOTAL | |
| | | | | | | | | | | | | INVOICE TOTAL | 2081.46 |

OPEN: 6:00 AM    CLOSE: 7:00 PM

PAYABLE ON OR BEFORE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**Good things come from SYSCO**

CONFIDENTIAL PROPERTY OF SYSCO

CUSTOMER'S ORIGINAL INVOICE

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 561-6300 (800) 366-3778
VISIT US AT WWW.SYSCO.COM/INTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO    NV  89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO    NV  89801

386177   103030822    3    1
633415 NORMAL DELIVERY
MA: STB1   TRAIN BURKHAM
DRIVER: GRANT              9184

COD ACH
INVOICE ADJUSTMENT CODE
SERVICE CHARGE

| Qty | Pack | Size | ITEM DESCRIPTION | | | UNIT | EXT |
|---|---|---|---|---|---|---|---|
| | | | ****CANNED & DRY**** | | | | |
| 3 | CS | 1210 CT | QUAKER BAR GRANOLA VARIETY PK B 4 OZ | 5586 | 39.99 | | |
| 1 | CS | 431 OZ | KELLOGG CEREAL FROOT LOOP | 3000001791 | 41.55 | | |
| 1 | CS | | SYS CLS GRAVY SAUSAGE CNTRY RTU | 590P | 7.51 | | |
| 1 | CS | 6140Z | SYS IMP PAN COATING ARSL CONC | 999999-COM | 29.30 | | |
| 1 | CS | 85 LB | BKRSCLS WAFFLE MIX BELGIAN | 6153092 | 49.71 | | |
| | | | ****PRODUCE**** | | | | |
| | | | GROUP TOTAL**** | | | 163.27 | |
| | | | ****PAPER & DISP**** | | | | |
| 1 | CS | 20EA | 3M SPONGE SCRUB YELLOW/WHITE | 631 | 39.99 | | |
| | | | ****CHEMICAL & JANITORIAL**** | | | | |
| 1 | CS | 4/128 OZ | SYS REG BLEACH LIQ DISINFECTANT | 1100339539 | 17.40 | | |
| 1 | PL | 1GAL | ECOLAB DSTAINER LAUNDRY LIQUID | 15982 | 87.00 | | |
| | | | GROUP TOTAL**** | | | 103.03 | |

OPEN:  6:00 AM    CLOSE:  7:00 PM

| CASES | SPLITS | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 29 | | 29 | 21.4 | 576 |

DRIVER'S SIGN

CUST SIGN  X

P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE

SUB TOTAL
TAX TOTAL
INVOICE TOTAL    708.81

Elko Gold Mine, LLC DIP

1020

Dhillon Management

3/3/2011

4,603.72

Revenue Account -40    4% Feb Management Fee

4,603.72

| | | | |
|---|---|---|---|
| | | | 0.00 |
| Individual Revenue | 4,759.76 | 115,092.95 | 253,866.85 |
| Individual Room Revenue | 4,759.76 | 114,264.71 | 252,995.61 |
| Member Revenue | 1,726.18 | 36,865.03 | 71,015.62 |
| Member Room Revenue | 1,546.05 | 33,050.15 | 63,782.94 |
| Total Revenue per Person | 65.20 | 55.39 | 54.30 |
| Payment | 2,427.29 | 131,837.46 | 270,151.62 |
| Maximum Revenue | 0.00 | 0.00 | 0.00 |
| Maximum Revenue for Rooms Occupied | 0.00 | 0.00 | 0.00 |
| Maximum Revenue % | 0.00 | 0.00 | 0.00 |
| Maximum Revenue % per Rooms Occupied | 0.00 | 0.00 | 0.00 |
| Arrival Rooms for Tomorrow | 11 | | |
| Arrival Persons for Tomorrow | 11 | | |
| Departure Rooms for Tomorrow | 6 | | |
| Departure Persons for Tomorrow | 6 | | |
| % Rooms Occupied for Tomorrow | 67.59 | | |
| % Multiple Occupancy | 5.88 | | |
| % Rooms Occupied for the Next 7 Days | 52.91 | | |

4/.
$4,603.72
Feb management fee

Fax Server                3/2/2011 3:32:12 PM   PAGE   2/003  Fax Server

P.O. BOX 5387
Jacksonville, FL 32247-5387

## Invoice

**Agency:** SIG INSURANCE SERVICES, LLC

**Account Name:** ELKO GOLDMINE DBA BEST WESTERN
**Account Number:** M019633769-001-00001
**Invoice Date:** 02-01-11
**Due Date:** 02-21-11
**Current Balance:** $1,439.46
**Minimum Due:** $244.91

PAYOR NAME AND ADDRESS

ELKO GOLDMINE DBA BEST WESTERN
3400 PARKWOOD BLVD.
FRISCO TX 75034

Please see reverse side for other messages
and important billing information.

**ZURICH**

IF WE DO NOT RECEIVE THE MINIMUM DUE BY THE DUE DATE ON THIS INVOICE,
  • YOU WILL BE ASSESSED A LATE FEE OF $20.00
  • THE DUE DATE OF YOUR NEXT INSTALLMENT WILL BE ACCELERATED TO 03/01/11
  • THE MINIMUM AMOUNT DUE BY 03/01/11 TO AVOID ISSUANCE OF A CANCELLATION NOTICE WILL BE $603.62

ZURICH AMERICAN INSURANCE CO., AMERICAN ZURICH INS. CO., AMERICAN GUARANTEE & LIABILITY, STEADFAST INSURANCE, ZURICH AMERICAN OF ILLINOIS,
MARYLAND CASUALTY COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK, ASSURANCE COMPANY

**Elko Gold Mine, LLC DIP**                                                                1019

  Zurich North America                                    2/28/2011
                              WC04264091 (ELKO - GOLD)                      244.91

Operating Account -40   WC04264091 (ELKO - GOLD)                          244.91

29083 STMT MAR 01 2011

M 

# STATEMENT

PAGE     1

## Best Western International, Inc

P.O. Box 53505
PHOENIX, ARIZONA 85072-3505
(602) 957-4200

ACCOUNT NO.          DATE.
                              MO. DAY YR
29083          03 | 01 | 11

BEST WESTERN ELKO INN
1930 IDAHO ST
Elko, NV 89801-2629

*Feb Bill franchise*

**PLEASE CUT HERE AND RETURN THIS STUB WITH YOUR REMITTANCE**          $

| DATE | REFERENCE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|------|-----------|-------------|---------|----------|---------|
| | | MEMBER NO. 29-083 PREVIOUS BALANCE | | | 10,227.47 |
| 02 10 11 | 0007889604 | FREQUENT FLYERS - SEE ATTACHED | 53.26 | | |
| 02 10 11 | 0007891576 | FREE NGT AWARD VHRS-SEE ATTACH | 150.00- | | |
| 02 10 11 | 0007893577 | BWR CHARGE 12-26-10 - 1-25-11 | 4,299.69 | | |
| 02 15 11 | 0007896222 | MAR 2011 MONTHLY FEE | 4,703.63 | | |
| 02 15 11 | 0007898394 | MAR ADVERTISING ASSESSMENT | 1,188.00 | | |
| 02 17 11 | 0007899961 | CANV COOP FEES, 29083 BACK BILL DEC10 - FEB11 | 549.00 | | |
| 02 17 11 | 0007900043 | ON-BOARDING SERVICE & SUPPORT 5 OF 12   SALES TRAINING IN 20 | 333.33 | | |
| 02 18 11 | | PAYMENT RECEIVED THANK YOU | | 9,500.00- | |

**Elko Gold Mine, LLC DIP**

Best Western International

3/3/2011

1021

10,227.47

Feb March -1

Citibank 572          Feb Franchise Fees/29083          10,227.47

Official Payments - Pay Taxes, Utility Bills, Tuition & More Online                                  Page 1 of 1





☒ Back to Elko County Treasurer    ☒ Make A Payment    ☒ Fee Calculator    ☒ Help                    ☒ En Español

## Make An Electronic Check Payment

 **Elko County Treasurer, NV**
Secured Tax



**Your payment information has been submitted successfully to Official Payments.**

| | |
|---|---|
| **Confirmation Number:** | **95608547** |
| **Payment Date:** | **Monday, March 7, 2011** |
| **Payment Time:** | **10:57AM PT** |

- E-Check payments may take up to seven business days to be returned by your Financial Institution if incorrect information is entered when payment is submitted.
- Please print or write down a copy of this confirmation number for your records.
- Do not use your browser's "Back" button. Instead, navigate using the buttons below.
- Successful completion of the payment transaction is conditioned upon accurate and complete information being entered by you and is subject to financial institution and biller acceptance, approval and authorization of the payment.

**Payer Information**

| | |
|---|---|
| Name: | Jagmahon Dhillon |
| Street Address: | 3400 Parkwood Blvd |
| | Frisco, TX 75034 |
| | United States |
| Daytime Phone Number: | (775) 250 - 1810 |
| E-mail Address: | moan@prodigy.net |
| Parcel Number: | 001-590-010 |
| Assessed Owner's Name: | ELKO GOLDMINE LLC |
| Property Location: | 1930 IDAHO ST |
| Unique ID: | 00159001003O711 |
| Payment Amount: | 141792.09 |

**Check Information**

| | |
|---|---|
| Account Type: | Checking Account |
| Routing Number: | ****00089 |
| Account Number: | ****08572 |

**Payment Information**

| | |
|---|---|
| Payment Type: | Secured Tax |
| Payment Amount: | $12,237.50 |
| Transaction Fee: | $3.00 |
| Total Payment: | $12,240.50 |

[ Continue ]

This page supports 128-bit SSL encryption as verified by VeriSign.
For customer service, please call toll-free 1-888-357-8394. Representatives are available Monday - Friday, 7:00am - 8:00pm CT.

Copyright © 2011 Official Payments Corporation. All Rights Reserved.

Copyright © 2011 Elko County Treasurer, NV. All Rights Reserved.

Elko Gold



**AmTrust North America**
An AmTrust Financial Company

PREMIUM INVOICE

| | |
|---|---|
| Invoice Date: | 1/31/2011 |
| Balance Due: | 2,087.00 |
| Installment Due Date: | 2/20/2011 |

573286
ELKO GOLDMINE LLC
DBA COUNTRY HEARTH
3400 PARKWOOD BLVD SUITE 500
FRISCO, TX 75034

| Master Acct: Policy Number: | 88919 Coverage Description: | Policy Effective: | Policy Status: | Total Policy Cost: | Total Billed To Date: | Total Paid To Date: | Currently Due: |
|---|---|---|---|---|---|---|---|
| SPP1007964 00 | Commercial Package | 8/21/2010 | In Effect | 20,865.00 | 12,522.00 | 10,435.00 | 2,087.00 |

1016

**Elko Gold Mine, LLC DIP**                                          2/28/2011                  2,087.00

   AM Trust North AM                    FEBRUARY 2011 PMT

                                                                                        2,087.00

   Operating Account -40   FEBRUARY 2011 PMT

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CONFIDENTIAL PROPERTY OF SYSCO

CUSTOMER'S ORIGINAL INVOICE

**Goodthings come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300    (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST

ELKO          NV    89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV    89801

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|-------|-------|---------|------|----------|
| 20 | 20 | 14.2 | 332 | |
| 53 | 53 | 39.8 | 938 | |

DRIVER: GRANT    9925

MATERIAL: THAN BURKART    9184
MATERS#: 694246 NORMAL DELIVERY

COD ACH

P.O. BOX 27658
SALT LAKE CITY, UT 84127-0638

OPEN: 6:00 AM    CLOSE:    7:00 PM

| SUB TOTAL | 1670.31 |
|-----------|---------|
| TAX TOTAL | 45.22 |
| INVOICE TOTAL | 1715.53 |

PAYABLE ON OR BEFORE

ORDER SUMMARY    37399

****DAIRY****
****FROZEN****
****MEATS****
****FROZEN****

3 CS    /23.5 OZ PAPETTI OMELET EGG CHEESE    460289013500    2232965    63.42    190.26
1 CS    /OZ  SYS CSS SAUSAGE PORK PTY CKD MILD    1589932    31.71    95.13
1 CS    /303 OZ  BRLCLS BAGEL PLAIN BULK BKD SPL    7016942    34.22    34.22

GROUP TOTAL****

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**Sysco**
Goodthings come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

CUSTOMER'S ORIGINAL INVOICE   CONFIDENTIAL PROPERTY OF SYSCO

BEST WESTERN
1930 IDAHO ST
ELKO          NV    89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV    89801

386177   103100839

MANIFEST# 697716   NORMAL DELIVERY
MA. S134 THAIN BURHAM   91R4
DRIVER: GRANT   1925

P.O. BOX 27038
SALT LAKE CITY, UT
84127-0638

| QTY | PACK | SIZE | ITEM DESCRIPTION | | |
|---|---|---|---|---|---|
| | | | COOLER--- | | |
| | | | ****PRODUCE**** | | |
| 1 | CS | 140 LB | PACKER  BANANA FRESH TIP GREEN | 33.10 |
| 1 | CS | 140 | PACKER  BANANA GRN TURN TO YEL FRESH | 33.70 |
| | | | GROUP TOTAL **** | |
| | | | DRY | |

SUB TOTAL
TAX TOTAL
INVOICE TOTAL   710.56

PAYABLE ON OR BEFORE

| CASES | SPLITS | PIECES | CUBE | GROSS WT |
|---|---|---|---|---|
| 33 | 33 | | 25.6 | 606 |

DRIVER'S SIGN
CUST SIGN  X

OPEN: 6:00 AM   CLOSE: 7:00 PM

Southwest Gas - Pay My Bill                                              Page 1 of 1

  

Home | Contact Southwest Gas | Logout

**Welcome. Signed in as: hr@dmchotels.com**              Text Size: A | A | A

 1930 IDAHO ST ELKO NV 89801 (251-0047179-024)

| |
|---|
| Account Summary |
| Billing History |
| Payment History |
| Billing Settings |
| Payment Options |
| Pay My Bill |
| Start Automatic Payment Plan |
| Request a Payment Extension |
| Energy Share |
| MyAccount Settings |

💳 Pay My Bill                                          Pay your bill quickly and easily
online.

✅ **Payment Successfully Submitted**

Thank you, your payment has been submitted.

If your service has been disconnected, please contact Customer Assistance at 1-877-860-6020, Monday through Friday, 8am to 5pm PT (excluding holidays).

Print Confirmation

Gas Account Information

Southwest Gas Account
Number: 251-xxx7179-024

Amount: $ 2,331.42

Date Submitted: Mar 15, 2011

Return to Account Summary.

About Southwest Gas   |   Employment   |   News   |   Rates and Regulations   |   Safety
Search   |   Site Map   |   Contact Us   |   Privacy Policy   |   MyAccount Terms and Conditions

©2010 Southwest Gas Corporation. All rights reserved.

 



# DISCONNECT NOTICE
## SOUTHWEST GAS CORPORATION

GISHI10008494781010010000010

**Customer Assistance**
**Asistencia al Cliente**
**Toll Free/Llamada Gratis**
**1-877-860-6020**

PO Box 98890
Las Vegas NV  89193-8890



Hearing Impaired: Dial 711
www.swgas.com

PLEASE RETAIN THIS TOP PORTION FOR YOUR RECORDS

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD BLVD
FRISCO TX  75034-1968

Service Address: 1930 IDAHO ST                                    89801
Rate Schedule: 437/NG-G(L) GENERAL SERVICE - LARGE
Your Local Office Is 744 COMMERCIAL ST, ELKO NV 89801

| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | PLEASE PAY AMOUNT DUE |
|---|---|---|---|---|
| 251-0047179-024 | 17 | 03/03/11 | 03/14/11 | 5,122.90 |

PREVIOUS BILLING:      Jan. 10  to  Jan. 28
  Previous Balance
  Payments Since Last Bill - Thank You
  Late Pay Charge Including Tax
  Balance Forward

  Please Pay Balance Forward By Due Date To Avoid Disconnect

*— Deposit Rem on Act* $2,791.48

CURRENT BILLING:     32 Days
  Meter Reading: Current    Previous     Billing     Total
                                                     Factor       Therms
                 30501 - 28342                       X 1.1759     2586

  Delivery Charge             2586                                394.05
  Gas Cost            Total Therms X                   .67741    1,750.56
  Basic Service Charge                                           120.00
  Local Taxes                                                     55.14
  Universal Energy Charge                                         7.67

  Current Bill                                                   $2,331.42   *Feb*

Jan 28 - March 1

3/23/11

## Due on or before: 03/14/11          Amount due:  $5,122.90

Important Messages:
  Your next meter read date is: Mar. 30, 2011

D I S C O N N E C T   N O T I C E :  YOUR TOTAL
AMOUNT DUE IS  $5,122.90   A MINIMUM PAYMENT OF
$2,757.89   MUST BE RECEIVED AND PROCESSED BY
SOUTHWEST GAS ON OR BEFORE  03/14/11 TO AVOID
TURN OFF AT 1930 IDAHO ST
ALLOW FOR DELIVERY TIME IF MAILING PAYMENT AND
AVOID USING AN ELECTRONIC PAYMENT METHOD.

Gas Usage History Information:

| | Therms / Days = | Avg Daily Therms | Avg Monthly Temperature |
|---|---|---|---|
| This Month | 2586      32 | 74.56 | 54 |
| Last Month | 1371      18 | 76.17 | 29 |
| Last Year  | 2954      32 | 92.31 | 33 |

THERMS chart (4000 to 400)
F M A M J J A S O N D J F
10                    Months              11

xxx Sign up for paperless billing at www.swgas.com xxx

PLEASE SEE REVERSE SIDE FOR RULES AND REGULATIONS  ●  RETURN BOTTOM PORTION WITH PAYMENT

| Previous Balance | Payments & Adjustments | Balance Forward | Current Bill | Current Balance | AMOUNT DUE |
|---|---|---|---|---|---|
| 8,312.33 | - 5,520.85 | = 2,791.48 | + 2,331.42 | = 5,122.90 | $5,122.90 |

# frontier®
Welcome to the New Frontier

Check out www.FrontierOnline.com for great products, special offers and complete customer service information.

GOLD RUSH INN /DHILLON MGMT      Page 1 of 4
## Your Monthly Invoice

### Account Summary

| | |
|---|---|
| Date Due | 2/28/11 |
| Billing Date | 2/10/11 |
| Account Number | 775-738-8787-041406-8 |
| Amount of Last Bill | 9,954.28 |
| Payments Received Thru 2/10/11 | .00 |
| Other Credits & Charges | 8,235.05CR |
| Balance Before Current Charges |  PAID → 1,719.23 2/16 |
| New Charges | 1,936.92 |
| **Total Amount Due** | **$3,656.15** |

### Contacting Us

| | |
|---|---|
| Your Personal Identification Number is | 0402 |
| Billing Questions | www.frontier.com |
| Business | 800-921-8102 |

ENTERED

# Frontier Conferencing
## CONNECT. COLLABORATE. ACROSS THE COUNTRY AND AROUND THE WORLD.

Reduce your operational costs and reach your business objectives faster! Frontier's web and audio conferencing options make it easy!

**START HOSTING MORE PRODUCTIVE MEETINGS NOW.**

Call 1.800.671.2739 today.
www.Frontier.com/conferencing

2 3 6

## PAYMENT STUB

| **Total Amount Due** | **$3,656.15** |
|---|---|
| Date Due | 2/28/11 |
| Account Number | 775-738-8787-041406-8 |

Please do not send correspondence with your payment. Make checks payable to Frontier.


frontier®
Welcome to the New Frontier

1398 S. WOODLAND BLVD, DELAND, FL 32720-7731

AV 01 000262 76765 B 1 A**5DGT

GOLD RUSH INN /DHILLON MGMT
ACCOUNTS PAYABLE
1930 IDAHO ST
ELKO, NV 89801-2629

### Amount Enclosed        $ _____ . ____

☐    Check here for changing your billing address (see page 2)

FRONTIER
PO BOX 20550
ROCHESTER NY 14602-0550

0840477573887870414060000365615 8


**Welcome to the New Frontier**

GOLD RUSH INN /DHILLON MGMT
Page 3 of 4
Date of Bill                        2/10/11
Account Number          775-738-8787-041406-8

## CURRENT BILLING SUMMARY
Local Service from 02/10/11 to 03/09/11

| Qty Description | 775/738-8787.0 | Charge |
|---|---|---|
| **Basic Charges** | | |
| 3 Single Party Business Service | | 71.70 |
| 16 PBX Trk/Automatic Acc Ln | | 782.40 |
| 19 Multi-Ln Fed Sub Ln Chrg | | 174.80 |
| 17 Non-Published Listing | | 17.00 |
| 2 Credit For Non-Published Listing Charge | | 2.00CR |
| Other Charges-Detailed Below | | 149.31 |
| Federal Tax | | 36.70 |
| Federal USF Recovery Charge | | 27.17 |
| NV USF Surcharge | | 1.40 |
| NV Elko City Franchi | | .66 |
| **Total Basic Charges** | | **1,259.14** |
| | | |
| **Optional Services** | | |
| Business High-Speed - Static IP | | 88.99 |
| Business High-Speed Internet w/Static IP | | |
| Business High-Speed Access w/Static IP | | |
| Sponsored Hotspot | | 420.00 |
| 19 NV Deaf-Disabled Funding | | .57 |
| Block of 6 IP Addresses | | 20.00 |
| 2 3rd Party & Collect Call Screening | | 6.00 |
| 2 Data Coupler | | 4.00 |
| Dir Adv Y/P El | | 38.00 |
| Other Charges-Detailed Below | | 99.00 |
| Federal Tax | | .30 |
| NV USF Surcharge | | .15 |
| **Total Optional Services** | | **677.01** |
| | | |
| **Toll/Other** | | |
| Frontier | -Detailed Below | .75 |
| Federal Tax | | .02 |
| **Total Toll/Other** | | **.77** |

### TOTAL        1,936.92

---

## ** ACCOUNT ACTIVITY **
| Qty Description | Order Number Effective Dates | |
|---|---|---|
| 1 Late Payment Fee | 1/30 | 149.31 |
| 1 Internet Advertising - The Berry Company | | |
| | 1/27 | 98.00 |
| 1 HSI Surcharge | AUTOCH 2/09 | 1.00 |
| 775/738-8787 | Subtotal | 248.31 |

### Subtotal        248.31

---

## Detail of FRONTIER
Toll charged to 775/738-8787

| Ref # | Date | Time | Min | *Type | Place and Number Called | Charge |
|---|---|---|---|---|---|---|
| 1 | JAN 10 | 2:28P | 1 | OD | LOCAL D.A. NV (775)411-0000 | .25 |
| 2 | JAN 15 | 4:42P | 1 | ON | LOCAL D.A. NV (775)411-0000 | .25 |
| 3 | JAN 26 | 7:28P | 1 | OE | LOCAL D.A. NV (775)411-0000 | .25 |
| | | 775/738-8787 | | | Subtotal | .75 |

---

**Legend Call Types:**
OD - Operator Completed Day
ON - Operator Completed Night
OE - Operator Completed Evening

## CUSTOMER TALK

If your bill shows a previous amount, both the Past Due and Current Charges are due immediately. All of your bill charges must be paid each month to keep your account current and avoid collection activities To avoid disconnection of local service, the following amount must be paid $1325.78.

### PEACE OF MIND IS AT HAND

Frontier's Peace of Mind service offers Unlimited Tech Support and Hard Drive Backup to help keep your data and critical files protected. Automatic file backups occur every time a file is added, updated or edited. And Unlimited Tech Support provides PC troubleshooting and repair, as well as assistance with set-up of wireless networks and peripherals. Focus on your business, not on your technology troubles! Call 1-800-921-8102.

### HERE'S SOME STRAIGHT TALK

The Conversation Company tells it like it is: If your phone or Internet service goes down you're out of business. Why take a chance? Frontier gives you more flexibility with unparalleled reliability. Minimize your risk by calling 1-866-226-5166 today.

### GET A LAPTOP AND MORE

Jump start your business! Get a laptop and office productivity tools with a combined value of over $750 when you sign up for a value-packed bundle of voice, Internet and data backup with a 3-yr price protection plan. For details, call 1-866-226-5166 before 3/31/11.

### ATTENTION FRONTIER HIGH-SPEED INTERNET USERS

Frontier is providing High-Speed Internet Service to its end user customers pursuant to the Terms and Conditions described at http://www.frontier.com/terms. In the past, Frontier filed this information with the Federal Communications Commission (FCC). As a result of recent FCC rulings, we are now providing High-Speed Internet service per these Terms and Conditions. If you have any questions, please call the customer service number on your bill.

### ***IMPORTANT CUSTOMER INFORMATION***

This bill may contain charges for services that you or other authorized individuals in your household have purchased from companies other than your local Frontier telephone company. Such charges appear in a separate section of your bill along with the name and toll-free number of the company providing the services.

Southwest Gas - Pay My Bill

Page 1 of 1

 

### Welcome. Signed in as: hr@dmchotels.com

Text Size: A | A | A

1930 IDAHO ST ELKO NV 89801 (251-0047179-024)

| | |
|---|---|
| Account Summary | |
| Billing History | |
| Payment History | |
| Billing Settings | |
| Payment Options | |
| Pay My Bill | |
| Start Automatic Payment Plan | |
| Request a Payment Extension | |
| Energy Share | |
| MyAccount Settings | |

 Pay My Bill

Pay your bill quickly and easily online.

### ✔ Payment Successfully Submitted

Thank you, your payment has been submitted.

If your service has been disconnected, please contact Customer Assistance at 1-877-860-6020, Monday through Friday, 8am to 5pm PT (excluding holidays).

Print Confirmation

Gas Account Information

Southwest Gas Account Number: 251-xxx7179-024

Amount: $ 1,342.33

Date Submitted: Mar 15, 2011

Return to Account Summary.

About Southwest Gas | Employment | News | Rates and Regulations | Safety
Search | Site Map | Contact Us | Privacy Policy | MyAccount Terms and Conditions

©2010 Southwest Gas Corporation. All rights reserved.

 



**SOUTHWEST GAS CORPORATION**
GISM2100064926011010110010

PO Box 98890
Las Vegas NV 89193-8890

**Customer Assistance**
**Asistencia al Cliente**
**Toll Free/Llamada Gratis**
**1-877-860-6020**

Hearing Impaired: Dial 711
www.swgas.com



PLEASE RETAIN THIS TOP PORTION FOR YOUR RECORDS

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD BLVD
FRISCO TX 75034-1968

Service Address: 1930 IDAHO ST                89801
Rate Schedule: 437/NG-G(L) GENERAL SERVICE - LARGE

Your Local Office is 744 COMMERCIAL ST, ELKO NV 89801

| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | PLEASE PAY AMOUNT DUE |
|---|---|---|---|---|
| 251-0047179-024 | 17 | 02/03/11 | 02/18/11 | 8 |

PREVIOUS BILLING:
Previous Balance ......................................... 0.00
Payment(s) Since Last Bill ............................... 0.00

Balance Forward .......................................... $0.00

CURRENT BILLING:  18 Days
Meter Reading: Current  Previous   Billing   Total
              Jan 28   Jan 10     Factor    Therms
              28342    27222      1120 X 1.2238 = 1571

Delivery Charge        1571 Therms X  .14046 = 220.68
Gas Cost               Total Therms    .72722   997.72
Basic Service Charge                            86.65
Local Taxes                                     30.52
Universal Energy Charge                          4.52

Deposit Billing    6,970.00 Ref Due        6,970.00
Current Bill                                $8,312.33

*** Sign up for paperless billing at www.swgas.com ***





**Due on or before: 02/18/11**        **Amount due:  $8,312.33**

Important Messages:

* PLEASE PAY YOUR SECURITY DEPOSIT IN THE AMOUNT
OF  $6,970.00 ON OR BEFORE 02/18/11 TO
CONTINUE GAS SERVICE. YOU MAY CALL YOUR LOCAL
OFFICE LISTED ABOVE FOR PAYMENT OPTIONS. WE
APPRECIATE YOUR PROMPT ATTENTION TO THIS
BILLING. THANK YOU FOR CHOOSING SOUTHWEST GAS.

Gas Usage History Information:

| | Therms / Days = | Avg Daily Therms | Avg Monthly Temperature |
|---|---|---|---|
| This Month | 1571   18 | 76.17 | 54 |
| Last Month | 1624   30 | 54.13 | 28 |
| Last Year | 3010   30 | 100.33 | 26 |

THERMS chart:
J F M A M J J A S O N D J
10            Months        11

| Previous Balance | | Payments & Adjustments | | Balance Forward | | Current Bill | | Current Balance | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | + | 0.00 | = | 0.00 | + | 8,312.33 | = | 8,312.33 | $8,312.33 |

PLEASE SEE REVERSE SIDE FOR RULES AND REGULATIONS ● RETURN BOTTOM PORTION WITH PAYMENT

SIPsip: Elko Nevada Online Payment System                                         Page 1 of 1

  

Home  |  Manage Accounts  |  Edit User Information  |  Logout                      Help

Welcome DMC County                                              Tuesday, March 15, 2011 1:06:33 pm

**You have successfully scheduled your payment.**

## Payment Scheduled

You have agreed to pay the following amount to the indicated recipient on the first banking day on or after the date specified.

The payment will be posted to your merchant account within a few days after processing.
In the event that this payment is returned unpaid for any reason you understand that a collection fee of the amount allowed by the state may be electronically debited from your account.

Thank-you for your payment!
If you have any questions please call Cities - Elko Nevada at 775-777-7126.

| | |
|---|---|
| Name of Payer: | DMC Countty |
| Financial Account #: | BChk *8572 |
| Email: | csummers@dmchotels.com |
| Name of Payee: | Cities - Elko Nevada |
| Total: | $1,671.04 |
| Category: | Misc. |
| Date: | 3/15/2011 |
| Number of Payments: | Single Payment |
| Confirmation #: | 31974 |

Done

Print this page for your receipt.

Powered by

*Instant Payments*

Setup your page - call 800-764-0844

SECURED BY
RapidSSL

SIP Program © 2006-2011 dgspro.com ~ Data © 2006-2011 Instant Payments ~ All rights reserved.
(LU-1049/1049,61149/61149,51243/51243) 0s ~ Privacy Policy | Contact Us ~ Send feedback to webmaster@InstantPayments.com



775-777-7140
Ask for Don

**ELKO MUNICIPAL WATER DEPT.**
1751 COLLEGE AVENUE • ELKO, NV 89801

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
3987050.03

Billing Period: 01/31/2011

RETURN SERVICE
REQUESTED

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
ELKO, NEVADA
PERMIT NO. 59

Payment Due: 02/16/2011
Billing Period: 01/31/2011

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
3987050.03

e-DMH
2/16/11

Check #

Total Amount Due: $        5,446.88

Total Balance Due:

You may pay your bill at
www.elkocity.com. We also have
Automatic Bill Pay available from your
checking or savings account. Contact us at
777-7135 for more information.

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST

ELKO  NV  89801

JAN
$2679.83
Not Penalty
waived

4360.72

Past Due Balance (BK)

2767.05

$2638.38.        2679.83

967.34 (Pro rate).

Prorated    $ x  1671.04.    ] - Jan Bill

SIPsip: Elko Nevada Online Payment System                                    Page 1 of 1

  

Home  |  Manage Accounts  |  Edit User Information  |  Logout                    Help

Welcome DMC County                                          Tuesday, March 15, 2011 1:10:51 pm

**You have successfully scheduled your payment.**

## Payment Scheduled

You have agreed to pay the following amount to the indicated recipient on the first banking day on or after the date specified.

The payment will be posted to your merchant account within a few days after processing.

In the event that this payment is returned unpaid for any reason you understand that a collection fee of the amount allowed by the state may be electronically debited from your account.

Thank-you for your payment!
If you have any questions please call Cities - Elko Nevada at 775-777-7126.

 

Name of Payer:       **DMC Countly**
Financial Account #:  **BChk *8572**
Email:               **csummers@dmchotels.com**
Name of Payee:       **Cities - Elko Nevada**
Total:               **$2,689.68**
Category:            **Misc.**
Date:                **3/15/2011**
Number of Payments:  **Single Payment**
Confirmation #:      **31975**

[ Done ]

Print this page for your receipt.

Powered by

**Instant Payments**

Setup your page - call 800-764-0844

SIP Program © 2006-2011 dgspro.com ~ Data © 2008-2011 Instant Payments ~ All rights reserved.
(LU-1049/1049,61149/61149,51243/51243) 0t ~ Privacy Policy | Contact Us ~ Send feedback to webmaster@InstantPayments.com

ELKO MUNICIPAL WATER DEPT.
1751 COLLEGE AVENUE • ELKO, NV 89801

DMC COUNTRY HEARTH

**ELKO MUNICIPAL WATER DEPT.**
1751 COLLEGE AVENUE
ELKO, NV 89801
(775) 777-7100 • (775) 777-7135
www.elkocity.com

RETURN
SERVICE
REQUESTED

Presorted
First Class Mail
US Postage Paid
Permit 1010
Orem, Utah

1930 IDAHO ST

| BILL DATE | DUE DATE | | SERVICE ADDRESS |
| --- | --- | --- | --- |
| 02/28/2011 | 03/16/2011 | | 1930 IDAHO ST |

| DUE DATE | ACCOUNT NO. |
| --- | --- |
| 03/16/2011 | 3987050.03 |

PAY THIS AMOUNT

**$8,166.29**

AMOUNT PAID

PLEASE RETURN THIS STUB WITH PAYMENT

| SERVICE | METER READINGS PREVIOUS | PRESENT | USAGE (thousands) | AMOUNT |
| --- | --- | --- | --- | --- |
| Water | | | | 611.68 |
| Sewer | | | | |
| Sewer - Capital Imp | | | | 771.40 |
| Street Light Fee | | | | 978.50 |
| Storm Drain | | | | 52.80 |
| Late Penalty | | | | 24.00 |

1 ← 279.41 Feb Bill

| ACCOUNT NUMBER | 3987050.03 | PAY THIS AMOUNT | $8,166.29 |
| --- | --- | --- | --- |

1291 ******AUTO**SCH 5-DIGIT 89801        P4 T1
DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
ELKO NV 89801-2629

$2.70

2,638.38
51.30 Late fees
for Jan month

Feb Bil — 2,689.68

Feb. Bill

FROM ELKO SANITATION                    (TUE)MAR 15 2011 10:59/ST. 10:49/No. 7523520447 P 1

ELKO SANITATION
355 W SILVER STREET
ELKO     NV 89801
(775)738-3771

| | |
|---|---|
| INVOICE/STATEMENT # | 1228132 |
| DATE | 03/01/2011 |
| ACCOUNT # | 174986 |
| PO# | 0 |

DMC- COUNTRY HEARTH - ELKO
LLC DBA ELKO GOLD MINE
Bill To:  1930 IDAHO ST
ELKO, NV 89801

COUNTRY HEARTH

Location:   1930 IDAHO ST
ELKO, NV 89801

| | |
|---|---|
| Statement Date | 03/01/2011 |
| Due Date | 03/20/2011 |

DATE PAID _____   CHECK NO. _____   AMOUNT _____

For proper credit please return top portion.

| DATE | REFERENCE | DESCRIPTION | QUANTITY | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | | *Previous Balance* | | | *0.00* |
| | | **CHARGES THIS INVOICE** | | | |
| 174986 | | 1930 IDAHO ST | | | |
| 03/01/11 | | RL 3 YD 6X WK 1 | 1.00 | 360.40 | 360.40 |
| | | FUEL & MATERIAL SURCHARGE | | | 0.00 |
| | | SALES TAX | | | 0.00 |
| | | **SUBTOTAL FOR 174986** | | | 360.40 |

| AGE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | FINANCE | **Please Pay** |
|---|---|---|---|---|---|---|
| **AMOUNT** | 360.40 | 0.00 | 0.00 | 0.00 | 0.00 | **$360.40** |

Account #   174986

**Please pay from this statement. This includes your remittance portion.**

Page 1 of 1

**Welcome AMERI INN \*DIP**
**Online Payment Pay My Bill - Confirm. Step 3 of 3**

> **AMERI INN \*DIP**
> **1930 IDAHO ST**
> **ELKO, NV 898012629**
> **Account: 1000117213703478824**



Thank you for your payment. The confirmation number below verifies that you have authorized an electronic debit from your eligible checking or savings account.

| | |
|---|---|
| **Your confirmation number is:** | 1728881 |
| **Payment bank account:** | \*\*\*\*\*\*8572 |
| **Payment amount:** | $1,099.06 |
| **Payment date:** | 15-MAR-2011 |

Please print this screen as a confirmation notice of your transaction.

> Thank you for paying your NV Energy bill online. We have some additional payment options to make it even easier.
>
> - Paperless Billing
> - Automatic Monthly Payments

Done





ACCOUNT NUMBER: 1000117213703478824          Page 1 of 2

Service      AMERI INN *DIP
Address:     1930 IDAHO ST
             ELKO NV 698012629

Customer: 0011721375
Premises: 0347882

Bankruptcy Dept 775-

| 1/29/2011 | Next Meter Read Date | Due Date | TOTAL AMOUNT DUE |
|-----------|---------------------|----------|------------------|
| A15 B01   | Feb 15, 2011        | Feb 16, 2011 | $6,294.06     |

| PREVIOUS BALANCE | PAYMENTS | ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES |
|------------------|----------|-------------|-----------------|-----------------|
| $.00             | $.00     | $.00        | $.00            | $6,294.06       |

Don't forget to sign up for Paperless Billing. Enroll in MyAccount at NVEnergy.com.

Saving energy saves money. For energy conservation tips visit nvenergy.com.

Thank you for maintaining an excellent payment record. We look forward to serving you in the future.

### ELECTRIC - MEDIUM GENERAL SERVICE

| Meter Number | Service Category | Service Period From | To | Bill Days | Meter Readings Previous | Current | Meter Multiplier | Billing Usage |
|--------------|------------------|---------------------|-----|-----------|-------------------------|---------|------------------|---------------|
| 161852       | KWH              | Jan 10              | Jan 14 | 4      | 7695                    | 7725    | 120              | 3,600         |
|              | KW               | Jan 10              | Jan 14 | 4      | .00                     | .68     | 120              | .82           |

| | | | |
|---|---|---|---|
| ELECTRIC CONSUMPTION | 3,600.00 | KWH x .0789500 | 284.22 |
| DEMAND CHARGE | 82.00 | KW x 3.3300000 | 273.06 |
| FACILITY CHARGE DEMAND | 82.00 | KW x 6.6800000 | 547.76 |
| DEFERRED ENERGY ADJUSTMENT | 3,600.00 | KWH x .0155800CR | 56.09CR |
| TEMP. GREEN POWER FINANCING (TRED) | 3,600.00 | KWH x .0012300 | 4.43 |
| RENEWABLE ENERGY PROGRAM (REPR) | 3,600.00 | KWH x .0057300 | 20.63 |
| BASIC SERVICE CHARGE | | | 2.19 |
| LOCAL GOVERNMENT FEE | | 2% | 21.52 |
| UNIVERSAL ENERGY CHARGE | 3,600.00 | KWH x .0003900 | 1.40 |

ELKO GOLD

**TOTAL ELECTRIC SERVICE AMOUNT**                          **$1,099.06**

AVERAGE TOTAL COST OF ELECTRIC SERVICE
$1,099.06 / 3,600 KWH = .30529/KWH

Bankruptcy.

Yvonne-4945
775-834-4945 e-omax 2/16/11



Call (775) 834-4444 or (800) 962-4166 for assistance Monday-Friday 7:30-5:30 excluding holidays
After hours emergencies call: (800) 962-4166    Mail Payment to: PO BOX 30065 Reno NV 89520

PLEASE RETURN THIS PORTION WITH PAYMENT                      MAKE CHECKS PAYABLE TO NV ENERGY

ACCOUNT NUMBER
1000117213703478824

| | |
|---|---|
| BALANCE FORWARD | .00 |
| CURRENT CHARGES | 6,294.06 |
| TOTAL AMOUNT DUE | $6,294.06 |
| Current Charges due by Feb 16, 2011 | |

Service Address:   1930 IDAHO ST
                   ELKO,NV 898012629

6782.3.39.7119 1 AV 0.335  oz 0.730

Please enter amount paid below

$ _____

AMERI INN *DIP
1930 IDAHO ST
ELKO NV 89801-2629

89520-3065

1000117213703478824 0000629406 0000629406 0 002