EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO** — Good things come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801) 975-3500 (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**DELIVERY COPY**  —  CONFIDENTIAL PROPERTY OF SYSCO

| DELV. DATE | 4/21/11 | INVOICE NUMBER | 104210724 | PAGE 2 |
| TRUCK STOP | 016 | PURCHASE ORDER | | |
| ROUTE | 4333 | | | |

TERMS — PART DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

COD ACH
MANIFEST# 639054 NORMAL DELIVERY
MA: SIBA  THAIN BURKHART  9184
DRIVER: GRANT  99925

BEST WESTERN
1930 IDAHO ST
ELKO    NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO    NV  89801

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY UT 84127-0638

| QTY | B/O | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INV. ADJ CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ****DISPENSER BEVERAGE**** | | | | | | |
| | | | | GROUP TOTAL**** | | | | 771.40 | | |
| D | 1 | CS | 150.750Z | CITAVCO COFFEE COL 100% DECAF IN ROOM 397%0 | 5528708 | 96.50 | | 96.50 | | |
| D | 2 | CS | 962 OZ | CITAVCO COFFEE COL 100% FINE W/F 35B6632 | 4116158 | 164.46 | | 328.92 | | |
| D | 4 | CS | 200.70 OZ | CITAVCO COFFEE GRND YIELD IN ROOM | 5988852 | 77.00 | | 308.00 | | |
| D | 1 | CS | 24 LTR | NATRSEL JUICE APPLE CRYSTAL 10B152 | 6149918 | 89.99 | | 89.99 | | |
| | | | | GROUP TOTAL**** | | | | 823.41 | | |
| | | | | FROZEN | | | | | | |
| | | | | ****DAIRY**** | | | | | | |
| F | 4 | CS | 723.5 OZ | PAPETTI OMELET EGG CHEESE 460259013500 | 2232965 | 63.42 | | 253.68 | | |
| F | 2 | CS | 723.5 OZ | PAPETTI OMELET EGG CHEESE 460259013500 | 2232965 | 63.42 | | 126.84 | | |
| | | | | GROUP TOTAL**** | | | | 380.52 | | |
| | | | | ****MEATS**** | | | | | | |
| F | 4 | CS | 160Z OZ | SYS CLS SAUSAGE PORK PTY CKD MILD | 1589332 | 31.97 | | 127.88 | | |
| | | | | GROUP TOTAL**** | | | | 127.88 | | |
| | | | | ****FROZEN**** | | | | | | |
| F | 1 | CS | 903 OZ | BBRLCLS BAGEL PLAIN BULK BKD SLI 36000 | 7016942 | 34.87 | | 34.87 | | |
| F | 1 | CS | 120 20Z | BKRSCLS BISCUIT BTRMLK 3" 1019 | 5083662 | 34.77 | | 34.77 | | |
| F | 3 | CS | 842.25 OZ | SPKMY DANISH ASST APL/CHES/CHERRY 80991 | 8396766 | 63.87 | | 191.61 | | |
| F | 2 | CS | 721.5 OZ | BKRSIMP MUFFIN ASST BLU/APP/BAN 07347302 1815 | 7812015 | 34.23 | | 68.46 | | |
| F | 1 | CS | 612 CT | BKRSCLS MUFFIN ENGLISH FRK SPLIT 2 O 8593024 | 8593024 | 20.36 | | 20.36 | | |
| | | | | GROUP TOTAL**** | | | | 350.07 | | |
| | | | | ****DISPENSER BEVERAGE**** | | | | | | |
| F | 2 | CS | 24 LTR | NATRSEL JUICE ORANGE FRZ CADDY 108145 | 6150072 | 109.99 | .34 | 219.98 | | |
| | | | | GROUP TOTAL**** | | | | 219.98 | | |
| MISC | | | CHARGES | CHGS FOR FUEL SURCHARGE | | | | 25.00 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | | | SUB TOTAL | 3207.48 |
| 28 | | 28 | 27.5 | 419 | | | | INVOICE TOTAL | |

PAYABLE ON OR BEFORE

OPEN: 6:00 AM  CLOSE: 7:00 PM

NO PCS    CUST
DELVD     SIGN

DRIVER'S
SIGN

CONT. ON PAGE  3



**AmTrust North America**
An AmTrust Financial Company

**PREMIUM INVOICE**

641202
ELKO GOLDMINE LLC
DBA COUNTRY HEARTH
3400 PARKWOOD BLVD SUITE 500
FRISCO, TX 75034

| | |
|---|---|
| Invoice Date: | 3/31/2011 |
| Balance Due: | 2,087.00 |
| Installment Due Date: | 4/20/2011 |

Master Acct: 88919

| Policy Number: | Coverage Description: | Policy Effective: | Policy Status: | Total Policy Cost: | Total Billed To Date: | Total Paid To Date: | Currently Due: |
|---|---|---|---|---|---|---|---|
| SPP1007964 00 | Commercial Package | 8/21/2010 | In Effect | 20,865.00 | 16,696.00 | 14,609.00 | 2,087.00 |
| | | | | | | Total Due: | 2,087.00 |

**Payment Options:**

**E-Check or Credit Card –** To pay by electronic check or Mastercard® or Visa® over the phone, please call 877-528-7878 (M-F 8am-6pm EST).  Partial payment will not be accepted.

**Direct Debit –** The direct debit program will automatically debit your payment due from the checking or savings account you specify each time a payment is due. To obtain a Direct Debit Authorization form, please call 877-528-7878.

**Check –** Please make your check payable to Amtrust North America, Inc. and include your Master Account Number on your check.

**Elko Gold Mine, LLC DIP**                                                                    1050

| | | Amtrust North America | | | 4/25/2011 | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 4/1/2011 | Bill | APRIL 2011 | 2,087.00 | 2,087.00 | | 2,087.00 |
| | | | | | Check Amount | 2,087.00 |

Citibank DIP 8572                                                                    2,087.00

# Best Western Elko Inn Nevada

PURPOSE: Petty Cash

EMPLOYEE INFORMATION:
Name    Angie Virk
Position

Start Out Fund $1,000.00

From 15-Mar-11
To 28-Mar-11

| Date | Account # | Description | Brkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-Mar-11 | | OFFICE MAX | | | $ 61.95 | | | | | | | $ 61.95 |
| 16-Mar-11 | | GAS DROP CONNORE TO AIRPORT | | | | | $ 20.00 | | | | | $ 20.00 |
| 16-Mar-11 | | ALBERTSONS | $ 25.92 | | | | | | | | | $ 25.92 |
| 18-Mar-11 | | USPS | | | | | $ 18.30 | | | | | $ 18.30 |
| 21-Mar-11 | | USPS | | | | | $ 8.32 | | | | | $ 8.32 |
| 21-Mar-11 | | OFFICE MAX | | | $ 14.73 | | | | | | | $ 14.73 |
| 23-Mar-11 | | OFFICE MAX | | | $ 14.41 | | | | | | | $ 14.41 |
| 23-Mar-11 | | SMITH | $ 11.67 | | | | | | | | | $ 11.67 |
| 25-Mar-11 | | USPS | | | | | $ 18.30 | | | | | $ 18.30 |
| 26-Mar-11 | | HOMEDEPO | | $ 258.22 | | | | | | | | $ 258.22 |
| 28-Mar-11 | | OFFICE MAX | | | $ 135.13 | | | | | | | $ 135.13 |
| 28-Mar-11 | | PICK UP CONNORS FROM AIRPORT | | | | | $ 25.00 | | | | | $ 25.00 |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - | $ 611.95 |

Reimbursement total    $ 611.95
Cash on Hand    $388.05
Total Petty Cash    $1,000.00

## Elko Gold Mine, LLC DIP

Angie Virk

| Date | Type | Reference |
|---|---|---|
| 4/27/2011 | Bill | 4.20.11 |

Original Amt.
611.95

Balance Due
611.95

4/27/2011    Discount

Check Amount

1051

Payment
611.95
611.95

Citibank DIP 8572    reimb office supplies/maint supplies/fuel

611.95

# Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

From 15-Mar-11
To 28-Mar-11

**EMPLOYEE INFORMATION:**
Name: Angie Virk
Position:

Start Out Fund $1,000.00

| Date | Account # | Description | Bkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeep ing | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-Mar-11 | | OFFICE MAX | | | $ 61.95 | | | | | | | $ 61.95 |
| 16-Mar-11 | | GAS DROP CONNORE TO AIRPORT | | | | | $ 20.00 | | | | | $ 20.00 |
| 16-Mar-11 | | ALBERTSONS | $ 25.92 | | | | | | | | | $ 25.92 |
| 18-Mar-11 | | USPS | | | | | $ 18.30 | | | | | $ 18.30 |
| 21-Mar-11 | | USPS | | | | | $ 8.32 | | | | | $ 8.32 |
| 21-Mar-11 | | OFFICE MAX | | | $ 14.73 | | | | | | | $ 14.73 |
| 23-Mar-11 | | OFFICE MAX | | | $ 14.41 | | | | | | | $ 14.41 |
| 23-Mar-11 | | SMITH | $ 11.67 | | | | | | | | | $ 11.67 |
| 25-Mar-11 | | USPS | | | | | $ 18.30 | | | | | $ 18.30 |
| 26-Mar-11 | | HOMEDEPO | | $ 258.22 | | | | | | | | $ 258.22 |
| 28-Mar-11 | | OFFICE MAX | | | $ 135.13 | | | | | | | $ 135.13 |
| 28-Mar-11 | | PICK UP CONNORS FROM AIRPORT | | | | | $ 25.00 | | | | | $ 25.00 |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ 611.95 |
| | | | $ 37.59 | $ 258.22 | $ 226.22 | $ - | $ 89.92 | $ - | $ - | $ - | $ - | $ 611.95 |

NOTES:

Reimbursement total $ 611.95
Cash on Hand $388.05
Total Petty Cash $1,000.00

Employee Signature
Date Signed

ANGIE VIRK
3/28/2011



More saving.
More doing.™

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00059  85320    03/26/11  12:56 PM
CASHIER SELF CHECK OUT - SCOT59

| | | |
|---|---|---|
| 028905846202 SHOWERHEAD <A> | | 19.96 |
| | 209.98 | |
| 037000435167 MR CLEAN ERA <A> | | 10.41 |
| | 303.47 | |
| 054600782736 OXY TRIGGER <A,S> | | 2.50 |
| 044600354170 CLEAN UP 32 <A> | | 3.28 |
| 078291210835 CLR GALLON <A> | | 23.87 |
| 052427520128 20Z OXCURE <A> | | 5.77 |
| 046195484094 LAMP <A> | | 26.79 |
| 046135481727 SOCKET <A> | | 2.19 |
| 046677209728 40W BR40 HES <A> | | 37.35 |
| | 507.47 | |
| 046677209704 40W8R30HES <A> | | 34.85 |
| | 506.97 | |
| 046677134082 75WPAR30F <A> | | 74.70 |
| | 1007.47 | |

| | |
|---|---|
| SUBTOTAL | 241.67 |
| SALES TAX | 16.55 |
| TOTAL | $258.22 |
| CASH | 100.00 |
| CASH | 100.00 |
| CASH | 100.00 |
| CHANGE DUE | 41.78 |

3320 59 85320 03/26/2011 4933

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1        90        06/24/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*******************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
174249 170988



WORK WITH US™

OfficeMax #967
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89901
(775) 777-1263

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| | $10.99 |
| 011491981037 | |
| Paper Roll 2-1/4" Bond 12p | $20.49 |
| 053320022969 | |
| Recycle PopUp 3x3 12pk Yel | $93.99 |
| 883356695775 | |
| HP Toner CE505a Black | $10.99 |
| 011491981037 | |
| Paper Roll 2-1/4" Bond 12p | ($10.00) |
| $10 off $50 purchase | |
| 18598198287668 | |

| | |
|---|---|
| | $126.46 |
| SubTotal | $8.67 |
| Tax 6.850% | $135.13 |
| TOTAL | $140.00 |
| | $4.87 |
| Cash | |
| Change | |

94545516
0967 00003 05029 3 03/28/11
00414832 12:07:46 PM

ORDER BY PHONE 1-877-OFFICEMAX

For Employment Opportunities Apply At
www.smithsfoodanddrug.com



Market-Fresh Every Day

1740 Mountain City Hwy.
775-777-1333
YOUR CASHIER WAS VAN S

| SNNYD PUNCH | FV | 3.89 F |
| SNNYD PUNCH | FV | 3.89 F |
| SNNYD PUNCH | FV | 3.89 F |
| TAX | | 0.00 |
| **** BALANCE | | 11.67 |
| CASH | | 20.00 |
| CHANGE | | 8.33 |

TOTAL NUMBER OF ITEMS SOLD = 3
03/23/11 03:46pm 388 80 151

**********************************
ENTER TO WIN
ONE OF 20
$100 GIFT CARDS

You are invited to complete a survey
about your recent visit to Smith's
Answer by Internet @
www.tellkroger.com

You need this receipt to respond.

Participe para ganar una de las
20 tarjetas de regalo de $100

Le invitamos a llenar una encuesta
sobre su reciente visita a la tienda
Smith's Responda por Internet
en www.tellkroger.com
Usted necesitara este
recibo para responder
**********************************
Survey Entry Code - 706 999
**********************************

Join FreshValues & Begin Saving Today!
You Could Have Saved $5.70

THANK YOU FOR SHOPPING SMITH'S



# Albertsons

ALBERTSONS 155 (775) 738 - 8016
STORE DIRECTOR KARL MOOREHEAD

RRED CUSTOMER           42531463202
/16/11 09:13 0155 08 0070 122

### DAIRY

| | | |
|---|---|---|
| Fat Free Milk | | 2.99 F |
| MILK | | 3.19 F |
| MILK | | 3.19 F |
| MILK | | 3.19 F |
| MILK | | 3.19 F |
| SUNNY DELIGHT | PC | 3.39 F |
| .49 | PC SAVINGS | .10 |
| SUNNY DELIGHT | PC | 3.39 F |
| .49 | PC SAVINGS | .10 |
| SUNNY DELIGHT | PC | 3.39 F |
| .49 | PC SAVINGS | .10 |

JBTOTAL        25.92
RX              .00
JTAL          25.92

ash           30.00
HANGE          4.08

(**SAVINGS FOR A BETTER YOU********

RRED SAVINGS              .30

(**TODAY'S TOTAL SAVINGS*********
              $.30
**********************************
Number of Items Purchased = 8

ink you for shopping Albertsons

Questions 1-877-932-7948
------------------------------------
inter to be a weekly winner
 of a $100 gift card!!
to: www.albertsonslistens.com
   Enter Code:
   03160 15690 080070
? the survey within 3 days
------------------------------------
Questions 1-877-932-7948

# OfficeMax®
## WORK WITH US™

OfficeMax #967
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| 50011491980233 | $38.99 |
| DMX  Copy 10-R Case | |
| 011491972288 | $28.99 |
| Envelope Clasp 10x15" | |
| $10 off $50 purchase | ($10.00) |
| 18598198256311 | |

| | |
|---|---|
| SubTotal | $57.98 |
| Tax 6.850% | $3.97 |
| TOTAL | $61.95 |
| Cash | $80.00 |
| Change | $18.05 |

                    18441516
0967 00003 99782 1 03/15/11
   00383694 11:59:17 AM

ORDER BY PHONE 1-877-OFFICEMAX



0967003997800010315110 08

For Employment Opportunities Appl
www.smithsfoodanddrug.com

# Smith's
## Market-Fresh Every Day

1740 Mountain City Hwy.
775-777-1333
YOUR CASHIER WAS VAN S

| | | |
|---|---|---|
| SNNYD PUNCH | FV | 3. |
| SNNYD PUNCH | FV | 3. |
| SNNYD PUNCH | FV | 3. |
| TAX | | 0. |
| **** BALANCE | | 11. |
| CASH | | 20. |
| CHANGE | | 8. |

TOTAL NUMBER OF ITEMS SOLD =    3
03/23/11 03:46PM  388  80  151

*********************************
      ENTER TO WIN
      ONE OF 20
      $100 GIFT CARDS

You are invited to complete a surv
about your recent visit to Smith'
   Answer by internet @
   www.tellkroser.com

You need this receipt to respon

Participe para ganar una de las
20 tarjetas de regalo de $100

Le invitamos a llenar una encues
sobre su reciente visita a la tie
   Smith's Responda por Internet
   en www.tellkroser.com
   Usted necesitara este
   recibo para responder
*********************************
   Survey Entry Code - 706 999
*********************************

Join FreshValues & Begin Saving To
You Could Have Saved $5.70

   THANK YOU FOR SHOPPING SMITH'S

# OfficeMax
## WORK WITH US

OfficeMax #967
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| 041333933641 | $13.79 |
| D Coppertop Batteries 8pk | |

| | |
|---|---|
| SubTotal | $13.79 |
| Tax 6.850% | $0.94 |
| OTAL | $14.73 |

| | |
|---|---|
| ash | $20.00 |
| hange | -$5.27 |

72444516
0967 00001 03028 4 03/21/11
00380526 01:51:54 PM

ORDER BY PHONE 1-877-OFFICEMAX



---

# OfficeMax
## WORK WITH US

OfficeMax #967
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| 012502620952 | $13.49 |
| Brother Ink LC61 Cyan | |

| | |
|---|---|
| SubTotal | $13.49 |
| Tax 6.850% | $0.92 |
| TOTAL | $14.41 |

| | |
|---|---|
| Cash | $15.00 |
| Change | $0.59 |

624465
0967 00001 06732 4 03/2
00406473 03:41:04 PM

ORDER BY PHONE 1-877-OFFICEMAX



---

Elko Smoke Shop, 1
1750 Silvereagle
Elko, NV 89801

03/16/2011 11:05:29 AM
Register: 3 Trans #: 5668 Op ID: ‹
Your cashier: Rae Rae

| | |
|---|---|
| REGULAR CA   PUMP#5 | |
| 5.748 GAL @ $ 3.479/GAL | $20.0 |

| | |
|---|---|
| Subtotal = | $20.0 |
| Tax = | $0.0 |
| Total = | $20.0 |
| Change Due = | $0.0 |

| | |
|---|---|
| Cash | $20.0 |

Thank You Come Again
775-777-1732

**Receipt 1 (left)**

```
        ELKO MPO
       ELKO, Nevada
        898013618
     3148830806-0096
/2011 (800)275-8777 03:24:

===== Sales Receipt =====
t          Sale Unit        F
          Qty  Price        P
)tion                       P

TX 75034
xpress Mail           $18
Flat Rate Env

:EG113320479US
!1/11 03:00 PM -
led Delivery
e Requested

[:
                    ========
                     $18.30

                    ========
                     $18.30

                    $100.00
                    -$81.70

  at USPS.com/shop or
tamp24. Go to
:knship to print
ls with postage.  For
tion call
5.
!*******************
*******************
when and where you
  secure Post Office
)r a box online at
s.
*******************
!******************

9B7

n stamps and postage
anteed services only
' your business
*******************
*******************
VE YOU BETTER

to:
perience.com/Pos

YOUR RECENT
ERIENCE

V COUNTS
```

**Receipt 2 (middle)**

```
           ELKO MPO
          ELKO, Nevada
           898013618
        3148830806-0098
   03/25/2011 (800)275-8777 01:48:55 PM

======= Sales Receipt =======
Product         Sale Unit      Final
Description      Qty Price      Price

FRISCO TX 75034                $18.30
Zone-6 Express Mail
PO-Add Flat Rate Env
7.00 oz.
Label #:EG113320292US
Mon 03/28/11 03:00 PM -
Guaranteed Delivery
Signature Requested

Issue PVI:                     =======
                               $18.30

Total:                         $18.30

Paid by:
Cash                           $20.00
Change Due:                    -$1.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
***************************************
***************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
***************************************
***************************************

Bill#:1000200877065
Clerk:05

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
***************************************
***************************************
     HELP US SERVE YOU BETTER

            Go to:
   https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE
```

**Receipt 3 (right)**

```
           ELKO MPO
          ELKO, Nevada
           898013618
        3148830806-0096
  03/21/2011 (800)275-8777 02:14:02 PM

====== Sales Receipt ======
Product         Sale Unit     Final
Description      Qty Price     Price

Cushion Mlr    1   $1.09       $1.09
6x10-RP
BOULDER CO 80302               $1.73
Zone-4 First-Class
Parcel
3.40 oz.
Expected Delivery; Wed 03/23/11
~~ COD                         $5.50
COD Amount :          $7.23
Insurance Amount :    $0.00
Label #:     M458115248
                           =======
Issue PVI:                     $7.23

Total:                         $8.32

Paid by:
Cash                          $20.00
Change Due:                   -$11.68

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
***************************************
***************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
***************************************
***************************************

Bill#:1000402298904
Clerk:05

All sales final on stamps and postage
 Refunds for guaranteed services only
    Thank you for your business
***************************************
***************************************
```



AMOUNT
$25.00

3-28-11
DATE

CHECK ONE

☑ PAID OUT
☐ REFUND

EXPLANATION

ROOM NO.                    FOLIO NO.

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

NOT VALID UNLESS APPROVED BY INNKEEPER

Drop Convoys to the
Airport @ 11Am.

CERTIFY HERE AND TIME STAMP ON BACK.

A-S Hospitality, Inc.    FORM 9-23

LITHO IN USA.



**Best Western Elko Inn**

**1930 Idaho St.**

**Elko, NV 89801**

**Phone: (775) 738-8787**

**Fax: (775) 753-7910**

**To:** _Connie_

**Fax:** _972-668-6769_

**Phone:** _____

**RE:** _____

**From:** _Anji_

**Pages:** _7_

**Date:** _3-29-11_

**CC:** _____

☐ **Urgent**

☒ **For Review**

☐ **Please Reply**

1052

**Elko Gold Mine, LLC DIP**

Alliance Commercial Equipment Co, Inc.

4/28/2011

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|--|---------------|-------------|----------|---------|
| 4/28/2011 | Bill | 283 | | 2,454.73 | 2,454.73 | | 2,454.73 |

Check Amount    2,454.73

Citibank DIP 8572    Elko Gold Mine LLC    2,454.73

|  | MN |  |
|--|----|--|

| Description | Qty | Total |
|-------------|-----|-------|
| MAIN INPUT BOARD | 1 | 883.70T |
| 6 PIN PLUG | 1 | 32.72T |
| Shop Supplies | 1 | 5.94T |
| Service Labor Rate-Taxable | 2 | 150.00T |
| Mileage and Trip Charge per Mile | 460 | 575.00T |
| Above Price Estimate Only due to Angie's assessment | | |
| Our Technician claims there is no way to know this is the work that needs done | | |
| There must be an assessment ie. initial trip | | |
| Service Labor Rate-Taxable | 1 | 75.00T |
| Mileage and Trip Charge per Mile | 460 | 575.00T |
| Elko County, NV Sales Tax | | 157.37 |

| | **Total** | $2,454.73 |

| Phone # | Fax # |
|---------|-------|
| 801-266-7086 | 801-262-4253 |

**BEST WESTERN ELKO INN**

04-29-11

02:38 AM

### Manager - Flash

| | 2011 DAY | 2011 MONTH | 2011 YEAR |
|---|---|---|---|
| Today's Demand | 86 | 2111 | 7940 |
| Clean Rooms | 48 | | |
| Dirty Rooms | 87 | | |
| Doubles As Singles | 44 | 2654 | 1476 |
| % Beds Occupied | 280.56 | 289.55 | 278.73 |
| ADR | 78.38 | 76.56 | 70.76 |
| ADR minus Comp | 80.09 | 77.66 | 71.19 |
| ADR minus House | 78.38 | 76.56 | 70.74 |
| ADR minus Comp and House | 80.09 | 77.66 | 71.19 |
| Average Person Rate | 60.02 | 65.85 | 59.84 |
| Average Persons per Block Rooms | 0.00 | 1.63 | 1.63 |
| Average Revenue per Block Rooms | 80.10 | 80.10 | 80.10 |
| Average Room Revenue per Block Rooms | 0.00 | 80.10 | 80.10 |
| Room Revenue | 6,567.38 | 162,533.26 | 561,812.59 |
| Food And Beverage Revenue | 0.00 | 0.00 | 917.64 |
| Other Revenue | 0.00 | 77.40 | 280.85 |
| Total Revenue | 6,567.38 | 162,532.66 | 562,611.58 |
| Block Revenue | 0.00 | 1,521.90 | 1,521.90 |
| Block Room Revenue | 0.00 | 1,521.90 | 1,521.90 |
| Individual Revenue | 6,567.38 | 161,010.76 | 561,089.68 |
| Individual Room Revenue | 6,567.38 | 160,933.36 | 559,891.09 |
| Member Revenue | 2,121.46 | 34,776.24 | 130,055.43 |
| Member Room Revenue | 1,909.86 | 34,626.47 | 129,425.40 |
| Total Revenue of Person | 6,502.2 | 165.88 | 59.07 |
| Payment | 7,727.54 | 184,408.18 | 628,695.67 |
| Maximum Revenue | 0.00 | 0.00 | 0.00 |
| Maximum Revenue for Rooms Occupied | 0.00 | 0.00 | 0.00 |
| Maximum Revenue % | 0.00 | 0.00 | 0.00 |
| Maximum Revenue % per Rooms Occupied | 0.00 | 0.00 | 0.00 |
| Arrival Rooms for Tomorrow | 8 | | |
| Arrival Persons for Tomorrow | 11 | | |
| Departure Rooms for Tomorrow | 33 | | |
| Departure Persons for Tomorrow | 45 | | |
| % Rooms Occupied Tomorrow | 59.85 | | |
| % Multiple Occupancy | 12.79 | | |
| % Rooms Occupied of the Next 7 Days | 61.51 | | |

**Elko Gold Mine, LLC DIP**                                                    1054

   Dhillon Management LLC                              4/29/2011

                                                 1,600.00

Citibank DIP 8572        Mangement Fees April Week 22nd&29th                    1,600.00

# citibank



**CitiBusiness®**

Citibank Client Services  022
PO Box 769013
San Antonio, TX 78245-9013

133937/R1/20F000/0

051
CITIBANK, N. A.
**Account**
████8572
**Statement Period**
Apr. 1 - Apr. 30, 2011
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

Page 1 of 16

ELKO GOLD MINE LLC - DIP
3400 PARKWOOD BLVD Suite LEGACY
FRISCO            TX 75034

---

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2011

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $112,931.66 |
| **Savings** | ---- |
| **Checking Plus** | ---- |

## SUGGESTIONS AND RECOMMENDATIONS

***Open a new account with Citi Merchant Services provided by First Data Merchant Services Corporation.***
If we can't meet or beat your current rate, we will give you a $500 gift card. Call 1-800-231-3449 today to take
advantage of this offer.

## SERVICE CHARGE SUMMARY FROM MARCH 1, 2011 THRU MARCH 31, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # ████8572** | | | |
| Average Daily Collected Balance | | | $58,860.70 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 127 | 3000 | 38.10 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
████8572

**Beginning Balance:** $49,121.63
**Ending Balance:** $112,931.66

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/01 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Apr 01 | | 939.07 | 50,060.70 |
| 4/04 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Apr 04 | | 3,863.23 | 53,923.93 |
| 4/04 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Apr 04 | | 3,271.62 | 57,195.55 |
| 4/04 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 04 | | 2,319.36 | 59,514.91 |
| 4/04 | ACH DEBIT<br>NPC MERCH    PYMT PROC 0013039673    Apr 04 | 3,189.45 | | 56,325.46 |
| 4/04 | ACH DEBIT<br>Intermountain    Vendor Pay Cust #386177    Apr 04 | 1,606.08 | | 54,719.38 |
| 4/04 | CHECK NO:  50097 | 1,325.12 | | 53,394.26 |

ELKO GOLD MINE LLC - DIP               Account ██████8572      Page 2 of 16               133936/R1/20F000/0
                                       Statement Period - Apr. 1 - Apr. 30, 2011

## CHECKING ACTIVITY                                                                      Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 4/04 | CHECK NO: 1036 | 934.00 | | 52,460.26 |
| 4/04 | ACH DEBIT<br>AMERICAN EXPRESS COLLECTION 5270459654    Apr 04 | 797.04 | | 51,663.22 |
| 4/04 | CHECK NO: 50098 | 710.41 | | 50,952.81 |
| 4/04 | CHECK NO: 50092 | 627.95 | | 50,324.86 |
| 4/04 | CHECK NO: 50089 | 624.58 | | 49,700.28 |
| 4/04 | CHECK NO: 50091 | 622.71 | | 49,077.57 |
| 4/04 | CHECK NO: 50085 | 599.32 | | 48,478.25 |
| 4/04 | CHECK NO: 50096 | 599.32 | | 47,878.93 |
| 4/04 | CHECK NO: 50083 | 591.58 | | 47,287.35 |
| 4/04 | CHECK NO: 50090 | 573.71 | | 46,713.64 |
| 4/04 | CHECK NO: 50086 | 552.66 | | 46,160.98 |
| 4/04 | CHECK NO: 50095 | 519.79 | | 45,641.19 |
| 4/04 | CHECK NO: 50087 | 499.44 | | 45,141.75 |
| 4/04 | CHECK NO: 50084 | 451.48 | | 44,690.27 |
| 4/04 | CHECK NO: 50093 | 449.11 | | 44,241.16 |
| 4/04 | CHECK NO: 50099 | 435.90 | | 43,805.26 |
| 4/05 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 05 | | 234.74 | 44,040.00 |
| 4/05 | CHECK NO: 1027 | 11.93 | | 44,028.07 |
| 4/05 | CHECK NO: 1037 | 0.37 | | 44,027.70 |
| 4/06 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 06 | | 366.35 | 44,394.05 |
| 4/06 | ACH DEBIT<br>IRS          USATAXPYMT 270149684520442 Apr 06 | 2,410.67 | | 41,983.38 |
| 4/06 | CHECK NO: 50100 | 622.71 | | 41,360.67 |
| 4/06 | CHECK NO: 50088 | 583.79 | | 40,776.88 |
| 4/06 | CHECK NO: 50094 | 430.58 | | 40,346.30 |
| 4/06 | ACH DEBIT<br>IRS          USATAXPYMT 270149653552787 Apr 06 | 84.97 | | 40,261.33 |
| 4/07 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Apr 07 | | 2,797.03 | 43,058.36 |
| 4/07 | CHECK NO: 1034 | 2,000.00 | | 41,058.36 |
| 4/07 | CHECK NO: 50074 | 217.95 | | 40,840.41 |
| 4/08 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Apr 08 | | 52,299.12 | 93,139.53 |
| 4/11 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Apr 11 | | 5,977.69 | 99,117.22 |
| 4/11 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Apr 11 | | 2,625.95 | 101,743.17 |
| 4/11 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Apr 11 | | 2,340.84 | 104,084.01 |
| 4/11 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 11 | | 1,796.47 | 105,880.48 |
| 4/11 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 11 | | 939.90 | 106,820.38 |
| 4/11 | ACH DEBIT<br>Intermountain   Vendor Pay Cust #386177  Apr 11 | 1,612.35 | | 105,208.03 |
| 4/12 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Apr 12 | | 1,770.86 | 106,978.89 |
| 4/12 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654 . Apr 12 | | 1,158.81 | 108,137.70 |
| 4/13 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 13 | | 714.53 | 108,852.23 |
| 4/13 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 13 | | 548.88 | 109,401.11 |
| 4/13 | CHECK NO: 1039<br>NPC MERCH      PYMT PROC 0013039673    Apr 13 | 4,300.40 | | 105,100.71 |
| 4/13 | ACH DEBIT<br>SOUTHWEST GAS   WEB    2510047179024 Apr 13 | 3,628.52 | | 101,472.19 |
| 4/14 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Apr 14 | | 1,736.37 | 103,208.56 |
| 4/14 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 14 | | 461.30 | 103,669.86 |
| 4/14 | CHECK NO: 1040 | 1,508.50 | | 102,161.36 |
| 4/14 | CHECK NO: 1041 | 1,047.04 | | 101,114.32 |
| 4/15 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Apr 15 | | 3,372.74 | 104,487.06 |
| 4/15 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 15 | | 122.08 | 104,609.14 |
| 4/15 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 104,596.64 |
| 4/15 | CBUSOL TRANSFER DEBIT<br>WIRE TO CITY OF ELKO | 11,150.05 | | 93,446.59 |
| 4/15 | ACH DEBIT<br>AMERICAN EXPRESS AXP DISCNT 5270459654    Apr 15 | 820.46 | | 92,626.13 |

# citibank

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ████8572      Page 3 of 16
Statement Period -  Apr. 1 - Apr. 30, 2011

133939/R1/20F000/0

## CHECKING ACTIVITY

**Continued**

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 4/18 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PRO  0013039673   Apr 18 | | 7,043.15 | 99,669.28 |
| 4/18 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PRO  0013039673   Apr 18 | | 1,656.51 | 101,325.79 |
| 4/18 | ELECTRONIC CREDIT<br>AMERICAN EXPRE S SETTLEME T 5270459654  Apr 18 | | 1,209.68 | 102,535.47 |
| 4/18 | ELECTRONIC CREDIT<br>AMERICAN EXPRE S SETTLEME T 5270459654  Apr 18 | | 1,012.01 | 103,547.48 |
| 4/18 | ACH DEBIT<br>Elko Nevada    77577771 5 14196219   Apr 18 | 2,694.00 | | 100,853.48 |
| 4/18 | ACH DEBIT<br>Intermountain    Vendor P y Cust #386177  Apr 18 | 2,468.43 | | 98,385.05 |
| 4/18 | ACH DEBIT<br>FRONTIER ONLIN  E-BILL  6142020   Apr 18 | 1,843.60 | | 96,541.45 |
| 4/18 | CHECK NO:     50117 | 1,325.11 | | 95,216.34 |
| 4/18 | CHECK NO:     50118 | 710.41 | | 94,505.93 |
| 4/18 | CHECK NO:     50109 | 624.58 | | 93,881.35 |
| 4/18 | CHECK NO:     50102 | 622.71 | | 93,258.64 |
| 4/18 | CHECK NO:     50111 | 622.71 | | 92,635.93 |
| 4/18 | CHECK NO:     50116 | 599.32 | | 92,036.61 |
| 4/18 | CHECK NO:     50105 | 599.32 | | 91,437.29 |
| 4/18 | CHECK NO:     50110 | 583.39 | | 90,853.90 |
| 4/18 | CHECK NO:     50113 | 578.44 | | 90,275.46 |
| 4/18 | CHECK NO:     50106 | 574.01 | | 89,701.45 |
| 4/18 | CHECK NO:     50120 | 485.49 | | 89,215.96 |
| 4/18 | CHECK NO:     50103 | 467.03 | | 88,748.93 |
| 4/18 | CHECK NO:     50112 | 460.39 | | 88,288.54 |
| 4/18 | CHECK NO:     50115 | 421.03 | | 87,867.51 |
| 4/19 | ELECTRONIC CREDIT<br>AMERICAN EXPRE S SETTLEME T 5270459654  Apr 19 | | 2,876.60 | 90,744.11 |
| 4/19 | ACH DEBIT<br>SIERRA PACIFIC P SPPC PYM  01172137 3478 Apr 19 | 2,272.53 | | 88,471.58 |
| 4/19 | CHECK NO:      1044 | 1,386.00 | | 87,085.58 |
| 4/19 | CHECK NO:     50107 | 458.85 | | 86,628.73 |
| 4/19 | CHECK NO:     50104 | 381.40 | | 86,247.33 |
| 4/20 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PRO  0013039673   Apr 20 | | 2,060.12 | 88,307.45 |
| 4/20 | ELECTRONIC CREDIT<br>AMERICAN EXPRE S SETTLEME T 5270459654  Apr 20 | | 965.96 | 89,273.41 |
| 4/20 | ACH DEBIT<br>IRS          USATAXPY T 2701510651541 Apr 20 | 2,203.79 | | 87,069.62 |
| 4/20 | CHECK NO:     50108 | 404.76 | | 86,664.86 |
| 4/20 | ACH DEBIT<br>IRS          USATAXPY T 2701510133628 Apr 20 | 79.78 | | 86,585.08 |
| 4/21 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PRO  0013039673   Apr 21 | | 1,117.08 | 87,702.16 |
| 4/21 | CHECK NO:      1045 | 360.40 | | 87,341.76 |
| 4/21 | CHECK NO:     50119 | 249.08 | | 87,092.68 |
| 4/22 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Apr 22 | | 3,174.08 | 90,266.76 |
| 4/22 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673   Apr 22 | | 3,159.56 | 93,426.32 |
| 4/22 | CHECK NO:      1046 | 1,395.63 | | 92,030.69 |
| 4/25 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673   Apr 25 | | 16,538.42 | 108,569.11 |
| 4/25 | DEPOSIT | | 12,000.00 | 120,569.11 |
| 4/25 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673   Apr 25 | | 6,464.14 | 127,033.25 |
| 4/25 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673   Apr 25 | | 2,397.16 | 129,430.41 |
| 4/25 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   Apr 25 | | 2,069.79 | 131,500.20 |
| 4/25 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   Apr 25 | | 122.08 | 131,622.28 |
| 4/25 | CHECK NO:      1047 | 500.00 | | 131,122.28 |
| 4/25 | CHECK NO:      1048 | 17,545.45 | | 113,576.83 |
| 4/25 | ACH DEBIT<br>Intermountain.   Vendor Pay Cust #386177  Apr 25 | 3,265.66 | | 110,311.17 |
| 4/26 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   Apr 26 | | 2,729.02 | 113,040.19 |
| 4/26 | CHECK NO:      1049 | 1,625.00 | | 111,415.19 |
| 4/27 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673   Apr 27 | | 1,231.16 | 112,646.35 |
| 4/28 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673   Apr 28 | | 250.98 | 112,897.33 |

63

ELKO GOLD MINE LLC - DIP           Account ██████8572      Page  4  of 16        133940/R1/20F000/0
                                   Statement Period -  Apr. 1 - Apr. 30, 2011

## CHECKING ACTIVITY                                                            Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 4/29 | ELECTRONIC CREDIT | | 2,121.33 | 115,018.66 |
|      | NPC MERCH   PYMT PROC 0013039673   Apr 29 | | | |
| 4/29 | CHECK NO:        1050 | 2,087.00 | | 112,931.66 |
|      | **Total Debits/Credits** | **96,045.74** | **159,855.77** | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 1027 | 4/05 | 11.93 | 1050 | 4/29 | 2,087.00 | 50094 | 4/06 | 430.58 | 50108 | 4/20 | 404.76 |
| 1034* | 4/07 | 2,000.00 | 50074* | 4/07 | 217.95 | 50095 | 4/04 | 519.79 | 50109 | 4/18 | 624.58 |
| 1036* | 4/04 | 934.00 | 50083* | 4/04 | 591.58 | 50096 | 4/04 | 599.32 | 50110 | 4/18 | 583.39 |
| 1037 | 4/05 | 0.37 | 50084 | 4/04 | 451.48 | 50097 | 4/04 | 1,325.12 | 50111 | 4/18 | 622.71 |
| 1039* | 4/13 | 4,300.40 | 50085 | 4/04 | 599.32 | 50098 | 4/04 | 710.41 | 50112 | 4/18 | 460.39 |
| 1040 | 4/14 | 1,508.50 | 50086 | 4/04 | 552.66 | 50099 | 4/04 | 435.90 | 50113 | 4/18 | 578.44 |
| 1041 | 4/14 | 1,047.04 | 50087 | 4/04 | 499.44 | 50100 | 4/06 | 622.71 | 50115* | 4/18 | 421.03 |
| 1044* | 4/19 | 1,386.00 | 50088 | 4/06 | 583.79 | 50102* | 4/18 | 622.71 | 50116 | 4/18 | 599.32 |
| 1045 | 4/21 | 360.40 | 50089 | 4/04 | 624.58 | 50103 | 4/18 | 467.03 | 50117 | 4/18 | 1,325.11 |
| 1046 | 4/22 | 1,395.63 | 50090 | 4/04 | 573.71 | 50104 | 4/19 | 381.40 | 50118 | 4/18 | 710.41 |
| 1047 | 4/25 | 500.00 | 50091 | 4/04 | 622.71 | 50105 | 4/18 | 599.32 | 50119 | 4/21 | 249.08 |
| 1048 | 4/25 | 17,545.45 | 50092 | 4/04 | 627.95 | 50106 | 4/18 | 574.01 | 50120 | 4/18 | 485.49 |
| 1049 | 4/26 | 1,625.00 | 50093 | 4/04 | 449.11 | 50107 | 4/19 | 456.85 | | | |

* Indicates gap in check number sequence     Number Checks Paid:     51        Totaling:        $55,905.86

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:               YOU CAN WRITE:

Checking                           877-528-0990                CitiBusiness
                                   (For Speech and Hearing     100 Citibank Drive
                                   Impaired Customers Only      San Antonio, TX 78245-9966
                                   TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

# citibank                                                                                CitiBusiness®

ELKO GOLD MINE LLC - DIP          Account ▮▮▮▮▮8572        Page 5 of 16          133941/R1/20F000
                                  Statement Period -  Apr. 1 - Apr. 30, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

### Check images for account # ▮▮▮▮▮8572



Ck Date: 04/05/2011 Ck No: 1027 Amt: $11.93

Ck Date: 04/07/2011 Ck No: 1034 Amt: $2000.00




Ck Date: 04/04/2011 Ck No: 1036 Amt: $934.00

Ck Date: 04/05/2011 Ck No: 1037 Amt: $.37




Ck Date: 04/13/2011 Ck No: 1039 Amt: $4300.40

Ck Date: 04/14/2011 Ck No: 1040 Amt: $1508.50




Ck Date: 04/14/2011 Ck No: 1041 Amt: $1047.04

Ck Date: 04/19/2011 Ck No: 1044 Amt: $1386.00




Ck Date: 04/21/2011 Ck No: 1045 Amt: $360.40

Ck Date: 04/22/2011 Ck No: 1046 Amt: $1395.63

ELKO GOLD MINE LLC - DIP

Account ████████8572    Page 6 of 16
Statement Period - Apr. 1 - Apr. 30, 2011

133942/R1/20F000



Ck Date: 04/07/2011 Ck No: 1034 Amt: $2000.00

Ck Date: 04/05/2011 Ck No: 1027 Amt: $11.93

Ck Date: 04/05/2011 Ck No: 1037 Amt: $.37

Ck Date: 04/04/2011 Ck No: 1036 Amt: $934.00

Ck Date: 04/14/2011 Ck No: 1040 Amt: $1508.50

Ck Date: 04/13/2011 Ck No: 1039 Amt: $4300.40

Ck Date: 04/19/2011 Ck No: 1044 Amt: $1386.00

Ck Date: 04/14/2011 Ck No: 1041 Amt: $1047.04

Ck Date: 04/22/2011 Ck No: 1046 Amt: $1395.63

Ck Date: 04/21/2011 Ck No: 1045 Amt: $360.40

# citibank

**CitiBusiness®**

**ELKO GOLD MINE LLC - DIP**

Account XXXXXX8572    Page 7 of 16
Statement Period - Apr. 1 - Apr. 30, 2011

133943/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

### Check images for account # XXXXX8572



Ck Date: 04/25/2011 Ck No: 1047 Amt: $500.00



Ck Date: 04/25/2011 Ck No: 1048 Amt: $17545.45



Ck Date: 04/26/2011 Ck No: 1049 Amt: $1625.00



Ck Date: 04/29/2011 Ck No: 1050 Amt: $2087.00



Ck Date: 04/07/2011 Ck No: 50074 Amt: $217.95



Ck Date: 04/04/2011 Ck No: 50083 Amt: $591.58



Ck Date: 04/04/2011 Ck No: 50084 Amt: $451.48



Ck Date: 04/04/2011 Ck No: 50065 Amt: $599.32



Ck Date: 04/04/2011 Ck No: 50086 Amt: $552.66



Ck Date: 04/04/2011 Ck No: 50087 Amt: $499.44

ELKO GOLD MINE LLC - DIP          Account ▉▉▉▉8572      Page 8 of 16          133944/R1/20F000
                                  Statement Period - Apr. 1 - Apr. 30, 2011



Ck Date: 04/25/2011 Ck No: 1048 Amt: $17545.45        Ck Date: 04/25/2011 Ck No: 1047 Amt: $500.00

Ck Date: 04/29/2011 Ck No: 1050 Amt: $2087.00         Ck Date: 04/26/2011 Ck No: 1049 Amt: $1625.00

Ck Date: 04/04/2011 Ck No: 50083 Amt: $591.58         Ck Date: 04/07/2011 Ck No: 50074 Amt: $217.95

Ck Date: 04/04/2011 Ck No: 50085 Amt: $599.32         Ck Date: 04/04/2011 Ck No: 50084 Amt: $451.48

Ck Date: 04/04/2011 Ck No: 50087 Amt: $499.44         Ck Date: 04/04/2011 Ck No: 50086 Amt: $552.66

# citibank

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ████8572     Page 9 of 16
Statement Period -   Apr. 1 - Apr. 30, 2011

133945/R1/20F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #   ████8572



Ck Date: 04/06/2011 Ck No: 50088 Amt: $583.79      Ck Date: 04/04/2011 Ck No: 50089 Amt: $624.58

 

Ck Date: 04/04/2011 Ck No: 50090 Amt: $573.71      Ck Date: 04/04/2011 Ck No: 50091 Amt: $622.71

 

Ck Date: 04/04/2011 Ck No: 50092 Amt: $827.95      Ck Date: 04/04/2011 Ck No: 50093 Amt: $449.11

 

Ck Date: 04/06/2011 Ck No: 50094 Amt: $430.58      Ck Date: 04/04/2011 Ck No: 50095 Amt: $519.79

 

Ck Date: 04/04/2011 Ck No: 50096 Amt: $599.32      Ck Date: 04/04/2011 Ck No: 50097 Amt: $1325.12

ELKO GOLD MINE LLC - DIP

Account ▓▓▓▓8572    Page 10 of 16
Statement Period - Apr. 1 - Apr. 30, 2011

133946/R1/20F000



Ck Date: 04/04/2011 Ck No: 50089 Amt: $624.58          Ck Date: 04/06/2011 Ck No: 50088 Amt: $583.79

Ck Date: 04/04/2011 Ck No: 50091 Amt: $622.71          Ck Date: 04/04/2011 Ck No: 50090 Amt: $573.71

Ck Date: 04/04/2011 Ck No: 50093 Amt: $449.11          Ck Date: 04/04/2011 Ck No: 50092 Amt: $627.95

Ck Date: 04/04/2011 Ck No: 50095 Amt: $519.79          Ck Date: 04/06/2011 Ck No: 50094 Amt: $430.58

Ck Date: 04/04/2011 Ck No: 50097 Amt: $1325.12          Ck Date: 04/04/2011 Ck No: 50096 Amt: $599.32

**citibank** CitiBusiness®

ELKO GOLD MINE LLC - DIP     Account ⬛⬛⬛8572     Page 11 of 16     133947/R1/20F000
Statement Period - Apr. 1 - Apr. 30, 2011

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ⬛⬛⬛8572



Ck Date: 04/04/2011 Ck No: 50098 Amt: $710.41



Ck Date: 04/04/2011 Ck No: 50099 Amt: $435.90

Ck Date: 04/06/2011 Ck No: 50100 Amt: $622.71

Ck Date: 04/18/2011 Ck No: 50102 Amt: $622.71



Ck Date: 04/18/2011 Ck No: 50103 Amt: $467.03

Ck Date: 04/19/2011 Ck No: 50104 Amt: $381.40



Ck Date: 04/18/2011 Ck No: 50105 Amt: $599.32



Ck Date: 04/18/2011 Ck No: 50106 Amt: $574.01



Ck Date: 04/19/2011 Ck No: 50107 Amt: $456.85



Ck Date: 04/20/2011 Ck No: 50108 Amt: $404.76

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 12 of 16
Statement Period - Apr. 1 - Apr. 30, 2011

133948/R1/20F000



Ck Date: 04/04/2011 Ck No: 50099 Amt: $435.90

Ck Date: 04/04/2011 Ck No: 50098 Amt: $710.41

Ck Date: 04/18/2011 Ck No: 50102 Amt: $622.71

Ck Date: 04/06/2011 Ck No: 50100 Amt: $622.71

Ck Date: 04/19/2011 Ck No: 50104 Amt: $381.40

Ck Date: 04/18/2011 Ck No: 50103 Amt: $467.03

Ck Date: 04/18/2011 Ck No: 50106 Amt: $574.01

Ck Date: 04/18/2011 Ck No: 50105 Amt: $599.32

Ck Date: 04/20/2011 Ck No: 50108 Amt: $404.76

Ck Date: 04/19/2011 Ck No: 50107 Amt: $456.85

# citibank

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ●●●●●8572    Page  13  of  16
Statement Period -  Apr. 1 - Apr. 30, 2011

133949/R1/20F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

### Check images for account #    ●●●●●8572



Ck Date: 04/18/2011 Ck No: 50109 Amt: $624.58    Ck Date: 04/18/2011 Ck No: 50110 Amt: $583.39

 

Ck Date: 04/18/2011 Ck No: 50111 Amt: $622.71    Ck Date: 04/18/2011 Ck No: 50112 Amt: $460.39

Ck Date: 04/18/2011 Ck No: 50113 Amt: $578.44    Ck Date: 04/18/2011 Ck No: 50115 Amt: $421.03

 

Ck Date: 04/18/2011 Ck No: 50116 Amt: $599.32    Ck Date: 04/18/2011 Ck No: 50117 Amt: $1325.11

 

Ck Date: 04/18/2011 Ck No: 50118 Amt: $710.41    Ck Date: 04/21/2011 Ck No: 50119 Amt: $249.08



ELKO GOLD MINE LLC - DIP          Account ⬛⬛⬛⬛8572      Page  14  of  16        133950/R1/20F000
                                  Statement Period -  Apr. 1 - Apr. 30, 2011



Ck Date: 04/18/2011 Ck No: 50110 Amt: $583.39        Ck Date: 04/18/2011 Ck No: 50109 Amt: $624.58

Ck Date: 04/18/2011 Ck No: 50112 Amt: $460.39        Ck Date: 04/18/2011 Ck No: 50111 Amt: $622.71

Ck Date: 04/18/2011 Ck No: 50115 Amt: $421.03        Ck Date: 04/18/2011 Ck No: 50113 Amt: $578.44

Ck Date: 04/18/2011 Ck No: 50117 Amt: $1325.11       Ck Date: 04/18/2011 Ck No: 50116 Amt: $599.32

Ck Date: 04/21/2011 Ck No: 50119 Amt: $249.08        Ck Date: 04/18/2011 Ck No: 50118 Amt: $710.41

# citibank

**CitiBusiness**®

ELKO GOLD MINE LLC - DIP

Account ████████8572     Page 15 of 16
Statement Period - Apr. 1 - Apr. 30, 2011

133951/R1/20F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account # ███████8572



Ck Date: 04/18/2011  Ck No: 50120  Amt: $485.49



ELKO GOLD MINE LLC - DIP                    Account ██████8572      Page 16 of 16        133952/R1/20F000
                                            Statement Period -   Apr. 1 - Apr. 30, 2011



Ck Date: 04/18/2011 Ck No: 50120 Amt: $485.49



**NEVADA BANK & TRUST**

Member FDIC

ACCOUNT NUMBER
████4070

STATEMENT DATE
Apr 30, 2011

Pg    1 of    2

20

ELKO GOLD MINE, LLC
MAIN ACCOUNT
DMC / DBA: COUNTRY HEARTH INN
3400 PARKWOOD BLVD. – LEGACY ROOM
FRISCO TX 75034

Thank you for banking with Nevada Bank and Trust.

\* \* \* \* \*
Beware of e-mail scams!  An e-mail marketing firm recently experienced the
theft of potentially millions of individual customer names and e-mail
addresses used by over 2500 large companies.  Security Experts fear that
these names and e-mail addresses will be used to send spoofed messages that
are customized to trick individuals into clicking on a viral attachment or
harmful Web link.  In some cases the intruder can take full control of the
victim's PC.

Protect yourself from these attacks by never opening attachments or clicking
on links in unsolicited e-mail messages.  Visit known websites directly,
instead of clicking on the link in the e-mail advertisement.  You should
install and maintain anti-virus and anti-malware software programs on your
PC.  Change your passwords frequently and block pop-ups.

Reg Checking
04/01/2011 Beginning Balance                                         757.11
           19 Deposits/Other Credits              +            12,041.10
            1 Checks/Other Debits                 -            12,000.00
04/30/2011 Ending Balance        30 Days in Statement Period          798.21

-----------------------------------------------------------------------

--------------------------- Deposits/Other Credits ---------------------------
04/05/2011 Deposit                                                    82.14
04/05/2011 Deposit                                                   506.79
04/08/2011 Deposit                                                    43.68
04/08/2011 Deposit                                                   100.79
04/08/2011 Deposit                                                   156.11
04/08/2011 Deposit                                                   290.08
04/08/2011 Deposit                                                   350.00
04/08/2011 Deposit                                                   560.00
04/15/2011 Deposit                                                   227.76
04/15/2011 Deposit                                                   358.40
04/15/2011 Deposit                                                 2,978.93
04/15/2011 Deposit                                                 5,183.36
04/22/2011 Deposit                                                   122.08
04/22/2011 Deposit                                                   124.87
04/22/2011 Deposit                                                   129.01
04/22/2011 Deposit                                                   141.11
04/22/2011 Deposit                                                   156.80
04/22/2011 Deposit                                                   179.19



NEVADA
BANK & TRUST
Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
Apr 30, 2011

Pg    2 of    2

ELKO GOLD MINE, LLC

04/22/2011 Deposit                                                          350.00

------- Checks listed in numerical order;  (*) indicates gap in sequence -------
        Check    Date          Amount         Check   Date        Amount
        ---------------------------------------------------------------------
        1232   04/26        12,000.00

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | .00 | 27.50 |
| Total Return Item Fees | .00 | 55.00 |

------------------------------- Daily Ending Balance -------------------------------
04/01            757.11    04/08         2,846.70    04/22      12,798.21
04/05          1,346.04    04/15        11,595.15    04/26         798.21

ELKO GOLD MINE, LLC ⬛4070 Page 3



DDA Credits - 04/05/2011



DDA Credits - 04/05/2011



DDA Credits - 04/05/2011



DDA Credits - 04/05/2011




DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011



DDA Credits - 04/08/2011





DDA Credits - 04/15/2011



DDA Credits - 04/15/2011



DDA Credits - 04/15/2011



DDA Credits - 04/15/2011



DDA Credits - 04/15/2011

DDA Credits - 04/15/2011



DDA Credits - 04/15/2011

DDA Credits - 04/15/2011

ELKO GOLD MINE, LLC ▬4070 Page 5



**CHECKING DEPOSIT**

Date
Name *Elko Gold mine*

ACCOUNT NUMBER
* ▬ 4070

156 80

SUB TOTAL ►
LESS CASH RECEIVED ►
NET DEPOSIT $ 156.80

⑈5400⑈000⑈    ⑈51⑈

NEVADA E&T-124291000-04222011-502004240700

DDA Credits - 04/22/2011                DDA Credits - 04/22/2011

---

**CHECKING DEPOSIT**

Date
Name *Elko Gold mine*

ACCOUNT NUMBER
* ▬ 4070

350 —

SUB TOTAL ►
LESS CASH RECEIVED ►
NET DEPOSIT $ 350. —

⑈5400⑈000⑈    ⑈51⑈

NEVADA E&T-124291000-04222011-502004240700

DDA Credits - 04/22/2011                DDA Credits - 04/22/2011

---

**CHECKING DEPOSIT**

Date
Name *Elko Gold mine*

ACCOUNT NUMBER
* ▬ 40 70

141 11

SUBTOTAL ►
LESS CASH RECEIVED ►
NET DEPOSIT $ 141.11

⑈5400⑈000⑈    ⑈51⑈

NEVADA E&T-124291000-04222011-502004240727

DDA Credits - 04/22/2011                DDA Credits - 04/22/2011

---

**CHECKING DEPOSIT**

Date
Name *Elko Gold mine*

ACCOUNT NUMBER
* ▬ 4070

129 01

SUB TOTAL ►
LESS CASH RECEIVED ►
NET DEPOSIT $ 129.01

⑈5400⑈000⑈    ⑈51⑈

NEVADA E&T-124291000-04222011-502004240748

DDA Credits - 04/22/2011                DDA Credits - 04/22/2011

---

**CHECKING DEPOSIT**

Date
Name *Elko Gold min*

ACCOUNT NUMBER
* ▬ 4070

124 87

SUB TOTAL ►
LESS CASH RECEIVED ►
NET DEPOSIT $ 124.87

⑈5400⑈000⑈    ⑈51⑈

NEVADA E&T-124291000-04222011-502004240743

DDA Credits - 04/22/2011                DDA Credits - 04/22/2011

---

**CHECKING DEPOSIT**

Date *4/22/11*
Name *Elko Goldmine*

ACCOUNT NUMBER
* ▬ 4070

122.06

SUB TOTAL ►
LESS CASH RECEIVED ►
NET DEPOSIT $ 122.06

⑈5400⑈000⑈    ⑈51⑈

NEVADA E&T-124291000-04222011-502004240727

DDA Credits - 04/22/2011                DDA Credits - 04/22/2011

ELKO GOLD MINE, LLC ███4070 Page 6



**CHECKING DEPOSIT**

Date

Name *Elko Gold mine*

ACCOUNT NUMBER

* ███████ *4070*

179 19

$ 179.19

⑆5400⑈000⑆         151

DDA Credits - 04/22/2011

NEVADA B&T ·412401000 ·04/22/2011 ·6020042467211

DDA Credits - 04/22/2011

Elko Gold Mine LLC                                          1232

Nevada Bank & Trust Co

DATE 4/25/2011

PAY TO THE
ORDER OF   Elko Gold Mine LLC                    $ ═12,900.00

Twelve Thousand and 00/100 ────────────────────DOLLARS

MEMO. *Transfer*                        *T.T. DiVilla*

1232

DDA Debits - 04/26/2011