ELECTRONICALLY

JUL 0 7 2011

FILED

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: Elko Gold Mine, LLC | **Case No.**     11-50084-btb |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(GENERAL BUSINESS CASE)** |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** May-11        **PETITION DATE:**     Jan 10,2011

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $204,125 | $194,919 | 78,976.59 |
| | b. Total Assets | $7,654,036 | $7,644,830 | $7,528,887 |
| | c. Current Liabilities | $13,041 | $12,043 | |
| | d. Total Liabilities | $8,819,746 | $8,818,748 | $7,087,476 |

| | | Current Month | Current Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $218,625 | $159,100 | $734,054 |
| | b. Total Disbursements | $209,419 | $96,969 | $607,214 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $9,206 | $62,131 | $126,840 |
| | d. Cash Balance Beginning of Month | $109,064 | $46,933 | ($8,570) |
| | e. Cash Balance End of Month (c + d) | $118,270 | $109,064 | $118,270 |

| | | Current Month | Current Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | $8,208 | $61,534 | $120,679 |
| 5. | **Account Receivables (Pre and Post Petition)** | $78,977 | $78,977 | |
| 6. | **Post-Petition Liabilities** | $13,041 | $12,043 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $13,041 | $12,043 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)See Attachment | x | |
| | | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes  ___;      U.S. Trustee Quarterly Fees  ___; Check if filing is current for: Post-petition
tax reporting and tax returns:  ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:   6/20/11

                         Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ May-11 _____

| | Current Month | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | **Revenues:** | | | |
| $218,625 | $104,158 | $114,467 | Gross Sales | | $735,729 | |
| | | $0 | less: Sales Returns & Allowances | | | |
| $218,625 | $104,158 | $114,467 | Net Sales | | $735,729 | $0 |
| | | $0 | less: Cost of Goods Sold | (Schedule 'B') | | |
| $218,625 | $104,158 | $114,467 | Gross Profit | | $735,729 | $0 |
| | | $0 | Interest | | | |
| | | $0 | Other Income: | | | |
| | | $0 | | | | |
| | | $0 | | | | |
| $218,625 | $104,158 | $114,467 | **Total Revenues** | | $735,729 | $0 |
| | | | **Expenses:** | | | |
| | | $0 | Compensation to Owner(s)/Officer(s) | | | |
| $34,777 | $15,810 | ($18,967) | Salaries/Wages | | $122,054 | |
| | | $0 | Commissions | | | |
| | | $0 | Contract Labor | | | |
| | | | Rent/Lease: | | | |
| | | $0 | Personal Property | | | |
| | | $0 | Real Property | | | |
| $2,326 | $1,581 | ($745) | Insurance | | $9,581 | |
| | | $0 | Insurance | | | |
| | | $0 | Depreciation | | | |
| | | | Taxes: | | | |
| $5,667 | $2,790 | ($2,877) | Employer Payroll Taxes | | $10,851 | |
| | $4,133 | $4,133 | Real Property Taxes | | $12,238 | |
| $14,545 | $11,160 | ($3,385) | Other Taxes | | $42,933 | |
| | | $0 | Other Selling | | | |
| $53,806 | $23,045 | ($30,761) | Other Administrative | | $141,673 | |
| $62,131 | $20,000 | ($42,131) | Mortgage Interest | | $122,901 | |
| | | $0 | Other Expenses: employee benefit | | | |
| $15,259 | $6,975 | ($8,284) | Rooms Department | | $57,265 | |
| $7,641 | $5,580 | ($2,061) | Repair & Maintenance | | $28,912 | |
| $10,864 | $9,300 | ($1,564) | Utilities | | $52,211 | |
| $151 | $1,395 | $1,244 | Adv & Promo | | $3,756 | |
| | | $0 | Rent & Lease - Equipment | | $4,300 | |
| | | $0 | | | | |
| | | $0 | | | | |
| | | $0 | | | | |
| | | $0 | | | | |
| $207,167 | $101,768 | ($105,399) | **Total Expenses** | | $608,675 | $0 |
| $11,458 | $2,390 | $9,068 | **Subtotal** | | $127,054 | $0 |
| | | | **Reorganization Items:** | | | |
| $3,250 | $3,720 | $470 | Professional Fees | | $6,375 | |
| | | $0 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | Interest Earned on Accumulated Cash from | | | |
| | | | Resulting Chp 11 Case | | | |
| | | $0 | Gain or (Loss) from Sale of Equipment | | | |
| | | $0 | U.S. Trustee Quarterly Fees | | | |
| | | $0 | Journal Entries: paid from owner's personal funds | | | |
| $3,250 | $3,720 | ($470) | **Total Reorganization Items** | | $6,375 | $0 |
| $8,208 | ($1,330) | $9,538 | **Net Profit (Loss) Before Federal & State Taxes** | | $120,679 | $0 |
| | | $0 | Federal & State Income Taxes | | | |
| $8,208 | ($1,330) | $9,538 | **Net Profit (Loss)** | | $120,679 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (General Business Case)
For the Month Ended     May 31, 2011

**Assets**

|  | From Schedules | Market Value |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents - unrestricted | | $118,269 |
| Cash and cash equivalents - restricted | | |
| Accounts receivable (net) | A | $78,977 |
| Inventory | B | n/a |
| Prepaid expenses (Supplies) | | |
| Professional retainers | | |
| Other:  Security Deposit | | $6,879 |
| | | |
| **Total Current Assets** | | $204,125 |
| **Property and Equipment (Market Value)** | | |
| Real property-Land | C | $1,000,000 |
| Machinery and equipment | D | |
| Furniture and fixtures | D | $1,327,629 |
| Office equipment | D | |
| Leasehold improvements | D | |
| Vehicles | D | $3,500 |
| Other:  Building | D | $5,500,000 |
| Less - Accumulated Depreciation | D | ($568,652) |
| | D | |
| | D | |
| | D | |
| **Total Property and Equipment** | | $7,262,477 |
| **Other Assets** | | |
| Loans to shareholders | | |
| Loans to affiliates | | |
| | | |
| Laon origination cost | | $187,434 |
| | | |
| | | |
| **Total Other Assets** | | |
| **Total Assets** | | $7,654,036 |

**NOTE:**
> Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | |
|---|---|---:|
| Salaries and wages | | |
| Payroll taxes | | |
| Real and personal property taxes | | |
| Income taxes | | |
| Sales taxes | | |
| Notes payable (short term) | | |
| Accounts payable (trade) | A | $13,041 |
| Real property lease arrearage | | |
| Personal property lease arrearage | | |
| Accrued professional fees | | |
| Current portion of long-term post-petition debt (due within 12 months) | | |
| Other:    City Occupancy Tax | | |
| Accrued Franchise Fees | | |
| Accrued Payables | | |

**Total Current Liabilities**                 **$13,041**

**Long-Term Post-Petition Debt, Net of Current Portion**

**Total Post-Petition Liabilities**             **$13,041**

**Pre-Petition Liabilities (allowed amount)**

| | | |
|---|---|---:|
| Secured claims | F | $6,710,831 |
| Priority unsecured claims | F | $192,361 |
| General unsecured claims | F | $1,903,513 |

**Total Pre-Petition Liabilities**          **$8,806,705**

**Total Liabilities**                **$8,819,746**

**Equity (Deficit)**

| | | |
|---|---|---:|
| Retained Earnings/(Deficit) at time of filing --Members Equity | | ($38,592) |
| Capital Stock                                    Members Equity | | $1,720,408 |
| Additional paid-in capital                     Members Eqduity | | ($1,248,975) |
| Cumulative profit/(loss) since filing of case | | $120,735 |
| Post-petition contributions/(distributions) or (draws) | | |
| Market value adjustment | | |

**Total Equity (Deficit)**            **$553,577**

**Total Liabilities and Equity (Deficit)**       **$9,386,364**

## SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $16,356 | | |
| 31-60 Days | $9,200 | | |
| 61-90 Days | $1,467 | | |
| 91+ Days | $14,345 | | |
| Total accounts receivable/payable | | $13,041 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $41,368 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | | Cost of Goods Sold | |
|---|---|---|---|---|
| Retail/Restaurants - Product for resale | n/a | | **Inventory Beginning of Month** | n/a |
| | | | Add - | |
| | | | Net purchase | |
| Distribution - Products for resale | n/a | | Direct labor | |
| | | | Manufacturing overhead | |
| Manufacturer - | | | Freight in | |
| Raw Materials | | | Other: | |
| Work-in-progress | | | | |
| Finished goods | | | Less - | |
| | | | Inventory End of Month | |
| Other - Explain | | | Shrinkage | |
| | | | Personal Use | |
| | | | | |
| TOTAL | n/a | | Cost of Goods Sold | $0 |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
Yes _____    No _____
How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____
Date of last physical inventory was    n/a
Date of next physical inventory is    n/a

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
FIFO cost _____
LIFO cost _____
Lower of cost or market _____
Retail method _____
Other _____
Explain

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| Land | $1,000,000 | |
| Building | $5,500,000 | |
| Less -Accumulated Depreciation | ($568,652) | |
| | | |
| | | |
| Total | $5,931,348 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Furniture & Fixtures - | | |
| | $1,327,629 | |
| | | |
| | | |
| Total | $1,327,629 | $0 |
| | | |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | |
| | | |
| Vehicles - | | |
| | $3,500 | |
| | | |
| Total | $3,500 | $0 |

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | $1,912 | | | | $1,912 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| OtherCity Occupancy Tax | $17,343 | | | | $17,343 |
| **Total State & Local Taxes** | $19,255 | $0 | $0 | $0 | $19,255 |
| **Total Taxes** | $19,255 | $0 | $0 | $0 | $19,255 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $6,710,831 | |
| Priority claims other than taxes | $192,361 | |
| Priority tax claims | | |
| General unsecured claims | $1,903,513 | |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Citi Bank | DIP - Main | DIP- Operating | |
| Account Type | | Checking | Checking | |
| Account No. | 9987308572 | 6504070 | | |
| Account Purpose | Local bank acct | Operating | Payroll | |
| Balance, End of Month | $113,543 | $4,727 | | |
| Total Funds on Hand for all Accounts | $118,269 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended      May 31, 2011

| | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | $218,625 | $734,054 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| | | |
| | | |
| | | |
| | | |
| **Total Cash Receipts** | $218,625 | $734,054 |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | $35,357 | $82,856 |
| Administrative | $17,851 | $72,288 |
| Capital Expenditures | | |
| Principal Payments on Debt | | |
| Interest Paid - Mortgage | $62,131 | $122,901 |
| Rent/Lease: | | |
|   Personal Property | | |
|   Real Property - Mortgage | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|   Salaries | $34,777 | $108,460 |
|   Draws | | |
|   Commissions/Royalties | | |
|   Expense Reimbursements | | |
|   Other | | |
| Salaries/Commissions (less employee withholding) | | |
| Management Fees | | $4,604 |
| Taxes: | | |
|   Employee Withholding | | |
|   Employer Payroll Taxes | $5,667 | $24,444 |
|   Real Property Taxes | $0 | $12,238 |
|   Other Taxes | $14,545 | $42,934 |
| Other Cash Outflows: | | |
|   Rooms Department | $15,259 | $44,933 |
|   Adv & Promo | $151 | $9,698 |
|   Repair & Maintenance | $7,641 | $28,913 |
|   Utilities | $12,790 | $49,695 |
|   Professional and legal Fee | $3,250 | $3,250 |
| **Total Cash Disbursements:** | $209,419 | $607,214 |
| **Net Increase (Decrease) in Cash** | $9,206 | $126,840 |
| **Cash Balance, Beginning of Period** | $109,064 | ($8,570) |
| **Cash Balance, End of Period** | $118,270 | $118,270 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended          May 31, 2011

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | $218,625 | $734,054 |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | $6,333 | $26,211 |
| Cash Paid for Selling Expenses | $35,357 | $82,846 |
| Cash Paid for Administrative Expenses | $11,519 | $49,582 |
| Cash Paid for Rents/Leases: | | |
|    Personal Property | | |
|    Real Property -Mortgage | | |
| Cash Paid for Interest | $62,131 | $122,901 |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|    Salaries | $34,777 | $108,460 |
|    Draws | | |
|    Commissions/Royalties | | |
|    Expense Reimbursements | | |
|    Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|    Employer Payroll Tax | $5,667 | $24,444 |
|    Employee Withholdings | | |
|    Real Property Taxes | $0 | $12,238 |
|    Other Taxes | $14,545 | $42,933 |
| Cash Paid for General Expenses | | |
| Repair and Maint | $7,641 | $28,914 |
| Adv & Promo | $151 | $4,866 |
| Utilities | $12,790 | $49,695 |
| Rent/Leases | | |
| Room Department Expense | $15,259 | $50,875 |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $12,456 | $130,090 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | $3,250 | $3,250 |
| | | |
| **Net Cash Provided (Used) by Reorganization Items** | ($3,250) | ($3,250) |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $9,206 | $126,840 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| Receivables | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| Payables | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $9,206 | $126,840 |
| **Cash and Cash Equivalents at Beginning of Month** | $109,064 | ($8,570) |
| **Cash and Cash Equivalents at End of Month** | $118,270 | $118,270 |

Revised 1/1/98

**Professional & Legal Fees**

| | | | | |
|---|---|---|---|---|
| 05/172011 | Quarter 1,2011 | U.S. Trustee Payment Center | Case #7831150084 | 3,250.00 |

# Bank Reconciliation Statements

### *Citi Bank : 9987308572*

Balance per Statement                              $      132,296.78

Less : Check in transit

| CK # | Amount |
|------|--------|
| 1058 | 215.63 |
| 1060 | 84.95 |
| 1061 | 84.95 |
| 1085 | 4,300.00 |
| 1086 | 4,300.00 |
| 1087 | 4,300.00 |
| 1068 | 2,087.00 |
| 1077 | 862.75 |
| 1076 | 861.15 |
| 1079 | 670.06 |
| 1080 | 76.25 |
| 1078 | 75.00 |
| 1088 | 836.43 |

                                                            18,754.17


Balance per register                              $      113,542.61

06/21/11

# Elko Gold Mine, LLC dba Best Western
# Balance Sheet
### As of May 31, 2011

|  | May 31, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **100 · Cash** | |
| 107 · Citibank DIP 8572 | 113,542.61 |
| M-103 · NV Bank & Trust -4070 | 4,726.64 |
| **Total 100 · Cash** | 118,269.25 |
| **Total Checking/Savings** | 118,269.25 |
| **Total Current Assets** | 118,269.25 |
| **Other Assets** | |
| **190 · Other Assets** | |
| 191 · Security Deposits | 6,879.23 |
| **Total 190 · Other Assets** | 6,879.23 |
| **Total Other Assets** | 6,879.23 |
| **TOTAL ASSETS** | 125,148.48 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200 · Accounts Payable | 13,041.03 |
| **Total Accounts Payable** | 13,041.03 |
| **Total Current Liabilities** | 13,041.03 |
| **Total Liabilities** | 13,041.03 |
| **Equity** | |
| 295 · Opening Balance | -8,569.96 |
| Net Income | 120,677.41 |
| **Total Equity** | 112,107.45 |
| **TOTAL LIABILITIES & EQUITY** | 125,148.48 |

5:52 PM

**Elko Gold Mine, LLC dba Best Western**
# Profit & Loss
### May 2011

Accrual Basis

| | May 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 300 · Rooms Revenue | 218,624.78 |
| **Total Income** | 218,624.78 |
| **Expense** | |
| 401 · Comp Breakfast Food/Supplies | 10,230.59 |
| 406 · Credit Card Merchant Fees | 5,028.75 |
| 500 · Salaries and Wages | 34,776.66 |
| 504 · Payroll Taxes | 5,666.55 |
| 530 · Advertising and Promotion | 151.25 |
| 601 · Franchise Fees | 35,356.54 |
| 604 · Travel Expense | 1,258.07 |
| 605 · Postage & Freight | 177.19 |
| 606 · License and Tax | 388.13 |
| 607 · Professional & Legal Fees | 3,250.00 |
| 614 · Equipment and Rental | 3,169.90 |
| 615 · Operating Supplies | 6,332.74 |
| 617 · Operating Services | 6,844.25 |
| 618 · Office Supplies | 119.95 |
| 619 · Bank Charges | 43.10 |
| 622 · Insurance | 2,325.91 |
| 628 · Theft & Loss | 97.39 |
| 644 · Loss of Sales | 19.03 |
| 650 · Repairs & Maintenance | |
|     651 · Electrical and Mechanical Equip | 1,931.40 |
|     652 · Building and Flooring | 5,324.38 |
|     658 · Ground Maintenance | 385.31 |
| **Total 650 · Repairs & Maintenance** | 7,641.09 |
| 680 · Utilities | |
|     681 · Gas | 2,072.56 |
|     682 · Waste Removal | 360.40 |
|     683 · Electricity | 2,257.44 |
|     684 · Water | 2,585.58 |
|     685 · Telephone | 2,201.67 |
|     686 · Cable | 1,386.00 |
| **Total 680 · Utilities** | 10,863.65 |
| 720 · Tax Expense | |
|     737 · City Occupany Tax | 14,544.91 |
| **Total 720 · Tax Expense** | 14,544.91 |
| 750 · Interest Expense | |
|     751 · Mortgage Interest | 62,131.00 |
| **Total 750 · Interest Expense** | 62,131.00 |
| **Total Expense** | 210,416.65 |
| **Net Ordinary Income** | 8,208.13 |
| **Net Income** | 8,208.13 |

Page 1 of 1

Help
**Domestic Wire Using Model**

**WIRE:**    From Account: **MAIN ACCOUNT**    Currency:  **US Dollars**

Status:    **Processed** - Confirmation Number is **1320288705.**

Wire Fees:    **$12.50**

| Beneficiary | Bank |
|---|---|
| **CITY OF ELKO**<br>TAX ON TRANSIENT LODGING RETURN<br>1751 COLLEGE AVE<br>ELKO, NV 89801 | Name: **U.S. BANK,N.A.**<br>ABA: **121201694**<br>Address: Portland , OR |

Beneficiary's Account number: 153700269399

Amount:    **$14,544.91**
Date of transfer: **Immediate**
Description:    **April Occp Tax 2011**

Special Instructions:
ELKO GOLD MINE
OCCP TAX JAN 2011

Save as Model    Model Name: CITY OF ELKO

Process another Wire

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi

Citi.com

Terms, conditions, caveats and small print
Copyright © 2011 Citigroup Inc.

### CITY OF ELKO
## OPERATOR'S MONTHLY TAX ON TRANSIENT LODGING RETURN

LICENSEE **Best Western - Elko**            MONTH **APRIL**                    YEAR **2011**

| **Motel/Hotel Occupancy** | |
|---|---|
| A.  Number of room nights available this month.  (Exclude out of order rooms and long-term non-visitor rooms.  (Net rooms per night times days in the month). | **3132** |
| B.  Number of room nights occupied this month.  (Include complimentary room nights) | **2251** |
| C.  Number of room nights occupied by complimentary visitors this month. | **25** |
| D.  Number of room nights occupied by promotional package without airfare customers. | **0** |
| E.  Number of room nights occupied by over 28 day guests this month. | **930** |
| F.  Number of room nights occupied by Government employees this month. | **9** |

| **RV Park Occupancy** | |
|---|---|
| A.  Number of spaces available this month  (Exclude out of order And long-term non-visitor spaces) | _____ |
| B.  Number of spaces occupied this month.  (Exclude long-term, non-visitor rentals) | _____ |
| C.  Number of spaces occupied by over 28 day guest this month. | _____ |

### Regular Tax on Transient Lodging

1.  Enter gross rental revenue, including over 28 day rentals, all complimentary rooms, all promotional packages, and RV spaces                           1) **172,665.21**

    (Total of promotional package without airfare may be calculated on previous form)

2.  Enter any adjusted revenue for prior month(s).  Attach an explanation.        2) **0**

3.  Cost Deductions
    a.  Deduct refunds paid by you this month                   **0**
    b.  Deduct complimentaries for this month                   **0**
    c.  Deduct over 28-day rentals and government
        exempt rentals you included in line 1.             **51,457.61**
    d.  Deduct total of promotional packages with airfare charges **0**
        Enter total deductions                                               3) **51,457.61**

4.  Enter total of lines 1 and 2 minus 3.           TAXABLE AMOUNT     4) **121,207.60**

5.  Enter 12% of line 4.  This is your sub-total tax.    SUB-TOTAL TAX    5) **14,544.91**

6.  Promotional Packages with airfare
    a.  Enter total rooms rented in promotional package with airfare  _____
    b.  Enter total number of nights for month                        _____

    **Enter total promotional packages w/airfare (axb)**    TAXABLE AMOUNT    6) **0**

7.  Multiply 1.30 by line 6.  This is your tax           SUB-TOTAL TAX    7) _____
8.  Enter 15% of total of lines 5 and 7 as late penalty
    due to the City after the 15th day of the month.   PENALTIES    8) _____

9.  Add lines 5,7, and 8.                           **TOTAL REMITTANCE  9) 14,554.91**
    Remit amount on line 9 no later than the 15th day immediately following the month you are reporting, to:

### CITY OF ELKO
### TAX ON TRANSIENT LODGING RETURN
### 1751 COLLEGE AVE.
### ELKO, NV  89801

Frontier Online Bill Pay - Payment Confirmation                                      Page 1 of 1

 Frontier Online Bill Pay

Account: 775758878704140600402    [ LOG OUT ]

My Account | Account Settings | Financial Information | One Time Payment | Recurring Payments
Customer Service | Terms & Conditions | FAQs

## Payment Confirmation

A payment for $1,948.55 has been scheduled for 05/04/2011 using Elko Gold Main.

Your payment confirmation number is 5205338.

If you wish to cancel or modify this payment, you can do so from the payment history page.




Frontier Online Bill Payment - Statement                    Page 1 of 4

## CURRENT BILLING SUMMARY

GOLD RUSH INN /DHILLON MGMT
ACCOUNTS PAYABLE
1930 IDAHO ST
ELKO, NV 89801-2629

### Account Summary

| | |
|---|---|
| Due Date | 4/28/11 |
| Billing Date | 4/10/11 |
| Account Number | 7757388787041406B |
| Amount of Last Bill | 3,780.52 |
| Payments Received Thru 3/15/11 | 1,936.92CR |
| Thank you for your payment! | |
| Balance Before Current Charges | 1,843.60 |
| New Charges | 1,948.55 |
| **Total Amount Due** | **$3,792.15** |

Check out Frontier's Web site for great products, special offers and complete customer service information.

# Frontier Conferencing

CONNECT. COLLABORATE. ACROSS THE COUNTRY AND AROUND THE WORLD.

Reduce your operational costs, and reach your business objectives faster. Frontier's web and audio conferencing options make it easy!

START HOSTING MORE PRODUCTIVE MEETINGS NOW.
Call 1.800.671.2739 today.
www.Frontier.com/conferencing

### Contacting Us

| | |
|---|---|
| Your Personal Identification Number is | 0402 |
| Billing Questions | www.frontier.com |
| Business | 800-921-8102 |

## CURRENT BILLING SUMMARY

Local Service from 04/10/11 to 05/09/11

| Qty Description | 775/738-8787.0 | Charge |
|---|---|---|
| **Basic Charges** | | |
| 3 Single Party Business Service | | 71.70 |
| 16 PBX Trk/Automatic Acc Ln | | 782.40 |
| 19 Multi-Ln Fed Sub Ln Chrg | | 174.80 |
| 17 Non-Published Listing | | 17.00 |
| 2 Credit For Non-Published Listing Charge | | 2.00CR |
| Other Charges-Detailed Below | | 27.65 |
| Federal Tax | | 33.05 |
| Federal USF Recovery Charge | | 26.03 |
| NV USF Surcharge | | 1.40 |
| NV Elko City Franchi | | .66 |
| **Total Basic Charges** | | **1,132.69** |
| | | |
| **Optional Services** | | |
| Business High-Speed - Static IP | | 88.99 |
| Business High-Speed Internet w/Static IP | | |
| Business High-Speed Access w/Static IP | | |
| Sponsored Hotspot | | 420.00 |
| 19 NV Deaf Disabled Funding | | .57 |
| Block Of 6 IP Addresses | | 20.00 |
| 2 3rd Party & Collect Call Screening | | 6.00 |
| 2 Data Coupler | | 4.00 |
| Dir Adv Y/P £1 | | 38.00 |



**Welcome AMERI INN *DIP**

## Online Payment  Pay My Bill - Confirm. Step 3 of 3

**AMERI INN *DIP**
**1930 IDAHO ST**
**ELKO, NV 898012629**
**Account: 1000117213703478824**

Thank you for your payment. The confirmation number below verifies that you
have authorized an electronic debit from your eligible checking or savings
account.

| | |
|---|---|
| **Your confirmation number is:** | 1787014 |
| **Payment bank account:** | ******8572 |
| **Payment amount:** | $2,146.93 |
| **Payment date:** | 03-MAY-2011 |

Please print this screen as a confirmation notice of your transaction.

> Thank you for paying your NV Energy bill online. We have some
> additional payment options to make it even easier.
>
> - Paperless Billing
> - Automatic Monthly Payments

Done

*Elko Gold*



C 7300          THIS BILL IS DUE AND PAYABLE UPON RECEIPT.    PLEASE SEE REVERSE SIDE FOR MORE INFORMATION.

ACCOUNT NUMBER:  | 1000117213703478824 |                    Page 1 of 2

Service      AMERI INN *DIP
Address:     1930 IDAHO ST
             ELKO,NV 898012629

| Customer | .001172137 |
| Premises | 0347882 |

4/20/2011

A15  B15

| Next Meter Read Date | Due Date | TOTAL AMOUNT DUE |
|---|---|---|
| May 16, 2011 | May 6, 2011 | $2,146.93 |

| PREVIOUS BALANCE | PAYMENTS | ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES |
|---|---|---|---|---|
| $2,272.53 | $2,272.53 CR | $.00 | $.00 | $2,146.93 |

Don't forget to sign up for Paperless Billing. Enroll in MyAccount at NVEnergy.com.

As previously communicated, NV Energy rates were decreased effective April 1, 2011. This is a transitional bill which shows the prior and new rate schedules. Your next bill will display the new rate changes.

Saving energy saves money. For energy conservation tips visit nvenergy.com.

Thank you for maintaining an excellent payment record. We look forward to serving you in the future.

### ELECTRIC - MEDIUM GENERAL SERVICE

| Meter Number | Service Category | Service Period From | To | Bill Days | Meter Readings Previous | Current | Meter Multiplier | Billing Usage |
|---|---|---|---|---|---|---|---|---|
| 161852 | KWH | Mar 15 | Apr 15 | 31 | 8122 | 8307 | 120 | 22,200 |
|  | KW | Mar 15 | Apr 15 | 31 | .54 | .45 | 120 | 54 |

| | | | |
|---|---|---|---|
| ELECTRIC CONSUMPTION  (PRIOR RATE) | 11,458.06 | KWH  x  .0789500 | 904.61 |
| ELECTRIC CONSUMPTION  (NEW RATE) | 10,741.93 | KWH  x  .0769500 | 826.59 |
| DEMAND CHARGE | 54.00 | KW  x  3.3300000 | 179.82 |
| FACILITY CHARGE DEMAND | 54.00 | KW  x  6.6800000 | 360.72 |
| DEFERRED ENERGY ADJUSTMENT | 22,200.00 | KWH  x  .0155800 CR | 345.88 CR |
| TEMP. GREEN POWER FINANCING (TRED) | 22,200.00 | KWH  x  .0012300 | 27.30 |
| RENEWABLE ENERGY PROGRAM (REPR) | 22,200.00 | KWH  x  .0057300 | 127.20 |
| BASIC SERVICE CHARGE | | | 16.00 |
| LOCAL GOVERNMENT FEE | | 2% | 41.91 |
| UNIVERSAL ENERGY CHARGE | 22,200.00 | KWH  x  .0003900 | 8.66 |

TOTAL ELECTRIC SERVICE AMOUNT                                  $2,146.93

AVERAGE TOTAL COST OF ELECTRIC SERVICE
$2,146.93  / 22,200   KWH = .09671 /KWH

Call (775) 834-4444 or (800) 962-0399 for assistance Monday-Friday 7:30-5:30 excluding holidays
After hours emergencies call: (775) 834-4100    Mail Payment to: PO BOX 30065 Reno NV 89520

PLEASE RETURN THIS PORTION WITH PAYMENT                                    MAKE CHECKS PAYABLE TO NV ENERGY



**NV**Energy.

Service Address:      1930 IDAHO ST
                      ELKO,NV 898012629

ACCOUNT NUMBER

| 1000117213703478824 |

| BALANCE FORWARD | .00 |
|---|---|
| CURRENT CHARGES | 2,146.93 |
| TOTAL AMOUNT DUE | $2,146.93 |
| Current Charges due by | May 6, 2011 |

6990.3.38.8424 I AV 0.340  oz 0.730

AMERI INN *DIP
1930 IDAHO ST
ELKO NV 89801-2629

Please enter amount paid below

$ _____

PAY HERE

89520-3065

1000117213703478824 0000214693 0000214693 0 008

C 7301        THIS BILL IS DUE AND PAYABLE UPON RECEIPT.    PLEASE SEE REVERSE SIDE FOR MORE INFORMATION.

ACCOUNT NUMBER:    | 1000117213703478824 |                Page 2 of 2

Service        AMERI INN *DIP
Address:      1930 IDAHO ST
              ELKO,NV 898012629

| Customer | 001172137 |
| Premises | 0347882 |



ELECTRIC - MEDIUM GENERAL SERVICE - Continued

| USAGE HISTORY | NO. DAYS | KWH | AVG KWH PER DAY | AVG COST PER DAY |
|---|---|---|---|---|
| THIS MONTH | 31 | 22,200 | 716.1 | 69.26 |
| LAST MONTH | 28 | 22,080 | 788.6 | |

Avg KWH Per Day By Month

A M J J A S O N D J F M A

2010        2011

SIPsip: Elko Nevada Online Payment System                                      Page 1 of 1



**Home | Manage Accounts | Edit User Information | Logout**                    Help

Welcome DMC Country                                         Monday, May 2, 2011 2:40:08 pm

**You have successfully scheduled your payment.**

## Payment Scheduled

You have agreed to pay the following amount to the indicated recipient on the first banking day on or after the date specified.

The payment will be posted to your merchant account within a few days after processing.
In the event that this payment is returned unpaid for any reason you understand that a collection fee of the amount allowed by the state may be electronically debited from your account.

Thank-you for your payment!
If you have any questions please call Cities - Elko Nevada at 775-777-7126.

| | |
|---|---|
| Name of Payer: | DMC Country |
| Financial Account #: | BChk *8572 |
| Email: | csummers@dmchotels.com |
| Name of Payee: | Cities - Elko Nevada |
| Total: | $2,614.38 |
| Category: | Misc. |
| Date: | 5/2/2011 |
| Number of Payments: | Single Payment |
| Confirmation #: | 40340 |

[Done]

Print this page for your receipt.

Powered by

  

SIP Program © 2006-2011 digspro.com ~ Data © 2006-2011 Instant Payments ~ All rights reserved.
(LU-1049/1049,61149/61149,51243/51243) Or. ~ Privacy Policy | Contact Us ~ Send feedback to webmaster@InstantPayments.com

 **PAID**

SIPsip: Elko Nevada Online Payment System                                    Page 1 of 2



| Home | Manage Accounts | Edit User Information | Logout | Help |

Welcome DMC Country                                    Monday, May 2, 2011 1:41:14 pm

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
3987050.03

Billing Period: 04/30/2011

Payment Due: 05/16/2011
Billing Period: 04/30/2011

| Water | 811.68 | DMC COUNTRY HEARTH INN ELKO |
| Metered Water | | 1930 IDAHO ST |
| Sewer | 771.40 | 3987050.03 |
| Sewer - Capital Imp | 978.50 | |
| Street Light Fee | 52.80 | |
| Late Penalty | 55.75 | |
| Balance Forward: | 3,805.57 | |
| **Total Balance Due** | **6,499.70** | |

Total Amount Due: $6,499.70

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
ELKO  NV  89801

**Utility Bill**



Southwest Gas - Pay My Bill                                                                Page 1 of 1



Home | Contact Southwest Gas | Logout

## Welcome. Signed in as: hr@dmchotels.com

Text Size: A | A | A

1930 IDAHO ST ELKO NV 89801 (251-0047179-024)

| Account Summary |
| Billing History |
| Payment History |
| Billing Settings |
| Payment Options |

Pay My Bill
Start Automatic Payment Plan
Request a Payment Extension

| Energy Share |
| MyAccount Settings |
| My Service |
| Outage Map |

**Pay My Bill**

Pay your bill quickly and easily online.

### ✔ Payment Successfully Submitted

Thank you, your payment has been submitted.

If your service has been disconnected, please contact Customer Assistance at 1-877-860-6020, Monday through Friday, 8am to 5pm PT (excluding holidays).

Print Confirmation

Gas Account Information

Southwest Gas Account
Number: 251-xxx7179-024

Amount: $ 2,186.72

Date Submitted: May 02, 2011

Return to Account Summary.

About Southwest Gas  |  Employment  |  News  |  Rates and Regulations  |  Safety
Search  |  Site Map  |  Contact Us  |  Privacy Policy  |  MyAccount Terms and Conditions

©2011 Southwest Gas Corporation. All rights reserved.

 



**SOUTHWEST GAS CORPORATION**

**Customer Assistance**
**Asistencia al Cliente**
Toll Free/Llamada Gratis
1-877-860-6020

PO Box 98890
Las Vegas NV 89193-8890

Hearing Impaired: Dial 711
www.swgas.com

PLEASE RETAIN THIS TOP PORTION FOR YOUR RECORDS

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD DR
FRISCO TX 75304

# DUPLICATE

Service Address:  1930 IDAHO ST                89801
Rate Schedule:  437/NG-G(L) GENERAL SERVICE - LARGE
Your Local Office Is  744 COMMERCIAL ST, ELKO NV 89801

| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | PLEASE PAY AMOUNT DUE |
|---|---|---|---|---|
| 251-0047179-024 | 17 | 05/02/11 | 05/23/11 | $2,186.72 |

PREVIOUS BILLING:
Previous Balance                                    3,628.52
Payment(s) Since Last Bill - Thank You              3,628.52CR

Balance Forward                                        $0.00

CURRENT BILLING:  29 Days
Meter Reading:  Current  Previous    Billing   Total
                Apr. 28  Mar. 30     Factor    Therms
                34036  - 32113 =   1923 X 1.2062 =  2320

Delivery Charge          2320 Therms X  .160960 =         373.43
Gas Cost                 Total Therms X .727230 X 1/29 Days
Gas Cost                 Total Therms X .694050 X 28/29 Days
                                                        1,605.72
Basic Service Charge                                     150.00
Local Taxes                                               49.91
Universal Energy Charge                                    7.66

Current Bill                                          $2,186.72

*** Sign up for paperless billing at www.swgas.com ***

**Due on or before: 05/23/11   Amount due: $2,186.72**

Important Messages:
Your next meter read date is: May 27, 2011

SAVE TIME. SAVE TREES. PAPERLESS BILLING IS FAST
AND EASY. SIGN UP FOR PAPERLESS BILLING AT
WWW.SWGAS.COM AND REDUCE THE PAPER CLUTTER.

| Gas Usage History Information: | | | Avg Daily | Avg Monthly |
|---|---|---|---|---|
|  | Therms / Days | = | Therms | Temperature |
| This Month | 2320 | 29 | 80.00 | 42 |
| Last Month | 2181 | 29 | 75.21 | 38 |
| Last Year | 1547 | 29 | 53.34 | 45 |

| Previous Balance | | Payments & Adjustments | | Balance Forward | | Current Bill | | Current Balance | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3,628.52 | - | 3,628.52 | = | 0.00 | + | 2,186.72 | = | 2,186.72 | | $2,186.72 |

PLEASE SEE REVERSE SIDE FOR RULES AND REGULATIONS  ● RETURN BOTTOM PORTION WITH PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*** Sign up for paperless billing at www.swgas.com ***



| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | AMOUNT DUE |
|---|---|---|---|---|
| 251-0047179-024 | 17 | 05/02/11 | 05/23/11 | $2,186.72 |

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD DR
FRISCO TX 75304

**SOUTHWEST GAS CORPORATION**
PO Box 98890
Las Vegas NV 89193-8890

25100471790245000218672000000000003

This bill is now due and payable.  Please make check payable to SWG and write account number on
front of check or money order.  Do not send cash through the mail or place cash in the night depository.

0000,176

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CONFIDENTIAL PROPERTY OF SYSCO**

**CUSTOMER'S ORIGINAL INVOICE**

Good things come from **SYSCO**

SYSCO INTERMOUNTAIN INC.
5931 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300   (800)366-9778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO        NV   89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO        NV   89801

| INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|
| 10428073 7 | 386177 | 1 |

| DATE | ROUTE | STOP | TRUCK |
|---|---|---|---|
| 4/28/11 | 013 | 8 | 4333 |

PURCHASE ORDER

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 619868 NORMAL DELIVERY
MA:SH2# THAIN BURKHART 9184
DRIVER: GRANT 9925

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | COOLER | | | | | | |
| | | | | ***DAIRY*** | | | | | | |
| C | | | 18 LB | DARIGLD BUTTER CUP USDA AA 90CT | 3102706 | 25.72 | | 25.72 | | |
| C | | 100 | .75 OZ | BRRLLMP CHEESE CREAM CUP STWBRY | 3978... | 32.23 | | 32.23 | | |
| C | | 100 | 1 OZ | BRRLLMP CHEESE CREAM PLAIN CUP | 3980... | 32.44 | | 32.44 | | |
| C | | 360 | 3/8 OZ | WHIFARM CREAMER HALF & HALF SHE STBL 5145700 | BTL63055 | 13.16 | | 13.16 | | |
| C | | 50 | 4 EA | DARIGLD MILK 1% MINI BOX | 721 3227 | 8.26 | | 8.26 | | |
| C | 1 | 80 | 8 FO | WHIFARM MILK 2% REDUCED FAT | 10328 1862950 | 9.34 | | 56.04 | | |
| C | 10 | 12 | 6 OZ | YOPLAIT YOGURT ASST STW MIXED BRY 384000 | 7255185 | 8.35 | | 83.50 | | |
| | | | | GROUP TOTAL***** | | | | 251.35 | | |
| | | | | ***PRODUCE**** | | | | | | |
| C | | 140 LB | | PACKER BANANA FRESH TIP GREEN | 1158542 | 34.08 | | 34.08 | | |
| C | | 140# | | PACKER BANANA GRN TURN TO XRI FRESH | 1007360 | 34.13 | | 34.13 | | |
| C | 1 | 113 | CT SS | CLS ORANGE NAVEL CH FRESH | 2252181 | 37.09 | | 105.30 | | |
| | | | | GROUP TOTAL**** | | | | | | |
| | | | | ***CANNED & DRY**** | | | | | | |
| | | | | DRY | | | | | | |
| D | 3 | 12 | 10 CU | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ 5586 | 5470267 | 39.99 | | 119.97 | | |
| D | 1 | 4 | 31 OZ | KELLOGG CEREAL FROOT LOOP 3800001791 | 4094645 | 45.35 | | 45.35 | | |
| D | 1 | 120 | 1.37 OZ | HSE REC CEREAL HOT OAT INST VAR 0074865 53494 | 8562688 | 36.26 | | 36.26 | | |
| D | 1 | 8 | 35 OZ | KRSTEAZ CEREAL RAISIN BRAN 748-0160 | 4585865 | 47.25 | | 47.25 | | |
| D | 1 | 6 | #10 | SYS CLS GRAVY SAUSAGE CNTRY RTU 590PX | 0625542 | 78.07 | | 78.07 | | |
| D | 1 | 65 LB | | BRRSCLS WAFFLE MIX BELGIAN 6153092 | 6153092 | 49.99 | | 49.99 | | |
| D | 5 | 24/500 | ML | ATHWATR WATER PURIFIED (16.9 OZ) PET 000206 | 4108932 | 6.65 | | 33.25 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 37 | | 37 | 27.7 | 706 |

OPEN: 6:00 AM    CLOSE: 7:00 PM

CUST SIGN   X

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT 84127-0638

PAYABLE ON OR BEFORE

| | |
|---|---|
| SUB TOTAL | 766.79 |
| TAX TOTAL | |
| INVOICE TOTAL | 766.79 |

CONT. ON PAGE 2

**SYSCO**
Good things come from Sysco.

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801) 563-6310   (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CONFIDENTIAL PROPERTY OF SYSCO

CUSTOMER'S ORIGINAL INVOICE

| DATE | INVOICE NUMBER | PAGE |
|------|----------------|------|
| 4/28/11 | 104280737 | 8 |

| ROUTE | STOP | PURCHASE ORDER | INVOICE NUMBER |
|-------|------|----------------|----------------|
| 386177 | 011 | | |

TERMS—PAYABLE WHEN RENDERED. SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST#: 4333   172868 NORMAL DELIVERY
DRIVER# 1854   TRAIN BIDWELL#5767   6184
DRIVER: GRANT   9925

BEST WESTERN
1930 IDAHO ST
ELKO    NV 89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO    NV 89801

| QTY SHIP | QTY | PACK | SIZE | ITEM DESCRIPTION | BRAND | PACK SIZE | ITEM CODE | INVOICE ADJUSTMENTS / CODE | UNIT PRICE | AMOUNT | EXTENDED AMOUNT |
|----------|-----|------|------|------------------|-------|-----------|-----------|----------------------------|------------|--------|-----------------|
| | | | | ****CHEMICAL & JANITOR**** | | | | | | | |
| D | 2 | CS | 1 28 EA | EPSYS REL BLEACH LIQ GERMICIDAL 6% | 1103439 | 5707149 | | 17.40 | 1.19 | 34.80 |
| | | | | **HAZARD** | | | | | | | |
| D | 1 | CS | | EQUIP DETERGENT LAUN EXO ES 12200 | 6180031 | | | 235.80 | 15.42 | 235.80 |
| | | | | ****EQUIP**** GROUP TOTAL**** | | | | | | | * 410.14 |
| D | 1 | CS | 6L70Z | KYSTON POLISH FURNITURE ARSL | | 6100200 | | | 3.32 | 96.88 * |
| D | 5 | GAL | | ECOLAB | | | | 48.44 | | |
| | | | | ****SUPER SOFTENER**** NF | | | | | | |
| | | | | ****SUPER EQUIP**** GROUP TOTAL** | | | | | | * 541.48 |
| D | 1 | EA | 24/EACH | SYSCO FUEL CANNED HTM MICO 6HOU HW#310965 | 8502204 | 4310 | | 49.00 | 11.65 | 49.00 * |
| | | | | ****DISPENSER BEVERAGE**** NF | | | | | | |
| | | | | CA TANGO COFFEE   GROUP TOTAL** | | | | | 7.35 | 164.46 |
| | | | | ****FROZEN**** | | | | | | |
| | | | | 100% GROUP TOTAL**** | | | | | | |
| D | 2 | CS | 952 OZ | PAPATTI OMELET EGG CHEESE | | 3586682 | | | | 259.08 |
| | | | | ****DAIRY**** | | | | | | |
| E | 4 | CS | 723.5 OZ | ****DAIRY**** GROUP TOTAL** | | | | | | 39.08 |
| | | | | ****MEATS**** | | | | | | |
| E | 1 | CS | 160 1 OZ | SYS CLS SAUSAGE PORK PTY CKD MILD | | 4602590 | | 64.77 | | 64.77 |
| | | | | ****MEATS**** GROUP TOTAL** | | | | | | 34.77 |
| | | | | ****FROZEN**** | | | | | | |
| E | 2 | CS | 120 OZ | BKRSCLS BISCUIT B'TRMLK 3" | | 1589332 | | 33.62 | | 134.48 |
| E | 1 | CS | 842 .25 OZ | SPMY DANISH ASST APL/CHES/CHERRY | 1079 | 5083362 | | 34.77 | | 34.77 |
| E | 2 | CS | 240 1 .33 OZ | SPMY DOUGH COOKIE STRWBRY SHRTCAKE | 80991 | 8396765 | | 63.81 | | 127.74 |
| E | 1 | CS | 72 1.5 OZ | BKRSKIMP MUFFIN ASST BLU/APP/BAN | 58823 | 0241935 | | 89.20 | | 89.20 |
| E | 1 | CS | 6 12 CT | BKRSCLS MUFFIN ENGLISH FRK SPLIT | 07147302181 | 7812015 | | 34.23 | | 68.46 |
| | | | | GROUP TOTAL 2.0 | 5 | 8593024 | | 20.36 | | 20.36 |

OPEN: 6:00 AM   OPEN: 6:00 AM
CLOSE:       CLOSE: 7:00 PM

CUST SIGN   X

| NO PCS DELIVR | NO PCS REC. |
|---------------|-------------|
| | |

P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | 2255.82 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE

DRIVER'S SIGN

| CASES | SPLIT | PIECES | CUBE | GROSS WGT |
|-------|-------|--------|------|-----------|
| 23 | | 23 | 18.2 | 436 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE**    CONFIDENTIAL PROPERTY OF SYSCO

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801) 565-6300  (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                    NV  89801

BEST WESTERN
1930 IDAHO ST
ELKO              NV  89801
972-668-0327

INVOICE NUMBER  PAGE
104280737    8    3

REV DATE    CUSTOMER
4/28/11    386177
ROUTE    STOP    7013
SHIP DATE    4333

TERMS - LAST DUE BALANCE ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 699868 NORMAL DELIVERY
MAI SEQ# 54 TRAIN BURKHART  9184
DRIVER: GRANT    9925

P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

OPEN: 6:00 AM    CLOSE: 7:00 PM

PAYABLE ON OR BEFORE    4/29/11

| QTY | PACK | SIZE | ITEM CODE | ITEM DESCRIPTION | ITEM PRICE | EXTENDED AMOUNT | A/F | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 CS | 2L LTR | | ****DISPENSER BEVERAGE**** | | 340.53 | X | | |
| | | | | GROUP TOTAL**** | | | | | |
| | | 6150072 | NATRSEAL JUICE ORANGE FRZ CADDY 1081#5 | 109.99 | 219.98 | | * | |
| | | | | GROUP TOTAL**** | | 219.98 | | | |
| | | | | MISC CHARGES  CHGS FOR FUEL SURCHARGE | .14 | 5.00 | | * | |
| | | | | ORDER SUMMARY : 8335- | | | | | |

| | CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|---|
| | 2 | | 2 | 1.1 | 46 |
| | 62 | | 62 | 47.0 | 1188 |

DRIVER'S SIGN

CUST SIGN  X

NO. PCS DELVD.
NO. PCS REC.

| | |
|---|---|
| SUB TOTAL | 2480.80 |
| TAX TOTAL | 40.78 |
| INVOICE TOTAL | 2521.58 |

LAST PAGE

IMPORTANT PACA PROVISION. THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**CUSTOMER'S ORIGINAL INVOICE**     **CONFIDENTIAL PROPERTY OF SYSCO**

Good things come from
**SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT (800)366-3778
(801)565-5100
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO                    NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                    NV  89801

| INVOICE DATE | CUSTOMER | INVOICE NUMBER | ROUTE | PAGE |
|---|---|---|---|---|
| 5/05/11 | 386177 | 105050911 | 4 | 3 |

PURCHASE ORDER
ROUTE 4333

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 700615  NORMAL DELIVERY
MA: S184  THAIN BURKHART  9184
DRIVER: GRANT  9925

P.O. BOX 27638
SALT LAKE CITY, UT  84127-0638

| QTY | PACK | SIZE | ITEM DESCRIPTION | I/O | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 CS | 8 | 827 OZ | STNGRND BREAD WHITE PULLMAN 5/8" SLI 2040 | | 5380231 | 31.18 | | 31.18 | | |
| 1 CS | 8 | 42.25OZ | TPRKMY DANISH ASST APL/CHES/CHERRY 80991 | | 8396766 | 63.87 | | 63.87 | | |
| 2 CS | 220 1.5 OZ | KRASCHS DOUGH COOKIE CHOCO CHIP GRNT 290B770 | | 2908770 | 60.53 | | 121.06 | | |
| 2 CS | 72 2.5 OZ | BXASTMP MUFFIN ASST BLU/APP/BAN 0734730 21815 | | 7812015 | 34.23 | | 68.46 | | |
| 1 CS | 6 12 CT | BXASCLS MUFFIN ENGLISH FRK SPLIT 2 0 8593024 | | 8593024 | 20.36 | | 274.36 | | |
| | | | ****DISPENSER BEVERAGE**** | | | | | 374.57 | | |
| | | | GROUP TOTAL**** | | | | | | | |
| 1 CS | 24 1 LTR | NATRSEL JUICE ORANGE ENZ CAPT**** 1081145 | | 6150072 | 109.99 | | 109.99 | | |
| | | | GROUP TOTAL**** | | | | | | | |
| MISC CHARGES | | | CHGS FOR FUEL SURCHARGE | | | | .* | 105.90 | | |

ORDER SUMMARY       16852

OPEN: 6:00 AM   CLOSE: 7:00 PM

| | CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|---|
| | 8 | | 125 | 6.7 | 125 |
| | 62 | 1 | 63 | 49.7 | 1239 |

DRIVER'S SIGN

NO. PCS DELVD.

CUST.| SIGN  X

| | |
|---|---|
| SUB TOTAL | 2247.12 |
| TAX | 39.98 |
| INVOICE TOTAL | 2287.10 |

PAYABLE ON OR BEFORE   5/06/11     **LAST PAGE**

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**CUSTOMER'S ORIGINAL INVOICE**

CONFIDENTIAL PROPERTY OF SYSCO

Good things come from **SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
WEST JORDAN UT (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV  89801

972-668-0327
ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV  89801

INVOICE DATE 5/05/11   CUST NO 386177   INVOICE NUMBER 105050911

ROUTE 4313   PURCHASE ORDER /014   PAGE 2

MANIFEST# 7008   TRUCK 5 NORMAL DELIVERY
MA: S184   TRAIN BURKHART
DRIVER: GRANT   9925

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH

| QTY SHIP | CS | B/O | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| D | 1 | CS | | 20PA | 3M | SPONGE SCRUB YELLOW/WHITE | 8450769 | 42.65 | 2.92 | 44.65 * | |
| | | | | | | | | | | 63.81 | |
| | | | | | ***CHEMICAL & JANITORIAL*** GROUP TOTAL*** | | | | | | |
| D | 1 | CS | | 4/128 OZ | SYS RED BLEACH LIQ GERMICIDAL 61 | 8729149 | 18.17 | 1.24 | 36.34 * | |
| D | 1 | EA | | 15GAL | ECOLAB DISPENSER LAUNDRY LIQUID | 4204120 | 87.00 | 5.96 | 87.00 * | |
| | | | | | ** HAZARD ** | 15982 | | | | |
| D | 1 | PL | | 15GAL | ECOLAB DETERGENT LAUN LIQ ES L2000 | 7928207 | 239.80 | 16.42 | 239.80 * | |
| | | | | | ** HAZARD ** | 6100031 | | | | |
| D | 1 | CS | | 6EA | KEYSTON FRESHENER AIR OCEAN BREEZE | 7697663 | 151.97 | 10.41 | 151.97 * | |
| | | | | | ***DISPENSER BEVERAGE*** GROUP TOTAL*** | 6100036 | | | | 515.11 |
| OUT | | | | | | | | | | | |
| D | 1 | CS | | 1/2 LB | GUTAVCO COCOA MIX DISPENSER CREAMY STU | 5684360 | 69.99 | | 69.99 * | |
| | | | | | | 39938 | | | | |
| D | | | | 2/62 OZ | GUTAVCO COFFEE COL 100% FINE W/A | 4116158 | | | | |
| | | | | | OUT STOCK | 3586632 | | | | |
| D | 1 | CS | | 46/1.5 OZ | GUTAVCO COFFEE COL 100% FINE W/F | 4195293 | 72.50 | | 72.50 * | |
| | | | | | | 3588603 | | | | |
| 1S | 1 | | | ONLY/24 CT | TAZO  TEA DECAF TAZO CHAI | 0440693 | 5.02 | | 5.02 * | |
| | | | | | | 172260 | | | | |
| | | | | | ***DAIRY*** GROUP TOTAL*** | | | | | 147.51 |
| | | | | | FROZEN | | | | | |
| F | 1 | CS | | 2/2.5 OZ | PAPETTI OMELET EGG CHEESE | 2232965 | 64.77 | | 64.77 * | |
| | | | | | | 4602890 | | | | 64.77 |
| | | | | | ***MEATS*** GROUP TOTAL*** | | | | | 194.32 |
| | | | | | | 125600 | | | | 194.32 |
| F | 1 | CS | | 160L OZ | SYS CLS SAUSAGE PORK PTY CKD MILD | 1589332 | 33.62 | | 134.48 * | |
| | | | | | ***FROZEN*** GROUP TOTAL*** | | | | | 134.48 |
| F | 4 | CS | | 203 OZ | BRECELS BAGEL PLAIN BULK BKD SLI | 7016942 | 34.87 | | 34.87 * | |
| | | | | | | 36000 | | | | |
| F | 1 | CS | | 120/2 OZ | BRRSCLS BISCUIT BURMX 3" | 5083662 | 34.77 | | 34.77 * | |
| | | | | | | 1019 | | | | |

OPEN: 6:00 AM   CLOSE: 7:00 PM

P.O. BOX 27638
SALT LAKE CITY UT  84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | 1827.20 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 3

NO. PCS DELVD.

CUST SIGN  X _____

DRIVER'S SIGN

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 17 | 1 | 18 | 14.3 | 356 |

IMPORTANT PACA PROVISION...THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**CUSTOMER'S ORIGINAL INVOICE    CONFIDENTIAL PROPERTY OF SYSCO**

Good things come from **SYSCO**

SYSCO INTERMOUNTAIN INC.
5101 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300 (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

| INVOICE DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 5/05/11 | 386177 | 105050911 | 1 |

ROUTE 4333

PURCHASE ORDER

TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

COD ACH
MANIFEST# 700615 NORMAL DELIVERY
MA: ST#4  THAIN BURKHART  9184
DRIVER: GRANT  9925

BEST WESTERN
1930 IDAHO ST
ELKO        NV  89801

972-668-0327

ELKO GOLD MINE LLC.
1930 IDAHO ST
ELKO        NV  89801

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | QTY | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | **COOLER** | | | | | | |
| | | | ****DAIRY**** | | | | | | |
| 1 | CS | 3/60.3/8 OZ | WHITFARM CREAMER HALF & HALF SHF STBL | 5101748V | 5586 | 13.16 | | 13.16 | |
| 1 | CS | 50.5 PT | DARIGLD MILK 1% MINI BOX | 7213227 | | 8.26 | | 16.52 | |
| 6 | CS | 50.5 PT | WHTFARM MILK 2% REDUCED FAT | 1022 | 3862950 | 9.34 | | 56.04 | |
| 10 | CS | 4/6 OZ | YOPLAIT YOGURT ASST STW/MIXED BRY ****| 384006 | 7285185 | 8.35 | | 83.50 | |
| | | | GROUP TOTAL**** | | | | | 169.22 | |
| | | | ****PRODUCE**** | | | | | | |
| 1 | CS | 113 | CTSYS CLS APPLE RED DEL FCY FRSH | 5110760 | 8924133 | 35.85 | | 35.85 | |
| 1 | CS | 140 | PACKER BANANA FRESH TFP GREEN | 1185842 | | 34.08 | | 34.08 | |
| 1 | CS | 140 | PACKER BANANA GRN TURN TO YEL FRESH | 1197000 | 1007368 | 34.13 | | 34.13 | |
| 1 | CS | 113 | CTSYS CLS ORANGE NAVEL CH FRESH | 3800000191 | 2252181 | 37.39 | | 37.39 | |
| | | | GROUP TOTAL**** | | | | | 141.45 | |
| | | | **DRY** | | | | | | |
| | | | ****CANNED & DRY**** | | | | | | |
| 1 | CS | 210 CT | QUAKER — BAR GRANOLA VARIETY PK 8.4 OZ | 590PX | 5470267 | 39.99 | | 119.97 | |
| 1 | CS | 429 OZ | CEREAL CHEERIO | | 4094587 | 49.00 | | 49.00 | |
| 1 | CS | 426 OZ | KELLOGG CEREAL CORN FLAKE | | 4094678 | 24.37 | | 24.37 | |
| 1 | CS | 6/10 | SYS CLS-GRAVY SAUSAGE CNTRY RTU | 12888-SYS | 0682542 | 78.07 | | 78.07 | |
| 1 | CS | 200/1.5 OZ | SE REC SYRUP TABLE MAPLE FLAVORED | 6153092 | 1696608 | 36.99 | | 36.99 | |
| 1 | CS | 65 LB | BRRSCLS WAFFLE MIX BELGIAN | 000206 PBT | 6153092 | 49.99 | | 49.99 | |
| 5 | CS | 24/500 ML | WATRWATR WATER PURIFIED (16.9 OZ) PBT | 9059 | 4108932 | 6.65 | 1.45 | 33.25 | |
| | | | GROUP TOTAL**** | | | | | 39.64 | |
| | | | ****PAPER & DISP**** | | | | | | |
| 1 | CS | 112" | SYS CLS-FILM PVC 2000FT ROLL SLI CUTR | | 0496026 | 21.19 | 1.45 | 21.19 | * |

OPEN: 6:00 AM    CLOSE: 7:00 PM

DRIVER'S SIGN  X

CUST. SIGN  X

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT 84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | | 723.50 |
|---|---|---|
| TAX TOTAL | | |
| INVOICE TOTAL | | |

CONT. ON PAGE  2

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 37 | | 37 | 28.7 | 758 |

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

**Elko Gold Mine, LLC DIP**

1060

Sisher Hygiene

| Date | Type | Reference | | Original Amt. | Balance Due | 5/11/2011<br>Discount | Payment |
|------|------|-----------|---|---------------|-------------|----------|---------|
| 5/11/2011 | Bill | June | | 84.95 | 84.95 | | 84.95 |
| | | | | | | Check Amount | 84.95 |

Citibank DIP 8572      rental Dishwasher Elko Goldmine, NV                84.95

**Elko Gold Mine, LLC DIP**

1061

Sisher Hygiene

| Date | Type | Reference | | Original Amt. | Balance Due | 5/11/2011<br>Discount | Payment |
|------|------|-----------|---|---------------|-------------|----------|---------|
| 5/11/2011 | Bill | July | | 84.95 | 84.95 | | 84.95 |
| | | | | | | Check Amount | 84.95 |

Citibank DIP 8572      rental diswasher for Elko goldmine NV              84.95

Fax 775 853 7228
Office 775 863 0 770

# EQUIPMENT RENTAL AGREEMENT

| CUSTOMER | DMC management |
|---|---|
| INDUSTRY CODE | |
| CONTRACT NO | |

**Toll-free: 877-7SWISHER    www.swisherhygiene.com**

DESCRIPTION OF COVERED EQUIPMENT  (Include quantity, make, model, serial number and accessories. Attach schedule if needed.)    MUST BE COMPLETED

1 - Dishwasher - ADS - ETAFM
with 1 heater & 1 pump drain

CUSTOMER  DMC Management    Billing Contact  CAMIRA Summers

Company Name (Exact Business Name)  Elko Goldmine 49 Best Western

Address  1930 Idaho St., Elko, NV 89801

Phone (775) 738-8787  Fax (775) 753-7910    [ ] Corp. [X] Limited Liability Corp. [ ] Partnership [ ] Proprietorship

Equipment Location  Same as above    State of Incorporation / Organization

| 60 | 60 | $ 84.95 | $ 169.90 | $ 0 | Payment Frequency [ ] Weekly [X] Every 4 weeks |
|---|---|---|---|---|---|
| Rental Term (Mos.) | Total No. of Payments | Amount of Each Payment (plus applicable taxes) | Advanced Rental First and Last    month(s) | Security Deposit | |

Swisher will provide all necessary parts and service to maintain the Equipment in satisfactory condition.  Swisher will also provide all detergents, rinse additives, and sanitizing solutions necessary for the operation of the dishwashing machine.  Customer agrees to purchase all chemical products from Swisher which shall represent a minimum purchase of $ 78.28 during each monthly service period.  Purchases shall be at current prices in effect at the time of product delivery.  Payment shall be due upon receipt of invoices.

## TERMS AND CONDITIONS

1. Swisher Hygiene will deliver the Equipment to Customer's place of business.  Customer shall inspect the Equipment and unless written notice is promptly provided, it shall be deemed that the Equipment is accepted by Customer and is in good condition.  Customer, at its own expense, shall provide all plumbing and electrical connections, all government permits, and all sheet metal materials necessary for the installation and operation of the Equipment Utilities, including sufficient water temperature, pressure, and electricity, necessary to operate the Equipment shall be responsibility of the Customer.

2. The security deposit shall be held by Swisher Hygiene as security for the performance of Customer's obligations under this Agreement. The security deposit will be refunded to Customer, without interest, upon expiration of this agreement, subject to reductions of amounts due and owing to Swisher Hygiene.  In the event of any default of Customer in the performance of its obligations herein, Swisher Hygiene shall have the right to retain the security deposit as liquidated damages; such right, however, shall not be deemed in any way to limit such other remedies as may be provided herein or by Law to Swisher Hygiene.  Swisher Hygiene Service & Systems, Inc. has the right to sue for all past due payments and all payments to become due in the future for the unexpired term, plus the residual value of the equipment and other charges to repossess the equipment along with reasonable and legal costs.

3. Title and ownership of the Equipment shall remain solely and exclusively to Swisher Hygiene.  The Equipment shall at all times remain the personal property of Swisher Hygiene.  Customer shall keep the Equipment free from any and all liens, claims, and security interests and shall do or permit no act or thing whereby Swisher Hygiene's title or rights may be encumbered or impaired.  Customer agrees that it will not remove, alter or delete any identifying labels or serial numbers affixed to the Equipment and will promptly notify Swisher Hygiene if any identifying labels on the Equipment become indegible or defaced.  Customer agrees not to remove the Equipment of any of its components from the location at which it was installed unless the written permission of Swisher Hygiene is first obtained.  By doing so, Customer face prosecution under State Statutes.  Swisher Hygiene and its authorized representatives shall at all times have the right of access to the Equipment for the purpose providing services required herein and for the purpose of protecting its rights hereunder.

4. Customer acknowledges that if necessary, Swisher Hygiene reserves the right to adjust all prices during the term of this agreement.  In addition, Customer will follow all instructions for use of the Equipment specified by Swisher Hygiene; perform minimum cleaning requirements on the Equipment; will not change, alter or repair the

Equipment without express consent of Swisher Hygiene; will not use any chemicals in the operation of the Equipment except those purchased from Swisher Hygiene; and will promptly report to Swisher Hygiene any problems with the Equipment.  Swisher Hygiene shall not be responsible for unsatisfactory performance of the Equipment, failure to follow operating, abuse to the Equipment and other causes not resulting from normal operation of the Equipment.  Customer agrees to pay for all parts, labor and service at the current applicable prices.

5. Swisher Hygiene shall not be held liable for any damages by reason of failure of the Equipment to operate or faulty operation of the Equipment nor be responsible for any direct and/or consequential damages or losses resulting from the use or operation of the Equipment.  Customer further agrees to indemnify and hold Swisher Hygiene harmless from any and all liability, claim, or expense arising out of the breach of any of the terms and conditions hereof, or arising out of the use of the Equipment, or incurred by reason of the removal and/or disposition of the existing equipment necessary in order to accommodate the installation of the Equipment.

6. Customer represents that it has full right and authority to enter into this Agreement.

7. Customer may not assign this Agreement or its rights hereunder without the prior written consent of Swisher Hygiene.  Swisher Hygiene may assign, encumber or grant a security interest in its rights to the Equipment and its interest in the Agreement.

8. Customer's rights under this Agreement shall terminate at the option of Swisher Hygiene and Swisher Hygiene shall have the right to remove the Equipment without further notice upon happening of any of the following events; (a) expiration of the initial term or any renewal thereof, (b) default by Customer in the performance of any of its obligations herein, (c) appointment of a receiver of the property of Customer, assignment of the benefit of creditor by Customer, (d) termination, cessation or liquidation of Customer business for any reason whatsoever, (e) Swisher Hygiene, based upon commercially reasonable grounds, deems itself to be insecure with respect to Customer's obligations hereunder.

9. Customer agrees, upon termination of the Agreement, to return the Equipment to Swisher Hygiene in the same condition as when received, reasonable wear and tear expected.  Upon termination of this Agreement or upon the default of Customer hereunder, Swisher Hygiene reserves the right, without notice, to enter upon any premises for the purpose of removing the Equipment, and in the event, Customer shall pay Swisher Hygiene, in addition to any sums past due hereunder, all costs and expense of collection or repossession, including reasonable attorney fees.

10. This Agreement shall be binding upon each party herein, their respective heirs, successors, and assigns.

ACCEPTANCE OF AGREEMENT: This is a binding contract. It can ____ be _____ carefully before signing, and call us if you have any questions.

X _____    Lakhwinder Grewal    5/10/11
Signature of Customer    Date

Accepted and Signed by Swisher Hygiene    Print Name, Title    Date

## ACCEPTANCE OF DELIVERY:
I am authorized to sign this certificate on behalf of the customer. I certify to Swisher Hygiene that the equipment has been delivered and is fully installed and working properly.

_____    _____    _____
Authorized Signature    Print Name, Title    Date

# CCI service

352 South Redwood Road • Salt Lake City, Utah 84104 • (801) 973-9300 • Fax (801) 973-7204
Mailing Address: P.O. Box 25785 • Salt Lake City, Utah 84125

## SERVICE WORK AUTHORIZATION

Date DECEMBER 8,   2010

Invoice To: ELKO GOLD MINE INN & SUITES    Project: ELKO INN BEST WESTERN
1930 IDAHO STREET                                    1930 IDAHO STREET
ELKO, NV  89801                                      ELKO, NV  89801

Supplement to W.O. No.

The undersigned, hereby authorizes CCI Mechanical Service, Inc. to furnish and install the
following labor and material described below.

Problem: BOILER INSTALLATION FAILED STATE OF NEVADA INSPECTION.
INSPECTION #44951, DATED OCTOBER 5, 2010.

Corrective action required: CORRECT VIOLATIONS PER APPLICABLE CODES.

☐  The total contract price is ($                )    ☒    Total price not to exceed ($  6,500.00  *  )
☒  Billing will be based on actual time and materials used.

*50% ($3,250) UPON ACCEPTANCE, BALANCE AT T&M RATES UPON COMPLETION.

IMPORTANT NOTE:
If after further testing and system operation, it is estimated that our costs will exceed the above
figure, you will be notified before additional work is performed.

TERMS: Net 10 Days   CREDIT CARD OR CERTIFIED CHECK

It is expressly agreed that the above described property shall be and remain personal property,
and the title to same is hereby retained by CCI Mechanical Service, and shall not pass to the purchaser
until the full contract price has been paid. In case of default by the purchaser, of any of its obligations
under this contract, and it is necessary that same be placed in the hands of an attorney for enforcement,
purchaser agrees to pay all costs, including a reasonable attorney's fee. The

---

**Elko Gold Mine, LLC DIP**                                                                 1062

CCI Service                                                          5/11/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/11/2011 | Bill | | 3,250.00 | 3,250.00 | | 3,250.00 |
| | | | | | Check Amount | 3,250.00 |

Citibank DIP 8572                                                                      3,250.00

# Best Western Elko Inn Nevada

PURPOSE: **Petty Cash**

Start Out Fund **$1,000.00**

From 5/6/20111
To 9-May-11

EMPLOYEE INFORMATION:
Name  Angie Virk
Position

| Date | Account # | Description | Brdfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-May-11 | | USPS | | | | | $ 18.30 | | | | | $ 18.30 |
| 9-May-11 | | HOME DEPO | | $ 269.06 | | | | | | | | $ 269.06 |
| 9-May-11 | | OFFICE MAX | | | $ 95.06 | | | | | | | $ 95.06 |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | $ | $ 382.42 |

Reimbursement total  $ 382.42
Cash on Hand  $617.58
Total Petty Cash  $1,000.00

---

## Elko Gold Mine, LLC DIP

Myron Pree

1084

5/11/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/9/2011 | Bill | 5.4.11 | 520.19 | 520.19 | | 520.19 |
| 5/11/2011 | Bill | 5.9.11 | 479.81 | 479.81 | | 479.81 |
| | | | | | | 1,000.00 |

Check Amount  1,000.00

Citibank DIP 8572

**OfficeMax**
WORK WITH US™

OfficeMax #987
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| 011491972288 | |
| Envelope Clasp 10x15" | $28.99 |
| 011491007102 | |
| Env Coin Kraft #3 250PK | $19.99 |
| 50011491980233 | |
| OMX Copy 10-R Case | $39.99 |

| | |
|---|---|
| SubTotal | $88.97 |
| Tax 6.850% | $6.09 |
| TOTAL | $95.06 |
| Cash | $100.06 |
| Change | $5.00 |

20544516
0967 00001 72593 3 05/09/11
00399320 04:25:58 PM

ORDER BY PHONE 1-877-OFFICEMAX


09670017259000105091100 9

---

ELKO MPO
ELKO, Nevada
898013618
3148830806-0095
05/06/2011 (800)275-8777 11:51:17 AM

===== Sales Receipt =====

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| FRISCO TX 75034 | | | $18.30 |

Zone-6 Express Mail
PO-Add Flat Rate Env
5.50 oz.
Label #:EG113317347US
Mon 05/09/11 03:00 PM -
Guaranteed Delivery
Signature Waived

| | |
|---|---|
| Issue PVI: | $18.30 |
| Total: | $18.30 |

Paid by:

| | |
|---|---|
| Cash | $100.30 |
| Change Due: | -$82.00 |

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For





## THE HOME DEPOT®

**More saving.**
**More doing.™**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00011  32679   05/09/11  04:13 PM
CASHIER NANCY - NMJ3G4

077985186937 4"DUAL QURTR <A>          36.90
  10@3.69
  NLP Savings  $0.00

013158121213 DRIPPER <A>                5.24
  NLP Savings  $0.00
046677409319 PLCF40T12 <A>             99.00
  NLP Savings  $0.00
046677225827 65WBR30F12 <A>            39.94
  2@19.97
  NLP Savings  $0.00
813576005009 ANT BLOCK <A>             55.88
  4@13.97
  NLP Savings  $4.00

          SUBTOTAL            251.81
          SALES TAX            17.25
          TOTAL             $269.06
          CASH              270.06
              CHANGE DUE       1.00

NEW LOWER PRICE (NLP)SAVINGS $4.00



Customer Copy
Label 11-B, March 2004

# Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

**EMPLOYEE INFORMATION:**
Name: Angie Virk
Position:

From 24-Mar-11
To 4-May-11

Start Out Fund **$1,000.00**

| Date | Account # | Description | Bkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-Mar-11 | | ALBERTSONS (PROPANE GAS) | | | | | $ 20.29 | | | | | $ 20.29 |
| 1-Apr-11 | | CIMARRON WEST (GAS) | | | | | $ 8.98 | | | | | $ 8.98 |
| 1-Apr-11 | | USPS | | | | | $ 18.30 | | | | | $ 18.30 |
| 4-Apr-11 | | REILLY AUTO PART(VAC BELT) | | | | | | $ 23.50 | | | | $ 23.50 |
| 7-Apr-11 | | USPS | | | | | $ 36.60 | | | | | $ 36.60 |
| 11-Apr-11 | | ALBERTSONS (SYRUP) | $ 12.57 | | | | | | | | | $ 12.57 |
| 12-Apr-11 | | WALMART(EGGS SCRAMBLE) | $ 40.12 | | | | | | | | | $ 40.12 |
| 12-Apr-11 | | ELKO SEW VAC | | | | | | $ 21.37 | | | | $ 21.37 |
| 14-Apr-11 | | HOMEDEPO | | $ 60.34 | | | | | | | | $ 46.99 |
| 14-Apr-11 | | REILLY AUTO PART(VAC BELT) | | $ 46.99 | | | | | | | | $ 18.30 |
| 15-Apr-11 | | USPS | | | | | $ 18.30 | | | | | $ 42.73 |
| 15-Apr-11 | | USPS | | | $ 42.73 | | | | | | | $ 18.30 |
| 16-Apr-11 | | OFFICE MAX | | | | | $ 18.30 | | | | | $ 29.30 |
| 15-Apr-11 | | USPS | | | | | $ 29.30 | | | | | $ 16.03 |
| 2-May-11 | | USPS | | | | | $ 16.03 | | | | | $ 16.55 |
| 3-May-11 | | WALMART(EGGS SCRAMBLE) | $ 16.55 | | | | | | | | | $ 13.50 |
| 4-May-11 | | ALBERTSONS (MILK) | | | | | $ 13.50 | | | | | $ 13.50 |
| 24-Apr-11 | | WASHER DOWN | | | | | $ 13.50 | | | | | $ 13.50 |
| 25-Apr-11 | | WASHER DOWN | | | | | $ 13.50 | | | | | $ 13.50 |
| 26-Apr-11 | | WASHER DOWN | | | | | $ 13.50 | | | | | $ 13.50 |
| | | WASHER MACHINE DOWN HAVE TO | | | | | | | | | | |
| 27-Apr-11 | | WAS LINEN IN GUEST LAUNDRY | | | | | $ 13.50 | | | | | $ 8.92 |
| 28-Apr-11 | | WASHER DOWN | | | | | $ 13.50 | | | | | |
| | | WASHER DOWN | | | | | | | | | | |
| 5-May-11 | | HOMEDEPO | | $ 8.92 | | | | | | | | |
| | | **Totals** | $ 69.24 | $ 116.25 | $ 42.73 | $ - | $ 247.10 | $ 44.87 | $ - | $ - | $ - | $ 520.19 |

**NOTES:** GUEST LAUNDRY 6 LOADS PER DAY UNTIL FIXED.

Reimbursement total $ 520.19
Cash on Hand $ 479.81
Total Petty Cash $1,000.00

Employee Signature: _ANGIE VIRK_
Date Signed: 5/5/2011



**Albertsons**

ALBERTSONS 155 (775) 738 - 8016
STORE DIRECTOR KARL MOOREHEAD

5/04/11 16:28 0155 05 0258 124

_____DAIRY_____

          MILK              3.39  =
          MILK              3.39  =
          MILK              3.39  =
          MILK              3.19  =
          MILK              3.19  =

*** SUBTOTAL       16.55
*** TAX             .00
*** TOTAL          16.55

**> Cash           20.00

*** CHANGE          3.45
*********************************
Total Number of Items Purchased = 5


            Sign Up and Save!
With Albertsons Preferred Savings Card



    Thank you for shopping Albertsons


       Questions 1-877-932-7948
----------------------------------
    Enter to be a weekly winner
      of a $100 gift card!!
  Go to: www.albertsonslistens.com
          Enter Code:
      05040 15670 050258
   Take the survey within 3 days
----------------------------------
       Questions 1-877-932-7948


# OfficeMax
## WORK WITH US

          OfficeMax #967
      1780 MOUTAIN CITY HIGHWAY
          ELKO, NV  89601
          (775) 777-1263

  Tell us about your shopping experience
   and enter to win 1 of 5 prizes. Visit
      www.officemax.com/store/survey
    to enter and to view the terms and
      conditions of entering the survey.

50011491980233              $39.99
   OMX  Copy 10-R Case

SubTotal                    $39.99
Tax 6.850%                   $2.74
TOTAL                       $42.73

Cash                        $50.00
Change                       $7.27

                          35440516
     0967 00001 43990 5 04/16/11
        00414861 12:39:46 PM


     ORDER BY PHONE 1-877-OFFICEMAX



0967001439900010416110 06

**SAVE THIS RECEIPT**
See reverse side for claims information.

Label 11-B, March 2004

ck
count $

Cash
Amount $

☐ Registered
  Mail
☐ Express
  Mail® Service
☐ Form 3849-D
  Requested

see

M458115236

**COD**

Date of Mailing
4.29

From:
Beatrice Elko Li...
1930 Idaho St
Elko NV 8401

To:
Patrick Holmes
83a Grand
S San Fran[cisco] CA

Check and Enter Amount (if Applicable)

☐ Delivery
  Confirmation™ Service
☐ Signature
  Confirmation™ Service

☐ Restricted
  Delivery
☐ Special
  Handling

☐ Return
  Receipt

Amt.

COD Fee.
5.50

Postage
11.00

Postmark

29 2011

PS Form 3816, February 2002                                    Mailer

ELKO NV 89801

KUSBD

OR PICKUP OR TRACKING
t www.usps.com
n 1-800-222-1811

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

3.00 oz.
Expected Delivery: Mon 05/02/11
         COD                 $5.75
COD Amount :        $5.50
Insurance Amount :     $0.00
Label #:    M458115236

Issue PVI:              $11.00

Total:                 $29.30

Paid by:
Cash                   $29.30

⎯ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
****************************
****************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
****************************
****************************

**Walmart** ✳
Save money. Live better.

MANAGER MYRON JOHNSON
  ( 775 ) 778 - 6778
ST# 2402 OP# 00006079 TE# 07 TR# 04396
BD 12G MKR  006087553574           15.00 X
                    SUBTOTAL        15.00
         TAX 1  6.850 %              1.03
                    TOTAL           16.03
              CASH TEND             20.00
              CHANGE DUE             3.97

**# ITEMS SOLD 1**

TC# 3260 6742 6084 6288 6430

Low prices.Every day. On everything.
Backed by our Ad Match Guarantee.
    05/03/11      19:48:49



ELKO MPO
ELKO, Nevada
898013818
3148830806-0095
2011 (800)275-8777 12:51:12 PM

Sales Receipt

| Description | Qty | Sale Unit Price | Final Price |
|---|---|---|---|
| TX 75034 | | | $18.30 |
| Express Mail | | | |
| Flat Rate Env | | | |
| oz. | | | |
| #:EG113312778US | | | |
| 04/25/11 03:00 PM ~ | | | |
| Guaranteed Delivery | | | |
| Signature Requested | | | |

PVI: $18.30

$18.30

by: $20.00

Due: -$1.70

stamps at USPS.com/shop or
1-800-Stamp24. Go to
com/clickship to print
ing labels with postage. For
information call
ASK-USPS.
*****************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*****************************
*****************************

Bill#:1000501617202
Clerk:10

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*****************************
*****************************
HELP US SERVE YOU BETTER

Go to:
https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

---

want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*****************************
*****************************

Bill#:1000501609472
Clerk:10

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*****************************
*****************************
HELP US SERVE YOU BETTER

Go to:
https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE



**O'Reilly AUTO PARTS**
PROFESSIONAL PARTS PEOPLE
OFFICE P.O. BOX 1156, SPRINGFIELD, MO. 95801
PHONE (417) 862-2000

STORE PHONE # 775 777-3977
REMIT TO: PO BOX 790098
ST LOUIS MO 63179-0098

SHIP TO
999990

2004-174787

CASH SALE
SAVE $5 ON SUPERSTART
LAWN/GARDEN BATTERIES

CASH SALE
4/14/11

00000

| ITEM | QTY. | UNIT | ITEM NUMBER | UNIT MEAS | CO. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58686 | 1 | EAT | 6829 | EA | | PWR STO BELT | 37.27 | 21.99 | | | 43.98 |

*ordered*
*for 4-15-11*
*JD*

| | | | | | | | 74.54 | 43.98 | | | |

CUSTOMER COPY  "We appreciate your business!"

SUB-TOTAL 43.98
MISC.
TAX/FEES 3.01
TOTAL 46.99
CASH TEND. 50.00
CHANGE 3.01

OWNER SIGNATURE

ALL MERCHANDISE RETURNED MUST BE ACCOMPANIED BY THIS INVOICE.

*Visit Us At: www.oreillyauto.com*

---



**More saving.
More doing.™**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN  775-738-0455

3320 00004 88775   04/15/11  01:50 PM
CASHIER ELIZABETH - EAP4410

| | | |
|---|---|---|
| 754826203458 DWV PIPE <A> | | 5.67 |
| 0793403S2100 AQUA EPOXY <A> | | 5.77 |
| 012871625732 PVC F ADPTR <A> | | 2.42 |
|   981.21 | | |
| 012871625077 2 PVC CPLG <A> | | 2.58 |
|   380.86 | | |
| 012871626111 2 PVC M ADPT <A> | | 2.50 |
|   201.25 | | |
| 052427780010 SUPER GLUE <A> | | 4.56 |
| 092644690013 NCVT-1 <A> | | 14.97 |
| 012871623417 2 PVC ELBO <A> | | 5.40 |
|   981.80 | | |
| 032883864138 2" PVC UNION <A> | | 8.38 |
| 038753310138 PVC CEMENT <A> | | 4.22 |

SUBTOTAL 56.47
SALES TAX 3.87
TOTAL $60.34
CASH 100.00
CHANGE DUE 39.66



3320 04 88775 04/15/2011 4799

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90      07/14/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*****************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
181159  177843

---

4/14/2011 12:30:24 PM   Sales Receipt # 21732
Store: 1

**Elko Sew Vac**
1250 Lamoille Hwy #940
Elko Nevada 89801

Bill To:   BEST WESTERN INN ELKO

Cashier:

| DESCRIPTION | QTY | PRICE | EXT PRC |
|---|---|---|---|
| SANITAIRE BELTS | 4 | $5.00 | $20.00 T |

4 item(s)   Subtotal: $20.00
ELKO CO  6.860 % Tax   + $1.37
RECEIPT TOTAL: $21.37

Amount Tendered: $40.00
Change Given: $18.63

Cash   $ 40.00

*6879*

Thanks for shopping with us!



**Albertsons**

ALBERTSONS 155 (775) 738 - 8016
STORE DIRECTOR KARL MOOREHEAD

4/12/11 08:30 0155 05 0009 126

GROCERY

| | | |
|---|---|---|
| MRS BUTTERWRTH SYR | 4.19 | = |
| MRS BUTTERWRTH SYR | 4.19 | = |
| MRS BUTTERWRTH SYR | 4.19 | = |

```
*** SUBTOTAL      12.57
*** TAX             .00
*** TOTAL        12.57

*** Cash         20.00

*** CHANGE        7.43
```
**********************************
Total Number of Items Purchased = 3

Sign Up and Save!
With Albertsons Preferred Savings Card

Thank you for shopping Albertsons

Questions 1-877-932-7948
------------------------------------
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code:
04120 15650 050009
Take the survey within 3 days
------------------------------------
Questions 1-877-932-7948

WE VALUE YOUR OPINION!

WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT WAL-MART.

Please complete a survey about
today's store visit at:

http://www.survey.walmart.com

You will need to enter the
following online:

ID #:    7CJ1W4V0KP5

IN RETURN FOR YOUR TIME YOU COULD
RECEIVE ONE OF FIVE $1000
WALMART SHOPPING CARDS

Must be 18 or older and a legal
resident of the 50 US or DC to
enter. No purchase necessary to
enter or win. To enter without
purchase and for complete official
rules visit
www.entry.survey.walmart.com.
Sweepstakes period ends on the date
shown in the official rules.  Survey
must be taken within TWO weeks
of today.

Esta encuesta también se encuentra
en español en la página del Internet

THANK YOU



**Walmart** ⚬

**Save money. Live better.**

**Self Checkout**

*Fast. Fun. Easy.*

```
      MANAGER MYRON JOHNSON
        ( 775 ) 778 - 6778
ST# 2402 OP# 00009046 TE# 46 TR# 08539
BANANA EC  000000004011KF
  6.13 lb  @  1 lb /0.58        3.56 N
GV LIQ EGG  007874211817 F      4.18 O
GV LIQ EGG  007874211817 F      4.18 O
EGG SUBS    007027200217 F      5.22 O
EGG SUBS    007027200217 F      5.22 O
GV LIQ EGG  007874211817 F      4.18 O
EGG SUBS    007027200217 F      5.22 O
GV LIQ EGG  007874211817 F      4.18 O
GV LIQ EGG  007874211817 F      4.18 O
               SUBTOTAL        40.12
                  TOTAL        40.12
             CASH  TEND        60.00
             CHANGE DUE        19.88
```

**# ITEMS SOLD 9**

TC# 2394 1507 1493 1301 8309

We gladly accept valid
manufacturer & Internet coupons.
04/12/11    11:07:24

# Albertsons

ALBERTSONS 155 (775) 738 - 8016
STORE DIRECTOR KARL MOOREHEAD

3/24/11 20:49 0155 06 0072 254

HHB

PROPANE 1CT                18.99 T

**\* SUBTOTAL        18.99
**\* TAX            1.30
**\* TOTAL          20.29

Albertsons
2682 Idaho Street
Elko, NV 89801
   20.29 EFT DEBIT  3145

REF # 404248    PAYMENT FROM PRIMARY
3/24/11 20:49 0155 06 0072 254

VF\* EFT Debit     20.29

**\* CHANGE             .00
**************************************
Total Number of Items Purchased - 1

Sign Up and Save!
With Albertsons Preferred Savings Card

Thank you for shopping Albertsons

Questions 1-877-932-7948
-------------------------------------
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code:
03240 15530 060072
Take the survey within 3 days
-------------------------------------
Questions 1-877-932-7948

---

ELKO MPO
ELKO, Nevada
898013618
3148830806-0097
04/01/2011 (800)275-8777 12:21:29 PM

=== Sales Receipt ===
Product      Sale Unit    Final
Description  Qty Price    Price

FRISCO TX 75034              $18.30
Zone-6 Express Mail
PO-Add Flat Rate Env
8.90 oz.
Label #:EG113312720US
Mon 04/04/11 03:00 PM -
Guaranteed Delivery
Signature Requested

Issue PVI:                  $18.30

Total:

Paid by:
Cash                        $20.00
Change Due:                 -$1.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************

Bill#:1000301190319
Clerk:03

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
************************************
********* ***************************
HELP US SERVE YOU BETTER

Go to:
https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE



PARKWAY BRANCH
SACRAMENTO, California
958239998
0566760823 -0099
11   (800)275-8777   10:51:51 AM

Sales Receipt
Sale  Unit        Final
Qty  Price        Price

ry                              $18.30
ure Requested

PVI:                            $18.30

TX 75034 Zone-7                 $18.30
Mail PO-Add
te Env

#: EG113312747US
4/12/11 03:00 PM - Guaranteed
ry
ture Requested
PVI:                            $18.30

                                $36.60

y:                              $40.60
Due:                            -$4.00

stamps at USPS.com/shop or call
-Stamp24. Go to USPS.com/clickship
int shipping labels with postage.
ther information call 1-800-ASK-USPS.
**********************************

our mail when and where you want it
a secure Post Office Box. Sign up for
online at usps.com/poboxes
**********************************
**********************************

#: 1000100478659
k: 17

ll sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
**********************************

HELP US SERVE YOU BETTER

o to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy

---

EXPRESS
MAIL                         Label 11-B, March 2004
UNITED STATES POSTAL SERVICE®    Post Office To Addressee

DELIVERY (POSTAL USE ONLY)
Delivery Attempt    Time    □ AM   Employee Signature
Mo.     Day                 □ PM
Delivery Attempt    Time    □ AM   Employee Signature
Mo.     Day                 □ PM
Delivery Date       Time    □ AM   Employee Signature
Mo.     Day                 □ PM

CUSTOMER USE ONLY
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.    □ WAIVER OF SIGNATURE

DMC
3400 Parkwood Blvd
    Legacy Rm
Frisco TX 75034

O'Reilly AUTO PARTS        STORE PHONE # 775 777-3977
PROFESSIONAL PARTS PEOPLE   REMIT TO: PO BOX 790098
OFFICE P.O. BOX 1156, SPRINGFIELD, MO. 65801   ST LOUIS MO 63179-0098
PHONE (417) 862-3333

BILL TO                    SHIP TO

        999990

CASH SALE                              INVOICE
SAVE $5 ON SUPERSTART                   NUMBER    2981
LAWN/GARDEN BATTERIES    00000         INVOICE
                                       TYPE      CR
                                       INVOICE
                                       DATE

| COUNTER NO. | SPECIAL INSTRUCTIONS | | SHIP VIA | CUSTOMER ORDER NO. | TIME OF ORDER |
|---|---|---|---|---|---|
| 74921 | | | | | 15:13:21 |

| TAX | B | QTY. | LINE | ITEM NUMBER | UNIT | CD. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | GAT | 6873 | EA | | PWR STD BELT | 37.27 | 21.99 | | |

| TOTALS | | | | | | | "We appreciate your business" | 37.27 | 21.99 | | |
| | | | | | | | | | SUB-TOTAL | | |
| CUSTOMER COPY | | | | | | | | | MISC. | | |
| CUSTOMER SIGNATURE | | | | | | | | CASH TEND. | 25.00 | TAX/FEES | |
| | | | | | | | | CHANGE | 1.58 | TOTAL | |
| "ALL MERCHANDISE RETURNED MUST BE ACCOMPANIED BY THIS INVOICE" | | | | | | | | Visit Us At: www.oreillyauto |

---

CIMARRON WEST FAMILY RESTAURAN
673 CIMARRON WAY
ELKO NV 89801
775-738-4333

Merchant ID: 000000842939
Term ID: 00654438   Ref #: 0010

Sale