4-24-11
DATE

CHECK ONE

☑ **PAID OUT**

☐ **REFUND**

AMOUNT

$13.50

EXPLANATION
ROOM NO.          FOLIO NO.

Washer down

NOT VALID UNLESS APPROVED BY INNKEEPER

Washed in guest
Laundry

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK.

LITHO IN USA.                    A+S Hospitality, Inc.   FORM 3-23

---

4-25-11
DATE

CHECK ONE

☑ **PAID OUT**

☐ **REFUND**

2:25
X6 loads
of towels only

AMOUNT

$13.50

EXPLANATION          Wash linen in Guest Laundry
ROOM NO.          FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

Due to washing machine
out of order

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK.

LITHO IN USA.                    A+S Hospitality, Inc.   FORM 3-23

---

4-26-11
DATE

CHECK ONE

☑ **PAID OUT**

☐ **REFUND**

2.25
X6 loads
Sheets only

AMOUNT

$13.50

EXPLANATION          Laundry for linen
ROOM NO.          FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

Washing machine out

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK.

LITHO IN USA.                    A+S Hospitality, Inc.   FORM 3-23

5-1-11
DATE

CHECK ONE

☒ PAID OUT

☐ REFUND

AMOUNT
$13.50

EXPLANATION
ROOM NO.   FOLIO NO.

REC'D BY—SIGNATURE
X
PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER
Ann

LITHO IN U.S.A.

NOT VALID UNLESS APPROVED BY INNKEEPER

Washin down
washin in guest
Laundry

CERTIFY HERE AND TIME STAMP ON BACK.

A+S Hospitality, Inc.   FORM 3-23

---

4-28-11
DATE

CHECK ONE

☒ PAID OUT

☐ REFUND

2.25
X6 loads
Towels

AMOUNT
$13.50

EXPLANATION
ROOM NO.   FOLIO NO.

REC'D BY—SIGNATURE
X
PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER
Ann

LITHO IN U.S.A.

Laundy for linen

NOT VALID UNLESS APPROVED BY INNKEEPER

Washing machine
Out

CERTIFY HERE AND TIME STAMP ON BACK.

A+S Hospitality, Inc.   FORM 3-23

---

4-27-11
DATE

CHECK ONE

☒ PAID OUT

☐ REFUND

2.25
X6
loads

AMOUNT
$13.50

EXPLANATION
ROOM NO.   FOLIO NO.

REC'D BY—SIGNATURE
X
PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER
Ann

LITHO IN U.S.A.

Washing machine Out

NOT VALID UNLESS APPROVED BY INNKEEPER

Washed linen for
Laundy

CERTIFY HERE AND TIME STAMP ON BACK.

A+S Hospitality, Inc.   FORM 3-23



**More saving.**
**More doing.**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00001  39972    05/05/11  02:23 PM
CASHIER KAYLA - KRB1602

```
076607041692 WALL 120HP <A>        3.97
781789732060 WIRE CONNC <A>        1.99
032076075033 BUTT SPLIC <A>        2.39

            SUBTOTAL               8.35
            SALES TAX              0.57
            TOTAL                 $8.92
            CASH                  10.00
            CHANGE DUE             1.08
```



3320 01 39972 05/05/2011 6051

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
    A          1      90        08/03/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*************************************

*************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
83553 80234

Password:
11255 80233

Entries must be entered by 06/04/2011.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.


Good things come from

# Sysco
## Guest Supply

To: Guest Supply @ 866-261-1975
Pages:_____ Collector____ 11_____

From : Randi Gawron_____
(CUSTOMER NAME)

Account #: 054962

Elko Gold

## CHECK BY FAX INSTRUCTIONS & AGREEMENT

Sysco Guest Supply will process your check, sent to via facsimile or e-mail, as if it were received by ordinary means. Please follow these instructions and sign the one time authorization.

### Instructions:

1. Prepare your check as you normally would, made payable to Sysco Guest Supply.
2. Make sure that you have indicated which invoices are to be paid on this form.  *Key Envelopes*
3. Note the total of the check on this form.
4. Sign this form and make sure the check is signed as well.
5. Provide Phone and E-Mail information for easy contact, in the event questions arise.
6. Fax this form and check to 866-261-1975, or e-mail them to argroup@guestsupply.com
7. If you must affix the check to a sheet of paper to fax it, do not cover any part of the check face.
8. **DO NOT AFFIX YOUR CHECK TO THE FRONT OF THIS DOCUMENT.**
9. **DO NOT VOID THE SIGNIGURE. This is not an ACH transaction.**
10. **DO NOT MAIL YOUR CHECK. Simply retain it for your records.**

### Customer Authorization:

I hereby authorize Sysco Guest Supply, to immediately process my check number __1053__ sent via fax or e-mail, in the amount of __1370.15__ as a onetime electronic payment. This payment will be used to clear the invoices noted below.

Customer Signature __Lisa Petty__                Date __5/12/11__

So that we can easily contact you in the event that we have a question regarding this transaction, please provide both your phone number and an e-mail address.

Phone Number __972-668-0327__   E-Mail Address __csummers@dmchotels.com__

| INVOICE NUMBER | INVOICE AMOUNT |
|---|---|
| 1797536 | 1370.15 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Need more space – Please attach sheet |  |
| **TOTAL PAID** | 1370.15 |

**If additional invoices need to be listed, please attach an additional page.**
**To protect your privacy, this form must be returned to 866-261-1975**

Good things
come from
# Sysco
## Guest Supply

### Order Acknowledgement

| Order | Date | Page |
|-------|------|------|
| 0001797536 | 05/12/11 | 1 |

**Sold To:**
054962
BEST WESTERN - ELKO
1930 IDAHO ST
ELKO NV, 89801

**Ship To:**

BEST WESTERN - ELKO
1930 IDAHO ST
ELKO NV, 89801

| Customer PO Number | Order Date | Terms | Salesman |
|---|---|---|---|
|  | 05/12/11 | CIA | Q18  Post, Suzi |

| Catalog/Item No. | Description | U/M | Tax | Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 0009501 | BW KEY CARD HOLDER 3-1819 500/ | BX |  | 1 | 19.05 | 19.05 |
| 0009503 | BW RM-ENVELOPE LOGO 500/BX | BX |  | 2 | 26.44 | 52.88 |
| 0019468 | BW. STD AQUAMER SHMP-280 | CS |  | 3 | 44.31 | 132.93 |
| 0019469 | BW. STD AQUAMER COND-280 | CS |  | 3 | 44.60 | 133.80 |
| 0019470 | BW. STD AQUAMER LTN-280 | CS |  | 3 | 45.04 | 135.12 |
| 0019472 | B.W. 0.8sz AQUAMER F/SP-500 | CS |  | 3 | 31.92 | 95.76 |
| 0019473 | B.W. 1.5sz AQUAMER D/SP-400 | CS |  | 3 | 40.04 | 120.12 |
| 0016630 | GUEST CHOICE BATH TISS.500-2PL | CS |  | 5 | 39.99 | 199.95 |
| 0019696 | 24x24 HI-D CLR 6 MIC 1M/CS ROL | CS |  | 3 | 21.29 | 63.87 |
| 0019777 | 47410 ENVISION FACIAL TISSUE | CS |  | 3 | 21.05 | 63.15 |
| 050549 | GS6-4650 40X46 BLACK 1.25 MIL | CS |  | 3 | 27.78 | 83.34 |
| 0003983 | BW LAUNDRY BAG ROLL-500 | CS |  | 3 | 38.22 | 114.66 |
| 0021050 | BEST WESTERN S/CAP-200 | CS |  | 3 | 22.56 | 67.68 |
| TAX AMOUNT |  |  |  |  |  | 87.84 |

```
***        THIS IS NOT AN INVOICE - DO NOT PAY        ***
```

| Total Order Qty | Gross Amount |
|---|---|
| 38 | 1370.15 |

1065

Sheen Silver State Plumbing

| Date | Type | Reference | | Original Amt. | Balance Due | 5/12/2011 Discount | Payment |
|------|------|-----------|--|---------------|-------------|--------------------|---------|
| 5/11/2011 | Bill | 10846 | | 989.56 | 989.56 | | 989.56 |
| | | | | | | Check Amount | 989.56 |

Citibank DIP 8572          Inv 1/27/11

989.56

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 01/26/2011 | Balance Forward | | 0.00 |
| 01/27/2011 | INV #10846, Due 01/27/2011 | | 933.32 |
| 02/28/2011 | INV #FC 4642, Due 02/28/2011, Finance Charge | 933.32 | 933.32 |
| 03/28/2011 | INV #FC 4651, Due 03/28/2011, Finance Charge | 19.64 | 952.96 |
| 04/28/2011 | INV #FC 4655, Due 04/28/2011, Finance Charge | 17.18 | 970.14 |
| | | 19.42 | 989.56 |

*Balance Due*

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 19.42 | 17.18 | 19.64 | 933.32 | $989.56 |

Fax 753-7910

Pg 1 of 2

**Elko Gold Mine, LLC DIP**                                                                        1075

Best Western International                                          5/12/2011

Don't send invoice with MOR (Per Jag)                                              22,456.54

Citibank DIP 8572        April 2011                                                     22,456.54

Elko Gold Mine, LLC

Luis Dominguez

1055

| Date | Type | Reference | | Original Amt. | Balance Due | | 5/3/2011 Discount | | Payment |
|------|------|-----------|--|---------------|-------------|--|-------------------|--|---------|
| 5/3/2011 | Bill | 852 | | 4,334.82 | 4,334.82 | | | | 4,334.82 |
| | | | | | | Check Amount | | | 4,334.82 |

Citibank DIP 8572

4,334.82



| | | Subtotal | $ 4,004.45 |
|--|--|----------|-----------|
| | | Sales Tax | $ 330.37 |
| | | Total | $ 4,334.82 |

Satview Broadband, LTD.
Elko
P.O. Box 18148
Reno, NV 89511

Office:  (775) 333-6626     Service: (775) 738-2662

| | |
|---|---|
| **Date Due:** | 5/5/2011 |
| **Account No.:** | 10786 |
| **Amount Due:** | $1,386.00 |
| **Amt. Enclosed:** | _____ |

10457, Country Hearth
1930 Idaho St.
Elko, NV 89801-0000
Attention: Country Hearth C/o Elko Goldmi

Remit your payment to:
Satview Broadband, LTD
P.O. Box 18148
Reno, NV  89511

To insure proper credit, please write your account number on your check and return this portion with your payment.

10457, Country Hearth  1930 Idaho St   Elko , NV 89801-2629

| Account No. | Status | Statement Date | Date Due | Includes payments received by | Amount Due |
|---|---|---|---|---|---|
| 10786 | ACTIVE | 4/20/2011 | 5/5/2011 | 4/20/2011 | $1,386.00 |

| Transaction Date | Description | Amount |
|---|---|---|
| | Beginning Balance: | $1,386.00 |
| **Payments and Adjustments:** | | |
| 4/18/2011 | Payment Received – Thank You | ($1,386.00) |
| **Advanced Billings:** | | |
| 4/20/2011 | 1   zBulk Country Hearth | $1,320.00 |
| **Taxes/Fees on Current/Advanced Billings:** | | |
| | Elko Franchise Tax | $66.00 |

Satview Broadband, LTD                                          **Amount Due:**    $1,386.00
Office:  (775) 333-6626  Service: (775) 738-2662
Channel ... now available at www.zaptoit.com Refer a        Franchise Authority, 1 -FCC Community #1
... will receive

**Elko Gold Mine, LLC DIP**

1056

Satview Broadband, LTD
| Date | Type | Reference | Original Amt. | Balance Due | 5/3/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 4/20/2011 | Bill | | 1,386.00 | 1,386.00 | | 1,386.00 |
| | | | | Check Amount | | 1,386.00 |

Citibank DIP 8572        10786

1,386.00

**Elko Gold Mine, LLC DIP**

Scott  c Nadel                                                                                    1057

                              travel expense                    5/5/2011

                                                                                          1,228.80

Citibank DIP 8572        Travel expense - inspections

                                                                                          1,228.80

Invoice No. _____

# Expense Statement

*DMC HOTELS*

**Employee**

| | |
|---|---|
| Name | Scott Nadel |
| SSN | |
| Location | Corporate Office |

| | |
|---|---|
| Emp # | |
| Position | CCO |
| Manager | |

From 5/1/2011
To

| Date | Account | Description | TOTAL |
|---|---|---|---|
| 4/30/2011 | AMERICAN AIRLINES | AA AMERICAN AIRLINES DFW TO SLC | $462.70 |
| 5/2/2011 | AMERICAN AIRLINES | AA AMERICAN AIRLINES SLC TO ICT WICHITA KANSAS MEETING DAYS INN PEOPLE | $314.40 |
| 5/2/2011 | AMERICAN AIRLINES | AA AMERICAN AIRLINES ICT WICHITA TO DFW | $421.70 |
| 5/1/2011 | AMERICAN AIRLINES | AA BAGGAGE | |

| | | |
|---|---|---|
| Sub Total | $ | 1,228.80 |
| Advances | | |
| **REIMBURSEMENT TOTAL** | $ | 1,228.80 |

Signature  Scott nadel  

Approval



## Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| American Airlines | 2527 | DALLAS FT WORTH | SUN 01MAY 2:55 PM | SALT LAKE CITY | 4:40 PM | L |
| | | Scott Nadel | FF#: 95EBX94 | Economy | Seat 11A | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| SCOTT NADEL | 0012338426479 | 448.37 | 44.33 | 492.70 |
| Payment Type: Master Card XXXXXXXXXXX0763 | | | | Total: $492.70 |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

| Conditions Of Carriage | Special Assistance | Flight Check-In | Flight Status Notification |
|---|---|---|---|







We know why you fly'
AmericanAirlines
AA.com

This e-mail address is non-refundable and does not accommodate replies.
If you have a customer service issue, please Contact AA.

**Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.**



Confirmation:HAIRDR

Thank you for choosing American Airlines, American Eagle and AmericanConnection, members of the **one**world Alliance.

If your flight is operated by another carrier, please check in with that carrier per their guidelines.

Check-in times will vary depending on your departure or destination city. In order to determine the time you need to check in at the airport, visit our Suggested Arrival Times page at www.aa.com/arrivaltimes.

If you have a U.S. DOMESTIC E-TICKET, check in for your flight using Flight Check-In at AA.com between 1 and 24 hours prior to flight time. Use the E-TICKET confirmation/record locator above to select or change your seat and obtain a boarding pass. On day of departure, you will be required to present a government-issued photo-ID at the airport.

As a security measure, if this ticket was purchased using a credit card with billing address in Latin America or the Caribbean (except Puerto Rico and U.S. Virgin Islands), the credit card holder must be present at time of check-in to verify identification and sign a credit card voucher. For your convenience, the credit card holder can present the credit card and provide this signature prior to departure date at any AA ticketing office in Latin America and the Caribbean.

See the ENDORSEMENT line below for key fare rules pertaining to your ticket, if applicable.

If you have begun travel, your online receipt record may only indicate portions of your trip which have not been flown.

|  | Itinerary |  |  |
|---|---|---|---|
| Date: | 04May - Wednesday |  |  |
| Flight: | AMERICAN AIRLINES 2008 | McDonnell Douglas Super MD-80(S80) | Booking Code: V |
| Departure: | SLC Salt Lake City | 08:10 AM |  |
| Arrival: | DFW Dallas/ Fort Worth | 11:50 AM | 2HR 40MIN |
|  | NADEL, SCOTT | Economy  FF# :AA 95EBX94 |  |
|  | SEAT 17A |  |  |

| | | | | |
|---|---|---|---|---|
| Date: | 04May - Wednesday | | | |
| Flight: | AMERICAN AIRLINES 1739 | McDonnell Douglas Super MD-80(S80) | | Booking Code: V |
| Departure: | DFW Dallas/ Fort Worth | 12:40 PM | | 1HR 15MIN |
| Arrival: | ICT Wichita | 01:55 PM | | |
| | NADEL, SCOTT | Economy  FF# :AA 95EBX94 | | |
| | SEAT 31F | | | |

Receipt

| PASSENGER | TICKET NUMBER | FARE | TAXES | TICKET TOTAL |
|---|---|---|---|---|
| NADEL,SCOTT | 0012338468160 | 297.67 USD | 43.73 | 341.40 |

Payment Type:

|  | | Total |
|---|---|---|
| MASTER CARD  ***********0763 | | 341.40 USD |

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | Booking Code | |
| **AA** AMERICAN AIRLINES | 1043 | ICT Wichita | May 06, 2011 02:45 PM | DFW Dallas/ Fort Worth | May 06, 2011 04:05 PM | Economy L | 22A |

## Your Notifications

| Contact | Notification Summary | Actions |
|---|---|---|
| Email: SNADEL@DMCHOTELS.COM | • Send 4 hours prior to departure<br>• ARRIVAL INCLUDING BAGGAGE CLAIM<br>• CONNECTING FLIGHT DEPARTURE STATUS<br>• GATE CHANGES | Enabled |

## Fare Summary

| Average Fare per Person: Departure  411.00 USD | |
|---|---|
| Passenger Type Used in Pricing | Adult |
| Departure Fare per Person | 411.00 USD |
| **Total Fare per Person** | **411.00 USD** |
| Additional Taxes and Fees per Person | 10.70 USD |
| **Total Price** | **421.70 USD** |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

Good things come from
**SYSCO®**

SYSCO INTERMOUNTAIN INC
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801) 908-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

CONFIDENTIAL PROPERTY OF SYSCO

CUSTOMER'S ORIGINAL INVOICE

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 5/12/11 | 105120798 | 1 3 |

| CUSTOMER | PURCHASE ORDER |
|---|---|
| 386177 | |

TERMS - PAST DUE BALANCE ARE SUBJECT TO SERVICE CHARGE

/012
COD ACH
MANIFEST# 701427 NORMAL DELIVERY
MA: 5184 THAIN BURKHART 9184
DRIVER: GRANT 9925

BEST WESTERN
1930 IDAHO ST

ELKO            NV      89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO       NV   89801

| SHIP DATE | ROUTE |
|---|---|
| 5/12/11 | 4333 |

| QTY | CASES | SPLIT | PACK | SIZE | TOT/PCS | CUBE | GROSS WT | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | QTY | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ****DISPENSER BEVERAGE**** | 89801 | | | | | | |
| P | 2 CS | | 24 | LTR | 2 | 1.1 | 46 | NATRSEL JUICE ORANGE FRZ CADDY | 6L50072 | 109.99 | | 219.98 | | | |
| | | | | | | | | GROUP G | 108145 | | | 219.98 | | | |
| | MISC CHARGES | | | | | | | CHGS FOR FUEL SURCHARGE | | | .34 | 5.00 | * | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | ORDER SUMMARY : 16270 | | | | | | | |
| | 54 | | 54 | | 40.7 | | 995 | | | | | | | | |

| CASES | SPLITS | PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 2 | | 2 | 1.1 | 46 |
| 54 | | 54 | 40.7 | 995 |

OPEN: 6:00 AM        CLOSE:    7:00 PM

NO. PCS DELVD.

NO. PCS REC.

CUST. SIGN   X Carol Thuede

DRIVER'S SIGN

CUST. PLEASE SIGN FOR ALL ITEMS

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

| SUB TOTAL | 2520.31 |
|---|---|
| TAX TOTAL | 55.68 |
| INVOICE TOTAL | 2575.99 |

PAYABLE ON OR BEFORE      5/13/11   LAST PAGE

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

## CUSTOMER'S ORIGINAL INVOICE

CONFIDENTIAL PROPERTY OF SYSCO

**Good things come from SYSCO.**

BEST WESTERN
1930 IDAHO ST

ELKO            NV   89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO            NV   89801

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300   (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

INVOICE DATE: 5/12/11
CUSTOMER: 386177
INVOICE NUMBER: 105120798   PAGE: 1  2
PURCHASE ORDER: 014
ROUTE: 4333
TERMS: COD ACH
MANIFEST#: 70l427 NORMAL DELIVERY
MAIL#84  CHAIN BURKHAM    9184
DRIVER: GRANT      9925

| QTY | SPLIT | TOTAL PCS | CUBE | GROSS WT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | EXTENDED | P | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ****CHEMICAL & JANITORIAL**** | | | | | | | |
| | | | | | | GROUP TOTAL**** | | | | | | | | |
| D 2 CS | | | | | 4/128 OZ | SYS REL BLEACH H10 GERM/CIDAL 6% | 8721149 | 18.43 | 1.27 | 69.99 | | | |
| D 1 CS | | | | | 838 OZ | DAWN D DETERGENT HAND B/G LMN | 6592356 | 45.30 | 3.36 | 36.86* | | | |
| | | | | | 5GAL | ECOLAB DETERGENT LAUN H10 EN LZ40Q | 6100031 | 239.80 | 16.42 | 49.30* | | | |
| | | | | | | HAZARD **** | | | | 239.80 | | | |
| D 1 CS | | | | | 6EA | KEYSTON FRESHENER AIR OCEAN BREEZE | 6100095 | 151.97 | 10.41 | 151.97* | | | |
| D 1 CS | | | | | 2/2L | ECOLAB NEUTRALIZER ODOR ORCHARD MIS | 6100140 | 259.99 | 17.81 | 259.99* | | | |
| | | | | | | ****DISPENSER BEVERAGE**** | | | | 737.42* | | | |
| | | | | | | GROUP TOTAL**** | | | | | | | |
| D 1 CS | | | | | 632 OZ | CITAVO COFFEE CAPPUC MIX FRENCH VAN | 3588008 | 71.50 | | 71.50 | | | |
| D 1 CS | | | | | 62 LB | CITAVO COFFEE CAPPUC ORIG | 39947 | 69.99 | | 69.99 | | | |
| D 1 CS | | | | | 992 OZ | CITAYCO COFFEE COL 100% PINE W/F | 3586632 | 164.46 | | 164.46 | | | |
| | | | | | | GROUP TOTAL**** | | | | 305.95 | | | |
| | | | | | | ****DAIRY**** | | | | | | | |
| E 3 CS | | | | | 723.5 OZ | PAPETTI OMELEET EGG CHEESE | 4602259013500 | 64.77 | | 194.31 | | | |
| | | | | | | GROUP TOTAL**** | | | | 194.31 | | | |
| | | | | | | ****MEATS**** | | | | | | | |
| E 2 CS | | | | | 160 1 OZ | SYS CLS SAUSAGE PORK PTY CKD MILD | 1849332 | 33.62 | | 100.86* | | | |
| | | | | | | GROUP TOTAL**** | | | | 100.86 | | | |
| | | | | | | ****FROZEN**** | | | | | | | |
| E 1 CS | | | | | 303 OZ | FBRICUS BAGEL PLAIN BULK BKD SLI | 36000 | 34.87 | | 34.87 | | | |
| E 2 CS | | | | | 842 2607 | ZSYSKWY DANISH ASST APL/CHES/CHERRY | 7016942 | 63.87 | | 127.74 | | | |
| E 3 CS | | | | | 612 CT | ZBKRSCLS MUFFIN ENGLISH FRK SPLIT | 8593024 | 20.36 | | 182.99 | | | |
| | | | | | | GROUP TOTAL****  2.0 | | | | | | | |

CASES: 19  SPLIT: 0  TOTAL PCS: 19   CUBE: 15.5  GROSS WT: 351

P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

SUB TOTAL: 2296.33
TAX TOTAL:
INVOICE TOTAL:

PAYABLE ON OR BEFORE

OPEN: 6:00 AM   CLOSE:    6:00 PM

CUST. PCS. DELVD.
NO. PCS REC.

CUST. SIGN X _____

DRIVER'S SIGN

CONT. ON PAGE  3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE**    **CONFIDENTIAL PROPERTY OF SYSCO**

## Sysco — Good things come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO    NV   89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO    NV   89801

| INV DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 5/12/11 | 386177 | 105120798 | 1  1 |

ROUTE /014    PURCHASE ORDER 4333

TERMS - PST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 701427 NORMAL DELIVERY
MA: S184 THAN BURCHARD 9184
DRIVER: GRANT 9925

| QTY SHIP | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INV ADJ QTY |
|---|---|---|---|---|---|---|---|---|
| | | | **COOLER** | | | | | |
| | | | ****DAIRY**** | | | | | |
| 1 CS | 1B LB | | DARIGLD BUTTER CUP USDA AA 90CT | 8603770 | 26.26 | | 26.26 | |
| 1 CS | 100/.75 | OZ | BELLJEM CHEESE CREAM CUP STRWBRY | 6262000 | 32.23 | | 32.23 | |
| 3 CS | 360/3/8 | OZ | WHIFARM CREAMER HALF & HALF SEE SUBL | 81160255 | 13.15 | | 13.15 | |
| 1 CS | 50/.5 | PT | DARIGLD MILK 1% MINI BOX | 72132777 | 8.26 | | 8.26 | |
| 6 CS | 50/.5 | PT | WHIFARM MILK 2% REDUCED FAT | 38629950 | 9.34 | | 56.04 | |
| 10 CS | 126 | OZ | YOPLAIT YOGURT ASST STW-MIXED BRY | 72551055 | 8.35 | | 227.71 | |
| | | | GROUP TOTAL**** | | | | | |
| | | | ****PRODUCE**** | | | | | |
| 1 GS | 140 LB | | PACKER BANANA FRESH CUP GREEN | 11585442 | 34.08 | | 34.08 | |
| 1 GS | 140# | | PACKER BANANA GRN TURN TO YEL FRESH | 10073368 | 34.13 | | 34.13 | |
| 1 LB | 113 | CT | SYSCL CLS ORANGE NAVEL CH FRESH | 22521261 | 37.39 | | 105.60 | |
| | | | GROUP TOTAL**** | | | | | |
| | | | **DRY** | | | | | |
| | | | ****CANNED & DRY**** | | | | | |
| 3 CS | 12/10 | CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ | 5470267 | 39.99 | | 119.97 | |
| 1 CS | 4/31 | OZ | KELLOGG CEREAL FROOT LOOP | 4094645 | 45.35 | | 45.35 | |
| 1 CS | 6/10 | | SYS CLS GRAVY SAUSAGE CNTRY RTU | 0682542 | 78.07 | | 78.07 | |
| 1 CS | 200.5 | OZ | HSE REC PEANUT BUTTER CUP | 6132377 | 39.65 | | 39.65 | |
| 1 CS | 2001.5 | OZ | HSE REC SYRUP TABLE MAPLE FLAVORED | 1696608 | 36.99 | | 36.99 | |
| 1 CS | 6 LB | | BKRSCLS WAFFLE MIX BELGIAN | 6153092 | 49.99 | | 49.99 | |
| | | | GROUP TOTAL**** | | | | | |
| | | | ****PAPER & DISP**** | | | | | |
| 1 CS | 12/51 | | FTORKADV TISSUE TOILET JMBO MINI STD | 5577089 | 69.99 | 4.79 | 69.99 * | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 33 | 33 | | 24.1 | 598 |

OPEN: 6:00 AM    CLOSE: 7:00 PM

REMIT TO
P.O. BOX 27638
SALT LAKE CITY, UT 84127-0638

| | |
|---|---|
| SUB TOTAL | 773.32 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 2

PAYABLE ON OR BEFORE

NO.PCS DELVD. | NO.PCS REC.
CUST. SIGN  X
DRIVER'S SIGN

IMPORTANT: FSCA PROVISION - THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

Office of the U. S. Trustee
300 Booth Street
Suite 3009
Reno, NV 89509-1316

775-784-5335

\*\*\*\*\*\*\*\*\*\*\*\*MIXED AADC 170

ELKO GOLD MINE
3400 PARKWOOD BLVD.
FRISCO, TX 75034-1968



Page 1 of  1                    Rev. 1/11

Account No.: 783-11-50084
Process Date: 05/11/11

# Delinquency Notice

| See Instructions |
| On Reverse Side |

**UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM**

## Chapter 11 Quarterly Fees Statement

|  |  |  |
|---|---|---|
| 04/07/11 | Balance Forward | 1,625.00 |
| 04/22/11 | Adjustments to fees charged from previous statement. | 3,250.00 |
| 04/26/11 | Payment from Lock Box | 1,625.00- |
|  | Estimated Balance Due Based On Disbursement Record | **3,250.00** |

**Your Chapter 11 quarterly fees have not been paid in full.  Please pay the amount due
immediately.  If your payment has been remitted, please disregard this statement.**

---

**Elko Gold Mine, LLC DIP**                                                                    1066

U.S. Trustee Payment Center                              5/17/2011

| Date | Type | Reference | Original Amt | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 4/7/2011 | Bill | Quarter 1,2011 | 4,625.00 | 3,250.00 |  | 3,250.00 |
|  |  |  |  |  | Check Amount | 3,250.00 |

Citibank DIP 8572        Case#7831150084                                              3,250.00

 **Waste Connections, Inc.**

WCI Home | My Home | My Bills | My Filed Bills | My Payments | My Profile | Customer Care | FAQ | Logout

Pay Response

**Click here if you would like to make this a recurring payment.**

| | |
|---|---|
| **Payment Amount:** | 360.40 |
| **Payment Date:** | 05/20/2011 |
| **Pay From:** | Elko Gold |

The payment has been processed successfully.

Your confirmation number is: **1105205086157**

[ My Payments ]

©2005 Kubra Data Transfer Ltd. All rights reserved. Click here for Terms Of Use.



Page 1



ELKO SANITATION
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO NV 89801-3609
DISTRICT NO - 2310

| | |
|---|---|
| ACCOUNT NO. | 2310-174986 |
| INVOICE NO. | 1291908 |
| STATEMENT DATE | 05/01/11 |
| DUE DATE | 05/20/11 |
| BILLING PERIOD | 05/01/11 - 05/31/11 |

DMC- COUNTRY HEARTH - ELKO
LLC DBA ELKO GOLD MINE
1930 IDAHO ST
ELKO NV 89801

FOR ASSISTANCE
Customer Service                775-738-3771

## INVOICE STATEMENT

| Date | Description | | Amount |
|---|---|---|---|
| | Previous Balance | | $ 360.40 |
| 04/20/11 | Payment Thank You! | 1045 | $ 360.40- |
| | Total Payments And Credits | | $ 360.40- |
| | Service Location | Country Hearth | |
| | Acct #174986 | 1930 Idaho St. | |
| 05/01/11 | RI 3 Yd 6X Wk 1 | Each @ $360.40 | $ 360.40 |
| | 05/01/11-05/31/11 | | |
| | Current Charges And Fees | | $ 360.40 |
| | Total Due | | $ 360.40 |



ONLINE BILL PAY - NOW EASIER THAN EVER!
* Access your account 24/7 * Make payments * Set up recurring payments * Go paperless *
* View Statements *
Go to wasteconnections.com and follow the online bill pay prompts to enroll today!

6        Please remit to the address below and return your remit stub with your payment
or look on the reverse side to learn about on-line bill pay.



ELKO SANITATION
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO NV 89801-3609

| | |
|---|---|
| ACCOUNT NO. | 2310-174986 |
| INVOICE NO. | 1291908 |
| STATEMENT DATE | 05/01/11 |
| DUE DATE | 05/20/11 |
| PAY THIS AMOUNT | 360.40 |

AV 01 011135 79784B 31 A**5DGT

DMC- COUNTRY HEARTH - ELKO
LLC DBA ELKO GOLD MINE
1930 IDAHO ST
ELKO NV 89801-2629

WRITE IN
AMOUNT         $
PAID

☐ TO CHANGE ADDRESS
Check here and complete the
information on the reverse side.

MAIL PAYMENT TO:
ELKO SANITATION
A WASTE CONNECTIONS COMPANY
PO BOX 60248
LOS ANGELES CA 90060-0248

2310 0000000000000174986 000003604001291908 4



**AmTrust North America**
An AmTrust Financial Company

### PREMIUM INVOICE

678793
ELKO GOLDMINE LLC
DBA COUNTRY HEARTH
3400 PARKWOOD BLVD SUITE 500
FRISCO, TX 75034

| | |
|---|---|
| Invoice Date: | 4/30/2011 |
| Balance Due: | 2,087.00 |
| Installment Due Date: | 5/20/2011 |

| Master Acct: | 88919 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Policy Number: | Coverage Description: | Policy Effective: | Policy Status: | Total Policy Cost: | Total Billed To Date: | Total Paid To Date: | Currently Due: |
| SPP1007964 00 | Commercial Package | 8/21/2010 | In Effect | 20,865.00 | 18,783.00 | 16,696.00 | 2,087.00 |

**Elko Gold Mine, LLC DIP**

1068

Amtrust North America

5/20/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/20/2011 | Bill | MAY 2011 | 2,087.00 | 2,087.00 | | 2,087.00 |

Check Amount    2,087.00

Citibank DIP 8572

2,087.00

| | | |
|---|---|---|
| Insured: | ELKO GOLDMINE LLC | |
| Master Acct: | 88919 | |

| | |
|---|---|
| Premium Due Date: | 5/20/2011 |
| Minimum Due: | 2,087.00 |
| Amount Enclosed: | |



111 678793 2087.00

ORIGINAL

Amtrust North America, Inc.
P.O. Box 318004
Cleveland OH 44131-8004

**Elko Gold Mine, LLC DIP**                                                          1087

    Best Western International                    5/20/2011

                                              4,300.00

*June*

Citibank DIP 8572                                                      4,300.00

**Elko Gold Mine, LLC DIP**                                                          1086

    Best Western International                    5/20/2011

                                              4,300.00

*May*

Citibank DIP 8572                                                      4,300.00

**Elko Gold Mine, LLC DIP**                                                          1085

    Best Western International                    5/20/2011

                                              4,300.00

*April*

Citibank DIP 8572                                                      4,300.00

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**CUSTOMER'S ORIGINAL INVOICE**  CONFIDENTIAL PROPERTY OF SYSCO

## SYSCO
Good things from SYSCO

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

INVOICE NUMBER  105190807  PAGE  3

BEST WESTERN
1930 IDAHO ST
ELKO          NV  89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV  89801

INVOICE DATE: 5/19/11
CUSTOMER: 386177  105190807
PAGE: 3

ROUTE 4333

TERMS: COD ACH
MANIFEST #: 702218 NORMAL DELIVERY
MA: SHP1 TRAIN BURBANK 9184
DRIVER: GRANT 9925

| QTY | CS | PACK | SPLIT | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ****MEATS**** GROUP TOTAL**** | | | | 236.00 | | |
| 4 | CS | | | 160 1 OZ | SVS CLS SAUSAGE PORK PTY CKD MLD | 1589332 | 34.02 | | 136.08 | | |
| | | | | | ****FROZEN**** GROUP TOTAL**** | | | | 136.08 | | |
| 1 | CS | | | 120/2 OZ | BKRSCLS BISCUIT BTRMLK 3" | 1019 | 34.77 | | 34.77 | | |
| 2 | CS | | | 84/2.25OZ | TSPRMY DANISH ASST APL/CHES/CHERRY 80991 | 5083662 | 63.87 | | 127.74 | | |
| 1 | CS | | | 220/.5 OZ | BKRSCLS DOUGH COOKIE OATMEAL RSN GRM 9326307 | 8396766 | 79.99 | | 79.99 | | |
| 2 | CS | | | 240/.33OZ | TSPRMY DOUGH COOKIE STRWBRY SHRTCAKE 58883 | 9326307 | 89.20 | | 89.20 | | |
| 1 | CS | | | 6/2 CT | BKRSCLS MUFFIN ENGLISH FRK SPLIT 2 O 8593024 | 0241935 | 20.74 | | 20.74 | | |
| 1 | CS | | | 743.25OZ | MCCAIN POTATO H/BRN BKFST RISER | 10310688 | 49.99 | | 49.99 | | |
| | | | | | ****DISPENSER BEVERAGE**** GROUP TOTAL**** | | | | 402.43 | | |
| 2 | CS | | | 2 LTR | NATRSEL JUICE ORANGE FRZ CADDY | 1081145 | 109.99 | | 219.98 | | |
| | | | | | GROUP TOTAL**** | | | | 219.98 | | |
| | MISC CHARGES | | | | CHGS FOR FUEL SURCHARGE | 6150072 | | .34 | 5.00 | * | |

ORDER SUMMARY  : 34699

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 13 | 13 | 207 | 8.8 | 1326 |
| 70 | 70 | | 59.2 | |

OPEN: 6:00 AM  CLOSE: 7:00 PM

NO. PCS DELVD.  NO. PCS REC.

CUST. SIGN  X

DRIVER'S SIGN

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE  5/20/11

SUB TOTAL  2970.03
TAX TOTAL  57.54
INVOICE TOTAL  3027.57

LAST PAGE

IMPORTANT PACA PROVISION. THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE**  CONFIDENTIAL PROPERTY OF SYSCO

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT  84081
(801)563-6300  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

NV 89801    NV 89801

BEST WESTERN
1930 IDAHO ST
ELKO    NV   89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST

INVOICE NUMBER: 105190807   PAGE 2
CUSTOMER: 386177
DEL. DATE: 5/19/11   STOP: /017
ROUTE: 4333
PURCHASE ORDER:
TERMS: COD ACH
MANIFEST #: 7022 B NORMAL DELIVERY
MA: SLC4   TRAIN BURQUART   9184
DRIVER: GRANT

FAST PAY. BALANCES ARE SUBJECT TO SERVICE CHARGE

| QTY | CASES | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | ITEM PRICE | AMOUNT | EXTENDED PRICE | F | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 1 | | 250 | MED | MAX PAC KIT CUTLERY BLK K.F.S.S&P/NAP 42B | 33892335 | 39.99 | | 39.99 | * | | |
| D | 1 | | 10 | 100CT | DART   LID PLAS STRAW SLOT 12-24OZ   165L | 40963327 | 30.30 | | 30.30 | * | | |
| D | 1 | | 4 | 125 | CASERENE PLATE PAPER HVYWT 8.5"   4240008 | 42400008 | 107.00 | | 107.00 | * | | |
| D | 1 | | 16 | 230 | CNTYSCO   TOWEL MULTIFOLD NA 5X9 1/2   MK520A-SYS | 57671662 | 47.65 | 3.27 | 313.54 | | | |
| | | | | | ****CHEMICAL & JANITORIAL**** GROUP TOTAL | | | | 313.54 | | | |
| D | 2 | | 4 | 128 OZ | SYS REG BLEACH LIQ GERMICIDAL 6%   11300339 | 87291149 | 18.43 | 1.27 | 36.86 | * | | |
| D | 2 | | 2 | 1 GAL | ECOLAB DESTAINER LAUNDRY LIQUID   15982 | 42081120 | 87.00 | 5.96 | 174.00 | * | | |
| | | | | | ** HAZARD ** | | | | | | | |
| D | 1 | PL | | 15GAL | ECOLAB DETERGENT LAUN LIQ ES L2000   6100031 | 79282071 | 239.80 | 16.42 | 239.80 | * | | |
| | | | | | ** HAZARD ** | | | | | | | |
| D | 1 | | 6 | 1/7OZ | KEYSTONE POLISH FURNITURE ARSL   6100020 | 85093464 | 49.99 | 3.43 | 99.98 | * | | |
| | | | | | ** HAZARD ** | | | | | | | |
| D | 1 | PL | | 15 GAL | ECOLAB SOFTENER LAUN SOFRESH NP   14310 | 59262821 | 170.00 | 11.65 | 170.00 | * | | |
| | | | | | ****SUPP & EQUIP**** GROUP TOTAL | | | | 720.84 | | | |
| D | 1 | | 24 | EACH | SYSCO   FUEL CANNED HANDY WICK 6HOU HW03006S | 39550851 | 49.00 | 3.35 | 49.00 | * | | |
| D | 1 | BX | | 36EA | WORLD   SPOON TABLE WINDSOR MDWT STN 651-003 | 47346951 | 17.75 | 1.21 | 17.75 | * | | |
| | | | | | ****DISPENSER BEVERAGE**** GROUP TOTAL | | | | 66.75 | | | |
| D | 1 | | 9 | 62 OZ | CITAVCO COFFEE COL 100% FINE W/F   3586632 | 41161581 | 164.46 | | 164.46 | * | | |
| D | 1 | | 24 | LTR | NATRSEL JUICE APPLE CKTAIL   108152 | 61499181 | 89.99 | | 89.99 | * | | |
| | | | | | ****DAIRY**** GROUP TOTAL | | | | 254.45 | | | |
| | | | | | FROZEN | | | | | | | |
| F | 4 | | 48 | 3.5 OZ | SYS IMP OMELET EGG W/CHEESE SKLLT STYL 30503 | 75187231 | 59.00 | | 236.00 | * | | |

OPEN:  6:00 AM   CLOSE:  7:00 PM

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 20 | | 20 | 16.9 | 463 |

NO. PCS DELVD.   CUST. SIGN   X   NO. PCS REC.

DRIVER'S SIGN

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | 2206.54 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Good things from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**CUSTOMER'S ORIGINAL INVOICE**

CONFIDENTIAL PROPERTY OF SYSCO

BEST WESTERN
1930 IDAHO ST

ELKO        NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO        NV  89801

| DEL DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 5/19/11 | 386177 | 105190807 | 5   1 |

TRUCK STOP  /017
ROUTE  4333

PURCHASE ORDER

TERMS: PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 70221B NORMAL DELIVERY
MAN ST84 TRAIN BURGHART 9184
DRIVER: GRANT

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | PRICE | AMOUNT | ENTERED PRICE | T P INVOICE ADJUSTMENTS X 1 CODE QTY |
|---|---|---|---|---|---|---|---|---|---|
| C | | | | COOLER | | | | | |
| C | | | | *****DAIRY***** | | | | | |
| C | 1 | CS | 100/.75 OZ | BBRLIMP CHEESE CREAM CUP STWBRY | 6262000 | 32.23 | 32.23 | 32.23 | X 1 |
| C | 1 | 001 OZ | | BBRLIMP CHEESE CREAM PLAIN CUP | 8261465 | 32.44 | 32.44 | 32.44 | |
| C | 1 | CS | 360/3/8 OZ | HILFARM CREAMER HALF & HALF SHF STBL 5105/700 | 8116055 | 13.16 | 13.16 | 13.16 | |
| C | 1 | CS | 50/5 PT | CARIGED MILK 1% MINI BOX | 7213277 | 8.26 | 8.26 | 8.26 | |
| C | 6 | CS | 50/5 PT | WHLFARM MILK 2% REDUCED FAT | 38628950 | 9.34 | 9.34 | 56.04 | |
| C | 10 | CS | 126 OZ | YOPLAIT YOGURT ASST STW-MIXED BRY | 384000 | 8.35 | 8.35 | 83.50 | |
| C | | | | GROUP TOTAL***** | 7255185 | | | 225.63 | |
| C | | | | *****PRODUCE***** | | | | | |
| C | 1 | CS | 140 LB | PACKER BANANA FRESH TIP GREEN | 1158542 | 34.08 | 34.08 | 34.08 | |
| C | 1 | CS | 110# | PACKER BANANA GRN TURN TO YEL FRESH | 100/3600 | 34.13 | 34.13 | 34.13 | |
| C | 1 | CS | 113 | CHSIS CLS ORANGE NAVEL CH FRESH | 2252161 | 37.56 | 37.56 | 37.56 | |
| C | | | | GROUP TOTAL***** | | | | 105.77 | |
| D | | | | DRY | | | | | |
| D | | | | ****CANNED & DRY**** | | | | | |
| D | 3 | CS | 1210 CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ | 5586 | 5470267 | 40.43 | 121.29 | |
| D | 1 | CS | 835 OZ | KRSTEAZ CEREAL RAISIN BRAN | 748-0160 | 4585865 | 47.25 | 47.25 | |
| D | 2 | CS | 1803/8 OZ | COFMATE CREAMER COFFEE NONDAIRY F 5000035070 | 7750318 | 15.99 | 31.98 | |
| D | 1 | CS | 65 LB | BKRSCUS WAFFLE MIX BELGIAN | 6153092 | 6153092 | 49.99 | 49.99 | |
| D | 5 | CS | 24500 | MLATHWATR WATER PURIFIED (16.9 OZ) PET | 000206 | 4108932 | 6.65 | 33.25 | |
| D | | | | GROUP TOTAL***** | | | | 283.76 | |
| D | | | | ****PAPER & DISP**** | | | | | |
| D | 1 | CS | 5001002 | WINCUP BOWL FOAM 10 OZ | 10B | 4039855 | 44.75 | 44.75 | |
| D | 1 | CS | 4025 CT | DART CUP FOAM 12 OZ | 12016 | 5262530 | 43.85 | 43.85 | |

OPEN:  6:00 AM    CLOSE:  7:00 PM

CUST/BUYER X [signature]

P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | 703.76 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE  2

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 37 | | 37 | 33.5 | 656 |

DRIVER'S SIGN

**Alliance Commercial Equipment Co, Inc.**

# Invoice

dba Alliance Laundry Equipment
3838 S. State Street
Salt Lake City, UT 84115
801-266-7086

| Date | Invoice # |
|---|---|
| 4/30/2011 | 184931 |

| Bill To | Ship To |
|---|---|
| Elko Gold Mine Inn<br>1930 Idaho Street<br>Elko, NV  89801 | Country Hearth Inn<br>1930 Idaho Street<br>Elko, NV 89801 |

| P.O. No. | S.O. No. | Terms | Rep | Ship Date | Ship Via |
|---|---|---|---|---|---|

**Elko Gold Mine, LLC DIP**

1076

Alliance Commercial Equipment Co, Inc.

| Date | Type | Reference | | | | |
|---|---|---|---|---|---|---|
| 5/9/2011 | Bill | 184931 | Original Amt.<br>861.15 | Balance Due<br>861.15 | 5/23/2011<br>Discount | Payment<br>861.15 |
| | | | | | Check Amount | 861.15 |

Citibank DIP 8572    Elko Gold Mine LLC

861.15

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $805.94 |
| **Sales Tax  (6.85%)** | $55.21 |
| **Total** | $861.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $861.15 |

# ALLIANCE LAUNDRY EQUIPMENT COMPANY
### 3838 South State Street, Salt Lake City, Utah 84115
### (801) 266-7035    FAX (801) 262-4253    Toll Free (800) 331-1136

**Customer Name:** BW Elko Inn
**Address:** 1930 Idaho St
**City, St, Zip** Elko Nevada
**Requested by** Allan/Angie

**Date:** 4 29 11
**PO #:**
**Phone #**

## SERVICE / DELIVERY TICKET

**Machine Make:** Milnor
**Model Number:** 30022485XA45
**Serial #:** 040162 5201 - 04205
**Electrical Spec:** 208
**Gas:**

### PARTS / MATERIALS / ADDITIONAL CHARGES

| QTY | DESCRIPTION | PART NUMBER | PRICE |
|-----|-------------|-------------|-------|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| **SHOP SUPPLIES** | | | $ 5.94 |
| **SALES TAX** | | | $ 56.81 |

| | | | | |
|---|---|---|---|---|
| **Labor:** 3 Hrs@ $ 75.00 | P/Hr X | Man/Men | $ | 225.00 |
| **Travel:** Hrs@ $ | P/Hr X | Man/Men | $ | |
| **Mileage:** 230×2 Miles@ $ 1.25 | Per Mile | | $ | 575.00 |
| **Subsistence:** | Trip Charge | | $ | |
| **Total** | | | $ | 862.75 |

**Elko Gold Mine, LLC DIP**                                                     1077

Alliance Laundry Equipment Company

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/9/2011 | Bill | 042911 | 862.75 | 862.75 | 5/23/2011 | 862.75 |
| | | | | | Check Amount | 862.75 |

Citibank DIP 8572        Inv dt 042911                                    862.75