

# ELKO COUNTY FAIR

723 RAILROAD STREET
ELKO, NV  89801
775-777-7260 fax 775-777-7264

**Invoice No.**        **1098**

## **INVOICE**

| Customer | | |
|---|---|---|
| Name | BEST WESTERN ELKO INN | |
| Address | 1930 IDAHO STREET | |
| City | ELKO | State NV    ZIP 89801 |
| Phone | | |

| | |
|---|---|
| Date | 5/5/2011 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | 1/8 PAGE AD FOR PREMIUM BOOK | $75.00 | $75.00 |
| | | | |
| | ENTERED | | |
| | | SubTotal | $75.00 |
| | | Shipping & Handling | $0.00 |
| | | Taxes | 0 |

**Payment Details**

Cash

**Elko Gold Mine, LLC DIP**

1078

Elko County Fair

| Date | Type | Reference | | | | |
|---|---|---|---|---|---|---|
| 5/23/2011 | Bill | 1098 | Original Amt. 75.00 | Balance Due 75.00 | 5/23/2011 Discount | Payment 75.00 |
| | | | | | Check Amount | 75.00 |

Citibank DIP 8572

75.00

Fax Server        3/29/2011 2:23:35 PM   PAGE   1/001   Fax Server

# INVOICE

**Stanley Black&Decker, Inc.**

**Selling Division:**
STANLEY ACCESS TECH INC
65 Scott Swamp Road
Farmington, CT 06032
Fed ID # 26-0231093

**Please Remit To:**
Stanley Access Tech INC
Post Office Box 0371595
Pittsburgh, PA
15251-7595

| | | |
|---|---|---|
| Invoice No. | | |
| 901146932 | | |
| Invoice Date | | |
| 03/16/2011 | | |
| Invoice Due Dt | | |
| 04/15/2011 | | |

| | Sales Order #/Contract # | Total Invoice Amount | Carrier | Currency |
|---|---|---|---|---|
| | 4694764 | $670.06 | | USD |
| Customer Order Date | Sales Territory Number | Terms | Bill of Lading | If Paid By: |
| 01/24/2011 | IS0999 | Net 30 | | 04/15/2011 |
| Customer Order Number | Shipping Facility | F.O.B. | Pro Number | Pay This Amt |
| VISA | Livermore,CA | Prepay & Add - FOB Origin | | $670.06 |

GOLDMINE INN
1930 E IDAHO ST
ELKO NV  89801

GOLDMINE INN
1930 E IDAHO ST
ELKO NV  89801

**Elko Gold Mine, LLC DIP**

Ship to No. 10378057

Stanley Access Tech LLC

1079

| Date | Type | Reference | Original Amt. | Balance Due | 5/23/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 3/1/2011 | Bill | 901230058 | 670.06 | 670.06 | | 670.06 |
| | | | | | Check Amount | 670.06 |

Citbank DIP 8572        Inv dates 01/25/11

670.06

670.06

**IF YOU WOULD LIKE TO PAY BY CREDIT CARD DIAL 1-800-7ACCESS OR CONTACT US BY EMAIL AT SAT_ARDEPT@STANLEYWORKS.COM**

This is a parts sale generated from a telephone call from Bob Press (918) 842-9380 looking for two su 100 sensors, after talking to

Bob I explained we need to get a PO # before I can process the order, he explained he would call back with one asap..Bob called

back & said his sister owns the hotel & would like to pay by credit card & she called me with her number.

This is to certify that merchandise listed in this invoice has been produced in compliance with all requirements of sect. 6, 7 & 12 of the

Fair Labor Standards Act of 1938, as amended, and of regulations and order of the United States Dept. of Labor issued under sect. 14

hereof. All ri sk of loss with respect to the goods sold hereunder shall pass to the buyer upon delivery to carrier.

| | | |
|---|---|---|
| Transportation/Hdlg | | |
| Taxes | | 42.96 |
| **Invoice Total** | | **$670.06** |

**Please Note New Remit TO Address**

**THANK YOU FOR LETTING US SERVE YOU!!!**

40B P10        REPRINT 03/29/201114:16:20

AGENCY:
SIG INSURANCE SERVICES, LLC
PO BOX 5753
BRYAN
TX 77805-5753

**PAYOR NAME AND ADDRESS**
ELKO GOLDMINE DBA BEST WESTERN
3400 PARKWOOD BLVD.
FRISCO TX 75034

ACCOUNT NAME:
ELKO GOLDMINE DBA BEST WESTERN

| ACCOUNT NUMBER | INVOICE DATE | CURRENT BALANCE | MINIMUM DUE | DUE DATE |
|---|---|---|---|---|
| M019633769-001-00001 | 05-01-11 | $716.73 | $238.91 | 05-21-11 |

**IF WE DO NOT RECEIVE THE MINIMUM DUE BY THE DUE DATE**
- YOU WILL BE ASSESSED A LATE FEE OF $20.00
- THE DUE DATE OF YOUR NEXT INSTALLMENT WILL BE ACCELERATED TO 06/01/11
- THE MINIMUM AMOUNT THAT MUST BE PAID BY 06/01/11 TO AVOID THE
  ISSUANCE OF A CANCELLATION NOTICE WILL BE $497.82

FOR BILLING INQUIRIES, PLEASE CALL (800)-332-6641 OR

IF YOU HAVE PREVIOUSLY ENROLLED IN OUR ELECTRONIC BILL PRESENTMENT AND PAYMENT (EBPP) SERVICE TO VIEW AND PAY YOUR ZURICH ACCOUNT THROUGH OUR INTERNET SITE, ZURICHNA.INTELIDELI.COM, WE HAVE SENT THIS INVOICE AS A REMINDER. IF YOU SUBMIT YOUR PAYMENT THROUGH THE WEB SITE, WE WILL NOT SEND ANY FUTURE INVOICES. IF YOU DO NOT USE THE WEB SITE TO SUBMIT YOUR PAYMENT FOR THIS INVOICE, WE WILL DEACTIVATE YOUR ENROLLMENT IN OUR INTERNET BILL PRESENTMENT AND PAYMENT SERVICE.

NEW PAYMENT OPTIONS ARE NOW AVAILABLE. CALL 866-395-7589 TO MAKE AN ELECTRONIC CHECK PAYMENT BY PHONE. A CONVENIENCE FEE OF $15.00 WILL BE CHARGED FOR EACH ELECTRONIC CHECK PAYMENT. ALL OTHER PAYMENT OPTIONS REMAIN AVAILABLE AT NO COST.

HOW DO I REPORT A WORKERS COMP CLAIM? TIMELY CLAIM REPORTING HELPS MANAGE YOUR LOSS COSTS. FOR YOUR CONVENIENCE, ZURICH PROVIDES ACCESS TO WORKERS COMP CLAIMS REPORTING, 24 HOURS A DAY, SEVEN DAYS A WEEK. PHONE: 1-800-987-3373. ONLINE: WWW.ZURICHNA.COM AND CLICK ON THE "CLAIMS" TAB. FAX: 1-877-962-2567. OR BY MAIL: P.O. BOX 43967, COLORADO SPRINGS, CO 80949.

**PURPOSE:** Petty Cash

# Best Western Elko Inn Nevada

**Start Out Fund** **$1,000.00**

From 14-May-11
To 20-May-11

**EMPLOYEE INFORMATION:**
**Name** Myron Preep GM
**Position**

| Date | Account # | Description | Brkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|------|-----------|-------------|-----------|-------------|----------------------|------------------|--------|-------------|-----------------|-------|------------------|-------|
| 6-May-11 | | Home Depot | | $ 4.94 | | | | | | | | $ 4.94 |
| 12-May-11 | | K's Super Stores GAS for Mower | | $ 10.00 | | | | | | | | $ 10.00 |
| 12-May-11 | | Home Depot | | $ 29.94 | | | | | | | | $ 29.94 |
| 11-May-11 | | Elko Lock and Safe | | $ 104.82 | | | | | | | | $ 104.82 |
| 13-May-11 | | USPS | | | | | | | $ 18.30 | | | $ 18.30 |
| 18-May-11 | | Dryer Jammed - PD OUT | | $ 1.50 | | | | | | | | $ 1.50 |
| 14-May-11 | | Home Depot | | | | | | $ 14.89 | | | | $ 14.89 |
| 17-May-11 | | All Season Mobile Locksmith | | $ 207.50 | | | | | | | | $ 207.50 |
| 17-May-11 | | City of Elko Check Retrieve | | | | $ 215.63 | | | | | | $ 215.63 |
| 17-May-11 | | Wal Mart | | | | | | $ 120.74 | | | | $ 120.74 |
| 18-May-11 | | Office Max | | | 30.96 | | | | | | | $ 30.96 |
| 18-May-11 | | Sears (label machine cartridges) | | | | | | | $ 24.89 | | | $ 24.89 |
| 19-May-11 | | USPS | | | | | | | $ 19.79 | | | $ 19.79 |
| 19-May-11 | | Home Depot | | | | | | $ 32.53 | | | | $ 32.53 |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | $ - | | $ 836.43 |

Reimbursement total $ 836.43
Cash on Hand $163.57
Total Petty Cash $1,000.00

**Elko Gold Mine, LLC DIP**

Myron Pree

| Date | Type | Reference | Original Amt. | Balance Due | Discount | | Payment |
|------|------|-----------|---------------|-------------|----------|--|---------|
| 5/27/2011 | Bill | 5.14.11 5.20.11 | 836.43 | 836.43 | | | |

1088

5/27/2011    Discount

Check Amount

Payment
836.43
836.43

Citibank DIP 8572    Expenses: locks/business license/supplies/vend

836.43



"More saving. More doing."

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455
3320 00058 64228 05/19/11 11:56 AM
CASHIER SELF CHECK OUT - SCOT58

7229684B7259 PWR STRIP <A>        3.27
C3087B761048 ML JK ADPT <A>       4.86
C3087B762199 12 LN CRD <A>        4.88
07113200220 PUMICE STICK <A>      2.47
                                 17.43

            SUBTOTAL              30.44
            SALES TAX             2.09
            TOTAL               $32.53
            CASH                 20.00
            CASH                 10.00
            CASH                  5.00
            CHANGE DUE            2.47

702.49

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A           90              08/17/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

33ZD 58 64228 05/19/2011 6038

---

ELKO MPO
ELKO, Nevada
89B013618
314883806-0096
05/19/2011 (800)275-8777 11:40:48 AM

Product      Sales Receipt
Description  Sale Unit    Final
             Qty Price    Price

Pkg Tape      1  $3.29    $3.29
2x800
Clr/Disp RP
NORTHBROOK IL 60062       $16.50
Zone-7 Priority Mail
4 lb 3.10 oz.

Issue PVI:                $16.50

Total:                    $19.79

Paid by:
Cash                      $20.00
Change Due:               -$0.21

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call

---

# OfficeMax®
## "WORK WITH US"

OfficeMax #987
1780 MOUNTAIN CITY HIGHWAY
ELKO, NV 89801

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

01149I012410
Env Coin Kraft Brn #1 250p    $14.49
01149I012410
Env                           $14.49

SubTotal        $28.98
Tax 6.850%       $1.98
TOTAL           $30.96

Debit
Card number:  XXXXXXXXXXXX4767
Authorization  2443516



Pd with Nyron Pets
No survey Cash

0987 00001 82875 9 05/17/11
00388208 09:45:29 AM

ORDER BY PHONE 1-877-OFFICEMAX



Walmart >'<
Save money. Live better.

MANAGER MYRON JOHNSON
ST# 2402 OP# 00007778 - 6778
WM BTC WTE  007033050695  TE# 15  TR# 09322
HILITER  007033090835                    4.24 X
HILITER  007033090837                    4.24 X
POST IT NOTES  007033090837              2.24 X
DISPENSER  021200098394                  6.44 X
BATTERIES  021200052747                  6.97 X
UNI VNS  4C  041333817064                6.97 X
PURECLEAN  007063060020                  6.24 X
PURECLEAN  063849600101                  3.27 X
PURECLEAN  063849600101                  3.27 X
PURECLEAN  063849600101                  3.27 X
PURECLEAN  063849600101                  3.27 X
BROOM  007464280006                      4.98 X
BROOM  007464280006                      4.98 X
BROOM  007464280006                      4.98 X
BROOM  007464280006                      4.98 X
BROOM  007464280006                      4.98 X
COPY PAPER  003660009582                31.97 X

               SUBTOTAL       113.00
TAX 1   6.850 X               120.74
               TOTAL          120.74
               CASH TEND      120.00
               CHANGE DUE       0.26

# ITEMS SOLD 19

TC# 1364 3136 6121 3190 6730 9

Low prices. Every day. On everything.
Backed by our Ad Match Guarantee.
        05/17/11        09:35:41



ELKO MPO
ELKO, Nevada
8980136189
314B830906-0098

05/13/2011 01:50:36 PM

| Product Description | Sales Receipt Sale Unit Qty Price | Final Price |
|---|---|---|
| FRISCO TX 75034 | | |
| Zone-6 Express Mail | | |
| PO-Add Flat Rate Env | | |
| 11.60 oz. | | $18.30 |

Label #:EG133175100US
Mon 05/16/11 03:00 PM -
Guaranteed Delivery
Signature Waived

* Issue PVI:                    $18.30
                          =========
Total:                          $18.30

Paid by:
Cash                            $19.00
Change Due:                     -$0.70

****************************************

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clickship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

****************************************

5/11/11
DATE

New G.M.
Handover.

CHECK ONE

☒ PAID OUT
☐ REFUND

Property #
29083

Best Western Elko

AMOUNT
$104 82

EXPLANATION
ROOM NO.       FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

Elko Lock & Smith

Harrison Osborn (Regional price)

CERTIFY HERE AND TIME STAMP ON BACK

LITHO IN USA.                                    A+S Hospitality, Inc.    FORM 3-23

DEADBOLT (TYPE)    5/11/2011

KNOBSET (TYPE)    paid to have the

LOCKSET (TYPE)    Locks (Keys) changed on

the G.M. Office at          TOTAL MATERIAL    12 00

| DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|
| LABOR TO INSTALL ABOVE  Best Western, | | 35 00 |
| CYLINDER COMBINATION CHANGE  Elko | 16 00 | 32 00 |
| SAFE COMBINATION CHANGE | | |
| EMERGENCY HOME/AUTO LOCKOUT SERVICE | | |
| SERVICE CALL | | 25 00 |

Property # 29083

CUSTOMER SIGNATURE

TOTAL LABOR

SUB-TOTAL

TAX    82

TOTAL    104 87

☐ MAIN ENTRANCE    ☐ REAR DOOR    ☐ WINDOW    ☐ SAFE
☐ FRONT DOOR    ☐ HALL DOOR    ☐ CLOSET    ☐ PATIO DOOR
☐ SIDE DOOR    ☐ INSIDE    ☐
☐ OPEN LOCK(S)    ☐ INSTALL    ☐ REPIN    ☐ CLEAN/LUBR.
☐ SECURE PREMISES    ☐ REMOVE & REPLACE    ☐ CHANGE COMB.    ☐ ADJUST
☐ FIT KEYS    ☐ MASTER KEY

| | YEAR | MAKE |
|---|---|---|
| MODEL | | |
| LICENSE NO. | | |

AUTHORIZATION FOR SECURITY / EMERGENCY SERVICES
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to absolve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

SIGNATURE _____    DATE _____



WELCOME
KJ's Super Stores
SALES RECEIPT
57/444-608905
ELKO
1415 MOUNTAIN CITY
SHELL
NV 89801
DATE 05/12/11 12: AM
PUMP PRODUCT S/G
05 UNLD $3.869
GALLONS FUEL $ 10.00
2.585
TOTAL FUEL $ 10.00
TOTAL SALE $ 10.00
THANK YOU
COME BACK SOON



More saving.
More doing.℠

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455
3320  00002  50183  05/12/11  11:03 AM
CASHIER DIANE - DJS8893
0715949989285 WBG-DC-GR  <A>      17.54
285 15V                            10.48
2P Savings          $2.00
0445098010D2 GAS-CAN-NK2 <A>
NLP Savings         $0.00

SUBTOTAL                           28.02
SALES TAX                           1.92
TOTAL                             $29.94
CASH                               40.00
CHANGE DUE                         10.06

NEW LOWER PRICE (NLP) SAVINGS  $2.00

3320 02 50183 05/12/2011 7280
RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    1        90              08/10/2011



More saving.
More doing.℠

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455
3320  00009  74261  05/14/11  10:49 AM
CASHIER NANCY - NMJ304
01780185921B 13W CFL  <A>          13.94
206.97

SUBTOTAL                           13.94
SALES TAX                           0.95
TOTAL                             $14.89
CASH                               20.00
CHANGE DUE                          5.11

3320 09 74261 05/14/2011 9651
RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    1        90              08/12/2011
THE HOME DEPOT RESERVES THE RIGHT TO





More saving.
More doing.℠

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455
3320  00004  98246  05/06/11  02:01 PM
CASHIER KARISSA - KDM2884
811000012012 1INW2FT PVC  <A>       1.67
028271625671 1 F ADAPTER  <A>       0.66
028271628015 1 PVC CPLG  <A>        0.38
028271625450 1 M ADAPTER  <A>       0.53
028271625450 1 PVC COUPLING <A>     0.90
028271623356 1 PVC 90 EL  <A>       0.48

SUBTOTAL                            4.62
SALES TAX                           0.32
TOTAL                              $4.94
CASH                               10.00
CHANGE DUE                          5.06

3320 04 98246 05/06/2011 8840
RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    1        90              08/04/2011

Sears Checkout                                                              Page 1 of 2

**Cart**
Contact
Shipping
Payment
Review

## Contact

edit
E-mail: mpree@dmchotels.com

## Shipping

edit

**Myron Pree**          C/O Best Western Hotel          **Shipping Total: $1.49**
**Phone: 775-738-8787**   1930 Idaho Street             **Total Items: 1**
                        Elko  NV  89801

| Item | Arrival Information | Quantity | Price |
|------|--------------------|----------|-------|
| SG New Label Tape For Brother Ptouch Touch TZ 231 TZ231 | Ship: Standard<br>Your item(s) will arrive between May 2<br>26 and May 31 | | $21.90 |

## Payment

edit
Card: **Sears_MC** Ending in          1924 Griswold Drive          $24.89
(************2955)                    Elko, NV 89801

[ Place Order Now ]

*Confirmation*
*234178679*

## Order Summary

**1 Item(s) in Cart**
**BUY ONLINE ITEM(S)**
    **SG New Label Tape For Brother Ptouch Touch TZ 231 TZ231**

          Qty. 2                                      $21.90

*Reimbursed from Cash Petty*

Subtotal:      $21.90
Shipping:       $1.49
Pre-Tax Total $23.39
Sales Tax      $1.50
Total         $24.89

**AllSeason Mobile Locksmith Service**
1289 Parkview Drive    Elko, Nevada 89801
(775) 738-4772
**Pay by this invoice.**

*293 Rynden*
*Unit 2*

## WORK ORDER INVOICE

**L 6249**

NAME  *Best Western*                                DATE *5-18-11*
ADDRESS  *1930 Idaho St*          *Myron*
*Elko NV  89801*              PHONE *738-8787*
LOCATION                              TERMS

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | DUPLICATE KEYS | | |
| | ORIGINAL KEYS | | |
| | DEADBOLT (TYPE) | | |
| | KNOBSET (TYPE) | | |
| | LOCKSET (TYPE) | *Pd. Cash* | |
| | | **TOTAL MATERIAL** | |

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | LABOR TO INSTALL ABOVE | *45.00* | *157.50* |
| | CYLINDER COMBINATION CHANGE | | |
| | SAFE COMBINATION CHANGE | | |
| | EMERGENCY HOME/AUTO LOCKOUT SERVICE | | |
| 2 | SERVICE CALL | *25.00* | *50.00* |
| | | | |

CUSTOMER SIGNATURE:

| | | | | TOTAL LABOR | |
|---|---|---|---|---|---|
| ☐ MAIN ENTRANCE | ☐ REAR DOOR | ☐ WINDOW | ☐ SAFE | SUB-TOTAL | |
| ☐ FRONT DOOR | ☐ HALL DOOR | ☐ CLOSET | ☐ PATIO DOOR | TAX | |
| ☐ SIDE DOOR | ☐ INSIDE | ☐ | | TOTAL | *$207.50* |
| ☐ OPEN LOCK(S) | ☐ INSTALL | ☐ REPIN | ☐ CLEAN/LUBR. | | |
| ☐ SECURE PREMISES | ☐ REMOVE & REPLACE | ☐ CHANGE COMB. | ☐ ADJUST | | |
| ☐ FIT KEYS | ☐ MASTER KEY | ☐ | | | |

| YEAR | MAKE |
|---|---|
| MODEL | |
| LICENSE NO. | |

**AUTHORIZATION FOR SECURITY / EMERGENCY SERVICES**
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to approve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

SIGNATURE *Myron Wall*        DATE *5/18/11*



**City of Elko**
1751 College Ave
Elko NV 89801
775-777-7138
Fax 775-777-7129







**DELINQUENT BUSINESS LICENSE RENEWAL**

**PAID**

05/05/2011

ELKO GOLD MINE INN
1930 IDAHO ST
ELKO NV 89801

License#: 6398
Location: 1930 IDAHO ST
Type: HOTELS

This is your second notice to renew your Elko City Business License which expired 03/31/2011, resulting in a penalty of 25% of the total amount due.  Return this form with your payment immediately, including the 25% penalty fee.

### Fee Schedules

| | | |
|---|---|---|
| | $0-$25,000 = $34.50 _____ | $225,001-$250,000 = $172.50 _____ |
| | $25,001-$50,000 = $55.20 _____ | $250,001-$300,000 = $207.00 _____ |
| Gross | $50,001-$100,000 = $69.00 _____ | $300,001-$350,000 = $241.50 _____ |
| Sales in | $100,001-$200,000 = $103.50 _____ | $350,001-$400,000 = $276.00 _____ |
| Elko | $200,001-$225,000 = $138.00 _____ | $400,001-$500,000 = $310.50 _____ |

Over $500,000 = $310.50 plus $6.90 for each full $50,000 over $500,000 _____

For Motels/Hotels, Residential Rentals and RV Spaces please refer to the following fees based on number of rentals for period end date listed above.

| | | |
|---|---|---|
| Apartments, | 3 - 5 Units = $20.70 _____ | 51 - 75 Units = $103.50 _____ |
| | 6 - 15 Units = $34.50 _____ | 76 - 150 Units = $172.50 ✓ |
| Lodging & | 16 - 25 Units = $48.60 _____ | 151 - 300 Units = $310.50 _____ |
| RV's | 26 - 50 Units = $69.00 _____ | 301 Units or Over = $517.50 _____ |

+ 43.13

215.63

For Utility Companies, please refer to the following fees

1058

**Elko Gold Mine, LLC DIP**

City of Elko

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/6/2011 | Bill | Lic #6398 | 215.63 | 215.63 | 5/6/2011 | 215.63 |
| | | | | | Check Amount | 215.63 |

215.63

Citibank DIP 8572        license=172.5 + late fee=43.13



**City of Elko**
1751 College Ave
Elko, NV 89801



Elko Gold Mine, LLC DIP

1058

City of Elko

| Date | Type | Reference | Original Amt. | Balance Due | 5/6/2011 Discount | Payment |
|------|------|-----------|---------------|-------------|-------------------|---------|
| 5/6/2011 | Bill | Lic #6398 | 215.63 | 215.63 | | 215.63 |

Check Amount  215.63

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A TWO-TONED COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

Elko Gold Mine, LLC DIP
1930 Idaho Street
Elko, NV 89801
775-738-6787

Citibank, N.A.
399 Park Ave.
New York City, NY 10043
212-559-1000

1058

DATE    5/6/2011

PAY TO THE
ORDER OF    City of Elko

$ *215.63

Two Hundred Fifteen and 63/100                                      DOLLARS

1751 College Ave
Elko, NV  89801

VOID

---



**ELKO CITY**
**BUSINESS LICENSE PAYMENT RECEIPT**

NAME OF PAYEE: *Elko Gold mine*

FOR: *renewal*

AMOUNT PAID: *215.63*

DATE PAID: *5-17-11*

CHECK  W/# (        )        CASH (X)        CREDIT CARD ( )

PAYMENT RECEIVED BY: *NBH*

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**CUSTOMER'S ORIGINAL INVOICE**    CONFIDENTIAL PROPERTY OF SYSCO

Good things come from **SYSCO**

SYSCO INTERMOUNTAIN INC.
20094 SOUTH 2700 WEST
WEST JORDAN UT 84081
(801) 563-6100  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV      89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV      89801

| REV DATE | ROUTE | CUSTOMER | | INVOICE NUMBER | PAGE |
|---|---|---|---|---|---|
| 5/26/11 | /018 | 386177 | | 105260824 | 3 |
| | 4333 | | | | 5 |

PURCHASE ORDER
COD ACH
MANIFEST# 702990 NORMAL DELIVERY
MA: S184  TRAIN BURKHART  91184
DRIVER: GRANT  9925

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | EXTENDED PRICE | TAX AMOUNT | QTY |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | 10 | 8/7 OZ | STNGRND BREAD WHITE PULLMAN 5/8" SLI   2040 | 5380231 | 31.24 | 31.24 | | |
| 1 | CS | 84 | 2.25 OZ | SPRNWY DANISH ASST APL/CHES/CHERRY   80991 | 8336756 | 63.87 | 63.87 | | |
| 2 | CS | 220 | 5 OZ | BRKCLS DOUGH COOKIE CHOCO CHIP GRMT   2908770 | 2908770 | 60.53 | 60.53 | | |
| 2 | CS | 72 | 5 OZ | BRKCLS IMP EKRS CLS MUFFIN ENGLISH FRK SPLIT 2:0 8593024   7B12015 | 7B12015 | 34.36 | 68.72 | | |
| 1 | CS | 6 | 2 CT | EKRSCLS MUFFIN ENGLISH FRK SPLIT 2:0 8593024   403106B8 | 8593024 | 20.74 | 20.74 | | |
| 3 | CS | 74 | 1.25 OZ | ACCAIN POTATO HBRN BKFST BLSER   1081145 | 6502985 | 49.99 | 449.97 | | |
| | | | | ***DISPENSER BEVERAGE*** | | | 429.84 | | |
| | | | | GROUP TOTAL*** | | | | | |
| 1 | CS | 24 | LTR | NATRSEL JUICE ORANGE EZ2 CADDY   1081145 | 6150072 | 109.99 | 109.99 | | |
| | | | | GROUP TOTAL*** | | | 109.99 | | |
| | | | | MISC CHARGES | | | 5.50 | .34 | |
| | | | | CHGS FOR FUEL SURCHARGE*** | | | | | |

| | | | ORDER SUMMARY : 43121 | | | | | | |

OPEN: 6:00 AM    CLOSE: 7:00 PM

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 10 | | 10 | 8.6 | 153 |
| 69 | | 69 | 65.3 | 1260 |

DRIVER'S
SIGN

CUST
SIGN X

NO. PCS
RELVD.

NO. PCS
REC.

P.O. BOX 27638
SALT LAKE CITY  UT
84127-0638

| SUB TOTAL | 3321.02 |
|---|---|
| TAX TOTAL | 100.49 |
| INVOICE TOTAL | 3321.51 |

PAYABLE ON OR BEFORE  5/27/11     LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CONFIDENTIAL PROPERTY OF SYSCO**

**CUSTOMER'S ORIGINAL INVOICE**

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 266-3778
VISIT US AT WWW.SYSCOINTERMOUN

ELKO GOLD MINE LLC
ELKO    NV    89801

BEST WESTERN
1930 IDAHO ST
ELKO    NV    89801
972-668-0327

| INVOICE DATE | 5/26/11 |
| CUSTOMER NUMBER | 386177 / 105260824 |
| ROUTE | 4333 |
| PAGE | 5 of 2 |
| PURCHASE ORDER | /018 |

TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 702990 NORMAL DELIVERY
VA: S184    THAIN BURKHART    9184
DRIVER: GRANT    9925

| CASES | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ****CHEMICAL & JANITORIAL**** | | | | | | |
| D | 1 | CS | 6/700. | ETHOORUXN/ TOWEL ROLL NON PERF.*.*.*.* MAT | 290088 | 69.99 | 4.79 | 69.99 * | | |
| | | | | GROUP TOTAL**** | | | | 855.18 | | |
| D | 2 | CS | 4/1 GA | SYS RED BLEACH 11% GERM/CIDAL 6% | 8729149 | 18.43 | 1.27 | 36.86 * | | |
| D | 1 | CS | 4/1 GA | ECOLAB DESTAINER LAUN STAIN BLASTER G | 2958056 | 98.00 | 6.72 | 98.00 * | | |
| D | 1 | DE | 15GAL | ECOLAB DETERGENT LAUN LIQ ES LE200 | 7928207 | 239.80 | 16.42 | 239.80 * | | |
| | | | | ** HAZARD *** | | | | | | |
| D | 1 | CS | 1EACH | ECOLAB DISPENSER FOAM PRODUCT 9263-2007 | 5063045 | 2.30 | .16 | 2.30 * | | |
| D | 1 | CS | 4/750ML | KEYSTON SANI/TIZER HAND FOAM 6100098 | 7715473 | 52.99 | 3.63 | 52.99 * | | |
| D | 1 | PL | 15 GAL | ECOLAB SOFTENER LAUN SOFRESH NP 14310 | 5920282 | 170.00 | 11.65 | 170.00 * | | |
| | | | | ****SUPP & EQUIP**** GROUP TOTAL**** | | | | 589.95 | | |
| D | 1 | CS | 136 CT | SYSCO SPOON TEA PALAIS S-S B043STSF | 7228364 | 39.99 | 2.74 | 39.99 * | | |
| | | | | GROUP TOTAL**** | | | | 39.99 | | |
| | | | | ****DISPENSER BEVERAGE**** | | | | | | |
| D | 1 | CS | 962 OZ | CITAYCO COFFEE COL 100% FINE W/F | 4116158 | 164.46 | | 164.46 * | | |
| D | 1 | CS | 6/28 CT | BIGELOW TEA ASST 6 FLVR 15577 | 7813436 | 27.14 | | 27.14 * | | |
| | | | | GROUP TOTAL**** | | | | 191.60 | | |
| | | | | ****FROZEN**** ****DAIRY**** | | | | | | |
| F | 4 | CS | 2/72.5 OZ | PAPETTI OMELET EGG CHEESE *460259013500 | 2232965 | 64.77 | | 259.08 | | |
| | | | | GROUP TOTAL**** | | | | 259.08 | | |
| | | | | ****MEATS**** | | | | | | |
| F | 4 | CS | 2/200.8 OZ | SYS REL SAUSAGE PORK LNK SKLS CKD M/LD 19687 | 1337591 | 34.99 | | 139.96 * | | |
| | | | | GROUP TOTAL**** | | | | 139.96 | | |
| | | | | ****FROZEN**** | | | | | | |
| E | 1 | CS | 120/2OZ | BKRSCLS BISCUIT BTRMLK 3\" 1019 | 5083662 | 34.77 | | 34.77 * | | |

OPEN: 6:00 AM    CLOSE: 7:00 PM

CUST. SIGN    X (signature)

| SUB TOTAL | 2710.96 |
| TAX TOTAL | |
| INVOICE TOTAL | CONT. ON PAGE 3 |

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY UT 84127-0638

PAYABLE ON OR BEFORE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SORDAN PROSPERITY ROAD
WOODS CROSS, UT 84081
(801)366-3778 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUNTAIN

CONFIDENTIAL PROPERTY OF SYSCO

CUSTOMER'S ORIGINAL INVOICE

| | |
|---|---|
| INVOICE DATE | 5/26/11 |
| INVOICE NUMBER | 105260824 |
| CUST. PO | 386177 |
| ROUTE | 4333 |
| STOP | 018 |
| PAGE | 1 |

TERMS -- PAST DUE BALANCES WILL BE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 702990 NORMAL DELIVERY
MA: S114  THAIN BURKHART 9184
DRIVER: GRANT 9925

BEST WESTERN
1930 IDAHO ST
ELKO                NV  89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                NV  89801

972-668-0327

| QTY SHP | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | COOLER | | | | | | |
| | | | | ****DAIRY**** | | | | | | |
| C | | CS | 60/.5 PT | DARIGLD MILK SKIM MINI BOX | 7213281 | 9.35 | 9.35 | 9.35 | | |
| C | 1 | CS | 50/.5 PT | HILAND MILK 2% REDUCED FAT | 3862950 | 10.41 | | 52.05 | | |
| C | | 14 CS | 125 OZ | YOPLAIT YOGURT ASST STW-MIXED BRY | 7255185 | 8.35 | | 116.90 | | |
| C | | | 384000 | ****PRODUCE**** | | | | 14.90 | | |
| | | | | GROUP TOTAL**** | | | | | | |
| C | | EC | 138 CT | SYS CLS APPLE RED DEL FCY WASH FRESH | 7265540 | 42.92 | 42.92 | 42.92 | | |
| C | | CS | 140 LB | PACKER  BANANA FRESH 6UP GREEN | 1158542 | 34.08 | 34.08 | 34.08 | | |
| C | | CS | 140# | PACKER  BANANA GRN TURN TO YEL FRESH | 1007368 | 34.13 | 34.13 | 34.13 | | |
| C | | CS | 100 CT | SYS CLS ORANGE NAVEL CH FRESH | 2253029 | 31.91 | 31.91 | 31.91 | | |
| | | | | GROUP TOTAL**** | | | | 143.04 | | |
| | | | | DRY | | | | | | |
| | | | | ****CANNED & DRY**** | | | | | | |
| D | 2 | CS | 1210 CT | QUAKER  BAR GRANOLA VARIETY PK 8/4 OZ | 5470267 | 40.43 | 40.43 | 80.86 | | |
| | | | 5586 | | | | | | | |
| D | 2 | CS | 180/3/8 OZ | COFMATE CREAMER COFFEE NONDAIRY | 7750318 | 15.99 | 15.99 | 31.98 | | |
| | | | 5000035070 | | | | | | | |
| D | 1 | CS | 6/10 | SYS CLS GRAVY SAUSAGE CNTRY RTU | 0682542 | 78.07 | 78.07 | 78.07 | | |
| | | | 590PX | | | | | | | |
| D | 1 | CS | 200/1.5 OZ | HSE REC SYRUP TABLE MAPLE FLAVORED | 1696608 | 36.99 | 36.99 | 36.99 | | |
| | | | 12888-SYS | | | | | | | |
| D | | CS | 65 LB | BKRSCLS  WAFFLE MIX BELGIAN | 6153092 | 49.99 | 49.99 | 49.99 | | |
| | | | 6153092 | | | | | | | |
| D | 4 | CS | 24/500 | MLATHWATR WATER PURIFIED (16.9 OZ) PET | 4108932 | 6.65 | | 26.60 | | |
| | | | 000206 | | | | | | | |
| | | | | GROUP TOTAL**** | | | | 304.49 | | |
| | | | | ****PAPER & DISP**** | | | | | | |
| D | 4 | CS | 4/025 CT | SYSCO  CUP FOAM 8 OZ | 4088829 | 31.20 | 31.20 | 31.20 | | |
| | | | SY8 | | | | | | | |
| D | 1 | CS | TEACH | FORK  DISPENSER TOWEL ROLL TNTUIT | 8006157 | 34.99 | 2.40 | 34.99 * | | |
| | | | 309609A | | | | | | | |
| D | 6 | CS | 3694 CT | SYS TMP TISSUE FACIAL 2-PLY WHITE | 7340568 | 119.50 | 8.19 | 717.00 * | | |
| | | | TT6910-SYS | | | | | | | |

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT 84127-0638

PAYABLE ON OR BEFORE

| | |
|---|---|
| SUB TOTAL | 1375.62 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 2

| CASES | SELL | UNITS | PCS | CUBE | GROSS WT |
|---|---|---|---|---|---|
| 39 | 39 | | | 41.2 | 737 |

OPEN: 6:00 AM   CLOSE: 7:00 PM

DRIVER'S SIGN

CUST'R SIGN  X

NO. PCS DRLVD.

NO. PCS REC.

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CUSTOMER'S ORIGINAL INVOICE          CONFIDENTIAL PROPERTY OF SYSCO

Good things come from SYSCO

SYSCO INTERMOUNTAIN, INC.
9494 WEST PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300 (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

* * PICK-UP ONLY * *

INVOICE NUMBER: 1617208    PAGE: 1

INVOICE DATE: 5/26/11
CUSTOMER: 386177    REQ NBR:
ROUTE: 4333    /18

PURCHASE ORDER
TERMS -- PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

MANIFEST# 702990
MAIN: THAIN BURKHART    9184
DRIVER: JOE GRANT    9925

BEST WESTERN
1930 IDAHO ST

ELKO          NV   89801

972-668-0327
1930 IDAHO ST

ELKO          NV   89801

| QTY | B | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX | AMOUNT | CODE | INVOICE ADJUSTMENTS QTY |
|-----|---|------|------|-----------------|-----------|------------|-----|--------|------|------|
| D | 1 | BX | 3EA | WORLDSE SPOON THAI WINDSOR MONT STNL S | 4714695 | | | RETURN TO STOCK | 551-003 | |
|   |   |   |   | INVOICE REF: 105110817 | | | | | | |
|   |   |   |   | SYSCO CUSTOMER: NOT SATISFIED    DISPOSITION: | | | | | | |
| D | 1 | BX | 3EACH | SPOON TEA WINDSOR STNLS | 5260583 | | | RETURN TO STOCK | | |
|   |   |   |   | INVOICE REF: 105110817    DISPOSITION: | B180STSF | | | | | |
|   |   |   |   | R30 CUSTOMER NOT SATISFIED | | | | | | |

CASES SPLIT TOT PCS. CUBE GROSS WT.

2    2

2    2

NO. PCS DELVD.    OPEN: 6:00 AM    CLOSE: 7:00 PM

* * PICK-UP REQUEST ONLY * *
CREDIT IS SUBJECT TO APPROVAL

CUST. SIGN  X _____

NO. PCS REC.

SUB TOTAL

TAX TOTAL

INVOICE TOTAL

PAYABLE ON OR BEFORE    LAST PAGE

DRIVER'S SIGN

NO DOT WT.  DOCA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.



# Waste Connections, Inc.

WCI Home | My Home | My Bills | My Filed Bills | My Payments | My Profile | Customer Care | FAQ | Logout

Pay Response

**Click here if you would like to make this a recurring payment.**

**Payment Amount:** 360.40
**Payment Date:** 05/20/2011
**Pay From:** Elko Gold

The payment has been processed successfully.

Your confirmation number is: **1105205086157**

[ My Payments ]

---

©2005 Kubra Data Transfer Ltd. All rights reserved. Click here for Terms Of Use.





Page 1

ELKO SANITATION
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO NV 89801-3609
DISTRICT NO - 2310

| | |
|---|---|
| ACCOUNT NO. | 2310-174986 |
| INVOICE NO. | 1291908 |
| STATEMENT DATE | 05/01/11 |
| DUE DATE | 05/20/11 |
| BILLING PERIOD | 05/01/11 - 05/31/11 |

DMC- COUNTRY HEARTH - ELKO
LLC DBA ELKO GOLD MINE
1930 IDAHO ST
ELKO NV 89801

FOR ASSISTANCE
Customer Service          775-738-3771

## INVOICE STATEMENT

| Date | Description | | Amount |
|---|---|---|---|
| | Previous Balance | | $ 360.40 |
| 04/20/11 | Payment Thank You! | 1045 | $ 360.40- |
| | Total Payments And Credits | | $ 360.40- |
| | Service Location | Country Hearth | |
| | Acct #174986 | 1930 Idaho St | |
| 05/01/11 | Rl 3 Yd 6X Wk 1 | Each @ $360.40 | $ 360.40 |
| | 05/01/11-05/31/11 | | |
| | Current Charges And Fees | | $ 360.40 |
| | Total Due | | $ 360.40 |



ONLINE BILL PAY - NOW EASIER THAN EVER!
* Access your account 24/7 * Make payments * Set up recurring payments * Go paperless *
* View Statements *
Go to wasteconnections.com and follow the online bill pay prompts to enroll today!

---

6            Please remit to the address below and return your remit stub with your payment
                    or look on the reverse side to learn about on-line bill pay.



ELKO SANITATION
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO NV 89801-3609

| | |
|---|---|
| ACCOUNT NO. | 2310-174986 |
| INVOICE NO. | 1291908 |
| STATEMENT DATE | 05/01/11 |
| DUE DATE | 05/20/11 |
| PAY THIS AMOUNT | 360.40 |

WRITE IN
AMOUNT     $
PAID

☐ TO CHANGE ADDRESS
   Check here and complete the
   information on the reverse side.

AV 01 011135 79784B 31 A**5DGT

DMC- COUNTRY HEARTH - ELKO
LLC DBA ELKO GOLD MINE
1930 IDAHO ST
ELKO NV 89801-2629

MAIL PAYMENT TO:
ELKO SANITATION
A WASTE CONNECTIONS COMPANY
PO BOX 60248
LOS ANGELES CA 90060-0248

2310 0000000000001749861 0000036040001291908 4



**AmTrust North America**
An AmTrust Financial Company

**PREMIUM INVOICE**

678793
ELKO GOLDMINE LLC
DBA COUNTRY HEARTH
3400 PARKWOOD BLVD SUITE 500
FRISCO, TX 75034

| | |
|---|---|
| **Invoice Date:** | 4/30/2011 |
| **Balance Due:** | 2,087.00 |
| **Installment Due Date:** | 5/20/2011 |

| Master Acct: | 88919 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Policy Number: | Coverage Description: | Policy Effective: | Policy Status: | Total Policy Cost: | Total Billed To Date: | Total Paid To Date: | Currently Due: |
| SPP1007964 00 | Commercial Package | 8/21/2010 | In Effect | 20,865.00 | 18,783.00 | 16,696.00 | 2,087.00 |

**Elko Gold Mine, LLC DIP**

1068

Amtrust North America

| Date | Type | Reference | Original Amt. | Balance Due | 5/20/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 5/20/2011 | Bill | MAY 2011 | 2,087.00 | 2,087.00 | | 2,087.00 |
| | | | | | Check Amount | 2,087.00 |

Citibank DIP 8572

2,087.00

| Insured: | ELKO GOLDMINE LLC | Premium Due Date: | 5/20/2011 |
|---|---|---|---|
| Master Acct: | 88919 | Minimum Due: | 2,087.00 |
| | | Amount Enclosed: | |

ORIGINAL



111  678793  2087.00

Amtrust North America, Inc.
P.O. Box 318004
Cleveland OH 44131-8004

**Elko Gold Mine, LLC DIP**                                                                    1087

    Best Western International                                    5/20/2011

                                                                                    4,300.00

*June*

    Citibank DIP 8572                                                          4,300.00

**Elko Gold Mine, LLC DIP**                                                                    1086

    Best Western International                                    5/20/2011

                                                                                      4,300.00

*May*

    Citibank DIP 8572                                                          4,300.00

**Elko Gold Mine, LLC DIP**                                                                    1085

    Best Western International                                    5/20/2011

                                                                                      4,300.00

*April*

    Citibank DIP 8572                                                          4,300.00

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE          CONFIDENTIAL PROPERTY OF SYSCO**

### SYSCO — Good things from SYSCO

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT (84081)
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO                NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                NV  89801

| INVOICE DATE | 5/19/11 |
| CUSTOMER | 386177 |
| INVOICE NUMBER | 105190807 |
| PAGE | 5  3 |

TRUCK STOP /017
ROUTE 4333

TERMS: COD ACH / PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
MANIFEST# 702218 NORMAL DELIVERY
MAT ST#4  THAIN BURKHART  9184
DRIVER: GRANT  9925

| QTY SHP | QTY SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | | | | ****MEATS**** | | | |
| 4 | | CS | 160 1 OZ | SYS CLS SAUSAGE PORK PTY CKD MLD | 1019  1589332 | 34.02 | 136.08 |
| | | | | GROUP TOTAL**** | | | 136.08 |
| | | | | ****FROZEN**** | | | 236.00 |
| 1 | | CS | 120 2OZ | BKRS:CLS BISCUIT BTRMLK 3" | 80991  5081562 | 34.77 | 34.77 |
| 1 | | CS | 84 2.25OZ | DISPKWY DANISH ASST APL/CHES/CHERRY | 93263307  8396766 | 63.87 | 127.74 |
| 1 | | CS | 220 1.5 OZ | BKRS:CLS DOUGH COOKIE OATMEAL RSN GRM | 58823  9326307 | 79.99 | 79.99 |
| 1 | | CS | 240 1.33OZ | DISPKWY DOUGH COOKIE STRWBRY SHRTCAKE | 02419935 | 89.20 | 89.20 |
| 1 | | CS | 612 CT | BKRS:CLS MUFFIN ENGLISH FRK SPLIT 2 0 | 10310688  8593024 | 20.74 | 20.74 |
| 1 | | CS | 74 3.25OZ | MCCAIN POTATO H/BRN BKFST RISER | 6502985 | 49.99 | 49.99 |
| | | | | GROUP TOTAL**** | | | 402.43 |
| | | | | ****DISPENSER BEVERAGE**** | | | |
| 2 | | CS | 24 LTR | NATRSEL JUICE ORANGE PX2 CADDY | 1083145  6150072 | 109.99 | 219.98 |
| | | | | GROUP TOTAL**** | | | 219.98 |
| | | | MISC CHARGES | CHGS FOR FUEL SURCHARGE | | .34 | 5.00 |

INVOICE ADJUSTMENTS
CODE    QTY

ORDER SUMMARY : 34699

| CASES,SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|
| 13 | 13 | 8.8 | 207 |
| 70 | 70 | 59.2 | 1326 |

DRIVER'S SIGN

NO. PCS DELVD.    NO. PCS REC.

OPEN: 6:00 AM    CLOSE: 7:00 PM

CUST. SIGN  X

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE  5/20/11

| SUB TOTAL | 2970.03 |
| TAX TOTAL | 57.54 |
| INVOICE TOTAL | 3027.57 |

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE**          CONFIDENTIAL PROPERTY OF SYSCO

**Sysco** Good things come from Sysco.com

SYSCO INTERMOUNTAIN, INC.
3494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT  84081
(801)563-6300  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV  89801

INVOICE NUMBER  PAGE
105190807        5    2

CUSTOMER  386177
SHIP DATE 5/19/11  017
ROUTE 4333
PURCHASE ORDER
TERMS  COD ACH
MANIFEST# 702218 NORMAL DELIVERY
MAI_ST#4  THAIN BURKHART  9184
DRIVER: GRANT

| QTY | S | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| D | | CS | 250 MED | MAX PAC KIT CUTLERY BLK KIT,S,SEP,NAP #2B-14 | 38B92235 | 39.99 | | 39.99 | | |
| D | | CS | 10 100CT | DART  LID PLAS STRAW SLOT 12-24OZ | 4096327 | 30.30 | | 30.30 | | |
| D | | CS | 4 125 | CITSERENE  PLATE PAPER HVYWT 8.5" | 4240008 | 107.00 | | 107.00 | | |
| D | | CS | 16 250 | CITSYSCO  TOWEL MULTIFOLD 9.25X9.4 | 5767162 | 7.85 | 3.27 | 313.54 | X | |
| | | | | ****CHEMICAL & JANITORIAL**** | | | | | | |
| D | | PL | 4 128 OZ | SYS REL BLEACH LIQ GERMICIDAL 6% | 8729149 | 18.43 | 1.27 | 36.86 | * | |
| D | | PL | 1 5GAL | ECOLAB  DESTAINER LAUNDRY LIQUID | 4208120 | 87.00 | 5.96 | 174.00 | * | |
| | | | | ** HAZARD ** | 15982 | | | | | |
| D | | PL | 1 5GAL | ECOLAB  DETERGENT LAUN LIQ ES L2000 | 7928207 | 239.80 | 16.42 | 239.80 | * | |
| | | | | ** HAZARD ** | 6100031 | | | | | |
| D | | PL | 2 617OZ | KEYSTON POLISH FURNITURE ARSL | 85093364 | 49.99 | 3.43 | 99.98 | * | |
| | | | | ** HAZARD ** | 6100200 | | | | | |
| D | | PL | 1 15 GAL | ECOLAB  SOFTENER LAUN SOFRESH NP | 5926282 | 170.00 | 11.65 | 170.00 | * | |
| | | | | ****SUPP & EQUIP**** GROUP TOTAL** | 14310 | | | 720.64 | | |
| D | | CS | 24 EACH | SYSCO  FUEL CANNED HANDY WICK 6HOU HW010306S | 3955085 | 49.00 | 3.35 | 49.00 | * | |
| D | | BX | 36 EA | WORLD  SPOON TABLE WINDSOR MDWT STN 651-003 | 4734695 | 17.75 | 1.21 | 66.75 | * | |
| | | | | ****DISPENSER BEVERAGE**** GROUP TOTAL** | | | | | | |
| D | | CS | 962 OZ | CITAVCO COFFEE COL 100% FINE W/F | 4116158 | 164.46 | | 164.46 | | |
| D | | CS | 24 LTR | NATRSEL JUICE APPLE CKTAIL | 6149918 | 89.99 | | 89.99 | | |
| | | | | FROZEN ****DAIRY**** GROUP TOTAL** | 108152 | | | 254.45 | | |
| E | | CS | 4 483.5 OZ | SYS IMP OMELET EGG W/CHEESE SKLLT STYL 30503 | 7518723 | 59.00 | | 236.00 | | |

REMIT TO
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

| | SUB TOTAL | 2206.54 |
|---|---|---|
| | TAX TOTAL | |
| | INVOICE TOTAL | |

PAYABLE ON OR BEFORE            CONT. ON PAGE 3

CASES  SPLIT TOT  PCS  CUBE  GROSS WT
20                20        16.9      463

NO. PCS DELVD.          NO. PCS REC.

OPEN:  6:00 AM    CLOSE:  7:00 PM

CUST. SIGN  X

DRIVER'S SIGN

IMPORTANT RACA PROVISIONS... THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.