EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Good things come from Sysco**

SYSCO INTERMOUNTAIN, INC
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801)563-6300  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**CUSTOMER'S ORIGINAL INVOICE**  —  CONFIDENTIAL PROPERTY OF SYSCO

BEST WESTERN
1930 IDAHO ST
ELKO                NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                NV  89801

| DELV DATE | INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|---|
| 5/19/11 | 105190807 | 386177 | 1 |

TRUCK/STOP 7017
ROUTE 4333

PURCHASE ORDER
COD ACH
MANIFEST# 702218 NORMAL DELIVERY
MA: SI8# THAN BUDGET 9184
DRIVER: GRANT 9925

| O | QTY | S | PCS | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **COOLER** | | | | |
| | | | | | | ***DAIRY***** | | | | |
| C | 1 | CS | 39782 | 100 | .75 OZ | BRELIMP CHEESE CREAM CUP STWBRY | 6262000 | 32.23 | | 32.23 |
| C | 1 | CS | 39801 | 100 | 1 OZ | BBRLIMP CHEESE CREAM PLAIN CUP | 6261465 | 32.44 | | 32.44 |
| C | 1 | CS | 5105700 | 360 | 3/8 OZ | WHLFARM CREAMER HALF & HALF SHF STBR | 81165055 | 13.16 | | 43.16 |
| C | 1 | CS | 1022 | 50.5 | PT | DARIGLD MILK 1% MINI BOX | 7211277 | 8.26 | | 8.26 |
| C | 6 | CS | 384000 | 50.5 | PT | DARIGLD MILK 2% REDUCED FAT | 3862950 | 9.34 | | 56.04 |
| C | 10 | CS | | 126 | OZ | YOPLAIT YOGURT ASST STW-MIXED BRY | 7255185 | 8.35 | | 83.50 |
| | | | | | | GROUP TOTAL***** | | | | 225.63 |
| | | | | | | ****PRODUCE***** | | | | |
| C | 1 | CS | 1158542 | 140 | LB | PACKER BANANA FRESH TIP GREEN | | 34.08 | | 34.08 |
| C | 1 | CS | 1007368 | 1404 | | PACKER BANANA GRN TURN TO YEL FRESH | | 34.13 | | 34.13 |
| C | 1 | CS | 2252161 | 1113 | | CTSYS CLS ORANGE NAVEL CH FRESH | | 37.56 | | 37.56 |
| | | | | | | GROUP TOTAL***** | | | | 105.77 |
| | | | | | | **DRY** | | | | |
| | | | | | | ***CANNED & DRY**** | | | | |
| D | 3 | CS | 5586 | 1210 | CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ | 5470267 | 40.43 | | 121.29 |
| D | 1 | CS | 748-0160 | 835 | OZ | KRSTEAZ CEREAL RAISIN BRAN | 4585865 | 47.25 | | 47.25 |
| D | 2 | CS | 5000035070 | 1803/8 | OZ | OZ COFMATE CREAMER COFFEE NONDAIRY F | 7750318 | 15.99 | | 31.98 |
| D | 1 | CS | 6153092 | 65 | LB | BKRSCLS WAFFLE MIX BELGIAN | 6153092 | 49.99 | | 49.99 |
| D | 5 | CS | 000206 | 24500 | | MLATHWATR WATER PURIFIED (16.9 OZ) PET | 4108932 | 6.65 | | 33.25 |
| | | | | | | GROUP TOTAL***** | | | | 283.76 |
| | | | | | | ****PAPER & DISP.*** | | | | |
| D | 1 | CS | 10B | 5001 | 1000Z | WINCUP BOWL FOAM 10 OZ | 4039855 | 44.75 | | 44.75 |
| D | 1 | CS | 12116 | 4025 | CT | DART CUP FOAM 12 OZ | 5262530 | 43.85 | | 43.85 |

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

PAYABLE ON OR BEFORE

IMPORTANT DATA PROVISION... THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT...

OPEN: 6:00 AM    CLOSE:    7:00 PM

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 703.76 |

CONT. ON PAGE 2

| CASES SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|
| 37 | 37 | 33.5 | 656 |

DRIVER'S SIGN

CUST. SIGN  X

# Alliance Commercial Equipment Co, Inc.

# Invoice

dba Alliance Laundry Equipment
3838 S. State Street
Salt Lake City, UT 84115
801-266-7086

| Date | Invoice # |
|------|-----------|
| 4/30/2011 | 184931 |

**Bill To**

Elko Gold Mine Inn
1930 Idaho Street
Elko, NV 89801

**Ship To**

Country Hearth Inn
1930 Idaho Street
Elko, NV 89801

| P.O. No. | S.O. No. | Terms | Rep | Ship Date | Ship Via |
|----------|----------|-------|-----|-----------|----------|
|          |          |       | RA  | 4/30/2011 |          |

**Elko Gold Mine, LLC DIP**

1076

Alliance Commercial Equipment Co, Inc.

| Date | Type | Reference | | Original Amt. | Balance Due | | Discount | Payment |
|------|------|-----------|---|---------------|-------------|---|----------|---------|
| 5/9/2011 | Bill | 184931 | | 861.15 | 861.15 | 5/23/2011 | | 861.15 |
| | | | | | | Check Amount | | 861.15 |

Citibank DIP 8572      Elko Gold Mine LLC

861.15

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $805.94 |
| **Sales Tax  (6.85%)** | $55.21 |
| **Total** | $861.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $861.15 |

# ALLIANCE LAUNDRY EQUIPMENT COMPANY
**3838 South State Street, Salt Lake City, Utah 84115**
**(801) 266-7035   FAX (801) 262-4253   Toll Free (800) 331-1136**

**Customer Name:** _BW Elko Inn_     **Date:** _4 29 11_
**Address:** _1930 Idaho St_      **PO #:** _____
**City, St, Zip** _Elko Nevada_    **Phone #** _____
**Requested by** _Allan/ Angie_

| Machine Make: | _Milnor_ |
|---|---|
| Model Number: | _30022485X(A4)_ |
| Serial #: | _040162 5201 - 04205_ |
| Electrical Spec: | _208_ |
| Gas: | |

# SERVICE / DELIVERY TICKET

### PARTS / MATERIALS / ADDITIONAL CHARGES

| QTY | DESCRIPTION | PART NUMBER | PRICE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | **SHOP SUPPLIES** | | $ _5.94_ |
| | **SALES TAX** | | $ _56.81_ |

| | | | | |
|---|---|---|---|---|
| **Labor:** _3_ Hrs@ $ _75.00_ P/Hr X ____ Man/Men | | | $ | _225.00_ |
| **Travel:** ____ Hrs@ $ ____ P/Hr X ____ Man/Men | | | $ | |
| **Mileage:** _230×2_ Miles@ $ _1.25_ Per Mile | | | $ | _575.00_ |
| **Subsistence:** _____ Trip Charge ____ | | | $ | |
| **Total** | | | $ | _862.75_ |

Elko Gold Mine, LLC DIP                    WORK PERFORMED

1077

| | | Alliance Laundry Equipment Company | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Type | Reference | | Original Amt. | Balance Due | 5/23/2011 Discount | | Payment |
| 5/9/2011 | Bill | 042911 | | 862.75 | 862.75 | | | 862.75 |
| | | | | | | Check Amount | | 862.75 |

Citibank DIP 8572     Inv dt 042911                    862.75



# ELKO COUNTY FAIR
723 RAILROAD STREET
ELKO, NV 89801
775-777-7260 fax 775-777-7264

**Invoice No.**          **1098**

## INVOICE

| Customer | |
|---|---|
| Name | BEST WESTERN ELKO INN |
| Address | 1930 IDAHO STREET |
| City | ELKO          State NV     ZIP 89801 |
| Phone | |

| | |
|---|---|
| Date | 5/5/2011 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | 1/8 PAGE AD FOR PREMIUM BOOK | $75.00 | $75.00 |
| | | | |
| | ENTERED | | |
| | | SubTotal | $75.00 |
| | | Shipping & Handling | $0.00 |
| | | Taxes | 0 |

**Payment Details**
Cash

**Elko Gold Mine, LLC DIP**

1078

Elko County Fair

| Date | Type | Reference | | | | |
|---|---|---|---|---|---|---|
| 5/23/2011 | Bill | 1098 | | | | |

Original Amt.
75.00

Balance Due
75.00

5/23/2011
Discount

Payment
75.00

Check Amount
75.00

Citibank DIP 8572

75.00

Fax Server          3/29/2011 2:23:35 PM   PAGE   1/001   Fax Server

**Stanley Black & Decker, Inc.**

| Selling Division: | Please Remit To: | Invoice No. |
|---|---|---|
| STANLEY ACCESS TECH INC | Stanley Access Tech INC | 901146932 |
| 65 Scott Swamp Road | Post Office Box 0371595 | **Invoice Date** |
| Farmington, CT 06032 | Pittsburgh, PA | 03/16/2011 |
| Fed ID # 26-0231093 | 15251-7595 | **Invoice Due Dt** |
| | | 04/15/2011 |

# INVOICE

| | Sales Order #/Contract # | Total Invoice Amount | Carrier | Currency |
|---|---|---|---|---|
| | 4694764 | $670.06 | | USD |
| **Customer Order Date** | **Sales Territory Number** | **Terms** | **Bill of Lading** | **If Paid By:** |
| 01/24/2011 | IS0999 | Net 30 | | 04/15/2011 |
| **Customer Order Number** | **Shipping Facility** | **F.O.B.** | **Pro Number** | **Pay This Amt** |
| VISA | Livermore, CA | Prepay & Add - FOB Origin | | $670.06 |

```
GOLDMINE INN                          GOLDMINE INN
1930 E IDAHO ST                       1930 E IDAHO ST
ELKO NV  89801                        ELKO NV  89801
```

**Elko Gold Mine, LLC DIP**                    Ship to No. 10378057

Stanley Access Tech LLC                                                    1079

| Date | Type | Reference | | Original Amt. | Balance Due | 5/23/2011 Discount | Payment |
|---|---|---|---|---|---|---|---|
| 3/1/2011 | Bill | 901230058 | | 670.06 | 670.06 | | 670.06 |
| | | | | | | Check Amount | 670.06 |

Citbank DIP 8572      Inv dates 01/25/11

670.06

IF YOU WOULD LIKE TO PAY BY CREDIT CARD DIAL 1-800-7ACCESS
OR CONTACT US BY EMAIL AT SAT-ARDEPT@STANLEYWORKS.COM

This is a parts sale generated from a telephone call from Bob Prata (916) 842-9330 looking for two su 100 sensors,  after talking to

Bob i explained  we need to get a PO # before i can process the order,  he explained he would call back with one asap..Bob called

back & said  his  sister owns the hotel & would like to pay by credit card & she called me with her number.

This is to certify  that merchandise listed in this invoice has been produced in compliance with all requirements of sects. 6, 7 & 12 of the  **Transportation/Hdlg**

Fair Labor Standards Act of 1938, as amended, and of regulations and order of the United States Dept. of Labor issued under sect. 14

| | | Transportation/Hdlg | |
|---|---|---|---|
| hereof. All risk of loss with respect to the goods sold hereunder shall pass to the buyer upon delivery to carrier. | **Taxes** | | 42.96 |

Please Note New Remit To Address
THANK YOU FOR LETTING US SERVE YOU!!!

| **Invoice Total** | $670.06 |
|---|---|

408 P10          REPRINT  03/29/201114:16:20

**AGENCY:**
SIG INSURANCE SERVICES, LLC
PO BOX 5753
BRYAN
TX 77805-5753

**PAYOR NAME AND ADDRESS**
ELKO GOLDMINE DBA BEST WESTERN
3400 PARKWOOD BLVD.
FRISCO TX 75034

**ACCOUNT NAME:**
ELKO GOLDMINE DBA BEST WESTERN

| ACCOUNT NUMBER | INVOICE DATE | CURRENT BALANCE | MINIMUM DUE | DUE DATE |
|---|---|---|---|---|
| M019633769-001-00001 | 05-01-11 | $716.73 | $238.91 | 05-21-11 |

**IF WE DO NOT RECEIVE THE MINIMUM DUE BY THE DUE DATE**
- YOU WILL BE ASSESSED A LATE FEE OF $20.00
- THE DUE DATE OF YOUR NEXT INSTALLMENT WILL BE ACCELERATED TO 06/01/11
- THE MINIMUM AMOUNT THAT MUST BE PAID BY 06/01/11 TO AVOID THE
  ISSUANCE OF A CANCELLATION NOTICE WILL BE $497.82

FOR BILLING INQUIRIES, PLEASE CALL (800)-332-6641 OR

# Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

Start Out Fund $1,000.00

From 14-May-11
To 20-May-11

**EMPLOYEE INFORMATION:**
Name Myron Pree, GM
Position

| Date | Account # | Description | Bkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|------|-----------|-------------|-----------|-------------|----------------------|------------------|--------|--------------|-----------------|-------|------------------|-------|
| 6-May-11 | | Home Depot | | $ 4.94 | | | | | | | | $ 4.94 |
| 12-May-11 | | K7 Super Stores GAS for Mower | | $ 10.00 | | | | | | | | $ 29.90 |
| 12-May-11 | | Home Depot | | $ 29.94 | | | | | | | | $ 29.94 |
| 11-May-11 | | Elko Lock and Safe | | $ 104.82 | | | | | | | | $ 104.82 |
| 13-May-11 | | USPS | | | | | | | $ 18.30 | | | $ 18.30 |
| 18-May-11 | | Dryer Jammed - PD OUT | | $ 1.50 | | | | | | | | $ 1.50 |
| 14-May-11 | | Home Depot | | | | | | $ 14.89 | | | | $ 14.89 |
| 18-May-11 | | All Season Mobile Locksmith | | $ 207.50 | | | | | | | | $ 207.50 |
| 17-May-11 | | City of Elko Check Retrieve | | | | $ 215.63 | | | | | | $ 215.63 |
| 17-May-11 | | Wal-Mart | | | | | | $ 120.74 | | | | $ 120.74 |
| 17-May-11 | | Office Max | | | $ 30.96 | | | | | | | $ 30.96 |
| 18-May-11 | | Sears (label machine cartridges) | | | | | | | $ 24.89 | | | $ 24.89 |
| 19-May-11 | | USPS | | | | | | | $ 19.79 | | | $ 19.79 |
| 19-May-11 | | Home Depot | | | | | | $ 32.53 | | | | $ 32.53 |
| | | | | | | | | | | | $ - | $ 836.43 |

Reimbursement total $ 836.43
Cash on Hand $163.57
Total Petty Cash $1,000.00

---

**Elko Gold Mine, LLC DIP**

Myron Pree

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 5/27/2011 | Bill | 5.14.11 5.20.11 | 836.43 | 836.43 | | 836.43 |

Check Amount 836.43

1088

Citibank DIP 8572    Expenses: locks/business license/supplies/vend    836.43

**OfficeMax®**
WORK WITH US™

OfficeMax #987
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801

**OfficeMax®**

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
www.officemax.com to view the terms and
to enter and to view the
conditions of entering the survey.

```
011491012410                      $14.49
Env Coin Kraft Brn #1 250p
01149101241O                      $14.49
Env Coin Kraft Brn #1 250p
```

```
SubTotal                          $28.98
Tax 8.850%                         $1.98
TOTAL                             $30.96
```

```
                                  $30.96
Debit
Card number:    XXXXXXXXXXXX4767
Authorization
```

*Pd with Myron Press* 24443516
9987 00001 82875 9 05/17/11
00388208 09:45:28 AM

*Issued OfficeMax*

ORDER BY PHONE 1-877-OFFICEMAX

---

ELKO NPO
ELKO, Nevada
89B0013B1B
314B83080B-00B6

08/19/2011 11:40:48 AM

━━━━━━ Sales Receipt ━━━━━━

| Product<br>Description | Qty | Sale Unit<br>Price | Final<br>Price |
|---|---|---|---|
| Pkg Tape | 1 | $3.29 | $3.29 |
| 2x800<br>Clr/Disp RR | | | |
| NORTHBROOK IL 60062<br>Zone-7 Priority Mail | | | $16.50 |
| 4 lb 3.10 oz. | | | |

Issue PVI:                              $16.50
                                    ═══════
Total:                                 $19.79

Paid by:
Cash                                   $20.00
Change Due:                            -$0.21

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call

---

**More saving.**
**More doing.®**

**THE HOME DEPOT**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN   775-738-0455
CASHIER SELF CHECK OUT - SCOT58
3320  00068  64228   05/19/11  11:56 AM

```
7226684872B9 PWR STRIP    <A>        3.27
030878761048 WLK ADPT     <A>        4.86
030878762199 12 LIN CRD   <A>        4.88
071132000220 PUNCE STICK  <A>       17.43
                                   ═══════
                           702.49
```

```
SUBTOTAL                            30.44
SALES TAX                            2.09
TOTAL                              $32.53
CASH                                20.00
CASH                                10.00
CASH                                 5.00
CHANGE DUE:                          2.47
```

3320 58 64228 05/19/2011 6038

RETURN POLICY DEFINITIONS
POLICY EXPIRES ON
POLICY ID    DAYS    POLICY EXPIRES ON
A   1        90              08/17/2011
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS

*************************************

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

*************************************





# Walmart
### Save money. Live better.



MANAGER MYRON JOHNSON
ST# 2402 OP# 00001604 TE# 15 TR# 09322

| | | |
|---|---|---|
| WM BTC WTE | 007033090835 | 4.24 X |
| HLLTER | 007033090837 | 2.24 X |
| HLLTER | 007033090837 | 2.24 X |
| POSTIT NOTES | 007033090837 | 6.44 X |
| DISPENSER | 002120098394 | 6.44 X |
| BATTERIES | 002120052747 | 5.97 X |
| BATTERIES | 004133317064 | 5.97 X |
| OUT VSN F  4C | 004133382501 | 6.24 X |
| PURECLEAN | 007063050020 | 3.27 X |
| PURECLEAN | 063849600101 | 3.27 X |
| PURECLEAN | 063849600101 | 3.27 X |
| PURECLEAN | 063849600101 | 3.27 X |
| PURECLEAN | 063849600101 | 3.27 X |
| BROOM | 007467280006 | 4.98 X |
| BROOM | 007467280006 | 4.98 X |
| BROOM | 007467280006 | 4.98 X |
| BROOM | 007467280006 | 4.98 X |
| BROOM | 007467280006 | 4.98 X |
| COPY PAPER | 003650009982 | 31.97 X |

```
                    SUBTOTAL   113.00
        TAX 1  6.860 %           7.74
                       TOTAL    120.74
               CASH TEND        121.00
               CHANGE DUE         0.26
```

# # ITEMS SOLD 19

TC# 1364 3135 5121 3190 6730 9

Low prices. Every day. On everything.
Backed by our Ad Match Guarantee.
06/17/11                    09:35:41

---



```
              ELKO MPO
          ELKO, Nevada
          899013818
          314883080B-0098
05/13/2011 (800)275-8777 01:50:36 PM
            Sales Receipt
Product              Sale Unit    Final
Description         Qty  Price    Price

FRISCO TX 75034
Zone-6 Express Mail
PO-Add Flat Rate Env           $18.30
11.80 oz.
Label #:EG113317510US
Mon 05/18/11 03:00 PM -
Guaranteed Delivery
Signature Waived

                               ========
 Issue PVI:                     $18.30

Total:                         $18.30

Paid by:
Cash                           $19.00
Change Due:                    -$0.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clickship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*************************************
```

_5/11/11_
DATE

New G.M.
Handover.

**CHECK ONE**

☒ **PAID OUT**
☐ **REFUND**

Property # 29083

Best Western Elko

AMOUNT
$104 82

**EXPLANATION**
ROOM NO.        FOLIO NO.

**NOT VALID UNLESS APPROVED BY INNKEEPER**

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE
_Linda Weston_

APPROVED BY INNKEEPER

Elko Lock & Smith

_Margaret Genn (Regional Office)_

CERTIFY HERE AND TIME STAMP ON BACK

LITHO IN USA.                    A•S Hospitality, Inc.    FORM 3-23

| | | | | | |
|---|---|---|---|---|---|
| DEADBOLT (TYPE) | 5/11/2011 | | | | |
| KNOBSET (TYPE) | PAID to have the | | | | |
| LOCKSET (TYPE) | Locks (Keys) changed on | | | | |
| the G.M. Office at | | | TOTAL MATERIAL | 12 | 00 |

| | | | |
|---|---|---|---|
| LABOR TO INSTALL ABOVE | Best Western | | 35 00 |
| CYLINDER COMBINATION CHANGE | Elko | 16 00 | 32 00 |
| SAFE COMBINATION CHANGE | | | |
| EMERGENCY HOME/AUTO LOCKOUT SERVICE | | | |
| SERVICE CALL | | | 25 00 |
| Property # 29083 | | | |

CUSTOMER SIGNATURE

☐ MAIN ENTRANCE   ☐ REAR DOOR   ☐ WINDOW   ☐ SAFE
☐ FRONT DOOR   ☐ HALL DOOR   ☐ CLOSET   ☐ PATIO DOOR
☐ SIDE DOOR   ☐ INSIDE   ☐
☐ OPEN LOCK(S)   ☐ INSTALL   ☐ REPIN   ☐ CLEAN/LUBR.
☐ SECURE PREMISES   ☐ REMOVE & REPLACE   ☐ CHANGE COMB.   ☐ ADJUST
☐ FIT KEYS   ☐ MASTER KEY   ☐

**AUTHORIZATION FOR SECURITY / EMERGENCY SERVICES**
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to absolve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

SIGNATURE                    DATE

| | | |
|---|---|---|
| TOTAL LABOR | | |
| SUB-TOTAL | | |
| TAX | | 82 |
| TOTAL | 104 | 82 |

| YEAR | MAKE |
|---|---|
| MODEL | |
| LICENSE NO. | |



(upside-down receipt — KJ's Super Stores)

WELCOME
KJ's Super Stores
SALES RECEIPT
57/444-608905
ELKO
1415 MOUNTAIN CITY
NV 89801
DATE 05/12/11 12: AM
PUMP PRODUCT $/G
05 UNLD $3.869
GALLONS FUEL TOTAL
2.585 $ 10.00
TOTAL SALE $ 10.00
THANK YOU
COME BACK SOON



**More saving.**
**More doing.**℠

THE HOME DEPOT®

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00002 50183 05/12/11 11:03 AM
CASHIER DIANE - DJS8893

0715499992085 WD40 OG 9R <A>        17.54
    NLP Savings              $2.00
0454981D102 GAS CAN #2 <*>         10.48
    NLP Savings              $0.00

SUBTOTAL                    28.02
SALES TAX                    1.92
TOTAL                      $29.94
CASH                        40.00
CHANGE DUE                  10.06

NEW LOWER PRICE (NLP) SAVINGS $2.00

RETURN POLICY DEFINITIONS POLICY EXPIRES ON
POLICY ID  DAYS         08/10/2011
A    1      90

3320 02 50183 05/12/2011 7280



**More saving.**
**More doing.**℠

THE HOME DEPOT®

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00009 74261 05/14/11 10:49 AM
CASHIER NANCY - NMJ3Q04

01780185921B 19W CFL <A>           13.94

SUBTOTAL                   13.94
SALES TAX                   0.95
TOTAL                     $14.89
CASH                       20.00
CHANGE DUE                  5.11

206.97

RETURN POLICY DEFINITIONS POLICY EXPIRES ON
POLICY ID  DAYS         08/12/2011
A    1      90

THE HOME DEPOT RESERVES THE RIGHT TO

3320 09 74261 05/14/2011 9611



**More saving.**
**More doing.**℠

THE HOME DEPOT®

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00004 98246   05/06/11 02:01 PM
CASHIER KARISSA - KGW2984

811000012012 11W/2FT PVC <A>        1.67
01?3?71625671 1 F ADAPTER <A>       0.65
01?3?71625015 1 PVC CPLG <A>        0.38
01287162650B0 1 M ADAPTER <A>       0.53
012871625411 PVC COUPLING <A>       0.50
012871623356 1 PVC 90 EL <A>        0.48

SUBTOTAL                    4.62
SALES TAX                   0.32
TOTAL                      $4.94
CASH                       10.00
CHANGE DUE                  5.06

RETURN POLICY DEFINITIONS
POLICY ID  DAYS    POLICY EXPIRES ON
   1       90         08/04/2011

3320 04 98246 05/06/2011 8840

Sears Checkout                                                    Page 1 of 2

**Cart**
Contact
Shipping
Payment
Review

## Contact

edit
E-mail: mpree@dmchotels.com

## Shipping

edit

**Myron Pree**               C/O Best Western Hotel        **Shipping Total: $1.49**
**Phone: 775-738-8787**      1930 Idaho Street             **Total Items: 1**
                             Elko  NV  89801

| Item | Arrival Information | Quantity | Price |
|---|---|---|---|
| SG New Label Tape For Brother Ptouch Touch TZ 231 TZ231 | Ship: **Standard** Your item(s) will arrive between May 2 26 and May 31 | | $21.90 |

## Payment

edit

**Card: Sears_MC** Ending in        1924 Griswold Drive        $24.89
(************2955)                   Elko, NV 89801

[ Place Order Now ]

Confirmation
234178679

## Order Summary

**1 Item(s) in Cart**
**BUY ONLINE ITEM(S)**
SG New Label Tape For Brother Ptouch Touch TZ 231 TZ231

                                                             $21.90
Qty. 2

Reimbursed from Petty Cash

Subtotal:     $21.90
Shipping:     $1.49
Pre-Tax Total $23.39
Sales Tax     $1.50
Total         $24.89

AllSeason Mobile Locksmith Service
1288 Parking Drive    Elko, Nevada 89801
(775) 738-4772
**Pay by this invoice.**

293 Ryndon
Unit 3

**WORK ORDER INVOICE**
L 6249

| NAME | | DATE |
|------|--|------|
| Best Western | | 5-18-11 |

ADDRESS
1930 Idaho St    Myron
Elko NV. 89801    PHONE 738-8787

LOCATION                    TERMS

| DESCRIPTION | PRICE | AMOUNT |
|-------------|-------|--------|
| DUPLICATE KEYS | | |
| ORIGINAL KEYS | | |
| DEADBOLT (TYPE) | | |
| KNOBSET (TYPE) | Pd. Cash | |
| LOCKSET (TYPE) | | |
| | TOTAL MATERIAL | |
| 3 LABOR TO INSTALL ABOVE | 45.00 | 137.50 |
| CYLINDER COMBINATION CHANGE | | |
| SAFE COMBINATION CHANGE | | |
| EMERGENCY HOME/AUTO LOCKOUT SERVICE | | |
| 2 SERVICE CALL | 25.00 | 50.00 |
| | TOTAL LABOR | |

CUSTOMER SIGNATURE:

| | | | |
|--|--|--|--|
| ☐ MAIN ENTRANCE | ☐ REAR DOOR | ☐ WINDOW | ☐ SAFE |
| ☐ FRONT DOOR | ☐ HALL DOOR | ☐ CLOSET | ☐ PATIO DOOR |
| ☐ SIDE DOOR | ☐ INSIDE | ☐ | |
| ☐ OPEN LOCK(S) | ☐ INSTALL | ☐ REPIN | ☐ CLEAN/LUBR. |
| ☐ SECURE PREMISES | ☐ REMOVE & REPLACE | ☐ CHANGE COMB. | ☑ ADJUST |
| ☐ FIT KEYS | ☐ MASTER KEY | ☐ | |

| SUB-TOTAL | |
|-----------|--|
| TAX | |
| TOTAL | 287.50 |

AUTHORIZATION FOR SECURITY / EMERGENCY SERVICES
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to absolve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

SIGNATURE Myron Hall    DATE 5/18/11

| YEAR | MAKE |
|------|------|
| MODEL | |
| LICENSE NO. | |



**City of Elko**
1751 College Ave
Elko NV 89801
775-777-7138
Fax 775-777-7129



DELINQUENT BUSINESS LICENSE RENEWAL



05/05/2011

ELKO GOLD MINE INN
1930 IDAHO ST
ELKO NV 89801

License#: 6398
Location: 1930 IDAHO ST
Type: HOTELS

This is your second notice to renew your Elko City Business License which expired 03/31/2011, resulting in a penalty of 25% of the total amount due. Return this form with your payment immediately, including the 25% penalty fee.

### Fee Schedules

|  | | | |
|---|---|---|---|
| | $0-$25,000 = $34.50 _____ | $225,001-$250,000 = $172.50 _____ |
| | $25,001-$50,000 = $55.20 _____ | $250,001-$300,000 = $207.00 _____ |
| Gross | $50,001-$100,000 = $69.00 _____ | $300,001-$350,000 = $241.50 _____ |
| Sales in | $100,001-$200,000 = $103.50 _____ | $350,001-$400,000 = $276.00 _____ |
| Elko | $200,001-$225,000 = $138.00 _____ | $400,001-$500,000 = $310.50 _____ |

Over $500,000 = $310.50 plus $6.90 for each full $50,000 over $500,000 _____

For Motels/Hotels, Residential Rentals and RV Spaces please refer to the following fees based on number of rentals for period end date listed above.

| | Apartments, | 3 - 5 Units = $20.70 _____ | 51 - 75 Units = $103.50 _____ |
| | | 6 - 15 Units = $34.50 _____ | 76 - 150 Units = $172.50 ✓ + 43.13 |
| | Lodging & | 16 - 25 Units = $48.60 _____ | 151 - 300 Units = $310.50 _____ |
| | RV's | 26 - 50 Units = $69.00 _____ | 301 Units or Over = $517.50 _____ |

215.63

For Utility Companies please refer to the following fee based on

1058

**Elko Gold Mine, LLC DIP**

City of Elko

| Date | Type | Reference | Original Amt. | Balance Due | 5/6/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 5/6/2011 | Bill | Lic #6398 | 215.63 | 215.63 | | 215.63 |
| | | | | | Check Amount | 215.63 |

Citibank DIP 8572    license=172.5 + late fee=43.13                                215.63



**City of Elko**
1751 College Ave
Elko, NV 89801



**Elko Gold Mine, LLC DIP**

1058

City of Elko

| Date | Type | Reference | | Original Amt. | Balance Due | 5/6/2011 Discount | Payment |
|------|------|-----------|---|---------------|-------------|-------------------|---------|
| 5/6/2011 | Bill | Lic #6398 | | 215.63 | 215.63 | | 215.63 |
| | | | | | | Check Amount | 215.63 |

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A TWO-TONED COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

Elko Gold Mine, LLC DIP
1930 Idaho Street
Elko, NV 89801
775-738-8787

Citibank N.A
399 Park Ave
New York City NV 8843
212-559-1000

1058

DATE    5/6/2011

PAY TO THE
ORDER OF  City of Elko                                              $  *215.63

Two Hundred Fifteen and 63/100**                                    DOLLARS

1751 College Ave
Elko NV  89801



**ELKO CITY**
**BUSINESS LICENSE PAYMENT RECEIPT**

NAME OF PAYEE:  ELKO GOLD MINE

FOR:  renewal

AMOUNT PAID:  215.63

DATE PAID:  5-17-11

CHECK  W/# (          )          CASH (X)          CREDIT CARD ( )

PAYMENT RECEIVED BY:  NLH

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE**

**CONFIDENTIAL PROPERTY OF SYSCO**

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN INC
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 OR (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV    89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV    89801

| INV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 5/26/11 | 386177 | 105260824 | 3 |

ROUTE 2018    PURCHASE ORDER 7018

TERMS/CH 4333

CONTACT
MAIL BACK# 702990 NORMAL DELIVERY
MAI STR# THAN BURKHART 9184
DRIVER: GRANT    9925    SUBJECT TO SERVICE CHARGE

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| CS | 1 | 8 27 OZ | STNGRND BREAD WHITE PULLMAN 5/8" SLI | 2040 | 53B0233 | 31.24 | | 31.24 | |
| CS | 1 | 8 42.25OZ | DSPBMY DANISH ASST APE/CHES/CHERRY | 80991 | 83967/56 | 63.87 | | 63.87 | |
| CS | 1 | 2 220.5 OZ | KRHSCKS DOUGH COOKIE CHOCO CHIP GRWT | 2908770 | 2908770 | 60.53 | | 60.53 | |
| CS | 1 | 7 2.5 OZ | KRHSIMP AUFFIN ASST BLU/APP/BAN 0734/730 | 21815 | 78120154 | 34.36 | | 68.72 | |
| CS | 1 | 6 2 CU | EKRSCKS AUFFIN ENGLISH FRK SPLIT 2 O | 85930241 | 85930241 | 20.74 | | 20.74 | |
| CS | 1 | 7 48.75OZ | MCCAIN POTATO H/BROWN SHSTRING FSR | 1030688 | 6502935 | 49.99 | | 49.97 | |
| | | | ****DISPENSER BEVERAGE TOTAL**** | | | | | 449.97 | |
| | | | GROUP TOTAL | | | | | 429.84 | |
| CS | 1 | 24 LTR | NADRSEL JUICE ORANGE FRZ CADDY | 108145 | 6180072 | 109.99 | | 109.99 | |
| | | | GROUP TOTAL | | | | | 109.99 | |
| MISC CHARGES | | | CHGS FOR FUEL SURCHARGE | | | .34 | | 5.00 | |

ORDER SUMMARY        43121

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 10 | | 10 | 8.6 | 153 |
| 69 | | 69 | 65.3 | 1260 |

| | | |
|---|---|---|
| SUB TOTAL | | 3221.02 |
| TAX TOTAL | | 100.49 |
| INVOICE TOTAL | | 3321.51 |

LAST PAGE

P.O. BOX 27638
SALT LAKE CITY, UT 84127-0638

PAYABLE ON OR BEFORE    5/27/11

OPEN: 6:00 AM    CLOSE: 7:00 PM

NO. PGS DELVD.

NO. PGS REC.

DRIVER'S SIGN

CUST SIGN

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CUSTOMER'S ORIGINAL INVOICE   CONFIDENTIAL PROPERTY OF SYSCO

Good things come from SYSCO

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT
(800)366-3778
(801)563-5811
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO        NV   89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO        NV   89801

REV/DATE 5/26/11   CUSTOMER 386177   INVOICE NUMBER 105260824   PAGE 2
PURCHASE ORDER /018
ROUTE 4333
TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 702390 NORMAL DELIVERY 9184
MA: S184   THAIN BURKHART
DRIVER: GRANT   9925

| QTY | SB | TOT PCS | CUBE | GROSS WT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | CS | 1 | | | 6700 | FT | TORKUNV TOWEL ROLL NON-PERF 24% NAT | 2900088 9362005 | 69.99 | 4.79 | 69.99 * | | |
| | | | | | | | GROUP TOTAL | | | | 853.18 | | |
| | | | | | | | ****CHEMICAL & JANITORAL**** | | | | | | |
| D | CS | 2 | | | 4 128 OZ | | SYS REL BLEACH LIQ GERMICIDAL 6% | 11033345391 87290149 | 18.43 | 1.27 | 36.86 * | | |
| D | CS | 1 | | | 4 4 OZ | | ECOLAB DESTAINER LAUN STAIN BLASTER G 10187 | 2958056 79288207 | 98.00 | 6.72 | 98.00 * | | |
| D | PL | 1 | | | 15GAL | | ECOLAB DETERGENT LAUN LIQ ES L2000 | 6100031 61A0031 | 239.80 | 16.42 | 239.80 * | | |
| | | | | | | | ** HAZARD *** | | | | | | |
| D | CS | 1 | | | 1 | EACH | ECOLAB DISPENSER FOAM PRODUCT 9263-2007 | 5063045 | 2.30 | .16 | 2.30 * | | |
| D | CS | 1 | | | 4750ML | | KEYSTON SANITIZER HAND FOAM 6100098 | 7715473 | 52.99 | 3.63 | 52.99 * | | |
| D | PL | 1 | | | 15 GAL | | ECOLAB SOFTENER LAUN SOFRESH NP 14310 | 5926282 | 170.00 | 11.65 | 170.00 * | | |
| | | | | | | | GROUP TOTAL | | | | 539.95 | | |
| | | | | | | | ***SUPP & EQUIP**** | | | | | | |
| D | CS | 1 | | | 136 CT | | SYSCO SPOON TEA PLAST S-S B04 3 TSF | 7228364 | 39.99 | 2.74 | 39.99 * | | |
| | | | | | | | GROUP TOTAL | | | | 39.99 | | |
| | | | | | | | ***DISPENSER BEVERAGE**** | | | | | | |
| D | CS | 1 | | | 962 OZ | | CITAVCO COFFEE COL 100% FINE W/F 3586632 | 4116158 | 164.46 | | 164.46 * | | |
| D | CS | 4 | | | 628 CT | | BIGELOW TEA ASST 6 FLVR 15577 | 7813436 | 27.14 | | 27.14 * | | |
| | | | | | | | GROUP TOTAL | | | | 191.60 | | |
| | | | | | | | ***FROZEN**** | | | | | | |
| | | | | | | | FROZEN | | | | | | |
| B | CS | 2 | | | 23.5 OZ | | PAPETTI OMELET EGG CHEESE 4602890 | 13500 2232965 | 64.77 | | 64.77 * | | |
| | | | | | | | GROUP TOTAL | | | | 259.08 | | |
| | | | | | | | ****MEATS**** | | | | | | |
| B | CS | 4 | | | 200.8 OZ | | SYS REL SAUSAGE PORK LNK SKLS CKD MILD 19680 | 13375931 | 34.99 | | 139.96 * | | |
| | | | | | | | GROUP TOTAL | | | | 139.96 | | |
| | | | | | | | ****FROZEN**** | | | | | | |
| B | CS | 1 | | | 120 2OZ | | BRRSCLS BISCUIT BRRMLK 3" 1019 | 50033662 | 34.77 | | 34.77 * | | |

CASES SB TOT PCS   CUBE   GROSS WT
20   20   15.5   370

DRIVER'S SIGN   X

CUST SIGN   X

NO PCS DELVD.      NO PCS REC.

OPEN: 6:00 AM   CLOSE: 7:00 PM

P.O. BOX 27638
SALT LAKE CITY UT 84127-0638

PAYABLE ON OR BEFORE

SUB TOTAL   2710.96
TAX TOTAL
INVOICE TOTAL

CONT. ON PAGE 3

IMPORTANT FDCA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO** Good things come from

CUSTOMER'S ORIGINAL INVOICE    CONFIDENTIAL PROPERTY OF SYSCO

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(800)366-3778
(801)955-5600
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV   89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV   89801

972-668-0327

INVOICE NUMBER: 105260824   PAGE: 1

DELIVERY: 5/6/11
ROUTE: 4313
PURCHASE ORDER: 7018

SUBSCRIP: 386177
MANIFEST#: 702390 NORMAL DELIVERY
MA: S184 THAIN BURKHART
DRIVER: GRANT   9925

TERMS: PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH

| QTY | B/O | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | A P | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | COOLER | | | | | | | |
| | | | | | ****DAIRY**** | | | | | | | |
| 1 | | | | 50/5 PT | DARIGLD MILK SKIM MINI BOX | 72113281 | 9.35 | | 9.35 | | | |
| 1 | | | | 50/5 PT | PHILFARM MILK 2% REDUCED FAT | 1022J 38612950 | 10.41 | | 52.05 | | | |
| 1 | | | | 12/6 OZ | YOPLANT YOGURT ASST STN MIXED DRY | 38490U 72251.85 | 8.35 | | 83.50 | | | |
| | | | | | GROUP TOTAL**** | | | | 144.90 | | | |
| | | | | | ****PRODUCE**** | | | | | | | |
| 1 | | | | 198 CT | SYS CLS APPLE RED DEL FCY WASH FRESH | 12685849 | 47.92 | | 47.92 | | | |
| 1 | | | | 140 LB | PACKER BANANA FRESH TIP GREEN | 14585842 | 34.08 | | 34.08 | | | |
| 1 | | | | 140# | PACKER BANANA GRN TURN TO YEL FRESH | 14073S8 | 34.13 | | 34.13 | | | |
| 1 | | | | 138 CT | SYS CLS ORANGE NAVEL CH FRESH | 22530029 | 31.91 | | 31.91 | | | |
| | | | | | GROUP TOTAL**** | | | | 143.04 | | | |
| | | | | | DRY | | | | | | | |
| | | | | | ****CANNED & DRY**** | | | | | | | |
| 2 | | | | 12/10 CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ   5586 | 5470267 | 40.43 | | 80.86 | | | |
| 1 | | | | 1803/8 | OZCONFATE CREAMER COFFEE NONDAIRY F 50000350070 | 7750318 | 15.99 | | 31.98 | | | |
| 1 | | | | 6/#10 | SYS CLS GRAVY SAUSAGE CNTRY RTU           590PX | 0682542 | 78.07 | | 78.07 | | | |
| 1 | | | | 200.5 | OZHSE REC SYRUP TABLE MAPLE FLAVORED 12888-SYS | 1696608 | 36.99 | | 36.99 | | | |
| 1 | | | | 65 LB | BKRSCLS WAFFLE MIX BELGIAN                6153092 | 6153092 | 49.99 | | 49.99 | | | |
| 1 | | | | 24500 | MLATHWATR WATER PURIFIED (16.9 OZ) PET 000206 | 4108932 | 6.65 | | 26.60 | | | |
| | | | | | GROUP TOTAL**** | | | | 304.49 | | | |
| | | | | | ****PAPER & DISP**** | | | | | | | |
| 1 | | | | 4025 CT | S4SCO   CUP FOAM 8 OZ                      SY8 | 4088829 | 31.20 | | 31.20 | | | |
| 1 | | | | 1each | FORK   DISPENSER TOWEL ROLL INTUIT 309609A | 8006157 | 34.99 | 2.40 | 34.99 * | | | |
| 6 | | | | 3694 CT | SYS TMP TISSUE FACIAL 2-PLY WHITE TF 6910-SYS | 7348568 | 119.50 | 8.19 | 717.00 * | | | |

CASES: 39   SPLIT: 39   TOT PCS: 39   CUBE: 41.2   GROSS WT: 737

P.O. BOX 27638
SALT LAKE CITY, UT 84127-0638

PAYABLE ON OR BEFORE

SUB TOTAL: 1375.62
TAX TOTAL:
INVOICE TOTAL:

CONT. ON PAGE   2

OPEN: 6:00 AM   CLOSE: 7:00 PM

NO. PCS DELV'D.
NO. PCS REC.

CUST DIDN'T SIGN   X

DRIVER'S SIGN

IMPORTANT PACA PROVISION. THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

# Sysco
Good things
we connect them

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801) 563-6300   (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

* * PICK-UP ONLY * *

**CONFIDENTIAL PROPERTY OF SYSCO**

CUSTOMER'S ORIGINAL INVOICE

INVOICE NUMBER: 1617208    PAGE 1

CUSTOMER  386177   REQ NBR:

REV DATE 5/26/11
PICK DATE 6/1/8

SIGN NO. 4333

MANIFEST# 702390
MA: THAIN BURKHART   9184
DRIVER: JOE GRANT   9925

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

BEST WESTERN
1930 IDAHO ST

ELKO    NV   89801
972-668-0327
1930 IDAHO ST

NV   89801

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | F | INVOICE ADJUSTMENTS CODE | QTY |
|-----|------|------|------------------|-----------|------------|------------|----------------|---|--------------------------|-----|
| D | 1BX | 16EA | WORLD  SPOON TABLE WINDSOR MDVT STN | 1050190807 | | | | X | | |
|   |      |      | INVOICE REF: 105190807 |  |  |  |  |  |  |  |
|   |      |      | R30 CUSTOMER NOT SATISFIED  DISPOSITION: RETURN TO STOCK | 4734695 | | | | | | |
| D | 1BX | 36EACH | SYSCO  SPOON TEA WINDSOR STNLS | 1050330319 | | | | | | |
|   |      |      | INVOICE REF: 1050330319 | 5560583 | | | | | | |
|   |      |      | R30 CUSTOMER NOT SATISFIED  DISPOSITION: RETURN TO STOCK |  |  |  |  |  |  |  |

OPEN: 6:00 AM   CLOSE: 7:00 PM

* * PICK-UP/ REQUEST ONLY * *
CREDIT IS /SUBJECT TO APPROVAL

CUST
SIGN  X

| | SUB TOTAL | |
| | TAX TOTAL | |
| | INVOICE TOTAL | |

PAYABLE ON OR BEFORE

**LAST PAGE**

| CASE: | SPLIT | TOT PCS | CUBE | GROSS WT |
|-------|-------|---------|------|----------|
|       |       | 2       |      | 2        |
|       |       | 2       |      | 2        |

DRIVER'S

NO. PCS REV/D

NO. PCS REC.

## Nevada Department of Taxation - NevadaTax

### Payment Details

**ELKO COUNTRY HEARTH INN**

| State Tax ID: 1007035234 | Primary Address: 3645 MITCHELL RD STE D CERES, CA 95307-9423 |
|---|---|

The following payment totaling **$401.81** was submitted to be withdrawn on **Monday, May 02, 2011**.
The details of this payment appear below, itemized by account and filing period.

| Account | Filing Period | Payment Amount | Status |
|---|---|---|---|
| Modified Business Tax (MBT) Location: 000 | 01/01/2011 - 03/31/2011 | $401.81 | Pending |

# citibank®

**CitiBusiness®**



Citibank Client Services   022
PO Box 769013
San Antonio, TX 78245-9013

152707/R1/21F000/0

066
CITIBANK, N. A.
**Account**
**XXXXX8572**
**Statement Period**
**May 1 - May 31, 2011**
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

ELKO GOLD MINE LLC - DIP
3400 PARKWOOD BLVD Suite LEGACY
FRISCO          TX 75034

Page  1  of 20

---

## CitiBusiness® ACCOUNT AS OF MAY 31, 2011

### Relationship Summary:

| | |
|---|---|
| Checking | $132,296.78 |
| Savings | ----- |
| Checking Plus | ----- |

---

## SUGGESTIONS AND RECOMMENDATIONS

### Help protect yourself from fraud

Do not click on embedded links in emails. Ensure your computer has the current anti-virus software. Delete and do not respond to suspicious official-looking emails requesting your personal security information. Ensure online passwords are changed often and at irregular intervals. Keep PINs confidential and never provide online token passwords to anyone. Review your account statements promptly and please call us at **1-877-528-0990** if you find a discrepancy.

---

## SERVICE CHARGE SUMMARY FROM APRIL 1, 2011 THRU APRIL 30, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # XXXXX8572** | | | |
| Average Daily Collected Balance | | | $86,312.13 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 108 | .3000 | 32.40 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

---

## CHECKING ACTIVITY

### CitiBusiness Streamlined Checking

| XXXXX8572 | | | | |
|---|---|---|---|---|
| | | **Beginning Balance:** | | $112,931.66 |
| | | **Ending Balance:** | | $132,296.78 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 5/02 | ELECTRONIC CREDIT | | 9,364.29 | 122,295.95 |
| | NPC MERCH    PYMT PROC 0013009673    May 02 | | | |
| 5/02 | ELECTRONIC CREDIT | | 7,356.29 | 129,652.24 |
| | NPC MERCH    PYMT PROC 0013009673    May 02 | | | |
| 5/02 | ELECTRONIC CREDIT | | 4,533.63 | 134,185.87 |
| | AMERICAN EXPRESS  SETTLEMENT 5270459654    May 02 | | | |
| 5/02 | ELECTRONIC CREDIT | | 375.85 | 134,561.72 |
| | AMERICAN EXPRESS  SETTLEMENT 5270459654    May 02 | | | |
| 5/02 | CHECK NO:    1055 | 4,334.82 | | 130,226.90 |
| 5/02 | ACH DEBIT | 2,521.58 | | 127,705.32 |
| | Intermountain    Vendor Pay Cust #386177    May 02 | | | |