ELKO GOLD MINE LLC - DIP

Account ████8572    Page 2 of 20
Statement Period - May 1 - May 31, 2011

152708/R1/21F000/0

| CHECKING ACTIVITY | | | | Continued |
|---|---|---|---|---|

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 5/02 | CHECK NO:      1052 | 2,454.73 | | 125,250.59 |
| 5/02 | CHECK NO:      1054 | 1,600.00 | | 123,650.59 |
| 5/02 | CHECK NO:      50136 | 1,325.11 | | 122,325.48 |
| 5/02 | CHECK NO:      50137 | 710.41 | | 121,615.07 |
| 5/02 | CHECK NO:      5123 | 681.12 | | 120,933.95 |
| 5/02 | CHECK NO:      50129 | 656.68 | | 120,277.27 |
| 5/02 | CHECK NO:      50127 | 632.39 | | 119,644.88 |
| 5/02 | CHECK NO:      50135 | 631.53 | | 119,013.35 |
| 5/02 | CHECK NO:      50121 | 622.71 | | 118,390.64 |
| 5/02 | CHECK NO:      50131 | 622.71 | | 117,767.93 |
| 5/02 | CHECK NO:      1051 | 611.95 | | 117,155.98 |
| 5/02 | CHECK NO:      50133 | 605.90 | | 116,550.08 |
| 5/02 | CHECK NO:      50122 | 599.36 | | 115,950.72 |
| 5/02 | CHECK NO:      50124 | 599.32 | | 115,351.40 |
| 5/02 | CHECK NO:      50130 | 593.07 | | 114,758.33 |
| 5/02 | CHECK NO:      50125 | 587.58 | | 114,170.75 |
| 5/02 | CHECK NO:      50134 | 584.65 | | 113,586.10 |
| 5/02 | CHECK NO:      50126 | 572.07 | | 113,014.03 |
| 5/02 | CHECK NO:      50132 | 488.52 | | 112,525.51 |
| 5/02 | CHECK NO:      138 | 264.65 | | 112,260.86 |
| 5/03 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673      May 03 | | 3,746.38 | 116,007.24 |
| 5/03 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654      May 03 | | 1,975.77 | 117,983.01 |
| 5/03 | ACH DEBIT<br>NPC MERCH      PYMT PROC 0013039673      May 03 | 4,003.14 | | 113,979.87 |
| 5/03 | ACH DEBIT<br>Elko Nevada      7757777135 14217604      May 03 | 2,614.38 | | 111,365.49 |
| 5/04 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673      May 04 | | 7,432.38 | 118,797.87 |
| 5/04 | ACH DEBIT<br>IRS      USATAXPYMT 270152463163536 May 04 | 2,447.01 | | 116,350.86 |
| 5/04 | ACH DEBIT<br>SOUTHWEST GAS      WEB      2510047179024 May 04 | 2,186.72 | | 114,164.14 |
| 5/04 | ACH DEBIT<br>SIERRA PACIFIC P SPPC PYMT 01172137 347882 May 04 | 2,146.93 | | 112,017.21 |
| 5/04 | CHECK NO:      50139 | 2,102.07 | | 109,915.14 |
| 5/04 | ACH DEBIT<br>FRONTIER ONLINE E-BILL      6205338      May 04 | 1,948.55 | | 107,966.59 |
| 5/04 | ACH DEBIT<br>NV E-TAX      INTERNET 043000097393534 May 04 | 401.81 | | 107,564.78 |
| 5/04 | ACH DEBIT<br>IRS      USATAXPYMT 270152435433564 May 04 | 83.24 | | 107,481.54 |
| 5/05 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654      May 05 | | 674.31 | 108,155.85 |
| 5/05 | CHECK NO:      1057 | 1,228.80 | | 106,927.05 |
| 5/05 | ACH DEBIT<br>SIERRA PACIFIC P SPPC PYMT 01172137 347882 May 05 | 2,146.93 | | 104,780.12 |
| 5/06 | DEPOSIT | | 9,000.00 | 113,780.12 |
| 5/06 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673      May 06 | | 3,092.05 | 116,872.17 |
| 5/09 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673      May 09 | | 6,985.10 | 123,857.27 |
| 5/09 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673      May 09 | | 5,901.77 | 129,759.04 |
| 5/09 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673      May 09 | | 2,727.14 | 132,486.18 |
| 5/09 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654      May 09 | | 1,660.03 | 134,146.21 |
| 5/09 | ACH DEBIT<br>Intermountain    Vendor Pay Cust #386177  May 09 | 2,287.10 | | 131,859.11 |
| 5/10 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654      May 10 | | 1,158.18 | 133,017.29 |
| 5/10 | CHECK NO:      1056 | 1,386.00 | | 131,631.29 |
| 5/10 | CHECK NO:      50128 | 551.45 | | 131,079.84 |
| 5/11 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673      May 11 | | 53,937.87 | 185,017.71 |
| 5/11 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654      May 11 | | 156.11 | 185,173.82 |
| 5/12 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673      May 12 | | 1,957.77 | 187,131.59 |
| 5/12 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 187,119.09 |
| 5/12 | CBUSOL TRANSFER DEBIT<br>April Ocop Tax 2011 | 14,544.91 | | 172,574.18 |

# citibank

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP          Account ████████8572    Page 3 of 20          152709/FR/21F000/0
                                  Statement Period - May 1 - May 31, 2011

| CHECKING ACTIVITY | | | Continued |
|---|---|---|---|

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 5/13 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 13 | | 548.11 | 173,122.29 |
| 5/13 | CHECK NO:    50155 | 1,325.11 | | 171,797.18 |
| 5/13 | CHECK NO:    50158 | 294.83 | | 171,502.35 |
| 5/16 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 16 | | 8,020.31 | 179,522.66 |
| 5/16 | DEPOSIT | | 6,500.00 | 186,022.66 |
| 5/16 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 16 | | 4,166.73 | 190,189.39 |
| 5/16 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 16 | | 3,070.64 | 193,260.03 |
| 5/16 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 16 | | 1,115.59 | 194,375.62 |
| 5/16 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 16 | | 568.95 | 194,944.57 |
| 5/16 | CHECK NO:    1062 | 3,250.00 | | 191,694.57 |
| 5/16 | ACH DEBIT<br>Intermountain   Vendor Pay Cust #386177   May 16 | 2,575.99 | | 189,118.58 |
| 5/16 | CHECK NO:    1053 | 1,370.15 | | 187,748.43 |
| 5/16 | ACH DEBIT<br>AMERICAN EXPRESS AXP DISCNT 5270459654   May 16 | 886.73 | | 186,861.70 |
| 5/16 | CHECK NO:    50143 | 838.80 | | 186,022.90 |
| 5/16 | CHECK NO:    50147 | 788.61 | | 185,234.29 |
| 5/16 | CHECK NO:    50153 | 778.36 | | 184,455.93 |
| 5/16 | CHECK NO:    50156 | 710.41 | | 183,745.52 |
| 5/16 | CHECK NO:    50154 | 690.59 | | 183,054.93 |
| 5/16 | CHECK NO:    50148 | 688.75 | | 182,366.18 |
| 5/16 | CHECK NO:    50150 | 669.43 | | 181,696.75 |
| 5/16 | CHECK NO:    50151 | 666.67 | | 181,030.08 |
| 5/16 | CHECK NO:    50149 | 647.32 | | 180,382.76 |
| 5/16 | CHECK NO:    50142 | 634.39 | | 179,748.37 |
| 5/16 | CHECK NO:    50144 | 626.16 | | 179,122.21 |
| 5/16 | CHECK NO:    50141 | 622.71 | | 178,499.50 |
| 5/16 | CHECK NO:    50146 | 551.71 | | 177,947.79 |
| 5/16 | CHECK NO:    50152 | 539.14 | | 177,408.65 |
| 5/17 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 17 | | 2,714.76 | 180,123.41 |
| 5/17 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 17 | | 2,667.07 | 182,790.48 |
| 5/17 | CHECK NO:    1064 | 1,000.00 | | 181,790.48 |
| 5/18 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 18 | | 4,455.74 | 186,246.22 |
| 5/18 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 18 | | 100.79 | 186,347.01 |
| 5/18 | ACH DEBIT<br>IRS          USATAXPYMT 270153862234981 May 18 | 2,653.08 | | 183,693.93 |
| 5/18 | CHECK NO:    1065 | 989.56 | | 182,704.37 |
| 5/18 | CHECK NO:    50145 | 435.89 | | 182,268.48 |
| 5/18 | ACH DEBIT<br>IRS          USATAXPYMT 270153803206357 May 18 | 81.41 | | 182,187.07 |
| 5/19 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 19 | | 2,892.24 | 185,079.31 |
| 5/19 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 19 | | 109.87 | 185,189.18 |
| 5/19 | CHECK NO:    1067 | 567.08 | | 184,622.10 |
| 5/20 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 20 | | 2,348.70 | 186,970.80 |
| 5/20 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 20 | | 141.11 | 187,111.91 |
| 5/23 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 23 | | 8,473.49 | 195,585.40 |
| 5/23 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673   May 23 | | 5,792.38 | 201,377.78 |
| 5/23 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 23 | | 1,237.52 | 202,615.30 |
| 5/23 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654   May 23 | | 1,091.93 | 203,707.23 |
| 5/23 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 203,694.73 |
| 5/23 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 203,682.23 |
| 5/23 | CBUSOL TRANSFER DEBIT<br>WIRE TO Excel National Ban | 62,131.00 | | 141,551.23 |
| 5/23 | CBUSOL TRANSFER DEBIT<br>CM JARVIS FURNITURE LEASIN INO | 3,000.00 | | 138,551.23 |

ELKO GOLD MINE LLC - DIP

Account ⬛⬛⬛⬛8572    Page 4 of 20    152710/R1/21F000/0
Statement Period - May 1 - May 31, 2011

## CHECKING ACTIVITY                                                                    Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 5/23 | ACH DEBIT  Intermountain  Vendor Pay Cust #386177  May 23 | 3,027.57 | | 135,523.66 |
| 5/23 | CHECK NO:  50157 | 241.29 | | 135,282.37 |
| 5/24 | ELECTRONIC CREDIT  NPC MERCH  PYMT PROC 0013039673  May 24 | | 2,633.62 | 137,915.99 |
| 5/24 | ELECTRONIC CREDIT  AMERICAN EXPRESS SETTLEMENT 5270459654  May 24 | | 595.80 | 138,511.79 |
| 5/24 | CHECK NO:  1066 | 3,250.00 | | 135,261.79 |
| 5/24 | ACH DEBIT  WASTECONNECTION  WEB_PAY  04143616052011 May 24 | 360.40 | | 134,901.39 |
| 5/24 | ACH DEBIT  ZURICH US  ZURICHDB  019633769001000 May 24 | 238.91 | | 134,662.48 |
| 5/25 | ELECTRONIC CREDIT  AMERICAN EXPRESS SETTLEMENT 5270459654  May 25 | | 4,058.59 | 138,721.07 |
| 5/25 | ELECTRONIC CREDIT  NPC MERCH  PYMT PROC 0013039673  May 25 | | 1,410.32 | 140,131.39 |
| 5/26 | ELECTRONIC CREDIT  NPC MERCH  PYMT PROC 0013039673  May 26 | | 6,313.98 | 146,445.37 |
| 5/26 | CHECK NO:  1075 | 22,456.54 | | 123,988.83 |
| 5/26 | ACH DEBIT  Intermountain  Vendor Pay Cust #386177  May 26 | 263.99 | | 123,724.84 |
| 5/26 | ACH DEBIT  AMERICAN EXPRESS COLLECTION 5270459654  May 26 | 19.03 | | 123,705.81 |
| 5/27 | ELECTRONIC CREDIT  NPC MERCH  PYMT PROC 0013039673  May 27 | | 3,642.62 | 127,348.43 |
| 5/27 | DEPOSIT | | 2,000.00 | 129,348.43 |
| 5/27 | ELECTRONIC CREDIT  AMERICAN EXPRESS SETTLEMENT 5270459654  May 27 | | 211.66 | 129,560.09 |
| 5/31 | ELECTRONIC CREDIT  NPC MERCH  PYMT PROC 0013039673  May 31 | | 5,673.82 | 135,233.91 |
| 5/31 | ELECTRONIC CREDIT  NPC MERCH  PYMT PROC 0013039673  May 31 | | 5,094.81 | 140,328.72 |
| 5/31 | ELECTRONIC CREDIT  AMERICAN EXPRESS SETTLEMENT 5270459654  May 31 | | 2,729.13 | 143,057.85 |
| 5/31 | ELECTRONIC CREDIT  AMERICAN EXPRESS SETTLEMENT 5270459654  May 31 | | 1,995.56 | 145,053.41 |
| 5/31 | ELECTRONIC CREDIT  AMERICAN EXPRESS SETTLEMENT 5270459654  May 31 | | 141.11 | 145,194.52 |
| 5/31 | ACH DEBIT  Intermountain  Vendor Pay Cust #386177  May 31 | 3,302.55 | | 141,891.97 |
| 5/31 | CHECK NO:  50176 | 837.73 | | 141,054.24 |
| 5/31 | CHECK NO:  50162 | 716.15 | | 140,338.09 |
| 5/31 | CHECK NO:  50167 | 701.87 | | 139,636.22 |
| 5/31 | CHECK NO:  50168 | 675.72 | | 138,960.50 |
| 5/31 | CHECK NO:  50169 | 671.51 | | 138,288.99 |
| 5/31 | CHECK NO:  50171 | 644.13 | | 137,644.86 |
| 5/31 | CHECK NO:  50164 | 633.08 | | 137,011.78 |
| 5/31 | CHECK NO:  50160 | 631.48 | | 136,380.30 |
| 5/31 | CHECK NO:  50161 | 622.71 | | 135,757.59 |
| 5/31 | CHECK NO:  177 | 615.01 | | 135,142.58 |
| 5/31 | CHECK NO:  50163 | 602.72 | | 134,539.86 |
| 5/31 | CHECK NO:  50173 | 570.81 | | 133,969.05 |
| 5/31 | CHECK NO:  50165 | 559.47 | | 133,409.58 |
| 5/31 | CHECK NO:  175 | 551.71 | | 132,857.87 |
| 5/31 | CHECK NO:  50174 | 435.54 | | 132,422.33 |
| 5/31 | CHECK NO:  50159 | 125.55 | | 132,296.78 |
| | **Total Debits/Credits** | **195,186.75** | **214,551.87** | |

| | | Checks Paid | | | | | | | | | |
|-------|------|---------|-------|------|-----------|-------|------|---------|-------|------|---------|
| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
| 138 | 5/02 | 264.65 | 1062* | 5/16 | 3,250.00 | 50125 | 5/02 | 587.58 | 50135 | 5/02 | 631.53 |
| 175* | 5/31 | 551.71 | 1064* | 5/17 | 1,000.00 | 50126 | 5/02 | 572.07 | 50136 | 5/02 | 1,325.11 |
| 177* | 5/31 | 615.01 | 1065 | 5/18 | 989.56 | 50127 | 5/02 | 632.39 | 50137 | 5/02 | 710.41 |
| 1051* | 5/02 | 611.95 | 1066 | 5/24 | 3,250.00 | 50128 | 5/10 | 551.45 | 50139* | 5/04 | 2,102.07 |
| 1052 | 5/02 | 2,454.73 | 1067 | 5/19 | 567.08 | 50129 | 5/02 | 656.68 | 50141* | 5/16 | 622.71 |
| 1053 | 5/16 | 1,370.15 | 1075* | 5/26 | 22,456.54 | 50130 | 5/02 | 593.07 | 50142 | 5/16 | 634.39 |
| 1054 | 5/02 | 1,600.00 | 5123* | 5/02 | 681.12 | 50131 | 5/02 | 622.71 | 50143 | 5/16 | 838.80 |
| 1055 | 5/02 | 4,334.82 | 50121* | 5/02 | 622.71 | 50132 | 5/02 | 488.52 | 50144 | 5/16 | 626.16 |
| 1056 | 5/10 | 1,386.00 | 50122 | 5/02 | 599.36 | 50133 | 5/02 | 605.90 | 50145 | 5/18 | 435.89 |
| 1057 | 5/05 | 1,228.80 | 50124* | 5/02 | 599.32 | 50134 | 5/02 | 584.65 | 50146 | 5/16 | 551.71 |

**citibank**                                                                                      **CitiBusiness®**

ELKO GOLD MINE LLC - DIP                    Account ██████8572        Page 5 of 20            152711/R1/21F000/0
                                            Statement Period -  May 1 - May 31, 2011

## CHECKING ACTIVITY                                                                    Continued

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 50147 | 5/16 | 788.61 | 50154 | 5/16 | 690.59 | 50161 | 5/31 | 622.71 | 50168 | 5/31 | 675.72 |
| 50148 | 5/16 | 688.75 | 50155 | 5/13 | 1,325.11 | 50162 | 5/31 | 716.15 | 50169 | 5/31 | 671.51 |
| 50149 | 5/16 | 647.32 | 50156 | 5/16 | 710.41 | 50163 | 5/31 | 602.72 | 50171* | 5/31 | 644.13 |
| 50150 | 5/16 | 669.43 | 50157 | 5/23 | 241.29 | 50164 | 5/31 | 633.08 | 50173* | 5/31 | 570.81 |
| 50151 | 5/16 | 666.67 | 50158 | 5/13 | 294.83 | 50165 | 5/31 | 559.47 | 50174 | 5/31 | 435.54 |
| 50152 | 5/16 | 539.14 | 50159 | 5/31 | 125.55 | 50167* | 5/31 | 701.87 | 50176* | 5/31 | 837.73 |
| 50153 | 5/16 | 778.36 | 50160 | 5/31 | 631.48 |       |      |        |       |      |        |

* Indicates gap in check number sequence      Number Checks Paid:      66          Totaling:        $79,276.29

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                           877-528-0990                     CitiBusiness
                                   (For Speech and Hearing          100 Citibank Drive
                                   Impaired Customers Only          San Antonio, TX 78245-9966
                                   TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

# citibank

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ████8572        Page 7 of 20
Statement Period -   May 1 - May 31, 2011

152713/██/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #    ████8572

Ck Date: 05/02/2011 Ck No: 138 Amt: $264.65

Ck Date: 05/31/2011 Ck No: 175 Amt: $551.71

Ck Date: 05/31/2011 Ck No: 177 Amt: $615.01

Ck Date: 05/02/2011 Ck No: 1051 Amt: $611.95

Ck Date: 05/02/2011 Ck No: 1052 Amt: $2454.73

Ck Date: 05/16/2011 Ck No: 1053 Amt: $1370.15

Ck Date: 05/02/2011 Ck No: 1054 Amt: $1600.00

Ck Date: 05/02/2011 Ck No: 1055 Amt: $4334.82

Ck Date: 05/10/2011 Ck No: 1056 Amt: $1386.00

Ck Date: 05/05/2011 Ck No: 1057 Amt: $1228.80

ELKO GOLD MINE LLC - DIP                 Account ●●●●●●8572     Page  8  of  20                152714/R1/21F000
                                          Statement Period -  May 1 - May 31, 2011



Ck Date: 05/31/2011 Ck No: 175 Amt: $551.71        Ck Date: 05/02/2011 Ck No: 138 Amt: $264.65

Ck Date: 05/02/2011 Ck No: 1051 Amt: $611.95       Ck Date: 05/31/2011 Ck No: 177 Amt: $615.01

Ck Date: 05/16/2011 Ck No: 1053 Amt: $1370.15      Ck Date: 05/02/2011 Ck No: 1052 Amt: $2454.73

Ck Date: 05/02/2011 Ck No: 1055 Amt: $4334.82      Ck Date: 05/02/2011 Ck No: 1054 Amt: $1600.00

Ck Date: 05/05/2011 Ck No: 1057 Amt: $1228.80      Ck Date: 05/10/2011 Ck No: 1056 Amt: $1386.00



**citibank**                                             **CitiBusiness®**

ELKO GOLD MINE LLC - DIP       Account  ████████8572     Page 9 of 20     152715/R1/21F000
                                        Statement Period - May 1 - May 31, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #  ████████8572



Ck Date: 05/16/2011 Ck No: 1062 Amt: $3250.00



Ck Date: 05/17/2011 Ck No: 1064 Amt: $1000.00



Ck Date: 05/18/2011 Ck No: 1065 Amt: $989.56

Ck Date: 05/24/2011 Ck No: 1066 Amt: $3250.00



Ck Date: 05/19/2011 Ck No: 1067 Amt: $567.08

Ck Date: 05/26/2011 Ck No: 1075 Amt: $22456.54



Ck Date: 05/02/2011 Ck No: 5123 Amt: $681.12

Ck Date: 05/02/2011 Ck No: 50121 Amt: $622.71



Ck Date: 05/02/2011 Ck No: 50122 Amt: $599.36

Ck Date: 05/02/2011 Ck No: 50124 Amt: $599.32

ELKO GOLD MINE LLC - DIP                 Account ████8572    Page 10 of 20        152716/R1/21F000
                                         Statement Period - May 1 - May 31, 2011



Ck Date: 05/17/2011 Ck No: 1064 Amt: $1000.00      Ck Date: 05/16/2011 Ck No: 1062 Amt: $3250.00

Ck Date: 05/24/2011 Ck No: 1066 Amt: $3250.00      Ck Date: 05/18/2011 Ck No: 1065 Amt: $989.55

Ck Date: 05/26/2011 Ck No: 1075 Amt: $22456.54     Ck Date: 05/19/2011 Ck No: 1067 Amt: $567.06

Ck Date: 05/02/2011 Ck No: 50121 Amt: $622.71      Ck Date: 05/02/2011 Ck No: 5123 Amt: $681.12

Ck Date: 05/02/2011 Ck No: 50124 Amt: $599.32      Ck Date: 05/02/2011 Ck No: 50122 Amt: $599.36

# citibank®

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ████8572    Page 11 of 20
Statement Period - May 1 - May 31, 2011

152717/██/21F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ████8572

Ck Date: 05/02/2011 Ck No: 50125 Amt: $587.58

Ck Date: 05/02/2011 Ck No: 50126 Amt: $572.07

Ck Date: 05/02/2011 Ck No: 50127 Amt: $632.39

Ck Date: 05/10/2011 Ck No: 50128 Amt: $551.45

Ck Date: 05/02/2011 Ck No: 50129 Amt: $656.68

Ck Date: 05/02/2011 Ck No: 50130 Amt: $593.07

Ck Date: 05/02/2011 Ck No: 50131 Amt: $622.71

Ck Date: 05/02/2011 Ck No: 50132 Amt: $488.52

Ck Date: 05/02/2011 Ck No: 50133 Amt: $605.90

Ck Date: 05/02/2011 Ck No: 50134 Amt: $584.65

63

ELKO GOLD MINE LLC - DIP

Account ███████8572    Page 12 of 20
Statement Period - May 1 - May 31, 2011

152718/R1/21F000



Ck Date: 05/02/2011 Ck No: 50126 Amt: $572.07

Ck Date: 05/02/2011 Ck No: 50125 Amt: $587.58

Ck Date: 05/10/2011 Ck No: 50128 Amt: $551.45

Ck Date: 05/02/2011 Ck No: 50127 Amt: $632.39

Ck Date: 05/02/2011 Ck No: 50130 Amt: $593.07

Ck Date: 05/02/2011 Ck No: 50129 Amt: $656.68

Ck Date: 05/02/2011 Ck No: 50132 Amt: $488.52

Ck Date: 05/02/2011 Ck No: 50131 Amt: $622.71

Ck Date: 05/02/2011 Ck No: 50134 Amt: $584.65

Ck Date: 05/02/2011 Ck No: 50133 Amt: $605.90

# citibank

CitiBusiness®

ELKO GOLD MINE LLC - DIP

Account ●●●●●●●8572     Page 13 of 20

Statement Period - May 1 - May 31, 2011

152719/R1/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account # ●●●●●●●8572

Ck Date: 05/02/2011 Ck No: 50135 Amt: $631.53

Ck Date: 05/02/2011 Ck No: 50136 Amt: $1325.11

Ck Date: 05/02/2011 Ck No: 50137 Amt: $710.41

Ck Date: 05/04/2011 Ck No: 50139 Amt: $2102.07

Ck Date: 05/16/2011 Ck No: 50141 Amt: $622.71

Ck Date: 05/16/2011 Ck No: 50142 Amt: $634.39

Ck Date: 05/16/2011 Ck No: 50143 Amt: $838.80

Ck Date: 05/16/2011 Ck No: 50144 Amt: $626.16

Ck Date: 05/18/2011 Ck No: 50145 Amt: $435.89

Ck Date: 05/16/2011 Ck No: 50146 Amt: $551.71

63

ELKO GOLD MINE LLC - DIP

Account ●●●●●8572    Page 14 of 20
Statement Period - May 1 - May 31, 2011

152720/R1/21F000



Ck Date: 05/02/2011 Ck No: 50136 Amt: $1325.11

Ck Date: 05/02/2011 Ck No: 50135 Amt: $631.53

Ck Date: 05/04/2011 Ck No: 50139 Amt: $2102.07

Ck Date: 05/02/2011 Ck No: 50137 Amt: $710.41

Ck Date: 05/16/2011 Ck No: 50142 Amt: $634.39

Ck Date: 05/16/2011 Ck No: 50141 Amt: $622.71

Ck Date: 05/16/2011 Ck No: 50144 Amt: $626.16

Ck Date: 05/16/2011 Ck No: 50143 Amt: $838.80

Ck Date: 05/16/2011 Ck No: 50146 Amt: $551.71

Ck Date: 05/18/2011 Ck No: 50145 Amt: $435.89

# citibank®

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ████8572     Page 15 of 20
Statement Period - May 1 - May 31, 2011

152721/RI/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account # ████8572



Ck Date: 05/16/2011 Ck No: 50147 Amt: $788.61

Ck Date: 05/16/2011 Ck No: 50148 Amt: $688.75

Ck Date: 05/16/2011 Ck No: 50149 Amt: $647.32

Ck Date: 05/16/2011 Ck No: 50150 Amt: $669.43

Ck Date: 05/16/2011 Ck No: 50151 Amt: $666.67

Ck Date: 05/16/2011 Ck No: 50152 Amt: $539.14

Ck Date: 05/16/2011 Ck No: 50153 Amt: $778.36

Ck Date: 05/16/2011 Ck No: 50154 Amt: $690.59

Ck Date: 05/13/2011 Ck No: 50155 Amt: $1325.11

Ck Date: 05/16/2011 Ck No: 50156 Amt: $710.41

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572        Page 16 of 20
Statement Period - May 1 - May 31, 2011

152722/R1/21F000



Ck Date: 05/16/2011 Ck No: 50148 Amt: $688.75

Ck Date: 05/16/2011 Ck No: 50147 Amt: $788.61

Ck Date: 05/16/2011 Ck No: 50150 Amt: $669.43

Ck Date: 05/16/2011 Ck No: 50149 Amt: $647.32

Ck Date: 05/16/2011 Ck No: 50152 Amt: $539.14

Ck Date: 05/16/2011 Ck No: 50151 Amt: $666.67

Ck Date: 05/16/2011 Ck No: 50154 Amt: $690.59

Ck Date: 05/16/2011 Ck No: 50153 Amt: $778.36

Ck Date: 05/16/2011 Ck No: 50156 Amt: $710.41

Ck Date: 05/13/2011 Ck No: 50155 Amt: $1325.11

# citibank®

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ████████8572    Page 17 of 20
Statement Period - May 1 - May 31, 2011

152723/R1/21F000

---

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ██████8572

Ck Date: 05/23/2011 Ck No: 50157 Amt: $241.29

Ck Date: 05/13/2011 Ck No: 50158 Amt: $294.83

Ck Date: 05/31/2011 Ck No: 50159 Amt: $125.55

Ck Date: 05/31/2011 Ck No: 50160 Amt: $631.48

Ck Date: 05/31/2011 Ck No: 50161 Amt: $622.71

Ck Date: 05/31/2011 Ck No: 50162 Amt: $716.15

Ck Date: 05/31/2011 Ck No: 50163 Amt: $602.72

Ck Date: 05/31/2011 Ck No: 50164 Amt: $633.08

Ck Date: 05/31/2011 Ck No: 50165 Amt: $559.47

Ck Date: 05/31/2011 Ck No: 50167 Amt: $701.97

ELKO GOLD MINE LLC - DIP

Account ●●●●●8572    Page 18 of 20
Statement Period - May 1 - May 31, 2011

152724/R1/21F000



Ck Date: 05/13/2011 Ck No: 50158 Amt: $294.83

Ck Date: 05/23/2011 Ck No: 50157 Amt: $241.29

Ck Date: 05/31/2011 Ck No: 50160 Amt: $831.48

Ck Date: 05/31/2011 Ck No: 50159 Amt: $125.55

Ck Date: 05/31/2011 Ck No: 50162 Amt: $716.15

Ck Date: 05/31/2011 Ck No: 50161 Amt: $622.71

Ck Date: 05/31/2011 Ck No: 50164 Amt: $633.08

Ck Date: 05/31/2011 Ck No: 50163 Amt: $602.72

Ck Date: 05/31/2011 Ck No: 50167 Amt: $701.87

Ck Date: 05/31/2011 Ck No: 50165 Amt: $559.47

# citibank

**ELKO GOLD MINE LLC - DIP**

Account ██████8572    Page 19 of 20
Statement Period - May 1 - May 31, 2011

**CitiBusiness®**

152725/RM/21F000

---

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

**Check images for account #** ██████8572



Ck Date: 05/31/2011 Ck No: 50168 Amt: $675.72

Ck Date: 05/31/2011 Ck No: 50169 Amt: $671.51

Ck Date: 05/31/2011 Ck No: 50171 Amt: $644.13

Ck Date: 05/31/2011 Ck No: 50173 Amt: $570.81

Ck Date: 05/31/2011 Ck No: 50174 Amt: $435.54

Ck Date: 05/31/2011 Ck No: 50176 Amt: $837.73

ELKO GOLD MINE LLC - DIP          Account ████████8572     Page  20  of  20          152726/R1/21F000
                                  Statement Period -  May 1 - May 31, 2011



Ck Date: 05/31/2011 Ck No: 50169 Amt: $671.51          Ck Date: 05/31/2011 Ck No: 50168 Amt: $675.72

Ck Date: 05/31/2011 Ck No: 50173 Amt: $570.81          Ck Date: 05/31/2011 Ck No: 50171 Amt: $644.13

Ck Date: 05/31/2011 Ck No: 50176 Amt: $837.73          Ck Date: 05/31/2011 Ck No: 50174 Amt: $435.54



Member FDIC

**ACCOUNT NUMBER**
████4070

**STATEMENT DATE**
May 31, 2011

Pg   1 of   3

35

```
***************************SNGLP
1547 1.2180 SP 0.640        8 1 3

ELKO GOLD MINE, LLC
MAIN ACCOUNT
DMC / DBA: COUNTRY HEARTH INN
3400 PARKWOOD BLVD. - LEGACY ROOM
FRISCO TX 75034
```

Thank you for banking with Nevada Bank and Trust.


*****
Beware of e-mail scams!  Epsilon, an e-mail marketing firm recently
experienced the theft of potentially millions of individual customer names
and e-mail addresses used by over 2500 large companies.  Security Experts
fear that these names and e-mail addresses will be used to send spoofed
messages that are customized to trick individuals into clicking on a viral
attachment or harmful Web link.  In some cases the intruder can take full
control of the victim's PC.

Protect yourself from these attacks by never opening attachments or clicking
on links in unsolicited e-mail messages.  Visit known websites directly,
instead of clicking on the link in the e-mail advertisement.  You should
install and maintain anti-virus and anti-malware software programs on your
PC.  Change your passwords frequently and block pop-ups.

Also be wary of emails claiming they have video of Osama bin Laden.  The
emails are a virus that could damage your computer or spread on an office
network.  Read emails you receive carefully.  Fraudulent messages often
feature misspellings, poor grammar and nonstandard English.

```
Reg Checking
05/01/2011 Beginning Balance                                 798.21
           34 Deposits/Other Credits           +          21,572.91
            5 Checks/Other Debits               -          17,644.48
05/31/2011 Ending Balance        31 Days in Statement Period  4,726.64
---------------------------------------------------------------------

------------------------ Deposits/Other Credits ----------------------
05/02/2011 Deposit                                            61.60
05/02/2011 Deposit                                            78.40
05/02/2011 Deposit                                           109.87
05/02/2011 Deposit                                           120.96
05/02/2011 Deposit                                           156.79
05/02/2011 Deposit                                           156.80
05/02/2011 Deposit                                           350.00
05/02/2011 Deposit                                           350.00
05/02/2011 Deposit                                         1,704.49
```



NEVADA
BANK & TRUST
Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
May 31, 2011

Pg    2 of    3

ELKO GOLD MINE, LLC

| 05/05/2011 | Deposit | 89.60 |
|---|---|---|
| 05/05/2011 | Deposit | 199.36 |
| 05/05/2011 | Deposit | 1,377.13 |
| 05/05/2011 | Deposit | 3,688.16 |
| 05/09/2011 | Direct Deposit | 89.60 |
| | CORP LODG CON 3  DLY QPY CR | |
| 05/11/2011 | Direct Deposit | 5,465.60 |
| | CORP LODG CON 3  DLY QPY CR | |
| 05/12/2011 | Deposit | 397.53 |
| 05/12/2011 | Deposit | 470.37 |
| 05/16/2011 | Deposit | 43.68 |
| 05/16/2011 | Deposit | 428.40 |
| 05/16/2011 | Deposit | 502.86 |
| 05/17/2011 | Deposit | 129.59 |
| 05/18/2011 | Deposit | 179.19 |
| 05/19/2011 | Deposit | 141.11 |
| 05/23/2011 | Deposit | 97.44 |
| 05/23/2011 | Deposit | 247.51 |
| 05/24/2011 | Deposit | 367.59 |
| 05/27/2011 | Deposit | 257.59 |
| 05/31/2011 | Deposit | 10.63 |
| 05/31/2011 | Deposit | 14.00 |
| 05/31/2011 | Deposit | 333.18 |
| 05/31/2011 | Deposit | 406.45 |
| 05/31/2011 | Deposit | 436.77 |
| 05/31/2011 | Deposit | 1,017.38 |
| 05/31/2011 | Deposit | 2,093.28 |

------- Checks listed in numerical order;  (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 1233 | 05/09 | 9,000.00 | 1235 | 05/31 | 2,000.00 |
| 1234 | 05/17 | 6,500.00 | | | |

---------------------------------- Other Debits ----------------------------------

| 05/12/2011 | Direct Payment | 138.88 |
|---|---|---|
| | CORP LODG CON 4  WEK DRF DB | |



Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
May 31, 2011

Pg    3 of    3

ELKO GOLD MINE, LLC

05/31/2011 Service Charge                                              5.60

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | .00 | 27.50 |
| Total Return Item Fees | .00 | 55.00 |

-------------------------- Daily Ending Balance --------------------------
| 05/01 | 798.21 | 05/12 | 6,525.59 | 05/23 | 1,795.37 |
| 05/02 | 3,887.12 | 05/16 | 7,500.53 | 05/24 | 2,162.96 |
| 05/05 | 9,241.37 | 05/17 | 1,130.12 | 05/27 | 2,420.55 |
| 05/09 | 330.97 | 05/18 | 1,309.31 | 05/31 | 4,726.64 |
| 05/11 | 5,796.57 | 05/19 | 1,450.42 | | |

-------------------------- Service Charge Summary --------------------------
BELOW IS A DETAILED DESCRIPTION OF HOW YOUR SERVICE CHG WAS CALCULATED
Maintenance Fee                  5.00 Low Balance                    330.97
Per Check Chrg                    .60
                         --------------
Service Charge  05/31/2011        5.60



DDA Credits - 05/02/2011







DDA Credits - 05/05/2011                    DDA Credits - 05/05/2011





DDA Credits - 05/12/2011                    DDA Credits - 05/12/2011





DDA Credits - 05/12/2011                    DDA Credits - 05/12/2011





DDA Credits - 05/16/2011                    DDA Credits - 05/16/2011





DDA Credits - 05/16/2011                    DDA Credits - 05/16/2011





DDA Credits - 05/16/2011                    DDA Credits - 05/16/2011



DDA Credits - 05/17/2011



DDA Credits - 05/17/2011



DDA Credits - 05/18/2011



DDA Credits - 05/18/2011



DDA Credits - 05/19/2011



DDA Credits - 05/19/2011



DDA Credits - 05/23/2011



DDA Credits - 05/23/2011



DDA Credits - 05/23/2011



DDA Credits - 05/23/2011

DDA Credits - 05/24/2011

DDA Credits - 05/24/2011



DDA Credits - 05/27/2011



DDA Credits - 05/27/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011



DDA Credits - 05/31/2011

DDA Credits - 05/31/2011



DDA Credits - 05/31/2011

DDA Credits - 05/31/2011



DDA Debits - 05/09/2011



DDA Debits - 05/17/2011

DDA Debits - 05/31/2011