# SYSCO
Good things come from Sysco.

CUSTOMER'S ORIGINAL INVOICE    CONFIDENTIAL PROPERTY OF SYSCO

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO                NV  89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                NV  89801

| INVOICE DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 6/09/11 | 386177 | 106090995 | 7  3 |

| PURCHASE ORDER | | | |
|---|---|---|---|
| ROUTE | 010 | | |
| TRUCK | | | |
| STOP | 4333 | | |

TERMS: PAST DUE BALANCES WILL INCUR A FINANCE SERVICE CHARGE
COD ACT
MATL ST    704531 NORMAL DELIVERY
DRIVER: OBED

DRIVER: OBED  BRAIN BURKHART  9184

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE QTY |
|---|---|---|---|---|---|---|---|---|
| | | | FROZEN | | | | | |
| | | | ***DAIRY*** | | | | | |
| 1 | CS | 72 | 3.5 OZ | ARBY'S OMELET W/CHEESE 2 OZ | 2332965 | 64.77 | 64.77 | |
| | | | GROUP TOTAL*** | | | | | |
| | | | ***MEATS*** | | | | | |
| 1 | CS | 200 | .8 OZ | SYS CLS SAUSAGE PORK SKLS CKD MKD 19586 | 2035004 | 34.99 | 34.99 | 323.85  323.85 |
| | | | ***FROZEN*** | | | | 174.95  174.95 | |
| 1 | CS | 90 | 3 OZ | BRECLS BAGEL PLAIN BULK BKD SLI | 2016942 | 32.87 | 34.87 | 34.87 |
| 1 | CS | 120 | 2 OZ | BRKSCLS BISCUIT BTRMLK 3" | 5083662 | 34.77 | 34.77 | 34.77 |
| 1 | CS | 84 | 2.5 OZ | SPRMT DANISH ASST APL/CHES/CHERRY | 8399766 | 63.87 | 63.87 | 191.61 |
| 1 | CS | 320 | 1.5 OZ | BRKSCLS DOUGH COOKIE CHOCO CHIP GRMT 29087 | 2908970 | 60.53 | 60.53 | 60.53 |
| 1 | CS | 72 | 1.5 OZ | EXRSAME MUFFIN ASST BLU/APPL/BNN 0734/3023815 | 8120315 | 34.36 | 34.36 | 34.36 |
| 1 | CS | 12 | 2 CT | BRKSCLS MUFFIN ENGLISH FRK SPLIT 2 O 8593024 | 8593024 | 20.74 | 20.74 | 20.74 |
| | | | GROUP TOTAL*** | | | | 376.88 | |
| | | | ***DISPENSER BEVERAGE*** | | | | | |
| 2 | CS | 24 | LTR | NATRSEL JUICE ORANGE F/Z CADDY | 103145 | 109.99 | 109.99 | 219.98 |
| | | | GROUP TOTAL*** | | | | 219.98 | |
| | | | MISC CHARGES  CHGS FOR FUEL SURCHARGE | | .34 | .34 | 5.00 * |

ORDER SUMMARY    61335

| CASES | SPLITS | PCS. | CUBE | GROSS WT |
|---|---|---|---|---|
| 20 | | 15.3 | | 310 |
| 75 | | 55.1 | | 1229 |

DRIVER'S TOTAL    75    55.1    1229

George Obed  Syson  a-a-an

801 462-5674

OPEN: 6:00 AM    CLOSE: 7:00 PM

X 2-2-11  George a bu l

P.O. BOX 27638        UT
SALT LAKE CITY   84127-0638

| | |
|---|---|
| SUB TOTAL | 3717.00 |
| TAX TOTAL | 117.76 |
| INVOICE TOTAL | 3834.76 |

PAYABLE ON OR BEFORE

**Elko Gold Mine, LLC DIP**

Best Western International                                                                    1095

Paying off partical 2010- (Pre)                     6/13/2011              26,341.56

Citibank DIP 8572        #29083                                                        26,341.56

# Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

**EMPLOYEE INFORMATION:**

Name: Myron Prsey, GM
Position:

**SEND TO:** Connie Goltz

From 3-Jun-11
To 9-Jun-11

Start Out Fund $180.52
Added $0.00
TOTAL: $180.52

| Date | Account # | Vendor | Description | Brkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Jun-11 | | Post Office | Mail Packet to Texas | | | | | | | $ 18.30 | | | $ 18.30 |
| 3-Jun-11 | | Home Depot | Exit Light – light bulbs (small & large) | | $ 42.48 | | | | | | | | $ 42.48 |
| 7-Jun-11 | | Office Max | Mousepad for back office | | | | | | | $ 4.27 | | | $ 4.27 |
| 7-Jun-11 | | Office Max | Supplies for Business Center: scissors/ tape dispenser/ruler/stapler/2 plastic mailboxes for Hskp/Maintenance | | | | | | | $ 34.21 | | | $ 34.21 |
| 7-Jun-11 | | Wal-Mart | Flashlights for power outages (5 | | | | | | | $ 10.69 | | | $ 10.69 |
| 7-Jun-11 | | Home Depot | Plumb'x Sticks (Hskp) and 4' light bulbs (Maintenance) Total: $52.67 | | $ 28.72 | | | | $ 23.95 | | | | $ 52.67 |
| 7-Jun-11 | | Home Depot | PVC Pipe for air conditioner repair | | $ 1.85 | | | | | | | | $ 1.85 |
| 8-Jun-11 | | Ray's Market | Ran out of milk in kitchen for guests | $ 6.78 | | | | | | | | | $ 6.78 |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | | $   - |
| | | | | | | | | | | | | $    | $ 171.25 |

Reimbursement total $ 171.25
Cash on Hand $ 9.27
Total Petty Cash $ 180.52

---

## Elko Gold Mine, LLC DIP

Myron Pres

| Date | Type | Reference |
|---|---|---|
| 6/14/2011 | Bill | 6.3.11 6.9.11 |

Original Amt.
171.25

1086

6/14/2011
Balance Due
171.25

Payment
171.25
171.25

Discount

Check Amount

Citibank DIP 8572     postage exp./maint. supplies/office supplies

171.25

=========================================
              ELKO MPO
            ELKO, Nevada
             698013618
           3148830806-0097
06/03/2011 (800)275-8777 01:04:03 PM
=========================================
============ Sales Receipt ============
Product        Sale Unit      Final
Description     Qty Price     Price

FRISCO TX 75034                $18.30
Zone-6 Express Mail
PO-Add Flat Rate Env
14.90 oz.
  Label #:EG113317381US
  Mon 06/06/11 03:00 PM -
  Guaranteed Delivery
  Signature Requested
                            =========
Issue PVI:                     $18.30
                            ==========
Total:                         $18.30

Paid by:                       $20.00
Cash
Change Due:                    -$1.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clickngship to print
shipping labels with postage.  For
other information call

---



2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00056  25975    05/03/11  01:21 PM
CASHIER SELF CHECK OUT - SCOT56

046677291267 15WEXIT <A>
   486.97                        23.88
046677167073 20WEXIT <A>
   483.97                        15.88

                   SUBTOTAL      39.76
                   SALES TAX      2.72
                   TOTAL        $42.48
XXXXXXXXXXXX4767 DEBIT          42.48
AUTH CODE 431368

       3320  56 25975 06/03/2011 8950
       RETURN POLICY DEFINITIONS
       POLICY ID   DAYS   POLICY EXPIRES ON
    A      1         93        09/01/2011

    THE HOME DEPOT RESERVES THE RIGHT TO
    LIMIT / DENY RETURNS. PLEASE SEE THE
    RETURN POLICY SIGN IN STORES FOR
               DETAILS.

          GUARANTEED LOW PRICES

---

# OfficeMax®
## WORK WITH US™

OfficeMax #987
1760 MOUNTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

SALE

0128441386/05
Deluxe Series WP Beach Sce         $5.00
Discount         20.00%           ($1.00)
Coupon Number: 19306021060511127

SubTotal                           $4.00
Tax 6.850%                         $0.27
TOTAL                              $4.27

Cash                              $10.27
Change                             $6.00



91441516





More saving.
More doing.®

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00069  71775   06/07/11  10:39 AM
CASHIER SELF CHECK OUT - SCOT59

071132000220 PUMICE STICK <A>
 992.49                        22.41
043168756327 120W FLOOD <A>
 205.97                        11.94
046677134082 75WPAR30F <A>
 207.47                        14.94

          SUBTOTAL           49.29
          SALES TAX           3.38
          TOTAL             $52.67
          CASH             100.00
          CHANGE DUE         47.33



3320 59 71775 06/07/2011 0170

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        09/05/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR





More saving.
More doing.®

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00001  35103   06/07/11  03:37 PM
CASHIER KARISSA - KOW2904

811000012753 3/4INX2FT PV <A>      1.15
012871546054 3/4 PVC 90EL <A>      0.34
012871524995 3/4 PVC CPLG <A>      0.24

          SUBTOTAL            1.73
          SALES TAX           0.12
          TOTAL              $1.85
          CASH               2.00
          CHANGE DUE          0.15



3320 01 35103 06/07/2011 2408

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        09/05/2011

THE HOME DEPOT RESERVES THE RIGHT TO



6/8/2011  11:32:34 AM
HELLO, MY NAME IS TRAVIS

TERM 2

VIVA 1% GAL           1 @ 3.39    $3.39 PM
VIVA 1% GAL           1 @ 3.39    $3.39 PM
SUBTOTAL                 2         $6.78
TAX                                $0.00
TOTAL                              $6.78

*DEBIT*                DUE==>      $6.78

PURCHASE $    6.78        PIN USED
DEBIT CARD)    #SXXXXXXXXXXXXXF767
AUTH # 248601  PAYMENT FROM PRIMARY
LANE # 02      CASHIER # 523
06/06/11 12:23 REF/SEQ # 029205
            MRCH#490518 TERM#001 IC=DC
            EPS SEQUENCE # 029205

CASH BACK                          $0.00

*  *  *
THANK YOU
GRACIAS
738-3173
*  *  *
6/8/2011   TRAVIS   11:33:48 AM

# OfficeMax
## WORK WITH US™

OfficeMax #987
1780 MOUNTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

## SALE 

| | |
|---|---|
| 011491991524 | $4.29 |
| Tape Dispenser Black | |
| Discount 20.00% | ($0.86) |
| Coupon Number: 1930802106051127 | |
| 073577143753 | $2.19 |
| Microban 12" Soft Touch Ru | |
| Discount 20.00% | ($0.44) |
| Coupon Number: 1930802106051127 | |
| 011491992736 | $6.29 |
| Stapler Value Pack | |
| Discount 20.00% | ($1.26) |
| Coupon Number: 1930802106051127 | |
| 011491992255 | $5.29 |
| 8" Value Shear Bent Red OM | |
| Discount 20.00% | ($1.06) |
| Coupon Number: 1930802106051127 | |
| 079916732015 | $10.99 |
| Economy Wall Pocket Ltr Cl | |
| Discount 20.00% | ($2.20) |
| Coupon Number: 1930802106051127 | |
| 079916732015 | $10.99 |
| Economy Wall Pocket Ltr Cl | |
| Discount 20.00% | ($2.20) |
| Coupon Number: 1930802106051127 | |

| | |
|---|---|
| SubTotal | $32.02 |
| Tax 6.850% | $2.19 |
| TOTAL | $34.21 |
| | |
| Cash | $35.00 |
| Change | $0.79 |

---

*Reimburse Myron E*

# Walmart ><
### Save money. Live better.

MANAGER MYRON JOHNSON
( 775 ) 778 - 6778
ST# 2402 OP# 00006148 TE# 16 TR# 00762

| | | |
|---|---|---|
| FLASHLIGHT | 001280050566 | 2.00 X |
| FLASHLIGHT | 001280050566 | 2.00 X |
| FLASHLIGHT | 001280050566 | 2.00 X |
| FLASHLIGHT | 001280050566 | 2.00 X |
| FLASHLIGHT | 001280050566 | 2.00 X |
| | SUBTOTAL | 10.00 |
| TAX 1 | 6.850 % | 0.69 |
| | TOTAL | 10.69 |
| | DEBIT TEND | 10.69 |
| | CHANGE DUE | 0.00 |

EFT DEBIT      PAY FROM PRIMARY
ACCOUNT :           4767
   10.69  TOTAL PURCHASE
REF # 115800009365
NETWORK ID. 0071 APPR CODE 639399
   06/07/11    07:11:33

## # ITEMS SOLD 5

TC# 2197 9240 9697 9362 4756

Low prices.Every day. On everything.
Backed by our Ad Match Guarantee.
   06/07/11    07:11:35



**Office:** 619-722-6631
**Fax:** 619-722-6634
**Email:** accounting@innfinity.com
**Web:** www.INNfinity.com

1620 Alpine Blvd, Suite 214
Alpine, CA 91901

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/13/2011 | 10919 |

**Bill To**

Elko Inn & Suites
1930 Idaho St.
Elko, NV 89801

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| | Net 15 | 6/28/2011 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Re-enable INNfinity V1 through the end of 2011-Q3 (Payment is due in advance, in-full. Systems access will terminate September 30, 2011, unless the property contacts us for extension before that date.) | 4 | 250.00 | 1,000.00 |
| Total Expenses: | | 0.00 | |

1097

**Elko Gold Mine, LLC DIP**

INNFINITY SOFTWARE SYSTEM

| Date | Type | Reference | Original Amt. | Balance Due | | | |
|------|------|-----------|---------------|-------------|---|---|---|
| 6/13/2011 | Bill | 10919 | 1,000.00 | 1,000.00 | | | |

6/14/2011

Discount

Check Amount

Payment
1,000.00
1,000.00

Citibank DIP 8572

1,000.00

*Please make check payable to INNfinity Software*

| | |
|---|---|
| **Invoice Total:** | $1,000.00 |
| **Payments/Credits:** | $0.00 |
| **Balance Due:** | **$1,000.00** |



**HRSHAIKH**
**SEYAR LLP**
*Certified Public Accountants*

| HOUSTON OFFICE | DALLAS OFFICE |
|---|---|
| 9494 Southwest Fwy # 500 | 12900 Preston Rd. # 1115 |
| Houston, Texas 77074 | Dallas, Texas 75230 |
| Tel: (713)328-4003 | Tel: (469)341-2100 |
| Fax: (713)328-4111 | Fax: (469)341-2103 |

April 25, 2011

**ELKO GOLD MINE LLC**
1930 IDAHO ST
ELKO, NV 89801

| | | Amount |
|---|---|---|
| 1 | Fee for the preparation of <u>Amended</u> Federal Tax return for 2008 | $        - |
| 2 | Fee for redoing the  Federal Tax return for 2009 | $     300.00 |
| 3 | Fee for the redoing the Federal Tax return for 2010 | $     500.00 |
| | Amount Due | $     800.00 |

Ach – 6/9/11

Dep 8572

9888 Bissonnet St. #300, Houston, Texas 77036. Telephone (713)328-4016 Fax (713)3284017 Email: shuja@hrshaikh.com
Members: American Institute of CPA's. Texas Society of CPA's. Houston Chapter TSCPA

# PROPOSAL



**MENDENHALL**
EQUIPMENT CO.
*Quality Equipment & Service since 1958*

880 West 100 North
North Salt Lake UT 84054
801-298-1133   Fax: 801-298-0500

FOR:

Best Western Elko
Scott

snadel@dmchotels.com

| Proposal Date | Proposal Name | Date Expected | TERMS | F.O.B. | SHIP VIA |
|---|---|---|---|---|---|
| June 16, 2011 | DRYERS | | | | |

| QTY. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 | MAYTAG DRYERS MODEL MDG75PN GAS FIRED, VOLTAGE 208/60/3 | 3,769.00 | 7,538.00 |
| | | | 0.00 |

**Elko Gold Mine, LLC DIP**

Mendenhall Equipment Co.                                                                        1099

| Date | Type | Reference | | | | |
|---|---|---|---|---|---|---|
| 6/16/2011 | Bill | 06162011 | Original Amt. 10,372.85 | Balance Due 10,372.85 | 6/16/2011 Discount | Payment 10,372.85 |
| | | | | | Check Amount | 10,372.85 |

Citibank DIP 8572

10,372.85

| | |
|---|---|
| LABOR | 1,250.00 |
| TOTAL DUE | **$10,372.85** |

DATE ACCEPTED: _____

AUTHORIZED BY: _____

THIS DATED PROPOSAL VALID FOR 30 DAYS.
PAYMENT TO BE MADE AS FOLLOWS:   **TOTAL AMOUNT TO BE PAID WITHIN 10 DAYS OF COMPLETION.**

ALL MATERIAL IS GUARANTEED AS SPECIFIED.  ALL WORK WILL BE COMPLETED IN A PROFESSIONAL MANNER ACCORDING TO INDUSTRY STANDARDS. ANY ALTERATIONS OR
CHANGES AND UNFORESEEN PROBLEMS WILL ONLY BE EXECUTED UPON RECEIPT OF WRITTEN CHANGE ORDERS AND ARE NOT INCLUDED IN THIS BID. OWNER OF FACILITIES TO
CARRY ALL NECESSARY INSURANCE TO PROTECT STATED EQUIPMENT AGAINST ANY AND ALL HAZARDS.  MECO EMPLOYEES ARE ALL COVERED BY WORKERS COMPENSATION
INSURANCE.  MENDENHALL EQUIPMENT COMPANY RETAINS OWNERSHIP OF ALL EQUIPMENT UNTIL PAID FOR IN FULL, INCLUDING ALL FINANCE CHARGES AND ALL LEGAL OR
COLLECTION COSTS.



Elko Gold Mine, LLC DIP

Jeff Brown

6/16/2011

1102

1,143.51

Citibank DIP 8572

1,143.51

| | | |
|---|---|---|
| SUBTOTAL | $ | 1056.36 |
| SALES TAX | $ | 87.15 |
| TOTAL | $ | 1143.51 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

## CUSTOMER'S ORIGINAL INVOICE — CONFIDENTIAL PROPERTY OF SYSCO

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO                        NV    89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                NV    89801

INV DATE: 6/16/11 /015
ROUTE: 4333
INVOICE NUMBER: 106160902    CUSTOMER: 386177
PAGE: 3

PURCHASE ORDER
TERMS: COD ACH
MANIFEST #: 705370 NORMAL DELIVERY
MAILER #: THAN BURKHART 9184
DRIVER: GRANT    9925

| QTY | P | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | PRICE | TAX AMOUNT | EXTENDED PRICE |
|-----|---|------|------|------------------|-----------|-------|-----------|----------------|
| | | | | FROZEN | | | | |
| | | | | ****DAIRY***** | | | | |
| 6 | F | CS | 72 | 3.5 OZ | PAPETTI OMELET EGG CHEESE ****460259013500 | 22232965 | 64.77 | | 388.62 |
| | | | | GROUP TOTAL**** | | | | 388.62 |
| | | | | ****MEATS***** | | | | |
| 6 | F | CS | 200.8 OZ | SYS REL SAUSAGE PORK LNK SKLS CKD MILD 19887 | 1337591 | 29.99 | | 179.94 |
| | | | | GROUP TOTAL**** | | | | 179.94 |
| | | | | ****FROZEN***** | | | | |
| 1 | F | CS | 993 OZ | BRELCLS BAGEL PLAIN BULK BRD SLI    36000 | 70169942 | 33.99 | | 33.99 |
| 1 | F | CS | 120 | 202 | BKRSCLS BISCUIT BTRMLK 3"    1019 | 5083662 | 33.99 | | 33.99 |
| 1 | F | CS | 8 | 27 OZ | STNGRSD BREAD WHITE PULLMAN 5/8" SLI    2040 | 5380231 | 30.99 | | 30.99 |
| 1 | F | CS | 84 | 2.5 OZ | USPRMY DANISH ASST APL/CHES/CHERRY    80991 | 8396766 | 63.87 | | 191.61 |
| 1 | F | CS | 220 | 1.5 OZ | BKRSCLS DOUGH COOKIE CHOCO CHIP GRMT 2908770 | 2908770 | 60.53 | | 60.53 |
| 1 | F | CS | 72 | 1.5 OZ | BKRSIMP MUFFIN ASST BLU/APP/BAN 073473028815 | 78120015 | 33.99 | | 33.99 |
| 1 | F | CS | 6 | 12 CT | BKRSCLS MUFFIN ENGLISH FRK SPLT 2 0 85930024 | 8593024 | 21.50 | | 21.50 |
| | | | | GROUP TOTAL**** | | | | 406.60 |
| | | | | ****DISPENSER BEVERAGE***** | | | | |
| 2 | F | CS | 24 LTR | NATRSEL JUICE ORANGE RE2 CADDY    108145 | 6150072 | 99.99 | | 199.98 |
| | | | | GROUP TOTAL**** | | | | 199.98 |
| | | | | CHGS FOR FUEL SURCHARGE | | | .34 | 6.00 |
| MISC CHARGES | | | | | | | | |

ORDER SUMMARY    : 70851

| | CASES | SPLIT | TOT PCS. | CUBE | GROSS WT |
|---|-------|-------|----------|------|----------|
| | 23 | | 23 | 18.8 | 351 |
| | 97 | | 97 | 96.6 | 1989 |

OPEN: 6:00 AM    CLOSE: 7:00 PM

NO. PCS DELVD.    NO. PCS REC.

CUST. SIGN: X

IMPORTANT TAX & DACA PROVISION: THE PURCHASER HEREBY AGREES ON EACH PURCHASE LISTED ABOVE... THIS INVOICE ARE SOLD SUBJECT...

DRIVER'S SIGN

P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

PAYABLE ON OR BEFORE    6/17/11

| | |
|---|---|
| SUB TOTAL | 4938.46 |
| TAX TOTAL | 136.73 |
| INVOICE TOTAL | 5075.19 |

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CONFIDENTIAL PROPERTY OF SYSCO

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT  84081
PHONE 801.956.7800 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

CUSTOMER'S ORIGINAL INVOICE

| INVOICE NUMBER | PAGE |
|---|---|
| 106160902 | 8   2 |

| CUSTOMER | 386177 |
|---|---|

| INV DATE | 6/16/11 |
| TRUCK-STOP | 015 |
| ROUTE | 4333 |

PURCHASE ORDER
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST#  705370  NORMAL DELIVERY
MA: SIR4  MAIN BURGHART  9184
DRIVER: GRANT  9925

BEST WESTERN
1930 IDAHO ST
ELKO            NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO            NV   89801

| CASES | SPLITS | PIECES | CUBE | GROSS WT |
|---|---|---|---|---|
| 33 | 33 | | 47.0 | 903 |

| QTY | B/O | U/M | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | PRINT PRICE | AMOUNT | EXTENDED PRICE | A | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | | CS | 24 | 500 ML | KLEENHATER WATER PURIFIED (16.9 OZ) PET  000206 | 4108932 | 5.99 | | 29.95 | * | | |
| | | | | | ****PAPER & DISP****  GROUP TOTAL*** | | | | 536.47 | | | |
| D | 1 | CS | 20 | 50CT | SYSCO  CUP PLAS CLR PET 7OZ  MPZCSYS | 7810034 | 149.99 | | 149.99 | | | |
| OUT | | CS | 4 | 12CT | HANGARD GLOVE LATEX MED FL CK LND W 3034  00532 | 5076530 | 79.99 | | 79.99 | | | |
| | | | | | REMOTE-STOCK | | | | | | | |
| D | 1 | CS | 1 | 50CT | WAVERLY LINER TRASH BIODEG 30 G T CLR333908K | 6831909 | 55.99 | 3.84 | 111.98 | * | | |
| D | 4 | CS | 36 | 94 CT | SYS IMP TISSUE FACIAL 2-PLY WHITE TF6910-SYS | 7348568 | 69.99 | 4.80 | 279.96 | * | | |
| D | 2 | CS | 96 | 600 CT | SYS CLS TISSUE TOILET 4X1.75 2PL TM6120S-SYS | 6750578 | 59.99 | 4.11 | 119.98 | * | | |
| | | | | | ****CHEMICAL & JANITORIAL***  GROUP TOTAL*** | | | | 661.89 | | | |
| D | 1 | CS | 2 | 2 LTR | ECOLAB  CLEANER BTHRM OASIS PRO 66  10158 | 3786622 | 149.99 | 10.27 | 149.99 | * | | |
| D | 1 | CS | 4 | 1 GAL. | SYS REL CLEANER DEGREASER CONCENTRAT 6100210 | 8458756 | 29.99 | 2.05 | 29.99 | * | | |
| D | 3 | PL | 1 | 5 GAL | ECOLAB  DESTAINER LAUNDRY LIQUID  15982 | 4208120 | 79.99 | 5.48 | 239.97 | * | | |
| | | | | | ** HAZARD ** | | | | | | | |
| D | 3 | PL | 1 | 5 GAL | ECOLAB DETERGENT LAUN LIQ ES L2000  6100031 | 7928207 | 239.80 | 16.42 | 719.40 | * | | |
| | | | | | ** HAZARD ** | | | | | | | |
| D | 2 | PL | 1 | 5 GAL | ECOLAB  SOFTENER LAUN SOFRESH NP  14310 | 5926282 | 169.99 | 11.65 | 339.98 | * | | |
| | | | | | ****DISPENSER BEVERAGE****  GROUP TOTAL*** | | | | 1479.33 | | | |
| D | 3 | CS | 3 | 150.75OZ | CITAYCO COFFEE COL 100% DECAF IN ROOM  39740 | 5528708 | 75.95 | | 227.85 | | | |
| D | 2 | CS | 96 | 2 OZ | CITAYCO COFFEE COL 100% FINE W/F  3586632 | 4116158 | 163.93 | | 163.93 | | | |
| D | 4 | CS | 200 | .70 OZ | DOUWEGB COFFEE GRND YIELD IN ROOM  3586632 | 5988852 | 39.99 | | 159.96 | | | |
| D | 1 | CS | 24 | 1 LTR | NATRSEL JUICE APPLE CKTAIL  108152 | 6149918 | 96.96 | | 96.96 | | | |
| | | | | | GROUP TOTAL**** | | | | 648.70 | | | |

MANIFEST# 89801

| OPEN: 6:00 AM | CLOSE: 7:00 PM |
|---|---|

CUST SIGN  X

| NO. PCS DELVD. | NO. PCS REC. |
|---|---|

REMIT TO
P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | 3758.32 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE  3

DRIVER'S SIGN

NOTE: ALL OF THE PROVISIONS OF THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE**     CONFIDENTIAL PROPERTY OF SYSCO

**Good things** **SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT  84081
(801)563-6300  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV  89801

| REQ DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 6/16/11 | 386177 | 106160902 | 8  1 |

TRUCK STOP: /015    PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

ROUTE: 4333    PURCHASE ORDER

TERMS: COD ACH
MANIFEST# 705370 NORMAL DELIVERY
MANIFEST# 7MAIN BURQUAY 9184
MANIFEST: GRANT 9925
DRIVER:

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | | | | COOLER | | | |
| | | | | ****DAIRY**** | | | |
| C | 1 | CS | 18 LB | DARIGLD BUTTER CUP USDA AA 90CT 310206 | 8608770 | 27.43 | 27.43 |
| C | 1 | CS | 100.1 OZ | BBRLEMP CHEESE CREAM PLAIN CUP 39801 | 6261465 | 25.99 | 25.99 |
| C | 4 | CS | 36CS/8 OZ | HIFARM CREAMER HALF & HALF SHT STBL 5105700 | 8116055 | 14.00 | 56.00 |
| C | 2 | CS | 5CS/.5 PT | DARIGLD MILK 1% MINT BOX | 7213277 | 9.43 | 18.86 |
| C | 6 | CS | 5CS/.5 PT | HIFARM MILK 2% REDUCED FAT 1022 | 3862950 | 10.56 | 63.36 |
| C | 12 | CS | 1.26 OZ | YOPLAIT YOGURT ASST STW-MIXED BRY 384000 | 7255385 | 8.35 | 100.20 |
| | | | | ****PRODUCE**** | | | 291.84 |
| | | | | GROUP TOTAL**** | | | |
| C | 1 | EC | 188 CT | SYS CLS APPLE RED DEL FCY WASH FRESH | 1268549 | 42.98 | 42.98 |
| C | 1 | CS | 140 LB | PACKER BANANA FRESH TIP GREEN | 1158542 | 34.08 | 34.08 |
| C | 1 | CS | 140# | PACKER BANANA GEN TURN TO YEL FRESH | 1007368 | 34.13 | 34.13 |
| C | 1 | CS | 1113 CT | SYS CLS ORANGE NAVEL CH FRESH 2252161 | 2252161 | 28.88 | 28.88 |
| | | | | GROUP TOTAL**** | | | 140.07 |
| | | | | DRY | | | |
| | | | | ****CANNED & DRY**** | | | |
| D | 4 | CS | 1210 CT | QUAKER  BAR GRANOLA VARIETY PK 8.4 OZ 5586 | 5470267 | 40.43 | 161.72 |
| D | 1 | CS | 429 OZ | GM  CEREAL CHEERIO 11977000 | 4094587 | 46.00 | 46.00 |
| D | 1 | CS | 1201.370Z | HSE REC CEREAL HOT OAT INST VAR 00748653494 | 8562688 | 36.26 | 36.26 |
| D | 1 | CS | 835 OZ | KRSTEA2 CEREAL RAISIN BRAN 748-0160 | 4585865 | 47.25 | 47.25 |
| D | 1 | CS | 6#10 | SYS CLS GRAVY SAUSAGE CNTRY RTU 590PX | 0682542 | 78.32 | 78.32 |
| D | 1 | CS | 2001.5 OZ | HSE REC SYRUP TABLE MAPLE FLAVORED 12888-SYS | 1696608 | 36.99 | 36.99 |
| D | 2 | CS | 65 LB | BKRSCLS WAFFLE MIX BELGIAN 6153092 | 6153092 | 49.99 | 99.98 |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 41 | | 41 | 30.8 | 735 |

| NO. PCS DELVD. | NO. PCS REC. |
|---|---|
| | |

CUST. SIGN  X

DRIVER'S SIGN

OPEN: 6:10 AM  CLOSE: 3:00 PM

| SUB TOTAL | 938.43 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 2

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE**

**CONFIDENTIAL PROPERTY OF SYSCO**

Good things come from
**SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO        NV  89801
972-668-0327

INVOICE NUMBER: 1621384  PAGE 1

DEL DATE: 6/16/11
ROUTE: /15
STOP: 4133

REQ NBR: 386177

CUSTOMER: 386177
PURCHASE ORDER:
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

MANIFEST# 705370
MATTHAIN BURKHART  9184
DRIVER: JOE GRANT   9925

* * PICK-UP ONLY * *

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | EXTENDED PRICE | TAX AMOUNT | QTY |
|---|---|---|---|---|---|---|---|---|
| 4 | 1.0 | D 1 CS | 12 5GAL ECOLAB CLEANER DGRSR ORGERC OASIS 137 14559 | 21940 41 | | | | |
| | | | INVOICE REF: 106090995 | | | | | |
| | | | R20 CUSTOMER OVER ORDERED | | DISPOSITION: RETURN TO STOCK | | | |
| | | D 1 CS | 12 5GAL ECOLAB CLEANER DISINFECT HD BTHRM ALK 14914 | 7021407 | | | | |
| | | | INVOICE REF: 106090995 | | | | | |
| | | | R20 CUSTOMER OVER ORDERED | | DISPOSITION: RETURN TO STOCK | | | |
| 4 | 1.0 | D 1 CS | 4 12 PR HANGARD GLOVE LATEX LRG PWDR-FR E-LIN Y 80340 0533 | 5817 357 | | | | |
| | | | INVOICE REF: 106090995 | | | | | |
| | | | R20 CUSTOMER OVER ORDERED | | DISPOSITION: RETURN TO STOCK | | | |

OPEN: 6:00 AM    CLOSE: 7:00 PM

* * PICK-UP REQUEST ONLY * *
CREDIT IS SUBJECT TO APPROVAL

CUST. SIGN X _____

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 4 | | 4 | | 1.0 |
| 4 | | 4 | | 1.0 |

DRIVER'S SIGN

SUB TOTAL
TAX TOTAL
INVOICE TOTAL

PAYABLE ON OR BEFORE

LAST PAGE

003

BEST WESTERN                                      &                    6/16/11    386177    10616140B    5    1
1930 IDAHO ST
ELKO                NV    89801                              /000

                                SYSCO INTERMOUNTAIN, INC.
972-668-0327                    9494 SOUTH PROSPERITY ROAD
                                WEST JORDAN, UT  84081        COD ACH
ELKO GOLD MINE LLC              (801)563-6300  (800)366-3778  MANIFEST#
1930 IDAHO ST                   VISIT US AT WWW.SYSCOINTERMOUN  MA: 5184    THAIN BURKHART    9184
ELKO                NV    89801                               DRIVER:                DROP-SHIP

                    P.O.    14692840
                    SHIPPER INVOICE # 106160959
                    FEDEX TRK# 709627881215848
                    DRY
                    ***PAPER & DISP****

D    2  CS  412CT  HANGARD GLOVE LATEX MED FLCK-LND Y  303400532  5076510  79.99  5.48  159.98 *

                    DROP-SHIP              GROUP TOTAL*****              159.98

ORDER SUMMARY       :     70854


                              OPEN: 6:00 AM     CLOSE:   7:00 PM
   2      2    .9   16                                       P.O. BOX 27638              159.98
                                                             SALT LAKE CITY, UT          10.96
   2      2    .9   16                                            84127-0638            170.94

                                                             6/17/11    LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Good thing we come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

CONFIDENTIAL PROPERTY OF SYSCO

**DELIVERY COPY**

INVOICE NUMBER: 10616408  PAGE 1
CUSTOMER: 386177
DELIV DATE: 6/16/11

BEST WESTERN
1930 IDAHO ST
ELKO    NV  89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO    NV  89801

972-668-0327

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST#
MAI D#84  THAIN BURKHART   9184
DRIVER:

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | P.O. 1469280 | | | | | | |
| | | | SHIPPER INVOICE# 106160859 | | | | | | |
| | | | FEDEX TRK# 709627881215418 | | | | | | |
| | | | DRY | | | | | | |
| | | | ****PAPER & DISP**** | | | | | | |
| D 2 | CS | 412CT | HANGARD GLOVE LATEX MED FLCK-LND X 303400532 | 5076510 | 79.99 | 5.48 | 159.98 * | | X |
| | | | DROP/SHIP | | | | | | |
| | | | GROUP TOTAL**** | | | | 159.98 | | |
| | | | | | | | | | |
| ORDER SUMMARY | | | | | | | | | |
| | | | : 70884 | | | | | | |

OPEN: 6:00 AM    CLOSE: 7:00 PM

REMIT:
P.O. BOX 27638
SALT LAKE CITY UT 84127-0638

PAYABLE ON OR BEFORE  6/17/11    LAST PAGE

SUB TOTAL  159.98
TAX TOTAL  10.96
INVOICE TOTAL  170.94

| NO. PCS DELVD | NO. PCS REC. |
|---|---|

CUST SIGN X

| | CASES | SPLITS | TOT.PCS | CUBE | GROSS WT |
|---|---|---|---|---|---|
| | 2 | 2 | 16 | .9 | |
| | 2 | 2 | 16 | .9 | |

DRIVER'S SIGN



**AmTrust North America**
An AmTrust Financial Company

**PREMIUM INVOICE**

719727
ELKO GOLDMINE LLC
DBA COUNTRY HEARTH
3400 PARKWOOD BLVD SUITE 500
FRISCO, TX 75034

| | |
|---|---|
| Invoice Date: | 5/31/2011 |
| Balance Due: | 2,082.00 |
| Installment Due Date: | 6/20/2011 |
| | |

| Master Acct: | 88919 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Policy Number: | Coverage Description: | Policy Effective: | Policy Status: | Total Policy Cost: | Total Billed To Date: | Total Paid To Date: | Currently Due: |
| SPP1007964 00 | Commercial Package | 8/21/2010 | In Effect | 20,865.00 | 20,865.00 | 18,783.00 | 2,082.00 |
| | | | | | | Total Due: | 2,082.00 |

**Payment Options:**

**E-Check or Credit Card** -- To pay by electronic check or Mastercard® or Visa® over the phone, please call 877-528-7878 (M-F 8am-6pm EST).  Partial payment will not be accepted.

**Direct Debit** -- The direct debit program will automatically debit your payment due from the checking or savings account you specify each time a payment is due. To obtain a Direct Debit Authorization form, please call 877-528-7878.

~~Check~~ -- Please make your check payable to Amtrust North America, Inc. and include your Master Account Number on your check.

Elko Gold Mine, LLC DIP

Amtrust North America

| Date | Type | Reference | | | | 6/20/2011 | | 1098 |
|---|---|---|---|---|---|---|---|---|
| 6/1/2011 | Bill | June 2011 | Original Amt. 2,082.00 | Balance Due 2,082.00 | | Discount | Payment 2,082.00 | |
| | | | | | | Check Amount | 2,082.00 | |

Citibank DIP 8572

2,082.00

# Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

**EMPLOYEE INFORMATION:**
Name
Position: Myron Pree; GM

SEND TO: Connie Goltz

From 10-Jun-11
To 17-Jun-11

Start Out Fund $9.27
Added $819.48
TOTAL: $828.75

| Date | Scanned | Vendor | Description | Bkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-May | | Office Max | Toner Cartridges for Fdesk | | | 52.88 | | | | | | | $ 52.88 |
| 10-Jun-11 | | Maverick | Gas for weedeater | | $ 7.63 | | | | | | | | $ 7.69 |
| 10-Jun-11 | | Albertsons | Cascade for Hobart Dishwasher | $ 16.02 | | | | | | | | | $ 16.02 |
| 10-Jun-11 | | Roy's Market | (order) | | | | | | $ 19.21 | | | | $ 19.21 |
| 10-Jun-11 | | Walmart | Deodorant for front desk bin / 2 cycle oil for weedeater | | $ 2.96 | 15.55 | | | | | | | $ 18.51 |
| 10-Jun-11 | | USPS | Send Packet to Texas | | | | | | | $ 18.30 | | | $ 18.30 |
| 11-Jun-11 | | Walmart | Copy Paper and Weed Eater Line | | $ 3.70 | | | | | 27.53 | | | $ 31.23 |
| 12-Jun-11 | | Walmart | Shelf Tote - Tub for sanitizer in kitchen | $ 6.91 | | | | | | | | | $ 6.91 |
| 13-Jun-11 | | Gen State | Sanitizer for Kitchen | $ 35.68 | | | | | | | | | $ 35.68 |
| 14-Jun-11 | | USPS | C.O.D. reimbursable delivery charge | | | $ 17.24 | | | | | | | $ 17.24 |
| 14-Jun-11 | | Raley's | Milk for Kitchen | $ 7.38 | | | | | | | | | $ 7.38 |
| 14-Jun-11 | | Home Depot | Sander and Sand Paper/Maintenance | | $ 53.90 | | | | | | | | $ 53.90 |
| 14-Jun-11 | | Home Depot | Perennial Plants for outside property pots | | $ 126.55 | | | | | | | | $ 126.55 |
| 14-Jun-11 | | Little Caesars | Pizza for HSKP - worker appreciation | | | | | | $ 61.95 | | | | $ 61.95 |
| 14-Jun-11 | | Little Caesars | Soda for HSKP - worker appreciation | | | | | | $ 9.95 | | | | $ 9.95 |
| 14-Jun-11 | | Office Max | 2 Cases of Copy Paper for Fdesk | | | | | | | $ 81.19 | | | $ 81.19 |
| 14-Jun-11 | | Home Depot | Additional bag of mulch/top soil | | $ 7.45 | | | | | | | | $ 7.45 |
| 15-Jun-11 | | Albertsons | Milk for Kitchen | $ 5.98 | | | | | | | | | $ 5.98 |
| 15-Jun-11 | | Walmart | Kitchen Sink supplies/Batteries for Office | $ 26.12 | | | | | | $ 3.71 | | | $ 29.83 |
| 16-Jun-11 | | Maverick | Gas for Van | | $ 25.01 | | | | | | | | $ 25.01 |
| 1?-Jun-11 | | Pouch | Cartridges (2) for Pouch Labelmaker | | | | | | | $ 25.32 | | | $ 25.32 |
| | | | | | | | | | | | | | $ 11.74 |
| | | | | | | | | | | | | | $ 126.13 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | **TOTAL:** | | | $ | | | | $ 25.32 | $ - | $ - | $ 795.98 |

Elko Gold Mine, LLC DIP

Myron Pree

reimb petty cash

6/20/2011

795.98

1100

Reimbursement total $ 795.98
Cash on Hand $ 32.77
Total Petty Cash $ 828.75

Citibank DIP 8672    petty cash reimb

795.98

# OfficeMax
### WORK WITH US

OfficeMax #987
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

| | |
|---|---|
| 012502621058 | $49.49 |
| Brother Ink LC61 Black 2 P | |

| | |
|---|---|
| SubTotal | $49.49 |
| Tax 6.850% | $3.39 |
| TOTAL | $52.88 |

| | |
|---|---|
| Merchandise Credit | $35.25 |
| Card number: XXXXXXXXXXXXXX9755 | |
| Authorization 10000007 | |
| Cash | $20.00 |
| Change | $2.37 |

Stored Value Card Balances:
XXXXXXXXXXXXX9755        $0.00

26446537
0967 00001 99547 0 05/27/11
00406473 04:15:28 PM



ORDER BY PHONE 1-877-OFFICEMAX

0967001395400010052711005

---

WELCOME TO MAVERIK
Adventures
First Stop
2520 Mt. City Hwy
Elko    Nevada
89801

Term: 237
Appr: 010228

Regular Se
Pump No.            04
Gallons         2.003
Price/g        $3.809
Total Fuel      $7.63
VISA
XXXXXXXXXXXXX0188

06/10/2011 11:15:00

TOTAL SALE     $7.63

THANK YOU
HAVE A NICE DAY

---

# Walmart >
### Save money. Live better.

## Self Checkout
### *Fast. Fun. Easy.*

MANAGER MASON JOHNSON
( 775 ) 778 - 6778
ST# 2402 OP# 00009045 TE# 46 TR# 09
| | | |
|---|---|---|
| 2  GAS CAN | 034454980010 | 7.50 |
| SPD STK DEO | 002220000324 | 0.98 |
| SPD STK DEO | 002220000330 | 0.98 |
| SPD STK DEO | 002220000324 | 0.98 |
| SPD STK DEO | 002220000330 | 0.98 |
| SPD STK DEO | 002220000330 | 0.98 |
| SPD STK DEO | 002220000324 | 0.98 |
| SPD STK DEO | 002220000330 | 0.98 |
| 2YCLE OIL | 007674201579 | 1.48 |
| 2YCLE OIL | 007674201579 | 1.48 |
| | SUBTOTAL | 17.32 |
| TAX I   6.850 % | | 1.19 |
| | TOTAL | 18.51 |
| | VISA TEND | 18.51 |

ACCOUNT # 0183
APPROVAL # 010328
REF # 116100112608
TRANS ID - 161116540188CG
VALIDATION - X4JN
PAYMENT SERVICE - E
CHANGE DUE       0.00

# # ITEMS SOLD 10



TC# 7335 3769 3075 3318 6527

Low prices.Every day. On everything.
Backed by our Ad Match Guarantee.
06/10/11    11:10:20

***CUSTOMER COPY***

```
===================================
           ELKO MPO
          ELKO, Nevada
           8980136I8
         3148830806-0095
06/10/2011 (800)275-8777 11:30:46 AM
===================================
=========== Sales Receipt ==========
Product          Sale Unit      Final
Description        Qty Price     Price
===================================
FRISCO TX 75034                 $18.30
Zone-6 Express Mail
PO-Add Flat Rate Env
1 lb.  1.00 oz.
 Label #:EG113317404US
 Mon 06/13/11 03:00 PM -
 Guaranteed Delivery
 Signature Requested
                              ========
Issue PVI:                     $18.30

                              ==========
Total:                         $18.30

Paid by:
VISA                           $18.30
  Account #:    XXXXXXXXXXXX0186
  Approval #:   01001B
  Transaction #:  181
  23903170470

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
```

# Walmart >'<.
**Save money. Live better.**

## Self Checkout
*Fast. Fun. Easy.*

```
      MANAGER MYRON JOHNSON
         ( 775 ) 778 - 6778
ST# 2402 OP# 00008048 TE# 48 TR# 05202
SHELF TOTE  007314993510        6.47 X
                  SUBTOTAL       6.47
         TAX 1  6.850 %          0.44
                     TOTAL       6.91
               DEBIT  TEND       6.91
               CHANGE DUE        0.00

EFT DEBIT       PAY FROM PRIMARY
ACCOUNT :           4767
       6.91  TOTAL PURCHASE
REF # 116300515035
NETWORK ID. 0071 APPR CODE 922381
      06/12/11     12:14:05
```

# # ITEMS SOLD 1

```
   TC# 0142 2490 2960 2246 8093
```



```
Low prices.Every day. On everything.
Backed by our Ad Match Guarantee.
      06/12/11     12:14:07
```

 

# Gem State
# PAPER & SUPPLY
C O M P A N Y
"SERVING YOU SINCE 1945"

BOISE
10129 W. EMERALD
336-0469

TWIN FALLS
1851 HIGHLAND AVE. E
733-4061

POCATELLO
245 W. ALAMEDA RD.
232-6906

ELKO, NEVADA
558 W. MAIN
738-5103

PHONE 1-800-727-2737   FAX# (208) 734-9870

# INVOICE

| ORDER TYPE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| SO | 06/13/11 | 564127-00 |

| P.O. NO. | PAGE # |
|---|---|
| elko inn | 1 |

Cust # 209999
Ship To: CASH - NEVADA
TRUCK DATE-

ELKO, NV
(000) 000-0000   (000) 000-0000

Remit To:   Gem State Paper & Supply Company
P.O. Box 469
Twin Falls, ID 83303-0469

Bill To:   CASH - NEVADA

ELKO, NV 89801

| INSTRUCTIONS | | SALES REP | TAKEN BY |
|---|---|---|---|
| | | 219 | bbn |

| ROUTE # | VIA | SHIPPED | TERMS |
|---|---|---|---|
| 020/00/00 | Own Truck | 06/13/11 | COD |

1.5% ON PAST DUE INVOICES. MINIMUM $0.50 SERVICE CHARGE. -- WHEN YOU PAY BY CHECK,
YOU AUTHORIZE US TO MAKE A ONE-TIME ELECTRONIC FUND TRANSFER FROM YOUR ACCOUNT.

| LN | ITEM AND DESCRIPTION | UPC | ORDERED | B.O. | SHIPPED | UM | SALES TAX | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DIV90203 | 00000 | 1 | 0 | 1 | ea | Y | 33.39 | 33.39 |
| | BEER CLEAN 2/25oz SANITIZER  USE IN LAST SINK | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 LINES TOTAL | | QTY SHIPPED TOTAL | 1 | TOTAL | | 33.39 |
| | | | | TAXES | | 2.29 |
| | | | | PAYMENT - CASH | | 35.68- |
| | | | | INVOICE TOTAL | | 0.00 |

Customer
Signature _____

☐ Cash
☐ Charge

Driver _____

**Albertsons**

ALBERTSONS 155 (775) 738 - 8016
STORE DIRECTOR KARL MOOREHEAD

6/10/11  10:20 0155 08 0134 120

| GROCERY | |
|---|---|
| CASCADE AUTO DISH | 14.99 T |
| *** SUBTOTAL | 14.99 |
| *** TAX | 1.03 |
| *** TOTAL | 16.02 |
| *** Cash | 20.00 |
| *** CHANGE | 3.98 |

*******************************************
Total Number of Items Purchased = 1

---



6/10/2011    TERM 1    10:31:17 AM
HELLO, MY NAME IS KAYLIE

| FOOD DETERGENT 1 | 1 @ 8.99 | $8.99 T |
|---|---|---|
| FOOD DETERGENT 1 | 1 @ 8.99 | $8.99 T |
| SUBTOTAL | 2 | $17.98 |
| TAX | | $1.23 |
| TOTAL | | $19.21 |
| | DUE==> | $19.21 |
| *CASH* | | $20.00 |
| CHANGE DUE | | $0.79 |

```
 *       THANK YOU        *
 *        GRACIAS         *
 *       738-3173         *
```
6/10/2011    KAYLIE    10:31:24 AM

---

WE VALUE YOUR OPINION!

WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT WAL-MART.

Please complete a survey about
today's store visit at:

http://www.survey.walmart.com

You will need to enter the
following online:

ID #: 7CJ0KX9VO0IQ

IN RETURN FOR YOUR TIME YOU COULD
RECEIVE ONE OF FIVE $1000
WALMART SHOPPING CARDS

Must be 18 or older and a legal
resident of the 50 US or DC to
enter. No purchase necessary to
enter or win. To enter without
purchase and for complete official
rules visit
www.entry.survey.walmart.com.
Sweepstakes period ends on the date
shown in the official rules. Survey
must be taken within TWO weeks
of today.

Esta encuesta también se encuentra
en español en la página del Internet

THANK YOU

**Walmart**
Save money. Live better.

MANAGER MYRON JOHNSON
STE 2402 DPS 00006103221
TRIMMER LINE 0024760121 15 THR 03131
COPY PAPER 003660009980    3.22 X
COPY PAPER 003660009980    3.47 X
COPY PAPER 003660009980    3.22 X
COPY PAPER 003660009980    3.22 X
COPY PAPER 003660009980    3.22 X
COPY PAPER 003660009980    3.22 X
COPY PAPER 003660009980    3.22 X
COPY PAPER 003660009980    3.22 X
COPY PAPER 003660009980    3.22 X
                SUBTOTAL   29.23
TAX 1  6.860 %             2.00
                TOTAL     31.23
          CASH TEND       40.00
          CHANGE DUE       8.77

# ITEMS SOLD 9

TC# 1364 1681 1613 1503 7319

```
============================================
          ELKO MPO
          ELKO, Nevada
          898013618
          3148830806-0097
06/13/2011 (800)275-8777 04:18:33 PM
============================================
========= Sales Receipt =========
Product          Sale Unit      Final
Description      Qty  Price     Price

44c #10           1   $0.54     $0.54
Seabiscuit
Envelope
GRASS VALLEY CA                 $10.95
95949 Zone-4
Priority Mail Medium
Flat Rate Box
1 lb.  4.50 oz,
 Expected Delivery: Wed 06/15/11
   COD                           $5.75
   COD Amount :       $16.70
   Insurance Amount :  $0.00
   Label #:     M456081617
                             ========
Issue PVI:                     $16.70

                             ========
Total:                         $17.24

Paid by:
Cash                           $20.00
Change Due:                    -$2.76

-- Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm
```

*(handwritten: "POstoffice Owes a reimbursement on this")*

# Raley's

Go to raleys.com for
savings and recipes

```
TERM# 10   STORE# 117   OPERATOR# 330897
06/14/11                       11:28:32
         RALEY'S  (775)738-2775

Grocery Items --------
  SSF RF MILK 2% WIC   01       3.69   F
  SSF RF MILK 2% WIC   01       3.69   F
         SUBTOTAL              7.38
         TAX DUE                .00
         TOTAL                7.38
  CASH                        10.00
  CASH           CHANGE        2.62


         NUMBER OF ITEMS          2.

------- FSA Total $0.00 --------
Use your health spending card here.
Items beginning with H> qualify for
FSA purchase.


Hey, Mom!  Tell us how we can help!
Join Mom's World Panel: raleys.com/mom
      Thank you for shopping at
      Raley's #117 (775)738-2775
T 10   X 76   S 117  06/14/11  11:28:52
         0 330897
```



```
        More saving.
        More doing.

STORE MGR: MIKE MUHLSTEIN 775-738-0455

2925 MOUNTAIN CITY HWY
3929  00598  94555  06/14/11  11:21 AM
CASHIER SELF CHECK OUT - SCO758

0765070302201 5" DISC <A>        10.47
0312071412958 5" RU SANDER <A>   39.97

         SUBTOTAL                50.44
         SALES TAX                3.46
         TOTAL                  $53.90
         CASH                   100.00
         CHANGE DUE              46.10
```



```
3329 09 94555 06/14/2011 6550

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A    1     90       09/12/2011;

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

*****************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!
*****************************************
```



**More saving.
More doing.™**

2655 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00015 87310   06/14/11  11:12 AM
CASHIER TIANNE - IES1456

```
045731972544 PERENNIAL <A>
    4X4.98                      19.92
045731931558 GROUNDCOVER <A>
    2X5.97                      11.94
04983476520 VIGOROANNUAL <A>
    2X5.97                      11.94
046731972223 PERENNIAL <A>
    2X5.97                      11.94
046731942370 PERENNIAL <A>
    2X5.97                      11.94
045731991201 1G CORALBELL <A>
    2X6.47                      12.94
045731176539 1 GAL PERENN <A>
    2X5.97                      11.94
046731955431 1 GAL PERENN <A>
    2X5.97                      11.94
214486        SUPERSOIL <A>
    2X6.97                      13.94

        SUBTOTAL        118.44
        SALES TAX         8.11
        TOTAL         $126.55
        CASH          150.00
        CHANGE DUE      23.45
```



---



**HOT-N-READY**
PIZZA

06/14/2011 11:36AM  0003
000003#6520     CASHIER3

**\*COPY\***

```
HNR-PEP        1:$5.00
HNR-PEP        1:$5.00
HNR-PEP        1:$5.00
HNR-JC         1:$5.00
HNR-JC         1:$5.00
HNR-JC         1:$5.00
MEATSA         1:$8.00
SUPREME        1:$9.99
SUPREME        1:$9.99
MDSE ST          $57.98
TAX1              $3.97

ITEMS              90
***TOTAL       $61.95
CASH           $62.00
CHANGE          $0.05
```

THANK YOU! THANK YOU!
HOT-N-READY
ALWAYS HOT ALWAYS READY

---



**HOT-N-READY**
PIZZA

06/14/2011 11:37AM  0002
000002#2141     CASHIER2

```
2-LITER SODA     $1.99
2-LITER SODA     $1.99
2-LITER SODA     $1.99
2-LITER SODA     $1.99
2-LITER SODA     $1.99

ITEMS             5Q
***TOTAL       $9.95
CASH          $10.00
CHANGE         $0.05
```

THANK YOU! THANK YOU!
HOT-N-READY
ALWAYS HOT ALWAYS READY

---

## OfficeMax®
### WORK WITH US™

OfficeMax #067
1780 MOUTAIN CITY HIGHWAY
ELKO, NV  89801
(775) 777-1263

---

**SALE**

```
06000074                      $79.98
   OMX  Copy 10-R Case
   Promo Discount Limit 2   ($4.00)
   2 @ $39.99


SubTotal                      $75.98
Tax 6.850%                     $5.21
TOTAL                         $81.19

Cash                         $100.00
```



**THE HOME DEPOT®**

More saving.
More doing.™

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00015 88664   06/14/11 03:37 PM
CASHIER TIANNE - TES1456

214486      SUPERSOIL <A>         6.97

              SALES TAX        0.48
              TOTAL           $7.45
              CASH            20.00
              CHANGE DUE      12.55

3320 15 88664 06/14/2011 4408

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90       09/12/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

---

**Albertsons**

ALBERTSONS 155 (775) 738 - 8016
STORE DIRECTOR KARL MOOREHEAD

PREFERRED CUSTOMER        42531451697
6/15/11 06:59 0155 08 0032 122

                    **DAIRY**

      Low Fat Milk              2.99 F
      Low Fat Milk              2.99 F

*** SUBTOTAL         5.98
*** TAX               .00
*** TOTAL            5.98

      Acct# 0534
VF# MC/Visa           5.98

*** CHANGE            .00
--------------------------------------------

---



**Walmart**
Save money. Live better.

**Self Checkout**
Fast. Fun. Easy.

MANAGER MYRON JOHNSON
( 775 ) 778 - 6778
STR 2402 OP# 00009045 TE# 45 TR# 07144
BATTERIES       004183342401      3.47 X
DISH TOWEL      007169128969      7.86 X
SINK STOPPER    007675333685      1.97 X
SINK STOPPER    007675333685      1.97 X
SINK STOPPER    007675333685      0.97 X
SINK STOPPER    007328703314      1.91 X
DISH DRAINER    007169116098     11.68 X
                    SUBTOTAL      27.92
                    TAX 1  6.850 %   1.91
                    TOTAL        29.83
                    VISA TEND    29.83

ACCOUNT # 0534
APPROVAL # 041204
REF # 00
TRANS ID - 000116533204730?
VALIDATION - BAGT
PAYMENT SERVICE - E
                    CHANGE DUE    0.00

**# ITEMS SOLD 6**

Low prices. Every day. On everything.
Backed by our Ad Match Guarantee.
06/15/11   07:08:15

***CUSTOMER COPY***



a0

# WELCOME TO MAVERIK
# ADVENTURE'S FIRST STOP

146
1111 Idaho St
Elko  Nevada
89801
775-738-4844
( DUPLICATE RECEIPT )

---

Regular,Self Serve,C No.2
6.565 g @ $3.809/ g       $25.01

---

Sub Total          $25.01
Tax$0.00
**Total**          **$25.01**
Visa:         $25.01
Change        $0.00

# THANKS, COME AGAIN

100    CSH:ICR            TRAN:7573
6/16/201   04:01:24    ST:145

## Myron Pree DMC

**From:**    "PtouchDirect.com (through Yahoo! Store Order System)" <support@ptouchdirect.com>
**To:**      "Myron Pree" <mpree@dmchotels.com>
**Sent:**    Thursday, June 16, 2011 11:37 AM
**Subject:** order PT207-126111 from PtouchDirect.com

Thank you for your order. This email is to confirm the receipt of your order on PtouchDirect.com

NEW - Follow us on Facebook at:
http://www.facebook.com/pages/PtouchDirectcom/155605501154358

You can always find out the current status of your order by going to
https://order.store.yahoo.net/OS/stat?yhst-53831361405394+126111+b93954a9073c1330e980

Date      Thu Jun 16 14:37:02 EDT 2011
Ship to   Myron Pree
          Best Western Elko Inn
          1930 Idaho Street
          Elko NV 89801
          US United States
          (775) 738-8787
Bill to   Myron Pree
          1924 Griswold Drive
          Elko NV 89801
          US United States
          (775) 738-9581
E-Mail    mpree@dmchotels.com (emailed)
Via       Standard (3-5 Business Days)
Payment   Visa
Comments  Reimburse to Myron Pree


Name            Code      Qty  Each  Options
-----------------------------------------------
Brother TZ131 1/2 In.  TZ131    2   9.99
Black On Clear P-touch
Label Tape. TZe-131
                Subtotal  19.98
                Shipping   5.34
                Tax        0.00
                Total     25.32

6/16/2011

 **A RANCH & HOME STORE AND SO MUCH MORE!**

THANK YOU FOR SHOPPING AT
ELKO C-A-L RANCH
C-A-L RANCH STORES
2450 IDAHO STREET
ELKO, NV 89801
(775) 753-7000

6/16/11 12:38PM JNTEK      710 SALE
------------------------------------------------
5392016          1   EA     10.99 EA
SHOVEL ROUND POINT 48" HANDLE        10.99

SUB-TOTAL:      10.99    TAX:       .75
                        TOTAL:    11.74
CASH TEND:    100.00  CHANGE:     88.26

==>> JRN #A45801/12              <<==
        CUST # *12

Returns over $100  must come from Corp
All sales final on Clearance Items