**Myron Pree DMC**

| | |
|---|---|
| **From:** | "Sears" <sears@value.sears.com> |
| **To:** | <mpree@frontiernet.net> |
| **Sent:** | Friday, June 17, 2011 8:41 AM |
| **Subject:** | Your Sears Order Confirmation |


Life. Well spent.

| Appliances | Clearance | Clothing | Electronics | Home | Lawn & Garden | Tools | More |

**Dear Myron,**

Thank you for placing your order with Sears! Your order confirmation number is **241295701**. We are processing your order right now and will notify you as your items are ready.

Orders with multiple items may ship separately, in which case we will send you a ship confirmation as your item(s) leave the warehouse to keep you updated on the status of your order.

For the items you ordered for store pickup we will send you separate notification for each store location you are ordering from as your items are ready to be picked up.

If you have ordered item (s) that requires delivery, you will receive a separate notification when your items are going to be delivered.

Thank you again for shopping with us!

Sincerely,
Imran Jooma
Senior Vice President, e-Commerce
Imran@customerservice.sears.com

| | |
|---|---|
| **Your Order Confirmation Number:** | |
| 241295701 | |

| Shipping Information | Item Details | Item Number | QTY | Price |
|---|---|---|---|---|
| Myron Pree<br>1930 Idaho Street<br>Elko NV 89801 | Cold/Room Temperature Counter<br>Top Water Dispenser<br>Sold By: Antonline.com<br>Contact Seller Return Policy | SPM685063101 | 2 | $49.27 |
| Phone: 775-738-8787 | | | Item Amount: | $98.54 |
| Order Date: 17-Jun-2011<br>Salescheck Number: 093011411433<br>Return code: 1329-6917-2540-1959-0619<br>Delivery Method: Ship<br>Expected Arrival Date:Jun 28-Jun 30 | | | Initial Subtotal: | $98.54 |
| | | | Tax: | $6.75 |
| | | | Shipping Charge: | $20.84 |
| | | | Total: | $126.13 |

| | | |
|---|---|---|
| | **Initial Subtotal:** | **$98.54** |
| | **Tax:** | **$6.75** |
| | **Shipping Charge:** | **$20.84** |
| | **Total:** | **$126.13** |

| Billing Information | Payment Information | Billed Amount |
|---|---|---|

# Expense Statement

o Inn

Position  General Manager

From  6/3/2011
To  6/16/2011

| Description | | Miles | | TOTAL |
|---|---|---|---|---|
| Sear for lawn mower purchase | Trip | Miles: 7 | .30 | $ 2.10 |
| Post Office to mail Packet | Trip | Miles: 5 | .30 | $ 1.50 |
| Office Max for items | Trip | Miles: 6 | .30 | $ 1.80 |
| Home Depot for items and Bank | Trip | Miles: 7 | .30 | $ 2.10 |
| Roy's Market for Milk | Trip | Miles: 4 | .30 | $ 1.20 |
| Maverick for mower gas | Trip | Miles: 2 | .30 | $ 0.60 |
| Wal-Mart for items | Trip | Miles: 7 | .30 | $ 2.10 |
| Wal-Mart for items | Trip | Miles: 7 | .30 | $ 2.10 |
| Wal-Mart for items | Trip | Miles: 7 | .30 | $ 2.10 |
| Gem-State for items | Trip | Miles: 8 | .30 | $ 2.40 |
| Raleys | Trip | Miles: 6 | .30 | $ 1.80 |
| Home Depot for items and Bank | Trip | Miles: 7 | .30 | $ 2.10 |
| Wal-Mart for items | Trip | Miles: 7 | .30 | $ 2.10 |
| Post Office to mail Packet | Trip | Miles: 5 | .30 | $ 1.50 |

REIMBURSEMENT TOTAL  $ 25.50

Elko Gold Mine, LLC DIP
Myron J. Pree
Citibank DIP 8572    Mileage reimb for GM

June Mileage

6/20/2011    25.50

1101

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CUSTOMER'S ORIGINAL INVOICE    CONFIDENTIAL PROPERTY OF SYSCO

**Sysco**
Good things
sysco.com

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT (84081)
(801) 563-6300 (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

| INVOICE NUMBER | PAGE |
|---|---|
| 106221576 | 7 | 1 |

| CUSTOMER | |
|---|---|
| 386177 | 106221576 |

| P.O. DATE | |
|---|---|
| 6/22/11 | |
| TRUCK STOP | /004 |

| ROUTE | PURCHASE ORDER |
|---|---|
| 3289 | |

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

COD ACH
MANIFEST# 706047 NORMAL DELIVERY
MA: SIB4  TRAIN BURKHART  9184
DRIVER: DAVILA

BEST WESTERN
1930 IDAHO ST

ELKO                    NV   89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                    NV   89801

| QTY | PACK | SIZE | ITEM CODE | ITEM DESCRIPTION | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | B O | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 89801 | | | | X 1 | | |
| | | | | FROZEN | | | | | | |
| | | | | ****DAIRY***** | | | | | | |
| 2 | 2 | 7/3.5 OZ | 22329965 | PAPETTI OMELET EGG CHEESE *6025901J3500 | 64.77 | | 129.54 | | | |
| | | | | GROUP TOTAL**** | | | 129.54 | | | |
| | | | | ORDER SUMMARY    :  78820 | | | | | | |

| | CASES | SPLIT | TOT.PCS. | CUBE | GROSS WT |
|---|---|---|---|---|---|
| | 2 | | 2 | 1.8 | 34 |
| | 2 | | 2 | 1.8 | 34 |

DRIVER'S SIGN

OPEN: 6:00 AM    CLOSE: 7:00 PM

| NO. PCS DELVD. | CUST. SIGN X | | NO. PCS REC. |
|---|---|---|---|

DAD INVOICE EVIDENCES RECEIPT OF ALL ITEMS.

IMPORTANT BAPCPA PROVISION - THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| REMIT TO | |
|---|---|
| P.O. BOX 27638 | |
| SALT LAKE CITY, UT 84127-0638 | |

PAYABLE ON OR BEFORE    6/23/11

| SUB TOTAL | 129.54 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 129.54 |

LAST PAGE



***Nevada Hotel & Lodging Association***
***PO Box 26087***
***Las Vegas, NV 89126***
***Federal ID#: 88-0162005***

### *Dues Calculation*

ID Number: HR01130

Date: 6/10/2011

*For billing inquiries please call:*
*702-878-9272*

To: Angie Virk, General Manager
Best Western Elko Inn
1930 Idaho St.
Elko, NV 89801

| | | |
|---|---|---|
| 6/2/2011 | 3rd Quarter 2011 Membership Dues | $143.06 |

Contributions or gifts to the Nevada Hotel Lodging Association are not tax deductible as charitable contributions for income tax purposes. However they may be deductible as ordinary and necessary business expenses subject to restrictions imposed as a result of association lobbying activities. The Nevada Hotel Lodging Association estimates that the nondeductible portion of your dues--the portion which is allocated to lobbying--is 30%.

**This dues calculation is provided for your convenience in membership, it DOES NOT reflect any balance due from your property to NHLA. Please use the Membership Form to make any changes**

**Elko Gold Mine, LLC DIP**                                                                            1104

Nevada Hotel Lodging Association

| Date | Type | Reference | Original Amt. | Balance Due | 6/23/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 6/23/2011 | Bill | HR01130 | 143.06 | 143.06 | | 143.06 |
| | | | | | Check Amount | 143.06 |

Citibank DIP 8572     3RD Quarter Membership Dues                                          143.06

# PROFESSIONAL IMAGE
*WHERE YOU GET ALL THAT COOL STUFF... WITH YOUR LOGO ON IT!*

1808 Front St
Slidell, LA 70458
985-649-5145  *  FAX 985-649-3533
sales@badgeteam.com
TAX ID# 72-1476183

www.BadgeTeam.com



| Date | Invoice # |
|---|---|
| 6/10/2011 | 1662 |

| Bill To    BW89801 | Ship To |
|---|---|
| BEST WESTERN-ELKO<br>MYRON J. PREEE<br>1930 IDAHO ST<br>ELKO, NV 89801 | BEST WESTERN-ELKO<br>MYRON J. PREEE<br>1930 IDAHO ST<br>ELKO, NV 89801 |

| Ship Via | Payment Terms | Due Date | Your PO# | S.O. No. | Rep | Inv By |
|---|---|---|---|---|---|---|
| USPS | NET 30 | 7/10/2011 | 1000 | | | NG |

| Item Code | Description | Quantity | Backorder | Price Each | Amount |
|---|---|---|---|---|---|
| | BEST WESTERN LOGO | | | | |

1105

Elko Gold Mine, LLC DIP

Professional Image

| Date | Type | Reference | Original Amt. | Balance Due | 6/23/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 6/23/2011 | Bill | 1662 | 76.20 | 76.20 | | 76.20 |
| | | | | | Check Amount | 76.20 |

76.20

Citibank DIP 8572

| Subtotal | $76.20 |
|---|---|
| Sales Tax  (0.0%) | $0.00 |
| Total | $76.20 |
| **Balance Due** | ***$76.20*** |

Ruby Mountain Pest Control, LLC

# Invoice

PO Box 8271
Spring Creek, NV 89815

| Date | Invoice # |
|------|-----------|
| 6/1/2011 | 5565 |

**Bill To**

Best Western Elko
1930 Idaho St.
Elko, NV 89801

| P.O. No. | Terms | Due Date | Account # |
|----------|-------|----------|-----------|
| | Due on receipt | 6/1/2011 | |

**Elko Gold Mine, LLC DIP**

1106

Ruby Mountain Pest Control, LLC

| Date | Type | Reference | Original Amt. | Balance Due | 6/23/2011 Discount | Payment |
|------|------|-----------|---------------|-------------|--------------------|---------|
| 6/1/2011 | Bill | 5565 | 250.00 | 250.00 | | 250.00 |
| | | | | | Check Amount | 250.00 |

Citibank DIP 8572

250.00

INVOICES ARE DUE UPON RECIEPT UNLESS OTHERWISE NOTED.
THERE WILL BE A $45 FEE ON ALL RETURNED CHECKS.

| Payments/Credits | $0.00 |
|------------------|-------|
| **Balance Due** | $250.00 |
| **Customer Total Balance** | ~~$500.00~~ |

250.00

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| (775) 778-0494 | (866) 706-6864 | Rubymountain@frontiernet.net | |

Ruby Mountain Pest Control, LLC

PO Box 8271
Spring Creek, NV 89815

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/18/2011 | 5498 |

| Bill To |
|---------|
| Best Western Elko<br>1930 Idaho St.<br>Elko, NV. 89801 |

| P.O. No. | Terms | Due Date | Account # |
|----------|-------|----------|-----------|
|  |  | 5/18/2011 |  |

| Quantity | Description | Rate | Serviced | Amount |
|----------|-------------|------|----------|--------|
|  | spray ext bldg perimter lawn trees shrubs landscaping 200 spot reat inside ants laundry guest laundry pool area | 250.00 |  | 250.00 |

**Elko Gold Mine, LLC DIP**                                                                                          1107

Ruby Mountain Pest Control, LLC                                   6/23/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/1/2011 | Bill | 5498 | 250.00 | 250.00 |  | 250.00 |
|  |  |  |  |  | Check Amount | 250.00 |

Citibank DIP 8572        Inv 5/18/11                                                              250.00

| **Balance Due** | $250.00 |
|-----------------|---------|
| **Customer Total Balance** | $500.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| (775) 778-0494 | (866) 706-6864 | Rubymountain@frontiernet.net |  |


250.00

Elko Gold Mine, LLC DIP

1108

AH&LA Property Membership Application

| Date | Type | Reference | Original Amt. | Balance Due | 6/23/2011 Discount | Payment |
|------|------|-----------|---------------|-------------|--------------------|---------|
| 6/23/2011 | Bill | 06/23/11 | 399.60 | 399.60 | | 399.60 |
| | | | | | Check Amount | 399.60 |

Citibank DIP 8572

399.60

Once your application is received, a membership representative will contact you.

**ANNUAL DUES**  Please note: Dues are based on property specific information.

| With Food & Beverage on Premise | | Without Food & Beverage on Premise or complimentary breakfast only | |
|---|---|---|---|
| 50 rooms or less | $115 flat rate | 50 rooms & less | $110 flat rate |
| 51 - 75 rooms | $3.40 per room | 51 - 75 rooms | $3.10 per room |
| more than 75 rooms | $3.70 per room | more than 75 rooms | $3.40 per room |

| Property Under Construction | $115 flat rate (Rate changes on date property opens.) | | |
|---|---|---|---|

No. of Rooms _108_    x Fee Per Room $ _3.70_    = Annual Dues $ _399.60_

## OPTIONAL CONTRIBUTION

❏ Yes, I would like to invest in the industry's future with a gift to the American Hotel & Lodging Educational Foundation (AH&LEF). As AH&LA's charitable giving subsidiary, the Foundation provides critical funding toward scholarship, research, and educational programs to ensure the growth of the lodging industry. Our dues payment includes a tax-deductible contribution for AH&LEF's Annual Giving Campaign: _____ $100 _____ $250 _____ Other

## PAYMENT INFORMATION (please check one)

❏ **Credit Card**   ❏ American Express   ❏ Discover/NOVUS   ❏ MasterCard   ❏ Visa

Credit Card number_____    Expiration date _____

Signature _____

American Express cards only: Please provide us with the four digit CID# printed above your account number ___ ___ ___ ___

☑ **Check enclosed** US Funds Only (please make payable to AH&LA)

## PAYMENT MUST ACCOMPANY APPLICATION. RETURN APPLICATION & PAYMENT TO:

**American Hotel & Lodging Association**
**1201 New York Avenue, NW, #600**
**Washington, DC 20005**

Tel: (202) 289-3100 Fax: (202) 289-3158
membership@ahla.com
www.ahla.com

Dues paid to AH&LA are not tax-deductible as a charitable contribution for income tax purposes. However, they may be deductible as ordinary and necessary business expenses subject to restrictions imposed as a result of association lobbying activities. AH&LA estimates that the nondeductible portion of your dues and the portion that is allocated to lobbying is 20 percent. $25 per year of your AH&LA dues will be allocated to defray the cost of your subscription to Lodging magazine.

KAP Mechanical Services, LLC

# INVOICE

809 Industrial Way
Elko, NV 89801
PH (775) 738-1908
Fax (775) 738-1910

| Date | Invoice # |
|------|-----------|
| 5/25/2011 | PST-92 |

| Bill To | Ship To |
|---------|---------|
| Best Western Elko Inn<br>2050 Idaho Street<br>Elko, NV 89801 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 11-06: Best Western | Net 20 | | 5/25/2011 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Called out by Myron Pree: | | |
| 1.5 | 14.3 Plumbing Jour | Snake softer water floor drain & sink | 85.00 | 127.50 |

**Elko Gold Mine, LLC DIP**

1109

KAP Mechanical Services LLC

| Date | Type | Reference | | Original Amt. | Balance Due | 6/23/2011 | Payment |
|------|------|-----------|--|---------------|-------------|-----------|---------|
| 6/23/2011 | Bill | PST-92 | | 127.50 | 127.50 | Discount | 127.50 |
| | | | | | | Check Amount | 127.50 |

Citibank DIP 8572       INV DT 5/25/11                                127.50

| Thank you for your business! | **Total** | **$127.50** |
|------------------------------|-----------|-------------|

# TOWER IMAGING

14512 FRIAR STREET
VAN NUYS, CA 91411
TEL: (818) 782-6798 FAX: (818) 782-8613
www.towerimaging.biz

# INVOICE

| Invoice # | 7535 |
|-----------|------|
| Date | 4/18/2011 |

**Bill To:**
BEST WESTERN
1930 IDAHO ST.
ELKO, NV 89801

**Ship To:**
BEST WESTERN
1930 IDAHO ST.
ELKO, NV 89801

**ATTN:** DEREK WILDRIDGE
**TEL:** 775-738-8787

**ATTN:** DEREK WILDRIDGE
**TEL:** 775-738-8787
**FAX:**

Elko Gold Mine, LLC DIP

Tower Imaging

| Date | Type | Reference | | | | | 1110 |
|------|------|-----------|--|--|--|--|------|
| 6/23/2011 | Bill | 7535 | Original Amt. 229.99 | Balance Due 229.99 | 6/23/2011 Discount | Payment 229.99 | |

Check Amount 229.99

Citibank DIP 8572    Inv dt 4/18/11

229.99

Shipping:
**Total Due:**            229.99

**Mail Payment to:**
**Tower Imaging**
**14512 Friar Street**
**Van Nuys, CA 91411**

All claims for damages and shortage must be made within 10 days of receipt of goods.  All products are warranted against manufacturing
defects for one year from the date of shipment.  An 18% annum finance charge will be added to
all past due accounts.  Purchaser agrees to pay all costs of collections, including reasonable attorney's fees.
Tower imaging is not affiliated with any company brands listed above.
Thank you for your business!



## ELKO COUNTY FAIR
723 RAILROAD STREET
ELKO, NV  89801
775-777-7260 fax 775-777-7264

Invoice No.          1227

# INVOICE

| Customer | | | | | Date | 5/24/2011 |
|---|---|---|---|---|---|---|
| Name | BEST WESTERN ELKO | | | | Order No. | |
| Address | 1930 IDAHO STREET | | | | Rep | |
| City | ELKO | State NV | ZIP 89801 | | FOB | |
| Phone | | | | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | FAIR PREMIUM 1/8 PAGE AD | $75.00 | $75.00 |
| | PREMIUM GUIDE WILL BE PUBLISHED IN JUNE | | |
| | PAYMENTS RECEIVED AFTER JUNE 20, 2011 WILL NOT | | |
| | BE PUBLISHED IN THIS YEARS ISSUE | | |

| | | |
|---|---|---|
| SubTotal | | $75.00 |
| Shipping & Handling | | $0.00 |
| Taxes | 0 | |

### Payment Details

**Elko Gold Mine, LLC DIP**

Elko County Fair                                                                                    1111

| Date | Type | Reference | Original Amt. | Balance Due | 6/23/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 6/23/2011 | Bill | 1227 | 75.00 | 75.00 | | 75.00 |
| | | | | | Check Amount | 75.00 |

Citibank DIP 8572        Inv date 05/24/11

75.00



**Elko Gold Mine, LLC DIP**

1112

| Professional Furnance Cleaning | | | | | 6/23/2011 | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 6/1/2011 | Bill | 15066 | 512.50 | 512.50 | | 512.50 |
| | | | | | Check Amount | 512.50 |

Citibank DIP 8572

512.50

# INTHE SWIM

Discount Pool
Supplies & Equipment

In The Swim®
320 Industrial Drive
West Chicago, IL 60185
Phone: 866-660-5721 • 630-876-1080
Fax: 630-562-4191

**INVOICE**

| | |
|---|---|
| Invoice Number: | 008316456 |
| Invoice Date: | 6/3/2011 |
| Customer Number: | 000895716 |
| Order Number: | 12084472 |
| **Payment Due:** | 7/3/2011 |
| Page: | 1 |

**Bill To:**

ATTN: GENERAL MANAGER
BEST WESTERN ELKO INN
1930 IDAHO ST
ELKO NV 89801

**Ship To:**

ATTN: GENERAL MANAGER
BEST WESTERN ELKO INN
1930 IDAHO ST
ELKO NV 89801

| Salesperson | Shipped Via | PO Number / Notes |
|---|---|---|
| GERALD S  (AM) | FedEx Ground | MYRON PREE |

Quantity B Quantity

**Elko Gold Mine, LLC DIP**                                                   1113

IN THE SWIM

| Date | Type | Reference | Original Amt. | Balance Due | 6/23/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 6/23/2011 | Bill | 8316456 | 88.27 | 88.27 | | 88.27 |
| | | | | | Check Amount | 88.27 |

Citibank DIP 8572     000895716                                                88.27

| | | | Balance |
|---|---|---|---|
| 69.99 | 6.33 | 11.95 | 88.27 |

B - Back Ordered
C - Cancelled
D - Drop Shipped

N - No Longer Available
S - Shipped From Separate Warehouse
* - Special Priced

**TERMS:** NET 30 DAYS FROM INVOICE DATE
All claims for damaged or missing merchandise
must be made within 10 days of receipt of goods.

Detach And Return Bottom Portion With Your Payment

**Make Checks Payable To:**
In The Swim®

**Please Remit Payment To:**
In The Swim®
P.O. BOX 347111
Pittsburgh, PA 15251-7111

Invoice Number: 008316456
Customer Number: 000895716
**Payment Due:** 7/3/2011
☐ Check/Money Order Enclosed
☐ Visa  ☐ MasterCard  ☐ American Express  ☐ Discover
If paying by credit card, please fill out the information below.

Credit Card Number_____ Expiration Date_____

Signature_____

**Enter Amount Paid**
$

Citibank DIP 8572

**Sprint**

## Elko Gold Mine, LLC DIP

| Date | Type | Reference | Bill |
|---|---|---|---|
| 5/9/2011 | Bill | 8242S4705 | 92454705 |
| 6/8/2011 | Bill | 92454705 | |

| Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|
| 164.45 | 164.45 | | 164.45 |
| 71.36 | 71.36 | 6/23/2011 | 71.36 |

Check Amount    235.81

IF YOU HAVE QUESTIONS ABOUT YOUR INVOICE, PLEASE CALL CUSTOMER SERVICE AT 1 877 877-8748
PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS

---

**Sprint**

ELKO GOLDMINE LLC
1930 IDAHO ST
ELKO, NV 89801

## INVOICE SUMMARY

ACTIVITY THROUGH:    PAGE:    2
INVOICE ACCOUNT ID: 924254705
INVOICE DATE:   6/09/11

| | CURRENT MONTH | CHARGES | DISCOUNTS/CREDITS |
|---|---|---|---|

USAGE CHARGES
  IN-STATE                  $28.55
  STATE-TO-STATE             38.82
  CANADIAN                     .17
TOTAL USAGE CHARGES        $67.54

TOTAL NON-USAGE CHARGES     $.00

DISCOUNTS
  PROMOTIONS                              -$3.38
TOTAL DISCOUNTS                           -$3.38

TOTAL GOVERNMENT TAXES & FEES    $.00

SPRINT SURCHARGES
Sprint Surcharges are rates we choose to collect from you to help defray costs imposed on us.
Surcharges are not taxes or amounts we are required to collect from you by law. Surcharges
may include: Federal USF, regulatory charges, administrative charges, gross receipts charges,
and other charges incurred to recover costs associated with government programs and certain
taxes imposed on Sprint. The amounts and the components used to calculate surcharge amounts
are subject to change.

  PROP TAX SCHG/FED REG FEE        $1.59
  CARRIER UNIVERSAL SVC CHG         5.57
  REGULATORY FEE                     .05
  STATE UNIVERSAL SVC FUND           .01
TOTAL SPRINT SURCHARGES           $7.20

TOTAL CURRENT CHARGES    $71.56

BALANCE FROM LAST STATEMENT    $225.47

TOTAL AMOUNT DUE - PAYABLE UPON RECEIPT    $296.85

IF YOU HAVE QUESTIONS ABOUT YOUR INVOICE, PLEASE CALL CUSTOMER SERVICE AT 1 877 877-8748
PLEASE SEE REVERSE SIDE FOR TERMS AND CONDITIONS

001488 2/7

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

## Good things come from SYSCO

SYSCO INTERMOUNTAIN, INC.
9176 SOUTH PROSPERITY ROAD
WEST JORDAN, UT  84081
(801) 563-6300  (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**CUSTOMER'S ORIGINAL INVOICE**   CONFIDENTIAL PROPERTY OF SYSCO

BEST WESTERN
1930 IDAHO ST
ELKO      NV    89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO      NV    89801

INVOICE NUMBER   PAGE
106230831   5   3

| INVOICE DATE | ROUTE | STOP | CUSTOMER |
|---|---|---|---|
| 6/23/11 | 016 | 4333 | 386177 |

PURCHASE ORDER

TERMS – PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 70676 NORMAL DELIVERY
MA: S114 THAIN BURKHART 9184
DRIVER: GRANT 9925

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 CS | | 628 CT | B3GELON TEA ASS'T 6 ELVR | 15577 | 7813I3435 | 27.14 | | 27.14 | | |
| | | | | GROUP TOTAL**** | | | | 611.92 | | |
| | | | | ****DAIRY**** | | | | | | |
| | | | | ****FROZEN**** | | | | | | |
| 6 CS | | 723.5 OZ | PAPETTI OMELET EGG CHEESE | 2232965 | 46025901350 0 | 64.77 | | 388.62 | | |
| | | | | GROUP TOTAL**** | | | | 388.62 | | |
| | | | | ****MEATS**** | | | | | | |
| 6 CS | | 200.8 OZ | SYS REL SAUSAGE PORK LNK SKLS CKD MLD | 1337591 | I9687 | 29.99 | | 179.94 | | |
| | | | | GROUP TOTAL**** | | | | 179.94 | | |
| | | | | ****FROZEN**** | | | | | | |
| 1 CS | | 12 12 CT | BRRCLS BAGEL PLAIN MINI SLI 1.25 OZ | 7102734 | 50000 | 36.99 | | 36.99 | | |
| 1 CS | | 240 1 OZ | BRRSCLS BISCUIT BTRMLK 2" | 5083571 | 1009 | 35.99 | | 35.99 | | |
| 1 CS | | 8 27 OZ | STNGRND BREAD WHITE PULLMAN 5/8" SLI | 5380231 | 2040 | 30.99 | | 30.99 | | |
| 3 CS | | 8 42 .25OZ | DYSPKMY DANISH ASS'T APL/CHES/CHERRY | 8396766 | 80991 | 63.87 | | 191.61 | | |
| 1 CS | | 2201 .5 OZ | BKRSCLS DOUGH COOKIE OATMEAL RSN GRM | 9326307 | 9326307 | 79.99 | | 79.99 | | |
| 1 CS | | 7 21 .5 OZ | BKRSIMP MUFFIN ASS'T BLU APP/BAN | 7812015 | 0734730218 15 | 33.99 | | 33.99 | | |
| 2 CS | | 6 12 CT | BRRSCLS MUFFIN ENGLISH FRK SPLIT 2 O | 8593024 | 8593024 | 21.50 | | 43.00 | | |
| | | | | GROUP TOTAL**** | | | | 455.56 | | |
| | | | | ****DISPENSER BEVERAGE**** | | | | | | |
| 2 CS | | 24 LTR | NATRSEL JUICE ORANGE FRZ CADDY | 6150072 | 6150072 | 99.99 | | 199.98 | | |
| | | | | GROUP TOTAL**** | | | | 199.98 | | |
| MISC CHARGES | | | | CRGS FOR FUEL SURCHARGE | | | .34 | 5.00 | * | |

ORDER SUMMARY   : 800193

| | CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|---|
| DELVD | 25 | | 25 | 19.5 | 360 |
| | 84 | | 84 | 72.7 | 1524 |

OPEN: 6:00 AM    CLOSE:    7:00 PM

CUST. SIGN  X

DRIVER'S SIGN

NO. PCS DELVD    NO. PCS RTND    NO. ITEMS

PAYABLE ON OR BEFORE   6/24/11

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT  84127-0638

| SUB TOTAL | 3279.50 |
|---|---|
| TAX TOTAL | 34.86 |
| INVOICE TOTAL | 3314.36 |

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Good things from SYSCO**

**CUSTOMER'S ORIGINAL INVOICE**   **CONFIDENTIAL PROPERTY OF SYSCO**

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300   (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOON

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INVOICE NUMBER | 106230831 | PAGE | 1 | | | | |
| CUSTOMER | 386177 | | | | | | |
| ORDER DATE | 6/23/11 | | | | | | |
| TRUCK STOP | 016 / 7016 | | | | | | |
| ROUTE | 4333 | | | | | | |

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 706177 NORMAL DELIVERY
MA: SK14  THAIN BURKHART  9184
DRIVER: GRANT  9925

BILL TO / SHIP TO:
BEST WESTERN
1930 IDAHO ST
ELKO            NV  89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO            NV  89801
972-668-0327

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY UT
84127-0638
PAYABLE ON OR BEFORE

| QTY | | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | QTY | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **COOLER** | | | | | | | |
| | | | | *****DAIRY***** | | | | | | | |
| 1 | C | CS | 100 1 OZ | BRRLIME CHEESE CREAM PLAIN CUP | 39801 | 26.75 | | | 26.75 | | |
| 1 | C | CS | 360 3/8 OZ | WHLFARM CREAMER HALF & HALF SHF STBL | 5105700 | 14.00 | | | 14.00 | | |
| 6 | C | CS | 50 5 PT | DARIGLD MILK SKIM MINI BOX | 7213281 | 9.46 | | | 56.76 | | |
| 2 | C | CS | 50.5 PT | DARIGLD MILK 1% MINI BOX | 7213277 | 9.43 | | | 18.86 | | |
| 2 | C | CS | 50.5 PT | WHLFARM MILK 2% REDUCED FAT | 3862950 | 10.56 | | | 63.36 | | |
| 1/2 | C | CS | 1022 1/26 OZ | YOPLAIT ASST STW MIXED BRY | 384000 | 8.35 | | | 100.20 | | |
| | | | | GROUP TOTAL**** | | | | | 279.93 | | |
| | | | | ****PRODUCE***** | | | | | | | |
| 1 | C | CS | 11/75 | CTSYS CLS APPLE RED DEL FCY FRSH | 8924193 | 35.85 | | | 35.85 | | |
| 1 | C | CS | 140 LB | PACKER BANANA FRESH TIP GREEN | 1158542 | 34.08 | | | 34.08 | | |
| 1 | C | CS | 140# | PACKER BANANA GRN TURN TO YEL FRESH | 10073368 | 34.13 | | | 34.13 | | |
| 1 | C | CS | 11/13 | CTSYS CLS ORANGE NAVEL CH FRESH | 2252161 | 28.88 | | | 28.88 | | |
| | | | | GROUP TOTAL**** | | | | | 132.94 | | |
| | | | | **DRY** | | | | | | | |
| | | | | ***CANNED & DRY**** | | | | | | | |
| 3 | D | CS | 12 10 CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ | 5586 | 40.43 | | | 121.29 | | |
| 1 | D | CS | 431 OZ | KELLOGG CEREAL FROOT LOOP | 3800001791 | 45.35 | | | 45.35 | | |
| 1 | D | CS | 120 1.37 OZ | HSE REC CEREAL HOT OAT INST VAR | 00748653494 | 36.26 | | | 36.26 | | |
| 1 | D | CS | 835 OZ | KRSTEA2 CEREAL RAISIN BRAN | 748-0160 | 47.25 | | | 47.25 | | |
| OUT | D | CS | 6#10 | SYS CLS GRAVY SAUSAGE CNTRY RTU | 590PX 0682542 | | | | | | |
| 1 | D | CS | 6#10 | CHRMATE GRAVY SAUSAGE COUNTRY RTU | 5000005228 | 88.32 | | | 88.32 | | |

OPEN: 6:00 AM     CLOSE: 7:00 PM

CUST SIGN X _____

NO. PCS DELVD. ____   NO. PCS RESTK ____

| | |
|---|---|
| SUB TOTAL | 751.34 |
| TAX TOTAL | |
| INVOICE TOTAL | |

**CONT. ON PAGE 2**

DRIVER'S SIGN _____

| CASES | SPLIT | TOTAL PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 39 | | 39 | 31.4 | 782 |

NV 89801

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Good things** **SYSCO** **we come from**

CONFIDENTIAL PROPERTY OF SYSCO

**CUSTOMER'S ORIGINAL INVOICE**

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO        NV  89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO        NV  89801

| INV DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 6/23/11 | 386177 | 106230831 | 5  2 |

ROUTE STOP 016
ROUTE 4333

PURCHASE GROUP
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 706176 NORMAL DELIVERY
MA: SL94 CHAIN BURGHART 9184
DRIVER: GRANT 9925

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| D 1 CS | 200 | 5 OZ | SMUCKER JAM STRAWBERRY CUP | 007567 | 17.99 | | 17.99 | | |
| D 1 CS | 6 | 14OZ | SYS IMP PAN COATING ARSL CONC | 4003232 | 29.66 | | 29.66 | | |
| D 1 CS | 200 | 5 OZ | HSE REC PEANUT BUTTER CUP | 05885678090 | 39.65 | | 39.65 | | |
| D 1 CS | 65 | LB | BURSCLS WAFFLE MIX BELGIAN | 6153092 | 49.99 | | 49.99 | | |
| | | | ****PAPER & DISP.**** GROUP TOTAL**** | | | | 475.*6 | | |
| D 1 CS | 40 | 25 CT | MINCUP CUP FOAM 8 OZ  8C8W | 26120034 | 29.00 | | 29.00 | | |
| D 1 CS | 10 | 100 CT | MINCUP LID PLAS SIP FOR H8S  DPB | 4437562 | 19.99 | | 19.99 | | |
| D 1 CS | 20 | EA | 3M SPONGE SCRUB YELLOW/WHITE  63 | 8450769 | 43.95 | 3.01 | 43.95 * | | |
| | | | ****CHEMICAL & JANITORIAL**** GROUP TOTAL**** | | | | 92.94 | | |
| D 1 CS | 4 | 1GAL | KEYSTON CLEANER PINE MULTI SURFACE  6100064 | 7681797 | 49.99 | 3.42 | 49.99 * | | |
| D 2 PL | 15GAL | | ECOLAB DSTAINER LAUNDRY LIQUID  15982 | 4208120 | 79.99 | 5.48 | 159.98 * | | |
| | | | **HAZARD ** GROUP TOTAL**** | | | | | | |
| D 2 CS | 6 | 17OZ | KEYSTON POLISH S-S ARSL  6100204 | 8509370 | 39.97 | 2.74 | 79.94 * | | |
| | | | **HAZARD ** | | | | | | |
| D 1 PL | 15 GAL | | ECOLAB SOFTENER LAUN SOFRESH NP  14310 | 5826282 | 170.00 | 11.65 | 170.00 * | | |
| | | | ****SUPP & EQUIP**** GROUP TOTAL**** | | | | 459.91 | | |
| D OUT CS | 124CT | | SYSCO SHAKER S&P PANEL MUSHRM TOP 155S&P-2 | 4521365 | 33.30 | | 33.30 | | |
| | | | REMOTE-STOCK GROUP TOTAL**** | | | | | | |
| | | | ****DISPENSER BEVERAGE**** | | | | | | |
| D 2 CS | 962 OZ | | CITAVCO COFFEE COL 100% FINE W/F  3586632 | 4116158 | 163.93 | | 327.86 | | |
| D 4 CS | 200.70 OZ | | DOUWEGB COFFEE GRND YIELD IN ROOM | 5988852 | 39.99 | | 159.96 | | |
| D 1 CS | 24 LTR | | NATRSEL JUICE APPLE CKTAIL  108152 | 6149918 | 96.96 | | 96.96 | | |

OPEN: 6:00 AM   CLOSE: 7:00 PM

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 20 | | 20 | 21.8 | 382 |

DRIVER'S SIGN _____

CUST SIGN  X _____

NO. PCS DELVD.    NO. PCS REC'D

P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE

| | |
|---|---|
| SUB TOTAL | |
| TAX TOTAL | |
| INVOICE TOTAL | 2026.26 |

CONT. ON PAGE 3

# Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

From 17-Jun-11
To 24-Jun-11

**EMPLOYEE INFORMATION:**

Name: Myron Pree; GM
Position:

Start Out Fund: $32.77
Added: $967.23
TOTAL: $1,000.00

SEND TO: Connie Goltz

| Date | Account # | Vendor | Description | Bkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|------|-----------|--------|-------------|-----------|-------------|----------------------|------------------|--------|--------------|-----------------|-------|------------------|-------|
| 17-Jun-11 | | | Guest Laundry Machine took change | | | | | | | $ 1.00 | | | $ 1.00 |
| 17-Jun-11 | | USPS | Mail Packet to Frisco | | | | | | | 18.30 | | | $ 18.30 |
| 19-Jun-11 | | Walmart | Cascade for Kitchen Dishwasher and Double "AA" Batteries | $ 12.47 | | | | | | 10.65 | | | $ 23.12 |
| 21-Jun-11 | | Maxolis | Took Victoria (BW) to Lunch | | | | | $ 32.90 | | | | | $ 32.90 |
| 21-Jun-11 | | Honks | Purchase 3 cases of Bleach and Detergent | | | | | | $ 18.81 | | | | $ 18.84 |
| 22-Jun-11 | | JRS Bar & Grill | Took Victoria (BW) to Lunch | | | | | $ 41.15 | | | | | $ 41.15 |
| 22-Jun-11 | | Smith's | Coffee and Milk for kitchen | $ 31.51 | | | | | | | | | $ 31.51 |
| 22-Jun-11 | | Home Depot | Nozzle for air compressor and bath ties | | $ 17.09 | | | | | | | | $ 17.09 |
| 22-Jun-11 | | Home Depot | Additional 1/4" nozzle for Acompressor | | $ 2.02 | | | | | | | | $ 2.02 |
| 23-Jun-11 | | Home Depot | Fault Interupter cable | | $ 3.19 | | | | | | | | $ 3.19 |
| 23-Jun-11 | | Home Depot | Wall touch up paint and light bulbs | | $ 40.94 | | | | | | | | $ 40.94 |
| 23-Jun-11 | | The Star Hotel | Took Victoria and my wife to dinner at The Star Hotel $64.04 plus $10.96 tip | | | | | $ 75.00 | | | | | $ 75.00 |
| 24-Jun-11 | | usps | Mail Packet to Frisco | | | | | | | 18.30 | | | $ 18.30 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | 25 | | $ - | $ - | $ 323.39 |

Reimbursement total $ 322.33
Cash on Hand $ 676.61
Total Petty Cash $ 999.00

---

Elko Gold Mine, LLC DIP

Myron Pree

6/28/2011

Victoria -Sales

food
paint and supplies
postage
supplies

1 1 1 5

149.05
43.98
63.24
36.60
30.46

323.33

Citibank DIP 8572    food items/paint/sales/postage/supplies



THE HOME DEPOT
More saving.
More doing.

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00056 45565        05/23/11  10:30 AM
CASHIER SELF CHECK OUT - SCO156



022367584565 GLN INT SA <A>            23.47
762148127215 194 B4 2PK <A.S>
582.97                                 14.85

        SUBTOTAL              38.32
        SALES TAX             2.62
        TOTAL                $40.94
        CASH                 100.00
        CHANGE DUE           59.06

3320 56 45565 06/23/2011 6227

        RETURN POLICY DEFINITIONS
   POLICY ID   DAYS   POLICY EXPIRES ON
     A    1    90          09/21/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
            DETAILS.

        GUARANTEED LOW PRICES
      LOOK FOR HUNDREDS OF
      LOWER PRICES STOREWIDE
*************************************

ENTER FOR A CHANCE

---



THE HOME DEPOT
More saving.
More doing.

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00057 48652        06/23/11  11:24 AM
CASHIER SELF CHECK OUT - SCO157



032076075217 F.I. DISCO <A>             2.99

*Fault Interrupter*

        SALES TAX            0.20
        TOTAL               $3.19
        CASH                20.00
        CHANGE DUE          16.81

3320 57 48652 06/23/2011 4355

        RETURN POLICY DEFINITIONS
   POLICY ID   DAYS   POLICY EXPIRES ON
     A    1    90          09/21/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
            DETAILS.

        GUARANTEED LOW PRICES
      LOOK FOR HUNDREDS OF
      LOWER PRICES STOREWIDE
*************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT

---



GUEST RECEIPT                   523151

Dinner with
Victoria at    Date 6/23/11   Amount 75.00
"The Star"

                        Victoria Voto




More saving.
More doing.

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00003  96796    05/22/11  10:52 AM
CASHIER KAITLIN - KAJ3207

087817100017 7PCGUN KIT <A>            8.94
730575511259 6X6 FIELD <A>             7.05
  1500.47
                    SUBTOTAL          15.99
                    SALES TAX          1.10
                    TOTAL            $17.09
                    CASH             20.00
                    CHANGE DUE        2.91

3320 03 96796 06/22/2011 5042

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1      90            09/20/2011

THE HOME DEPOT RESERVES THE RIGHT TO




More saving.
More doing.

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00057  46749    06/22/11  11:33 AM
CASHIER SELF CHECK OUT - SCO T57

045664613228 1/4"X1/4"NPT <A>          1.99
                    SUBTOTAL           1.89
                    SALES TAX          0.13
                    TOTAL            $2.02
                    CASH               1.25
                    CASH               1.00
                    CHANGE DUE         0.23

3320 57 46749 06/22/2011 3941

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1      90            09/20/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT

```
JR'S GOLD COUNTRY BAR & GRILL
        2050 Idaho Street
   Elko NV, 89801 (775) 778-0615
6/22/2041                    13:13
```

```
             JR's Restaurant
Check: 346224        Table: 36
Serv : Amanda
Term  : 34
=================================
           Regular
   2 Seafood Fettucin     29.90
     @ 14.95
   1 Root Beer             1.75
   1 Iced Tea              1.25

        Subtotal          32.90
             Tax           2.25
           Total          35 15


Tip _____  Total _____

ROOM#
```

$41.15

```
X
SIGNATURE
```

```
PLEASE PAY THE CASHIER
       THANK YOU
```

Lunch With
Victoria
Voto
$6.00 Tip

For Employment Opportunities Apply At
www.smithsfoodanddrug.com

# Smith's
### Market-Fresh Every Day

```
    1740 Mountain City Hwy.
    775-777-1333
YOUR CASHIER WAS SELF CHECKOUT

     FOLGR COFFEE          10.97 F
     FOLGR COFFEE          10.97 F
     SMTH 20 MILK     FV    3.19 F
SC   YOU SAVED        0.30
     SMTH 20 MILK     FV    3.19 F
SC   YOU SAVED        0.30
     SMTH 20 MILK     FV    3.19 F
SC   YOU SAVED        0.30
 FRESH VALUE CUSTOMER    ********4419
     TAX                   0.00
**** BALANCE              31.51
     CASH                 20.00
     CASH                 10.00
     CASH                  5.00
     CHANGE                3.49
TOTAL NUMBER OF ITEMS SOLD =    5

FreshValues Savings     $   0.90
Total Savings (2 Percent)  $  0.90

06/22/11 10:43am 388 83 69 999
```

```
*********************************
TODAY YOU SAVED
     $0.90
SAVINGS THIS YEAR $   48.15
*********************************
```



CHECK ONE

☐ PAID OUT

☐ REFUND   (E)

AMOUNT  $ 1.00

EXPLANATION

ROOM NO.     FOLIO NO.          NOT VALID UNLESS APPROVED BY INNKEEPER

REC'D BY - SIGNATURE      *washer stole $$*

PAID BY - DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK

FORM #-23

---

**Walmart** ><
Save money. Live better.

MANAGER MYRON JOHNSON
( 775 ) 778 - 6778
ST# 2402 OP# 00005646 TE# 52 TR# 02
ARIS        004133370464       9.9
CASCADE AP  003700026933      11.6
                 SUBTOTAL     21.6
       TAX 1  6.850 %          1.4
                    TOTAL     23.1
                CASH TEND     25.0
               CHANGE DUE      1.8

**# ITEMS SOLD 2**

TC# 0396 6922 6969 5935 9978

Low prices. Every day. On everythin
Backed by our Ad Match Guarantee.
06/19/11    10:48:29

---

*Took Victoria to lunch.*

MACHI'S
SALOON & GRILL
450 Commercial Street
Elko, NV 775-738-9772

REG  06-21-2011 13:53
                         000138
*$ 6.00 Tip*              CT  1

1 FOODSTUFFS
        T1            $20.50
1 LIQUOR               $5.00
   TA1                $20.50
   TX1                 $1.40
   TL           $26.90
   CASH               $40.00
                      $13.10

*$132.90*

---



**Honks**

DATE 06/21/2011 TUE    TIME 09:33

12X       @0.88
MISC    T1         $10.56
2X        @0.88
MISC    T1          $1.76

*3 Cases Bleach*
*2 detergent*

6X        @0.88
MISC    T1          $5.28
SUBTOTAL          $17.60
TAXABLE1          $17.60
TAX1               $1.21
TOTAL            $18.81
CASH             $20.00
CHANGE            $1.19

Always An Adventure...

Always **Honks**

RG        No.235604   00002


(E)

```
========================================
              ELKO MPO
           ELKO, Nevada
            898013618
          3148830806-0096
06/17/2011 (800)275-8777 12:37:38 PM
========================================
           ─ Sales Receipt ─
Product        Sale Unit        Final
Description     Qty Price        Price

FRISCO TX 75034                 $18.30
Zone-6 Express Mail
PO-Add Flat Rate Env
12.60 oz.
   Label #:EG113317395US
   Mon 06/20/11 03:00 PM -
   Guaranteed Delivery
   Signature Requested
                               ========
Issue PVI:                      $18.30
                               ========

Total:                          $18.30


Paid by:
Cash                            $20.00
Change Due:                     -$1.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
```

Main Menu > Transfers and Payments >                                            Help

**Domestic Wire Using Model**

WIRE:    From Account: **MAIN ACCOUNT**    Currency: **US Dollars**

Status:    **Processed** - Confirmation Number is **1580273854**.

Wire Fees:    **$12.50**

| Beneficiary | Bank |
|---|---|
| **CITY OF ELKO**<br>TAX ON TRANSIENT LODGING RETURN<br>1751 COLLEGE AVE<br>ELKO, NV 89801 | Name: **U.S. BANK,N.A.**<br>ABA: **121201694**<br>Address: Portland , OR |

Beneficiary's account number: ███████9399

Amount:    **$17,342.93**

Date of Transfer: **immediate**

Special Instructions:
ELKO GOLD MINE
OCCP TAX MAY 2011

[ Save as Model ]    Model Name: [ CITY OF ELKO ]

[ Process another Wire ]

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi

Citi.com



Terms, conditions, caveats and small print
Copyright © 2011 Citigroup Inc.

# citibank                                                                    CitiBusiness®

Citibank CBO Services    022
PO Box 226526
Dallas, TX 75260          00022885 BB CCC 181 JSWO#5IC BM1  041 0

157945/R1/21F000/0

071
CITIBANK, N. A.
**Account**
▇▇▇▇▇8572
**Statement Period**
June 1 - June 30, 2011
**Relationship Manager**
Gaudino,Bruce
(212) 559-6055

ELKO GOLD MINE LLC - DIP
3400 PARKWOOD BLVD Suite LEGACY
FRISCO                    TX 75034

Page  1  of  22

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2011

Relationship Summary:

| | |
|---|---|
| Checking | $215,459.96 |
| Savings | |
| Checking Plus | |

## SUGGESTIONS AND RECOMMENDATIONS

### *WHEN PLANNING THAT NEXT GETAWAY*

Plan on Citibank's **World Wallet® Service** to make ordering
Foreign Currency easier than ever.
You have access to a wide variety of Foreign Currencies, delivered right to your door or place of business.
(Anywhere in the Continental U.S)
Visit your nearest Citibank or call **1-800-756-7050.**
Limits/Fees apply.

## SERVICE CHARGE SUMMARY FROM MAY 1, 2011 THRU MAY 31, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ▇▇▇8572 | | | |
| Average Daily Collected Balance | | | $145,364.30 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 140 | .3000 | 42.00 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

63

ELKO GOLD MINE LLC - DIP          Account ●●●●●8572      Page 2 of 22          157946/R1/21F000/C
                                  Statement Period -   June 1 - June 30, 2011

## CHECKING ACTIVITY

### CitiBusiness Streamlined Checking

●●●●8572

| | | | Beginning Balance: | | $132,296.78 |
|---|---|---|---|---|---|
| | | | Ending Balance: | | $215,459.96 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 6/01 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Jun 01 | | 12,020.91 | 144,317.69 |
| 6/01 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 01 | | 1,964.44 | 146,282.13 |
| 6/01 | CHECK NO:    187 | 4,300.00 | | 141,982.13 |
| 6/01 | CHECK NO:    1085 | 4,300.00 | | 137,682.13 |
| 6/01 | CHECK NO:    1086 | 4,300.00 | | 133,382.13 |
| 6/01 | ACH DEBIT<br>IRS        USATAXPYMT 270155255574289 Jun 01 | 2,620.69 | | 130,761.44 |
| 6/01 | CHECK NO:    1068 | 2,087.00 | | 128,674.44 |
| 6/01 | CHECK NO:    50170 | 460.00 | | 128,214.44 |
| 6/01 | ACH DEBIT<br>IRS        USATAXPYMT 270155255772707 Jun 01 | 78.86 | | 128,135.58 |
| 6/02 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 02 | | 3,671.89 | 131,807.47 |
| 6/02 | ACH DEBIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 02 | 4,500.07 | | 127,307.40 |
| 6/02 | CHECK NO:    1089 | 3,200.00 | | 124,107.40 |
| 6/02 | ACH DEBIT<br>Elko Nevada   7757777135 14260429   Jun 02 | 2,638.38 | | 121,469.02 |
| 6/03 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Jun 03 | | 132.59 | 121,601.61 |
| 6/03 | ACH DEBIT<br>SOUTHWEST GAS   WEB   2510047179024 Jun 03 | 2,072.56 | | 119,529.05 |
| 6/03 | ACH DEBIT<br>FRONTIER ONLINE E-BILL  6319977   Jun 03 | 2,035.91 | | 117,493.14 |
| 6/03 | CHECK NO:    50180 | 1,241.39 | | 116,251.75 |
| 6/03 | CHECK NO:    1088 | 836.43 | | 115,415.32 |
| 6/03 | ACH DEBIT<br>WASTECONNECTION WEB_PAY  04179446060111 Jun 03 | 360.40 | | 115,054.92 |
| 6/03 | ACH DEBIT<br>SIERRA PACIFIC P SPPC PYMT  01172137 347882 Jun 03 | 57.71 | | 114,997.21 |
| 6/06 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 06 | | 6,147.81 | 121,145.02 |
| 6/06 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 06 | | 4,781.27 | 125,926.29 |
| 6/06 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 06 | | 4,432.99 | 130,359.28 |
| 6/06 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Jun 06 | | 612.73 | 130,972.01 |
| 6/06 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Jun 06 | | 545.41 | 131,517.42 |
| 6/06 | ACH DEBIT<br>Intermountain   Vendor Pay Cust #386177   Jun 06 | 2,282.47 | | 129,234.95 |
| 6/06 | CHECK NO:    1077 | 862.75 | | 128,372.20 |
| 6/06 | CHECK NO:    1076 | 861.15 | | 127,511.05 |
| 6/06 | CHECK NO:    50101 | 354.00 | | 127,157.05 |
| 6/07 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 07 | | 5,416.47 | 132,573.52 |
| 6/07 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Jun 07 | | 2,686.22 | 135,259.74 |
| 6/07 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 135,247.24 |
| 6/07 | CBUSOL TRANSFER DEBIT<br>WIRE TO CITY OF ELKO | 17,342.93 | | 117,904.31 |
| 6/07 | CHECK NO:    1090 | 1,386.00 | | 116,518.31 |
| 6/07 | CHECK NO:    1080 | 76.25 | | 116,442.06 |
| 6/08 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 08 | | 4,964.11 | 121,406.17 |
| 6/08 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Jun 08 | | 890.47 | 122,296.64 |
| 6/08 | CHECK NO:    1079 | 670.06 | | 121,626.58 |
| 6/09 | ELECTRONIC CREDIT<br>NPC MERCH     PYMT PROC 0013039673  Jun 09 | | 61,354.66 | 182,981.24 |
| 6/09 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Jun 09 | | 329.25 | 183,310.49 |
| 6/09 | CHECK NO:    1093 | 2,826.84 | | 180,483.65 |
| 6/09 | CHECK NO:    50166 | 62.27 | | 180,421.38 |
| 6/10 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Jun 10 | | 105.83 | 180,527.21 |

# citibank

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ▆▆▆▆▆8572        Page 3 of 22
Statement Period - June 1 - June 30, 2011

157947/R/21F000/0

| | CHECKING ACTIVITY | | | Continued |
|---|---|---|---|---|

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 6/13 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 13 | | 11,946.07 | 192,473.28 |
| 6/13 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 13 | | 4,824.62 | 197,297.90 |
| 6/13 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 13 | | 4,153.09 | 201,450.99 |
| 6/13 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 13 | | 1,378.62 | 202,829.61 |
| 6/13 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 13 | | 464.09 | 203,293.70 |
| 6/13 | ACH DEBIT<br>Intermountain   Vendor Pay Cust #386177   Jun 13 | 3,834.76 | | 199,458.94 |
| 6/13 | CHECK NO:   50187 | 1,540.98 | | 197,917.96 |
| 6/13 | CHECK NO:   50199 | 859.25 | | 197,058.71 |
| 6/13 | CHECK NO:    1092 | 819.48 | | 196,239.23 |
| 6/13 | CHECK NO:   50201 | 740.80 | | 195,498.43 |
| 6/13 | CHECK NO:   50200 | 660.50 | | 194,837.93 |
| 6/13 | CHECK NO:   50197 | 639.09 | | 194,198.84 |
| 6/13 | CHECK NO:   50182 | 625.63 | | 193,573.21 |
| 6/13 | CHECK NO:   50196 | 609.13 | | 192,964.08 |
| 6/13 | CHECK NO:   50195 | 605.01 | | 192,359.07 |
| 6/13 | CHECK NO:   50193 | 595.50 | | 191,763.57 |
| 6/13 | CHECK NO:   50198 | 559.24 | | 191,204.33 |
| 6/13 | CHECK NO:   50194 | 558.53 | | 190,645.80 |
| 6/13 | CHECK NO:   50189 | 517.54 | | 190,128.26 |
| 6/13 | CHECK NO:   50191 | 512.77 | | 189,615.49 |
| 6/13 | CHECK NO:   50184 | 489.77 | | 189,125.72 |
| 6/13 | CHECK NO:   50186 | 473.01 | | 188,652.71 |
| 6/13 | CHECK NO:   50181 | 429.76 | | 188,222.95 |
| 6/13 | CHECK NO:   50192 | 375.57 | | 187,847.38 |
| 6/13 | CHECK NO:   50183 | 264.58 | | 187,582.80 |
| 6/14 | DEPOSIT | | 26,000.00 | 213,582.80 |
| 6/14 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 14 | | 6,203.67 | 219,786.47 |
| 6/14 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 14 | | 2,384.16 | 222,170.63 |
| 6/14 | CHECK NO:   50185 | 529.31 | | 221,641.32 |
| 6/15 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 15 | | 1,889.31 | 223,530.63 |
| 6/15 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 15 | | 1,065.03 | 224,595.66 |
| 6/15 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 224,583.16 |
| 6/15 | CBUSOL TRANSFER DEBIT<br>WIRE TO CM JARVIS FURNITUR LEASING INC. | 3,000.00 | | 221,583.16 |
| 6/15 | CHECK NO:    1095 | 26,341.56 | | 195,241.60 |
| 6/15 | CHECK NO:   998730 | 4,574.12 | | 190,667.48 |
| 6/15 | ACH DEBIT<br>IRS      USATAXPYMT 270156045563416 Jun 15 | 2,439.54 | | 188,227.94 |
| 6/15 | ACH DEBIT<br>AMERICAN EXPRESS AXP DISCNT 5270459654    Jun 15 | 1,072.46 | | 187,155.48 |
| 6/15 | CHECK NO:   50190 | 209.73 | | 186,945.75 |
| 6/15 | ACH DEBIT<br>IRS      USATAXPYMT 270156600515517 Jun 15 | 61.47 | | 186,884.28 |
| 6/16 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 16 | | 671.72 | 187,556.00 |
| 6/16 | ACH DEBIT<br>H R Shaikh Seyar  ACH XFER      Jun 16 | 800.00 | | 186,756.00 |
| 6/17 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 17 | | 3,654.74 | 190,410.74 |
| 6/17 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 17 | | 1,094.93 | 191,505.67 |
| 6/20 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 20 | | 6,531.32 | 198,036.99 |
| 6/20 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 20 | | 6,376.95 | 204,413.94 |
| 6/20 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 20 | | 3,352.44 | 207,766.38 |
| 6/20 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 20 | | 1,109.02 | 208,875.40 |
| 6/20 | ACH DEBIT<br>Intermountain   Vendor Pay Cust #386177   Jun 20 | 5,246.13 | | 203,629.27 |
| 6/20 | CHECK NO:    1091 | 3,745.00 | | 199,884.27 |
| 6/21 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 21 | | 11,425.30 | 211,309.57 |

