ELKO GOLD MINE LLC - DIP

Account ⬛⬛⬛⬛8572    Page 4 of 22
Statement Period - June 1 - June 30, 2011

157948/R1/21F000/0

## CHECKING ACTIVITY                                                      Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 6/21 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 21 | | 1,048.65 | 212,358.22 |
| 6/21 | CHECK NO:    10993 | 10,372.85 | | 201,985.37 |
| 6/21 | CHECK NO:    50178 | 189.75 | | 201,795.62 |
| 6/21 | CHECK NO:    1096 | 171.25 | | 201,624.37 |
| 6/21 | CHECK NO:    50202 | 97.30 | | 201,527.07 |
| 6/21 | CHECK NO:    50188 | 79.79 | | 201,447.28 |
| 6/22 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 22 | | 3,154.78 | 204,602.06 |
| 6/22 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 22 | | 2,433.94 | 207,036.00 |
| 6/22 | ACH DEBIT<br>ZURICH US    ZURICHDB  01963769001000 Jun 22 | 244.91 | | 206,791.09 |
| 6/23 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 23 | | 1,387.59 | 208,178.68 |
| 6/23 | CHECK NO:    1098 | 2,082.00 | | 206,096.68 |
| 6/23 | CHECK NO:    1097 | 1,000.00 | | 205,096.68 |
| 6/23 | CHECK NO:    1100 | 795.98 | | 204,300.70 |
| 6/23 | CHECK NO:    1101 | 25.50 | | 204,275.20 |
| 6/24 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 24 | | 7,382.72 | 211,657.92 |
| 6/24 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 24 | | 1,175.91 | 212,833.83 |
| 6/24 | SERVICE CHARGES<br>FEE FOR DOMESTIC FUNDS TRANSFER | 12.50 | | 212,821.33 |
| 6/24 | CBUSOL TRANSFER DEBIT<br>May 2011 remaining pymt | 9,206.00 | | 203,615.33 |
| 6/24 | CHECK NO:    1102 | 1,143.51 | | 202,471.82 |
| 6/27 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 27 | | 11,475.39 | 213,947.21 |
| 6/27 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 27 | | 4,873.09 | 218,820.30 |
| 6/27 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 27 | | 4,869.61 | 223,689.91 |
| 6/27 | ACH DEBIT<br>Intermountain    Vendor Pay Cust #386177    Jun 27 | 2,833.18 | | 220,856.73 |
| 6/27 | CHECK NO:    50214 | 1,540.98 | | 219,315.75 |
| 6/27 | CHECK NO:    50206 | 800.84 | | 218,514.91 |
| 6/27 | CHECK NO:    50204 | 762.88 | | 217,752.03 |
| 6/27 | CHECK NO:    50220 | 709.04 | | 217,042.99 |
| 6/27 | CHECK NO:    50215 | 670.41 | | 216,372.58 |
| 6/27 | CHECK NO:    50211 | 658.32 | | 215,714.26 |
| 6/27 | CHECK NO:    50205 | 614.93 | | 215,099.33 |
| 6/27 | CHECK NO:    50219 | 613.87 | | 214,485.46 |
| 6/27 | CHECK NO:    50218 | 593.91 | | 213,891.55 |
| 6/27 | CHECK NO:    50217 | 554.36 | | 213,337.19 |
| 6/27 | CHECK NO:    50203 | 548.82 | | 212,788.37 |
| 6/27 | CHECK NO:    50213 | 507.88 | | 212,280.49 |
| 6/27 | CHECK NO:    50208 | 457.83 | | 211,822.66 |
| 6/27 | CHECK NO:    50212 | 431.19 | | 211,391.47 |
| 6/28 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 28 | | 1,416.57 | 212,808.04 |
| 6/28 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 28 | | 1,198.33 | 214,006.37 |
| 6/28 | ACH DEBIT<br>IRS    USATAXPYMT 270157903566850 Jun 28 | 2,619.37 | | 211,387.00 |
| 6/28 | CHECK NO:    50210 | 825.48 | | 210,561.52 |
| 6/28 | CHECK NO:    50207 | 663.12 | | 209,898.40 |
| 6/28 | CHECK NO:    50216 | 534.31 | | 209,364.09 |
| 6/28 | CHECK NO:    50222 | 154.46 | | 209,209.63 |
| 6/28 | CHECK NO:    1078 | 75.00 | | 209,134.63 |
| 6/28 | ACH DEBIT<br>IRS    USATAXPYMT 270157993322315 Jun 28 | 53.46 | | 209,081.17 |
| 6/29 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 29 | | 3,766.26 | 212,847.43 |
| 6/29 | CHECK NO:    2000 | 154.15 | | 212,693.28 |
| 6/30 | ELECTRONIC CREDIT<br>NPC MERCH    PYMT PROC 0013039673    Jun 30 | | 2,314.62 | 215,007.90 |
| 6/30 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654    Jun 30 | | 634.98 | 215,642.88 |
| 6/30 | CHECK NO:    50209 | 182.92 | | 215,459.96 |
| | **Total Debits/Credits** | **168,551.39** | **251,714.57** | |

# citibank

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ⬛⬛⬛8572    Page 5 of 22
Statement Period - June 1 - June 30, 2011

157949/R/T/21F000/0

## CHECKING ACTIVITY

**Continued**

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 187 | 6/01 | 4,300.00 | 1098 | 6/23 | 2,082.00 | 50188 | 6/21 | 79.79 | 50206 | 6/27 | 800.84 |
| 1068* | 6/01 | 2,087.00 | 1100* | 6/23 | 795.98 | 50189 | 6/13 | 517.54 | 50207 | 6/28 | 663.12 |
| 1076* | 6/06 | 861.15 | 1101 | 6/23 | 25.50 | 50190 | 6/15 | 209.73 | 50208 | 6/27 | 457.83 |
| 1077 | 6/06 | 862.75 | 1102 | 6/24 | 1,143.51 | 50191 | 6/13 | 512.77 | 50209 | 6/30 | 182.92 |
| 1078 | 6/28 | 75.00 | 2000* | 6/29 | 154.15 | 50192 | 6/13 | 375.57 | 50210 | 6/28 | 825.48 |
| 1079 | 6/08 | 670.06 | 10993* | 6/21 | 10,372.85 | 50193 | 6/13 | 595.50 | 50211 | 6/27 | 658.32 |
| 1080 | 6/07 | 76.25 | 50101* | 6/06 | 354.00 | 50194 | 6/13 | 558.53 | 50212 | 6/27 | 431.19 |
| 1085* | 6/01 | 4,300.00 | 50166* | 6/09 | 62.27 | 50195 | 6/13 | 605.01 | 50213 | 6/27 | 507.88 |
| 1086 | 6/01 | 4,300.00 | 50170* | 6/01 | 460.00 | 50196 | 6/13 | 609.13 | 50214 | 6/27 | 1,540.98 |
| 1088* | 6/03 | 836.43 | 50178* | 6/21 | 189.75 | 50197 | 6/13 | 639.09 | 50215 | 6/27 | 670.41 |
| 1089 | 6/02 | 3,200.00 | 50180* | 6/03 | 1,241.39 | 50198 | 6/13 | 559.24 | 50216 | 6/28 | 534.31 |
| 1090 | 6/07 | 1,386.00 | 50181 | 6/13 | 429.76 | 50199 | 6/13 | 859.25 | 50217 | 6/27 | 554.36 |
| 1091 | 6/20 | 3,745.00 | 50182 | 6/13 | 625.63 | 50200 | 6/13 | 660.50 | 50218 | 6/27 | 593.91 |
| 1092 | 6/13 | 819.48 | 50183 | 6/13 | 264.58 | 50201 | 6/13 | 740.80 | 50219 | 6/27 | 613.87 |
| 1093 | 6/09 | 2,826.84 | 50184 | 6/13 | 489.77 | 50202 | 6/21 | 97.30 | 50220 | 6/27 | 709.04 |
| 1095* | 6/15 | 26,341.56 | 50185 | 6/14 | 529.31 | 50203 | 6/27 | 548.82 | 50222* | 6/28 | 154.46 |
| 1096 | 6/21 | 171.25 | 50186 | 6/13 | 473.01 | 50204 | 6/27 | 762.88 | 998730* | 6/15 | 4,574.12 |
| 1097 | 6/23 | 1,000.00 | 50187 | 6/13 | 1,540.98 | 50205 | 6/27 | 614.93 | | | |

* Indicates gap in check number sequence    Number Checks Paid:    71    Totaling:    $103,112.63

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

YOU CAN CALL:

YOU CAN WRITE:

Checking

877-528-0990
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

ELKO GOLD MINE LLC - DIP            Account ●●●●●8572        Page 7 of 22        157951/R121F000
                                    Statement Period -  June 1 - June 30, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered
checks will appear first.  Non-check items will appear last.

Check images for account #        ●●●●●8572



Ck Date: 06/01/2011 Ck No: 187 Amt: $4300.00 | Ck Date: 06/01/2011 Ck No: 1068 Amt: $2087.00




Ck Date: 06/06/2011 Ck No: 1076 Amt: $861.15 | Ck Date: 06/06/2011 Ck No: 1077 Amt: $862.75



Ck Date: 06/28/2011 Ck No: 1078 Amt: $75.00 | Ck Date: 06/08/2011 Ck No: 1079 Amt: $670.06



Ck Date: 06/07/2011 Ck No: 1080 Amt: $76.25 | Ck Date: 06/01/2011 Ck No: 1085 Amt: $4300.00




Ck Date: 06/01/2011 Ck No: 1086 Amt: $4300.00 | Ck Date: 06/03/2011 Ck No: 1088 Amt: $836.43

ELKO GOLD MINE LLC - DIP

Account ●●●●●8572    Page 8 of 22
Statement Period - June 1 - June 30, 2011

157952/R1/21F000



Ck Date: 06/01/2011 Ck No: 1068 Amt: $2087.00

Ck Date: 06/01/2011 Ck No: 187 Amt: $4300.00

Ck Date: 06/06/2011 Ck No: 1077 Amt: $862.75

Ck Date: 06/06/2011 Ck No: 1076 Amt: $861.15

Ck Date: 06/08/2011 Ck No: 1079 Amt: $670.06

Ck Date: 06/28/2011 Ck No: 1078 Amt: $75.00

Ck Date: 06/01/2011 Ck No: 1085 Amt: $4300.00

Ck Date: 06/07/2011 Ck No: 1080 Amt: $76.25

Ck Date: 06/03/2011 Ck No: 1088 Amt: $836.43

Ck Date: 06/01/2011 Ck No: 1086 Amt: $4300.00

**citibank**                                                                                    **CitiBusiness**®

ELKO GOLD MINE LLC - DIP                  Account _____8572        Page 9 of 22        157953/R1/21F000
                                          Statement Period -  June 1 - June 30, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

### Check images for account #    _____8572



Ck Date: 06/02/2011 Ck No: 1089 Amt: $3200.00



Ck Date: 06/07/2011 Ck No: 1090 Amt: $1386.00

Ck Date: 06/20/2011 Ck No: 1091 Amt: $3745.00



Ck Date: 06/13/2011 Ck No: 1092 Amt: $819.48



Ck Date: 06/09/2011 Ck No: 1093 Amt: $2826.84



Ck Date: 06/15/2011 Ck No: 1095 Amt: $26341.56



Ck Date: 06/21/2011 Ck No: 1096 Amt: $171.25



Ck Date: 06/23/2011 Ck No: 1097 Amt: $1000.00

Ck Date: 06/23/2011 Ck No: 1098 Amt: $2082.00



Ck Date: 06/23/2011 Ck No: 1100 Amt: $795.98

ELKO GOLD MINE LLC - DIP

Account ████████8572    Page 10 of 22
Statement Period - June 1 - June 30, 2011

157954/R1/21F000



Ck Date: 06/07/2011 Ck No: 1090 Amt: $1386.00



Ck Date: 06/02/2011 Ck No: 1089 Amt: $3200.00



Ck Date: 06/13/2011 Ck No: 1092 Amt: $819.48



Ck Date: 06/20/2011 Ck No: 1091 Amt: $3745.00



Ck Date: 06/15/2011 Ck No: 1095 Amt: $26341.56



Ck Date: 06/09/2011 Ck No: 1093 Amt: $2826.84



Ck Date: 06/23/2011 Ck No: 1097 Amt: $1000.00



Ck Date: 06/21/2011 Ck No: 1096 Amt: $171.25



Ck Date: 06/23/2011 Ck No: 1100 Amt: $795.98



Ck Date: 06/23/2011 Ck No: 1098 Amt: $2082.00

ELKO GOLD MINE LLC - DIP                Account ▓▓▓▓8572        Page 11 of 22        157955/RH21F000
                                        Statement Period -  June 1 - June 30, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account # ▓▓▓▓8572



Ck Date: 06/23/2011 Ck No: 1101 Amt: $25.50



Ck Date: 06/24/2011 Ck No: 1102 Amt: $1143.51



Ck Date: 06/29/2011 Ck No: 2000 Amt: $154.15



Ck Date: 06/21/2011 Ck No: 10993 Amt: $10372.85



Ck Date: 06/06/2011 Ck No: 50101 Amt: $354.00



Ck Date: 06/09/2011 Ck No: 50166 Amt: $62.27



Ck Date: 06/01/2011 Ck No: 50170 Amt: $460.00



Ck Date: 06/21/2011 Ck No: 50178 Amt: $189.75



Ck Date: 06/03/2011 Ck No: 50180 Amt: $1241.39



Ck Date: 06/13/2011 Ck No: 50181 Amt: $429.76

ELKO GOLD MINE LLC - DIP

Account ▉▉▉▉8572    Page 12 of 22
Statement Period -   June 1 - June 30, 2011

157956/R1/21F000



Ck Date: 06/24/2011 Ck No: 1102 Amt: $1143.51



Ck Date: 06/23/2011 Ck No: 1101 Amt: $25.50



Ck Date: 06/21/2011 Ck No: 10993 Amt: $10372.85



Ck Date: 06/29/2011 Ck No: 2000 Amt: $154.15



Ck Date: 06/09/2011 Ck No: 50166 Amt: $62.27



Ck Date: 06/06/2011 Ck No: 50101 Amt: $354.00



Ck Date: 06/21/2011 Ck No: 50178 Amt: $189.75



Ck Date: 06/01/2011 Ck No: 50170 Amt: $460.00



Ck Date: 06/13/2011 Ck No: 50181 Amt: $429.76



Ck Date: 06/03/2011 Ck No: 50180 Amt: $1241.39

**citibank**                                                                 CitiBusiness®

ELKO GOLD MINE LLC - DIP              Account ████████8572      Page 13 of 22      157957/R1/21F000
                                      Statement Period - June 1 - June 30, 2011

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #    ████████8572



Ck Date: 06/13/2011 Ck No: 50182 Amt: $625.63          Ck Date: 06/13/2011 Ck No: 50183 Amt: $264.58



Ck Date: 06/13/2011 Ck No: 50184 Amt: $489.77          Ck Date: 06/14/2011 Ck No: 50185 Amt: $529.31



Ck Date: 06/13/2011 Ck No: 50186 Amt: $473.01          Ck Date: 06/13/2011 Ck No: 50187 Amt: $1540.98



Ck Date: 06/21/2011 Ck No: 50188 Amt: $79.79          Ck Date: 06/13/2011 Ck No: 50189 Amt: $517.54



Ck Date: 06/15/2011 Ck No: 50190 Amt: $209.73          Ck Date: 06/13/2011 Ck No: 50191 Amt: $512.77



63

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 14 of 22
Statement Period - June 1 - June 30, 2011

157958/R1/21F000



Ck Date: 06/13/2011 Ck No: 50183 Amt: $264.58

Ck Date: 06/13/2011 Ck No: 50182 Amt: $625.63

Ck Date: 06/14/2011 Ck No: 50185 Amt: $529.31

Ck Date: 06/13/2011 Ck No: 50184 Amt: $489.77

Ck Date: 06/13/2011 Ck No: 50187 Amt: $1540.98

Ck Date: 06/13/2011 Ck No: 50186 Amt: $473.01

Ck Date: 06/13/2011 Ck No: 50189 Amt: $517.54

Ck Date: 06/21/2011 Ck No: 50188 Amt: $79.79

Ck Date: 06/13/2011 Ck No: 50191 Amt: $512.77

Ck Date: 06/15/2011 Ck No: 50190 Amt: $209.73

# citibank                                                                citiBusiness®

ELKO GOLD MINE LLC - DIP                    Account ████8572      Page 15 of 22      157959/R1/21F000
                                            Statement Period - June 1 - June 30, 2011

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ████8572



Ck Date: 06/13/2011 Ck No: 50192 Amt: $375.57          Ck Date: 06/13/2011 Ck No: 50193 Amt: $595.50




Ck Date: 06/13/2011 Ck No: 50194 Amt: $558.53          Ck Date: 06/13/2011 Ck No: 50195 Amt: $605.01

Ck Date: 06/13/2011 Ck No: 50196 Amt: $609.13          Ck Date: 06/13/2011 Ck No: 50197 Amt: $639.09



Ck Date: 06/13/2011 Ck No: 50198 Amt: $559.24          Ck Date: 06/13/2011 Ck No: 50199 Amt: $859.25



Ck Date: 06/13/2011 Ck No: 50200 Amt: $660.50          Ck Date: 06/13/2011 Ck No: 50201 Amt: $740.80

63

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 16 of 22
Statement Period - June 1 - June 30, 2011

157960/R1/21F000



Ck Date: 06/13/2011 Ck No: 50193 Amt: $595.50

Ck Date: 06/13/2011 Ck No: 50192 Amt: $375.57

Ck Date: 06/13/2011 Ck No: 50195 Amt: $605.01

Ck Date: 06/13/2011 Ck No: 50194 Amt: $558.53

Ck Date: 06/13/2011 Ck No: 50197 Amt: $639.09

Ck Date: 06/13/2011 Ck No: 50196 Amt: $609.13

Ck Date: 06/13/2011 Ck No: 50199 Amt: $859.25

Ck Date: 06/13/2011 Ck No: 50198 Amt: $559.24

Ck Date: 06/13/2011 Ck No: 50201 Amt: $740.80

Ck Date: 06/13/2011 Ck No: 50200 Amt: $660.50

# citibank

CitiBusiness®

**ELKO GOLD MINE LLC - DIP**

Account ████8572    Page 17 of 22
Statement Period - June 1 - June 30, 2011

157961/R/T/21F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ████8572



Ck Date: 06/21/2011 Ck No: 50202 Amt: $97.30



Ck Date: 06/27/2011 Ck No: 50203 Amt: $548.82



Ck Date: 06/27/2011 Ck No: 50204 Amt: $762.88

Ck Date: 06/27/2011 Ck No: 50205 Amt: $614.93

Ck Date: 06/27/2011 Ck No: 50206 Amt: $800.84

Ck Date: 06/28/2011 Ck No: 50207 Amt: $663.12

Ck Date: 06/27/2011 Ck No: 50208 Amt: $457.83

Ck Date: 06/30/2011 Ck No: 50209 Amt: $182.92

Ck Date: 06/28/2011 Ck No: 50210 Amt: $825.48

Ck Date: 06/27/2011 Ck No: 50211 Amt: $658.32

ELKO GOLD MINE LLC - DIP

Account ████8572    Page 18 of 22
Statement Period - June 1 - June 30, 2011

157962/R1/21F000



Ck Date: 06/27/2011 Ck No: 50203 Amt: $548.82    Ck Date: 06/21/2011 Ck No: 50202 Amt: $97.30

Ck Date: 06/27/2011 Ck No: 50205 Amt: $614.93    Ck Date: 06/27/2011 Ck No: 50204 Amt: $762.88

Ck Date: 06/28/2011 Ck No: 50207 Amt: $863.12    Ck Date: 06/27/2011 Ck No: 50206 Amt: $800.84

Ck Date: 06/30/2011 Ck No: 50209 Amt: $182.92    Ck Date: 06/27/2011 Ck No: 50208 Amt: $457.83

Ck Date: 06/27/2011 Ck No: 50211 Amt: $658.32    Ck Date: 06/28/2011 Ck No: 50210 Amt: $825.48

# citibank

**CitiBusiness**®

| | | |
|---|---|---|
| ELKO GOLD MINE LLC - DIP | Account ████8572 | Page 19 of 22 |
| | Statement Period - June 1 - June 30, 2011 | 157963/R1721F000 |

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ████8572

Ck Date: 06/27/2011 Ck No: 50212 Amt: $431,19    Ck Date: 06/27/2011 Ck No: 50213 Amt: $507.88

Ck Date: 06/27/2011 Ck No: 50214 Amt: $1540.98    Ck Date: 06/27/2011 Ck No: 50215 Amt: $670.41

Ck Date: 06/28/2011 Ck No: 50216 Amt: $534.31    Ck Date: 06/27/2011 Ck No: 50217 Amt: $554.36

Ck Date: 06/27/2011 Ck No: 50218 Amt: $593.91    Ck Date: 06/27/2011 Ck No: 50219 Amt: $613.87

Ck Date: 06/27/2011 Ck No: 50220 Amt: $709.04    Ck Date: 06/28/2011 Ck No: 50222 Amt: $154.46

63

ELKO GOLD MINE LLC - DIP

Account ●●●●●8572    Page 20 of 22
Statement Period - June 1 - June 30, 2011

157964/R1/21F000



Ck Date: 06/27/2011 Ck No: 50213 Amt: $507.88

Ck Date: 06/27/2011 Ck No: 50212 Amt: $431.19

Ck Date: 06/27/2011 Ck No: 50215 Amt: $670.41

Ck Date: 06/27/2011 Ck No: 50214 Amt: $1540.98

Ck Date: 06/27/2011 Ck No: 50217 Amt: $554.36

Ck Date: 06/28/2011 Ck No: 50216 Amt: $534.31

Ck Date: 06/27/2011 Ck No: 50219 Amt: $613.87

Ck Date: 06/27/2011 Ck No: 50218 Amt: $593.91

Ck Date: 06/28/2011 Ck No: 50222 Amt: $154.46

Ck Date: 06/27/2011 Ck No: 50220 Amt: $709.04

**citibank**                                                                CitiBusiness®

ELKO GOLD MINE LLC - DIP                    Account ████████8572        Page 21 of 22        157965/R?/21F000
                                            Statement Period -  June 1 - June 30, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered
checks will appear first.  Non-check items will appear last.

Check images for account # ████████8572



Ck Date: 06/15/2011 Ck No: 998730 Amt: $4574.12



ELKO GOLD MINE LLC - DIP

Account ■■■■■8572    Page 22 of 22
Statement Period -   June 1 - June 30, 2011

157966/R1/21F000



Ck Date: 06/15/2011 Ck No: 998730 Amt: $4574.12



NEVADA
BANK & TRUST
Member FDIC

**ACCOUNT NUMBER**
4070

**STATEMENT DATE**
Jun 30, 2011

```
*************************SNGLP
3069 1.5470 SP 0.640      15 1 3
```

Pg   1 of   4

ELKO GOLD MINE, LLC                                                      31
MAIN ACCOUNT
DMC / DBA: COUNTRY HEARTH INN
3400 PARKWOOD BLVD   LEGACY ROOM
FRISCO TX 75034

Thank you for banking with Nevada Bank and Trust.

\*\*\*\*\*
To spotlight June 15th "World Elder Abuse Awareness Day" Nevada Bank and
Trust is offering tips on how to identify and prevent elder financial abuse.
Seniors are valued members of our communities and it is our responsibility
to ensure they live safely and with dignity. According to reports, seniors
lose an estimated $2.6 billion or more due to elder financial abuse and
exploitation.

Nevada Bank and Trust would like to offer the following tips to our elder
consumers:

Never give your Social Security number, account numbers or other personal
information over the phone unless you initiated the call.
Review your monthly accounts regularly for any unauthorized charges.  Report
lost or stolen checks immediately.  And shred receipts, bank statements and
unused credit card offers.
Order copies of your credit report once a year to ensure accuracy.
Lock up your checkbook, account statements and other sensitive information
when others will be in your home.
Report any unusual account inquiries you receive-whether by phone or e-mail-
to your banker, who will take measures to protect your account and notify
authorities.
Carefully choose trustworthy people to act as your agent in all
estate-planning matters.
Don't open e-mails from unknown sources, and beware of any notice claiming
you have won a lottery.
Talk to your local banker about any financial needs, concerns or questions.


Entreprenuer Account
06/01/2011 Beginning Balance                                         4,726.64
           40 Deposits/Other Credits              +                 35,152.17
            5 Checks/Other Debits                 -                 26,362.88
06/30/2011 Ending Balance      30 Days in Statement Period          13,515.93
-----------------------------------------------------------------------------



**NEVADA BANK & TRUST**

Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
Jun 30, 2011

Pg   2 of   4

ELKO GOLD MINE, LLC

```
------------------------ Deposits/Other Credits ------------------------
06/01/2011 Deposit                                              290.06
06/03/2011 Deposit                                              100.00
06/03/2011 Deposit                                              156.79
06/03/2011 Deposit                                              713.39
06/06/2011 Deposit                                              315.78
06/06/2011 Deposit                                              352.30
06/06/2011 Deposit                                              486.62
06/06/2011 Direct Deposit                                       179.20
           CORP LODG CON 3  DLY QPY CR
06/07/2011 Deposit                                            2,153.16
06/08/2011 Deposit                                               86.24
06/08/2011 Deposit                                            1,198.27
06/09/2011 Deposit                                              152.31
06/09/2011 Direct Deposit                                     2,867.20
           CORP LODG CON 3  DLY QPY CR
06/10/2011 Deposit                                            4,741.92
06/10/2011 Direct Deposit                                     6,092.80
           CORP LODG CON 3  DLY QPY CR
06/13/2011 Deposit                                               89.59
06/13/2011 Deposit                                              302.40
06/13/2011 Deposit                                              350.00
06/13/2011 Direct Deposit                                       985.60
           CORP LODG CON 3  DLY QPY CR
06/14/2011 Deposit                                            2,602.44
06/14/2011 Direct Deposit                                       806.40
           CORP LODG CON 3  DLY QPY CR
06/17/2011 Deposit                                              141.11
06/17/2011 Direct Deposit                                     1,612.80
           CORP LODG CON 3  DLY QPY CR
06/20/2011 Deposit                                               16.70
06/20/2011 Deposit                                              984.98
06/20/2011 Deposit                                            1,579.86
06/20/2011 Direct Deposit                                       716.80
           CORP LODG CON 3  DLY QPY CR
06/22/2011 Deposit                                               81.76
06/22/2011 Deposit                                              156.11
```



NEVADA
BANK & TRUST
Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
Jun 30, 2011

Pg   3 of   4

ELKO GOLD MINE, LLC

```
06/22/2011 Deposit                                              323.37
06/23/2011 Direct Deposit                                       716.80
           CORP LODG CON 3  DLY QPY CR
06/24/2011 Deposit                                              151.92
06/24/2011 Deposit                                              439.48
06/24/2011 Direct Deposit                                       448.00
           CORP LODG CON 3  DLY QPY CR
06/27/2011 Deposit                                              141.11
06/27/2011 Deposit                                              179.18
06/27/2011 Deposit                                              203.83
06/27/2011 Deposit                                              350.00
06/28/2011 Direct Deposit                                        89.60
           CORP LODG CON 3  DLY QPY CR
06/28/2011 Deposit                                            1,796.29
```

```
------- Checks listed in numerical order; (*) indicates gap in sequence -------
     Check   Date        Amount          Check   Date          Amount
---------------------------------        -------------------------------
     1236   06/15      26,000.00
```

```
------------------------------- Other Debits -------------------------------
06/09/2011 Direct Payment                                        76.16
           CORP LODG CON 4  WEK DRF DB
06/16/2011 Direct Payment                                       197.12
           CORP LODG CON 4  WEK DRF DB
06/23/2011 Direct Payment                                        76.16
           CORP LODG CON 4  WEK DRF DB
06/30/2011 Direct Payment                                        13.44
           CORP LODG CON 4  WEK DRF DB
```



NEVADA
BANK & TRUST
Member FDIC

ACCOUNT NUMBER
████4070

STATEMENT DATE
Jun 30, 2011

Pg   4 of   4

ELKO GOLD MINE, LLC

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | .00 | 27.50 |
| Total Return Item Fees | .00 | 55.00 |

Daily Ending Balance

| | | | | | |
|---|---|---|---|---|---|
| 06/01 | 5,016.70 | 06/13 | 26,264.11 | 06/22 | 9,089.32 |
| 06/03 | 5,986.88 | 06/14 | 29,672.95 | 06/23 | 9,729.96 |
| 06/06 | 7,320.78 | 06/15 | 3,672.95 | 06/24 | 10,769.36 |
| 06/07 | 9,473.94 | 06/16 | 3,475.83 | 06/27 | 11,643.48 |
| 06/08 | 10,758.45 | 06/17 | 5,229.74 | 06/28 | 13,529.37 |
| 06/09 | 13,701.80 | 06/20 | 8,528.08 | 06/30 | 13,515.93 |
| 06/10 | 24,536.52 | | | | |

ELKO GOLD MINE, LLC ▬▬4070 Page 5



DDA Credits – 06/01/2011

DDA Credits – 06/03/2011

DDA Credits – 06/03/2011

DDA Credits – 06/03/2011

DDA Credits – 06/06/2011

DDA Credits – 06/06/2011

ELKO GOLD MINE, LLC  4070 Page 6



DDA Credits - 06/06/2011



DDA Credits - 06/07/2011



DDA Credits - 06/08/2011



DDA Credits - 06/08/2011



DDA Credits - 06/09/2011



DDA Credits - 06/10/2011



DDA Credits - 06/13/2011    DDA Credits - 06/13/2011

DDA Credits - 06/13/2011    DDA Credits - 06/13/2011

DDA Credits - 06/13/2011    DDA Credits - 06/13/2011

DDA Credits - 06/14/2011    DDA Credits - 06/14/2011

DDA Credits - 06/17/2011    DDA Credits - 06/17/2011

DDA Credits - 06/20/2011    DDA Credits - 06/20/2011



CHECKING DEPOSIT
Date
Name  Best Western
ACCOUNT NUMBER  4070
987 50
59236
NET DEPOSIT $  1579.86
⑈5400=000 1⑈  151

DDA Credits – 06/20/2011

NEVADA B&T >124201565< 06/20/2011 ...

DDA Credits – 06/20/2011

---

CHECKING DEPOSIT
Date  6/20/11
Name  Best Western
ACCOUNT NUMBER  4070
984 98
SUB TOTAL  984 98
NET DEPOSIT  984 98
⑈5400=000 1⑈  151

DDA Credits – 06/20/2011

NEVADA B&T >124201565< 06/20/2011 ...

DDA Credits – 06/20/2011

---

CHECKING DEPOSIT
Date  6/22/11
Name  Best Western
ACCOUNT NUMBER  4020
17 12
64 64
81 76
NET DEPOSIT $  81.76
⑈5400=000 1⑈  151

DDA Credits – 06/22/2011

NEVADA B&T >124201565< 06/22/2011 0026050214494

DDA Credits – 06/22/2011

---



CHECKING DEPOSIT
Date
Name  Best Western
ACCOUNT NUMBER  4070
223 37
100 00
32337
323.37
⑈5400=000 1⑈  151

DDA Credits – 06/22/2011

NEVADA B&T >124201565< 06/22/2011 ...

DDA Credits – 06/22/2011

---

CHECKING DEPOSIT
Date
Name  Best Western
ACCOUNT NUMBER  4070
156 11
156 11
156.11
⑈5400=000 1⑈  151

DDA Credits – 06/22/2011

NEVADA B&T >124201565< 06/22/2011 ...

DDA Credits – 06/22/2011

---



CHECKING DEPOSIT
Date  6/24/11
Name  Best Western
ACCOUNT NUMBER  4070
13 17
138 75
15 1 92
NEVADA BANK & TRUST
JUN 24 2011
0006   Teller #3   151
$  151.92
⑈5400=000 1⑈  151

DDA Credits – 06/24/2011

NEVADA B&T >124201565< 06/24/2011 0026030390621

DDA Credits – 06/24/2011



CHECKING DEPOSIT

Date 6/24/11
Name Best Western
ACCOUNT NUMBER
* ▬4070

439 48
439 98
439.48

JUN 24 2011
0008 Teller #3

⑆5400⑈0001⑈    151

DDA Credits - 06/24/2011



NEVADA B&T >124201565< 06/24/2011 002604250018

DDA Credits - 06/24/2011



CHECKING DEPOSIT

Name Best Western
ACCOUNT NUMBER
* 4070

179 16
179 18
179.18

⑆5400⑈0001⑈    151

DDA Credits - 06/27/2011

NEVADA B&T >124201565< 06/27/2011 002604259189

DDA Credits - 06/27/2011



CHECKING DEPOSIT

Date 6/27/11
Name Best Western
ACCOUNT NUMBER
* 4070

41 11
50 00
50 00
141 11
141.11

⑆5400⑈0001⑈    151

DDA Credits - 06/27/2011

NEVADA B&T >124201565< 06/27/2011 002604259192

DDA Credits - 06/27/2011

CHECKING DEPOSIT

Date
Name Best Western
ACCOUNT NUMBER
*

203 83
203 83
203.83

⑆5400⑈0001⑈    151

DDA Credits - 06/27/2011

NEVADA B&T >124201565< 06/27/2011 002604259197

DDA Credits - 06/27/2011



CHECKING DEPOSIT

Date 6/24/11
Name Best Western
ACCOUNT NUMBER
* 4070

300 00
50 00
350 00
350.00

⑆5400⑈0001⑈    151

DDA Credits - 06/27/2011

NEVADA B&T >124201565< 06/27/2011 002604259185

DDA Credits - 06/27/2011



CHECKING DEPOSIT

Date 6/28/11
Name Best Western
ACCOUNT NUMBER
* 4070

31806
147823
1796 29
1796.29

⑆5400⑈0001⑈    151

DDA Credits - 06/28/2011

NEVADA B&T >124201565< 06/28/2011 002604259196

DDA Credits - 06/28/2011

ELKO GOLD MINE, LLC ▬▬4070 Page 10

Elko Gold Mine LLC                    Nevada Bank & Trust Co                    1236

                                                        DATE    6/14/2011

PAY TO THE
ORDER OF   Elko Gold Mine LLC

                                          $  *26,000.00

Twenty-Six Thousand and 00/100******************************************DOLLARS

MEMO   Bank Transfer

DDA Debits - 06/15/2011