Michael G. Helms (admitted *pro hac vice*)
**THE HELMS LAW FIRM, P.L.C.**
2600 North Central Avenue, Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Fax: (602) 358-2055
mghelms@mghlawfirm.com
Attorneys for Best Western International, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ELKO GOLD MINE,<br><br>Debtor. | Case No. BK-11-50084-BTB<br><br>Chapter 11 |

### MOTION OF BEST WESTERN INTERNATIONAL, INC., FOR ORDER DIRECTING PAYMENT OF CURE AMOUNT

Best Western International, Inc. ("Best Western"), a creditor and interested party herein, hereby moves the Court pursuant to 11 U.S.C. § 362(d) to enter an Order herein directing Debtor and Debtor's counsel to pay to Best Western sufficient funds to cure all delinquent accounts owed pursuant to the Best Western Membership Agreement, together with interest and fees. In support of this Motion, Best Western states as follows:

1.  Debtor filed its petition for relief herein on January 10, 2011.

2.  On April 20, 2011, the Debtor filed a motion seeking to assume the Best Western Membership Agreement. The Court on April 22, 2011 (order entered June 20, 2011, Dkt. # 111), granted Debtor's motion to assume the membership agreement effective April 22, 2011, conditioned upon the Debtor continuing to make all post-petition payments

owed to Best Western, and that Debtor deposit sufficient funds into a segregated trust account to cure all delinquent amounts, including interest and attorney's fees, not later than June 23, 2011.  At that time, the hearing on Debtor's Disclosure Statement was scheduled for June 23, 2011.

3. On June 23, 2011, Debtor deposited $125,000.00 in its counsel's trust account for the purpose of providing for cure of the Best Western Membership Agreement.

4. Subsequent to the deposit of such funds in counsel's trust account, these proceedings have been repeatedly delayed, with the hearing on Debtor's disclosure statement having been twice postponed, and currently scheduled for July 29, 2011.

5. Section 365 of the Bankruptcy Code requires that as a condition of assumption of executor contracts, the Debtor must cure all monetary defaults of the agreement at the time of assumption, or provide adequate assurance that the Debtor will promptly cure such defaults.

6. Though the required deposit of such funds in counsel's trust account may be considered adequate assurance of an intent to cure past defaults, it is now more than 90 days since the Debtor assumed the membership agreement and its past defaults of the agreement have not been cured.

WHEREFORE, Best Western respectfully requests the Court to enter an Order directing Debtor and its counsel to pay such funds as are necessary to cure all past defaults of the Best Western Membership Agreement, including the payment of interest and attorney's fees, and for such other relief as the Court deems appropriate.

1 | Dated this 29th day of July, 2011.

THE HELMS LAW FIRM, P.L.C.

By: /s/ Michael G. Helms
Michael G. Helms
2600 North Central Avenue
Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Attorney for Best Western International, Inc.

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2011, I electronically transmitted the attached document to the Clerkøs Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan R. Smith, Esq.
505 Ridge Street
Reno, Nevada 89501
mail@asmithlaw.com

U.S. Trustee ó RN ó 11
300 Booth Street
Suite 2129
Reno, NV 89509
USTPRegoin17.RE.ECF@usdoj.gov

Jennifer A. Smith
cobrien@lionelsawyer.com
Attorney for CM Jarvis Furniture Leasing, Inc.

Paul S. Arrow
BUCHALTER NEMER, PC
1000 Wilshire Blvd, Ste. 1500
Los Angeles, CA 90017
parrow@buchalter.com
Attorney for Excel National Bank

Zachary T. Ball
Zachary.ball@fnf.com
Attorney for Fidelity National Title Company

John White
bankruptcy@whitelawchartered.com;
john@whitelawchartered.com
Attorney for Official Committee of Unsecured Creditors

/s/ Michael G. Helms