Michael G. Helms (admitted *pro hac vice*)
**THE HELMS LAW FIRM, P.L.C.**
2600 North Central Avenue, Suite 940
Phoenix, Arizona 85004
Telephone: (602) 358-2060
Fax: (602) 358-2055
mghelms@mghlawfirm.com
Attorneys for Best Western International, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ELKO GOLD MINE,<br><br>Debtor. | Case No. BK-11-50084-BTB<br><br>Chapter 11<br><br>Hearing Date: August 31, 2011<br>Hearing Time: 10:00 a.m. |

### NOTICE OF HEARING ON MOTION OF BEST WESTERN INTERNATIONAL, INC., FOR ORDER DIRECTING PAYMENT OF CURE AMOUNT

**NOTICE IS HERBY GIVEN** that a MOTION FOR ORDER DIRECTING PAYMENT OF CURE AMOUNT was filed on July 29, 2011, by Best Western International, Inc. The Motion seeks the following relief: entry of an order directing the Debtor and Debtor's counsel to pay to Best Western sufficient moneys to cure all delinquent amounts pursuant to the Best Western Membership Agreement that was assumed by the Debtor April 22, 2011. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person

making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, *you must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court *may refuse to allow you to speak* at the scheduled hearing; and
> - The court *may rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before United States Bankruptcy Judge Beesley, in the Clifton Young Federal Building, 300 Booth Street, Fifth Floor, Courtroom #2, Reno, Nevada 89509 on August 31, 2011, at the hour of 10:00 o¢clock a.m..

Dated this 29th day of July, 2011.

    THE HELMS LAW FIRM, P.L.C.

    By: /s/ Michael G. Helms
    Michael G. Helms
    2600 North Central Avenue
    Suite 940
    Phoenix, Arizona 85004
    Telephone: (602) 358-2060
    Attorney for Best Western International, Inc.

# CERTIFICATE OF SERVICE

I certify that on July 29, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan R. Smith, Esq.
505 Ridge Street
Reno, Nevada 89501
mail@asmithlaw.com

U.S. Trustee – RN – 11
300 Booth Street
Suite 2129
Reno, NV 89509
USTPRegoin17.RE.ECF@usdoj.gov

Jennifer A. Smith
cobrien@lionelsawyer.com
Attorney for CM Jarvis Furniture Leasing, Inc.

Paul S. Arrow
BUCHALTER NEMER, PC
1000 Wilshire Blvd, Ste. 1500
Los Angeles, CA 90017
parrow@buchalter.com
Attorney for Excel National Bank

Zachary T. Ball
Zachary.ball@fnf.com
Attorney for Fidelity National Title Company

John White
bankruptcy@whitelawchartered.com;
john@whitelawchartered.com
Attorney for Official Committee of Unsecured Creditors

/s/ Michael G. Helms