UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

ELECTRONICALLY
AUG 2 5 2011
FILED

In re: Elko Gold Mine, LLC

**Case No.**    11-50084-btb

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  Jul-11          **PETITION DATE:**    Jan 10,2011

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___
    the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $394,391 | $311,599 | 78,976.59 |
| | b. Total Assets | $7,844,302 | $7,761,510 | $7,528,887 |
| | c. Current Liabilities | $9,423 | $12,990 | |
| | d. Total Liabilities | $8,816,128 | $8,819,695 | $7,087,476 |
| | | **Current Month** | **Current Month** | Cumulative (Case to Date) |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $234,193 | $260,867 | $1,229,114 |
| | b. Total Disbursements | $151,401 | $153,393 | $912,008 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $82,792 | $107,474 | $317,106 |
| | d. Cash Balance Beginning of Month | $225,744 | $118,270 | ($8,570) |
| | e. Cash Balance End of Month (c + d) | $308,536 | $225,744 | $308,536 |
| | | **Current Month** | **Current Month** | Cumulative (Case to Date) |
| 4. | **Profit/(Loss) from the Statement of Operations** | $86,359 | $107,525 | $314,562 |
| 5. | **Account Receivables (Pre and Post Petition)** | $78,977 | $78,977 | |
| 6. | **Post-Petition Liabilities** | $9,423 | $12,990 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $9,423 | $12,990 | |

| | At the end of this reporting month: | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee)See Attachment | x | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | x |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15.  Check if paid: Post-petition taxes ___;    U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition
     tax reporting and tax returns: ___.
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax .
     reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:  8/22/11

_____
Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ Jul-11 _____

| | Current Month | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | **(Case to Date)** | **Forecast** |
| | | | **Revenues:** | | | |
| $234,193 | $197,778 | $36,415 | Gross Sales | | $1,230,789 | |
| | | $0 | less: Sales Returns & Allowances | | | |
| $234,193 | $197,778 | $36,415 | Net Sales | | $1,230,789 | $0 |
| | | $0 | less: Cost of Goods Sold | (Schedule 'B') | | |
| $234,193 | $197,778 | $36,415 | Gross Profit | | $1,230,789 | $0 |
| | | $0 | Interest | | | |
| | | $0 | Other Income: | | | |
| | | $0 | | | | |
| | | $0 | | | | |
| $234,193 | $197,778 | $36,415 | **Total Revenues** | | $1,230,789 | $0 |
| | | | **Expenses:** | | | |
| | | $0 | Compensation to Owner(s)/Officer(s) | | | |
| $28,370 | $33,552 | $5,182 | Salaries/Wages | | $176,684 | |
| | | $0 | Commissions | | | |
| | | $0 | Contract Labor | | | |
| | | | Rent/Lease: | | | |
| | | $0 | Personal Property | | | |
| | | $0 | Real Property | | | |
| $245 | $3,002 | $2,757 | Insurance | | $12,153 | |
| | | $0 | Insurance | | | |
| | | $0 | Depreciation | | | |
| | | | Taxes: | | | |
| $7,098 | $5,298 | ($1,800) | Employer Payroll Taxes | | $25,822 | |
| | $4,133 | $4,133 | Real Property Taxes | | $12,238 | |
| $19,649 | $21,190 | $1,541 | Other Taxes | | $79,925 | |
| | | $0 | Other Selling | | | |
| $44,403 | $43,759 | ($644) | Other Administrative | | $239,717 | |
| | | $0 | Mortgage Interest | | $132,107 | |
| | | $0 | Other Expenses: employee benefit | | | |
| $16,035 | $13,244 | ($2,791) | Rooms Department | | $89,357 | |
| $19,333 | $10,595 | ($8,738) | Repair & Maintenance | | $55,376 | |
| $5,667 | $17,659 | $11,991 | Utilities | | $66,614 | |
| $2,159 | $2,649 | $490 | Adv & Promo | | $9,884 | |
| | | $0 | Rent & Lease - Equipment | | $4,300 | |
| | | $0 | | | | |
| | | $0 | | | | |
| | | $0 | | | | |
| $142,959 | $155,080 | $12,120 | **Total Expenses** | | $904,177 | $0 |
| $91,234 | $42,698 | $48,536 | **Subtotal** | | $326,612 | $0 |
| | | | **Reorganization Items:** | | | |
| $4,875 | $7,063 | $2,188 | Professional Fees | | $12,050 | |
| | | $0 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | Interest Earned on Accumulated Cash from | | | |
| | | | Resulting Chp 11 Case | | | |
| | | $0 | Gain or (Loss) from Sale of Equipment | | | |
| | | $0 | U.S. Trustee Quarterly Fees | | | |
| | | $0 | Journal Entries: paid from owner's personal funds | | | |
| $4,875 | $7,063 | ($2,188) | **Total Reorganization Items** | | $12,050 | $0 |
| $86,359 | $35,634 | $50,724 | **Net Profit (Loss) Before Federal & State Taxes** | | $314,562 | $0 |
| | | $0 | Federal & State Income Taxes | | | |
| $86,359 | $35,634 | $50,724 | **Net Profit (Loss)** | | $314,562 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended ___July 31, 2011___

**Assets**

| | From Schedules | Market Value |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents - unrestricted | | $308,535 |
| Cash and cash equivalents - restricted | | |
| Accounts receivable (net) | A | $78,977 |
| Inventory | B | n/a |
| Prepaid expenses (Supplies) | | |
| Professional retainers | | |
| Other:  Security Deposit | | $6,879 |
| | | |
| **Total Current Assets** | | $394,391 |
| | | |
| **Property and Equipment (Market Value)** | | |
| Real property-Land | C | $1,000,000 |
| Machinery and equipment | D | |
| Furniture and fixtures | D | $1,327,629 |
| Office equipment | D | |
| Leasehold improvements | D | |
| Vehicles | D | $3,500 |
| Other:  Building | D | $5,500,000 |
| Less - Accumulated Depreciation | D | ($568,652) |
| | D | |
| | D | |
| | D | |
| | | |
| **Total Property and Equipment** | | $7,262,477 |
| **Other Assets** | | |
| | | |
| Loans to shareholders | | |
| Loans to affiliates | | |
| | | |
| Laon origination cost | | $187,434 |
| | | |
| | | |
| **Total Other Assets** | | |
| **Total Assets** | | $7,844,302 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | |
|---|---|---|
| Salaries and wages | | |
| Payroll taxes | | |
| Real and personal property taxes | | |
| Income taxes | | |
| Sales taxes | | |
| Notes payable (short term) | | |
| Accounts payable (trade) | A | $9,423 |
| Real property lease arrearage | | |
| Personal property lease arrearage | | |
| Accrued professional fees | | |
| Current portion of long-term post-petition debt (due within 12 months) | | |
| Other:    City Occupancy Tax | | |
|          Accrued Franchise Fees | | |
|          Accrued Payables | | |

**Total Current Liabilities**                                                    **$9,423**

**Long-Term Post-Petition Debt, Net of Current Portion**

**Total Post-Petition Liabilities**                                              **$9,423**

**Pre-Petition Liabilities (allowed amount)**

| | | |
|---|---|---|
| Secured claims | F | $6,710,831 |
| Priority unsecured claims | F | $192,361 |
| General unsecured claims | F | $1,903,513 |

**Total Pre-Petition Liabilities**                                              $8,806,705

**Total Liabilities**                                                            $8,816,128

**Equity (Deficit)**

| | | |
|---|---|---|
| Retained Earnings/(Deficit) at time of filing --Members Equity | | ($38,592) |
| Capital Stock | Members Equity | $1,720,408 |
| Additional paid-in capital | Members Eqduity | ($1,248,975) |
| Cumulative profit/(loss) since filing of case | | $314,562 |
| Post-petition contributions/(distributions) or (draws) | | |
| Market value adjustment | | |

**Total Equity (Deficit)**                                                       $747,403

**Total Liabilities and Equity (Deficit)**                                        $9,572,954

## SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $6,891 | | |
| 31-60 Days | $10,885 | | |
| 61-90 Days | $806 | | |
| 91+ Days | $12,044 | | |
| Total accounts receivable/payable | | $9,423 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $30,626 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | n/a |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | n/a | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | n/a | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | Less - | |
| Work-in-progress | | Inventory End of Month | |
| Finished goods | | Shrinkage | |
| | | Personal Use | |
| Other - Explain | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | n/a | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
Yes _____   No _____
How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____
Date of last physical inventory was    n/a
Date of next physical inventory is    n/a

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
FIFO cost _____
LIFO cost _____
Lower of cost or market _____
Retail method _____
Other _____
Explain

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| Land | $1,000,000 | |
| Building | $5,500,000 | |
| Less -Accumulated Depreciation | ($568,652) | |
| | | |
| | | |
| Total | $5,931,348 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | $1,327,629 | |
| | | |
| | | |
| Total | $1,327,629 | $0 |
| Office Equipment - | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| Total | | $0 |
| Vehicles - | | |
| | $3,500 | |
| | | |
| Total | $3,500 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | $953 | | | | $953 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| OtherCity Occupancy Tax | $19,855 | | | | $19,855 |
| **Total State & Local Taxes** | $20,808 | $0 | $0 | $0 | $20,808 |
| **Total Taxes** | $20,808 | $0 | $0 | $0 | $20,808 |

**Schedule F**
**Pre-Petition Liabilities**

| **List Total Claims For Each Classification -** | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $6,710,831 | |
| Priority claims other than taxes | $192,361 | |
| Priority tax claims | | |
| General unsecured claims | $1,903,513 | |

(a)    List total amount of claims even it under secured.
(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Citi Bank | DIP - Main | DIP- Operating | |
| Account Type | | Checking | Checking | |
| Account No. | 9987308572 | 6504070 | | |
| Account Purpose | Local bank acct | Operating | Payroll | |
| Balance, End of Month | $293,656 | $14,880 | | |
| Total Funds on Hand for all Accounts | $308,535 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended     July 31, 2011

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | | |
| Cash Received from Sales | $234,193 | $1,229,114 |
| Interest Received | | |
| Borrowings | | |
| Funds from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Cash Receipts** | $234,193 | $1,229,114 |
| | | |
| **Cash Disbursements** | | |
| Payments for Inventory | | |
| Selling | $26,731 | $135,929 |
| Administrative | $17,511 | $116,226 |
| Capital Expenditures | | |
| Principal Payments on Debt | | |
| Interest Paid - Mortgage | $0 | $132,107 |
| Rent/Lease: | | |
|    Personal Property | | |
|    Real Property - Mortgage | | |
| Amount Paid to Owner(s)/Officer(s) | | |
|    Salaries | $28,370 | $163,090 |
|    Draws | | |
|    Commissions/Royalties | | |
|    Expense Reimbursements | | |
|    Other | | |
| Salaries/Commissions (less employee withholding) | | |
| Management Fees | $4,000 | $11,804 |
| Taxes: | | |
|    Employee Withholding | | |
|    Employer Payroll Taxes | $7,098 | $39,415 |
|    Real Property Taxes | | $12,238 |
|    Other Taxes | $19,649 | $79,926 |
| Other Cash Outflows: | | |
|    Rooms Department | $16,035 | $77,023 |
|    Adv & Promo | $2,159 | $15,826 |
|    Repair & Maintenance | $13,738 | $49,782 |
|    Utilities | $11,235 | $69,717 |
|    Professional and legal Fee | $4,875 | $8,925 |
| **Total Cash Disbursements:** | $151,401 | $912,008 |
| | | |
| **Net Increase (Decrease) in Cash** | $82,792 | $317,106 |
| | | |
| **Cash Balance, Beginning of Period** | $225,744 | ($8,570) |
| | | |
| **Cash Balance, End of Period** | $308,536 | $308,536 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended**      July 31, 2011

| | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | $234,193 | $1,229,114 |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | $5,985 | $39,885 |
| Cash Paid for Selling Expenses | $26,731 | $135,918 |
| Cash Paid for Administrative Expenses | $15,526 | $87,047 |
| Cash Paid for Rents/Leases: | | |
|    Personal Property | | |
|    Real Property -Mortgage | | |
| Cash Paid for Interest | $0 | $132,107 |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|    Salaries | $28,370 | $163,090 |
|    Draws | | |
|    Commissions/Royalties | | |
|    Expense Reimbursements | | |
|    Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|    Employer Payroll Tax | $7,098 | $39,415 |
|    Employee Withholdings | | |
|    Real Property Taxes | | $12,238 |
|    Other Taxes | $19,649 | $79,925 |
| Cash Paid for General Expenses | | |
| Repair and Maint | $13,738 | $49,783 |
| Adv & Promo | $2,159 | $10,994 |
| Utilities | $11,235 | $69,717 |
| Rent/Leases | | |
| Room Department Expense | $16,035 | $82,964 |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $87,667 | $326,031 |
| **Cash Flows From Reorganization Items** | | |
| | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | $4,875 | $8,925 |
| | | |
| **Net Cash Provided (Used) by Reorganization Items** | ($4,875) | ($8,925) |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $82,792 | $317,106 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| Receivables | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| Payables | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $82,792 | $317,106 |
| **Cash and Cash Equivalents at Beginning of Month** | $225,744 | ($8,570) |
| **Cash and Cash Equivalents at End of Month** | $308,536 | $308,536 |

Revised 1/1/98

**Professional & Legal Fees**

| | | | |
|---|---|---|---|
| 07/20/2011 | US Trustee Payment Center | 2nd Qtr Trustee Fee | 4,875.00 |

## Bank Reconciliation Statements

### *Citi Bank* ████ *8572*

Balance per Statement as of July 31, 2011          $          299,398.71

Less :Check in transit

| CK # | Amount |
|------|--------|
| 1058 | 215.63 |
| 1060 | 84.95 |
| 1061 | 84.95 |
| 1103 | 135.49 |
| 1111 | 75.00 |
| 1122 | 3,594.25 |
| 1133 | 192.03 |
| 1148 | 626.68 |
| 1140 | 427.40 |
| 1141 | 189.00 |
| 1143 | 65.18 |
| 1139 | 50.00 |
| 1142 | 2.62 |

                                                              5,743.18


Balance per register                            $      293,655.53

08/22/11

# Elko Gold Mine, LLC dba Best Western
# Balance Sheet
### As of July 31, 2011

|  | Jul 31, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **100 · Cash** | |
| 107 · Citibank DIP 8572 | 293,655.53 |
| M-103 · NV Bank & Trust -4070 | 14,879.66 |
| **Total 100 · Cash** | 308,535.19 |
| **Total Checking/Savings** | 308,535.19 |
| **Total Current Assets** | 308,535.19 |
| **Other Assets** | |
| **190 · Other Assets** | |
| 191 · Security Deposits | 6,879.23 |
| **Total 190 · Other Assets** | 6,879.23 |
| **Total Other Assets** | 6,879.23 |
| **TOTAL ASSETS** | 315,414.42 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200 · Accounts Payable | 9,422.69 |
| **Total Accounts Payable** | 9,422.69 |
| **Total Current Liabilities** | 9,422.69 |
| **Total Liabilities** | 9,422.69 |
| **Equity** | |
| 295 · Opening Balance | -8,569.96 |
| Net Income | 314,561.69 |
| **Total Equity** | 305,991.73 |
| **TOTAL LIABILITIES & EQUITY** | 315,414.42 |

11:17 AM

**Elko Gold Mine, LLC dba Best Western**
# Profit & Loss
## July 2011

Accrual Basis

| | Jul 11 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 300 · Rooms Revenue | 234,193.20 |
| **Total Income** | 234,193.20 |
| **Expense** | |
| 401 · Comp Breakfast Food/Supplies | 9,723.37 |
| 406 · Credit Card Merchant Fees | 6,311.94 |
| 500 · Salaries and Wages | 28,370.00 |
| 504 · Payroll Taxes | 7,097.81 |
| 530 · Advertising and Promotion | 2,158.76 |
| 601 · Franchise Fees | 26,730.97 |
| 604 · Travel Expense | 2,211.13 |
| 605 · Postage & Freight | 88.57 |
| 607 · Professional & Legal Fees | 4,875.00 |
| 608 · Management Fee | 4,000.00 |
| 612 · Pest Control | 50.00 |
| 614 · Equipment and Rental | 3,000.00 |
| 615 · Operating Supplies | 5,849.60 |
| 617 · Operating Services | 1,466.53 |
| 618 · Office Supplies | 779.34 |
| 619 · Bank Charges | 25.00 |
| 621 · Vehicle Expense | 65.00 |
| 622 · Insurance | 244.91 |
| 626 · Guest Relocation | 95.72 |
| 647 · Travel Agent Commission | 40.71 |
| 650 · Repairs & Maintenance | |
| 651 · Electrical and Mechanical Equip | 5,518.32 |
| 652 · Building and Flooring | 76.35 |
| 653 · Furniture, Fixtures, Equipment | 11,995.21 |
| 659 · Maintenance Supplies | 1,743.17 |
| **Total 650 · Repairs & Maintenance** | 19,333.05 |
| 680 · Utilities | |
| 682 · Waste Removal | 370.40 |
| 683 · Electricity | 2,737.84 |
| 685 · Telephone | 2,131.76 |
| 686 · Cable | 427.40 |
| **Total 680 · Utilities** | 5,667.40 |
| 720 · Tax Expense | |
| 737 · City Occupany Tax | 19,649.18 |
| **Total 720 · Tax Expense** | 19,649.18 |
| **Total Expense** | 147,833.99 |
| **Net Ordinary Income** | 86,359.21 |
| **Net Income** | **86,359.21** |

Frontier Online Bill Pay - Payment Confirmation                                                     Page 1 of 1



**Frontier Online Bill Pay**

Account: ●●●●●●●0402  LOG OUT

My Account | Account Settings | Financial Information | One Time Payment | Recurring Payments
Customer Service | Terms & Conditions | FAQs

### Payment Confirmation

A payment for $2,068.27 has been scheduled for 07/05/2011 using Elko Gold Main.

Your payment confirmation number is 6436600.

If you wish to cancel or modify this payment, you can do so from the payment history page.



Frontier Online Bill Payment - Statement                                    Page 1 of 4

**CURRENT BILLING SUMMARY**

GOLD RUSH INN /DHILLON MGMT
ACCOUNTS PAYABLE
1930 IDAHO ST
ELKO, NV 89801-2629

### Account Summary

| | |
|---|---|
| Due Date | 6/28/11 |
| Billing Date | 6/10/11 |
| Account Number | ████4068 |
| Amount of Last Bill | 2,035.91 |
| Payments Received Thru 6/03/11 | 2,035.91CR |
| Thank you for your payment! | |
| Balance Before Current Charges | .00 |
| New Charges | 2,065.27 |
| | |
| **Total Amount Due** | **$2,065.27** |

Check out Frontier's Web site for great products, special offers and complete customer service information.



Frontier Conferencing

CONNECT. COLLABORATE. ACROSS THE COUNTRY AND AROUND THE WORLD.

Reduce your operational costs, and reach your business objectives faster. Frontier's web and audio conferencing options make it easy!

START HOSTING MORE PRODUCTIVE MEETINGS NOW.
Call **1.800.671.2739** today.
www.Frontier.com/conferencing



| Contacting Us | |
|---|---|
| Your Personal Identification Number is | 0402 |
| Billing Questions | www.frontier.com |
| Business | 800-921-8102 |

**CURRENT BILLING SUMMARY**

Local Service from  06/10/11  to  07/09/11

| Qty | Description | 775/738-8787.0 | Charge |
|---|---|---|---|
| | **Basic Charges** | | |
| 3 | Single Party Business Service | | 71.70 |
| 16 | PBX Trk/Automatic Acc Ln | | 782.40 |
| 19 | Multi-Ln Fed Sub Ln Chrg | | 174.80 |
| 17 | Non-Published Listing | | 17.00 |
| 2 | Credit For Non-Published Listing Charge | | 2.00CR |
| | Other Charges-Detailed Below | | 30.54 |
| | Federal Tax | | 33.14 |
| | Federal USF Recovery Charge | | 26.03 |
| | NV USF Surcharge | | 1.40 |
| | NV Elko City Franchi | | .66 |
| | **Total Basic Charges** | | **1,135.67** |
| | | | |
| | **Optional Services** | | |
| | Business High-Speed - Static IP | | 88.99 |
| | Business High-Speed Internet w/Static IP | | |
| | Business High-Speed Access w/Static IP | | |
| | Sponsored Hotspot | | 420.00 |
| 19 | NV Deaf Disabled Funding | | .57 |
| | Block Of 6 IP Addresses | | 20.00 |
| 2 | 3rd Party & Collect Call Screening | | 6.00 |
| 2 | Data Coupler | | 4.00 |
| | Dir Adv Y/P El | | 38.00 |

**Elko Gold Mine, LLC DIP**                                                              1116

    Best Western International                                     7/1/2011

                                  26,730.97

*Total Revenue $2.22,758.10*

Citibank DIP 8572     #2&#9608;&#9608;&#9608;&#9608;                                       26,730.97

**Elko Gold Mine, LLC DIP**

1118

Dhillon Management LLC

| Date | Type | Reference | Original Amt. | Balance Due | 7/1/2011 Discount | Payment |
|------|------|-----------|---------------|-------------|-------------------|---------|
| 7/1/2011 | Bill | 06.03.11-07.01.11 | 4,000.00 | 4,000.00 | | 4,000.00 |

Check Amount          4,000.00

Citibank DIP 8572        Management Fees June 2011                                            4,000.00

Satview Broadband, LTD.
Elko
P.O. Box 18148
Reno, NV 89511

| | |
|---|---|
| Date Due: | 7/5/2011 |
| Account No.: | ▮▮▮▮ |
| Amount Due: | $1,386.00 |
| Amt. Enclosed: | _____ |

Office: (775) 333-6626    Service: (775) 738-2662

10457, Country Hearth
1930 Idaho St.
Elko, NV 89801-0000
Attention: Country Hearth C/o Elko Goldmi

Remit your payment to:
Satview Broadband, LTD
P.O. Box 18148
Reno, NV 89511

To insure proper credit, please write your account number on your check and return this portion with your payment.

10457, Country Hearth  1930 Idaho St   Elko , NV 89801-2629

| Account No. | Status | Statement Date | Date Due | Includes payments received by | Amount Due |
|---|---|---|---|---|---|
| 10786 | ACTIVE | 6/20/2011 | 7/5/2011 | 6/20/2011 | $1,386.00 |

| Transaction Date | | Description | Amount |
|---|---|---|---|
| | | Beginning Balance: | $1,386.00 |
| **Payments and Adjustments:** | | | |
| 6/6/2011 | | Payment Received – Thank You | ($1,386.00) |
| **Advanced Billings:** | | | |
| 6/20/2011 | 1 | zBulk Country Hearth | $1,320.00 |
| **Taxes/Fees on Current/Advanced Billings:** | | | |
| | | Elko Franchise Tax | $66.00 |

Satview Broadband, LTD                                   **Amount Due:**    $1,386.00
Office: (775) 333-6626  Service: (775) 738-2662

Channel guide now available at www.zaptoit.com Refer a          Franchise Authority, 1 -FCC Community #1

**Elko Gold Mine, LLC DIP**

1119

Satview Broadband, LTD

| Date | Type | Reference | Original Amt. | Balance Due | 7/1/2011 Discount | Payment |
|---|---|---|---|---|---|---|
| 6/30/2011 | Bill | | 1,386.00 | 1,386.00 | | 1,386.00 |
| | | | | | Check Amount | 1,386.00 |

Citibank DIP 8572        10786

1,386.00

# INVOICE

**Jeff Brown**

INVOICE # 2247
DATE: JULY 1, 2011

Phone(903)327-3461

| TO | Best Western | JOB | Pavement Resurfaced |
|---|---|---|---|
| | Elko Gold Mine, LLC | | |
| | 1930 Idaho Street | | |
| | Elko, NV 89801 | | |

| QUANITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Seal & Strip Parking Area '10- | | $11,055.49 |
| | (Total Includes Labor and Material) | | |

| | | |
|---|---|---|
| | SUBTOTAL | $11,055.49 |
| | SALES TAX | $939.72 |
| | TOTAL | $11,995.21 |

Elko Gold Mine, LLC DIP

Jeff Brown

1124

7/4/2011

4,683.97

**Welcome AMERI INN *DIP**

## Online Payment  Pay My Bill - Confirm. Step 3 of 3

**AMERI INN *DIP**
**1930 IDAHO ST**
**ELKO, NV 898012629**
**Account:** ▮▮▮▮▮▮▮▮▮8824

Thank you for your payment. The confirmation number below verifies that you have authorized an electronic debit from your eligible checking or savings account.

| | |
|---|---|
| **Your confirmation number is:** | 1869241 |
| **Payment bank account:** | ******8572 |
| **Payment amount:** | $1,991.21 |
| **Payment date:** | 05-JUL-2011 |

Please print this screen as a confirmation notice of your transaction.

> Thank you for paying your NV Energy bill online. We have some additional payment options to make it even easier.
>
> - Paperless Billing
> - Automatic Monthly Payments

Done



 **PAID**

C 7361

THIS BILL IS DUE AND PAYABLE UPON RECEIPT.    PLEASE SEE REVERSE SIDE FOR MORE INFORMATION.

ACCOUNT NUMBER: ▆▆▆▆▆▆8824

*Elko Gold* 

| Service Address: | AMERI INN *DIP 1930 IDAHO ST ELKO,NV 898012629 |
|---|---|

| Customer | 001172137 |
|---|---|
| Premises | 0347882 |

6/18/2011

A15  B15

| | Next Meter Read Date | Due Date | TOTAL AMOUNT DUE |
|---|---|---|---|
| | Jul 15, 2011 | Jul 7, 2011 | $1,993.86 |

| PREVIOUS BALANCE | PAYMENTS | ADJUSTMENTS | BALANCE FORWARD | CURRENT CHARGES |
|---|---|---|---|---|
| $57.71 | $57.71 CR | $.00 | $.00 | $1,993.86 |

Don't forget to sign up for Paperless Billing. Enroll in MyAccount at nvenergy.com.

A new quarterly rate decrease will become effective on July 1, 2011. Please see the enclosed insert for more details.

Saving energy saves money. For energy conservation tips visit nvenergy.com.

Thank you for maintaining an excellent payment record. We look forward to serving you in the future.

## ELECTRIC - MEDIUM GENERAL SERVICE

| Meter Number | Service Category | Service Period From | To | Bill Days | Meter Readings Previous | Current | Meter Multiplier | Billing Usage |
|---|---|---|---|---|---|---|---|---|
| 161852 | KWH | May 16 | Jun 15 | 30 | 8481 | 8653 | 120 | 20,640 |
| | KW | May 16 | Jun 15 | 30 | .59 | .43 | 120 | 52 |

| | | | |
|---|---|---|---|
| ELECTRIC CONSUMPTION | 20,640.00 | KWH x .0769500 | 1,588.25 |
| DEMAND CHARGE | 52.00 | KW x 3.3300000 | 173.16 |
| FACILITY CHARGE DEMAND | 52.00 | KW x 6.6800000 | 347.36 |
| DEFERRED ENERGY ADJUSTMENT | 20,640.00 | KWH x .0155800 CR | 321.57 CR |
| TEMP. GREEN POWER FINANCING (TRED) | 20,640.00 | KWH x .0012300 | 25.39 |
| RENEWABLE ENERGY PROGRAM (REPR) | 20,640.00 | KWH x .0057300 | 118.27 |
| BASIC SERVICE CHARGE | | | 16.00 |
| LOCAL GOVERNMENT FEE | | 2% | 38.95 |
| UNIVERSAL ENERGY CHARGE | 20,640.00 | KWH x .0003900 | 8.05 |
| | | | |
| TOTAL ELECTRIC SERVICE AMOUNT | | | $1,993.86 |

| AVERAGE TOTAL COST OF ELECTRIC SERVICE $1,993.86  / 20,640  KWH = .09660 /KWH |
|---|



| Call (775) 834-4444 or (800) 962-0399 for assistance Monday-Friday 7:30-5:30 excluding holidays After hours emergencies call: (775) 834-4100    Mail Payment to: PO BOX 30065 Reno NV 89520 |
|---|

PLEASE RETURN THIS PORTION WITH PAYMENT

MAKE CHECKS PAYABLE TO NV ENERGY


**NV**Energy

ACCOUNT NUMBER
▆▆▆▆▆▆8824

| BALANCE FORWARD | .00 |
|---|---|
| CURRENT CHARGES | 1,993.86 |
| TOTAL AMOUNT DUE | $1,993.86 |
| Current Charges due by | Jul 7, 2011 |

Service Address:  1930 IDAHO ST
ELKO,NV 898012629

Please enter amount paid below

$ _____

7142.3.38.8213 1 AV 0.340  oz 0.684

AMERI INN *DIP
1930 IDAHO ST
ELKO NV 89801-2629

89520-3065

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆0 008

C 7362          THIS BILL IS DUE AND PAYABLE UPON RECEIPT.    PLEASE SEE REVERSE SIDE FOR MORE INFORMATION.

ACCOUNT NUMBER:    ████████8824                    Page  2 of 2

Service         AMERI INN *DIP
Address:        1930 IDAHO ST
                ELKO,NV 898012629

| Customer | ██████37 |
| Premises | 0347882 |



ELECTRIC - MEDIUM GENERAL SERVICE - Continued

Avg KWH Per Day By Month

| USAGE HISTORY | NO. DAYS | KWH | AVG KWH PER DAY | AVG COST PER DAY |
|---|---|---|---|---|
| THIS MONTH | 30 | 20,640 | 688.0 | 66.46 |
| LAST MONTH | 31 | 20,880 | 673.5 | |

Southwest Gas - Pay My Bill                                                      Page 1 of 1



Home | Contact Southwest Gas | Logout

## Welcome. Signed in as: hr@dmchotels.com

Text Size: A | A | A

1930 IDAHO ST ELKO NV 89801 (251-0047179-024)

| |
|---|
| Account Summary |
| Billing History |
| Payment History |
| Billing Settings |
| Payment Options |
| Pay My Bill |
| Start Automatic Payment Plan |
| Request a Payment Extension |
| Energy Share |
| MyAccount Settings |
| My Service |
| Outage Map |

**Pay My Bill**

Pay your bill quickly and easily online.

### ✔ Payment Successfully Submitted

Thank you, your payment has been submitted.

If your service has been disconnected, please contact Customer Assistance at 1-877-860-6020, Monday through Friday, 8am to 5pm PT (excluding holidays).

Print Confirmation

Gas Account Information

Southwest Gas Account
Number: 251-xxx7179-024

Amount: $ 2,288.71

Date Submitted: Jul 05, 2011

Return to Account Summary.

About Southwest Gas  |  Employment  |  News  |  Rates and Regulations  |  Safety
Search  |  Site Map  |  Contact Us  |  Privacy Policy  |  MyAccount Terms and Conditions

©2011 Southwest Gas Corporation. All rights reserved.







**SOUTHWEST GAS CORPORATION**

Customer Assistance
Asistencia al Cliente
Toll Free/Llamada Gratis
1-877-860-6020

*Elko Gold*

PO Box 98890
Las Vegas NV 89193-8890

Hearing Impaired: Dial 711
www.swgas.com

PLEASE RETAIN THIS TOP PORTION FOR YOUR RECORDS

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD DR
FRISCO TX 75304

# DUPLICATE

Service Address:   1930 IDAHO ST          89801
Rate Schedule:   437/NG-G(L) GENERAL SERVICE - LARGE
Your Local Office is  744 COMMERCIAL ST, ELKO NV 89801

| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | PLEASE PAY AMOUNT DUE |
|---|---|---|---|---|
| ▓▓▓▓9-024 | 17 | 06/30/11 | 07/19/11 | $2,288.71 |



```
PREVIOUS BILLING:
 Previous Balance                                    2,072.56
 Payment(s) Since Last Bill - Thank You              2,072.56CR

 Balance Forward                                         $0.00

CURRENT BILLING:   32 Days
 Meter Reading: Current    Previous    Billing    Total
                June 28    May 27      Factor     Therms
                37886  -   35859  =    2027 X 1.2039 =  2440

 Delivery Charge          2440 Therms X  .160960  =    392.74
 Gas Cost               Total Therms X   .690050  =  1,685.67
 Basic Service Charge                                 150.00
 Local Taxes                                           52.25
 Universal Energy Charge                                8.05

 Current Bill                                      $2,288.71
```

www Sign up for paperless billing at www.swgas.com www

### Due on or before: 07/19/11   Amount due: $2,288.71

**Important Messages:**
Your next meter read date is: July 28, 2011

SAVE PAPER AND MANAGE YOUR ACCOUNT ONLINE. SIGN UP
FOR PAPERLESS BILLING TO REDUCE WASTE AND SAVE
POSTAGE. VISIT US AT www.swgas.com AND CREATE A
MYACCOUNT TO GO PAPERLESS AND VIEW AND PAY YOUR
BILL ONLINE.

Gas Usage History Information:

| | Therms / Days = | Avg Daily Therms | Avg Monthly Temperature |
|---|---|---|---|
| This Month | 2440   32 | 76.25 | 60 |
| Last Month | 2193   29 | 75.62 | 49 |
| Last Year | 1289   32 | 40.28 | 63 |

| Previous Balance | Payments & Adjustments | Balance Forward | Current Bill | Current Balance | AMOUNT DUE |
|---|---|---|---|---|---|
| 2,072.56 | - 2,072.56 | 0.00 | + 2,288.71 | = 2,288.71 | $2,288.71 |

PLEASE SEE REVERSE SIDE FOR RULES AND REGULATIONS ● RETURN BOTTOM PORTION WITH PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

www Sign up for paperless billing at www.swgas.com www

 

| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | AMOUNT DUE |
|---|---|---|---|---|
| ▓▓▓▓024 | 17 | 06/30/11 | 07/19/11 | $2,288.71 |

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD DR
FRISCO TX 75304

**SOUTHWEST GAS CORPORATION**
PO Box 98890
Las Vegas NV 89193-8890



This bill is now due and payable.  Please make check payable to SWG and write account number on
front of check or money order.  Do not send cash through the mail or place cash in the night depository.

0000,213

SIPinstant: Elko Nevada Online Payment System                                                      Page 1 of 1





Home  |  Manage Accounts  |  Edit User Information  |  Logout                                      Help

▶ Welcome DMC COUNTRY                                                       Tuesday, July 5, 2011 4:26:46 pm

**You have successfully scheduled your payment.**

## Payment Scheduled

You have agreed to pay the following amount to the indicated recipient on the first banking day on or after the date specified.

The payment will be posted to your merchant account within a few days after processing.
In the event that this payment is returned unpaid for any reason you understand that a collection fee of the amount allowed by the state may be electronically debited from your account.

Thank-you for your payment!
If you have any questions please call Cities - Elko Nevada at **775-777-7126.**

| | |
|---|---|
| **Name of Payer:** | DMC COUNTRY |
| **Financial Account #:** | BChk *8572 |
| **Email:** | csummers@dmchotels.com |
| **Name of Payee:** | Cities - Elko Nevada |
| **Total:** | $2,638.38 |
| **Category:** | Misc. |
| **Processing Date:** | 7/5/2011 |
| **Number of Payments:** | Single Payment |
| **Confirmation #:** | 50457 |

      

Print this page for your receipt.

 

SIP Program © 2006-2011 dgspro.com ~ Data © 2006-2011 Instant Payments ~ All rights reserved.
(LU-1049/1049,66258/66258,55951/55851) 0s ~ Privacy Policy | Contact Us ~ Send feedback to webmaster@instantpayments.com

SIPinstant: Elko Nevada Online Payment System                    Page 1 of 2



**Home** | **Manage Accounts** | **Edit User Information** | **Logout**

Welcome DMC COUNTRY                                          Help

Friday, July 1, 2011 4:26:07 pm

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
3987050.03                          Billing Period: 06/30/2011

Payment Due: 07/18/2011
Billing Period: 06/30/2011

| | |
|---|---|
| Water | 811.68 |
| Metered Water | |
| Sewer | 771.40 |
| Sewer - Capital Imp | 978.50 |
| Street Light Fee | 52.80 |
| Storm Drain | 24.00 |
| Late Penalty | 57.89 |
| Balance Forward: | 3,942.39 |
| **Total Balance Due** | **6,638.66** |

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
3987050.03

*2638.38*

Total Amount Due: $6,638.66

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
ELKO  NV  89801

**Utility Bill**



Payment Confirmation

Page 1 of 1



# Waste Connections, Inc.

WCI Home | My Home | My Bills | My Filed Bills | My Payments | My Profile | Customer Care | FAQ | Logout

Pay Response

**Click here if you would like to make this a recurring payment.**

**Payment Amount:** 370.40
**Payment Date:** 07/05/2011
**Pay From:** Elko Gold

The payment has been processed successfully.

Your confirmation number is: 1████56709654

[ My Payments ]

---

©2005 Kubra Data Transfer Ltd. All rights reserved. Click here for Terms Of Use.





**ELKO SANITATION**
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO, NV 89801-3609 55
DISTRICT NO. 2310

PAGE 1

| | |
|---|---|
| ACCOUNT NO. | 266 |
| INVOICE NO. | 1350907 |
| STATEMENT DATE | 07/01/11 |
| DUE DATE | 07/20/11 |
| BILLING PERIOD | 07/01/11-07/31/11 |

COUNTRY HEARTH
1930 IDAHO ST
ELKO, NV 89801

FOR ASSISTANCE CALL
Customer Service          775-738-3771

## INVOICE STATEMENT

| Date | Description | | Amount |
|---|---|---|---|
| | Previous Balance | | $ 360.40 |
| 06/03/11 | Online Payment-Thank You | 100000000040 | $ 360.40- |
| | Total Payments And Credits | | $ 360.40- |
| | Service Location | Country Hearth | |
| | Acct #174986 | 1930 Idaho St | |
| 06/29/11 | Extra Pick Up - Comm | 2 Each @ $5.00 | $ 10.00 |
| | 6/27 Ex | | |
| 07/01/11 | Rl 3 Yd 6X Wk 1 | 1 Each @ $360.40 | $ 360.40 |
| | 07/01/11-07/31/11 | | |
| | Current Charges And Fees | | $ 370.40 |
| | Total Due | | $ 370.40 |

ONLINE BILL PAY - NOW EASIER THAN EVER! * Access your account 24/7 * Make payments * Set up recurring
payments * Go paperless * * View Statements * Go to wasteconnections.com and follow the online bill
pay prompts to enroll today!



NNNNNNNNNNNY

---

Please remit to the address below and return your remit stub with your payment.



**ELKO SANITATION**
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO, NV 89801-3609 55

| | |
|---|---|
| ACCOUNT NO. | 86 |
| INVOICE NO. | 1350907 |
| STATEMENT DATE | 07/01/11 |
| DUE DATE | 07/20/11 |
| PAY THIS AMOUNT | 370.40 |

WRITE
AMOUNT      $
PAID

DMC- COUNTRY HEARTH - ELKO
LLC DBA ELKO GOLD MINE
1930 IDAHO ST
ELKO, NV 89801

MAIL PAYMENT TO:
ELKO SANITATION
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO, NV 89801-3609 55
DISTRICT NO. 2310

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Good things** com.com
**SYSCO.**

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

| INVOICE NUMBER | PAGE |
|---|---|
| 106301357 | 5   1 |

CUSTOMER: 386177

PURCHASE ORDER
TERMS — PART DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST#  DROP-SHIP
MA-5184  THAIN BURKHART  9184
DRIVER:

BEST WESTERN
1930 IDAHO ST

ELKO            NV  89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO            NV  89801

PAY DATE 6/30/11
TRICE STOP 5
/000
ROUTE

| QTY | PACK | SIZE | ITEM CODE | ITEM DESCRIPTION | UNIT PRICE | TAX AMOUNT | EXT PRICE | INVOICE ADJUSTMENTS CODE | CITY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | P.O.: 1742240 | | | | | |
| | | | | SHIPPER INVOICE #: 106300654 | | | | | |
| | | | | FEDEX TRK# 709627871709852 | | | | | |
| | | | | DRY | | | | | |
| | | | | ****PAPER & DISP**** | | | | | |
| D | 1 CS | 412CT | 5076510 | HANGARD GLOVE LATEX MED PLCK-LND Y 30 | 89.10 | 6.11 | 89.10 * | | |
| | | | 3034,00532 | DROP-SHIP | | | 89.10 | | |
| | | | | GROUP TOTAL**** | | | | | |
| | | | | ORDER SUMMARY | | | | | |
| | | | 89539 | | | | | | |

SHIP TO:
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE  7/01/11

| | SUB TOTAL | 89.10 |
|---|---|---|
| | TAX TOTAL | 6.11 |
| | INVOICE TOTAL | 95.21 |

LAST PAGE

| | CASES | SPLIT | TOT.PCS | CUBE | GROSS WT |
|---|---|---|---|---|---|
| | 1 | 1 | 1 | .4 | 8 |
| | 1 | 1 | 1 | .4 | 8 |

DRIVER'S SIGN

NO.PCS DELVD.          NO.PCS REC.

OPEN: 6:00 AM    CLOSE: 7:00 PM

CUST SIGN  X  INVOICE EVIDENCES RECEIPT OF ALL ITEMS

*Gloves Merle* (handwritten)

IMPORTANT PACK PROVISION... THE PERISHABLE AGRICULTURAL COMMODITIES SOLD ON THIS INVOICE ARE SOLD SUBJECT... CONTINUED STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT...

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**CUSTOMER'S ORIGINAL INVOICE**

CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO
Good things.
Come from Sysco

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT  84081
(801) 563-6300    (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

| INVOICE NUMBER | PAGE |
| --- | --- |
| 106300852 | 6   1 |

| CUSTOMER |
| --- |
| 386177 /016 |

TERMS - PAST DUE BALANCES INC PUBLIC TO SERVICE CHARGE
PURCHASE ORDER
COD ACCT #    107019 NORMAL DELIVERY
MANIFEST #    4210 BURBRATT 9184
DRIVER: GRANT 9925

BEST WESTERN
1930 IDAHO ST

ELKO    NV  89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO    NV  89801

P.O. BOX 27638
SALT LAKE CITY, UT  84127-0638

REMIT TO 386177

| QTY SHIP | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **COOLER** | | | | | | |
| | | | *****DAIRY***** | | | | | | |
| C 1 | CS | 18 LB | DARIGLD BUTTER CUP USDA AA 90CT | 8608790 | 27.58 | | 27.58 | | |
| C 1 | CS | 100.75 OZ | BRRLIMP CHEESE CREAM CUP STWBRY | 6262000 | 32.95 | | 32.95 | | |
| C 1 | CS | 100 OZ | BERGIMP CHEESE CREAM PLAIN CUP | 6261465 | 26.75 | | 26.75 | | |
| C 2 | CS | 50.5 PT | HHLFARM MILK 2% REDUCED FAT | 3862950 | 10.56 | | 21.12 | | |
| C 10 | CS | 126 OZ | YOPLAIT YOGURT ASSRT STW-MIXED BRY | 7255185 | 8.35 | | 83.50 | | |
| | | | GROUP TOTAL***** | | | | 191.90 | | |
| | | | *****PRODUCE***** | | | | | | |
| C 1 | CS | 140 LB | PACKER BANANA FRESH TIP GREEN | 1158562 | 34.08 | | 34.08 | | |
| C 1 | CS | 140 | PACKER BANANA GRN TURN TO YEL FRESH | 1007368 | 34.13 | | 34.13 | | |
| C 1 | CS | 113 CT | SYS CLS ORANGE NAVEL CH FRESH | 2252161 | 28.88 | | 28.88 | | |
| | | | GROUP TOTAL***** | | | | 97.09 | | |
| | | | **DRY** | | | | | | |
| | | | ****CANNED & DRY**** | | | | | | |
| D 4 | CS | 1210 CT | QUAKER BAR GRANOLA VARIETY PK 8.4 OZ | 5470267 | 40.43 | | 161.72 | | |
| D 1 | CS | 6#10 | SYS CLS GRAVY SAUSAGE CNTRY HVY | 0682542 | 78.32 | | 78.32 | | |
| D 1 | CS | 200.5 OZ | SMUCKER JELLY GRAPE CUP | 4043923 | 16.35 | | 16.35 | | |
| D 2 | CS | 200.5 OZ | HSE REC SYRUP TABLE MAPLE FLAVORED 12BB-SYS | 1696608 | 36.99 | | 73.98 | | |
| D 1 | CS | 65 LB | BKRSCLS WAFFLE MIX BELGIAN | 6153092 | 49.99 | | 49.99 | | |
| | | | GROUP TOTAL***** | | | | 360.36 | | |
| | | | ****PAPER & DISP**** | | | | | | |
| D 1 | CS | 4025 CT | WINCUP CUP FOAM 8 OZ | 2612034 | 29.00 | | 29.00 | | |
| OUT 1 | CS | 412 CT | HANGARD GLOVE LATEX MED FLCK-LND Y | 5075510 | 89.10 | | | | |

| SUB TOTAL | |
| --- | --- |
| INVO CR | |
| TAX TOTAL | |

698.35

CONT. ON PAGE 2

DELIVERY #   89801

OPEN: 6:00 AM    CLOSE: 7:00 PM

| CASES SPLIT | TOT PCS | CUBE | GROSS WT |
| --- | --- | --- | --- |
| 28 | 28 | 19.8 | 424 |

NO PCS
RECEIVED

CUST SIGN    X

NO PCS
INC

DRIVER'S

*PAYABLE ON OR BEFORE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**CUSTOMER'S ORIGINAL INVOICE**   CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO INTERMOUNTAIN, INC.**
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT  84081
(801) 563-6800  (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

| INVOICE DATE | 6/30/11 |
| CUSTOMER | 386177  106300852 |
| INVOICE NUMBER | 6  2 |
| PAGE NUMBER | |
| ROUTE/STOP | NV/016 |

BEST WESTERN
1930 IDAHO ST
ELKO            NV   89801  -0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO            NV   89801

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| D | CS | 1000 | CT | INCUP  LID PLAS SIP FOR HBS | 4437752 | 19.99 | | 19.99 | X | 1 |
| D | CS | 1250 | CT | MAVERIK LINER TRASH BIODEG 30G | 6831909 | 55.99 | 3.84 | 55.99 | | |
| | | | ****CHEMICAL & JANITORIAL**** | | | | 104.98 | | |
| D | PK | 838 | OZ | DAWN D  DETERGENT HAND LIQ LMN | 6592536 | 49.30 | 3.38 | 49.30 | | |
| D | PK | 5GAL | | ECOLAB DETERGENT LAUN LIQ ES L2000 | 7928207 | 239.80 | 16.42 | 719.40 | | |
| | | | ** HAZARD ** | | | | | | |
| 2 | CS | 61702 | | KEYSTON POLISH FURNITURE ARSL | 8509364 | 49.99 | 3.43 | 99.98 | | |
| | | | ** HAZARD ** | | | | 868.68 | | |
| | | | ****SUPP & EQUIP**** | | | | | | |
| D | CS | 24EACH | | SYSCO  FUEL CANNED HAND MICK 6HOU | 3955085 | 49.00 | 3.35 | 49.00 | | |
| D | CS | 120 | CT | SYSCO  PAD SCOUR GRN 6X9IN ANTIMI | 1376805 | 21.97 | 1.50 | 21.97 | | |
| | | | ****DISPENSER BEVERAGE**** | | | | 70.97 | | |
| 2 | CS | 962 | OZ | CINAVCO COFFEE COL 100% FINE W/R | 3586632 | 164.51 | | 164.51 | | |
| | | | GROUP TOTAL**** | | | | 164.51 | | |
| | | | ****FROZEN**** | | | | | | |
| 6 | CS | 72.5 | OZ | PAPETTI OMELET EGG CHEESE | 2232965 | 64.77 | | 388.62 | | |
| | | | GROUP TOTAL**** | | | | 388.62 | | |
| | | | ****MEATS**** | | | | | | |
| 6 | CS | 200.8 | OZ | SYS REL SAUSAGE PORK LNK SKLS CKD MILD | 1337591 | 29.99 | | 179.94 | | |
| | | | ****FROZEN**** | | | | 179.94 | | |
| F | CS | 240 | OZ | BKRSCLS BISCUIT BTRMIX 2" | 5083571 | 36.12 | | 36.12 | | |
| 2 | CS | 842.250 | OZ | TSPRMY DANISH ASST APL/CHES/CHERRY | 8396766 | 63.87 | | 127.74 | | |
| F | CS | 2201.5 | OZ | BKRSCLS DOUGH COOKIE CHOCO CHIP GRMT | 2908770 | 60.53 | | 60.53 | | |

P.O. BOX 27638
SALT LAKE CITY, UT  84127-0638

PAYABLE ON OR BEFORE

| INVOICE TOTAL | 2671.44 |

CONT. ON PAGE  3

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
| 27 | 27 | 21.2 | 496 |

CONT. ON PAGE 3

**Goodthings come from Sysco**

CUSTOMER'S ORIGINAL INVOICE    CONFIDENTIAL PROPERTY OF SYSCO

| | |
|---|---|
| SYSCO INTERMOUNTAIN, INC. | |
| 9494 SOUTH PROSPERITY ROAD | |
| WEST JORDAN, UT 84081 | |
| (801) 363-6300  (800) 366-3778 | |
| VISIT US AT WWW.SYSCOINTERMOUN | |

BEST WESTERN
1930 IDAHO ST

ELKO          NV   89801

-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV   89801

| INVOICE NUMBER | PAGE |
|---|---|
| 106300852 | 6   3 |

| DELV DATE | CUSTOMER |
|---|---|
| 6/30/11 | 386177 |

| ROUTE | STOP |
|---|---|
| 4016 | |

TERMS
COD ACH
MANIFEST#  707019 NORMAL DELIVERY
MA: SIR3   MAIN BURKHART   9925
DRIVER:  GRANT

| QTY | SHIP | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE  QTY |
|---|---|---|---|---|---|---|---|---|---|
| | 2 | CS | 221.5 OZ | BKRSIMP MUFFIN ASST BLU/APP/BAN | 7812015 | 33.99 | | 67.98 | X 1 |
| | | | | ****GROUP TOTAL**** | | | | 292.37 | |
| | 2 | CS | 24 LTR | NATRSEL JUICE ORANGE FRZ CADDY | 6150072 | 99.99 | .34 | 199.98 | |
| | | | | ****GROUP TOTAL**** | | | | 199.98 | |
| | | | | MISC CHARGES CHGS FOR FUEL SURCHARGE | 108145 | | | 5.00 | |
| | | | | ****DISPENSER BEVERAGE**** | | | | | |
| | | | | ORDER SUMMARY | 89538 | | | | |

07347302   18315

89801

| CASES | SPLITS | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| | 4 | | 2.5 | 63 |
| 59 | | 59 | 43.5 | 983 |

OPEN:  6:00 AM      CLOSE:  7:00 PM

CUST  BLWX.
SIGN   X

REMIT TO:
P.O. BOX 271638
SALT LAKE CITY, UT
84127-0638

| | |
|---|---|
| SUB TOTAL | 2944.40 |
| TAX TOTAL | 68.53 |
| INVOICE TOTAL | 3012.93 |

DRIVER'S SIGN X

# Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

From 25-Jun-11
To 1-Jul-11

**EMPLOYEE INFORMATION:**
Name: Myron Pree, GM
Position:

SEND TO: Connie Goltz

Start Out Fund: $676.67
Added: $323.33
TOTAL: $1,000.00

| Date | Account # | Vendor | Description | Brkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-Jun-11 | | JRS Grill | Dinner per Scott Nadel for employees | | | | | 129.73 | | | | | $129.73 |
| 16-Jun-11 | | JRS Grill | Beverage per Scott Nadel | | | | | $ 17.50 | | | | | $17.50 |
| 24-Jun-11 | | Home Depot | PVC Pipe/tape for room repair | | $ 15.92 | | | | | | | | $15.92 |
| 24-Jun-11 | | Elko Press | Advertising for housekeepers | | | | | | $ 100.00 | | | | $100.00 |
| 25-Jun-11 | | Office Max | Various office supplies as listed | | | | | | | $ 22.39 | | | $22.39 |
| 28-Jun-11 | | Office Max | Wall Pockets (Mail boxes) | | | | | | | $ 23.48 | | | $23.48 |
| 28-Jun-11 | | Home Depot | Shower Head & Pumice Sticks | | | | | | $ 54.88 | | | | $54.88 |
| 29-Jun-11 | | Home Depot | Assorted Tools for Maintenance as listed | | $ 203.58 | | | | | | | | $203.58 |
| 30-Jun-11 | | Gem State | Test Strips for kitchen Sanitizer | $ 16.35 | | | | | | | | | $16.35 |
| 30-Jun-11 | | Office Max | Key Envelopes for the Front Desk | | | $ 30.96 | | | | | | | $30.96 |
| 30-Jun-11 | | Home Depot | Sprayer and weed killer/ T-Square | | $ 58.16 | | | | | | | | $58.16 |
| | | | | | | | | | 1121 | .87 | $ - | $ - | $ 672.95 |

Elko Gold Mine, LLC DIP

Myron Pree 

7/7/2011

food — 16.35
supplies/tools — 277.66
supplies — 30.96
emp dinner w COO — 147.23
housekeeping ad — 100.00
office supplies — 100.75

Reimbursement total $ 672.95
Cash on Hand $ 327.05
Total Petty Cash $ 1,000.00

Citibank DIP 8672      maint supplies/advertising/emp lunch

672.95