ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: *mail@asmithlaw.com*

Co-Counsel for Debtor

AJ KUNG, ESQ.
Nevada Bar No. 7052
BRANDY BROWN, ESQ.
Nevada Bar No. 9987
Kung & Associates
214 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile:  (702) 382-2720
Email: ajkung@ajkunglaw.com
Email: bbrown@ajkunglaw.com

Counsel for Debtor

*ELECTRONICALLY FILED*
*September 1, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11

**ERRATA TO DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT**

Hearing Date:    September 2, 2011
Hearing Time:    10:30 a.m.

Debtor, ELKO GOLD MINE, LLC, a Nevada limited liability company ("Debtor"), by and through its co-counsel, ALAN R. SMITH, ESQ., of the Law Offices of Alan R. Smith, hereby file this Errata to Debtor's Second Amended Disclosure Statement [Dkt. #130] to include **Exhibit "B"**, which was inadvertently omitted from the original document.

///

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Errata DS (2nd amd) (v4) 090111.wpd

1  Dated this 1st day of September, 2011.

2                                 LAW OFFICES OF ALAN R. SMITH

3                                 By:     */s/ Alan R. Smith*

4                                      ALAN R. SMITH, ESQ.
                                    Co-Counsel for Debtor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Errata DS (2nd amd) (v4) 090111.wpd   - 2 -

# EXHIBIT "B"

## PROJECTED MONTHLY NET INCOME

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\DS (2nd amd) (v3) 083011-dlg.wpd

| Elko Gold Mine LLC<br>Monthly Period 2008 - 2010 | 1<br>YTD 2008 | 2<br>YTD 2009 | 3<br>YTD 2010 |
|---|---:|---:|---:|
| **Total Gross Cash Receipts** | 1,181,270.07 | 1,199,940.47 | 1,391,552.56 |
| Salaries and Wages | 292,365.40 | 330,383.19 | 352,967.40 |
| Payroll Taxes | 32,269.80 | 37,172.61 | 40,220.87 |
| Employee Benefits | 94.78 | | 172.75 |
| **Total Payroll Expense** | **324,729.98** | **367,555.80** | **393,361.02** |
| **Operational Expense** | | | |
| Comp Brkf Food/Supplies | 17,596.81 | 72,554.77 | 93,570.36 |
| Operating Supplies | 13,160.83 | 55,001.43 | 47,976.38 |
| Operating Services | 8,541.27 | 37,062.98 | 107,244.10 |
| Office Supplies | 2,561.23 | 4,005.07 | 588.38 |
| Professional & Legal Fees | 17,860.10 | 3,806.00 | 32,537.71 |
| Rent & Lease | 173,177.33 | 29,570.00 | |
| Equipment Purchased | 5,878.15 | | |
| Travel Agent Commission | | | |
| Dry Cleaning | 4,787.26 | 431.61 | |
| In-House Movie | 12,413.41 | | |
| Franchise Fees | 68,300.00 | | 192,316.78 |
| Employee Training | | | |
| Travel Expense | 3,852.94 | 7,236.76 | 10,961.38 |
| Postage & Freight | 3,234.35 | 503.39 | 252.89 |
| License and Tax | 150.00 | 1,577.92 | 734.00 |
| Management Fee | 22,830.58 | 44,359.90 | 52,547.00 |
| Charitable Contributions | | 1,600.00 | 2,461.00 |
| Dues and Subscriptions | 329.00 | 250.00 | |
| Software Comm. and Internet | 3,945.60 | 15,407.19 | 20,195.56 |
| Bank Charges | 33,713.30 | 6,587.00 | 15,714.12 |
| Credit Card Merchant Fees | 10,738.31 | 24,586.71 | 32,654.07 |
| Insurance | 19,980.81 | 28,600.72 | 54,266.08 |
| Pest Control | 2,258.37 | | |
| Repair & Maintenances | 46,727.45 | 169,423.08 | 106,695.72 |
| Utilities | 157,178.01 | 138,458.83 | 134,105.98 |
| Theft & Loss | | 71.40 | 141.11 |
| Advertising and Promotion | 3,430.63 | | 12,605.75 |
| **Admin & General** | **632,645.74** | **641,094.76** | **917,568.37** |
| Property Taxes | 23,349.18 | 48,047.74 | 49,310.01 |
| Occupancy Tax | 117,329.93 | 78,059.85 | 72,371.30 |
| **Total Tax Expense** | **140,679.11** | **126,107.59** | **121,681.31** |
| Mortgage Interest | 108,650.26 | 346,306.89 | 189,467.33 |
| **Total 750 · Interest Expense** | **108,650.26** | **346,306.89** | **189,467.33** |
| **Total Job Cost** | **1,206,705.09** | **1,481,065.04** | **1,622,078.03** |
| **NOI** | **(25,435.02)** | **(281,124.57)** | **(230,525.47)** |

| Elko Gold Mine LLC<br>5 year projection | 1<br>May 2011 - April 2012 | 2<br>May 2012 - April 2013 | 3<br>May 2013 - April 2014 | 4<br>May 2014 - April 2015 | 5<br>May 2014 - April 2016 |
|---|---|---|---|---|---|
| Tax Collected | 192,720.00 | 203,400.00 | 217,200.00 | 231,000.00 | 249,600.00 |
| Net Revenue - Rooms | 1,606,000.00 | 1,695,000.00 | 1,810,000.00 | 1,925,000.00 | 2,080,000.00 |
| **Total Gross Cash Receipts** | **1,798,720.00** | **1,898,400.00** | **2,027,200.00** | **2,156,000.00** | **2,329,600.00** |
| Salaries and Wages | 321,200.00 | 339,000.00 | 362,000.00 | 385,000.00 | 416,000.00 |
| Payroll Taxes | 48,180.00 | 50,850.00 | 54,300.00 | 57,750.00 | 62,400.00 |
| Employee Benefits | | | | | |
| **Total Payroll Expense** | **369,380.00** | **389,850.00** | **416,300.00** | **442,750.00** | **478,400.00** |
| **Operational Expense** | | | | | |
| Comp Brkf Food/Supplies | 80,300.00 | 84,750.00 | 90,500.00 | 96,250.00 | 104,000.00 |
| Operating Supplies | 56,210.00 | 59,325.00 | 63,350.00 | 67,375.00 | 72,800.00 |
| Operating Services | 32,120.00 | 33,900.00 | 36,200.00 | 38,500.00 | 41,600.00 |
| Office Supplies | 8,030.00 | 8,475.00 | 9,050.00 | 9,625.00 | 10,400.00 |
| Professional & Legal Fees | 40,150.00 | 42,375.00 | 45,250.00 | 48,125.00 | 52,000.00 |
| Travel Agent Commission | 8,030.00 | 8,475.00 | 9,050.00 | 9,625.00 | 10,400.00 |
| Dry Cleaning | 8,030.00 | 8,475.00 | 9,050.00 | 9,625.00 | 10,400.00 |
| Franchise Fees | 128,480.00 | 135,600.00 | 144,800.00 | 154,000.00 | 166,400.00 |
| Employee Training | 8,030.00 | 8,475.00 | 9,050.00 | 9,625.00 | 10,400.00 |
| Travel Expense | 12,848.00 | 13,560.00 | 14,480.00 | 15,400.00 | 16,640.00 |
| Postage & Freight | 2,409.00 | 2,542.50 | 2,715.00 | 2,887.50 | 3,120.00 |
| License and Tax | 2,409.00 | 2,542.50 | 2,715.00 | 2,887.50 | 3,120.00 |
| Management Fee | 64,240.00 | 67,800.00 | 72,400.00 | 77,000.00 | 83,200.00 |
| Dues and Subscriptions | 3,212.00 | 3,390.00 | 3,620.00 | 3,850.00 | 4,160.00 |
| Software Comm and Internet | 8,030.00 | 8,475.00 | 9,050.00 | 9,625.00 | 10,400.00 |
| Bank Charges | 642.40 | 678.00 | 724.00 | 770.00 | 832.00 |
| Credit Card Merchant Fees | 40,150.00 | 42,375.00 | 45,250.00 | 48,125.00 | 52,000.00 |
| Insurance | 27,302.00 | 28,815.00 | 30,770.00 | 32,725.00 | 35,360.00 |
| Pest Control | 1,284.80 | 1,356.00 | 1,448.00 | 1,540.00 | 1,664.00 |
| Repair & Maintenances | 72,270.00 | 76,275.00 | 81,450.00 | 86,625.00 | 93,600.00 |
| Utilities | 128,480.00 | 135,600.00 | 144,800.00 | 154,000.00 | 166,400.00 |
| Theft & Loss | 160.60 | 169.50 | 181.00 | 192.50 | 208.00 |
| Advertising and Promotion | 14,454.00 | 15,255.00 | 16,290.00 | 17,325.00 | 18,720.00 |
| **Admin & General** | **747,271.80** | **788,683.50** | **842,193.00** | **895,702.50** | **967,824.00** |
| Property Taxes | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 |
| Occupancy Tax | 192,720.00 | 203,400.00 | 217,200.00 | 231,000.00 | 249,600.00 |
| **Total Tax Expense** | **242,720.00** | **253,400.00** | **267,200.00** | **281,000.00** | **299,600.00** |
| **Total Job Cost** | **1,359,371.80** | **1,431,933.50** | **1,525,693.00** | **1,619,452.50** | **1,745,824.00** |
| **NOI** | **439,348.20** | **466,466.50** | **501,507.00** | **536,547.50** | **583,776.00** |

* Year from now, the revenue increased is estimated in hopes economy stabilizes.