ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*ELECTRONICALLY FILED*
*September 14, 2011*

Co-Counsel for Debtor

AJ KUNG, ESQ.
Nevada Bar No. 7052
BRANDY BROWN, ESQ.
Nevada Bar No. 9987
Kung & Associates
214 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile:  (702) 382-2720
Email: ajkung@ajkunglaw.com
Email: bbrown@ajkunglaw.com

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11

**NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION**

Hearing Date:    October 26, 2011
Hearing Time:    3:00 p.m.
Ballots Due:     October 21, 2011

TO:     ALL CREDITORS AND PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that on **October 26, 2011 at 3:00 p.m.**, the Court will conduct a hearing to consider the confirmation of Debtor's Second Amended Plan of Reorganization.  There is transmitted herewith a copy of Debtor's Second Amended Plan of Reorganization filed on September 1, 2011 **[Dkt. #129]**, Debtor's Second Amended Disclosure Statement filed on September 1, 2011 **[Dkt. #130]**, Errata To Debtor's Second

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\NOH Plan Conf 091411-rmb.wpd

Amended Disclosure Statement filed on September 1, 2011 [**Dkt. #132**], and Ballot for Accepting or Rejecting Debtor's Plan of Reorganization [*the Ballot is also attached to the electronically filed Notice of Hearing*].

The Ballot for the acceptance or rejection of the Plan, as Amended, <u>must be returned</u> on or before **October 21, 2011** to:

> Alan R. Smith, Esq.
> Law Offices of Alan R. Smith
> 505 Ridge Street
> Reno, Nevada 89501
> Facsimile: 775/786-3066; email: mail@asmithlaw.com

**NOTICE IS FURTHER GIVEN** that objections to confirmation of the Second Amended Plan Reorganization must be filed with the United States Bankruptcy Court and served upon Debtor's counsel on or before **October 12, 2011**.

**NOTICE IS FURTHER GIVEN** that the hearing on this matter will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Courtroom 2, Fifth Floor, Reno, Nevada 89509 on **October 26, 2011, at 3:00 p.m.**

**NOTICE IS FURTHER GIVEN** that the last day for creditors to file complaints against the Debtor for non-dischargeability of a debt, pursuant to 11 U.S.C. § 1141(d) and Fed. R. Bankr. P. 4004(a), is **October 26, 2011.**

**DATED** this 14th day of September, 2011.

> LAW OFFICES OF ALAN R. SMITH
>
> By: _____/s/ Alan R. Smith_____
> ALAN R. SMITH, ESQ.
> Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\NOH Plan Conf 091411-rmb.wpd    - 2 -

AJ KUNG, ESQ.
Nevada Bar No. 7052
BRANDY BROWN, ESQ.
Nevada Bar No. 9987
Kung & Associates
214 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720
Email: ajkung@ajkunglaw.com
Email: bbrown@ajkunglaw.com

Counsel for Debtor

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**

Co-Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date:   October 26, 2011
Hearing Time:   3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number:  (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor:  _____        Accepts (_____)

Amount of Claim:  $_____        Rejects (_____)
Name of Creditor:  _____
        Address:  _____
                  _____
            By:  _____
         Title:  _____

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd