**Entered on Docket
September 15, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**
_____

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

Co-Counsel for Debtor

AJ KUNG, ESQ.
Nevada Bar No. 7052
BRANDY BROWN, ESQ.
Nevada Bar No. 9987
Kung & Associates
214 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720
Email: ajkung@ajkunglaw.com
Email: bbrown@ajkunglaw.com

Counsel for Debtor

*ELECTRONICALLY LODGED*
*September 12, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-11-50084-BTB<br>Chapter 11 |
| ELKO GOLD MINE, LLC,<br>a Nevada limited liability company,<br><br>Debtor.<br>_____/ | **ORDER APPROVING DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT**<br><br>Hearing Date: September 2, 2011<br>Hearing Time: 10:30 a.m. |

Debtor, ELKO GOLD MINE, LLC, ("Debtor"), by and through its counsel, ALAN

**Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579**

H:\Elko Gold Mine\Plan & DS\Ord App DS (2nd amd) 091211-dlg.wpd

R. SMITH, ESQ., filed its Debtor's Second Amended Disclosure Statement (the "Disclosure Statement") on August 29, 2011, which included changes ordered by the Court. The Court finding that the Disclosure Statement contains "adequate information" as that term is defined in 11 U.S.C. § 1125, therefore, it is hereby ORDERED that:

1. Debtor's Second Amended Disclosure Statement is **APPROVED**;

2. A confirmation hearing is scheduled for October 26, 2011, at 3:00 p.m.

3. All objections to the Debtor's Second Amended Plan of Reorganization shall be filed and served upon Debtor's counsel on or before October 12, 2011.

4. The Debtor shall file any responsive pleading to the objections filed, if any, on or before October 19, 2011.

5. All ballots for the acceptance or rejection of the Debtor's Second Amended Plan of Reorganization must be received by Debtor's couns3el on or before October 21, 2011.

6. The Debtor shall file a ballot summary pursuant to Local Rule 3018 on or before 12:00 p.m. (noon) on October 25, 2011.

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

■ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:
**APPROVED/DISAPPROVED**
WHITE LAW CHTD.

*FAILED TO RESPOND*
By:_____
Attorney for Unsecured Creditors Committee

Unrepresented parties appearing: **NONE**.

Trustee:
No Appearance at hearing; no additional service required.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ord App DS (2nd amd) 091211-dlg.wpd    - 2 -

1  ☐       I certify that this is a case under Chapter 7 or 13, that I served a copy of this
order with the motion pursuant to LR 9014(g), and that no party has
2          objected to the form or content of this order.

3  RESPECTFULLY SUBMITTED BY:

4  LAW OFFICES OF ALAN R. SMITH
By:     */s/ Alan R. Smith*
5     ALAN R. SMITH, ESQ.
   Attorney for Debtor

###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ord App DS (2nd amd) 091211-dlg.wpd    - 3 -