**CUSTOMER'S ORIGINAL INVOICE**  CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO
Good thing we connect from

SYSCO INTERMOUNTAIN INC
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801) 563-6300
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO                NV  89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO           NV  89801

972-668-0327

| INVOICE NUMBER | 107280821 | PAGE | 2 |
|---|---|---|---|

INVOICE DATE 7/28/11
CUSTOMER 386177
ROUTE 7016
4331

TERMS
COD ACCT# 710179 NORMAL DELIVERY
MAX SPEED MAIN BURKHART
DRIVER: ESMEL

P.O. BOX 27638
SALT LAKE CITY UT 84127-0638

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE/QTY |
|---|---|---|---|---|---|---|---|---|
| D 1 | CS | 65 LB | BKRSCLS WAFFLE MIX BELGIAN | 6153092 | 49.99 | | 49.99 | |
| | | | ****PAPER & DISP**** GROUP TOTAL**** | | | | 315.76 | |
| D 2 | CS | 500 10 OZ | HINCUP BOWL FOAM 10 OZ | 4039855 | 44.75 | | 89.50 | |
| D 1 | CS | 1025 CT | DART CUP FOAM 12 OZ | 5262530 | 43.85 | | 43.85 | |
| D 1 | CS | 1025 CT | SYSCO CUP FOAM 8 OZ | 4088829 | 31.20 | | 31.20 | |
| D 1 | CS | 12/51 PT | KORKADV TISSUE TOILET JMBO MINI STD | 5577089 | 72.31 | 4.95 | 236.16* | |
| | | | ****CHEMICAL & JANITORIAL**** | | | | | |
| D 1 | CS | 83202 | COMET C CLEANER LIQ BLEACH | 6048573 | 56.99 | 3.90 | 56.99* | |
| D 2 | PK | 156AL | ECOLAB DESTAINER LAUNDRY LIQUID | 4208120 | 79.99 | 5.48 | 159.98* | |
| | | | HAZARD ** | | | | | |
| D 2 | PL | 15GAL | ECOLAB DETERGENT LAUN LIQ ES L2000 | 7928207 | 239.80 | 16.43 | 479.60* | |
| | | | GROUP TOTAL**** | | | | 696.57 | |
| | | | ****D DISPENSER BEVERAG**** | | | | | |
| D 1 | CS | 962 OZ | CITYVCO COFFEE COL 100% FINE W/F | 4116158 | 164.51 | | 164.51 | |
| D 1 | CS | 24 LTR | NATRSEL JUICE APPLE COCKTAIL | 6349910 | 96.96 | | 96.96 | |
| | | | GROUP TOTAL**** | | | | 261.47 | |
| | | | FROZEN**** ****DAIRY**** | | | | | |
| F 6 | CS | 72 3.5 OZ | PAPETTI OMELET EGG CHEESE | 2232965 | 65.39 | | 392.34 | |
| | | | GROUP TOTAL**** | | | | 392.34 | |
| | | | ****MEATS**** | | | | | |
| F 8 | CS | 200 .8 OZ | SYS REL SAUSAGE PORK LNK SKLS CKD MILD | 1337591 | 30.76 | | 246.08 | |
| | | | GROUP TOTAL**** | | | | 246.08 | |
| | | | ****FROZEN**** | | | | | |
| F 1 | CS | 1212 CT | BBRLCLS BAGEL PLAIN MINI SLI 1.25 OZ | 7102734 | 36.99 | | 36.99 | |

OPEN: 6:00 AM    CLOSE: 7:00 PM

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS.WT |
|---|---|---|---|---|
| 28 | | 28 | 37.8 | 562 |

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 2652.07 |

DRIVER'S SIGN

CUST SIGN  X

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**CUSTOMER'S ORIGINAL INVOICE**    CONFIDENTIAL PROPERTY OF SYSCO

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)565-2300  (800)366-3778
VISIT US AT WWW.SYSCO.COM

INVOICE NUMBER: 107280821    PAGE: 3

BEST WESTERN
1930 IDAHO ST
ELKO          NV   89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV   89801

PURCHASE ORDER: 386177

TERMS: PAST DUE BALANCE MAY BE SUBJECT TO SERVICE CHARGE

COD AMT:
MNT FEE: 710129 NORMAL DELIVERY
MATERIEL: THAIN BURKHARD
DRIVER: ERMEL

INV DATE: 7/28/11
TRUCK/STOP: /016
ROUTE: 4313

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | P | INVOICE ADJUSTMENTS CODE | QTY |
|-----|------|------|------------------|-----------|------------|------------|----------------|---|------|-----|
| 1 | CS | 240 1 OZ | BKRSCLS BISCUIT BTRMLK 2" | 1009 | 36.12 | | 36.12 | | | |
| 1 | CS | 827 OZ | STNGRND BREAD WHITE PULLMAN 5/8" SLI | 2040 | 30.99 | | 30.99 | | | |
| 3 | CS | 842 1.5OZ | OTSPKWY DANISH ASST APL/CHES/CHERRY | 80991 | 69.04 | | 207.12 | | | |
| 1 | CS | 228 1.5 OZ | BKRSCLS DOUGH COOKIE CHOC CHIP GRMT | 2908770 | 66.50 | | 66.50 | | | |
| 1 | CS | 721 1.5 OZ | BKRSIMP MUFFIN ASST BLU/APP/BAN | 73473021815 | 33.99 | | 33.99 | | | |
| 2 | CS | 612 CT | BKRSCLS MUFFIN ENGLSH FORK SPLIT | 2 OZ 8593024 | 22.19 | | 44.38 | | | |
| | | | ***DISPENSER BEVERAGE***TOTAL*** GROUP TOTAL | | | | 456.09 | | | |
| 2 | CS | 24 LTR | NATRSEL JUICE ORANGE FRZ CADDY | 108145 | 99.99 | | 199.98 | | | |
| | | | ***DISPENSER BEVERAGE***TOTAL*** GROUP TOTAL | 6150072 | | | 199.98 | * | | |
| | | | CHGS FOR FUEL SURCHARGE | | | .34 | 5.00 | * | | |
| MISC CHARGES | | | | | | | | | | |
| ORDER SUMMARY | | 36237 | | | | | | | | |

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS WGT. | | | | | | |
|-------|-------|----------|------|------------|---|---|---|---|---|---|
| 11 | 11 | 9.4 | 174 | | | | | | | |
| 77 | 77 | 74.7 | 1392 | | | | | | | |

P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

OPEN: 6:00 AM    CLOSE: 7:00 PM

CUST. SIGN  X_____

SUB TOTAL: 3276.15
TAX TOTAL: 53.00
INVOICE TOTAL: 3329.15

286.10
36.15.85

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.



**Good things come from Sysco**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**DELIVERY COPY**        **CONFIDENTIAL PROPERTY OF SYSCO**

| | INVOICE NUMBER | PAGE |
|---|---|---|
| 7/28/11 | 10728129 4 | 2    1 |

ORDERED: 386177    #138409

PURCHASE ORDER    DROP-SHIP

TERMS - PAST DUE BALANCE ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# THAIN BURKHART    9184
MA: S184
DRIVER:

BEST WESTERN
1930 IDAHO ST

ELKO        NV 89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO        NV 89801

| | | | | |
|---|---|---|---|---|
| OPEN: 6:00 AM    CLOSE: 7:00 PM | | | | |

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | P.O.    14838740 | | | | | X | |
| | | | *****SUPP & EQUIP***** | | | | | X | |
| 1 CS | 1 EACH | | NONPROD CHARGE FREIGHT | 8376931 | 22.11 | 1.51 | 22.11 * | | |
| | | | DROP-SHIP | | | | | | |
| 1 CS | 1 EACH | | SOFT SUPPLY EQUIPMENT ON T 7000000000000009 | 7565817 | 245.65 | 16.83 | 245.65 * | | |
| | | | DROP-SHIP | | | | | | |
| | | | GROUP TOTAL***** | | | | 267.76 | | |
| | | | | | | | | | |
| | | | ORDER SUMMARY    : 37605 | | | | | | |

P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE    7/29/11    LAST PAGE

| SUB TOTAL | 267.76 |
|---|---|
| TAX TOTAL | 18.34 |
| INVOICE TOTAL | 286.10 |

CUST. SIGN X

CUST. INVOICE ENDORSEMENT ACKNOWLEDGES RECEIPT OF ALL ITEMS

| CASES | SPLITS | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 2 | 2 | | 1.3 | 8 |
| 2 | 2 | | 1.3 | 8 |

DRIVER'S SIGN

NO. PCS DELVD:    NO. PCS REC.



Good things come from

# SYSCO
## Guest Supply

To:  Guest Supply @ 866-261-1975
Pages:____ Collector __11_____

From : Randi Gawron_____
Account #:____O54962_____
(CUSTOMER NAME)
Elko Gold

## CHECK BY FAX INSTRUCTIONS & AGREEMENT

Sysco Guest Supply will process your check, sent to via facsimile or e-mail, as if it were received by ordinary means.  Please follow these instructions and sign the one time authorization.

**Instructions:**
1. Prepare your check as you normally would, made payable to Sysco Guest Supply.
2. Make sure that you have indicated which invoices are to be paid on this form.
3. Note the total of the check on this form.
4. Sign this form and make sure the check is signed as well.
5. Provide Phone and E-Mail information for easy contact, in the event questions arise.
6. Fax this form and check to 866-261-1975, or e-mail them to argroup@guestsupply.com
7. If you must affix the check to a sheet of paper to fax it, do not cover any part of the check face.
8. **DO NOT AFFIX YOUR CHECK TO THE FRONT OF THIS DOCUMENT.**
9. **DO NOT VOID THE SIGNIGURE, This is not an ACH transaction.**
10. **DO NOT MAIL YOUR CHECK.  Simply retain it for your records.**

## Customer Authorization:

I hereby authorize Sysco Guest Supply, to immediately process my check number ___1144___ sent via fax or e-mail, in the amount of ___2257.62___ as a onetime electronic payment.  This payment will be used to clear the invoices noted below.

Customer Signature _____  Date ___8/1/11___

So that we can easily contact you in the event that we have a question regarding this transaction, please provide both your phone number and an e-mail address.

Phone Number ___972-668-0327___  E-Mail Address ___CSummers@dmchotels.com___

| INVOICE NUMBER | INVOICE AMOUNT |
|---|---|
| OOD18886645 | 2257.62 |
| | |
| | |
| | |
| | |
| | |
| Need more space – Please attach sheet | |
| **TOTAL PAID** | 2257.62 |

**PAID**

If additional invoices need to be listed, please attach an additional page.
To protect your privacy, this form must be returned to 866-261-1975

Good things
come from

# Sysco
## Guest Supply

**Order Acknowledgement**

| Order | Date | Page |
|-------|------|------|
| 0001888645 | 07/20/11 | 1 |

**Sold To:**
054962
BEST WESTERN - ELKO
1930 IDAHO ST
ELKO NV, 89801

**Ship To:**

BEST WESTERN - ELKO
1930 IDAHO ST
ELKO NV, 89801

| Customer PO Number | Order Date | Terms | Salesman | |
|--------------------|------------|-------|----------|---|
| | 07/20/11 | CIA | Q18 | POST, SUZI |

| Catalog/Item No. | Description | U/M | Tax | Ordered | Price | Amount |
|------------------|-------------|-----|-----|---------|-------|--------|
| 0016630 | GUEST CHOICE BATH TISS.500-2PL | CS | | 10 | 39.99 | 399.90 |
| 0019468 | BW. STD AQUAMER SHMP-280 | CS | | 8 | 44.31 | 354.48 |
| 0019469 | BW. STD AQUAMER COND-280 | CS | | 4 | 44.60 | 178.40 |
| 0019470 | BW. STD AQUAMER LTN-280 | CS | | 4 | 45.04 | 180.16 |
| 0019472 | B.W. 0.8sz AQUAMER F/SP-500 | CS | | 10 | 31.92 | 319.20 |
| 0019473 | B.W. 1.5sz AQUAMER D/SP-400 | CS | | 10 | 40.04 | 400.40 |
| 0019109 | BW NEW N-PAD 4.25 X 5.5 500/CS | CS | | 1 | 37.21 | 37.21 |
| 0024626 | BEST WEST 10OZ WRP RIPPLE CUP | CS | | 2 | 78.57 | 157.14 |
| 0023473 | BW REWARDS KEY CARD HOLDR TN | BX | | 4 | 21.50 | 86.00 |
| TAX AMOUNT | | | | | | 144.73 |

\*\*\*    THIS IS NOT AN INVOICE - DO NOT PAY    \*\*\*

| Total Order Qty | Gross Amount |
|-----------------|--------------|
| 53 | 2257.62 |



# High Country REFRIGERATION
## 775-636-8550
PO BOX 8268  Spring Creek NV 89815

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/6/2011 | 7797 |

Bill To

Elko Inn
1930 Idaho st
Elko Nv 89801

 

## Due Date

### 7/6/2011

| P.O. No. | Vendor # | Project |
|----------|----------|---------|

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1.75 | Ricardo Reg time labor | | 85.00 | 148.75 |
| 1.75 | Ricardo Reg time labor | | 85.00 | 148.75 |
| 7 | Ricardo Reg time labor | | 85.00 | 595.00 |
| 2 | Ricardo Reg time labor | | 85.00 | 170.00 |
| 2.75 | Ricardo Reg time labor | | 85.00 | 233.75 |
| | Hobart parts | | 674.06 | 674.06T |

**Elko Gold Mine, LLC DIP**                                                                                     1150

High Country Refrigeration                                              8/1/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/1/2011 | Bill | 7797 | 2,016.48 | 2,016.48 | | 2,016.48 |
| 7/1/2011 | Bill | 7329 | 1,228.69 | 1,228.69 | | 1,228.69 |
| 7/1/2011 | Bill | 7318 | 955.00 | 955.00 | | 955.00 |
| 8/1/2011 | Bill | 7339 | 360.00 | 360.00 | | 360.00 |
| | | | | | Check Amount | 4,560.17 |

Citibank DIP 8572                                                                                           4,560.17

| | Total | $2,016.48 |
|---|-------|-----------|



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/2011 | 7318 |

PO BOX 8268 Spring Creek NV 89815

**Bill To**

Elko Inn
1930 Idaho st
Elko Nv 89801

 

## Due Date

## 7/20/2011

| P.O. No. | Vendor # | Project |
|----------|----------|---------|
| | | |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 3.75 | Ricardo Reg time labor | | 85.00 | 318.75 |
| 0.5 | Ricardo Reg time labor | | 85.00 | 42.50 |
| 3.5 | Ricardo Reg time labor | | 85.00 | 297.50 |
| 1.25 | Ricardo Reg time labor | | 85.00 | 106.25 |
| 1.25 | Ricardo Reg time labor | | 85.00 | 106.25 |
| 0.75 | Ricardo Reg time labor | | 85.00 | 63.75 |
| | Truck charge | | 20.00 | 20.00 |

| | |
|--|--|
| **Subtotal** | $955.00 |
| **Sales Tax (6.85%)** | $0.00 |
| **Total** | $955.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/27/2011 | 7329 |

PO BOX 8268  Spring Creek NV 89815

 

**Bill To**

Elko Inn
1930 Idaho st
Elko Nv 89801

## Due Date

### 7/27/2011

| | P.O. No. | | Vendor # | | Project |
|---|---|---|---|---|---|

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 0.75 | Ricardo Reg time labor | | 85.00 | 63.75 |
| 2.75 | Ricardo Reg time labor | | 85.00 | 233.75 |
| 3.25 | Ricardo Reg time labor | | 85.00 | 276.25 |
| 1.25 | Ricardo Reg time labor | | 85.00 | 106.25 |
| | Truck charge | | 20.00 | 20.00 |
| | hobart chemical pump | | 479.80 | 479.80T |
| | co2 | | 15.00 | 15.00T |

| | | |
|---|---|---|
| **Subtotal** | | $1,194.80 |
| **Sales Tax (6.85%)** | | $33.89 |
| **Total** | | $1,228.69 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/4/2011 | 7339 |

**775-636-8550**
PO BOX 8268  Spring Creek NV 89815

Bill To

Elko Inn
1930 Idaho st
Elko Nv 89801

## Due Date

## 8/3/2011

| P.O. No. | Vendor # | Project |
|----------|----------|---------|

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 3 | Ricardo Reg time labor | | 85.00 | 255.00 |
| 1 | Ricardo Reg time labor | | 85.00 | 85.00 |
| | Truck charge | | 20.00 | 20.00 |

| | | |
|---|---|---|
| **Subtotal** | | $360.00 |
| **Sales Tax (6.85%)** | | $0.00 |
| **Total** | | $360.00 |

# SIMAR CONSULTING

SIMAR CONSULTING
6 Sundown Dr
Bellport, NY 11713

(631)312-9028
tkataria@gmail.com

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 08/01/2011 | 1131 |

| TERMS | DUE DATE |
|-------|----------|
| Due on receipt | 08/01/2011 |

| BILL TO |
|---------|
| Elko Gold Mine, LLC<br>1930 Idaho Street<br>Elko, NV 89801 |

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $1,850.00 | |

✂ Please detach top portion and return with your payment. ✂

| DATE | YOUR CREDIT LIMIT IS |
|------|------|

**Elko Gold Mine, LLC DIP**                                                                 1151

KATARIA SUKWINDER                                    8/1/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 8/1/2011 | Bill | 1131 | 1,850.00 | 1,850.00 | | 1,850.00 |
| | | | | | Check Amount | 1,850.00 |

Citibank DIP 8572    Email & Website-Services & Support (May2011 t                    1,850.00

Please make checks payable to 'SUKHWINDER K
KATARIA'

| TOTAL OF NEW CHARGES | $1,850.00 |
|----------------------|-----------|
| TOTAL AMOUNT DUE | $1,850.00 |

Please make checks payable to 'SUKHWINDER K KATARIA'

Southwest Gas - Pay My Bill                                              Page 1 of 1



Home | Contact Southwest Gas | Logout

**Welcome. Signed in as: hr@dmchotels.com**                    Text Size: A | A | A

1930 IDAHO ST ELKO NV 89801 (251-0047179-024)

| Account Summary |  Pay My Bill | Pay your bill quickly and easily online. |

Billing History

Payment History

Billing Settings

Payment Options

   Pay My Bill

   Start Automatic Payment Plan

   Request a Payment Extension

Energy Share

MyAccount Settings

My Service

Outage Map

### ✪ Payment Successfully Submitted

Thank you, your payment has been submitted.

If your service has been disconnected, please contact Customer Assistance at 1-877-860-6020, Monday through Friday, 8am to 5pm PT (excluding holidays).

Print Confirmation

Gas Account Information

Southwest Gas Account
Number: 251-xxx7179-024

Amount: $ 1,855.23

Date Submitted: Aug 02, 2011

Return to Account Summary.

About Southwest Gas  |  Employment  |  News  |  Rates and Regulations  |  Safety
Search  |  Site Map  |  Contact Us  |  Privacy Policy  |  MyAccount Terms and Conditions

©2011 Southwest Gas Corporation. All rights reserved.





**SOUTHWEST GAS CORPORATION**

PO Box 98890
Las Vegas NV 89193-8890

**Customer Assistance
Asistencia al Cliente**
Toll Free/Llamada Gratis
1-877-860-6020

Hearing Impaired: Dial 711
www.swgas.com

PLEASE RETAIN THIS TOP PORTION FOR YOUR RECORDS

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD DR
FRISCO TX 75304

# DUPLICATE

Service Address: 1930 IDAHO ST          89801
Rate Schedule: 437/NG-G(L) GENERAL SERVICE - LARGE
Your Local Office Is 744 COMMERCIAL ST, ELKO NV 89801

| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | PLEASE PAY AMOUNT DUE |
|---|---|---|---|---|
| 251-0047179-024 | 17 | 08/01/11 | 08/22/11 | $1,855.23 |

```
PREVIOUS BILLING:
   Previous Balance                              2,208.71
   Payments Since Last Bill - Thank You          2,208.71CR

   Balance Forward                                           $0.00

CURRENT BILLING:    30 Days (Rate Change)
   Meter Reading: Current   Previous     Billing    Total
                  July 28   June 28      Factor     Therms
                  39680  -  37806   =   1714 X  1.1192 =  2055

   Delivery Charge
      Previous Rate            2055 Therms X  .16096Q
      Previous Rate Subtotal    330.77 X  2/30 Days =    22.05

      Current Rate             2055 Therms X  .14590Q
      Current Rate Subtotal    299.99 X 28/30 Days =   279.99
   Total Delivery Charge                             =   302.04

   Gas Cost            Total Therms X  .69805Q  2/30 Days
   Gas Cost            Total Therms X  .65647Q 28/30 Days =
   Total Gas Cost                                         1,353.76

   Basic Service Charge                               150.00
   Local Taxes                                         42.65
   Universal Energy Charge                              6.78

   Current Bill                                              $1,855.23
```

*** Sign up for paperless billing at www.swgas.com ***

## Due on or before: 08/22/11   Amount due: $1,855.23

Important Messages:

Your next meter read date is: Aug. 26, 2011

VISIT US AT WWW.SWGAS.COM FOR VALUABLE ONLINE
RESOURCES. YOU CAN CREATE A MYACCOUNT TO VIEW
AND PAY YOUR BILLS, ENROLL IN PAPERLESS BILLING,
START, STOP OR MOVE YOUR SERVICE.

Gas Usage History Information:

|  | Therms / Days | Avg Daily Therms | Avg Monthly Temperature |
|---|---|---|---|
| This Month | 2055 | 30 | 68.50 | 72 |
| Last Month | 2440 | 32 | 76.25 | 60 |
| Last Year | 2193 | 30 | 73.10 | 71 |

| Previous Balance | | Payments & Adjustments | | Balance Forward | | Current Bill | | Current Balance | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,208.71 | - | 2,208.71 | = | 0.00 | + | 1,855.23 | = | 1,855.23 | | $1,855.23 |

PLEASE SEE REVERSE SIDE FOR RULES AND REGULATIONS ● RETURN BOTTOM PORTION WITH PAYMENT

*** Sign up for paperless billing at www.swgas.com ***

| ACCOUNT NUMBER | CYCLE | DATE MAILED | PAST DUE AFTER | AMOUNT DUE |
|---|---|---|---|---|
| 251-0047179-024 | 17 | 08/01/11 | 08/22/11 | $1,855.23 |

COUNTRY HEARTH INN-ELKO
3400 PARKWOOD DR
FRISCO TX 75304

**SOUTHWEST GAS CORPORATION**
PO Box 98890
Las Vegas NV 89193-8890

251004717902450001855230000000001

This bill is now due and payable. Please make check payable to SWG and write account number on
front of check or money order. Do not send cash through the mail or place cash in the night depository.

0000,233

Elko Gold Mine, LLC DIP

1145

Satview Broadband, LTD

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 8/1/2011 | Bill | | 1,386.00 | 1,386.00 | 8/2/2011 | 1,386.00 |
| | | | | | Check Amount | 1,386.00 |

Citibank DIP 8572      10786

1,386.00

---

_The following content appears rotated 90° on the page:_

v Broadband, LTD.

ox 18148
NV 89511

(775) 333-6626    Service: (775) 738-2662

Date Due:
Account No.:
Amount Due:
Amt. Enclosed:

Country Hearth
Idaho St.
NV 89801-0000
on: Country Hearth C/o Elko Goldml

Remit your payment to:
Satview Broadband, LTD
P.O. Box 18148
Reno, NV 89511

nsure proper credit, please write your account number on your check and return this portion with your

17, Country Hearth  1930 Idaho St.  Elko , NV 89801-2629

unt No.   Status   Statement Date   Date Due   Includes payments received by
0786   ACTIVE   7/26/2011   8/5/2011   7/20/2011

nsaction Date

Description

Beginning Balance:

ments and Adjustments:

1/2011   Payment Received - Thank You

rsued Billings:

3/2011   1  z:Bulk Country Hearth

se:Yes on Current/Advanced Billings:   Elko Franchise Tax

Amount Due:

v Broadband, LTD.
(775) 333-6626   Service: (775) 738-2662

I guide now available at www.sagoch.com Refer a
or cable service. Upon activation you will receive
credit on your next bill. For all service questions or
ss call 775-738-2662.

Franchise Authority, 1 -FCC Community #1



Good things come from
**SYSCO**
**Guest Supply**

To: Guest Supply @ 866-261-1975
Pages: ____ Collector ___ 11 _____
From : Randi Gawron _____
(CUSTOMER NAME)
Account #: 054962
*Elko Gold*

## CHECK BY FAX INSTRUCTIONS & AGREEMENT

Sysco Guest Supply will process your check, sent to via facsimile or e-mail, as if it were received by ordinary means. Please follow these instructions and sign the one time authorization.

**Instructions:**

1. Prepare your check as you normally would, made payable to Sysco Guest Supply.
2. Make sure that you have indicated which invoices are to be paid on this form.
3. Note the total of the check on this form.
4. Sign this form and make sure the check is signed as well.
5. Provide Phone and E-Mail information for easy contact, in the event questions arise.
6. Fax this form and check to **866-261-1975**, or e-mail them to **argroup@guestsupply.com**
7. If you must affix the check to a sheet of paper to fax it, do not cover any part of the check face.
8. **DO NOT AFFIX YOUR CHECK TO THE FRONT OF THIS DOCUMENT.**
9. **DO NOT VOID THE SIGNIGURE, This is not an ACH transaction.**
10. **DO NOT MAIL YOUR CHECK.** Simply retain it for your records.

### Customer Authorization:

I hereby authorize Sysco Guest Supply, to immediately process my check number ___1146___ sent via fax or e-mail, in the amount of ___938.51___ as a onetime electronic payment. This payment will be used to clear the invoices noted below.

Customer Signature _____ Date ___8/3/11___

So that we can easily contact you in the event that we have a question regarding this transaction, please provide both your phone number and an e-mail address.

Phone Number ___972-608-0327___ E-Mail Address ___CSummers@dmc___
___hotels.com___

| INVOICE NUMBER | INVOICE AMOUNT |
|---|---|
| 006190 8607 | 938.51 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Need more space – Please attach sheet |  |
| **TOTAL PAID** | 938.51 |

**PAID**

If additional invoices need to be listed, please attach an additional page.
To protect your privacy, this form must be returned to 866-261-1975

**Good things come from**

# SYSCO
## Guest Supply

**Order Acknowledgement**

| Order | Date | Page |
|-------|------|------|
| 0001908607 | 08/03/11 | 1 |

**Sold To:**
054962
BEST WESTERN - ELKO
1930 IDAHO ST
ELKO NV, 89801

**Ship To:**

BEST WESTERN - ELKO
1930 IDAHO ST
ELKO NV, 89801

| Customer PO Number | Order Date | Terms | Salesman |
|--------------------|------------|-------|----------|
| MYRON | 08/03/11 | CIA | Q18  POST, SUZI |

| Catalog/Item No. | Description | U/M | Tax | Ordered | Price | Amount |
|------------------|-------------|-----|-----|---------|-------|--------|
| 0050675 | F1459 24in TOWEL SHELF W/BAR | EA | | 3 | 19.20 | 57.60 |
| | contact Myron @ (775) 738-8787 freight charges app ly from vendor | | | | | |
| 0055496 | 1418 18INCH TOWEL BAR SET | EA | | 3 | 6.80 | 20.40 |
| | contact Myron @ (775) 738-8787 freight charges app ly from vendor | | | | | |
| 0061095 | MICROWAVE .8 CF BLACK TOUCHPAD | EA | | 5 | 69.99 | 349.95 |
| 0058454 | 7X17X12.5 PLTD SHADE SPFY COLR | EA | | 24 | 7.15 | 171.60 |
| | contact Myron @ (775) 738-8787 freight charges app ly from vendor soft pleat white | | | | | |
| 0058453 | 7X15X10.5 PLTD SHADE SPFY COLR | EA | | 24 | 6.20 | 148.80 |
| | contact Myron @ (775) 738-8787 freight charges app ly from vendor soft pleat white | | | | | |
| SP1313 | glass shelf | EA | | 3 | 23.30 | 69.90 |
| | contact Myron @ (775) 738-8787 freight charges app ly from vendor model 9065PC glass shelf | | | | | |
| SP1327 | harps | EA | | 15 | 1.32 | 19.80 |
| | contact Myron @ (775) 738-8787 freight charges app ly from vendor needs size 7", 8" and 9" (5 of each ) | | | | | |
| SP1327 | finials | EA | | 12 | .22 | 2.64 |
| | contact Myron @ (775) 738-8787 freight charges app ly from vendor FINIALS silver | | | | | |
| TAX AMOUNT | | | | | | 57.59 |

```
***      THIS IS NOT AN INVOICE - DO NOT PAY      ***
```

| Total Order Qty | Gross Amount |
|-----------------|--------------|
| 89 | 938.51 |

Payment Confirmation                                                    Page 1 of 1



# Waste Connections, Inc.

WCI Home | My Home | My Bills | My Filed Bills | My Payments | My Profile | Customer Care | FAQ | Logout

Pay Response

**Click here if you would like to make this a recurring payment.**

| | |
|---|---|
| **Payment Amount:** | 370.40 |
| **Payment Date:** | 08/04/2011 |
| **Pay From:** | Elko Gold |

The payment has been processed successfully.

Your confirmation number is: **1108046777857**



---

©2005 Kubra Data Transfer Ltd. All rights reserved. Click here for Terms Of Use.





**WASTE CONNECTIONS INC.**

ELKO SANITATION
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO, NV 89801-3609 55
DISTRICT NO. 2310

PAGE    1

| | |
|---|---|
| ACCOUNT NO. | 2310-174986 |
| INVOICE NO. | 1387675 |
| STATEMENT DATE | 08/01/11 |
| DUE DATE | 08/20/11 |
| BILLING PERIOD | 08/01/11-08/31/11 |

COUNTRY HEARTH
1930 IDAHO ST
ELKO, NV 89801

FOR ASSISTANCE CALL
Customer Service          775-738-3771

## INVOICE STATEMENT

| Date | Description | | Amount |
|---|---|---|---|
| | **Previous Balance** | | $ 370.40 |
| 07/07/11 | Online Payment-Thank You | 1107056709654 | $ 370.40- |
| | **Total Payments And Credits** | | **$ 370.40-** |
| | **Service Location** | **Country Hearth** | |
| | Acct #174986 | 1930 Idaho St | |
| 07/11/11 | Extra Pick Up - Comm | 2 Each @ $5.00 | $ 10.00 |
| | 7/11 Ex | | |
| 08/01/11 | Rl 3 Yd 6X Wk 1 | 1 Each @ $360.40 | $ 360.40 |
| | 08/01/11-08/31/11 | | |
| | **Current Charges And Fees** | | **$ 370.40** |
| | **Total Due** | | **$ 370.40** |

ONLINE BILL PAY - NOW EASIER THAN EVER! * Access your account 24/7 * Make payments * Set up recurring
payments * Go paperless * * View Statements * Go to wasteconnections.com and follow the online bill
pay prompts to enroll today!

---

Please remit to the address below and return your remit stub with your payment.          NNNNNNNNNNNY



**WASTE CONNECTIONS INC.**

| | |
|---|---|
| ACCOUNT NO. | 2310-174986 |
| INVOICE NO. | 1387675 |
| STATEMENT DATE | 08/01/11 |
| DUE DATE | 08/20/11 |
| PAY THIS AMOUNT | 370.40 |

| WRITE AMOUNT PAID | $ |
|---|---|

DMC- COUNTRY HEARTH - ELKO
LLC DBA ELKO GOLD MINE
1930 IDAHO ST
ELKO, NV 89801

**MAIL PAYMENT TO:**
ELKO SANITATION
A WASTE CONNECTIONS COMPANY
355 W SILVER STREET
ELKO, NV 89801-3609 55
DISTRICT NO. 2310

SIPinstant: Elko Nevada Online Payment System          Page 1 of 2





Home | Manage Accounts | Edit User Information | Logout                                      Help

Welcome DMC COUNTRY                                            Thursday, August 4, 2011 4:36:43 pm

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
3987050.03

Billing Period: 07/31/2011

Payment Due: 08/16/2011
Billing Period: 07/31/2011

| Water | 811.68 |
| Metered Water | |
| Sewer | 771.40 |
| Sewer - Capital Imp | 978.50 |
| Street Light Fee | 52.80 |
| Storm Drain | 24.00 |
| Late Penalty | 58.72 |
| Balance Forward: | 4,000.28 |
| **Total Balance Due** | **6,697.38** |

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
3987050.03

2638.38

Total Amount Due: $6,697.38

DMC COUNTRY HEARTH INN ELKO
1930 IDAHO ST
ELKO  NV  89801

**Utility Bill**





SIPinstant: Elko Nevada Online Payment System                                                Page 1 of 1





Home  |  Manage Accounts  |  Edit User Information  |  Logout                                      Help

Welcome DMC COUNTRY                                              Thursday, August 4, 2011 4:39:04 pm

## Payment Scheduled

You have agreed to pay the following amount to the indicated recipient on the first banking day on or after the date specified.

The payment will be posted to your merchant account within a few days after processing.
In the event that this payment is returned unpaid for any reason you understand that a collection fee of the amount allowed by the state may be electronically debited from your account.

Thank-you for your payment!
If you have any questions please call Cities - Elko Nevada at 775-777-7126.

      **Name of Payer: DMC COUNTRY**
      **Financial Account #: BChk *8572**
      **Name of Payee: Cities - Elko Nevada**
      **Total: $2,638.38**
      **Category: Misc.**
      **Processing Date: 6/4/2011**
      **Number of Payments: Single Payment**
      **Confirmation #: 54870**

      [ Done ]

Email (simple receipt) sent to csummers@dmchotels.com.
Print this page for your receipt.

Powered by





Setup your page - call 800-764-0844

SIP Program © 2006-2011 dgspro.com ~ Data © 2006-2011 Instant Payments ~ All rights reserved.
(LU-1049/1049,66258/66258,55851/55851) 2s ~ Privacy Policy | Contact Us ~ Send feedback to webmaster@instantpayments.com



**Good things come from**

# SYSCO
## Guest Supply

To:  Guest Supply @ 866-261-1975
Pages:____ Collector ___11_____

From : Randi Gawron _____
Account #:____054 9602_____
                    (CUSTOMER NAME)
              Elko Gold

## CHECK BY FAX INSTRUCTIONS & AGREEMENT

Sysco Guest Supply will process your check, sent to via facsimile or e-mail, as if it were received by ordinary means. Please follow these instructions and sign the one time authorization.

**Instructions:**

1.  Prepare your check as you normally would, made payable to Sysco Guest Supply.
2.  Make sure that you have indicated which invoices are to be paid on this form.
3.  Note the total of the check on this form.
4.  Sign this form and make sure the check is signed as well.
5.  Provide Phone and E-Mail information for easy contact, in the event questions arise.
6.  Fax this form and check to 866-261-1975, or e-mail them to argroup@guestsupply.com
7.  If you must affix the check to a sheet of paper to fax it, do not cover any part of the check face.
8.  **DO NOT AFFIX YOUR CHECK TO THE FRONT OF THIS DOCUMENT.**
9.  **DO NOT VOID THE SIGNIGURE, This is not an ACH transaction.**
10. **DO NOT MAIL YOUR CHECK.  Simply retain it for your records.**

## Customer Authorization:

I hereby authorize Sysco Guest Supply, to immediately process my check number ___1157___ sent

via fax or e-mail, in the amount of __4802.04__ as a onetime electronic payment.  This payment will be used to clear the invoices noted below.

Customer Signature _____  Date __8 / 8 / 11__

So that we can easily contact you in the event that we have a question regarding this transaction, please provide both your phone number and an e-mail address.

Phone Number __972-608-0327__  E-Mail Address __csummers@dmchotels.com__

| INVOICE NUMBER | INVOICE AMOUNT |
|---|---|
| 0001909222 | 4802.04 |
| | |
| | |
| | |
| | |
| | ENTERED |
| Need more space – Please attach sheet | |
| **TOTAL PAID** | 4802.04 |

**If additional invoices need to be listed, please attach an additional page.**
**To protect your privacy, this form must be returned to 866-261-1975**

**PAID**

**Order Acknowledgement**

Good things
come from

# Sysco
# Guest Supply

| Order | Date | Page |
|-------|------|------|
| 0001909222 | 08/03/11 | 1 |

**Sold To:**
054962
BEST WESTERN - ELKO
1930 IDAHO ST
ELKO NV, 89801

**Ship To:**

BEST WESTERN - ELKO
1930 IDAHO ST
ELKO NV, 89801

| Customer PO Number | Order Date | Terms | | Salesman |
|--------------------|------------|-------|-----|----------|
| MYRON | 08/03/11 | CIA | Q18 | POST, SUZI |

| Catalog/Item No. | Description | U/M | Tax | Ordered | Price | Amount |
|------------------|-------------|-----|-----|---------|-------|--------|
| 0016969 | G ROYAL II WT DBY HT 16X30 4.5 | DZ | | 30 | 29.89 | 896.70 |
| 0016967 | GR ROYAL II WHT DBY 13X13 1.5# | DZ | | 50 | 10.65 | 532.50 |
| 0013471 | G ROYALE WT DBY BT 27X54 15# | DZ | | 36 | 78.00 | 2808.00 |
| 9810 | IMPORTED PT 22X44 6# BLU STRP | DZ | | 10 | 22.99 | 229.90 |
| TAX AMOUNT | | | | | | 306.00 |

\*\*\*     THIS IS NOT AN INVOICE – DO NOT PAY     \*\*\*

| Total Order Qty | Gross Amount |
|-----------------|--------------|
| 126 | 4802.04 |



GREGORY INSURANCE
789 RAILROAD ST
ELKO, NV 89801

000011

**PROGRESSIVE**

**Policy number: 04269803-2**
Underwritten by:
United Financial Casualty Company
June 15, 2011
Policy Period: Jul 18, 2011 - Jul 18, 2012

ELKO GOLD MINE LLC
3019 IDAHO STRET
ELKO, NV 89801

*PAID IN FULL*

# Renewal bill and policy information is enclosed
## Thank you for being a Progressive customer

### Please review your policy documents today

We send your renewal policy information early so that you have the opportunity to review it at your convenience. Your Commercial Auto Insurance Coverage Summary lists drivers, current driving history, the autos insured, the coverages selected and the premiums by coverage.

Your current policy will expire on July 18, 2011 at 12:01 a.m. If we recently sent you a Cancel Notice because the remaining balance on your current policy has not been received please pay that amount by the due date to avoid policy cancellation. **This bill does not supersede any Cancellation Notice.** If you have already sent this payment - thank you. If you do not make this payment, the offer to renew this policy is withdrawn.

### Premium and payment information

| | |
|---|---|
| Renewal policy premium | $1,495.00 |
| Minimum amount due | $1,495.00 |
| Due date | July 18, 2011 |

*June, July, August*

To renew your policy, please pay the amount shown above, or call us for other available options, by the due date. To pay with a check or credit card by phone, call Customer Service at 1-877-278-1615, or login to progressiveagent.com.

*ACH 8/8/11*
*1495.00*

**Please see the reverse side** for your revised payment schedule.

Continued on back

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Payment Coupon

**Policy number:** 04269803-2
Policyholder:  ELKO GOLD MINE LLC

| | |
|---|---|
| Minimum amount due | $1,495.00 |
| Due date | July 18, 2011 |
| Amount enclosed | $ |

**For immediate payment** - go to progressiveagent.com or call 1-877-278-1615 and get instant confirmation.

**If you pay by check**, please allow 5 to 7 days for your payment to reach us. Write your policy number on the check and make it payable to United Financial Casualty Company.

UNITED FIN CAS CO
PO BOX 105428
ATLANTA GA  30348-5428




Do not write below this section of coupon.
CA-93333

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Sysco**
Good things come from Sysco.

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)566-3778
(801)563-6300
VISIT US AT WWW.SYSCOINTERMOUN

**DELIVERY COPY**                          CONFIDENTIAL PROPERTY OF SYSCO

| DEL DAYS | | INVOICE NUMBER | PAGE |
|---|---|---|---|
| TRUCK STOP /017 | CUSTOMER 386177 | 108041060 | 6  3 |

PURCHASE ORDER
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE.
COD ACCT
SHIP SITE  710994 NORMAL DELIVERY
MANIFEST  MAIN BURKHART  9184
DRIVER: ORGILL

ROUTE 4333

BEST WESTERN
1930 IDAHO ST
ELKO          NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV  89801

| QTY SHIP | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | A/P | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROZEN<br>****DAIRY**** | | | | | | | |
| 6 | | CS | 72 | 3.5 OZ | PAPETTI OMELET EGG CHEESE  4602590135 | 2232965 | 65.39 | | 392.34 | | | |
| | | | | ****MEATS**** | | | | 392.34 | | | |
| 6 | | CS | 200.8 OZ | SYS REL SAUSAGE PORK LNK SKLS CKD MILD 19687 | 1337591 | 30.76 | | 184.56 | | | |
| | | | | ****FROZEN**** | | | | 184.56 | | | |
| 1 | | CS | 12 | 12 CT | BRBLCLS BAGEL PLAIN MINI SLI 1.25 OZ  50000 | 7102734 | 36.99 | | 36.99 | | | |
| 3 | | CS | 84 | 2.25OZ | DTSPKMY DANISH ASST APL/CHES/CHERRY  80991 | 8396766 | 69.04 | | 207.12 | | | |
| 1 | | CS | 220 | 1.5 OZ | BKRSCLS DOUGH COOKIE CHOC CHUNK GRMT 9325994 | 9325994 | 69.99 | | 69.99 | | | |
| 1 | | CS | 240 | 1.33OZ | DTSPKMY DOUGH COOKIE STRWBRY SHRTCAKE  58823 | 0241935 | 89.20 | | 89.20 | | | |
| 2 | | CS | 72 | 1.5 OZ | BKRSIMP MUFFIN ASST BLU/APP/BAN 0734730021815 | 7812015 | 33.99 | | 67.98 | | | |
| 2 | | CS | 6 | 12 CT | BKRSCLS MUFFIN ENGLISH FRK SPLIT 2 0 8593024 | 8593024 | 22.19 | | 44.38 | | | |
| | | | | ****DISPENSER BEVERAGE**** | | | | 515.66 | | | |
| 2 | | CS | 24 | 1 LTR | NATRSEL JUICE ORANGE FRZ CADDY  108145 | 6150072 | 99.99 | .34 | 199.98 | | | |
| | | | | CHGS FOR FUEL SURCHARGE | | | | 6.00 * | | | |

MISC CHARGES

ORDER SUMMARY  :  46157

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | NO PCS DELVD | NO PCS REC | | | SUB TOTAL | 3235.23 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | 24 | 17.6 | 356 | | | | | | TAX TOTAL | 59.32 |
| 70 | | 70 | 60.4 | 1290 | | | | | | INVOICE TOTAL | 3294.55 |

P.O. BOX 27638
SALT LAKE UT
84127-0638

OPEN: 6:00 AM    CLOSE:  7:00 PM

CUST SIGN  X _____

PAYABLE ON OR BEFORE  8/05/11          LAST PAGE

DRIVER'S SIGN X _____

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

Good things come from
**SYSCO**

SYSCO INTERMOUNTAIN INC
9494 SOUTH PROSPERITY ROAD
WEST JORDAN UT 84081
(801) 563-6300 (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**DELIVERY COPY**  **CONFIDENTIAL PROPERTY OF SYSCO**

BEST WESTERN
1930 IDAHO ST
ELKO NV 89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO NV 89801

| DELV DATE | TIME STOP | ROUTE | INVOICE NUMBER | CUSTOMER | PAGE |
|---|---|---|---|---|---|
| 8/04/1 | /017 | 4313 | 108041060 | 386177 | 6  2 |

TERMS – PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
PURCHASE ORDER
SALESMAN 210594 NORMAL DELIVERY
MANAGER THAIN BURKHART 9184
DRIVER: ORGILL

| QTY ORD | QTY SHP | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|
| D | 1 | | | CS1000CT | SYS REL FORK PLAS MEDWT WHT POLYPRO YFWFWSYS | 7970389 | 24.71 | | 24.71 | |
| D | 1 | | CS | 20150 | STEPCO NAPKIN DINNER 15X16.25 2P 1/8 130277 | 8464984 | 39.99 | | 39.99 | |
| D | 1 | | | CS2000CT | SYS REL SPOON PLAS MEDWT POLYPRO W YFWSWSYS2 | 8094894 | 49.99 | | 49.99 | |
| D | 1 | | CS | 12751 | F*TORKADV TISSUE TOILET JMBO MINISTD 12024402 | 5577089 | 72.31 | 4.95 | 72.31 | * |
| D | 1 | | CS | 6700 | F*TORKUNV TOWEL ROLL NON-PERF 7.75 NAT 290088 | 9362005 | 69.99 | 4.79 | 69.99 | * |
| | | | | | | | | | 386.98 | * |
| | | | | | ****CHEMICAL & JANITORIAL**** | | | | | |
| D | 1 | | CS | 12L.5 LB | ECOLAB BLEACH CHLORINE STAIN BLAST NP 10370 | 4902557 | 125.00 | 8.56 | 125.00 | * |
| | | | | | ** HAZARD ** | | | | | |
| D | 1 | | CS | 4128 OZ | SYS REL BLEACH LIQ GERMICIDAL 6% 1100339 5391 | 8729149 | 18.43 | 1.26 | 18.43 | * |
| D | 1 | | CS | 12.5GAL | KEYSTON CLEANER FLOOR WSH N WALK 6100050 | 7666789 | 126.90 | 8.69 | 126.90 | * |
| D | 1 | | CS | 8320Z | COMET C CLEANER LIQ BLEACH 84959183 | 6048573 | 56.99 | 3.90 | 56.99 | * |
| D | 1 | | PL | 15GAL | ECOLAB DETERGENT LAUN LIQ ES L2000 6100031 | 7928207 | 239.80 | 16.42 | 239.80 | * |
| | | | | | ** HAZARD ** | | | | | |
| D | 1 | | CS | 6EA | KEYSTON FRESHENER AIR OCEAN BREEZE 6100095 | 7697663 | 151.97 | 10.41 | 151.97 | * |
| | | | | | ****SUPP & EQUIP**** | | | | 719.09 | * |
| D | OUT | | CS | 154" | SYSCO HANDLE MOP FIBGLS QUICK CHANGE | 6760623 | 29.99 | | | |
| | | | | | REMOTE-STOCK | | | | | |
| | | | | | GROUP TOTAL**** | | | | | |
| | | | | | ****DISPENSER BEVERAGE**** | | | | | |
| D | 1 | | CS | 632 OZ | CITAVO COFFEE CAPPUC MIX FRENCH VAN 39943 | 7016819 | 73.51 | | 73.51 | |
| D | 1 | | CS | 962 OZ | CITAVCO COFFEE COL 100% FINE W/F 39579 | 4116158 | 164.51 | | 164.51 | |
| | | | | | GROUP TOTAL**** | | | | 238.02 | * |

| CASES | SPLITS | TOT.PCS | CUBE | GROSS.WT |
|---|---|---|---|---|
| 13 | | 13 | 15.2 | 283 |

DRIVER'S SIGN

OPEN: 6:00 AM    CLOSE: 7:00 PM

X SIGN    NO PCS DELVD    CUST SIGN    NO PCS REC

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY UT 84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | |
| TAX TOTAL | |
| INVOICE TOTAL | 1937.69 |

CONT. ON PAGE 3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**DELIVERY COPY**  **CONFIDENTIAL PROPERTY OF SYSCO**

| INVOICE NUMBER | PAGE |
|---|---|
| 108041060 | 6   1 |

CUSTOMER: 386177

**Sysco**
Good things come from
SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300  (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO              NV  89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO              NV  89801

DELV DAYS: 8/04/11
TRUCK STOP: /017
ROUTE: 4333

PURCHASE ORDER
TERMS: PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACCT
MANIFEST # /10994 NORMAL DELIVERY
MAI 5184   THAIN BURKHART   9184
DRIVER: ORGILL

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY UT  84127-0638

PAYABLE ON OR BEFORE

| B | QTY ORD | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | A/X | P INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ****DAIRY**** | | | | | | | |
| C | 1 CS | 36 | 3/8 OZ | HLFARM CREAMER HALF & HALF STBL 5105700 | 8116055 | 14.11 | | 14.11 | | | |
| C | 3 CS | 50.5 PT | | DARIGLD MILK 1% MINI BOX        1022 | 7212277 | 12.87 | | 38.61 | | | |
| C | 8 CS | 50.5 PT | | HHLFARM MILK 2% REDUCED FAT | 3862950 | 10.76 | | 86.08 | | | |
| C | 12 CS | 126 OZ | | YOPLAIT YOGURT ASST STW-MIXED DRY   384 | 7255185 | 8.43 | | 101.16 | | | |
| | | | | GROUP TOTAL**** | | | | 239.96 | | | |
| | | | | ****PRODUCE**** | | | | | | | |
| C | OUT | 1175 CT | | CYSYS CLS APPLE RED 1 DBL FCY FRESH | 8924193 | | | | | | |
| | | | | OUT/STOCK | | | | | | | |
| C | 1 CS | 140 LB | | PACKER  BANANA FRESH TIP GREEN | 1158542 | 34.08 | | 34.08 | | | |
| C | 1 CS | 140# | | PACKER  BANANA GRN TURN TO YEL FRESH | 1007368 | 34.13 | | 34.13 | | | |
| | | | | GROUP TOTAL**** | | | | 68.21 | | | |
| | | | | ***CANNED & DRY**** | | | | | | | |
| | | | | DRY | | | | | | | |
| D | OUT | 1210 CT | | QUAKER  BAR GRANOLA VARIETY PK 6,7 OZ 31188 | 0631634 | | | | | | |
| | | | | OUT/STOCK         4 | | | | | | | |
| D | 1 CS | 431 OZ | | KELLOGG CEREAL FROOT LOOP    3800001791 | 4094645 | 46.34 | | 46.34 | | | |
| D | 1 CS | 835 OZ | | KRSTEA2 CEREAL RAISIN BRAN    748-0160 | 4585865 | 48.34 | | 48.34 | | | |
| D | 1 CS | 6#10 | | SYS CLS GRAVY SAUSAGE CNTRY RTU   590PX | 0682542 | 78.32 | | 78.32 | | | |
| D | 1 CS | 245 OZ | | TAPATIO SAUCE HOT             71061 | 8367823 | 25.45 | | 25.45 | | | |
| D | 1 CS | 2001.5 OZ | | HSE REC SYRUP TABLE MAPLE FLAVORED 12888-SYS | 1696608 | 36.99 | | 36.99 | | | |
| D | 1 CS | 65 LB | | BKRSCLS WAFFLE MIX BELGIAN | 6153092 | 49.99 | | 49.99 | | | |
| | | | | ****PAPER & DISP*GROUP TOTAL**** | | | | 285.43 | | | |
| D | 1 CS | 20 50 CT | | SYS CLS CUP PAPER HOT 12 OZ WHT | 0783407 | 129.99 | | 129.99 | | | |

OPEN: 6:00 AM    CLOSE: 7:00 PM

| CASES SPLITS | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|
| 33 | 33 | 27.6 | 651 |

| NO PCS DELVD | CUST SIGN | NO PCS REC |
|---|---|---|

DRIVER'S SIGN

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT...

| | SUB TOTAL | 723.59 |
|---|---|---|
| | TAX TOTAL | |
| | INVOICE TOTAL | |

CONT. ON PAGE   2

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-7414 ARE INCORPORATED HEREIN BY REFERENCE.

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300   (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**DELIVERY COPY**

**CONFIDENTIAL PROPERTY OF SYSCO**

| DEL DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|----------|----------|----------------|------|
| 8/05/11 | 386177 | 108051082 | 7   1 |

TRUCK STOP /016
ROUTE 5344

PURCHASE ORDER

TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 711154 NORMAL DELIVERY
MA SH# THAIN BURKHART 9184
DRIVER: ORGILL

BEST WESTERN
1930 IDAHO ST

ELKO                    NV     89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                    NV     89801

972-668-0327

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | I P X C | INVOICE ADJUSTMENTS CODE | QTY |
|-----|-------|------|------|------------------|-----------|-----------|------------|----------------|---------|--------------------------|-----|
| | | | | COOLER | | | | | | | |
| | | | | ****PRODUCE**** | | | | | | | |
| C | 1 | FC | 1125 | CTSYS CLS APPLE RED DEL FCY WASH FRESH | 1268572 | 39.99 | | 39.99 | | | |
| | | | | GROUP TOTAL**** | | | | 39.99 | | | |
| | | | | DRY | | | | | | | |
| | | | | ****PAPER & DISP**** | | | | | | | |
| D | 1 | CS | 10100 | CTSYSCO LID PLAS DME WHT F/12/16 CUP 1503326 | 1503326 | 119.99 | | 119.99 | | | |
| | | | | GROUP TOTAL**** | | | | 119.99 | | | |
| | | | | ****CHEMICAL & JANITORIAL**** | | | | | | | |
| D | 1 | PL | 15GAL | ECOLAB DESTAINER LAUNDRY LIQUID | 4208120 | 79.99 | 5.48 | 79.99 | * | | |
| | | | | ** HAZARD ** | 15982 | | | | | | |
| | | | | GROUP TOTAL**** | | | | 79.99 | | | |
| | | | | MISC CHARGES | | | | | | | |
| | | | | CHGS FOR FUEL SURCHARGE | | | .34 | 75.00 | * | | |
| | | | | ORDER SUMMARY     : 48832 | | | | | | | |

| | CASES | SPLIT | PCS | CUBE | GROSS WT |
|---|-------|-------|-----|------|----------|
| C | 3 | 3 | | 4.7 | 107 |
| E | | | | | |
| D | 3 | 3 | | 4.7 | 107 |

OPEN: 6:00 AM    CLOSE: 7:00 PM

NO PCS DELVD

NO PCS REC

DRIVER'S SIGN X [signature]

CUST SIGN X [signature]

IMPORTANT FACA PROVISION  THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT...

P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

REMIT TO

PAYABLE ON OR BEFORE    8/06/11

| SUB TOTAL | 244.97 |
|-----------|--------|
| TAX TOTAL | 5.82 |
| INVOICE TOTAL | 250.79 |

1 387 PAGE

003

BEST WESTERN
1930 IDAHO ST

ELKO            NV  89801                    &

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO            NV  89801

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

8/04/11
                    /000    386177   108041644      7    1

COD ACH
MANIFEST#
MA: S184  THAIN BURKHART   9184
DRIVER:

P.O.           14865470
SHIPPER INVOICE # 108040545
FEDEX TRK# 709627871802942
DRY
****SUPP & EQUIP*****

D  1 CS   1.54"   SYSCO HANDLE MOP FIBEGLS QUICK CHANGE     6760623   29.99   2.05    29.99 *
                  DROP-SHIP                                                             29.99

                           GROUP TOTAL*****

ORDER SUMMARY    :   46159

1    1    1
1    1    .1
1    .1   .1

                  OPEN: 6:00 AM   CLOSE:   7:00 PM

                                 P.O. BOX 27638
                                 SALT LAKE CITY, UT
                                 84127-0638

                                                        29.99
                                                         2.05
                                                        32.04

                                 8/05/11            LAST PAGE



MAINTENANCE SOLUTIONS

Welcome Myron Pree
Quick Order | Saved Lists | My Account
My Orders | Electronic Invoicing | Log Off

Shopping Cart
0 items - $0.00

Website Help: 1-877-894-4932 | Email: customercare@hdsupply.com | Phone Orders: 1-800-431-3000

Free, Next-Day Delivery*

Ex . Light Bulb        Search        Home                    Virtual Catalogs     Services & Resources     Customer Support

## Thank You!

Your order has been placed. Shortly you will receive an order
confirmation email at the address for this account.

Print Page     Shopping Cart     Pricing Check & Billing     Confirmation

Did you know you can get PDF invoices via email?
Call 1-800-798-8888 or click here for more
information!

Electronic
INVOICING

### Order Number: W101950877

| | Description   Part # | | Delivery | Ordered | In Stock | Back Order | Your Price | Total |
|---|---|---|---|---|---|---|---|---|
| | SINGLE SPEED CLOCKWISE ENCLOSED MOTOR 250850 | | SAC (08/15/2011) | 5 | 5 | | $37.24 | $186.20 |
| | STEEL EXHAUST FAN BLOWER WHEEL 254095 | | SAC (08/15/2011) | 5 | 5 | | $18.44 | $92.20 |
| | PLASTIC EXHAUST FAN GRILLE 249185 | | SAC (08/15/2011) | 5 | 5 | | $4.78 | $23.90 |
| | EXHAUST FAN MOTOR "PKG OF 2" 250325 | | SAC (08/15/2011) | 5 | 5 | | $31.46 | $157.30 |
| | 4" FAN BLADE 255230 | | SAC (08/15/2011) | 5 | 5 | | $3.09 | $15.45 |
| | BROAN MODEL 164 GRILL AND SPRING ASSEM 214169 | | Back Ordered (08/26/2011) | 5 | | 5 | $16.59 | $82.95 |

Item Subtotal: $558.00
Tax: $38.23
Freight: FREE
**Total: $596.23**

Start a New Order

*handwritten notes:*

Note: The check from
Camira was $9.89 short
from covering the order
due to Tax and the
change order for fan
shortage. Petty Cash

Check - Camira: $586.34

From
Petty Cash → 9.89

Elko Gold Mine, LLC DIP

Myron Pree

parts - HD Supply                8/8/2011

1158

586.34

**PURPOSE:** Petty Cash

**Best Western Elko Inn Nevada**

From 29-Jul-11
To 4-Aug-11

**EMPLOYEE INFORMATION:**
Name **Myron Pree; GM**
Position

Start Out Fund $51.33
Added $926.68
TOTAL: $678.01

SEND TO: Connie Goltz

| Date | Account # | Vendor | Description | Brkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Housekeeping | Others | Manager's Social | Office Supplies | Sales | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Jul-11 | | USPS | Mail Packet to Corporate | | | | | | 18.3 | | | | $18.30 |
| 31-Jul-11 | | Albertsons | Water Refill for Guest cold water disp. | $2.05 | | | | | | | | | $2.05 |
| 1-Aug-11 | | Home Depot | Dryer Vending and Duct Tape | | $16.05 | | | | | | | | $16.05 |
| 2-Aug-11 | | Cal Ranch | Anchors for Mirror Mount | | $12.68 | | | | | | | | $12.68 |
| 20-Jul-11 | | Elko Paper | Help Wanted Ad in Newspaper | | | | | | $100.00 | | | | $100.00 |
| 2-Aug-11 | | Office Max | Copy Paper | | | | | | | | $42.73 | | $42.73 |
| 25-Jul-11 | | Paid Out | Laundry machine took money | | | | | | $1.25 | | | | $1.25 |
| 25-Jul-11 | | Paid Out | Pepsi machine took money | | | | | | $1.50 | | | | $1.50 |
| 25-Jul-11 | | Paid Out | Laundry machine took money | | | | | | $1.25 | | | | $1.25 |
| 26-Jul-11 | | Paid Out | Laundry soap dispenser took money | | | | | | $1.25 | | | | $1.25 |
| 31-Jul-11 | | Paid Out | Soda is frozen | | | | | | $1.50 | | | | $1.50 |
| 31-Jul-11 | | Paid Out | Soda is Frozen | | | | | | $1.50 | | | | $1.50 |
| 1-Aug-11 | | Paid Out | Laundry took money | | | | | | $3.25 | | | | $3.25 |
| 2-Aug-11 | | COD | Mailed Guest's Pillow to them | | | | | | $20.70 | | | | $20.70 |
| 10-May-11 | | Albertsons | Receipt for propane purchased in May | | | | | | $18.99 | | | | $18.99 |
| 4-Aug-11 | | Home Depot | 4 light sets (florescent) | | $85.31 | | | | | | | | $85.31 |
| 4-Aug-11 | | Office Max | Office Supplies for Fdesk | | | $52.65 | | | | | | | $52.65 |
| 5-Aug-11 | | Home Depot | Toggle Bolt to affix light to ceiling | | $5.89 | | | | | | | | $5.89 |
| | | | | | | | | | | | .73 | | $386.85 |

Reimbursement total $ 965.55
Cash on Hand $ 291.16
Total Petty Cash $ 659.71

Elko Gold Mine, LLC DIP

Myron Pree

1159

8/8/2011

breakfast items   15.59
supplies   325.17
supplies   156.33
postage   57.30
want ad   100.00
MO for Guest   43.93

698.32

Citibank DIP 8572      PC 7.22-8.4.11



EG 983961324 US

**DOMESTIC POSTAGE (RETAIL USE ONLY)**

FROM: (PLEASE PRINT) PHONE 775-285-8976

Best Western Elko Inn
1930 Idaho St.
Elko NV 89801

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

$18.30

Paid by:
Cash

Change Due:                    $19.00
                               −$0.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage

---

## Albertsons

2582 IDAHO ST.
ELKO, NV 89801
Phone # (775) 738-9016
Store Director - Karl Moorehead

Cashier Carman U

07/31/11                        08:43:13

**GROCERY**
    5 @ 17 41
WATER REFILL          17717       2.05 F
    SUBTOTAL                      2.05
    TOTAL TAX                      .00

    TOTAL                         2.05
Cash          TENDER             3.00
Cash          CHANGE              .95

    NUMBER OF ITEMS                 5

Trx 79   Oper 382   Term 8   Store 156
07/31/11                        08:43:23

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
on Party Tray Orders
1-877-932-7948

***************************
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 07310 15500 080079
Take the survey within 3 days
***************************

---



More saving.
More doing.®

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLSTEIN 775-738-0455

3320  00010  56064   08/01/11  11:28 AM
CASHIER CAROLE - CAN2376

079916001562 DRYER VENTING 4+        13.14
                                      1.88
285.57
742318001D7X42 DUCT TAPE 4+

    SUBTOTAL                         15.02
    SALES TAX                        1.03
    TOTAL                           $16.05
    CASH                            $17.00
    CHANGE DUE                       0.95

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90           10/30/2011

3320 10 56064 08/01/2011 0110



**A RANCH & HOME STORE
AND SO MUCH MORE!**

# OfficeMax
### WORK WITH US

THANK YOU FOR SHOPPING AT
ELKO C-A-L RANCH
C-A-L RANCH STORES
2540 IDAHO STREET
ELKO, NV 89801
(775) 753-7000

OfficeMax #957
1780 MOUNTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1283

## SALE

```
8/02/11  9:17AM PDTE€      710 SALE
--------------------------------
4317566      1. EA   1.59 EA
CD LARGE SELF-LEVELERS 10      1.59
4560766      1  EA   2.49 EA
FLUSH MOUNT HGRS 1X1 10      2.49
4560471      1  BX   7.79 BX
XL-DRIVE WALL ANC 1/8DL 5      7.79

SUB-TOTAL:    11.87   TAX:      .81
                    TOTAL:    12.68
CASH TEND:    20.00 CHANGE:    7.32


==>>  JRNL#A64727/12          <<==
        CUST # 412

Returns over $100 must come from Corp
All sales final on Clearance Items
```

```
06000374                    $39.99
   OMX  Copy 10-R Case

                            --------
SubTotal                    $39.99
Tax 6.850%                    $2.74
TOTAL                        $42.73

VISA                        $42.73
Card number:  XXXXXXXXXXXX0188
Authorization 002668


                            65444556
  0987 00001 88094 3 08/02/11
  00418458 11:15:01 AM
```

---

```
ELKO NPO
ELKO, Nevada
898013818
314889080G-0099
08/02/2011 (800)275-8777 03:53:26 PM
========================================
Product    Sales Receipt    Final
Description    Qty  Price    Price
========================================
CONCORD CA 94520              $14.85
Zone-4 Priority Mail
Large Flat Rate Box
2 lb. 11.20 oz.
Expected Delivery: Thu 08/04/11
  COD                         $5.75
  COD Amount :      $21.00
  Insurance Amount: $0.00
  Label #:  9456001616
                             $20.70
Issue PVI:

Total:                       $40.00
Paid by:
Cash                         $40.00
Change Due:                 -$19.30

-- Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
```

# Advertising
# Receipt

**Elko Daily Free Press**
PO Box 717
Provo, UT 84603-0717

Phone: (877)696-8681
Fax: (801)356-3011

BEST WESTERN ELKO INN
MYRON PREE
1930 IDAHO STREET
ELKO , NV 89801

Acct #: 05100033
Ad #: 00089067
Phone: (775)738-8787
Date: 07/20/2011
Ad taker: 600     Salesperson: 000

Classification: 495

| Description | Start | Stop | Ins. | Cost/Day | Extras | Total |
|---|---|---|---|---|---|---|
| HOUSEKEEPERS | 07/21/2011 | 08/02/2011 | 22 | 4.55 | 0.00 | 100.00 |

Total: 100.00
Tax: 0.00
Net: 100.00
Prepaid: -100.00
Total Due -0.00

7/25/11
DATE

CHECK ONE

AMOUNT
$ 1.25

☐ **PAID OUT**

☑ **REFUND**

EXPLANATION
ROOM NO.    FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

Laundry Took Money.

REC'D BY—SIGNATURE
X Destin

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK.

Arg Hospitality, Inc.    FORM 2-20

---

7/25/11
DATE

CHECK ONE

AMOUNT
$ 1.50

☐ **PAID OUT**

☐ **REFUND**

EXPLANATION    Pepsi Machine Upstairs soda HOT!!
ROOM NO.    FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

REC'D BY—SIGNATURE

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK.

Arg Hospitality, Inc.    FORM 2-23

---

7-26-11
DATE

CHECK ONE

AMOUNT
$ 1.25

☐ **PAID OUT**

☑ **REFUND**

EXPLANATION
ROOM NO.    FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

Laundry Took Money

REC'D BY—SIGNATURE
X Jason

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK.

Arg Hospitality, Inc.    FORM 2-23

---

**7-29-11**
DATE

CHECK ONE

☐ PAID OUT
☑ REFUND

AMOUNT
$ 1.25

EXPLANATION
ROOM NO.    FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

Refund for
laundry soap
dispencer

REC'D BY—SIGNATURE
X desk

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK

A-1 Hospitality Inc.    FORM 3-23

---

**7-31-11**
DATE

CHECK ONE

☐ PAID OUT
☑ REFUND

AMOUNT
$ .50

EXPLANATION
ROOM NO.    FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

Soda - is frozen

REC'D BY—SIGNATURE

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK

A-1 Hospitality Inc.    FORM 3-23

---

**8/1/11**
DATE

CHECK ONE

☐ PAID OUT
☑ REFUND

AMOUNT
$ .50

EXPLANATION
ROOM NO.    FOLIO NO.

NOT VALID UNLESS APPROVED BY INNKEEPER

Soda Was
frozen

REC'D BY—SIGNATURE
X

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK

A-1 Hospitality, Inc.    FORM 3-23

---

**8-2-11**
DATE

AMOUNT
$ 3.25

CHECK ONE

☐ PAID OUT
☑ REFUND

NOT VALID UNLESS APPROVED BY INNKEEPER

Was not good

EXPLANATION
ROOM NO.    FOLIO NO.

REC'D BY—SIGNATURE

PAID BY—DESK CLERK SIGNATURE

APPROVED BY INNKEEPER



## More saving.
## More doing.®

2935 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00011 85750   08/05/11  07:49 AM
CASHIER TRINITY - TXW2454

030699005611 TOGGLE BOLT <A>          5.51

                    SALES TAX      0.38
                    TOTAL         $5.89
                    CASH          10.00
                    CHANGE DUE     4.11

3320 11 85750 08/05/2011 1471

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1     90      11/03/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOCK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

*Petty Cash Reimburse*



ALBERTSONS 195 (775) 738 - 8016
STORE DIRECTOR KARL MOOREHEAD

5/10/11 21:03 0155 05 0373 125

### GROCERY

GUERRERO TORTILLAS          2.29

HHB

PROPANE                    (18.99)

TOTAL ALCOHOL BEV

BUD LIGHT LIME              6.99

MEAT

RIBEYE STK                20.05
WAS 11.99     BB SAVINGS 6.68

*** SUBTOTAL      48.32
*** TAX            1.78
*** TOTAL         50.10

Albertsons
2582 Idaho Street
Elko NV 89801
       EFT DEBIT  1363

PAYMENT FROM PRIMARY



**More saving.
More doing.®**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00011  84043   08/04/11  01:46 PM
CASHIER CARRIE - CAH2375

784231016930 4'2LRESI2NXO *A*
   4$19.96                        79.84

              SUBTOTAL           79.84
              SALES TAX           5.47
              TOTAL             $85.31
              CASH             100.00
                 CHANGE DUE     14.69

3320 11 84043 08/04/2011 7039

        RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
A      1        90      11/02/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

---

# OfficeMax
## WORK WITH US™

OfficeMax #967
1780 MOUNTAIN CITY HIGHWAY
ELKO, NV  89801
(775) 777-1263

## SALE

| | |
|---|---|
| 011491993290 | $8.49 |
|   Full Strip Stapler Set | |
| 077511872433 | $28.99 |
|   Econo/Stor Box 4 Pk Ltr. 7 | |
| 011491981303 | $11.79 |
|   Env Catalog 9x12 Brwn 50ct | |

| | |
|---|---|
| SubTotal | $49.27 |
| Tax 6.850% | $3.38 |
| TOTAL | $52.65 |
| Cash | $100.00 |
| Change | $47.35 |

86442518
0967 00001 91468 2 08/04/11
00084680 10:29:49 AM

**Best Western Elko Inn Nevada**

PURPOSE: Petty Cash

EMPLOYEE INFORMATION:
Name: Myron Pree; GM
Position:

Start Out Fund: $373.32
Added: $626.68
TOTAL: $1,000.00

SEND TO: Connie Goltz

From 22-Jul-11
To 28-Jul-11

| Date | Account # | Vendor | Description | Brkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|------|-----------|--------|-------------|------------|-------------|----------------------|------------------|--------|--------------|-----------------|-------|------------------|-------|
| 22-Jul-11 | | Cal Ranch | Caulk and rope | | $ 4.84 | | | | | | | | $ 4.84 |
| 22-Jul-11 | | Smiths | Water | $ 1.23 | | | | | | | | | $ 1.23 |
| 22-Jul-11 | | Post Office | Mail Packet to Corporate | | | | | $ 18.30 | | | | | $ 18.30 |
| 25-Jul-11 | | Albertsons | Money Order for Mrs. Cawley | | | | | $ 43.93 | | | | | $ 43.93 |
| 25-Jul-11 | | Home Depot | Toilet Flush Valves | | $ 14.39 | | | | | | | | $ 14.39 |
| 22-Jul-11 | | Walmart | Water | | | | | $ 9.09 | | | | | $ 9.09 |
| 25-Jul-11 | | Home Depot | Acrylic Caulk and Caulking gun and paint | | $ 96.11 | | | | | | | | $ 96.11 |
| 25-Jul-11 | | Albertsons | Water Refill | $ 1.23 | | | | | | | | | $ 1.23 |
| 27-Jul-11 | | Office Max | Copy Paper | | | $ 21.37 | | | | | | | $ 21.37 |
| 27-Jul-11 | | Home Depot | Paint Brushes and Broom and Dustpan | | $ 50.11 | | | | | | | | $ 50.11 |
| 27-Jul-11 | | Cal Ranch | Adapter for Kitchen | $ 2.13 | | | | | | | | | $ 2.13 |
| 27-Jul-11 | | Albertsons | Bagels and English Muffins | $ 6.08 | | | | | | | | | $ 6.08 |
| 27-Jul-11 | | CED | Fuse | | $ 26.29 | | | | | | | | $ 26.29 |
| 28-Jul-11 | | Home Depot | Ring and gromet | | $ 13.50 | | | | | | | | $ 13.50 |
| 28-Jul-11 | | Albertsons | Water | $ 2.87 | | | | | | | | | $ 2.87 |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | $ - |
| | | | | | $ 13.54 | $ 205.24 | $ 21.37 | $ - | $ 71.32 | $ - | $ - | $ - | $ - | $ 311.47 |

Reimbursement total: $ 311.47
Cash on Hand: $ 688.53
Total Petty Cash: $ 1,000.00



Employee Signature:
Date Signed: Myron Pree
8/9/2011

NOTES:

# CED CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

CONSOLIDATED ELECTRICAL DIST.
680-A WEST CEDAR
ELKO, NV 89801
P:775-738-2313 F:775-738-9197

| REGISTER NO. | REGISTER DATE |
| --- | --- |
| 1971-457131 | 07/22/11 |

PAGE 001 OF 001

*** THIS IS NOT AN INVOICE ***

LD TO: COD

ELKO
NV 89801      USA

SHIP TO: CED
680-A WEST CEDAR

ELKO
NV 89801      USA

| ACCOUNT NO. | JOB NAME AND ADDRESS | | CUSTOMER ORDER NO. | | WHEN SHIP |
| --- | --- | --- | --- | --- | --- |
| 25-000016 | | | | | 07/22/11 |

| SALESPERSON | SHIPPING INFORMATION | | SHIP VIA | |
| --- | --- | --- | --- | --- |
| 3010 RL | PREPAID | | WC | |

| QUANTITY ORDERED | PRODUCT CODE | DESCRIPTION | SHIP DATE | QUANTITY SHIPPED | PRICE | DISC | EXTENSION | CARTONS | COILS | BUNDLES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6 | GLD  TR20R | 250V TD FUSE | 7/22/11 | 6 | 4.10 EN | | 24.60 | | | |

Pd 40.00 CASH

* CODE  LEGEND
B - BACK ORDERED.
C - CANCELLED.
P - BACK ORDERED.

| MERCHANDISE | 24.60 |
| --- | --- |
| SALES TAX | 1.69 |
| SHIPPING CHARGE | .00 |

TOTAL DUE ▶ 26.29

TITLE TO MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.
MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS DEFECTIVE OR THRU ERROR ON OUR PART.
A SERVICE CHARGE OF 1½% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE ON ALL PAST DUE ACCOUNTS.
TERMS AND CONDITIONS OF SALE ON REVERSE SIDE OF CUSTOMER COPY AND ORIGINAL INVOICE.

THIS MATERIAL WAS SPECIFICALLY ORDERED FOR AND WILL BE USED ON THE JOB
NAMED HEREIN. ABOVE MATERIAL RECEIVED)

| DEPOSIT AMOUNT: | |
| --- | --- |
| BALANCE DUE: | |

SIGNED _____ DATE _____

CUSTOMER COPY



# THE HOME DEPOT

**More saving.**
**More doing.®**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00011 57189 - 07/27/11  09:52 AM
CASHIER KARIN - KS765F

692773930112 2" BRUSH <A>                19.94
0868291148550 ANGLE BROOM <A>             9.97
071798004952 DEBRIS PAN <A>              16.99

        SUBTOTAL        46.90
        SALES TAX        3.21
        TOTAL          $50.11
        CASH           100.00
        CHANGE DUE       49.89

3320 11 57189 07/27/2011 6421

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    90              10/26/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR

---

## C-A-L RANCH & HOME STORE
### AND SO MUCH MORE!

THANK YOU FOR SHOPPING AT
ELKO C-A-L RANCH
C-A-L RANCH STORES
2540 IDAHO STREET
ELKO, NV 89801
(775) 753-7000

7/22/11 11:11AM LILEX      710 SALE

4437420            4   FT    .12 FT
NYLON SBRAID WHITE 3/16X100        .48
4437421            4   FT    .19 FT
NYLON SBRAID WHITE 1/4X1000        .76
4320             1   EA   3.29 EA
3/9"X20 CAULK SAVER              3.29

SUB-TOTAL:    4.53  TAX:        .31
                   TOTAL:     4.84
CASH TEND:   10.00  CHANGE:    5.16

==>> JRNL #A60326/12          <<==
        CUST # *12

Returns over $100  must come from Corp
All sales final on Clearance Items

---

## smith's®
### Market-Fresh Every Day

.ount Opportunities Apply At
www.smithsfoodanddrug.com

1740 Mountain City Hwy.
775-777-1333
YOUR CASHIER WAS SELF CHECKOUT

3 @ 0.41
    GLACIER WTR          1.23 F
    TAX                  0.00
**** BALANCE             1.23
    CASH                 1.25
    CHANGE               0.02
TOTAL NUMBER OF ITEMS SOLD = 3
07/22/11 11:04pm 388 81 110 999
*******************************
        ENTER TO WIN
        ONE OF 20
      $100 GIFT CARDS
*******************************

You are invited to complete a survey
about your recent visit to Smith's
Answer by internet @
    www.tellkroger.com

You need this receipt to respond.

Participe para ganar una de las
20 tarjetas de regalo de $100

Le invitamos a llenar una encuesta
sobre su reciente visita a la tienda.
Smith's Responda por internet
    en www.tellkroger.com
Usted necesitara este
    recibo para responder.
*******************************
    Survey Entry Code : 706 999
*******************************

Join FreshValues & Begin Saving Today!
THANK YOU FOR SHOPPING SMITH'S



**Albertsons.**
ALBERTSONS

2582 IDAHO ST.
ELKO, NV 89801
Phone # (775) 738-8016
Store Director - Karl Moorehead

Cashier-Massie C

07/25/11                    13:36:1

MISCELLANEOUS
MONEY ORDER          96001        43.68
MO FEE               96023        43.93
SUBTOTAL                           .00
TOTAL TAX

TOTAL                             43.93
Cash                              60.00
Cash                              16.07
CHANGE

NUMBER OF ITEMS                      2

Trx:66  Oper 351  Term: 81  Store: 155
07/25/11                    13:36:27

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
or Party Tray Orders
1-877-932-7948

************************
Enter to be a weekly winner
   of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 07250 15570 810066
Take the survey within 3 days
************************

---

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 5475
MINNEAPOLIS, MN 55460
www.moneygram.com
KEEP A COPY OF THIS STUB
FOR YOUR RECORDS

**RECEIPT**
104145570611
146 77048045570455

EMPLOYEE                DATE/AMOUNT
715 (10/10) 700/14000   $48. 93
M 97583-S               08

ESTE RECIBO PARA SUS ARCHIVOS
MANTENGA UNA COPIA DE

---

UNITED STATES POSTAL SERVICE

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code                89801
Date Accepted              7/22/11
Time Accepted              10:57   ☐ AM  ☒ PM
Flat Rate ☐ or Weight      14      lbs.    ozs.

FROM (PLEASE PRINT)  PHONE ( 775 ) 738 - 878
Best Western Elko Inn
1930 Idaho Street
Elko, NV  89801

EG 113317585 US

Delivery Attempt    Mo.    Day    Time   ☐ AM  ☐ PM
Delivery Attempt    Mo.    Day    Time   ☐ AM  ☐ PM

CUSTOMER USE ONLY

Postage                 $ 18.30
Return Receipt Fee
COD Fee                 Insurance Fee
Total Postage & Fees    $ 18.30
Acceptance Employee Initials

Day of Delivery     ☐ Next  ☐ 2nd  ☐ 2nd Del Day
Scheduled Date of Delivery
Month   Day          ☐ 3 PM
Scheduled Time of Delivery  ☐ Noon  ☐ 3 PM
Military                    ☐ 2nd Day  ☐ 3rd Day
Int'l Alpha Country Code

ELKO NV
SENT BY USPS

FOR PICKUP OR TRACKING
Visit **WWW.USPS.COM**
Call **1-800-222-1811**

---

Sales Receipt

ASPEN STATION
ELKO, Nevada
898012797
3148830825-0099

07/22/2011 (775)777-9801 10:59:21 AM

Product       Sale Unit    Final
Description    Qty Price    Price

FRISCO TX 75034                  $18.30
Zone-8 Express Mail
PO-Add Flat Rate Env
12.20 oz.
Label #:EG113317585US
Mon 07/25  03:00 PM -
Guaranteed Delivery
Signature Waived

Issue PVI:                       $18.30

Total:                           $18.30

Paid by:
Cash                             $20.00
Change Due:                      -$1.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print...

ZIP+4 (U.S. ADDRESSES ONLY). DO NOT USE FOR FOREIGN POSTAL CODES.
FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

7 5 0 2 4 +





**More saving.**
**More doing.℠**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00002  29351  07/25/11  01:33 PM
CASHIER YURI - VKO5086

0371556S9225 DLXFLLVR <A>          13.47

SUBTOTAL            13.47
SALES TAX            0.92
TOTAL             $14.39
CASH               20.00
CHANGE DUE          5.61

3320 02 29351 07/25/2011 3448

RETURN POLICY DEFINITIONS
POLICY ID    DAYS   POLICY EXPIRES ON
A    1       90              10/23/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*************

---

**More saving.**
**More doing.℠**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00010  54345  07/28/11  01:45 PM
CASHIER CARRIE - CAH2375

73923630040 SS RING <A>             4.43
045335140239 3/16X4HSNBLT <A>       2.97
092097241853 TAPCON 1/4 <A>         5.23

SUBTOTAL            12.63
SALES TAX            0.87
TOTAL             $13.50
CASH               20.00
CHANGE DUE          6.50

3320 10 54345 07/28/2011 1853

RETURN POLICY DEFINITIONS
POLICY ID    DAYS   POLICY EXPIRES ON
A    1       90              10/26/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

---

**More saving.**
**More doing.℠**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00001  70035  07/25/11  08:42 AM
CASHIER DENISE - DYM4393

070798181014 ACRYL CAULK <A>        6.84
                                  302.28
070798183605 DYNA3.OHHT <A>         306.97
                                   20.91
071549959285 WBG+CC QT <A>           9.77
027426364848 STMRKRDMAHG <A>         5.98
087817100017 7PCGUN KLT <A>          8.94
045564613594 FITTING <A>             1.59
027426634831 STNMRKRDOAK <A>         5.98
076174783513 DWBLADE5OPK <A>        15.97
692000061316 HD/CLK/STD <A>         13.97

SUBTOTAL            89.95
SALES TAX            6.16
TOTAL             $96.11
CASH              100.00
CHANGE DUE          3.89

3320 01 70035 07/25/2011 5822

RETURN POLICY DEFINITIONS
POLICY ID    DAYS   POLICY EXPIRES ON
A    1       90              10/23/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF