**OfficeMax®**
WORK WITH US™

OfficeMax #967
1760 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

SALE

| | | |
|---|---|---|
| 84236055118 | | |
| X-9 copy paper 8.5x11" rm | | $5.99 |
| Promo Discount | | ($0.99) |
| 84236055118 | | |
| X-9 copy paper 8.5x11" rm | | $5.99 |
| Promo Discount | | ($0.99) |
| 84236055118 | | |
| X-9 copy paper 8.5x11" rm | | $5.99 |
| Promo Discount | | ($0.99) |
| 84236055118 | | |
| X-9 copy paper 8.5x11" rm | | $5.99 |
| Promo Discount | | ($0.99) |
| SubTotal | | $20.00 |
| Tax 6.850% | | $1.37 |
| TOTAL | | $21.37 |
| Cash | | $25.00 |
| Change | | $3.63 |

---

**Albertsons.**

2682 IDAHO ST.
ELKO, NV 89801
Phone #:(775) 738-8016
Store Director - Karl Moorehead

Cashier:Dakota M

07/27/11                        13:59:16

GROCERY
SARA LEE BAGELS     7294636066     4.59 F
ENG MUFFINS         411639 073     1.49 F
SUBTOTAL                          6.08
TOTAL TAX                          .00

TOTAL                             6.08
  TENDER
Cash                              7.00
Cash
CHANGE                             .92

NUMBER OF ITEMS                      2

Trx:88    Oper ..    Term: 3    Store: 155
07/27/11                        13:59:29

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
or Party Tray Orders
1-877-932-7948

********************************
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 07270 15520 030088
Take the survey within 3 days
********************************

---

**Albertsons.**

82 IDAHO ST.
, NV 89301
Sto . ector - .al Moorehead

Cashier:Meshann P

04/28/11                        08:36:26

GROCERY
5 @  1/ 41
WATER REFILL  @  1/ .41  17717     2.05 F
WATER REFILL  @  1/ .41  17717     .82 F
SUBTOTAL                          2.87
TOTAL TAX                          .00

TOTAL                             2.87
  TENDER
Cash                              3.00
Cash
CHANGE                             .13

NUMBER OF ITEMS                      7

Trx:107   Oper .  :1    Store: 155
04/28/11                        08:36:52

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
or Party Tray Orders
.... 932-7948

********************************
Enter  is  . weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 07280 15520 080107
Take the survey within 3 days
********************************

## Albertsons

2882 IDAHO ST.
ELKO, NV 89801
Phone # (775) 738-8016
Store Director - Karl Moorehead
Cashier Carmen U

07/26/11                                08:33:53

GROCERY
WATER REFILL                         1.23  F
          SUBTOTAL                   1.23
          TOTAL TAX                  0.00

          TOTAL                      1.23
Cash      TENDER                     2.00
Cash      CHANGE                      .77

          NUMBER OF ITEMS               3

Trx:106  Oper 382  Term: 8  Store 155
07/26/11                        08:34:03

Thank You For Shopping At
ALBERTSONS

www.albertsons.com
Customer Questions
or Party Tray Orders
1-877-932-7948

*******************************
Enter to be a weekly winner
of a $100 gift card!
Go to: www.albertsonslistens.com
Enter Code: 07260 15570 080106
Take the survey within 3 days
*******************************

---

## Walmart
### Save money. Live better.

Esta encuesta también se encuentra
en español en la página del Internet

THANK YOU

MANAGER MYRON JOHNSON
(775) 778 - 6778
ST# 2402 OP# 00009201 TE# 79 TR# 03823
CULLIGAN    007760001008 F    7.98 N
WATER       009760001008 F    1.11 N
          SUBTOTAL              9.09
          TOTAL                 9.09
          DEBIT TEND            9.09
          CHANGE DUE            0.00

EFT DEBIT        PAY FROM PRIMARY
ACCOUNT :                  4767
9.09    TOTAL PURCHASE
REF #:1203063 2091
NETWORK ID. 0071 APPR CODE 421962
07/22/11   09:18:49

# ITEMS SOLD 2

TC# 0061 4267 2092 4866 8281

New Pick Up Today. Order online.
free same-day pick up at your Walmart.
07/22/11   09:18:51

---

A RANCH & HOME STORE
AND SO MUCH MORE!

THANK YOU FOR SHOPPING AT
ELKO C-A-L RANCH
C-A-L RANCH STORES
2540 IDAHO STREET
ELKO, NV 89601
(775) 753-7000

7/27/11  1:44PM BLSEK       714 SALE

2443080         1  EA    1.99 EA
ME BGE TRITAP ADAPTER               1.99

SUB-TOTAL:    1.99    TAX:      .14
                     TOTAL:    2.13
CASH TEND:   20.00  CHANGE:   17.87

==>> JRNL#:62539/12              <<==
      CUST # *12

Returns over $100 must come from Corp
All sales final on Clearance Items

```
=================================
           ELKO MPO
         ELKO, Nevada
           898013618
      3148830806-0099
08/05/2011 (800)275-8777 11:42:13 AM
=================================
          Sales Receipt
Product          Sale Unit    Final
Description      Qty Price    Price
=================================
FRISCO TX 75034
Zone-8 Express Mail
PO-Add Flat Rate Env
7.20 oz.
Label #:E698961315US
Mon 08/08/11 03:00 PM -             $18.30
Guaranteed Delivery
Signature Waived
                                ========
Issue PVI:                        $18.30

                                ========
Total:                            $18.30

Paid by:
Cash                              $18.30

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clickNship to print
shipping labels with postage. For
other information call
```

EXPRESS MAIL

UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

TO: (PLEASE PRINT) PHONE (   )
DMC HOUES
3400 Parkwood Blvd
Legacy Acorn
Frisco TX

ZIP + 4 (U.S. ADDRESSES ONLY, DO NOT USE FOR FOREIGN POSTAL CODES)

7 5 0 3 4 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

STARBUCKS Store #11364
1744 Mountain City Hwy
Elko, NV  (775) 753-1001

1768100 Hannah

CHK 657652
06/09/2011 11:14AM

Starbucks Card                    5.00
Starbucks Card                    5.00
Starbucks Card                    5.00
Mastercard                       15.00
XXXXXXXXXXXX2955

Subtotal                         15.00
Total                            15.00
Change Due                      $0.00

------------ Check Closed ------------
08/09/2011 11:14:57AM

Activate 6060991261962161
New Balance:   5.00
Card is not registered.
Sign up at www.starbucks.com

Activate 6060991261973490
New Balance:   5.00
Card is not registered.
Sign up at www.starbucks.com

---

S-A-L-E-S D-R-A-F-T

STARBUCKS Store #11364
1744 Mountain City Hwy
Elko, NV  (775) 753-1001

DATE:    8/9/2011 11:16:22 AM  2
NAME:    PREE/MYRON J
ACCT.:   xxxxxxxxxx955
CD TYPE: Mastercard (US)
AP CODE :   F3577B
MER. ID :   355001136400000
REF NO:     657641

Amount :            $40.00

Signature: _____

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD
ISSUER AGREEMENT. (MERCHANT
AGREEMENT IF CREDIT VOUCHER)

---



**More saving.**
**More doing.™**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455
                              08/08/11  07:51 AM
CASHIER SHALENE - SLS4122
3320 00002   57436

2 @ 14.97
0805960028688 1/16 GRT BLD <A>        29.97
08059603030254 MULTI MAX <A>          89.00

PREMEL
SUBTOTAL                             118.97
SALES TAX                              8.15
TOTAL                              $127.12
CASH                                 140.00
CHANGE DUE                            12.88

3320 02 57436 08/08/2011 1037

RETURN POLICY DEFINITIONS ON
POLICY ID   DAYS    POLICY EXPIRES ON
    A         90             11/06/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
***********************************



Black/
7/26/2015

**Honks**

DATE 08/09/2011 TUE    TIME 08:33

```
13X                              $0.88
MISC             T1             $11.44
4X                              $0.88
MISC             T1              $3.52
SUBTOTAL                       $14.96
TAXABLE1                       $14.96
TAX1                            $1.02
TOTAL                          $15.98
CASH                           $16.00
CHANGE                          $0.02
```

Always An Adventure...

**Always Honks**

1X        No.495816      00003

---

**THE HOME DEPOT**®

More saving.
More doing.℠

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00011 07549    08/11/11  12:47 PM
CASHIER NANCY - NMJ3G4

```
043156177158 SGLCVLDBLTAB <A>      29.84
073257132420 TRASH BAGS  <A>       16.84
071549999285 WBG+CC OT  <A>         9.77

         SUBTOTAL                  56.45
         SALES TAX                  3.87
         TOTAL                    $60.32
         CASH                      80.00
              CHANGE DUE           19.68
```

3320 11 07549 08/11/2011 8531

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    1        90        11/09/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

---

**THE HOME DEPOT**®

More saving.
More doing.℠

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00002 69855    08/10/11  07:57 AM
CASHIER YURI - YMC5086

```
066876176445 WRINGR/BUCKT <A>      59.99
672756310439 WIRESHLF 4TR <A>      49.93
066876210439 MOP HANDLE   <A>       4.49
066876570642 MOP HANDLE   <A>       9.21
078477729971 IG BLK WH    <A>
  $80.59                             3.54
049727810011 MUD MIXER    <A>      24.55
046672320326 PLCQWPRES <A>         34.79

         SUBTOTAL                 186.50
         SALES TAX                 12.78
         TOTAL                   $199.28
         CASH                     200.00
              CHANGE DUE            0.72
```

3320 02 69855 08/10/2011 4006

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    1        90        11/08/2011

**Elko Gold Mine, LLC DIP**                                                          1156

    Best Western International                              8/11/2011                    19,353.79
                Ref#0008178773

Citibank DIP 8572          #29083 July 2011 Fees                                           19,353.79



# Expense Statement

| Position | | | | From | To | TOTAL |
|---|---|---|---|---|---|---|

Description

me Depot    8 miles x .30    2.40
"                                 2.40
"                                 2.40
"                                 2.40
"                                 2.40
"                                 2.40
"                                 2.40

REIMBURSEMENT TOTAL    $ 16.80

Total of both Pages: $26.40

Elko Gold Mine, LLC DIP
Marvin Hales
mileage - June
8/11/2011
26.40
1160
26.40

Citibank DIP 8572    mileage reimbursement for June 2011

CORTAC

## ELKO COUNTY REAL PROPERTY AND SPECIAL TAXES FOR FISCAL YEAR

| PARCEL NUMBER: | TAX AREA: | BILL NUMBER: | |
|---|---|---|---|
| 001-590-010 | 11.5 | 3087 | July 1, 2011 thru June 30, 2012 |

PROPERTY DESCRIPTION

1930 IDAHO ST
ELKO CITY

MAKE REMITTANCE PAYABLE TO:
ELKO COUNTY TREASURER
571 IDAHO ST, SUITE 101

**Elko Gold Mine, LLC DIP**

Elko County Treasurer

1161

2011 -2012                                   8/11/2011

11,880.42

Citibank DIP 8572        1st Installment #001-590-010

11,880.42

IMPORTANT SEE TAX SPECIAL TAXES ARE

| | | Museum | | | |
|---|---|---|---|---|---|
| | | Elko City | 0.6148 | 7,852.18 | 0.00 | 7,852.18 |
| | | Redevelopment | | 2,377.25 | 0.00 | 2,377.25 |
| | | Prior Delinquencies | | 0.00 | 0.00 | 134,921.17 |
| | | Frozen by Bankruptc | y | 0.00 | 0.00 | 134,921.17 |
| NET ASSESSED | 1,364,662 | | 3.4823 | | | |
| | | TOTAL | | 47,521.62 | 0.00 | 47,521.62 |

**Use Online Banking to pay your Property Taxes electronically.
Make Credit Card and E-Check payments online at
www.elkocountynv.net**

**IF YOUR TAXES ARE INCLUDED IN YOUR
MORTGAGE PAYMENT, DO NOT PAY THIS BILL.**

### · · · · CHANGE OF ADDRESS? PLEASE INDICATE ON REVERSE SIDE OF STUB · · · ·

| 4TH INSTALLMENT | 3RD INSTALLMENT | 2ND INSTALLMENT | 1ST INSTALLMENT |
|---|---|---|---|
| DUE ON OR BEFORE | DUE ON OR BEFORE | DUE ON OR BEFORE | DUE ON OR BEFORE |
| March 5, 2012 | January 3, 2012 | October 3, 2011 | August 15, 2011 |
| AMOUNT | AMOUNT | AMOUNT | AMOUNT |
| $11,880.40 | $11,880.40 | $11,880.40 | $11,880.42 |
| AMOUNT BARCODE | AMOUNT BARCODE | AMOUNT BARCODE | AMOUNT BARCODE |
| PARCEL NUMBER | PARCEL NUMBER | PARCEL NUMBER | PARCEL NUMBER |
| 001-590-010 | 001-590-010 | 001-590-010 | 001-590-010 |
| PARCEL BARCODE | PARCEL BARCODE | PARCEL BARCODE | PARCEL BARCODE |
| DETACH AND MAIL THIS STUB WHEN PAYING 4TH INSTALLMENT | DETACH AND MAIL THIS STUB WHEN PAYING 3RD INSTALLMENT | DETACH AND MAIL THIS STUB WHEN PAYING 2ND INSTALLMENT | DETACH AND MAIL THIS STUB WHEN PAYING 1ST INSTALLMENT |

**Elko Gold Mine, LLC DIP**

1162

Luis Dominguez

8/11/2011

2,912.80

Citibank DIP 8572

2,912.80

| | | |
|---|---|---|
| Door adjustment for proper locking 30 Rooms and office. | | $ 2,690.81 |
| All doors were removed and reinstalled again. | | |

| | | |
|---|---|---|
| Subtotal | $ | 2,690.81 |
| Sales Tax | $ | 221.99 |
| Total | $ | 2,912.80 |

*Thank you for your business!*

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE**    CONFIDENTIAL PROPERTY OF SYSCO

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300, (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV 89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV 89801

| INVOICE DATE | 8/10/11 |
| TRUCK STOP | 7016 |
| ROUTE | 4333 |

INVOICE NUMBER 108111064    3    1    PAGE

CUSTOMER 386177
PURCHASE ORDER
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 711819 NORMAL DELIVERY
MA: S184  THAN BURKHART  9184
DRIVER: ZIMMERMAN

| QTY | SPLIT | PCS | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INV ADJ CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | COOLER | | | | | | |
| | | | | | ****DAIRY**** | | | | | | |
| C | 1 | CS | 18 | LB | DARIGOLD BUTTER CUP USDA AA 90CT | 3102405  86087700 | 27.00 | | 27.00 | | |
| C | 1 | CS | 100 | 1.75 OZ | BERLIMP CHEESE CREAM CUP STWBRY | 39782  62620000 | 32.95 | | 32.95 | | |
| C | 1 | CS | 100 | 1 OZ | BERLIMP CHEESE CREAM PLAIN CUP | 39801  62634465 | 26.68 | | 26.68 | | |
| C | 1 | CS | 3603/B OZ | | HILFARM CREAMER HALF & HALF SHT STBL | 5105700  81116055 | 14.28 | | 14.28 | | |
| C | 2 | CS | 50 | .5 PT | DARIGOLD MILK 1% MINI BOX | 1022  72133277 | 10.06 | | 30.18 | | |
| C | 8 | CS | 50 | .5 PT | HILFARM MILK 2% REDUCED FAT | 1022  38622950 | 11.01 | | 88.08 | | |
| C | 13 | CS | 126 | OZ | YOPLAIT YOGURT ASST STW MXED BRY | 184  72955185 | 8.43 | | 109.59 | | |
| | | | | | GROUP TOTAL**** | | | | 328.76 | | |
| | | | | | ****PRODUCE**** | | | | | | |
| C | 1 | CS | 1175 | CT | SYS CLS APPLE RED DEL FCY FRSH | 89241193 | 35.85 | | 35.85 | | |
| C | 1 | CS | 40 | LB | PACKER BANANA FRESH TIP GREEN | 11585542 | 34.66 | | 34.66 | | |
| C | 1 | CS | 40# | | PACKER BANANA GRN TURN TO YEL FRESH | 1003368 | 34.13 | | 34.13 | | |
| C | 1 | CS | 113 | CT | SYS CLS ORANGE NAVEL CH FRESH | 2252161  22522161 | 31.82 | | 31.82 | | |
| | | | | | GROUP TOTAL**** | | | | 136.46 | | |
| | | | | | DRY | | | | | | |
| | | | | | ****CANNED & DRY**** | | | | | | |
| D | 4 | CS | 128 | CT | QUAKER BAR GRANOLA PNUT BTR CHO CHIP 31184 | 0642088 | 39.75 | | 159.00 | | |
| D | 1 | CS | 429 OZ | GM | CEREAL CHEERIO 11977000 | 4094587 | 46.00 | | 46.00 | | |
| D | 1 | CS | 431 OZ | | KELLOGG CEREAL FROOT LOOP 3800001791 | 4094645 | 46.34 | | 46.34 | | |
| D | 1 | CS | 6#10 | | SYS CLS GRAVY SAUSAGE CNTRY RTU 590PX | 0682542 | 78.32 | | 78.32 | | |
| D | 1 | CS | 200.5 OZ | | SMUCKER JAM STRAWBERRY CUP 00767 | 4043949 | 17.99 | | 17.99 | | |
| D | 1 | CS | 2001.5 OZ | | HSE REC SYRUP TABLE MAPLE FLAVORED 12888-SYS | 1696608 | 36.99 | | 36.99 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 41 | | 41 | 29.1 | 714 |

OPEN: 6:00 AM    CLOSE: 7:00 PM

| NO. PCS DELVD. | NO. PCS REC. |
| CUST. SIGN  X | |

DRIVER'S SIGN

REMIT TO:
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | 849.86 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE    2

IMPORTANT: ALL FOOD AND NON-FOOD COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CONFIDENTIAL PROPERTY OF SYSCO**

**CUSTOMER'S ORIGINAL INVOICE**

Good things come from **SYSCO**

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-5300  (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

| INVOICE NUMBER | 108111064 | PAGE 2 |
|---|---|---|
| INV DATE | 8/11/11 | |
| CUSTOMER | 386177 | |
| ROUTE | 016 | |
| ROUTE | 4333 | |

PURCHASE ORDER
TERMS COD ACH
MANIFEST# 71181-9 NORMAL DELIVERY
MA: 5184 CHAIN BURKHART 9104
DRIVER: ZIMMERMAN

BEST WESTERN
1930 IDAHO ST
ELKO          NV  89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV  89801

| C | QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | EXTENDED | T | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 2 | CS | 65 LB | EKRSCUS WAFFLE MIX BELGIAN | 6153092 | 49.99 | | 99.98 | X | | |
| | | | | *****PAPER & DISP***** | | | | 481.62 | | | |
| D | 2 | CS | 2050 CT | SYS CLS CUP PAPER HOT 12 OZ WHT | 0783407 | 129.99 | | 129.99 | | | |
| D | 1 | CS | 1/100 CT | SYSCO LID PLAS DME WHT F/12/16 CUP | 1503226 | 119.99 | | 219.99 | | | |
| | | | | GROUP TOTAL***** | | | | 249.98 | | | |
| | | | | *****CHEMICAL & JANITORIAL***** | | | | | | | |
| D | 2 | CS | 121.5 LB | ECOLAB BLEACH CHLORINE STAIN BLAST NP | 10370 | 125.00 | 8.57 | 250.00 | * | | |
| | | | | ** HAZARD ** | | | | | | | |
| D | 2 | PL | 15GAL | ECOLAB DESTAINER LAUNDRY LIQUID | 15982 | 79.99 | 5.48 | 159.98 | * | | |
| | | | | ** HAZARD ** | | | | | | | |
| D | 2 | PL | 15GAL | ECOLAB DETERGENT LAUN LIQ ES L2000 | 61000331 | 239.80 | 16.43 | 479.60 | * | | |
| | | | | ** HAZARD ** | | | | | | | |
| D | 2 | CS | 6EA | KEYSTON FRSHENER AIR OCEAN BREEZE | 6100095 | 151.97 | 10.41 | 303.94 | * | | |
| D | 3 | CS | 6/170Z | KEYSTON POLISH FURNITURE ARSL | 6100200 | 49.99 | 3.42 | 149.97 | * | | |
| | | | | ** HAZARD ** | | | | | | | |
| | | | | GROUP TOTAL***** | | | | 1343.49 | | | |
| | | | | *****DISPENSER BEVERAGE***** | | | | | | | |
| D | 1 | CS | 6/32 OZ | CLTAVCO COFFEE CAPPUC MIX FRENCH VAN | 39943 | 73.51 | | 73.51 | | | |
| D | 2 | CS | 9/62 OZ | CLTAVCO COFFEE COL 100% FINE W/F | 39579 | 164.51 | | 329.02 | | | |
| D | 1 | CS | 24 LTR | NATRSEL JUICE APPLE CKTAIL | 108152 | 96.96 | | 96.96 | | | |
| D | 1 | SCS | 6/24 CT | TAZO TEA DECAF TAZO CHAI | 1722260 | 29.99 | | 29.99 | | | |
| | | | | GROUP TOTAL***** | | | | 529.48 | | | |
| | | | | *****DAIRY***** | | | | | | | |
| F | 6 | CS | 723.5 OZ | PAPETTI OMELET EGG CHEESE | 4602590L3500 | 65.39 | | 392.34 | | | |
| | | | | GROUP TOTAL***** | | | | 392.34 | | | |

OPEN: 6:00 AM   CLOSE: 7:00 PM

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 26 | | 26 | 23.6 | 556 |

NO. PCS DELVD.
NO. PCS REC.

CUST. SIGN  [X]  READ INVOICE EVIDENCE RECEIPT OF ALL ITEMS

DRIVER'S SIGN

REMIT TO
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 3465.13 |

CONT. ON PAGE 3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CONFIDENTIAL PROPERTY OF SYSCO**
**CUSTOMER'S ORIGINAL INVOICE**

Good things from **SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT www.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO        NV  89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO        NV  89801

| INVOICE NUMBER | PAGE |
|---|---|
| 108111064 | 3  3 |

CUSTOMER 386177  ORDER 016  DATE 8/11/11  ROUTE STOP 4333

PURCHASE ORDER
TERMS - PAST DUE BALANCES MAY BE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 711819  NORMAL DELIVERY
MA: ST84  THAI N BURKHART  9184
DRIVER: ZIMMERMAN

| QTY SHIP | U/M | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | ****MEATS**** | | | | |
| 6 | CS | 200/.8 OZ | | SYS REL SAUSAGE PORK LNK SKLS CKD MILD 19687 | 133/591 | 30.76 | | 184.56 |
| | | | | GROUP TOTAL**** | | | | 184.56 |
| | | | | ****FROZEN**** | | | | |
| 1 | CS | 12/12 CT | | BKRLCLS BAGEL PLAIN MINI SLI 1.25 OZ 50000 | 7102734 | 36.99 | | 36.99 |
| 1 | CS | 240/1 OZ | | BKRSCLS BISCUIT BTRMLK 2" 1009 | 5083571 | 37.19 | | 37.19 |
| 1 | CS | 8/27 OZ | | STNGRND BREAD WHITE PULLMAN 5/8" SLI 2040 | 5380231 | 30.99 | | 30.99 |
| 3 | CS | 84/2.25OZ | | DT'SPKMY DANISH ASST APL/CHES/CHERRY 80991 | 8396766 | 69.04 | | 207.12 |
| 1 | CS | 220/.5 OZ | | BKRSCLS DOUGH COOKIE CHOC CHUNK GRMT 9325994 | 9325994 | 69.99 | | 69.99 |
| 2 | CS | 72/1.5 OZ | | BKRSIMP MUFFIN ASST BLU/APP/BAN 07347302 1815 | 7812015 | 33.99 | | 67.98 |
| 1 | CS | 6/12 CT | | BKRSCLS MUFFIN ENGLISH FRK SPLIT 2 O 8593024 | 8593024 | 22.19 | | 22.19 |
| | | | | GROUP TOTAL**** | | | | 472.45 |
| | | | | ****DISPENSER BEVERAGE**** | | | | |
| 2 | CS | 24 LTR | | NATRSEL JUICE ORANGE F×2 CADDY 108145 | 6150072 | 99.99 | .34 | 199.98 |
| | | | | GROUP TOTAL**** | | | | 199.98 |
| | | | | MISC CHARGES  CHGS FOR FUEL SURCHARGE | | | | 5.00 * |
| | | | | ORDER SUMMARY ▪ 55789 | | | | |

| | SUB TOTAL | 4327.12 |
|---|---|---|
| | TAX TOTAL | 92.37 |
| | INVOICE TOTAL | 4419.49 |

LAST PAGE

P.O. BOX 27638
SALT LAKE CITY, UT  84127-0638

PAYABLE ON OR BEFORE  8/12/11

| CASES | SPLIT | TOT.PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 18 | 18 | | 13.8 | 253 |
| 85 | 85 | | 66.5 | 1523 |

OPEN: 6:00 AM    CLOSE: 7:00 PM

DRIVER'S SIGN X

CUST. SIGN X

NO. PCS DELVD    NO. PCS REC.

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

Elko Gold Mine, LLC DIP

Jeff Brown

8/17/2011    1167

2,681.25

Citibank DIP 8572

2,681.25

Tub And Tile Refinishing – Paint
(Material)

$2,476.91

| | |
|---|---|
| SUBTOTAL | $2,476.91 |
| SALES TAX | $204.34 |
| TOTAL | $2,681.25 |

Dhillon Management Inc Mail - TDS Communications



Page 1 of 3

Camira Summers <csummers@dmchotels.com>

## TDS Communications
1 message

**Myron Pree DMC <mpree@dmchotels.com>**
Reply-To: Myron Pree DMC <mpree@dmchotels.com>
To: Camira Summers <csummers@dmchotels.com>, Scott Nadel <snadel@dmchotels.com>

Thu, Aug 18, 2011 at 12:30 PM

Greetings;

I have an agreement with Dave Bixler to work on phone problems we have at the hotel.  Mr. Bixler would like to be paid in advance in 8 hour increments at $65.00 per hour.  Any unused hours would be held by us for future labor needs.

Thank

**Elko Gold Mine, LLC DIP**
Dave Bixler

Phone system repair                    8/19/2011                1163

520.00

Citibank DIP 8572        Phone system repair

520.00

ONE):

Pay to the Order of:    Dave Bixler

Type of Expense/Period:  Phone System Repairs

Invoice/Bill Amount:    $520  (Paid in Advance to do work)

8/18/2011

# Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

**EMPLOYEE INFORMATION:**
Name: Myron Pree; GM
Position

From 5-Aug-11
To 12-Aug-11

Start Out Fund: $305.42
Added: $698.32
TOTAL: $1,003.74

SEND TO: Connie Goltz

| Date | Account # | Vendor | Description | Brkfast Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-Aug-11 | | USPS | Mail Packet to Texas | | | | | $18.30 | | | | | $18.30 |
| 8-Aug-11 | | Home Depot | Dremel Drill and Bit | | $127.12 | | | | | | | | $127.12 |
| 9-Aug-11 | | Ronos | Bleach | | | | | | $15.98 | | | | $15.98 |
| 9-Aug-11 | | Starbucks | Front Desk Rewards Cards | | | $40.00 | | | | | | | $40.00 |
| 9-Aug-11 | | Starbucks | Front Desk Rewards Cards | | | $15.00 | | | | | | | $15.00 |
| 10-Aug-11 | | Home Depot | Assorted Items for Maintenance Dept. for repair on room #267 | | $199.28 | | | | | | | | $199.28 |
| 11-Aug-11 | | Home Depot | Items for Maintenance (Not sure what he bought) | | $60.32 | | | | | | | | $60.32 |
| 11-Aug-11 | | 1000 Bulbs | Light Bulbs for Property | | $191.02 | | | | | | | | $191.02 |
| 11-Aug-11 | | HD Supply | Balance due on order that was over the amount of the check Camira sent (See note in red on hard copy) | | $9.89 | | | | | | | | $9.89 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | $ - | $ 587.63 | $ 55.00 | $ - | $ 18.30 | $ 15.98 | $ - | $ - | $ - | $676.91 |

Reimbursement total $ 676.91
Cash on Hand $ 326.83
Total Petty Cash $ 1,003.74

Elko Gold Mine, LLC DIP

Myron Pree

1185

8/19/2011

supplies          587.63
reward cards      55.00
supplies          15.98
postage           18.30
additional petty cash   500.00

1,176.91

Citibank DIP 8572    maint supplies/reward cards/postage/supplies

**HONKS**

بلدي 8/8/11

| DATE 08/09/2011 TUE | TIME |
| --- | --- |
| 13X | $0.00 |
| MISC | T1 |
| 4X | $0.68 |
| MISC | T1 |
| SUBTOTAL | |
| TAXABLE1 | |
| TAX1 | |
| TOTAL | |
| CASH | |
| CHANGE | |

**Always An Adventure**

Always  **Honks**

8X    No.495616

---

**THE HOME DEPOT**

More saving.
More doing.℠

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0405

3320 00002 57496  08/09/11 07:51 AM
CASHIER SHALENE - SL94122

BAIT
08059602868B 1/16 CRT BLD <A>      29.97
08059600254 MULTI MAX <A>          89.00

| SUBTOTAL | 118.97 |
| SALES TAX | 8.15 |
| TOTAL | $127.12 |
| CASH | 140.00 |
| CHANGE DUE | 12.88 |

PREPAID

3320 02 57496 08/08/2011 1037

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1       90       11/06/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE
*****************************************

---

ELKO NPO
ELKO, Nevada
8980013518
3146300806-0098
08/05/2011 (800)275-8777 11:42:13 AM

============ Sales Receipt ============

| Product Description | Sale Qty | Unit Price | Final Price |
| --- | --- | --- | --- |
| FRISCO TX 75034 | | | $18.30 |

Zone-6 Express Mail
PO-Add Flat Rate Env
7.20 oz.
Label #:EG989961315US
Mon 08/08/11 03:00 PM -
Guaranteed Delivery
Signature Waived

Issue PVI:                          $18.30

======================================

Total:                             $18.30

Paid by:
Cash                               $18.30

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call

S-A-L-E-S D-R-A-F-T

STARBUCKS Store #11364
1744 Mountain City Hwy
Elko, NV  (775) 753-1001

DATE:       8/9/2011 11:16:22 AM  2
NAME:       PREE/HYRON J
ACCT:       XXXXXXXXXXX955
CD TYPE:    Mastercard (US)
AP CODE  :  F3577B
MER. ID  :  355001136400000
REF NO:     657641

Amount:        $40.00

Signature:_____

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD
ISSUER AGREEMENT. (MERCHANT
AGREEMENT IF CREDIT VOUCHER)

---

STARBUCKS Store #11364
1744 Mountain City Hwy
Elko, NV  (775) 753-1001
1768100 Hannah

CHK 657652
08/09/2011 11:14AM

Starbucks Card            5.00
Starbucks Card            5.00
Starbucks Card            5.00
Mastercard               15.00
XXXXXXXXXXXX2955

Subtotal                 15.00
Total                    15.00
Change Due              $0.0

-------- Check Closed --------
08/09/2011 11:14:57AM

Activate 6060991261962161
New Balance:   5.00
Card is not registered.
Sign up at www.starbucks.com

Activate 5060991261973490
New Balance:   5.00
Card is not registered.
Sign up at www.starbucks.com

---



More sa
More do

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-7

3320  00011  07549    08/11/11
CASHIER NANCY - NMJ3G4

043155177158 SGLCYLDBLTAB <A>
073257132428 TRASH BAGS <A>
071549999285 WBG+CC QT <A>

            SUBTOTAL
            SALES TAX
            TOTAL
            CASH
                CHANGE DUE



3320 11 07549 08/11/2011 6

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EX
A    1       90          11/09

THE HOME DEPOT RESERVES THE RI
LIMIT / DENY RETURNS. PLEASE S
RETURN POLICY SIGN IN STORES
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR HUNDREDS OF
LOWER PRICES STOREWIDE

---





More saving.
More doing."
®

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0485

3320  00002  63855  06/10/11  07:57 AM
CASHIER YURI - YWC5086

038687617644 5 WATERSKP/BUCKT <A>       $9.99
672763103252 WTRESHLF 4TR <A>          $8.93
038687612543 G #2AOUTTIMEUP <A>        $4.49
038477177992 MOP HANDLE <A>            $9.21
                 1G BLUN NH <A>
680.59                                 $3.54
049727810011 MUD MIXER <A>            $24.55
046677720326 PLC3MFR-S <A>
           t++ t b+1}>                 $4.79

                 SUBTOTAL             $86.50
                 SALES TAX            $12.78
                 TOTAL               $199.28
                 CASH                $200.00
                     CHANGE DUE         $0.72



3320 02 63855 06/10/2011 4005

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A    1       90          11/08/2011

HD Supply Facilities Maintenance

Page 1 of 2

**SUPPLY**
MAINTENANCE SOLUTIONS

Welcome Myron Pred
Quick Order | Saved Lists | My Account
My Orders | Electronic Invoicing | Log Off

Shopping Cart
0 Items - $0.00

Website Help: 1-877-694-4932 | Email: customercare@hdsupply.com Phone Orders: 1-800-431-3000

Free, Next-Day Delivery*

Search    Home    Virtual Catalog    Services & Resources    Customer Support

## Thank You!
Your order has been placed. Shortly you will receive an order
confirmation email at the address for this account

Shopping Cart    Pricing Check & Billing    Confirmation

## Order Number: W101950877

Did you know you can get PDF invoices via email?
Call 1-800-798-5858 or click here for more information!

| Description  Part # | Delivery | Ordered | In Stock | Back Order | Your Price | Total |
|---|---|---|---|---|---|---|
| SINGLE SPEED CLOCKWISE ENCLOSED MOTOR 250959 | SAC (08/15/2011) | 5 | 5 | | $37.24 | $186.20 |
| STEEL EXHAUST FAN BLOWER WHEEL 254095 | SAC (08/15/2011) | 5 | 5 | | $18.44 | $92.20 |
| PLASTIC EXHAUST FAN GRILLE 249166 | SAC (08/15/2011) | 5 | 5 | | $4.78 | $23.90 |
| EXHAUST FAN MOTOR "PKG OF 2" 250325 | SAC (08/15/2011) | 5 | 5 | | $31.45 | $157.30 |
| 4" FAN BLADE 256090 | SAC (08/15/2011) | 5 | 5 | | $3.09 | $15.45 |
| BROAN MODEL 194 GRILL AND SPRING ASSEM 254169 | Back-Ordered (08/29/2011) | 5 | | 5 | $16.59 | $82.95 |

*Note: The check from Camira was $9.89 short from covering the order due to Tax and the change order for fan blades. shortage Paid from Petty Cash*

Item Subtotal: $558.00
Tax: $35.23
Freight: FREE
**Total: $596.23**

*Check - Camira: $586.34*
*From Petty Cash → 9.89*

Start a New Order

| Your Recently Viewed Items | | | Customers Who Viewed These Items Also Viewed | | |
|---|---|---|---|---|---|
| 6" CELCON RIGHT PITCH FAN BLADE HDS Part # 254430 | VENTROLA EXHAUST FAN MOTOR BRACKET HDS Part # 765706 | BROAN EXHAUST LAMP GRILLE HDS Part # 249825 | STEEL EXHAUST FAN BLOWER WHEEL HDS Part # 254100 | BATH EXHAUST MOTOR AND FAN "PKG OF 2" HDS Part # 250572 | CELCON EXHAUST FAN BLOWER WHEEL HDS Part # 354150 |

Page 1 of 1

# 1000Bulbs.com

Call **1-800-624-4488** 7 a.m. to 6 p.m. CST

Enter Keyword or Product #  **GO**

## Order Complete

Thank you for your order!

**Your order number is 1329581**

Your order will typically be delivered in 5 to 7 business days unless you have selected a faster shipping method.

Most orders are processed within 15 minutes of submission and shipped on the same day. Your order will typically be received in 5 to 7 business days unless you have selected a faster shipping method. In the case of a back order, we will notify you within 5 business days. Please contact our customer service department if you have additional questions. We appreciate your business!

You will receive a Fedex Tracking Number by e-mail when your package(s) ships.

Please print this page for your records.

**Payment method:** Myron J. Pree
Credit Card Ending: 0168
8/7/2013

**Shipping Address:** Myron Pree
Best Western Elko Inn
Mary Holes
1930 Idaho Street
Elko, NV 89601

**Billing Address:** Myron Pree
Best Western Elko Inn
Mary Holes
1930 Idaho Street
Elko, NV 89601

| Catalog code | Product | Unit Price | Qty | Cost |
|---|---|---|---|---|
| F.43TU25F41ES | Philips 14263-6 (Case of 50) F40T12/841/ALTO - 48 Watt - T12 - Cool White 4100K - 500 Series Phosphors | $54.43 Case of 50 | 1 | $54.43 |
| FC09-14867E | Philips Lighting 14867XV - PL-Q FMQ33/2P/ALTO - 9 Watt - 2 Pin G23 Base - 2700K - CFL | $3.67 ea | 30 | $56.10 |

Notes:

|  |  |
|---|---|
| Subtotal | $142.53 |
| Fedex Ground Shipping | $20.49 |
| Total | $161.02 |

**Print Page**

**1000Bulbs.com** Changing The Way The World Buys Light Bulbs.

**Email Specials**
Sign up to receive specials & Promotions click here

1000bulbs.com is proud to offer our customer products that far the best performance, best style & best price!

**Quick Links**
Home Page
My Account
Clearance
All Categories

**Customer Service**
Contact Us
Returns
Shipping
Warranty
Privacy Policy
FAQ

**Company**
About Us
Testimonials
Employment
Dealer Sign Request

**Follow Us**
blog.1000bulbs.com

© 2011 1000bulbs.com 2140 Merrit Dr., Garland, TX 75041  |  All Rights Reserved   Sitemap

8/11/2011

1166

**Elko Gold Mine, LLC DIP**

Myron J. Pree                    mileage to SLC                8/19/2011              135.00

Citibank DIP 8572        mileage 8.6.11 to SLC for Tiles                                        135.00



# Expense Statement

From 7/27/2011

To  8/11/2011

Position   General Manager

Salt Lake City to pick up floor tiles to repair #287 - 450 miles round trip X $.30 mile

TOTAL    $ 135.00

REIMBURSEMENT TOTAL    $ 135.00

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC
5182 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300  (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO                    NV  89801

972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
                        NV  89801

**DELIVERY COPY** — CONFIDENTIAL PROPERTY OF SYSCO

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 8/18/11 | 366177 | 108180855 | 0  1 |

ROUTE 0019  TRIPER STOP 4313

PURCHASE ORDER

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 712640  NORMAL DELIVERY
MA: SH84  THAIN BURKHART  9184
DRIVER: ZIMMERMAN

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INV ADJ CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| C | | | COOLER ****DAIRY**** | | | | | | |
| C 1 | CS | 100/.75 OZ | DERLIMP CHEESE CREAM CUP STWBRY 39782 | 6262000 | 32.95 | | 32.95 | | |
| C 1 | CS | 360/3/8 OZ | RHLFARM CREAMER HALF & HALF SHF STBL 5105700 | 8116055 | 14.28 | | 14.28 | | |
| C 3 | CS | 50/.5 PT | DARIGLD MILK 1% MINI BOX | 7213277 | 10.06 | | 30.18 | | |
| C 2 | CS | 56/.5 PT | WHLFARM MILK 2% REDUCED FAT 1022 | 3862950 | 11.01 | | 77.07 | | |
| C 12 | CS | 126 OZ | YOPLAIT YOGURT ASST STW-MIXED BRY 384 | 7255185 | 8.43 | | 101.16 | | |
| | | | GROUP TOTAL**** | | | | 255.64 | | |
| C | | | ****PRODUCE**** | | | | | | |
| C 1 | CS | 140# | PACKER BANANA GRN TURN TO YEL FRESH | 1007368 | 34.13 | | 34.13 | | |
| C 3 | CS | 113 CT | SYS CLS ORANGE NAVEL CH FRESH 2252161 | 2252161 | 31.82 | | 31.82 | | |
| | | | GROUP TOTAL**** | | | | 65.95 | | |
| D | | | DRY ****CANNED & DRY**** | | | | | | |
| D 3 | CS | 120 CT | QUAKER BAR GRANOLA VARIETY PK 6.7 OZ 31188 | 0631634 | 39.62 | | 118.86 | | |
| D 1 | CS | 4/26 OZ | KELLOGG CEREAL CORN FLAKE 3800000191 | 4094678 | 25.06 | | 25.06 | | |
| D 1 | CS | 8/35 OZ | KRSTBAZ CEREAL RAISIN BRAN 748-0160 | 4585865 | 48.34 | | 48.34 | | |
| D 1 | CS | 200/.5 OZ | SMUCKER JAM STRAWBERRY CUP 00767 | 4043949 | 17.99 | | 17.99 | | |
| D 1 | CS | 1000/9 GM | SYS CLS KETCHUP PKT (SYS/HNZ) 986600 | 4029500 | 38.72 | | 38.72 | | |
| D 1 | CS | 2/42 OZ | TABASCO SAUCE TABASCO HOT 00004 | 4007811 | 40.34 | | 40.34 | | |
| D 1 | CS | 200/1.5 OZ | HSE REC SYRUP TABLE MAPLE FLAVORED 12888-SYS | 1696608 | 36.99 | | 36.99 | | |
| D 1 | CS | 65 LB | BKRSCLS WAFFLE MIX BELGIAN 6153092 | 6153092 | 49.99 | | 49.99 | | |
| | | | GROUP TOTAL**** | | | | 376.29 | | |
| D | | | ****PAPER & DISP**** | | | | | | |
| D 1 | CS | 20/50 CT | SYS CLS CUP PAPER HOT 12 OZ WHT 0783407 | 0783407 | 129.99 | | 129.99 | | |

| CASES | SPLIT | TTL PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 37 | | 37 | 27.7 | 628 |

NO PCS DELVD     NO PCS REC

DRIVER'S SIGN
CUST SIGN   X _____

OPEN: 6:00 AM     CLOSE: 7:00 PM

REMIT TO
P.O. BOX 27638
SALT LAKE CITY, UT 84127-0638

PAYABLE ON OR BEFORE

| SUB TOTAL | 827.87 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 2

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-7414 ARE INCORPORATED HEREIN BY REFERENCE

**Good things come from**
**SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801) 563-6300    (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO                    NV  89801

972-668-0327

ELKO  GOLD MINE LLC
1930 IDAHO ST
ELKO                NV  89801

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

INVOICE NUMBER  108180855   PAGE  2

CUSTOMER  386177

ROUTE  4333   STOP/019

TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

PURCHASE ORDER
MANIFEST# 712640 NORMAL DELIVERY
COD ACH
UNIT# 71149 THAD BURKHART  9184
DRIVER: ZIMMERMAN

PAY TO
P.O. BOX 27638
SALT LAKE CITY, UT 84127-0638

| CO | QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | I/P X | INVOICE ADJUSTMENTS CODE | QTY |
|----|-----|-------|------|------|------------------|---|-----------|------------|------------|----------------|-------|--------------------------|-----|
| D | 1 | | CS | 20150 | STEFCO NAPKIN DINNER 15X16.25.2P 1/8 | 130277 | 8464954 | 39.99 | | 39.99 | X | | |
| | | | | | ****CHEMICAL & JANITORIAL**** | | | | | 169.98 | | | |
| D | 1 | | CS | 12.5GAL | KEYSTON CLEANER FLOOR WSH N WALK | 6100050 | 7666789 | 126.90 | 8.69 | 126.90 | * | | |
| D | 1 | | CS | 4IGAL | KEYSTON CLEANER PINE MULTI SURFACE | 6100064 | 7681797 | 49.99 | 3.42 | 49.99 | * | | |
| D | 1 | | CS | 4750ML | KEYSTON SANITIZER HAND FOAM | 6100098 | 7715473 | 66.42 | 4.55 | 66.42 | * | | |
| | | | | | ****DISPENSER BEVERAGE****TOTAL**** | | | | | 243.31 | | | |
| D | 1 | | CS | 962 OZ | CITAVCO COFFEE COL 100% FINE W/F | 39579 | 4116158 | 164.51 | | 164.51 | | | |
| D | 1 | | CS | 628 CT | BIGELOW TEA ASST 6 FLVR | 15577 | 7813436 | 27.14 | | 27.14 | | | |
| | | | | | GROUP TOTAL**** | | | | | 191.65 | | | |
| | | | | | ****DAIRY**** | | | | | | | | |
| | | | | | ****FROZEN**** | | | | | | | | |
| F | 6 | | CS | 723.5 OZ | PAPETTI OMELET EGG CHEESE | 460259013500 | 2232965 | 65.39 | | 392.34 | | | |
| | | | | | ****MEATS**** | | | | | 392.34 | | | |
| F | 6 | | CS | 200.8 OZ | SYS REL SAUSAGE PORK LNK SKLS CKD MILD | 19687 | 1337591 | 30.76 | | 184.56 | | | |
| | | | | | GROUP TOTAL**** | | | | | 184.56 | | | |
| | | | | | ****FROZEN**** | | | | | | | | |
| F | 1 | | CS | 827 OZ | STNGRND BREAD WHITE PULLMAN 5/8" SLI | 2040 | 5380231 | 30.99 | | 30.99 | | | |
| F | 4 | | CS | 842.25 OZ | TSPKMY DANISH ASST APL/CHES/CHERRY | 80991 | 8396766 | 69.04 | | 276.16 | | | |
| F | 1 | | CS | 2201.5 OZ | BKRSCLS DOUGH COOKIE OATMEAL RSN GRM | 9326307 | 9326307 | 87.31 | | 87.31 | | | |
| F | 2 | | CS | 721.5 OZ | BKRSIMP MUFFIN ASST BLU/APP/BAN 073473021815 | | 7812015 | 33.99 | | 67.98 | | | |
| F | 1 | | CS | 612 CT | BKRSCLS MUFFIN ENGLISH FRK SPLIT 2 O | 8593024 | 8593024 | 22.19 | | 22.19 | | | |
| | | | | | ****DISPENSER BEVERAGE**** | | | | | 484.63 | | | |
| F | 3 | | CS | 24 LTR | NAYRSEL JUICE ORANGE FRZ CADDY | 108145 | 6150072 | 99.99 | | 299.97 | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|-------|-------|---------|------|----------|
| 30 | | 30 | 24.9 | 476 |

OPEN: 6:00 AM   CLOSE: 7:00 PM

NO PCS DELVD    NO PCS REC

CUST SIGN  X

DRIVER'S SIGN

| | |
|---|---|
| SUB TOTAL | |
| TAX TOTAL | |
| INVOICE TOTAL | 2664.32 |

PAYABLE ON OR BEFORE

CONT. ON PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14 60-2504 AND 60-7414 ARE INCORPORATED HEREIN BY REFERENCE

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT (801)
(801) 563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

DELIVERY COPY     CONFIDENTIAL PROPERTY OF SYSCO

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 8/18/11 | 386177 | 108180855 | 0  3 |

WEEK STOP /019

| ROUTE | PURCHASE ORDER |
|---|---|
| 4333 | |

TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE.
COD ACH
MANIFEST  712640 NORMAL DELIVERY
MANIFEST  712640 RICHARD BURKHART  9184
DRIVER: ZIMMERMAN

BEST WESTERN
1930 IDAHO ST
ELKO        NV    89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO        NV    89801

| QTY | PACK | SIZE | ITEM CODE | ITEM DESCRIPTION**** | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | I P | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **MISC CHARGES** | | | | | | |
| | | | | CHGS FOR FUEL SURCHARGE | | .34 | 299.97 | X 1 | | |
| | | | | GROUP TOTAL**** | | | 5.00 | * | | |
| | | | | **ORDER SUMMARY** : | | | | | | |
| | | | 65612 | | | | | | | |

| CASES | SPLITS | TOTLPCS. | CUBE | GROSS WT. |
|---|---|---|---|---|
| 67 | | 67 | 52.6 | 1104 |

OPEN: 6:00 AM    CLOSE:    7:00 PM

| NO PCS DLVD | CUST SIGN | X__Doug Kuhn__ |
|---|---|---|

NO PCS REC

DRIVER'S SIGN

THE "DUTY PACK, PRODUCE, AGRICULTURAL OR PERISHABLE AGRICULTURAL COMMODITIES...
IN THE STATUTORY TRUST. THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM...

REMIT TO
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

| | |
|---|---|
| SUB TOTAL | 2669.32 |
| TAX TOTAL | 17.00 |
| INVOICE TOTAL | 2686.32 |

PAYABLE ON OR BEFORE    8/19/11    LAST PAGE

**Dhillon Properties, LLC DIP**

1935

    Scott Nadel                                       8/22/2011

                                   travel expenses                            879.31

                                   promotion                              1,000.00

DIP Account -Main - 8   Travel and Promotion expense                  1,879.31

**Elko Gold Mine, LLC DIP**

1168

    Scott  c Nadel                                    8/22/2011

                                   Travel expense                            879.31

                                   promotion                            1,000.00

Citibank DIP 8572     Travel and Promotion expenses               1,879.31

Holiday Inn North Fossil Creek

# Expense Statement

Invoice No.

**Employee**

| Name | Scott Nadel |
| SSN | |
| Location | Corporate Office |

| Emp # | |
| Position | COO |
| Manager | |

| From | 7/20/2011 |
| To | 8/3/2011 |

| Date | Account | Description | TOTAL |
|------|---------|-------------|-------|
| 7/19/2011 | Meals | Tetco - Sandwich | $7.57 |
| 7/20/2011 | Meals | Tetco - Sandwich | $4.32 |
| 7/21/2011 | Gas | Fuel | $50.31 |
| 7/21/2011 | Meals | Market Street - Food | $5.39 |
| 7/21/2011 | Meals | Tetco - Sandwich | $7.57 |
| 7/25/2011 | Meals | Tetco - Sandwich | $8.84 |
| 7/25/2011 | Meals | Smoothie King | $8.85 |
| 7/25/2011 | Fuel | Fuel | $35.58 |
| 7/25/2011 | Meals | Tetco - Sandwich | $11.89 |
| 7/28/2011 | Meals | Albertson's - Meals | $16.70 |
| 7/28/2011 | Miscellaneous | Miscellaneous Purchase | $3.50 |
| 7/28/2011 | Fuel | Fuel | $18.60 |
| 7/31/2011 | Fuel | Fuel | $38.59 |
| 7/31/2011 | Meals | Meals | $12.08 |
| 7/31/2011 | Meals | Meals | $26.86 |
| 8/1/2011 | Miscellaneous | Walgreens - Miscellaneous Item | $4.95 |
| 8/2/2011 | Meals | Tetco - Sandwich | $4.32 |
| 8/3/2011 | Meals | Meals | $1.94 |
| | | American Airlines | $607.00 |

| | | Sub Total | $ | 774.34 |
| | | Advances | | |

| | | REIMBURSEMENT TOTAL | $ | 774.34 |

Signature _____

Approval _____

# Expense Statement

Invoice No.

*Holiday Inn North Fossil Creek*

**Employee**

| | |
|---|---|
| Name | Scott Nadel |
| SSN | |
| Location | Corporate Office |

Emp #
Position  CCO
Manager

From  8/4/2011
To  8/21/2011

| Date | Account | Description | TOTAL |
|---|---|---|---|
| 8/4/2011 | Meals | Meals | $3.99 |
| 8/5/2011 | Meals | Meals | $8.73 |
| 8/8/2011 | Meals | Meals | $12.50 |
| 8/8/2011 | Meals | Meals | $8.68 |
| 8/8/2011 | Baggage Fees | Luggage Fees | $25.00 |
| 8/9/2011 | Meals | Meals | $31.61 |
| 8/10/2011 | Meals | Meals | $2.40 |
| 8/13/2011 | Meals | Meals | $51.48 |
| 8/16/2011 | Meals | Meals | $84.58 |
| 8/17/2011 | Meals | Meals | $40.49 |
| 8/21/2011 | Luggage Fees | Luggage Fees | $9.00 |
| 8/21/2011 | Luggage Fees | Luggage Fees | $25.00 |
| 8/21/2011 | Meals | Meals | $3.29 |
| 8/22/2011 | Meals | Meals | $4.10 |
| 8/22/2011 | Meals | Meals | $11.89 |
| 8/22/2011 | Meals | Dinner with Elko GM's | $43.10 |

| | | |
|---|---|---|
| Sub Total | $ | 343.80 |
| Advances | | |
| **REIMBURSEMENT TOTAL** | $ | 343.80 |

Signature  Scott Nadel

Approval

Invoice No.

# Expense Statement

*DMC HOTELS*

**Employee**

| Name | Scott Nadel |
| SSN | |
| Location | Corporate Office |

Emp #
Position COO
Manager

| | From | 7/22/2011 |
| | To | |

| Date | Account | Description | TOTAL |
|------|---------|-------------|-------|
| 8/1/2011 | Linkedin | Linkedin | $99.95 |
| 7/29/2011 | Matt Grant | Website marketing SCN Hotel Mgt Setup | $360.00 |
| 7/22/2011 | Matt Grant | Email Setup | $45.65 |
| 8/1/2011 | Regus | Aug And Sept Rent | $199.00 |
| 8/10/2011 | Emax | Initial Set up of Website Webhosting | $750.00 |
| 8/10/2011 | Emax | Initial Email Set up webhosting | $35.88 |
| 8/10/2011 | Emax | Initial Set up fee Of Website | $1,000.00 |
| | | Sprint - Aug | $150.00 |

| | Sub Total | $ | 2,640.48 |
| | Advances | | |
| | **REIMBURSEMENT TOTAL** | $ | 2,640.48 |

**Signature** Scott nadel

**Approval**

Welcome to Tetco!
Get the Rewards you
deserve. It's FREE!

Tetco #422
2529 Meacham Blvd  Fort Worth    TX
ST## 00303884

Credit Card Receipt

BARNEL/SCOTT C

xxxxxxxxxxxx0760          E/MASTERCARD
Sandwich P.                        6.99

Items: 1      Subtotal       6.99
Sales Tax 1                   0.58
**Total**                    7.57

Indoor Credit(USD$)          $7.57

Invoice#:     8415406
Auth#:        516865

You could be earning
money. Ask us how!

*** Customer Copy ***

See application
about how to EARN
REWARDS with a
Chevron and Texaco
Personal
Credit Card!

06037d6135x61111 07/19/11 18:38:20

**Get your Freedom
Card. Earn Points.
Spend like cash!**

Welcome to Tetco!
Get the Rewards you
deserve. It's FREE!

Tetco #422
2529 Meacham Blvd  Fort Worth    TX
ST## 00303884

Credit Card Receipt

BARNEL/SCOTT C

xxxxxxxxxxxx0760          E/MASTERCARD
All shark                          3.98

Items: 1      Subtotal       3.98
Sales Tax 1                   0.33
**Total**                    4.32

Indoor Credit(USD$)          $4.32

Invoice#:     8415605
Auth#:        437251

You could be earning
money. Ask us how!

*** Customer Copy ***

See application
about how to EARN
REWARDS with a
Chevron and Texaco
Personal
Credit Card!

06167d6150s61262 07/20/11 16:28:41

**Get your Freedom
Card. Earn Points.
Spend like cash!**

7/21/11

7/21/11

7/21/11

# MARKET STREET

Thank You

Welcome to Tetco!
Get the Rewards you
deserve. It's FREE!

Tetco #422
2520 Meacham blvd  Fort Worth    TX
STR# 00369684

Credit Card Receipt

NABEL/SCOTT

xxxxxxxxxxxx2168        E/MASTERCARD
Sandwich T                      3.99T
Sandwich P                      3.99T

Items   2      Subtotal         7.98
Sales Tax 1                     0.66
**Total**                       8.64

Ledger Credit(USD)             $8.64

Invoice#:   8418039
Auth#:      7643#9

You could be earning
money. Ask Us How!

*** Customer Copy ***

        See application
       about how to EARN
       REWARDS with a
       Chevron and Texaco
          Personal
        Credit Card!

0080086ET00050101T 07/25/11 23:18:31

**Get your Freedom
Card. Earn Points.
Spend like cash!**



Smoothie King #404
2809 Preston Road Suite 1220
Frisco TX 75034
972.712.7030

Check 5                    Tab SCOTT
James W.                   7/25/2011
Front Counter               8:45 AM

  Angel Food Large              7.99

Subtotal                        7.99
Sales Tax                       0.66

TOTAL                           8.65

Mastercard                     -8.65
  Acct. XXXXXXXXXXXX2168
Approval AP162570

**CHANGE DUE**                  0.00

BE THE ACTIVE INGREDIENT



* C H K 0 0 0 0 5 0 0 1 0 7 2 5 *

*** REPRINT *** REPRINT *** REPRINT ***
7-ELEVEN
2551 Meacham Blvd
Ft. Worth, Tx 76111
SHELL                    , 57543199103
2551 MEACHAM BLVD
FT WORTH        TX
76137

07/25/2011 07:51:21 AM 372602155

XXXX XXXX XXXX 2168 MASTERCARD
INVOICE 210013
AUTH 077978

PUMP# 14
REGULAR                      9.7230G
PRICE/GAL                    3.659

FUEL TOTAL              $  35.58
                       -----------
              Subtotal = $ 35.58
                   Tax = $ 0.00
*** REPRINT *** REPRINT *** REPRINT ***

                 Total = $  35.58
                         $  35.58
CREDIT
*** REPRINT *** REPRINT *** REPRINT ***

Save 10cents/gal instantly at Shell when
    you earn 100 points at Kroger.

   Pick up a brochure at your local Shell
            for more details.

*** REPRINT *** REPRINT *** REPRINT ***

---

Welcome to Tetco!
Get the Rewards you
deserve. It's FREE!

Tetco #422
2529 Meacham Blvd  Fort Worth    TX
STN# 00303884

        Credit Card Receipt

NADEL/SCOTT

x*xxxxxxxxxx2168          E/MASTERCARD
Sandwich C                      6.99T
611 americ                      3.99T

Items: 2       Subtotal       10.98
Sales Tax 1                     0.91
Total                          11.89

Indoor Credit(USD$)           $11.89

Invoice#:    8418412
Auth#:       141310

You could be earning
money. Ask Us How!

*** Customer Copy ***

        See application
        about how to EARN
        REWARDS with a
        Chevron and Texaco
        Personal
        Credit Card!

691206e135c61912 07/26/11 20:23:01

Get your Freedom
Card. Earn Points
Spend like cash!



7-ELEVEN
2851 MEACHAM BLVD
FORT WORTH TX 76111
817222218B
STORE# 34098
Oh Thank Heaven
for 7-Eleven

1     Slip Med Sellable      1.99B
1     Lotto Sale             2.00

SUBTOTAL                     3.89
SALES TAX ON 1.99            0.11
TOTAL DUE                    3.50
DEBIT                        3.50
ACCT#: ************0750
ACCT TYPE: DDA
APPROVAL#: 000391    AUTH CODE 0
APPROVAL TIME: 173820
Maestro
STORE# 34095
TERM: 00C73409501 0B
TERM SEQ#: 908780
REF # : 9500 30 0047
APPROVED

CUSTOMER AGREES TO PAY THE ABOVE
TOTAL AMOUNT ACCORDING TO THE CARD
HOLDERS AGREEMENT

FRESH BAKED COOKIES ONLY 2 FOR 99 CENTS
FRESH BAKED BROWNIES
ST#0110P06 TRN9866 07/26/2011 05:32 pm

Albertsons Sav-on
PHARMACY

ALBERTSONS #4151 (817) 232-2160
Store Director - MICHAEL HERNANDEZ
7/26/11
1/26/11    8:41S  ON 0346 127

GROCERY
5.29      9.69 B
8.89 B    4.89 B

PRODUCE
6.56 F

** SUBTOTAL         15.93
** TAX               .77
*** Total           16.70

Acct# 2168
(P)# MC/VISA)

** CHANGE            .00

