

## Kroger

### Right Store. Right Price.

```
      6650 N BEACH
     (817) 788-1688
 YOUR CASHIER WAS SELF CHECKOUT

KROGER PLUS CUSTOMER        *****3385
       DOVE EXF BU      PC    5.99 T
SC   KROGER SAVINGS    0.29
       BARQS SODA       PC    4.00 B
SC   KROGER SAVINGS    1.29
SC   FREE COKE                4.00 B
       BARQS SODA       PC    4.00 B
SC   KROGER SAVINGS    1.29
       BENADRYL BNS            7.39
       BARQ OF BTBR     PC    4.00 B
SC   KROGER SAVINGS    1.29
       BARQ OT BTBR     PC    4.00 B
SC   KROGER SAVINGS    1.29
       TAX                     1.48
 **** BALANCE               26.86

034 KROGER #536
6650 N BEACH
FT WORTH TX 76137
MASTERCARD Purchase
*********2168
TOTAL  26.86
REF#   26321

     MASTERCARD            26.86
     CHANGE                 0.00
 TOTAL NUMBER OF ITEMS SOLD

********* KROGER SAVINGS **********
KROGER PLUS SAVINGS     $    3.46
TOTAL SAVINGS           $    9.46
TOTAL SAVINGS120PCT1    $    9.46
********* KROGER SAVINGS **********

 07/31/11 10:09:04 526 87 196 999

*****************************
       July Fuel Points
Now Redeem Fuel Points at Kroger Fuel
  Centers & Participating Shells!
 Redeem 100pts to save 10 per gal.
 Save up to $1 per gal at Kroger OR
 .10 per gal at Shell on a fill-up.

 FUEL POINTS THIS ORDER = 25
 FUEL POINTS THIS MONTH = 142

Each month is a separate accumulation
period. Previous and current months
       points do not combine.
Highest unredeemed discount from last
 OR current month will apply at pump.
 This months points expire 8/31/11.
 See Store for Details & Restrictions
    Or Visit www.kroger.com
```

## Walgreens

### There's a way

```
803          10    1216   04131   035
803          10    1216   04131   035
  RFN# 0413-1351-2160-1108-0120

F RX 2174176      1         4.95
     TOTAL                  4.95

MASTER CARD                 4.95
   ACCT#*******2168
   CHANGE                    .00
```

```
4520 Western Center Blvd, Haltom City
STORE     (817)514-8063

F=ELIGIBLE FLEX SPEND ACCT ITEM (ESA)

         OPEN 24 HOURS
           THANK YOU

SAVE ON YOUR PRESCRIPTIONS BY JOINING
   WALGREENS PRESCRIPTION SAVINGS CLUB
      SEE PHARMACY FOR DETAILS

AUGUST  1, 2011              8:36 PM

    How are we doing?
 Enter our monthly sweepstakes for
       $3,000 cash

          Visit
   WWW.TELLWAG.COM
     or call toll free
   1-800-763-0547
 within 72 hours to take a short
survey about this Walgreens visit

          Survey#
   0413-1351-216

         Password
   0110-8012-016

For contest rules, see store or
      WWW.TELLWAG.COM

RETAIN THIS RECEIPT FOR YOUR RECORDS

AUGUST  1, 2011              8:36 PM
```

Welcome to Tetco!
Get the Rewards you
deserve. It's FREE!

Tetco #422
2525 Meacham Blvd  Fort Worth    TX
STR# 0036884

Credit Card Receipt

NADEL/SCOTT

XXXXXXXXXXXX/760        [/MASTERCARD
Sandwich                         3.99T

17005        Subtotal         3.99
Sales Tax 1                     0.33
Total                          4.32

Indoor Credit(3003)           -4.32

Invoice:   3421446
Auth#:     074003

You could be earning
more ask us how!

*** Customer Copy ***

See application
about how to EARN
REWARDS with a
Chevron and Texaco
Personal
Credit Card!

7824038108052 1 08/02/11 22:46:31

Get your Freedom
Card. Earn Points.
Spend like cash!

---

7-ELEVEN
2551 MEACHAM BLVD
FORT WORTH TX 76111
8172222188
STORE#: 34095
Oh Thank Heaven
for 7-Eleven!

1  Slrp X LargeSellable          1.79B

SUBTOTAL                          1.79
SALES TAX ON 1.79*                0.15
TOTAL DUE                         1.94
MASTERCA                          1.94
NADEL/SCOTT C
ACCT#: ************0760
APPROVAL#: 074039        AUTH CODE: 0
APPROVAL TIME: 201906
STORE#: 34095
TERM# :00073409501 08
REF# : 95000 88 014 8
APPROVED

CUSTOMER AGREES TO PAY THE ABOVE
TOTAL AMOUNT  ACCORDING TO THE CARD
HOLDERS AGREEMENT

FRESH BAKED COOKIES ONLY 2 FOR 99 CENTS
FRESH BAKED BROWNIES
T#02 OP14 TRN9864 08/03/2011 08:19 pm

# Order ID: 22534931

Print Receipt

- LinkedIn Corporation
- 2029 Stierlin Ct, Mountain View, CA 94043 USA
- Federal Tax ID: 47-0912023

**Billed To:**

Scott Nadel

DMC Hotels

4635 Gemini Place

Fort Worth, TX 76106

United States

601-299-3722

**Date:** 8/09/2011

**Order Total:** $99.95

**Payment Method:** MSTC....2168

**Receipt #:** 7877669

| Item | Description | Quantity | Rate | Price |
|------|-------------|----------|------|-------|
| 1 | Executive Subscription renewal (Monthly)<br>• From August 4, 2011 to September 4, 2011 | 1 | $99.95 | $99.95 |

| | |
|---|---|
| **Total Purchases:** | $99.95 |
| **Order Total:** | $99.95 |
| **Payment:** | ($99.95) |
| **Balance:** | $0.00 |

Convert Clicks Into Customers
8011 Citron Court
Orlando FL 32819
Phone: 407-432-7035





SCN Hotel Mgt Renovation And Design
Scott Nadel
13455 Noel Road, Suite 1000
Dallas TX 75240

| Invoice #: | 0000008 |
|---|---|
| Date | July 29, 2011 |
| Amount Due USD | $360.00 |

**To Pay Your Invoice Online »**

**1.** Go to: https://convertclicksintocustomers.freshbooks.com/code
**2.** Enter this code: 5U7MKLwUwCaVun4

| Item | Description | Unit Cost ($) | Quantity | Price ($) |
|---|---|---|---|---|
| Internet Marketing | Standard Internet Marketing Service including up to 8 hours per month spent on SEO, PPC & Social Media campaigns | 360.00 | 1 | 360.00 |

| | | |
|---|---|---|
| | Subtotal: | 360.00 |
| | Total: | 360.00 |
| | Amount Paid: | -0.00 |
| | Balance Due USD: | $360.00 |

Convert Clicks Into Customers
8011 Citron Court
Orlando FL  32819
Phone: 407-432-7035





SCN Hotel Mgt Renovation And Design
Scott Nadel
13455 Noel Road, Suite 1000
Dallas TX  75240

| Invoice #: | 0000005 |
|---|---|
| Date: | July 22, 2011 |
| Amount Due USD: | $0.00 |

| To View Your Invoice Online » | 1. Go to: https://convertclicksintocustomers.freshbooks.com/code |
|---|---|
| | 2. Enter this code: bmgZ4PpUcAkVkSN |

| Task | Time Entry Notes | Rate ($) | Hours | Line Total ($) |
|---|---|---|---|---|
| Email & Google Apps Administration | [SCN Hotel Management 07/14/11] Matt Grant: Setup admin email & reviewed inactive users. | 55.00 | 0.25 | 13.75 |
| Email & Google Apps Administration | [SCN Hotel Management 07/15/11] Matt Grant: Remove inactive users | 55.00 | 0.25 | 13.75 |
| Email & Google Apps Administration | [SCN Hotel Management 07/21/11] Matt Grant: Replace logo and setup 2 aliases | 55.00 | 0.33 | 18.15 |

| | |
|---|---|
| Subtotal: | 45.65 |
| Total: | 45.65 |
| Amount Paid: | -45.65 |
| Balance Due USD: | $0.00 |

# Invoice

eMax - Resource Technology Management, Inc
950 N. Orlando Avenue - Suite 180
Winter Park,  Florida 32789

| Date | Invoice # |
|------|-----------|
| 8/10/2011 | 70195 |

**Bill To**

SCN Hotels
II Galeria Tower
 13455 Noel Rd, Suite 100
Dallas, TX 75240

| Terms | Due Date |
|-------|----------|
| Net 30 | 9/9/2011 |

| Quantity | Description | Rate | Class | Amount |
|----------|-------------|------|-------|--------|
| 1 | Initial email set up and Logo Design | 750.00 | SCN Hotels | 750.00 |

Thank you for your business.

| **Total** | **$750.00** |
|-----------|-------------|

# Invoice

eMax - Resource Technology Management, Inc
950 N. Orlando Avenue - Suite 180
Winter Park,  Florida 32789

| Date | Invoice # |
|------|-----------|
| 8/10/2011 | 70193 |

**Bill To**

SCN Hotels
II Galeria Tower
13455 Noel Rd, Suite 100
Dallas, TX 75240

| Terms | Due Date |
|-------|----------|
| Net 30 | 9/9/2011 |

| Quantity | Description | Rate | Class | Amount |
|----------|-------------|------|-------|--------|
| 1 | email Hosting<br>1 yr email Hosting | 35.88 | SCN Hotels | 35.88 |

Thank you for your business.

**Total** $35.88

# Invoice

eMax - Resource Technology Management, Inc
950 N. Orlando Avenue - Suite 180
Winter Park, Florida 32789

| Date | Invoice # |
|------|-----------|
| 8/10/2011 | 70194 |

**Bill To**

SCN Hotels
II Galeria Tower
13455 Noel Rd, Suite 100
Dallas, TX 75240

| Terms | Due Date |
|-------|----------|
| Net 30 | 9/9/2011 |

| Quantity | Description | Rate | Class | Amount |
|----------|-------------|------|-------|--------|
| 1 | SCN Website Creation<br>First Half Fees | 1,000.00 | SCN Hotels | 1,000.00 |

Thank you for your business.

| **Total** | | $1,000.00 |
|-----------|--|-----------|



**SCN Hotel Management Renovation And Design, LLC.**
**Attention Of: Mr Scott Nadel**
**4635 Gemini Place**
**Fort Worth, Texas 76106**
**United States of America**

# Invoice

| | |
|---|---|
| Account: | 5383951 |
| Invoice: | 1101-3483 |
| Date: | Aug 12 2011 |
| Date Due: | Sep 1 2011 |

---

| Account Information | | | |
|---|---|---|---|
| Prior Balance | | $ | (54.56) |
| Payments Received | | $ | 54.56 |
| Refunds / Account Adjustments | | $ | 0.00 |
| **Current Invoice** | **Period** | | |
| Recurring Monthly Charges | Sep 1 2011 - Sep 30 2011 | $ | 99.50 |
| Variable Charges | Jul 11 2011 - Aug 10 2011 | $ | 99.50 |
| Tax | | $ | 0.00 |
| **Total Amount Due** | | **$** | **199.00** |

---

**Payment Terms: Sep 1 2011**

Balances not paid by the date due will be charged a late fee equal to $25 plus 5% of the amount due on overdue balances under $1,000 or $50 plus 5% of the amount due on overdue balances of $1,000 or greater.

For billing questions, please call (866) 316-0556.

---

Please return the remittance stub below with check payable to: Regus Management Group, LLC

# Invoice

**Regus**
Centre: 1101 TX, Dallas - Two Galleria Tower (HQ)

| | |
|---|---|
| Account: | 5383951 |
| Invoice: | 1101-3483 |
| Date Due: | Sep 1 2011 |
| Amount Due | $199.00 |

Payment Method:
☐ Check    ☐ Credit Card (see Manager)

**Regus Management Group, LLC**
**P.O.Box 842456**
**Dallas, TX 75284-2456**

Check Amount Only: $_____
PLEASE DO NOT SEND CASH



## SCN Hotel Management Renovation And Design, LLC. Invoice

Description Invoice: TX, Dallas - Two Galleria Tower (HQ)

| | | | |
|---|---|---|---|
| **Recurring Charges Start Date** | Sep 1 2011 | **Recurring Charges End Date** | Sep 30 2011 |
| **One-Off Charges Start Date** | Jul 11 2011 | **One-Off Charges End Date** | Aug 10 2011 |

| Charge Description | Service Notes | Sale Date | Units | Unit Price | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|
| **Recurring Charges** | | | | | | | |
| **Offices** | | | | | | | |
| Virtual Office Monthly Fee | | Sep 1 2011 | 1.0000 | 99.5000 | 99.50 | 0.00 | 99.50 |
| **One Off Charges** | | | | | | | |
| **Offices** | | | | | | | |
| Virtual Office Initial Fee | | Aug 1 2011 | 1.0000 | 99.5000 | 99.50 | 0.00 | 99.50 |
| **Grand Total** | | | | | **$ 199.00** | **$ 0.00** | **$ 199.00** |



## SCN Hotel Management Renovation And Design, LLC. Invoice

Description Invoice: TX, Dallas - Two Galleria Tower (HQ)

| | | | |
|---|---|---|---|
| Recurring Charges Start Date | Sep 1 2011 | Recurring Charges End Date | Sep 30 2011 |
| One-Off Charges Start Date | Jul 11 2011 | One-Off Charges End Date | Aug 10 2011 |

| Accounting Date | Payment ID | Deposit ID | | Payment Amount |
|---|---|---|---|---|
| **Payment Information** | | | | |
| Jul 19 2011 | MASTERCARD | 501787 | | $ 54.56 |
| | | | Total | $ 54.56 |



| Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|
| Scott Nadel | 832594986 | Jul 13 - Aug 12 | Aug 16, 2011 | **1 of 6** |

# Hello!

Unfortunately, your account is past due.  Please pay the total below immediately.

Sprint is making changes to its policies. Please see the "Sprint News and Notices" box on page 2, the back of this page, for details.

**(601) 299-3722**

**(602) 369-6767**

| | |
|---|---|
| Previous Balance.................................................... | $543.32 |
| Aug 09  Billing Related Adjustment........................ | -$50.00 |
| Aug 09  Service Related Adjustment....................... | -$25.00 |
| Payment on Jul 19.................................................. | -$300.00 |
| | |
| New Charges......................................................... | $356.77 |
| **Total Due** | **$525.09** |

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-877-639-8351

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment

*$150.00 pr Nm* (handwritten)

ET



Detach and return this remittance form with your payment.
Past due amount of $168.32 due immediately. New charges due by Sep 05.
Account Number 832594986

| | |
|---|---|
| **Amount due** | **$525.09** |
| **Amount Enclosed** $ |  |

#BWNKCTX
#0000 0832594986 B 0#
MANIFESTLINE——————————

SCOTT NADEL
10629 W CHISHOLM CT
SUN CITY, AZ 85373-1026

F303485243431F

PO BOX 105243
ATLANTA, GA 30348-5243

F55555444422CF

832594986  00000035677  000000168320  000000525095

1170

8/24/2011                3,916.25

**Elko Gold Mine, LLC DIP**

Myron J. Pree

3,916.25

Citibank DIP 8572

| | | | | |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $3,617.78 |
| | | | | $298.47 |
| | | | Subtotal | $3,916.25 |
| | | | Tax | |
| | | | Total | |

 A1Hospitality Solution

1245 Tharp Road Ste F
Yuba City , CA 95961
888-383-0391/888-307-6821

# Estimate

| Date | Estimate # |
|------|-----------|
| 8/19/2011 | 287 |

| Name / Address |
|----------------|
| Best Western |
| 1930 Idaho Street |
| Elko NV 89801 |
| Jag Dhillon |

| Ship To |
|---------|
| Best Western |
| 1930 Idaho Street |
| Elko NV 89801 |
| 775-738-8787 |

**Elko Gold Mine, LLC DIP**

A1 Hospitality Solution

1171

| Date | Type | Reference | Original Amt. | Balance Due | 8/25/2011 Discount | Payment |
|------|------|-----------|---------------|-------------|-----|---------|
| 8/25/2011 | Bill | 287 | 7,449.58 | 7,449.58 | | 7,449.58 |
| | | | | | Check Amount | 7,449.58 |

Citibank DIP 8572                                                                7,449.58

| Thank you for your business , all estimates are good for 15 days. | | Subtotal | $6,972.00 |
|---|---|---|---|
| Hotel Has 48 hours from receipt of order to notify us of any damages. | A1 Hospitality's Factory is located at : 8205 Beach Street Los Angeles CA 90001 | Sales Tax (6.85%) | $477.58 |
| | | **Total** | **$7,449.58** |

Signature



## MENDENHALL
### EQUIPMENT CO.
*Laundry & Dry-Cleaning Equipment Specialists*

880 WEST 100 NORTH    NORTH SALT LAKE, UT 84054
(801) 298-1133       FAX:  (801) 298-0500

| Invoice | I083294 |
|---------|---------|
| Date | 8/22/2011 |
| Page | 1 |

**Bill To:**

BEST WESTERN ELKO INN
1930 IDAHO ST.
ELKO NV   89801

**Ship To:**

1930 IDAHO ST.
ELKO NV   89801

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Requested By | Master No. |
|---|---|---|---|---|---|---|
| | 7757388787 | SCOTT | UPS RED | C.O.D. | | 91,595 |

| Order | Ship | B/O | Item Number/Description | | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 27A108           MILNOR | | $0.00 | $41.07 | $82.14 |
| | | | DOORHINGE EMKA#1056-U8 | | | | |

1172

**Elko Gold Mine, LLC DIP**

Mendenhall Equipment Co.

| | | | | | 8/25/2011 | |
|---|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 8/25/2011 | Bill | | 125.95 | 125.95 | | 125.95 |
| | | | | | Check Amount | 125.95 |

125.95

Citibank DIP 8572      7757388787

PLEASE PAY FROM THIS INVOICE

WE ACCEPT MASTERCARD, VISA, DISCOVER AND AMERICAN
EXPRESS.

We hereby certify that above time and material is correct for work done in ourplant and we agree to pay for labor and
material at Mendenhall Equipment Co.'s standard rates upon receipt of invoices,  unless otherwise indicated herein.
No returns on electrical items, special order items or items that have been installed.  All returns must be made within
30 days and are subject to a 20%restocking fee.  A copy of the invoice or sales order and the RA# must accompany all
returned merchandise.  Please put the RA# on the outside of the return box.  Warranty parts must have a warranty
sheet filled out, any missing information will cause long delays or no issuance  of credit.  You are responsible for
all freight charges including warranty parts.  No exceptions!  All accounts  past due will be subject to an interest charge
of 1 1/2% per month which is an annual rate of 18%.  If the invoice is not paid   within terms. Customer agrees to pay a
reasonable attorney's fee and other costs of collection.

| Subtotal | $82.14 |
|---|---|
| Misc | $0.00 |
| Tax | $5.63 |
| Freight | $38.17 |
| Trade Discount | $0.00 |
| **Total** | **$125.94** |

**Best Western Elko Inn Nevada**

PURPOSE:  Petty Cash

From 12-Aug-11
To 19-Aug-11

EMPLOYEE INFORMATION:
Name   Myron Pree, GM
Position   Myron Pree, GM

SEND TO: Connie Goltz

Start Our Fund   $326.83
Added   $0.00
TOTAL:   $326.83

| Date | Account # | Vendor | Description | Brkfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Aug-11 | | USPS | Mail Packet to Corporate | | | | | $18.30 | | | | | $18.30 |
| 12-Aug-11 | | Home Depot | Unibit for Dremel Drill (work on #267) | | $37.37 | | | | | | | | $37.37 |
| 14-Aug-11 | | Wal-Mart | Paper, pens, stapler, deodorant | | | | | | | $62.96 | | | $62.96 |
| 17-Aug-11 | | Home Depot | Various Maintenance supplies (?) | | $49.83 | | | | | | | | $49.83 |
| 17-Aug-11 | | Elko Newspaper | Ad to hire new housekeepers | | | | | $100.00 | | | | | $100.00 |
| 18-Aug-11 | | Office Max | Desk Calendar for GM Office | | | | | | | $9.39 | | | $9.39 |
| 18-Aug-11 | | Office Max | Various Office Supplies | | | | | | | $52.52 | | | $52.52 |
| 22-Aug-11 | | Mendenhall | Laundry - washer parts | | $125.95 | | | | | | | | $125.95 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | $0.00 |
| | | | | $ - | $ 213.15 | $ - | $ - | $ 118.30 | $ - | $124.87 | $ - | $ - | $466.32 |

Reimbursement total  $ 456.32
Cash on Hand  $ (129.49)
Total Petty Cash  $ 326.83

Employee Signature:  Myron Pree
Date Signed:  8/25/2011

**Elko Gold Mine, LLC DIP**

Myron Pree

Citibank DIP 8572    washer parts/supplies/maint supplies/help ad/po

NOTES:

1173

8/25/2011

postage                              18.30
Mendenhall - washer parts   125.95
supplies                             87.20
ad for housekeepers          100.00
supplies                            124.87
                                        456.32

```
==================================
          ASPEN STATION
           ELKO, Nevada
            898012797
          8148830825-0097
  08/12/2011  (775)777-8801  09:16:08 AM
==================================
-------- Sales Receipt --------
Product        Sale  Unit      Final
Description     Qty  Price     Price

FRISCO TX 75034
Zone-6 Express Mail                $18.30
PO-Add Flat Rate Env
8.80 oz.
Label #:EG889861326US
Mon 08/15/11 03:00 PM
Guaranteed Delivery
Signature Waived

                            =========
Issue PVI:                    $18.30


                            =========
Total:                        $18.30

Paid by:
Cash                          $20.00
Change Due:                   -$1.70

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
```



**More saving.**
**More doing.**®

```
                2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320  00001  18273   08/12/11  08:49 AM
CASHIER JOLIENE - JC16546

038546101040 UNIBIT "A"          94797

                 SALES TAX         2.40
                 TOTAL           $37.37
                 CASH            40.00
                   CHANGE DUE     2.63
```

```
3320 01 18273 08/12/2011 1755

        RETURN POLICY DEFINITIONS
    POLICY ID  DAYS    POLICY EXPIRES ON
    A       1   90        11/10/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
              DETAILS.

        GUARANTEED LOW PRICES
         LOOK FOR HUNDREDS OF
```



**Save money. Live better.**

**Self Checkout**
*Fast. Fun. Easy.*

```
MANAGER MYRON JOHNSON
( 775 ) 778 - 6770
STR 2462 OPH 00008050A ITM 50 TRN 02273
PENS           007063000020 X   6.24
GEL HL 3CT     007161002920 X   3.47
GEL HL 3CT     007161002920 X   3.47
VP STAPLER     007755000648 X   5.44
VP STAPLER     007755000648 X   5.44
RHC SENSITIV   004013070801 X   2.57
RHC SENSITIV   004013070801 X   2.57
RHC SENSITIV   007063070801 X   2.57
RHC SENSITIV   007063070801 X   2.57
SWI ESPND      007940040011 X   0.97
SWI ESPND      007940040011 X   0.97
SWI ESPND      007940040011 X   0.97
SWI ESPND      007940040011 X   0.97
SWI ESPND      007940040011 X   0.97
SWI ESPND      007940040011 X   0.97
SWI ESPND      007940040011 X   0.97
SWI ESPND      007940040011 X   0.97
COPY PAPER     003650009980 X   3.72
COPY PAPER     003650009980 X   3.72
COPY PAPER     003650009980 X   3.72
COPY PAPER     003650009980 X   3.72
               SUBTOTAL        58.92
               TAX 1  6.850 %  62.96
               CASH TEND       65.00
               CHANGE DUE       2.04

           # ITEMS SOLD 23

ITM 9665 3455 9585 3610 1557

"Like" walmart on Facebook
www.facebook.com/walmart
08/14/11   12:22:30
```



**More saving.
More doing.**

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0456

3320 00002 82301  08/17/11  11:14 AM
CASHIER YUKI - YXC5088

| | | |
|---|---|---|
| 076174471441 CHALK REEL <A> | 9.97 |
| 032076075187 BUTT SPLIC <A> | 5.59 |
| 032076075194 BUTT SPLIC <A> | 6.59 |
| 032076074708 BUTT SPLIC <A> | 6.59 |
| 781789732060 WIRE CONNC <A> | 3.98 |
| 201.99 | 10.94 |
| 820909050093 8"LN MP WIR <A> | |
| 739236303097 ABS FLANGE <A> | 2.98 |

SUBTOTAL          46.64
SALES TAX          3.19
TOTAL            $49.83
CASH             100.00
CHANGE DUE        50.17

3320 02 82301 08/17/2011 6173

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A     1       90         11/15/2011

THE HOME DEPOT RESERVES THE RIGHT TO

---

**OfficeMax®**
WORK WITH US™

OfficeMax #967
1780 MOUNTAIN CITY HIGHWAY
ELKO, NV  89801
(775) 777-1263

SALE

038576191129                     $10.99
2012AY Mnth Desk/Wall-Ca12
Discount  20.00%                  ($2.20)
   Coupon Number:  1959002108141112

SubTotal                          $8.79
Tax 6.850%                         $0.60
TOTAL                             $9.39

                                  $9.39

Debit
Card number:  XXXXXXXXXXXX4767
Authorization

                               5244851B
0967 00001 17077 8 08/18/11
00399320 11:31:46 AM

---

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit

**OfficeMax®**
WORK WITH US™

OfficeMax #967
1780 MOUNTAIN CITY HIGHWAY
ELKO, NV  89801
(775) 777-1263

SALE

071641251748                      $3.89
Sharpie Accent Tank Aset 4      ($0.78)
Discount  20.00%  1959002108141112
   Coupon Number:                 $3.89
071641251748
Sharpie Accent Tank Aset 4      ($0.78)
Discount  20.00%  1959002108141112
   Coupon Number:                 $3.89
071641251849
Maj Accent Highlighters YL      ($0.78)
Discount  20.00%  1959002108141112
   Coupon Number:                 $4.79
071641306553
Sharpie Fine Permanent Mrk      ($0.96)
Discount  20.00%  1959002108141112
   Coupon Number:                $44.99
000114910947177
WallUse Copy 94B 10RM (Cas      ($9.00)
Discount  20.00%  1959002108141112
   Coupon Number:

SubTotal                         $49.15
Tax 6.850%                        $3.37
TOTAL                            $52.52

Cash                             $60.00
Change                            $7.48

8784251B  08/18/11

# ELKO DAILY FREE PRESS   PAYMENT VOUCHER

www.elkodaily.com

NO. 4688

Date: 8/17/11

Customer Name: Best Western/Myron Free

Customer Address:

Customer Account Number:

Payment Type: ☒ Cash   ☐ Check #: _____   ☐ CC

Amount: 100 —

☐ Circulation   ☐ A/R   ☒ ADV.   ☐ Other: Housekeepers

Employee Signature:

Paid Thru:

08/30/2011  10:28   18012988500          MENDENHALL EQUIPMENT          PAGE  01/01

\*\*\*HISTORICAL\*\*\*

| | | I083294 |
|---|---|---|
| | | 8/22/2011 |
| | | 1 |

**MENDENHALL EQUIPMENT COMPANY**
**880 WEST 100 NORTH**
**NORTH SALT LAKE UT   84054**

**Bill To:**

BEST WESTERN ELKO INN
1930 IDAHO ST.
ELKO NV   89801

**Ship To:**

BEST WESTERN ELKO INN
1930 IDAHO ST.
ELKO NV   89801

| | | 7787388787 | SCOTT | | UPS RED | | C.O.D. | | 8/22/2011 | | 91,595 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | 27A106 | | DOORHINGE EMKA#1056-US | | | $0.00 | $41.07 | | $82.14 |



Pd. with
check #2001

PLEASE PAY FROM THIS INVOICE

WE ACCEPT MASTERCARD, VISA, DISCOVER AND AMERICAN
EXPRESS.

| | |
|---|---|
| | $82.14 |
| | $0.00 |
| | $5.63 |
| | $38.17 |
| | $0.00 |
| | $125.94 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**CUSTOMER'S ORIGINAL INVOICE** — **CONFIDENTIAL PROPERTY OF SYSCO**

**SYSCO** — Good things
SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300   (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV     89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV     89801

INVOICE NUMBER: 108250956   PAGE 1   1

| | DATE 8/25/11 | 018 |
|---|---|---|
| CUSTOMER | 386177 | 108250956 |
| ROUTE | 4333 | |

PURCHASE ORDER
TERMS — PAST DUE BALANCES ARE SUBJECT — SERVICE CHARGE
COD ACH
MANIFST# 713465   NORMAL DELIVERY
MA: S184   THAIN BURKHART   9184
DRIVER: ZIMMERMAN

| QTY | CS | PACK | SIZE | ITEM DESCRIPTION | | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **COOLER** | | | | | | | |
| | | | | ****DAIRY**** | | | | | | | |
| | 1 | CS | 18 LB | DARIGLD BUTTER CUP USDA AA 90CT | 310206 | 8608770 | 26.97 | | 26.97 | | |
| | 1 | CS | 100 1 OZ | BBRLIMP CHEESE CREAM PLAIN CUP | 39801 | 62611665 | 26.68 | | 26.68 | | |
| | 1 | CS | 3603/8 OZ | HLFARM CREAMER HALF & HALF SHF STBL | 5105700 | 81160555 | 14.28 | | 28.56 | | |
| | 2 | CS | 50.5 PT | DARIGLD MILK 1% MINI BOX | | 7213277 | 10.06 | | 20.12 | | |
| | 6 | CS | 50.5 PT | HLFARM MILK 2% REDUCED FAT | 1022 | 3862950 | 11.01 | | 88.08 | | |
| | 12 | CS | 126 OZ | YOPLAIT YOGURT ASST STW-MIXED BRY | 384 | 72551185 | 8.443 | | 101.16 | | |
| | | | | ****PRODUCE****   GROUP TOTAL**** | | | | | 291.57 | | |
| C | 1 | CS | 1175 CT | SYS CGS APPLE RED DEL FCY FRSH | | 89241193 | 35.78 | | 35.78 | | |
| C | 1 | CS | 140 LB | PACKER BANANA FRESH TIP GREEN | | 11585642 | 34.66 | | 34.66 | | |
| C | 1 | CS | 140# | PACKER BANANA GRN TURN TO YEL FRESH | | 1007368 | 34.13 | | 34.13 | | |
| C | 1 | CS | 113 | CSYS CLS ORANGE NAVEL CH FRESH | 22521161 | 22521161 | 31.82 | | 136.39 | | |
| | | | | ****CANNED & DRY****   GROUP TOTAL**** | | | | | | | |
| | | | | **DRY** | | | | | | | |
| D | 4 | CS | 1210 CT | QUAKER BAR GRANOLA VARIETY PK 6.7 OZ | 31188 | 0631634 | 39.75 | | 159.00 | | |
| D | 1 | CS | 431 OZ | KELLOGG CEREAL FROOT LOOP | 3800001791 | 4094645 | 46.34 | | 46.34 | | |
| D | 1 | CS | 6#10 | CHPMATE GRAVY SAUSAGE COUNTRY RTU | 5000005228 | 4958542 | 88.32 | | 88.32 | | |
| D | 1 | CS | 200.5 OZ | HSE REC PEANUT BUTTER CUP | 0585678090 | 6132377 | 41.56 | | 41.56 | | |
| D | 1 | CS | 1#12 OZ | HSE REC SYRUP PANCAKE SUGAR FREE | 8349003 | 8349003 | 40.06 | | 40.06 | | |
| D | 2 | CS | 2001.5 OZ | HSE REC SYRUP TABLE MAPLE FLAVORED | 12888-SYS | 1696608 | 36.99 | | 73.98 | | |
| D | 2 | CS | 55 LB | BKRSCLS WAFFLE MIX BELGIAN | 6153092 | 6153092 | 49.99 | | 99.98 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 42 | | 42 | 29.8 | 773 |

OPEN: 6:00 AM   CLOSE: 7:00 PM

NO. PCS DELV.    NO. PCS REC.

CUST. SIGN  X

| | |
|---|---|
| SUB TOTAL | |
| TAX TOTAL | |
| INVOICE TOTAL | 977.20 |

P.O. BOX 27638
SALT LAKE CITY, UT
84125-0638

PAYABLE ON OR BEFORE

CONT. ON PAGE 2

DRIVER'S SIGN X

IMPORTANT PACA PROVISION — THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

**Good things come from SYSCO**

SYSCO INTERMOUNTAIN, INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT  84081
(800) 366-3778 / (801) 563-6300
VISIT US AT WWW.SYSCOINTERMOUN

**CONFIDENTIAL PROPERTY OF SYSCO**

**CUSTOMER'S ORIGINAL INVOICE**

INVOICE NUMBER 108250956
PAGE 1  2

| INVOICE DATE | 8/25/11 |
| ROUTE | .018 |
| STOP | 4313 |

CUSTOMER NUMBER 386177

TERMS: COD ACH
MANIFEST#: 713465  NORMAL DELIVERY
DRIVER: ZIMMERMAN  THAIN BURKHART

SERVICE CHARGE 91.84

INVOICE ADJUSTMENTS

BEST WESTERN
1930 IDAHO ST
ELKO   NV   89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO   NV   89801

| QTY | PACK | SIZE | ITEM CODE | ITEM DESCRIPTION | UNIT PRICE | AMOUNT | EXTENDED | CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | ****PAPER & DISP.**** | | | | |
| 1 | CS | 2050 CT | 5220887 | WORLD CH BOWL PAPER BAGASSE 11.5 OZ | 75.40 | 75.40 | 75.40 | * |
| 1 | CS | 2050 CT | 0383407 | SYS CLS CUP PAPER HOT 12 OZ WHT | 133.76 | 133.76 | 133.76 | * |
| 1 | CS | 1000 CT | 5976227 | SYS RPL FORK PLAS MEDWT WHT POLYPRO | 24.71 | 24.71 | 24.71 | * |
| 1 | CS | 4691 CT | 7488568 | SYS REL TISSUE FACIAL FL FT BX 2PLY | 44.26 | 72.13 | 44.26 | * |
| | | | | GROUP TOTAL**** | | | 549.21 | |
| | | | | ****CHEMICAL & JANITORIAL**** | | | | |
| 1 | CS | 6/32 OZ | 6148573 | CONE C CLEANER LIQ BLEACH | 56.99 | 85.23 | 151.90 | * |
| 1 | CS | 4/1 GAL | 2958056 | ECOLAB DESTAINER LAUN STAIN BLASTER | 98.00 | 3.98 | 528.59 | * |
| 3 | PL | 15 GAL | *208120 | ECOLAB DETERGENT LAUN LIQ ES-12000 | 79.99 | 6.72 | 113.98 | * |
| 2 | EA | | 6100031 | KEYSTONE FRESHENER AIR OCEAN BREEZE | 239.80 | 5.48 | 196.00 | * |
| 1 | CS | 4/75 ML | 6100059 | SYSCO SOAP HAND FOAM | 16.42 | 3.05 | 239.37 | * |
| 1 | CS | 15 GAL | 6100590 | ECOLAB SOFTENER LAUN SOFRESH NP | 151.97 | 11.65 | 719.40 | * |
| 1 | CS | 120 CT | 0279735 | KEYSTONE URINAL SCREEN BLOCK | 10.41 | 3.18 | 313.94 | * |
| | | | | ****SUPP & EQUIP**** | | | | |
| 2 | CS | 120 CT | 8926282 | SYSCO PAD SCOUR GRN 6X9 IN ANTIMI SYS-S2096A | 44.45 | | 4.45 | * |
| 1 | CS | 136 CT | 7228369 | SYSCO SPOON TEA PLAS S-S BU43STN6SW | 39.99 | 2.74 | 340.00 | * |
| | | | | GROUP TOTAL**** | | | 2004.63 | |
| | | | | GROUP TOTAL**** | | | 23.58 | |
| | | | | GROUP TOTAL**** | | | 29.98 | |
| | | | | GROUP TOTAL**** | | | 10.56 | |

| CASES | SPLITS | TTL PCS | CUBE | GROSS WGT |
|---|---|---|---|---|
| 26 | | 26 | 26.6 | 599 |

OPEN: 6:00 AM    CLOSE: 7:00 PM

CUST SIGN  X

DRIVER'S SIGN

| | |
|---|---|
| SUB TOTAL | 3613.44 |
| TAX TOTAL | |
| INVOICE TOTAL | |

P.O. BOX 27638
SALT LAKE CITY UT
84127-0638

PAYABLE ON OR BEFORE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**Good things. Sysco. come from**
**SYSCO**

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT  84081
(801) 563-6300  (800) 366-3778
VISIT US AT WWW.SYSCOINTERMOUN

**CUSTOMER'S ORIGINAL INVOICE**   CONFIDENTIAL PROPERTY OF SYSCO

| DELV. DATE | ROUTE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| 8/25/11 | 7018 | 386177 | 108250956 | 1   3 |
| | 4333 | | | |

PURCHASE ORDER
TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 7/3465 NORMAL DELIVERY
MA: S108 THAIN BURKHART  9184
DRIVER: 21MZMERMAN

BEST WESTERN
1930 IDAHO ST
ELKO                    NV    89801

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO                    NV    89801

972-668-0327

| QTY | PACK | SIZE | | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | EXTENDED PRICE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ****DISPENSER BEVERAGE**** | | | | | |
| D 1 | CS | 122 LB | | CITAVO COCOA MIX DISPENSER CREAMY STL 39938 | 5684360 | 76.19 | | 76.19 | |
| D 1 | CS | 632 OZ | | CITAVO COFFEE CAPPUC MIX FRENCH VAN 39943 | 7016819 | 73.51 | | 73.51 | |
| D 1 | CS | 62 LB | | CITAVO COFFEE CAPPUC ORIG 39947 | 7679006 | 118.05 | | 118.05 | |
| D 4 | CS | 150.750Z | | CITAYCO COFFEE COL 100% DECAF IN ROOM 39740 | 5528708 | 75.95 | | 303.80 | |
| D 1 | CS | 962 OZ | | CITAYCO COFFEE COL 100% FINE W/F 39579 | 4116158 | 164.51 | | 164.51 | |
| E 5 | CS | 200.70 OZ | | DOUWEGB COFFEE GRND YIELD IN ROOM 50680 | 5988852 | 65.52 | | 327.60 | |
| | | | | *****GROUP TOTAL***** | | | | 1063.66 | |
| | | | | FROZEN | | | | | |
| | | | | *****DAIRY***** | | | | | |
| E 6 | CS | 723.5 OZ | | PAPETTI OMELET EGG CHEESE 46025901 | 2232965 | 65.39 | | 392.34 | |
| | | | | *****GROUP TOTAL***** | | | | 392.34 | |
| | | | | *****MEATS***** | | | | | |
| E 6 | CS | 200.8 OZ | | SYS REL SAUSAGE PORK LNK SKLS CKD MILD 13687 | 1337593 | 31.46 | | 188.76 | |
| | | | | *****GROUP TOTAL***** | | | | 188.76 | |
| | | | | *****FROZEN***** | | | | | |
| E 1 | CS | 12/12 CT | | BRRLCLS BAGEL PLAIN MINI SGL 1.25 OZ 50000 | 7102734 | 36.99 | | 36.99 | |
| E 1 | CS | 240 OZ | | BKRSCLS BISCUIT BTRMLK 2" 1009 | 5083571 | 37.19 | | 37.19 | |
| E 3 | CS | 84/2.25 OZ | | SPKMX DANISH ASST APL/CHES/CHERRY 80991 | 8396756 | 69.04 | | 207.12 | |
| E 1 | CS | 220/1.5 OZ | | BKRSCLS DOUGH COOKIE CHOC CHUNK GRMT 9328994 | 9325994 | 69.99 | | 69.99 | |
| E 2 | CS | 72/1.5 OZ | | EKRSIMP MUFFIN ASST BLU/APP/BRN 0734/30 2128/3 | 7812035 | 33.99 | | 67.98 | |
| | | | | *****GROUP TOTAL***** | | | | 441.46 | |
| E 2 | CS | 612 CT | | BKRSCLS MUFFIN ENGLISH FRK SPLIT 2.0 OZ 85930 | 8593302 | 22.19 | | 44.38 | |
| | | | | *****DISPENSER BEVERAGE***** | | | | | |
| E 2 | CS | 24 LTR | | NATRSEL JUICE ORANGE FRZ CADDY 108145 | 6130032 | 99.99 | | 199.98 | |

PAYABLE ON OR BEFORE

REMIT TO
P.O. BOX 27638
SALT LAKE CITY, UT
84127-0638

| | |
|---|---|
| SUB TOTAL | 5899.64 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE  4

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS WT |
|---|---|---|---|---|
| 36 | | 36 | 33.9 | 514 |

DRIVER'S SIGN

OPEN:  6:00 AM     CLOSE:  7:00 PM

CUST. SIGN  X

BY THEIR SIGNATURE ENFORCED RECEIPT OF ALL ITEMS
NO. PCS REC.

NO. PCS DELVD.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CUSTOMER'S ORIGINAL INVOICE        CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**
Good things from Sysco

SYSCO INTERMOUNTAIN INC.
9494 SOUTH PROSPERITY ROAD
WEST JORDAN, UT 84081
(801)563-6300 (800)366-3778
VISIT US AT WWW.SYSCOINTERMOUN

BEST WESTERN
1930 IDAHO ST
ELKO          NV    89801
972-668-0327

ELKO GOLD MINE LLC
1930 IDAHO ST
ELKO          NV    89801

| INVOICE DATE | 8/25/11 |
| CUSTOMER | 386177   108250956 |
| ROUTE | 4333 |
| INV NO STOP | .018 |
| PAGE | 1    4 |

PURCHASE ORDER
TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD ACH
MANIFEST# 713465 NORMAL DELIVERY
NA: S1B4 THAIN BURKHART 9184
DRIVER: ZIMMERMAN

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | ****GROUP TOTAL**** | | | | 199.98 | | |
| | | | MISC CHARGES | | | .34 | 3.30 | * | |
| | | | CHGS FOR FUEL SURCHARGE | 75282 | | | | | |
| | | | ORDER SUMMARY: | | | | | | |

P.O. BOX 27638
SALT LAKE CITY, UT    84127-0638

| SUB TOTAL | 5904.64 |
| TAX TOTAL | 164.89 |
| INVOICE TOTAL | 6069.53 |

PAYABLE ON OR BEFORE    8/26/11    LAST PAGE

OPEN: 6:00 AM      CLOSE: 7:00 PM

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS WT. |
|---|---|---|---|---|
| 104 | | 104 | 90.3 | 1886 |

DRIVER'S

NO. PCS DELVD.

NO. PCS REC.

CUST SIGN X

SUPPLEMENT PACA PROVISION. THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

Dhillon Management Inc Mail - Brody Chemical                           Page 1 of 1

                          Camira Summers <csummers@dmchotels.com>

## Brody Chemical
1 message

**Chezarae Rankin <chez@brodychemical.com>**                    Thu, Aug 25, 2011 at 11:38 AM
To: Camira Summers <csummers@dmchotels.com>

Hi Camira,

You were right! Just got an order from Myron Pree...
The COD total will be $664.19.
This includes –

2 bkts - PH Down @ $135.00 Each = $270.00
4 Tube - Lamotte Insta Test Strips @ $17.50 Each = $70.00
1 Case - Water Clarifier @ $28.00 Each = $168.00
Tax / Freight

Give me a call when you are ready to do payment over the phone.

--
Thank You,

Chezarae Rankin
Brody Chemical
Accounts Receivables
801-963-2436

*( 8.38 credit )*

*ACH Payment*

*Total Less .81*

*– WIN on INV*

*– Most Pre-pay*

*Ach*

 **PAID**

# BRODY CHEMICAL

**INVOICE**

6125 W Double Eagle Circle
Salt Lake City, UT 84118
USA

Phone: (801) 963-2436    Fax: (801) 963-2437

| CUSTOMER NO. | | DATE | NUMBER |
|---|---|---|---|
| ELKO BE W | | 08/31/11 | 288092 |

Page 1 of 1

| | DATE SHIPPED | ASSOCIATED NO. |
|---|---|---|
| | 08/31/11 | 193125 |

| SOLD TO | SHIP TO |
|---|---|
| ELKO BEST WESTERN | ELKO BEST WESTERN |
| 1930 IDAHO ST | 1930 IDAHO ST |
| ATTN: ACCOUNTS PAYABLES | ELKO, NV 89801 |
| ELKO, NV 89801 | |

[237JBR]

| CUSTOMER PO | F.O.B. | SHIPPED VIA | SALES AGENT | TERMS |
|---|---|---|---|---|
| | | UPS FREIGHT | REEVES BRAD | COD |

| UNITS | PACKAGE | DESCRIPTION | TOTAL QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2.00 | 1 E TUBE | X3674106<br>LAMOTTE INSTA-TEST STRIPS(5 WAY) | 2.00 e | 17.5000 /e | 35.00 |
| 2.00 | 1 E BKT | 8008-BKT<br>PH DOWN 50# BKT | 2.00 e | 135.0000 /e | 270.00 |
| 1.00 | 6 G CASE | 8013-6X1<br>WATER CLARIFIER 6 GAL CASE | 6.00 g | 28.0000 /g | 168.00 |

| | |
|---|---|
| Merchandise Total | 473.00 |
| Freight Charges | 116.39 |
| Handling Fee | 4.99 |
| Taxes | 40.38 |

| | | |
|---|---|---|
| **TOTAL** | | 634.76 |

PLEASE REMIT TO: Brody Chemical Comp. Inc.
Dept. 310
PO Box 30078
Salt Lake City, UT 84130-0078

**PLEASE PAY
THIS AMOUNT**

TERMS: COD     RETURNS SUBJECT TO 15% RESTOCKING FEE PLUS FREIGHT
A finance charge at the ANNUAL PERCENTAGE RATE of 18.00% will be applied to all past due accounts. The purchaser also agrees to pay all legal fees and up to 50% collection fee if the above items are not complied with. Products cannot be returned without written consent from Brody Chemical, Inc. or 30 days after shipment.

## Best Western Elko Inn Nevada

**PURPOSE:** Petty Cash

**EMPLOYEE INFORMATION:**

**Name:** Myron Pree; GM
**Position:** Myron Pree; GM

**SEND TO:** Connie Goltz

Start Out Fund $0.00
Added $1,176.91
TOTAL: $1,176.91

From 19-Aug-11
To 26-Aug-11

| Date | Account # | Vendor | Description | Brdfst Bar | Engineering | Front Desk Operations | Hotel Operations | Others | Housekeeping | Office Supplies | Sales | Manager's Social | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7-Aug-11 | | Not Sure | Guest Receipt by Scott Nadel | | | | | | | | | $40.00 | $40.00 |
| 7-Aug-11 | | Elko Taxi | Transport guest to Airport (no driver) | | | $12.75 | | | | | | | $12.75 |
| 8-Aug-11 | | Albertsons | Water Refill for 3 gallon jug in kitchen | $3.28 | | | | | | | | | $3.28 |
| 6-Aug-11 | | Albertsons | Propane tank refill on patio | | | $20.22 | | | | | | | $20.22 |
| 11-Aug-11 | | Albertsons | Ran out of waffle mix - got supplies | $7.73 | | | | | | | | | $7.73 |
| 5-Aug-11 | | Elko Taxi | Transport guest to Airport (no driver) | | | $12.00 | | | | | | | $12.00 |
| 12-Aug-11 | | Guest Laundry | Out of Soap | | | | | $1.25 | | | | | $1.25 |
| 18-Aug-11 | | Vending | Soda was frozen | | | | | $1.50 | | | | | $1.50 |
| 20-Aug-11 | | Vending | Machine took money | | | | | $5.00 | | | | | $5.00 |
| 19-Aug-11 | | Elko Taxi | Transport guest to Airport (no driver) | | | $12.00 | | | | | | | $12.00 |
| 17-Aug-11 | | Office Max | Adhesive Putty for hanging signs | | | | | $2.38 | | | | | $2.38 |
| 16-Aug-11 | | K's Store | Purchase gas for van | | | | | $15.00 | | | | | $15.00 |
| 20-Aug-11 | | Family Dollar | Bleach | | | | $19.23 | | | | | | $19.23 |
| 13-Aug-11 | | Front Desk | Paid back cash from drawer (guest paid cash at checkin) | | | $20.00 | | | | | | | $20.00 |
| 23-Aug-11 | | Hardware Harbor | Shower Heads for rooms (8) | | $131.70 | | | | | | | | $131.70 |
| 23-Aug-11 | | Home Depot | Assorted Items for Maintenance for lighting repair | | $146.06 | | | | | | | | $146.06 |
| 23-Aug-11 | | Home Depot | 3 showerheads | | $51.22 | | | | | | | | $51.22 |
| 23-Aug-11 | | Office Max | Post-It notes, pens, folders and time cards | | | | | | | $59.38 | | | $59.38 |
| 23-Aug-11 | | Roy's Market | Detergent | | | | | | $30.74 | | | | $30.74 |
| 24-Aug-11 | | Home Depot | FoamCleaner for PTAC filters | | $17.10 | | | | | | | | $17.10 |
| 24-Aug-11 | | Gem Sate | Cleaner for water spots on windows | | $7.77 | | | | | | | | $7.77 |
| 24-Aug-11 | | LD Products | Toner purchase for office | | | | | | | $159.99 | | | $159.99 |
| 24-Aug-11 | | Hoaxs | Bleach | | | | | | $14.10 | | | | $14.10 |
| 24-Aug-11 | | AJ Ranch | Filters for AC Units | | $27.76 | | | | | | | | $27.76 |
| 24-Aug-11 | | Albertsons | Syrup for Kitchen | $15.16 | | | | | | | | | $15.16 |
| 24-Aug-11 | | Fast Glass | Window/Mirror Repair In Rooms | | $238.06 | | | | | | | | $238.06 |
| 25-Aug-11 | | Albertsons | Birthday Cake for employee | | | | | | | | | $20.31 | $20.31 |
| 25-Aug-11 | | Home Depot | Insecticide to spray bathrooms/hallways | | 12.22 | | | | | | | | $12.22 |
| 19-Aug-11 | | USPS | Mail packet to Frisco | | | | | $ 18.30 | | $ 18.30 | | | $18.30 |

Reimbursement total $1,152.56
Cash on Hand $ 24.35
Total Petty Cash $ 1,176.91

$ 37.67    $  -    $ 60.31

**Elko Gold Mine, LLC DIP**

Myron Pree

8/31/2011

1174.

| | |
|---|---|
| food items | 26.17 |
| supplies for room repairs - mirrors, showerheads | 662.24 |
| supplies | 151.17 |
| fuel | 15.00 |
| toner and supplies | 219.37 |
| postage | 18.30 |
| employee birthday cake/other | 60.31 |

$30.35
$0.00
$0.00
$0.00
$0.00
$1,152.56

GUEST RECEIPT  8/7/11   588675

front desk Appreciation

Date          Amount   10

scott Nadel

AMOUNT   $ 12 75

DATE 8-7-11   NO. OF PASS.   1

FROM   Airport

TO   Best Western

RECEIVED FROM   10

## Albertsons

2582 IDAHO ST.
ELKO, NV 89801
Phone # (775) 738-8016
Store Director - Karl Moorehead

Cashier:Kristin s

08/08/11                          07:22:19

GROCERY
  8 9  17  41
WATER REFILL          17717      3.28 F
      SUBTOTAL                    3.28
      TOTAL TAX                    .00

         TOTAL                    3.28
Cash          TENDER             5.00
Cash          CHANGE             1.72

      NUMBER OF ITEMS               8

Trx:60   Oper 380   Term: 8   Store: 155
08/08/11                          07:22:29

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
or Party Tray Orders
1-877-932-7948

*************************
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 08080 15590 080060
Take the survey within 3 days
*************************

## Albertsons

2582 IDAHO ST.
ELKO, NV 89801
Phone # (775) 738-8016
Store Director - Karl Moorehead

Cashier:Lori K

08/06/11                          21:25:29

HOME HEALTH BEAUTY
PROPANE        64140900004     18.99 T
      SUBTOTAL                   18.99
      TOTAL TAX                   1.23

         TOTAL                   20.22
Debit          TENDER           20.22
Acct:XXXXXXXXXXXX9369
APPRVL CODE  522114
Cas Ref# 16964
Cash          CHANGE             .00

      NUMBER OF ITEMS               1

Trx:230   Oper 323   Term: 6   Store: 155
08/06/11                          21:26:05

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
or Party Tray Orders
1-877-932-7948

*************************
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 08060 15580 060230
Take the survey within 3 days
*************************



Bleach



DATE 09/23/2011 TUE    TIME 13:16

| 15X | $0.68 |
| MISC    T1 | $13.20 |
| SUBTOTAL | $13.20 |
| TAXABLE1 | $13.20 |
| TAX | $0.90 |
| TOTAL | $14.10 |
| CASH | $100.00 |
| CHANGE | $85.90 |

**Always An Adventure...**

**Always (Honks**

1X        No.498495    00003

---

(C-A-L)   A RANCH & HOME STORE
AND SO MUCH MORE!

THANK YOU FOR SHOPPING AT
ELKO C-A-L RANCH
C-A-L RANCH STORES
2640 IDAHO STREET
ELKO, NV 89801
(775) 753-7000

8/24/11 11:11AM STK#     110 SALE
--------------------------------
4502208          1  EA   12.99 E4
15X25X1 FILTRETE FILTER
4502208          1  EA   12.99 E4
15X25X1 FILTRETE FILTER              12.99

SUB-TOTAL:    25.98     TAX:     1.78
                     TOTAL:    27.76
CASH TEND:   100.00 CHANGE:    72.24

=*55  JRNL#A73368/12                  <<==
CUST # #12:

Returns over $100  must come from Corp
All sales final on Clearance Items

---



2582 IDAHO ST.
ELKO, NV 89801
Phone # (775) 738-8015
Store Director - Karl Moorehead

Cashier:Meghann P

08/24/11                              12

PREFERRED CUSTOMER:   XXXXXXX1697
GROCERY
ALB SYRUP        4116346341      3
ALB SYRUP        4116346341      3
ALB SYRUP        4116346341      3
ALB SYRUP        4116346341      3
             SUBTOTAL           15
             TOTAL TAX

             TOTAL
Debit        TENDER            15.
Acct:XXXXXXXXXXXX9659          15.
APPRVL CODE  690061
Cas Ref# 16964
Cash         CHANGE

NUMBER OF ITEMS

Trx:19    Oper 384   Term: 3   Store: 11
08/24/11                       12:14:(

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
or Party Tray Orders
. 1-877-932-7948

**********************
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 08240 16510 030019
Take the survey within 3 days
**************************

---

Albertsons.

2582 IDAHO ST.
ELKO, NV 89801
Phone # (775) 738-8015
Store Director - Karl Moorehead

Cashier:Fauni K.

08/26/11

HOME HEALTH BEAUTY
MC CK DOUBLE STRPE 52100*624
MC CK DOUBLE STRPE 52100*624      1.69 T
RED VELVET CAKE   4114459637      1.69 T
BAKERY
                                 17.99 F
             SUBTOTAL            22.17
             TOTAL TAX            2.15

             TOTAL              20.31
Cash         TENDER            21.00
Cash         CHANGE              .69

NUMBER OF ITEMS               *

                      Store: 101
                     10:12:20
Trx:133  Oper 324  Term: 5
08/26/11

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
or Party Tray Orders
. 1-877-932-7948

********************
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 08260 10530 050103
Take the survey within 3 days
***********************



**THE HOME DEPOT**
More saving.
More doing.®

2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0455

3320 00053 71363  08/25/11 09:59 AM
CASHIER SELF CHECK OUT - SCOT56

071549019525 INSECTICIDE <A>       7.47
045325140036 1/2" MASONBT <A>      3.97

              SUBTOTAL            11.44
              SALES TAX            0.78
              TOTAL              $12.22
              CASH                10.00
              CASH                 5.00
              CHANGE DUE           2.78



3320 58 71363 08/25/2011 7221

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        11/23/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES

---

ELKO HPO
ELKO, Nevada
898013618
3148830806-0097
08/19/2011 (800)275-8777 09:10:03 AM

===== Sales Receipt =====
Product        Sale Unit    Final
Description     Qty Price    Price

FRISCO TX 75034                $18.30
Zone-6 Express Mail
PO-Add Flat Rate Env
7.50 oz.
Label #:EG989961341US
Mon 08/22/11 03:00 PM -
Guaranteed Delivery
Signature Waived

Issue PVI:                     $18.30

Total:                         $18.30

Paid by:
Debit Card                     $18.30
  Account #:     XXXXXXXXXXXX4787
  Approval #:    015393
  Transaction #: 505
  23903170470
  Receipt#:      001799

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to

---



FAST GLASS
350 WEST SILVER STREET
#500
ELKO, NV 89801
PH:(775) 777-1760 FAX:(775) 777-8702

CUSTOMER COPY

0015323
Fed Tax ID: 880149107

| P/O # :             | Cust State Tax ID: |
| Taken By: MIKE      | Cust Fed Tax ID:   |
| Installer: JAMES    | Ship Via:          |

Workorder: WEL024415

Date: 8/23/2011
Time: 10:52 AM

SalesRep:                         Adv. Code:

Bill To: EL0001                                Sold To: EL0001

BEST WESTERN                          MYRON
1930 IDAHO ST
ELKO, NV 89801

(775) 738-8787

| Qty | Part Number      | Description                                                   |
|-----|------------------|---------------------------------------------------------------|
| 1   | IC 1/16-1/2" OA  | (34 15/16 x 44 7/8) 1/2" OA IG CLEAR ANNEALED 1/16 GLASS RM#265 |
| 1   | CM-1/8"          | (17 1/8 x 55 1/16) 1/8" CLEAR MIRROR RM#123                    |
| 1   | LABOR            | STANDARD INSTALLATION LABOR                                    |

LIABILITY RELEASE: I fully understand the windshield recently installed in the above listed vehicle is not secured until the urethane adhesive used is cured . The important care and cure instructions have been explained to me. I release Fast Glass from any and all liability associated with the use of this vehicle prior to the urethane adhesive's full cure time

Customer Signature_____
LIC.# 0015323
Interest of 1.5% monthly will be charged on all past due accounts.
Install:08/24/11 01:00 PM  (1 hrs) (Not Completed) (Mobile)  Installers:JAMES

|              |          |
|--------------|----------|
| Sub Total:   | $227.93  |
| Tax :        | $10.13   |
| Total:       | $238.06  |

Customer's Signature: _____

Checkout Confirmation - ldproducts                                     Page 1 of 1

 

**Huge Selection of Ink & Toner**
**FREE SHIPPING** on Contiguous U.S. Orders over $50

Apple   Brother   Canon   Dell   Epson   Hewlett Packard (HP)   IBM   Kodak   Konica Minolta   Kyocera-Mita   Lexmark   NEC
Okidata   Panasonic   Pitney Bowes   Ricoh   Samsung   Sharp   Toshiba   Xerox   More Brands   Paper

Home > Order Checkout                                    Search: [enter your search] [GO]
**Order Review**

FOLLOW US ON:
Like  351

Please Note: You must click the "Submit Order" button below to place your order!

[Submit Order]

**Billing To**  [Address Book] [Edit] [New]          **Payment Method** [Edit]

Myron Free                                           Credit Card: Visa
1924 Greenok Dr                                      Name on Card: Myron Free
Elko, NV 89801-2651                                  Card Number: 4342XXXXXXXX9659
United States                                        Expiration: August, 2014
Tel: 775-738-9581

**Email Address:** mpree@dmchotels.com

**Shipping To**  [Address Book] [Edit] [New]         **Shipping Method** [Edit]

Best Western Elko Inn                                UPS Ground - 2-5 business days
Myron Free
1930 Idaho St
Elko, NV 89801-2629
United States
Tel: 775 738-8787
Fax: 775 753-7910

| Part Number | Items Ordered | Qty | Price | Ext. Price |
|---|---|---|---|---|
| CE505X | HP Compatible 05X HY Black Laser Toner | 3 | $40.00 | $120.00 |
| LC61BULK | Brother Compatible LC61 Ink Set of 10 | 1 | $39.99 | $39.99 |
|  | - 4 x Brother Compatible LC61BK Black Ink |  |  |  |
|  | - 2 x Brother Compatible LC61C Cyan Ink |  |  |  |
|  | - 2 x Brother Compatible LC61M Magenta Ink |  |  |  |
|  | - 2 x Brother Compatible LC61Y Yellow Ink |  |  |  |

Sub-Total: $159.99
Shipping & Handling: $0.00

Grand Total: $159.99

**Please Note: You must click the "Submit Order" button below to place your order!**
By placing your order, you agree to www.ldproducts.com's privacy policies, policies and conditions of use.

[BACK]                                               [Submit Order]

| My Account | Need Help? | Company Info | | |
|---|---|---|---|---|
| Shopping Cart | Support and FAQ | About Us | | |
| Order Status | Contact Us | Sitemap | | |
| Access Your Account | Refund Policy | Blog | | |
| Shipping Policy | Privacy Policy | | | |



© 2011 LD Products © All Rights Reserve | 3900 Grand Ave, Long Beach, CA 90815 | Customer Service: 888-321-2552 | M-F 7am-6pm PST | Sat 9am - 5pm PST

Apple, Brother, Dell, HP, IBM, Lexmark, Canon, Epson, Xerox and other manufacturer brand names and logos are registered trademarks of their respective owners. Any references, brand name designations or references are made solely for purposes of demonstrating compatibility.

[Service Done]



**Gem State**
**PAPER & SUPPLY**
C O M P A N Y
"SERVING YOU SINCE 1946"

BOISE
12185 W. EMERALD
695-6449

POCATELLO
245 W. ALAMEDA RD.
232-6955

PHONE 1-800-727-2737

TWIN FALLS
1601 HIGHLAND AVE. E
733-8061

ELKO, NEVADA
953 W. MAIN
738-8123

FAX# (208) 734-9870

# INVOICE

| ORDER TYPE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| SO | 08/24/11 | 583584-00 |

| P.O. NO. | PAGE # |
|---|---|
| walk in | 1 |

Cust # 2K9999
Ship To: CASH - NEVADA
TRUCK DATE-

ELKO, NV
(000) 000-0000   (000) 000-0000

Bill To: CASH - NEVADA

ELKO, NV 89801

Remit To: Gem State Paper & Supply Company
P.O. Box 469
Twin Falls, ID 83303-0469

| INSTRUCTIONS | | SALES REP | TAKEN BY |
|---|---|---|---|
| | | 219 | efc |

| ROUTE # | VIA | SHIPPED | TERMS |
|---|---|---|---|
| 020/00/00 | Own Truck | 08/24/11 | COD |

1.5% ON PAST DUE INVOICES. MINIMUM $0.50 SERVICE CHARGE. -- WHEN YOU PAY BY CHECK,
YOU AUTHORIZE US TO MAKE A ONE-TIME ELECTRONIC FUND TRANSFER FROM YOUR ACCOUNT.

| LN | ITEM AND DESCRIPTION | UPC | ORDERED | B.O. | SHIPPED | UM | SALES TAX | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DIV4995295 | 00000 | 1 | 0 | 1 | ea | Y | 7.27 | 7.27 |
| | EMEREL CREME CLEANER MILD ABRASIVE 12/QTS | | | | | | | | |
| | 1 LINES TOTAL | | QTY SHIPPED TOTAL | 1 | | TOTAL | | | 7.27 |
| | | | | | | TAXES | | | 0.50 |
| | | | | | | PAYMENT - CASH | | | 7.77- |
| | | | | | | INVOICE TOTAL | | | 0.00 |

Customer
Signature _____

☐ Cash
☐ Charge   Driver _____

# OfficeMax
## WORK WITH US



OfficeMax #967
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1263

## SALE

| | |
|---|---|
| 07053060020B | $8.99 |
| Vision Assorted Color Fine | |
| 021200467837 | $9.79 |
| SS Note 3x3 5pk Samba | |
| Promo Discount | ($4.79) |
| 021200467837 | $9.79 |
| SS Note 3x3 5pk Samba | |
| Promo Discount | ($4.79) |
| 021200467837 | $9.79 |
| SS Note 3x3 5pk Samba | |
| Promo Discount | ($4.79) |
| 033297189010 | $16.29 |
| ATR121 Time Cards | |
| 011491978668 | $15.29 |
| Folders File Ltr-Size Asst | |
| | |
| SubTotal | $55.57 |
| Tax 6.850% | $3.81 |
| TOTAL | $59.38 |
| | |
| Debit | $59.38 |
| Card number: | XXXXXXXXXXXXX9659 |
| Authorization | |

---

# ROY'S

8/23/2011    TERM 3    1:58:52 PM
HELLO, MY NAME IS TRAVIS

| | | |
|---|---|---|
| FOCA DETERGENT 1    1 @ 9.59 | $9.59 T |
| FOCA DETERGENT 1    1 @ 9.59 | $9.59 T |
| FOCA DETERGENT 1    1 @ 9.59 | $9.59 T |
| SUBTOTAL    3 | $28.77 |
| TAX | $1.97 |
| TOTAL | $30.74 |
| DUE==> | $30.74 |
| *CASH* | $40.00 |
| CHANGE DUE | $9.26 |

```
  *      THANK YOU      *
  *       GRACIAS       *
  *      738-3173       *
     8/23/2011   TRAVIS   1:59:06 PM
```





| | | | |
|---|---|---|---|
| *Tammy Thomas* | | Arrival | : 08-12-11 |
| 18640 Lloyd Ln | | Departure | : 08-13-11 |
| Anderson CA 96007 | | Room No. | : 225 |
| | | Folio No. | : 9574 |
| A/R Number | : | Conf. No. | : 2535908 |
| Group Code | : | Cashier No. | : 23 |
| Company Name | : | | |

| Date | Description | | Charges | Payments |
|---|---|---|---|---|
| 08-12-11 | Room Discount | | 20.00 | |
| 08-13-11 | Mastercard | | | 20.00 |
| | XXXXXXXXXXXX4796 | XX/XX | | |

| | Total | 20.00 | 20.00 |
|---|---|---|---|
| | Balance | | 0.00 |

**Guest Signature**

I agree the room rate and additional charges are correctly stated.
Thank you

*Guest Complaint.*
*Paid back Cash*
*Short Drawer.*
*Since Guest Paid*
*With Cash.*

**Best Western Elko Inn**
**1930 Idaho Street Elko, NV 89801**
**phone: 775-738-8787 fax: 775-753-7910**

*Each Best Western Hotel is independently owned and operated.*



# Order Summary

## Order Information

Order Number: 6252

Date: 8/23/2011 12:52 PM

Status: Order Received

Shipping Method: UPS Ground

## Customer Information

Customer: Myron Pree

Email: mpree@dmchotels.com

### Ship To

Myron Pree
Best Western Elko Inn
1930 Idaho Street
Elko, NV 89801 United States

Phone: 775-738-8787

### Bill To

Myron Pree
Best Western Elko Inn
1930 Idaho Street
Elko, NV 89801 United States

Phone: 775-738-8787

## Product Information

| Product Name | Item Number | Quantity | Item Price | Total Price |
|---|---|---|---|---|
| Wall Mount Shower Head Chrome By Water Pik | 4975660 | 8 | $14.67 | $117.36 |
| upc: 073950108577 | | | | |

| | |
|---|---|
| Subtotal: | $117.36 |
| Shipping & Handling: | $14.34 |
| Tax: | $0.00 |
| Order Total: | $131.70 |



```
         WELCOME
     KJ's Super Stores

      SALES RECEIPT
   57 444 608905
SHELL
1415 MOUNTAIN CITY
ELKO           NV 89801

DATE 08/15/11  1:47PM
INVOICE# 122820
AUTH#    027816
    VISA
  ACCOUNT NUMBER
XXXX XXXX XXXX 4199
BRANNON                A

PUMP PRODUCT      $/G
 10   UNLD    $3.679

GALLONS   FUEL TOTAL
 4.078      $ 15.00

TOTAL SALE   $ 15.00

   Save 10cents/gal
   instantly at Shell
   when you earn 100
   points at Smith's.
   Pick up a brochure
   at your local Shell
   for more details.

       THANK YOU
   COME BACK SOON
```



```
      FAMILY DOLLAR
  my family. my family dollar.
STORE #7445 1302 Mountain City Highway
    ELKO,NV. 775-738-5251

CLOROX BLEACH  REGULAR 96 OZ
 04460024523
CLOROX BLEACH  REGULAR 96 OZ      2.25 T
 04460024523
CLOROX BLEACH  REGULAR 96 OZ      2.25 T
 04460024523
CLOROX BLEACH  REGULAR 96 OZ      2.25 T
 04460024523
CLOROX BLEACH  REGULAR 96 OZ      2.25 T
 04460024523
CLOROX BLEACH  REGULAR 96 OZ      2.25 T
 04460024523
CLOROX BLEACH  REGULAR 96 OZ      2.25 T
 04460024523
CLOROX BLEACH  REGULAR 96 OZ      2.25 T
 04460024523

SUBTOTAL                        $18.00
TAX1                             $1.23
TOTAL                           $19.23
CASH                            $20.00
CHANGE                           $0.77
```

```
      9907445022067015206 3

--------------TEAR HERE--------------
      $5 off Two Days Only!
```



### More saving.
### More doing.®

```
      2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0485

3320  00002  95055   08/23/11  07:30 AM
CASHIER YURI - YXC5086

022384065703 POLE <A>            18.54
070309211122 CANSWGPROFRM <A>     3.27
022384100031 ROLL COVER <A>       4.47
039800076878 ENRTLEDAL <A>       16.48
046135503146 BALLAST <A>
       4818.49                   73.96
852952001297 4X15 CANVAS <A>     17.98

               SUBTOTAL         136.70
               SALES TAX          9.36
               TOTAL           $145.06
XXXXXXXXXXXX9659 DEBIT          145.06
AUTH CODE 632990
```



```
     3320 02 95055 08/23/2011 9352

      RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
   A         90        11/21/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
              DETAILS.

        GUARANTEED LOW PRICES
         LOOK FOR HUNDREDS OF
       LOWER PRICES STOREWIDE
*****************************************
```



### More saving.™
### More doing.™

```
      2955 MOUNTAIN CITY HWY
STORE MGR: MIKE MUHLESTEIN 775-738-0485

3320  00012  99577   08/23/11  10:01 AM
CASHIER JAMES - JDH4846

073950293069 SHOWERHEAD <A>      47.94

               SALES TAX          3.08
               TOTAL            $51.02
XXXXXXXXXXXX9659 DEBIT           51.02
AUTH CODE 832781

     3320 12 99577 08/23/2011 5815

      RETURN POLICY DEFINITIONS ON
POLICY ID   DAYS   POLICY EXPIRES ON
   A         90        11/21/2011

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
  RETURN POLICY SIGN IN STORES FOR
              DETAILS.

        GUARANTEED LOW PRICES
         LOOK FOR HUNDREDS OF
       LOWER PRICES STOREWIDE

   ENTER FOR A CHANCE
     TO WIN A $5,000
   HOME DEPOT GIFT
```

# OfficeMax®
## WORK WITH US™

OfficeMax #967
1780 MOUTAIN CITY HIGHWAY
ELKO, NV 89801
(775) 777-1283

SALE

02120097B159
Removable Adhesive Putty 2          $2.79
Discount   20.00%                  ($0.56)
  Coupon Number: 165900210814112

SubTotal                            $2.23
Tax 6.850%                          $0.15
TOTAL                               $2.38

Cash                                $5.00
Change                              $2.62

61447516
0967 00001 14959 4 08/17/11
00389320 12:32:54 PM

---

CHECK ONE
☒ PAID OUT
☐ REFUND

AMOUNT
$12.00

...ATION
FOLIO NO.
DATE 9/1/11

NOT VALID UNLESS APPROVED BY INNKEEPER

SIGNATURE
Topi for
Theresa Wise

DESK CLERK SIGNATURE

...BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK    FORM 3-23

---

CHECK ONE
☐ PAID OUT
☒ REFUND

AMOUNT
$5.00

...ATION
FOLIO NO.
DATE 20-11

NOT VALID UNLESS APPROVED BY INNKEEPER

SIGNATURE
Vend out money

DESK CLERK SIGNATURE

...D BY INNKEEPER

CERTIFY HERE AND TIME STAMP ON BACK    FORM 3-23