

## Albertsons.

2882 IDAHO ST.
ELKO, NV 89801
Phone # (775) 738-8016
Store Director - Karl Moorehead

Cashier:Carmen U

08/11/11                                    07:26:10

PREFERRED CUSTOMER:  XXXXXXX6040
**GROCERY**
CRISCO COOKING OIL 5150024392      2.99 F
BISQUICK       PC 1600042040       4.69 F
=> 5.99 AFTER PREFERRED SAVINGS   -.70 F
**DAIRY**
ALB WHT EGGS        4116368529      .75 F
BONUS BUY SAVINGS          .30
                  SUBTOTAL         7.73
                  TOTAL TAX         .00

                  TOTAL            7.73
Cash              TENDER          10.00
Cash              CHANGE           2.27

         NUMBER OF ITEMS              5

*********** SAVINGS SUMMARY ***********
BONUS BUY SAVINGS        1        .30
PREFERRED SAVINGS        1        .70

******* TODAY'S TOTAL SAVINGS *********
WEEKLY LIST FOR LESS SAVINGS      1.00
THAT IS A SAVINGS OF              12%
***************************************

Trx:84   Opr:382   Term: 8   Store: 155
08/11/11                      07:29:48

Thank You For Shopping At
ALBERTSONS

www.albertsons.com

Customer Questions
or Party Tray Orders
1-877-932-7948

****************************
Enter to be a weekly winner
of a $100 gift card!!
Go to: www.albertsonslistens.com
Enter Code: 08110 18530 080084
Take the survey within 3 days
****************************

Aug 10 20

No. 2929   P. 4



Best Western Elko Inn
Myron Free
1930 Idaho Street
Elko 89801
United States of America

Booking.com B.V.
P.O. Box 1639
1000 BP Amsterdam
The Netherlands
Fax: 1 866 437 8705
Phone: 1 877 266 5818
E-mail: creditcontrol.us@booking.com
VAT number: NL805734958B01
Registered in the Netherlands No.:
31047344
www.booking.com

Entered

Hotel number:
Invoice number:                    305716
Date:                    1100504565
Period:                    7/1/11
                    6/1/11 - 6/30/11

Camira

## INVOICE

ONLINE FINALIZED RESERVATION STATEMENT

| | Room Sales | Commission |
|---|---|---|
| Total amount due | USD 1119.92 | USD 167.98 |

Payment Due: July 14, 2011                    USD 167.98

Please transfer the total amount due to our bank account below by the Payment Due date. Be sure to include INVOICE
1100504565 and HOTEL NUMBER 305716 with your payment instructions.

Bank of America
5295 Collection Center Drive
Chicago, IL 80693-5295
United States of America
SWIFT: BOFAUS3N
ACH Routing Number: 071000039

Elko Gold Mine, LLC DIP

BOOKING.COM

| Date | Type | Reference | Original Amt. | Balance Due | 8/31/2011 Discount | 1175 Payment |
|---|---|---|---|---|---|---|
| 8/1/2011 | Bill | 1100504565 | 167.98 | 167.98 | | 167.98 |
| 8/9/2011 | Bill | 1100690895 | 89.25 | 89.25 | | 89.25 |
| | | | | | Check Amount | 257.23 |

Citibank DIP 8572          305716

257.23

Aug. 10. 2011  1:29PM                                                          No. 2929   P. 5

*Entered*

 **BOOKING.COM**

Booking.com B.V.
P.O. Box 1639
1000 BP Amsterdam
The Netherlands
Fax: 1 866 437 8705
Phone: 1 877 266 5818
E-mail: creditcontrol.us@booking.com
VAT number: NL805734958B01
Registered in the Netherlands No.:
31047344
www.booking.com

Best Western Elko Inn
Myron Pree
1930 Idaho Street
Elko 89801
United States of America

*Camira*

| Hotel number: | 305716 |
|---|---|
| Invoice number: | 1100690895 |
| Date: | 8/6/11 |
| Period: | 7/1/11 - 7/31/11 |

## INVOICE

| Description | Room Sales | Commission |
|---|---|---|
| RESERVATIONS | USD 594.95 | USD 89.25 |
| Total amount due | | USD 89.25 |

**Payment Due: August 19, 2011**

Please transfer the total amount due to our bank account below by the Payment Due date. Be sure to include INVOICE 1100690895 and HOTEL NUMBER 305716 with your payment instructions.

Bank of America
5295 Collection Center Drive
Chicago, IL 60693-5295
United States of America
SWIFT: BOFAUS3N
ACH Routing Number: 071000039
ACCOUNT: 5800681495
ACCOUNT HOLDER: Booking.com B.V.
ACCOUNT CURRENCY: USD

PLEASE REMIT YOUR CHECKS TO:
Booking.com B.V.
5295 Paysphere Circle
Chicago IL 60674-5295

Direct Debit payment method available; to sign up you can download the form using the following link:
https://admin.bookings.org/hotel/hoteladmin/documents/ddform_us.pdf

For a list of guest names and dates of their stay please login to your Booking.com site (http://www.booking.com/hotelaccess) and go to the Finance Page. Reservations with departure dates during the period listed above are included in this invoice.

Tax Number: Foreign status a W-8 BEN form is available upon request.



# INVOICE

AIRE-MASTER OF MAGIC VALLEY
P.O. BOX 3395     PHONE # 208-880-6514
NAMPA ID 83653    FAX #: 208-461-5407

7776

| Service at / Sold to | Account # | P.O. # | Date | Pay Method |
|---|---|---|---|---|
| BEST WESTERN *Elko Inn*<br>1930 IDAHO STREET<br>ELKO ID 89801 | BESTWE | | 07/22/11 | CHRGE |
| | **Phone** | | **Contact Person** | |
| | (775)738-8787 | | MYRON PREE | |

| Item / Description | Type | Price | Quantity | Tax | Total |
|---|---|---|---|---|---|
| DEODORIZER SERVICE DC | Serv | | 14 | N | |
| | | | Subtotal | | $94.50 |

```
* * * * * * * *      ACCOUNT SUMMARY      * * * * * * * * *
Invoice#    Date        Amount  Invoice#     Date        Amount
7235      06/19/11     $94.50   7735      07/08/11     $94.50

ACCOUNT BALANCE -      $189.00
```

ENTERED

AIRE-MASTER OFFERS FLOOR & WALL SERVICE
PLEASE ASK AN ASSOCIATE FOR DETAILS!!

| | |
|---|---|
| **Sales / Service Person:** EZ EDWARD | **Subtotal** $94.50 |
| **Received by (sign):** | **Tax** |
| | **Freight** .000% $0.00 |
| **Print name:** | **Total Due** $94.50 |

- - - - - - - - - - - - PLEASE PAY FROM THIS INVOICE - - - - - - - - - - - -

NOTE: ALL EQUIPMENT REMAINS THE PROPERTY OF AIRE-MASTER.

**OFFICE USE ONLY**

**Elko Gold Mine, LLC DIP**

1176

AIRE-MASTER OF MAGIC VALLEY

8/31/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 7/22/2011 | Bill | 7776 | 94.50 | 94.50 | | 94.50 |
| 8/5/2011 | Bill | 7815 | 94.50 | 94.50 | | 94.50 |
| | | | | | Check Amount | 189.00 |



AIRE-MASTER OF MAGIC VALLEY
P.O. BOX 3395    PHONE # 208-880-6514
NAMPA ID 83653    FAX #: 208-461-5407

# INVOICE

7815

| Service at / Sold to | Account # | P.O. # | Date | Pay Method |
|---|---|---|---|---|
| BEST WESTERN ELKO INN<br>1930 IDAHO STREET<br><br>ELKO ID 89801 | BESTWE | | 8/5/2011 | CHRGE |
| | **Phone**<br>(775)738-8787 | **Contact Person**<br>MYRON PREE | | |

| Item / Description | Type | Price | Quantity | Tax | Total |
|---|---|---|---|---|---|
| DEODORIZER SERVICE DC | Serv | | 14 | N | |
| | | | Subtotal | | $94.50 |

```
* * * * * * * * *        ACCOUNT SUMMARY        * * * * * * * * * *
Invoice#    Date        Amount    Invoice#    Date        Amount
7235      6/19/2011     $94.50    7735      7/8/2011     $94.50
7776      7/22/2011     $94.50
ACCOUNT BALANCE -        $283.50
```

*Entered*

AIRE-MASTER OFFERS FLOOR & WALL SERVICE
PLEASE ASK AN ASSOCIATE FOR DETAILS!!

NOTE: ALL EQUIPMENT REMAINS THE PROPERTY OF AIRE-MASTER.

| Sales / Service Person: | EZ EDWARD | Subtotal | $94.50 |
|---|---|---|---|
| Received by (sign): | | Tax 6.000%<br>Freight | $0.00 |
| Print name: | | Total Due | $94.50 |

PLEASE PAY FROM THIS INVOICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OFFICE USE ONLY    BESTWE    EZ    WKS-24    02/6    Inv# 7815

Service Address _____   Billing Address _____

| N | C | 1 | 2 | 3 | 4 | S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Billing  CA  CH

CC NO _____

Phone _____   Phone _____   EXP _____

Fax _____   Business Type _____   SIGN _____

Contact _____   Sold by _____ Serv Rep _____

A  R _____

A  R _____

A  R _____

CTS Systems        Fax:17757537910 To: BW AMERITEL INN          CTS9574378 08/08/11 21:36



**To: BW AMERITEL INN**

**From: Commission Tracking Service**

**Subject: Commission Fee Request from Travel Agency CTS9574378(FIRST INQUIRY)**

**Date: 08/08/2011**

```
Commission Tracking Service      To: BW AMERITEL INN
12385 Crabapple Road                 1930 IDAHO STREET
Suite 202
Alpharetta, GA 30004                 ELKO, NV  89801
Phone: (678) 338-2100                Phone: (775) 738-8787
  Fax: (678) 578-4381                  Fax: (775) 753-7910
Email: collections@ctssystems.com
```

*Entered*

```
According to our records, NO commissions have been paid for the following reservations.
Please circle the reason Code for all of the reservations below based on the Legend:
                                  Legend:
Please remit Payment DIRECTLY TO:   D = Commission is due      P = Previously Paid
ANDAVO                              C = Cancellation           S = No Show
5680 Greenwood Plaza Blvd          N = Non Commissionable     X = No Record of Stay /OTHER
Greenwood, CO 80111

PLEASE FAX this updated document to: 678-578-4381  Thank you  ***

INVOICE #CTS9574378(FIRST INQUIRY)
```

| ID | GUEST NAME | ARRIVAL | CONFIRMATION | NTS | RATE | COMM | -IATA- | REASON CODE |
|----|------------|---------|--------------|-----|------|------|--------|-------------|
| 1 | OLSEN, JAREDR | 2011-05-03 | 592886763 | 2 | $109.00 | 21.80 | 06512376 | D C N P S X |
| 2 | CHASE, RODNEY | 2011-05-04 | 131086963 | 1 | $109.00 | 10.90 | 06512376 | D C N P S X |

*Statement*

1177

**Elko Gold Mine, LLC DIP**

COMMISSION TRACKING SERVICE                                8/31/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 8/24/2011 | Bill | CTS9574378 | 32.70 | 32.70 | | 32.70 |
| | | | | | Check Amount | 32.70 |

Citibank DIP 8572                                                          32.70

07/07/11 04:15      17757537910      Pg 002

  

INVOICE # W2475546

# World Choice Travel

### A Division of Travelocity.com, LP

 

Remit to: **World Choice Travel, PO Box 105199, Atlanta, GA 30348-5199**

**To:** **Best Western Elko Inn**
1930 Idaho Street Elko, NV US 89801 (Phone 1-775-738-8787)

**Date:** 7/7/2011

**IATAN Number: 50458940, 45537284**
Additional IATANs: 5621011, 22966952, 39544540, 39557711, 39605263, 39621046, 45529002, 45545172, 45548543, 45602981, 45738744, 45611274, 45623955, 45659714

| RE: COMMISSION INVOICE # W2475546 | Receiver's Fax: 7757537910 |
|---|---|
| Attention: | VAT Number: |
| Email: collections@wctravel.com | Sender's Fax: 561-694-2577<br>Phone: 561-227-2222 |

Your INVOICE NUMBER MUST be noted on your check payment. If there are any changes please include this INVOICE with your payment with your changes. If your Invoice number is not on your check we will be unable to post your payment to your account.

| Guest Name | Conf # | Arrival | Nt | Rm | Rate | Comm % | Comm |
|---|---|---|---|---|---|---|---|
| **30 - 60 Days Past Due** | | | | | | | |
| GEORGE M WHITTAKER | 487324960 | 05/13/2011 | 2 | 1 | 109.00 | 10% | $21.80 |
| **60 - 90 Days Past Due** | | | | | | | |
| ROBIN MICKELSON | 650494064 | 04/22/2011 | 1 | 1 | 109.00 | 10% | $10.90 |
| **180 - 210 Days Past Due** | | | | | | | |
| DAVE MEMORY | 978939449 | 01/02/2011 | 1 | 1 | 80.10 | 10% | $8.01 |

*Total Commissions Owed in United States Dollars (USD)*    **$40.71**

---

**Elko Gold Mine, LLC DIP**                            1178

World Choice Travel                           8/31/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 7/24/2011 | Bill | W2475546 | 40.71 | 40.71 | | 40.71 |
| | | | | | Check Amount | 40.71 |

/
/

Citibank DIP 8572     Past Due Invoice, date not mentioned                40.71



# Invoice

| Date | Invoice # |
|------|-----------|
| 8/2/2011 | 7801 |

PO BOX 8268  Spring Creek NV 89815

**Bill To**

Elko Inn
1930 Idaho st
Elko Nv 89801



## Due Date

### 9/1/2011

| P.O. No. | | Vendor # | | Project |
|----------|--|----------|--|---------|

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 3.5 | Ricardo Reg time labor | | 85.00 | 297.50 |
| | Truck charge | | 20.00 | 20.00 |
| | Chris Gordon rt | | 87.00 | 87.00 |

1179

**Elko Gold Mine, LLC DIP**

High Country Refrigeration

| Date | Type | Reference | Original Amt. | Balance Due | | Payment |
|------|------|-----------|---------------|-------------|--|---------|
| | | | 1,318.15 | 1,318.15 | 8/31/2011 Discount | 1,318.15 |
| 7/17/2011 | Bill | 7376 | 404.50 | 404.50 | | 404.50 |
| 8/2/2011 | Bill | 7801 | | | Check Amount | 1,722.65 |

1,722.65

Citibank DIP 8572

| | | | | Subtotal | $404.50 |
|--|--|--|--|----------|---------|
| | | | | Sales Tax (6.85%) | $0.00 |
| | | | | **Total** | $404.50 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/17/2011 | 7376 |



**Bill To**

Elko Inn
1930 Idaho st
Elko Nv 89801

## Due Date

## 8/16/2011

| P.O. No. | Vendor # | Project |
|----------|----------|---------|

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 5.5 | Ricardo Reg time labor | | 85.00 | 467.50 |
| 1 | VISION PRO PROGRAMABLE T-STAT | | 178.00 | 178.00T |
| 1 | Thermostat remote Sensor | | 55.98 | 55.98T |
| | Truck charge | | 20.00 | 20.00 |
| | Blower assembly pool | | 543.42 | 543.42T |

| | |
|---|---|
| **Subtotal** | $1,264.90 |
| **Sales Tax (6.85%)** | $53.25 |
| **Total** | $1,318.15 |

WebFire Training, LLC

180 Windsor Drive
Daly City, CA 94015

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2011 | 571 |

**Bill To**

DMC Hotels | Dhillon Management
3400 Parkwood Blvd
Frisco, TX 75034
Attn: Scott Nadel, COO

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Annual fee to license WebFire Training's web-based, OSHA safety training service for the period from March 1, 2011 through February 29, 2012. | 90.00 | 90.00 |

**Elko Gold Mine, LLC DIP**

WebFire Training, LLC                                                                                      1181

| Date | Type | Reference | | Original Amt. | Balance Due | 8/31/2011 | |
| 8/31/2011 | Bill | 571 | | 90.00 | 90.00 | Discount | Payment |
| | | | | | | | 90.00 |
| | | | | | | Check Amount | 90.00 |

Citibank DIP 8572

90.00

We appreciate your prompt payment.

| **Total** | $90.00 |



### MENDENHALL EQUIPMENT CO.

*Laundry & Dry-Cleaning Equipment Specialists*

880 WEST 100 NORTH    NORTH SALT LAKE, UT 84054
(801) 298-1133    FAX: (801) 298-0500




| Invoice | I082833 |
|---|---|
| Date | 7/26/2011 |
| Page | 1 |

**Bill To:**

BEST WESTERN ELKO INN
1930 IDAHO ST.
ELKO NV    89801

**Ship To:**

1930 IDAHO ST.
ELKO NV    89801

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Requested By | Master No. |
|---|---|---|---|---|---|---|
| MYRON PREE | 7757388787 | CAMERON | UPS GROUND | C.O.D. | | 91,035 |

| Order | Ship | B/O | Item Number/Description | | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 02 03200                MILNOR | | $0.00 | $58.53 | $58.53 |
| | | | DOOR GASKET, 3022H7 | | | | |

**Elko Gold Mine, LLC DIP**

Mendenhall Equipment Co.    1182

| Date | Type | Reference | | Original Amt. | Balance Due | | 8/31/2011 | | Payment |
|---|---|---|---|---|---|---|---|---|---|
| 7/26/2011 | Bill | I082833 | | 76.35 | 76.35 | | Discount | | 76.35 |
| | | | | | | | Check Amount | | 76.35 |

Citibank DIP 8572    7757388787

76.35

PLEASE PAY FROM THIS INVOICE

WE ACCEPT MASTERCARD, VISA, DISCOVER AND AMERICAN EXPRESS.

We hereby certify that above time and material is correct for work done in ourplant and we agree to pay for labor and material at Mendenhall Equipment Co.'s standard rates upon receipt of invoices, unless otherwise indicated herein. No returns on electrical items, special order items or items that have been installed. All returns must be made within 30 days and are subject to a 20%restocking fee. A copy of the invoice or sales order and the RA# must accompany all returned merchandise. Please put the RA# on the outside of the return box. Warranty parts must have a warranty sheet filled out, any missing information will cause long delays or no issuance of credit. You are responsible for all freight charges including warranty parts. No exceptions! All accounts past due will be subject to an interest charge of 1 1/2% per month which is an annual rate of 18%. If the invoice is not paid within terms. Customer agrees to pay a reasonable attorney's fee and other costs of collection.

| Subtotal | $58.53 |
|---|---|
| Misc | $0.00 |
| Tax | $4.01 |
| Freight | $13.81 |
| Trade Discount | $0.00 |
| Total | $76.35 |



Toll Free: 1-877-593-6634
Fax: 416-593-7572
Billing Related Inquiries: 416-263-5656
Email: billing@vfmleonardo.com

| Invoice | INV10081871 |
|---|---|
| Date | August 1, 2011 |
| Page | 1 |

**Bill To:**

DMC Hotels
3400 Parkwood Blvd
Frisco TX   75034

**Remit Payment To:**

**Outside Canada:**
VFM Leonardo Inc.
P.O. Box 311116
Detroit, MI 48231-116   USA
**Within Canada:**
111 Peter St., Suite 530
Toronto, ON  M5V 2H1   Canada

Payment Terms: Net 30

| Description | Property/Hotel ID | BR# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| VBROCHURE | Monthly<br>Best Western Elko Inn | BR-014504 | 1 | US$76.25 | US$76.25 |

**Elko Gold Mine, LLC DIP**

VFM LEONARDO                                                                              1184

| Date | Type | Reference | Original Amt. | Balance Due | 8/31/2011 | Payment |
|---|---|---|---|---|---|---|
| 8/1/2011 | Bill | INV10081871 | 76.25 | 76.25 | Discount | 76.25 |
| | | | | | Check Amount | 76.25 |

Citibank DIP 8572                                                                           76.25

Credit Cards, direct transfers and cheques accepted.

**Electronic Payment Details:**
A/C: 400-734-0    ROUTING: 06752    SWIFT CODE: ROYCCAT2    ABA: 26004093

| Subtotal | US$76.25 |
|---|---|
| Tax | US$0.00 |
| Total | US$76.25 |

**HST/TAX ID # 869-144-378**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A TWO-TONED COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**Elko Gold Mine, LLC DIP**
1930 Idaho Street
Elko, NV 89801
775-738-8787

**Citibank, N.A.**
399 Park Ave
New York City, NY 10043
212-559-1000

**1161**

1-8/210

DATE    8/11/2011

PAY TO THE
ORDER OF    Elko County Treasurer

$    **11,880.42

Eleven Thousand Eight Hundred Eighty and 42/100*************************************    DOLLARS

Elko County Treasurer

MEMO    1st Installment #001-590-010

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈1161⑈ ⑆021000089⑈      8572⑈

---

**Elko Gold Mine, LLC DIP**    1161

Elko County Treasurer    8/11/2011

2011 -2012    11,880.42

Citibank DIP 8572    1st Installment #001-590-010    11,880.42

---

**Elko Gold Mine, LLC DIP**    1161

Elko County Treasurer    8/11/2011

2011 -2012    11,880.42

Citibank DIP 8572    1st Installment #001-590-010    11,880.42

# ELKO COUNTY REAL PROPERTY AND SPECIAL TAXES FOR FISCAL YEAR

| PARCEL NUMBER: | TAX AREA: | BILL NUMBER: | |
|---|---|---|---|
| 001-590-010 | 11.5 | 3087 | July 1, 2011 thru June 30, 2012 |

### PROPERTY DESCRIPTION

1930 IDAHO ST
ELKO CITY

### MAKE REMITTANCE PAYABLE TO:
**ELKO COUNTY TREASURER**
571 IDAHO ST. SUITE 101
ELKO, NV 89801-3715

**\*\*AUTO\*\*MIXED AADC 913 86 MAAD 69603RD12-A-2**
18941 1 MB 0.390

ELKO GOLDMINE LLC
5125 BRANDYWINE LN
FRISCO TX 75034-2243

**YOUR CHECK IS YOUR RECEIPT**
IF RECEIPT IS NEEDED CHECK HERE AND
RETURN ENTIRE BILL WITH YOUR PAYMENT

ALL PAYMENTS MUST BE IN U.S. DOLLARS
THROUGH A U.S. BANK

**NOTE:** IF PAYMENT IS MADE BY CHECK,
RECEIPT IS VOID IF NOT HONORED BY BANK.

Information concerning taxing authorization, rates and uses of taxes collected can be found at www.elkocountynv.net or by calling (775) 738-5694

| ASSESSED VALUATION | | | | DISTRIBUTION OF TAX AMOUNTS | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | VALUE | TAXING AGENCY | RATE | PRIOR ABATEMENT TAX | RECAPTURE ABATEMENT | NET TAX DUE | |
| Real Estate | 244,698 | County | 0.5858 | 7,481.80 | 0.00 | 7,481.80 | |
| Bldg/Improvements | 1,025,372 | Juvenile Prob | 0.0779 | 994.93 | 0.00 | 994.93 | |
| Other Pers Prop | 94,592 | Sr Citizen Sv | 0.0200 | 255.44 | 0.00 | 255.44 | |
| Note: Redevelopment | | Jail Operatns | 0.0199 | 254.16 | 0.00 | 254.16 | |
| is 6.4096 % | | Med Indigent | 0.0400 | 510.87 | 0.00 | 510.87 | |
| | | Co Captl Proj | 0.0500 | 638.60 | 0.00 | 638.60 | |
| | | Elko Cap Proj | 0.2352 | 3,003.95 | 0.00 | 3,003.95 | |
| | | School Dist. | 0.7500 | 9,578.94 | 0.00 | 9,578.94 | |
| | | School Cap Pr | 0.7500 | 10,234.96 | 0.00 | 10,234.96 | |
| | | ECVA | 0.0392 | 500.66 | 0.00 | 500.66 | |
| | | Elko Debt | 0.0700 | 894.03 | 0.00 | 894.03 | |
| | | State | 0.1700 | 2,183.91 | 0.00 | 2,183.91 | |
| | | TV District | 0.0145 | 185.20 | 0.00 | 185.20 | |
| | | Hosp Indigent | 0.0150 | 191.58 | 0.00 | 191.58 | |
| | | Youth Service | 0.0111 | 141.77 | 0.00 | 141.77 | |
| | | Museum | 0.0189 | 241.39 | 0.00 | 241.39 | |
| | | Elko City | 0.6148 | 7,852.18 | 0.00 | 7,852.18 | |
| | | Redevelopment | | 2,377.25 | 0.00 | 2,377.25 | |
| | | Prior Delinquencies | | 0.00 | 0.00 | 134,921.17 | |
| | | Frozen by Bankruptc | y | 0.00 | 0.00 | 134,921.17 | |
| NET ASSESSED | 1,364,662 | | 3.4823 | | | | |
| | | TOTAL | | 47,521.62 | 0.00 | 47,521.62 | |

IMPORTANT: SEE TAX INFORMATION ON REVERSE SIDE
SPECIAL TAXES ARE IN ADDITION TO YOUR TAX RATE

**Use Online Banking to pay your Property Taxes electronically.**
**Make Credit Card and E-Check payments online at**
**www.elkocountynv.net**

**IF YOUR TAXES ARE INCLUDED IN YOUR**
**MORTGAGE PAYMENT, DO NOT PAY THIS BILL.**

. . . . **CHANGE OF ADDRESS? PLEASE INDICATE ON REVERSE SIDE OF STUB** . . . .

| 4TH INSTALLMENT | 3RD INSTALLMENT | 2ND INSTALLMENT | 1ST INSTALLMENT |
|---|---|---|---|
| DUE ON OR BEFORE | DUE ON OR BEFORE | DUE ON OR BEFORE | DUE ON OR BEFORE |
| March 5, 2012 | January 3, 2012 | October 3, 2011 | August 15, 2011 |
| AMOUNT | AMOUNT | AMOUNT | AMOUNT |
| $11,880.40 | $11,880.40 | $11,880.40 | $11,880.42 |
| AMOUNT BARCODE | AMOUNT BARCODE | AMOUNT BARCODE | AMOUNT BARCODE |
|  |  |  |  |
| PARCEL NUMBER | PARCEL NUMBER | PARCEL NUMBER | PARCEL NUMBER |
| 001-590-010 | 001-590-010 | 001-590-010 | 001-590-010 |
| PARCEL BARCODE | PARCEL BARCODE | PARCEL BARCODE | PARCEL BARCODE |
|  |  |  | |
| DETACH AND MAIL THIS STUB WHEN PAYING 4TH INSTALLMENT | DETACH AND MAIL THIS STUB WHEN PAYING 3RD INSTALLMENT | DETACH AND MAIL THIS STUB WHEN PAYING 2ND INSTALLMENT | DETACH AND MAIL THIS STUB WHEN PAYING 1ST INSTALLMENT |



Citibank CBO Services  022
PO Box 226526
Dallas, TX 75260                00022462 BB CCC 243 JSWOH5IC BM1 04X O

084                                            158239/R1/21F000/0
CITIBANK, N.A.
**Account**
●●●●●●8572
**Statement Period**
Aug. 1 - Aug. 31, 2011
**Relationship Manager**
Gaudino,Bruce
(212) 559-6055

ELKO GOLD MINE LLC - DIP
3400 PARKWOOD BLVD Suite LEGACY
FRISCO                    TX 75034

Page 1 of 24

## CitiBusiness® ACCOUNT AS OF AUGUST 31, 2011

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$382,197.75** |
| **Savings** | —— |
| **Checking Plus** | —— |

## SUGGESTIONS AND RECOMMENDATIONS

### WHEN PLANNING THAT NEXT GETAWAY

Plan on Citibank's **World Wallet® Service** to make ordering Foreign Currency easier than ever. You have access to a wide variety of Foreign Currencies, delivered right to your door or place of business.
(Anywhere in the Continental U.S). Visit your nearest Citibank or call **1-800-756-7050**. Limits/Fees apply.

## SERVICE CHARGE SUMMARY FROM JULY 1, 2011 THRU JULY 31, 2011

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # ●●●●●●8572** | | | |
| Average Daily Collected Balance | | | $248,601.11 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 139 | .3000 | 41.70 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

| CitiBusiness Streamlined Checking | | | | |
|---|---|---|---|---|
| 9987308572 | | Beginning Balance: | | $299,398.71 |
| | | Ending Balance: | | $382,197.75 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 8/01 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Aug 01 | | 1,208.04 | 300,606.75 |
| 8/01 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS SETTLEMENT 5270459654  Aug 01 | | 1,311.67 | 301,918.42 |
| 8/01 | ELECTRONIC CREDIT<br>NPC MERCH  PYMT PROC  0013039673  Aug 01 | | 2,963.77 | 304,882.19 |

63

ELKO GOLD MINE LLC - DIP                     Account ●●●●●8572      Page 2 of 24                    158240/R1/21F000/0
                                             Statement Period -  Aug. 1 - Aug. 31, 2011

| | | | | |
|---|---|---|---|---|
| **CHECKING ACTIVITY** | | | | **Continued** |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 8/01 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Aug 01 | | 12,714.26 | 317,596.45 |
| 8/01 | DEPOSIT | | 15,000.00 | 332,596.45 |
| 8/01 | ACH DEBIT<br>FRONTIER ONLINE  E-BILL  6548892      Aug 01 | 2,297.94 | | 330,298.51 |
| 8/01 | ACH DEBIT<br>Intermountain   Vendor Pay Cust #386177   Aug 01 | 3,615.25 | | 326,683.26 |
| 8/02 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 02 | | 2,294.48 | 328,977.74 |
| 8/02 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Aug 02 | | 4,017.31 | 332,995.05 |
| 8/02 | CHECK NO:      50272 | 249.08 | | 332,745.97 |
| 8/02 | CHECK NO:      1144 | 2,257.62 | | 330,488.35 |
| 8/02 | CHECK NO:      50276 | 2,729.25 | | 327,759.10 |
| 8/02 | ACH DEBIT<br>SIERRA PACIFIC P  SPPC PYMT  01172137 347882 Aug 02 | 2,737.84 | | 325,021.26 |
| 8/02 | ACH DEBIT<br>NPC MERCH      PYMT PROC 0013039673    Aug 02 | 5,272.05 | | 319,749.21 |
| 8/03 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Aug 03 | | 5,921.79 | 325,671.00 |
| 8/04 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 04 | | 1,674.68 | 327,345.68 |
| 8/04 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Aug 04 | | 6,194.50 | 333,540.18 |
| 8/04 | CHECK NO:      1151 | 1,850.00 | | 331,690.18 |
| 8/04 | CHECK NO:      1148 | 626.68 | | 331,063.50 |
| 8/04 | ACH DEBIT<br>SOUTHWEST GAS    WEB    2510047179024  Aug 04 | 1,855.23 | | 329,208.27 |
| 8/05 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 05 | | 859.53 | 330,067.80 |
| 8/05 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Aug 05 | | 3,498.38 | 333,566.18 |
| 8/05 | CHECK NO:      1146 | 938.51 | | 332,627.67 |
| 8/05 | ACH DEBIT<br>Elko Nevada     7757777135 14355743    Aug 05 | 2,638.38 | | 329,989.29 |
| 8/05 | CHECK NO:      1155 | 4,000.00 | | 325,989.29 |
| 8/08 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 08 | | 957.40 | 326,946.69 |
| 8/08 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 08 | | 1,170.04 | 328,116.73 |
| 8/08 | ELECTRONIC CREDIT<br>NPC MERCH      PYMT PROC 0013039673    Aug 08 | | 13,867.74 | 341,984.47 |
| 8/08 | CHECK NO:      1142 | 2.62 | | 341,981.85 |
| 8/08 | CHECK NO:      1143 | 65.18 | | 341,916.67 |
| 8/08 | CHECK NO:      50301 | 122.61 | | 341,794.06 |
| 8/08 | CHECK NO:      50302 | 153.20 | | 341,640.86 |
| 8/08 | CHECK NO:      50283 | 271.48 | | 341,369.38 |
| 8/08 | ACH DEBIT<br>WASTECONNECTION   WEB_PAY   04517929080411 Aug 08 | 370.40 | | 340,998.98 |
| 8/08 | CHECK NO:      50297 | 391.55 | | 340,607.43 |
| 8/08 | CHECK NO:      1140 | 427.40 | | 340,180.03 |
| 8/08 | CHECK NO:      50293 | 431.17 | | 339,748.86 |
| 8/08 | CHECK NO:      50284 | 485.85 | | 339,263.01 |
| 8/08 | CHECK NO:      50279 | 502.26 | | 338,760.75 |
| 8/08 | CHECK NO:      50277 | 509.34 | | 338,251.41 |
| 8/08 | CHECK NO:      50290 | 539.65 | | 337,711.76 |
| 8/08 | CHECK NO:      50288 | 554.60 | | 337,157.16 |
| 8/08 | CHECK NO:      50289 | 571.81 | | 336,585.35 |
| 8/08 | CHECK NO:    5029850298 | 583.80 | | 336,001.55 |
| 8/08 | CHECK NO:      50282 | 614.69 | | 335,386.86 |
| 8/08 | CHECK NO:      50280 | 634.39 | | 334,752.47 |
| 8/08 | CHECK NO:      50295 | 665.54 | | 334,086.93 |
| 8/08 | CHECK NO:      50281 | 673.33 | | 333,413.60 |
| 8/08 | CHECK NO:      50287 | 689.70 | | 332,723.90 |
| 8/08 | CHECK NO:      50300 | 710.41 | | 332,013.49 |
| 8/08 | CHECK NO:      50299 | 790.29 | | 331,223.20 |
| 8/08 | CHECK NO:      50278 | 813.21 | | 330,409.99 |
| 8/08 | CHECK NO:      50294 | 1,540.97 | | 328,869.02 |
| 8/08 | ACH DEBIT<br>Intermountain   Vendor Pay Cust #386177   Aug 08 | 3,577.38 | | 325,291.64 |
| 8/09 | ELECTRONIC CREDIT<br>AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 09 | | 3,189.22 | 328,480.86 |

# citibank                                                                          citibusiness

**ELKO GOLD MINE LLC - DIP**        Account ████8572    Page 3 of 24        158241/R1/21F000/0
Statement Period - Aug. 1 - Aug. 31, 2011

## CHECKING ACTIVITY                                                               Continued

| Date | Description | | Debits | Credits | Balance |
|------|-------------|--|--------|---------|---------|
| 8/09 | ELECTRONIC CREDIT | | | 5,067.06 | 333,547.92 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 09 | | | | |
| 8/09 | CHECK NO:     1139 | | 50.00 | | 333,497.92 |
| 8/09 | CHECK NO:     50285 | | 52.54 | | 333,445.38 |
| 8/09 | CHECK NO:     1141 | | 189.00 | | 333,256.38 |
| 8/09 | CHECK NO:     1133 | | 192.03 | | 333,064.35 |
| 8/09 | CHECK NO:     50291 | | 279.78 | | 332,784.57 |
| 8/09 | CHECK NO:     50296 | | 598.25 | | 332,186.32 |
| 8/09 | CHECK NO:     1145 | | 1,386.00 | | 330,800.32 |
| 8/09 | CHECK NO:     1157 | | 4,802.04 | | 325,998.28 |
| 8/10 | ELECTRONIC CREDIT | | | 5,232.30 | 331,230.58 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 10 | | | | |
| 8/10 | ACH DEBIT | | 39.69 | | 331,190.89 |
|      | IRS         USATAXPYMT 270162221718743 Aug 10 | | | | |
| 8/10 | CHECK NO:     50303 | | 154.15 | | 331,036.74 |
| 8/10 | CHECK NO:     50292 | | 254.92 | | 330,781.82 |
| 8/10 | CHECK NO:     50286 | | 541.11 | | 330,240.71 |
| 8/10 | CHECK NO:     1158 | | 586.34 | | 329,654.37 |
| 8/10 | CHECK NO:     1159 | | 698.32 | | 328,956.05 |
| 8/10 | ACH DEBIT | | 1,495.00 | | 327,461.05 |
|      | UNITED FIN CAS  INS PREM  POL #04269803  Aug 10 | | | | |
| 8/10 | ACH DEBIT | | 3,058.65 | | 324,402.40 |
|      | IRS         USATAXPYMT 270162265566444 Aug 10 | | | | |
| 8/11 | ELECTRONIC CREDIT | | | 811.82 | 325,214.22 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 11 | | | | |
| 8/11 | ELECTRONIC CREDIT | | | 58,557.72 | 383,771.94 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 11 | | | | |
| 8/12 | ELECTRONIC CREDIT | | | 211.66 | 383,983.60 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 12 | | | | |
| 8/12 | CHECK NO:     1150 | | 4,560.17 | | 379,423.43 |
| 8/15 | ELECTRONIC CREDIT | | | 1,386.77 | 380,810.20 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 15 | | | | |
| 8/15 | ELECTRONIC CREDIT | | | 3,529.26 | 384,339.46 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 15 | | | | |
| 8/15 | ELECTRONIC CREDIT | | | 5,965.05 | 390,304.51 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 15 | | | | |
| 8/15 | ELECTRONIC CREDIT | | | 8,654.94 | 398,959.45 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 15 | | | | |
| 8/15 | SERVICE CHARGES | | 12.50 | | 398,946.95 |
|      | FEE FOR DOMESTIC FUNDS TRANSFER | | | | |
| 8/15 | SERVICE CHARGES | | 12.50 | | 398,934.45 |
|      | FEE FOR DOMESTIC FUNDS TRANSFER | | | | |
| 8/15 | CBUSOL TRANSFER DEBIT | | 3,000.00 | | 395,934.45 |
|      | WIRE TO CM JARVIS FURNITUR LEASING INC. | | | | |
| 8/15 | CBUSOL TRANSFER DEBIT | | 19,897.92 | | 376,036.53 |
|      | WIRE TO CITY OF ELKO | | | | |
| 8/15 | CHECK NO:     50114 | | 101.19 | | 375,935.34 |
| 8/15 | ACH DEBIT | | 1,077.16 | | 374,858.18 |
|      | AMERICAN EXPRESS  AXP DISCNT 5270459654   Aug 15 | | | | |
| 8/15 | ACH DEBIT | | 4,419.49 | | 370,438.69 |
|      | Intermountain  Vendor Pay Cust #386177  Aug 15 | | | | |
| 8/16 | ELECTRONIC CREDIT | | | 683.14 | 371,121.83 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 16 | | | | |
| 8/16 | ELECTRONIC CREDIT | | | 7,712.78 | 378,834.61 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 16 | | | | |
| 8/17 | ELECTRONIC CREDIT | | | 8,343.99 | 387,178.60 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 17 | | | | |
| 8/17 | CHECK NO:     1156 | | 19,353.79 | | 367,824.81 |
| 8/18 | ELECTRONIC CREDIT | | | 425.49 | 368,250.30 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 18 | | | | |
| 8/18 | ELECTRONIC CREDIT | | | 4,779.19 | 373,029.49 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 18 | | | | |
| 8/18 | DEPOSIT | | | 12,000.00 | 385,029.49 |
| 8/19 | ELECTRONIC CREDIT | | | 794.49 | 385,823.98 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 19 | | | | |
| 8/19 | ELECTRONIC CREDIT | | | 3,855.85 | 389,679.83 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 19 | | | | |
| 8/19 | CHECK NO:     50328 | | 943.66 | | 388,736.17 |
| 8/19 | CHECK NO:     1111 | | 75.00 | | 388,661.17 |
| 8/22 | ELECTRONIC CREDIT | | | 842.17 | 389,503.34 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 22 | | | | |
| 8/22 | ELECTRONIC CREDIT | | | 2,051.03 | 391,554.37 |
|      | AMERICAN EXPRESS  SETTLEMENT 5270459654   Aug 22 | | | | |
| 8/22 | ELECTRONIC CREDIT | | | 4,207.28 | 395,761.65 |
|      | NPC MERCH     PYMT PROC 0013039673   Aug 22 | | | | |

ELKO GOLD MINE LLC - DIP                  Account ▓▓▓▓▓8572      Page 4 of 24                    158242/R1/21F000/0
                                          Statement Period - Aug. 1 - Aug. 31, 2011

| CHECKING ACTIVITY | | | | Continued |
|---|---|---|---|---|

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 8/22 | ELECTRONIC CREDIT | | 6,172.70 | 401,934.35 |
| | NPC MERCH    PYMT PROC 0013039673    Aug 22 | | | |
| 8/22 | CHECK NO:    1168 | 1,879.31 | | 400,055.04 |
| 8/22 | CHECK NO:    1160 | 26.40 | | 400,028.64 |
| 8/22 | CHECK NO:    50307 | 375.78 | | 399,652.86 |
| 8/22 | CHECK NO:    5031 | 460.38 | | 399,192.48 |
| 8/22 | CHECK NO:    50321 | 512.04 | | 398,680.44 |
| 8/22 | CHECK NO:    50322 | 522.32 | | 398,158.12 |
| 8/22 | CHECK NO:    50309 | 556.56 | | 397,601.56 |
| 8/22 | CHECK NO:    50305 | 562.40 | | 397,039.16 |
| 8/22 | CHECK NO:    50318 | 563.07 | | 396,476.09 |
| 8/22 | CHECK NO:    50323 | 579.93 | | 395,896.16 |
| 8/22 | CHECK NO:    50315 | 599.35 | | 395,296.81 |
| 8/22 | CHECK NO:    50313 | 613.97 | | 394,682.84 |
| 8/22 | CHECK NO:    50326 | 618.83 | | 394,064.01 |
| 8/22 | CHECK NO:    50325 | 626.61 | | 393,437.40 |
| 8/22 | CHECK NO:    50316 | 663.68 | | 392,773.72 |
| 8/22 | CHECK NO:    320 | 746.39 | | 392,027.33 |
| 8/22 | CHECK NO:    50327 | 813.21 | | 391,214.12 |
| 8/22 | CHECK NO:    50319 | 856.42 | | 390,357.70 |
| 8/22 | CHECK NO:    50308 | 958.84 | | 389,398.86 |
| 8/22 | CHECK NO:    50314 | 1,693.43 | | 387,705.43 |
| 8/22 | ACH DEBIT | 2,686.32 | | 385,019.11 |
| | Intermountain    Vendor Pay Cust #386177  Aug 22 | | | |
| 8/23 | ELECTRONIC CREDIT | | 2,814.01 | 387,833.12 |
| | AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 23 | | | |
| 8/23 | ELECTRONIC CREDIT | | 7,127.78 | 394,960.90 |
| | NPC MERCH    PYMT PROC 0013039673    Aug 23 | | | |
| 8/23 | CHECK NO:    1166 | 135.00 | | 394,825.90 |
| 8/23 | ACH DEBIT | 305.50 | | 394,520.40 |
| | ZURICH US    ZURICHDB  019633769001000 Aug 23 | | | |
| 8/23 | CHECK NO:    50312 | 603.45 | | 393,916.95 |
| 8/23 | CHECK NO:    50317 | 652.44 | | 393,264.51 |
| 8/23 | CHECK NO:    1165 | 1,176.91 | | 392,087.60 |
| 8/23 | CHECK NO:    1167 | 2,681.25 | | 389,406.35 |
| 8/23 | CHECK NO:    1162 | 2,912.80 | | 386,493.55 |
| 8/24 | ELECTRONIC CREDIT | | 69.00 | 386,562.55 |
| | UNITED FIN CAS    REFUND    POL #04269803  Aug 24 | | | |
| 8/24 | ELECTRONIC CREDIT | | 2,897.87 | 389,460.42 |
| | NPC MERCH    PYMT PROC 0013039673    Aug 24 | | | |
| 8/24 | CHECK NO:    1161 | 11,880.42 | | 377,580.00 |
| 8/25 | ELECTRONIC CREDIT | | 656.59 | 378,236.59 |
| | AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 25 | | | |
| 8/25 | ELECTRONIC CREDIT | | 3,206.40 | 381,442.99 |
| | NPC MERCH    PYMT PROC 0013039673    Aug 25 | | | |
| 8/25 | ACH DEBIT | 53.00 | | 381,389.99 |
| | IRS    USATAXPYMT 270163784973276 Aug 25 | | | |
| 8/25 | CHECK NO:    50304 | 170.47 | | 381,219.52 |
| 8/25 | CHECK NO:    1163 | 520.00 | | 380,699.52 |
| 8/25 | ACH DEBIT | 3,610.06 | | 377,089.46 |
| | IRS    USATAXPYMT 270163732203689 Aug 25 | | | |
| 8/26 | ELECTRONIC CREDIT | | 235.18 | 377,324.64 |
| | AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 26 | | | |
| 8/26 | ELECTRONIC CREDIT | | 3,729.25 | 381,053.89 |
| | NPC MERCH    PYMT PROC 0013039673    Aug 26 | | | |
| 8/26 | CHECK NO:    1170 | 3,916.25 | | 377,137.64 |
| 8/29 | ELECTRONIC CREDIT | | 678.00 | 377,815.64 |
| | AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 29 | | | |
| 8/29 | ELECTRONIC CREDIT | | 1,815.59 | 379,631.23 |
| | AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 29 | | | |
| 8/29 | ELECTRONIC CREDIT | | 5,620.44 | 385,251.67 |
| | NPC MERCH    PYMT PROC 0013039673    Aug 29 | | | |
| 8/29 | ELECTRONIC CREDIT | | 6,264.55 | 391,516.22 |
| | NPC MERCH    PYMT PROC 0013039673    Aug 29 | | | |
| 8/29 | ACH DEBIT | 6,069.53 | | 385,446.69 |
| | Intermountain    Vendor Pay Cust #386177  Aug 29 | | | |
| 8/29 | CHECK NO:    1171 | 7,449.58 | | 377,997.11 |
| 8/29 | CHECK NO:    1169 | 7,606.73 | | 370,390.38 |
| 8/30 | ELECTRONIC CREDIT | | 1,512.67 | 371,903.05 |
| | AMERICAN EXPRESS  SETTLEMENT 5270459654    Aug 30 | | | |
| 8/30 | ELECTRONIC CREDIT | | 8,660.47 | 380,563.52 |
| | NPC MERCH    PYMT PROC 0013039673    Aug 30 | | | |
| 8/30 | CHECK NO:    1172 | 125.95 | | 380,437.57 |

# citibank                                                              CitiBusiness

ELKO GOLD MINE LLC - DIP             Account ●●●●●8572      Page 5 of 24          158243/R1/21F000/0
                                     Statement Period - Aug. 1 - Aug. 31, 2011

## CHECKING ACTIVITY                                                              Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 8/30 | CHECK NO:   50324 | 513.01 | | 379,924.56 |
| 8/31 | ELECTRONIC CREDIT | | 2,729.51 | 382,654.07 |
|      | NPC MERCH   PYMT PROC 0013039873   Aug 31 | | | |
| 8/31 | CHECK NO:   1173 | 456.32 | | 382,197.75 |
|      | **Total Debits/Credits** | **183,345.77** | **266,144.81** | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|
| 320 | 8/22 | 746.39 | 1170 | 8/26 | 3,916.25 | 50297 | 8/08 | 391.55 |
| 1111* | 8/19 | 75.00 | 1171 | 8/29 | 7,449.58 | 50299* | 8/08 | 790.29 |
| 1133* | 8/09 | 192.03 | 1172 | 8/30 | 125.95 | 50300 | 8/08 | 710.41 |
| 1139* | 8/09 | 50.00 | 1173 | 8/31 | 456.32 | 50301 | 8/08 | 122.61 |
| 1140 | 8/08 | 427.40 | 5031* | 8/22 | 460.38 | 50302 | 8/08 | 153.20 |
| 1141 | 8/09 | 189.00 | 50114* | 8/15 | 101.19 | 50303 | 8/10 | 154.15 |
| 1142 | 8/08 | 2.62 | 50272* | 8/02 | 249.08 | 50304 | 8/25 | 170.47 |
| 1143 | 8/08 | 65.18 | 50276* | 8/02 | 2,729.25 | 50305 | 8/22 | 562.40 |
| 1144 | 8/02 | 2,257.62 | 50277 | 8/08 | 509.34 | 50307* | 8/22 | 375.78 |
| 1145 | 8/09 | 1,386.00 | 50278 | 8/08 | 813.21 | 50306 | 8/22 | 958.84 |
| 1146 | 8/05 | 938.51 | 50279 | 8/08 | 502.26 | 50309 | 8/22 | 556.56 |
| 1148* | 8/04 | 626.68 | 50280 | 8/08 | 634.39 | 50312* | 8/23 | 603.45 |
| 1150* | 8/12 | 4,560.17 | 50281 | 8/08 | 673.33 | 50313 | 8/22 | 613.97 |
| 1151 | 8/04 | 1,850.00 | 50282 | 8/08 | 614.69 | 50314 | 8/22 | 1,693.43 |
| 1155* | 8/05 | 4,000.00 | 50283 | 8/08 | 271.48 | 50315 | 8/22 | 599.35 |
| 1156 | 8/17 | 19,353.79 | 50284 | 8/08 | 485.85 | 50316 | 8/22 | 663.68 |
| 1157 | 8/09 | 4,802.04 | 50285 | 8/09 | 52.54 | 50317 | 8/23 | 652.44 |
| 1158 | 8/10 | 586.34 | 50286 | 8/10 | 541.11 | 50318 | 8/22 | 563.07 |
| 1159 | 8/05 | 698.32 | 50287 | 8/08 | 689.70 | 50319 | 8/22 | 856.42 |
| 1160 | 8/22 | 26.40 | 50288 | 8/08 | 554.60 | 50321* | 8/22 | 512.04 |
| 1161 | 8/24 | 11,880.42 | 50289 | 8/08 | 571.81 | 50322 | 8/22 | 522.32 |
| 1162 | 8/23 | 2,912.80 | 50290 | 8/08 | 539.65 | 50323 | 8/22 | 579.93 |
| 1163 | 8/25 | 520.00 | 50291 | 8/09 | 279.78 | 50324 | 8/30 | 513.01 |
| 1165* | 8/23 | 1,176.91 | 50292 | 8/10 | 254.92 | 50325 | 8/22 | 626.61 |
| 1166 | 8/23 | 135.00 | 50293 | 8/08 | 431.17 | 50326 | 8/22 | 618.83 |
| 1167 | 8/23 | 2,681.25 | 50294 | 8/08 | 1,540.97 | 50327 | 8/22 | 813.21 |
| 1168 | 8/22 | 1,879.31 | 50295 | 8/08 | 665.54 | 50328 | 8/19 | 943.66 |
| 1169 | 8/29 | 7,606.73 | 50296 | 8/09 | 598.25 | 5029850298* | 8/08 | 583.80 |

* Indicates gap in check number sequence     Number Checks Paid:   84     Totaling:     $115,243.98

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:               YOU CAN WRITE:

Checking                           877-528-0990                CitiBusiness
                                   (For Speech and Hearing     100 Citibank Drive
                                   Impaired Customers Only      San Antonio, TX 78245-9966
                                   TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

63

# CITIbank

**ELKO GOLD MINE LLC - DIP**

Account ⬛⬛⬛8572      Page 7 of 24
Statement Period - Aug. 1 - Aug. 31, 2011

158245/FR1/21F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ⬛⬛⬛8572



Ck Date: 08/22/2011 Ck No: 320 Amt: $746.39



Ck Date: 08/19/2011 Ck No: 1111 Amt: $75.00



Ck Date: 08/09/2011 Ck No: 1133 Amt: $192.03



Ck Date: 08/09/2011 Ck No: 1139 Amt: $50.00



Ck Date: 08/08/2011 Ck No: 1140 Amt: $427.40



Ck Date: 08/09/2011 Ck No: 1141 Amt: $189.00



Ck Date: 08/08/2011 Ck No: 1142 Amt: $2.62



Ck Date: 08/06/2011 Ck No: 1143 Amt: $85.18



Ck Date: 08/02/2011 Ck No: 1144 Amt: $2257.62

Ck Date: 08/09/2011 Ck No: 1145 Amt: $1386.00

ELKO GOLD MINE LLC - DIP             Account ●●●●●●8572      Page 8 of 24                    158246/R1/21F000
                                     Statement Period -  Aug. 1 - Aug. 31, 2011



Ck Date: 08/19/2011 Ck No: 1111 Amt: $75.00          Ck Date: 08/22/2011 Ck No: 320 Amt: $746.39

Ck Date: 08/09/2011 Ck No: 1139 Amt: $50.00          Ck Date: 08/09/2011 Ck No: 1133 Amt: $192.03

Ck Date: 08/09/2011 Ck No: 1141 Amt: $189.00         Ck Date: 08/08/2011 Ck No: 1140 Amt: $427.40

Ck Date: 08/08/2011 Ck No: 1143 Amt: $65.18          Ck Date: 08/08/2011 Ck No: 1142 Amt: $2.62

Ck Date: 08/09/2011 Ck No: 1145 Amt: $1386.00        Ck Date: 08/02/2011 Ck No: 1144 Amt: $2257.62

# citibank

**CitiBusiness**®

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 9 of 24
Statement Period - Aug. 1 - Aug. 31, 2011

158247/R1/21F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ●●●●●8572 



Ck Date: 08/05/2011 Ck No: 1146 Amt: $938.51

Ck Date: 08/04/2011 Ck No: 1148 Amt: $626.68



Ck Date: 08/12/2011 Ck No: 1150 Amt: $4560.17



Ck Date: 08/04/2011 Ck No: 1151 Amt: $1850.00



Ck Date: 08/05/2011 Ck No: 1155 Amt: $4000.00



Ck Date: 08/17/2011 Ck No: 1156 Amt: $19359.79



Ck Date: 08/09/2011 Ck No: 1157 Amt: $4802.04



Ck Date: 08/10/2011 Ck No: 1158 Amt: $586.34

Ck Date: 08/10/2011 Ck No: 1159 Amt: $698.32

Ck Date: 08/22/2011 Ck No: 1160 Amt: $26.40

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 10 of 24
Statement Period - Aug. 1 - Aug. 31, 2011

158248/R1/21F000



Ck Date: 08/04/2011 Ck No: 1148 Amt: $626.68

Ck Date: 08/05/2011 Ck No: 1146 Amt: $938.51

Ck Date: 08/04/2011 Ck No: 1151 Amt: $1850.00

Ck Date: 08/12/2011 Ck No: 1150 Amt: $4560.17

Ck Date: 08/17/2011 Ck No: 1156 Amt: $19353.79

Ck Date: 08/05/2011 Ck No: 1155 Amt: $4000.00

Ck Date: 08/10/2011 Ck No: 1158 Amt: $586.34

Ck Date: 08/09/2011 Ck No: 1157 Amt: $4802.04

Ck Date: 08/22/2011 Ck No: 1160 Amt: $26.40

Ck Date: 08/10/2011 Ck No: 1159 Amt: $698.32