# citibank

citi Business®

ELKO GOLD MINE LLC - DIP

Account ████████8572       Page 11 of 24       158249/TRI/21F000
Statement Period - Aug. 1 - Aug. 31, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #     ████████8572



Ck Date: 08/24/2011 Ck No: 1161 Amt: $11880.42



Ck Date: 08/23/2011 Ck No: 1162 Amt: $2912.80



Ck Date: 08/25/2011 Ck No: 1163 Amt: $520.00



Ck Date: 08/23/2011 Ck No: 1165 Amt: $1176.91



Ck Date: 08/23/2011 Ck No: 1166 Amt: $135.00

Ck Date: 08/23/2011 Ck No: 1167 Amt: $2681.25



Ck Date: 06/22/2011 Ck No: 1168 Amt: $1879.31



Ck Date: 08/29/2011 Ck No: 1169 Amt: $7606.73



Ck Date: 08/26/2011 Ck No: 1170 Amt: $3916.25

Ck Date: 08/29/2011 Ck No: 1171 Amt: $7449.58

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 12 of 24
Statement Period - Aug. 1 - Aug. 31, 2011

158250/R1/21F000



Ck Date: 08/23/2011 Ck No: 1162 Amt: $2912.80



Ck Date: 08/24/2011 Ck No: 1161 Amt: $11880.42



Ck Date: 08/23/2011 Ck No: 1165 Amt: $1176.91



Ck Date: 08/25/2011 Ck No: 1163 Amt: $520.00



Ck Date: 08/23/2011 Ck No: 1167 Amt: $2681.25



Ck Date: 08/23/2011 Ck No: 1166 Amt: $135.00



Ck Date: 08/29/2011 Ck No: 1169 Amt: $7606.73



Ck Date: 08/22/2011 Ck No: 1168 Amt: $1879.31



Ck Date: 08/29/2011 Ck No: 1171 Amt: $7449.58



Ck Date: 08/26/2011 Ck No: 1170 Amt: $3916.25

ELKO GOLD MINE LLC - DIP

Account ●●●●●8572        Page 13 of 24
Statement Period -  Aug. 1 - Aug. 31, 2011

158251/R1/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account # ●●●●●8572



Ck Date: 08/30/2011 Ck No: 1172 Amt: $125.95



Ck Date: 08/31/2011 Ck No: 1173 Amt: $456.32

Ck Date: 08/22/2011 Ck No: 5031 Amt: $460.38



Ck Date: 08/15/2011 Ck No: 50114 Amt: $101.19



Ck Date: 08/02/2011 Ck No: 50272 Amt: $249.08



Ck Date: 08/02/2011 Ck No: 50276 Amt: $2729.25



Ck Date: 08/08/2011 Ck No: 50277 Amt: $509.34



Ck Date: 08/08/2011 Ck No: 50278 Amt: $813.21



Ck Date: 08/08/2011 Ck No: 50279 Amt: $502.26

Ck Date: 08/08/2011 Ck No: 50280 Amt: $634.39

ELKO GOLD MINE LLC - DIP



Ck Date: 08/31/2011 Ck No: 1173 Amt: $456.32

Ck Date: 08/30/2011 Ck No: 1172 Amt: $125.95

Ck Date: 08/15/2011 Ck No: 50114 Amt: $101.19

Ck Date: 08/22/2011 Ck No: 5031 Amt: $460.38

Ck Date: 08/02/2011 Ck No: 50276 Amt: $2729.25

Ck Date: 08/02/2011 Ck No: 50272 Amt: $249.08

Ck Date: 08/08/2011 Ck No: 50278 Amt: $813.21

Ck Date: 08/08/2011 Ck No: 50277 Amt: $509.34

Ck Date: 08/08/2011 Ck No: 50280 Amt: $634.39

Ck Date: 08/08/2011 Ck No: 50279 Amt: $502.26

# CITIbank                                                                    for business

**ELKO GOLD MINE LLC - DIP**                    Account ######8572          Page 15 of 24          158253/R/1/21F000
                                                Statement Period - Aug. 1 - Aug. 31, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #   8572



Ck Date: 08/08/2011 Ck No: 50281 Amt: $673.33          Ck Date: 08/08/2011 Ck No: 50282 Amt: $614.69



Ck Date: 08/08/2011 Ck No: 50283 Amt: $271.46          Ck Date: 08/08/2011 Ck No: 50284 Amt: $485.85

          

Ck Date: 08/09/2011 Ck No: 50285 Amt: $52.54          Ck Date: 08/10/2011 Ck No: 50286 Amt: $541.11

          

Ck Date: 08/08/2011 Ck No: 50287 Amt: $689.70          Ck Date: 08/08/2011 Ck No: 50288 Amt: $554.60



Ck Date: 08/08/2011 Ck No: 50289 Amt: $571.81          Ck Date: 08/08/2011 Ck No: 50290 Amt: $539.65

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 16 of 24
Statement Period - Aug. 1 - Aug. 31, 2011

158254/R1/21F000

Ck Date: 08/08/2011 Ck No: 50282 Amt: $614.69

Ck Date: 08/08/2011 Ck No: 50281 Amt: $678.33

Ck Date: 08/08/2011 Ck No: 50284 Amt: $485.85

Ck Date: 08/08/2011 Ck No: 50283 Amt: $271.48

Ck Date: 08/10/2011 Ck No: 50286 Amt: $541.11

Ck Date: 08/09/2011 Ck No: 50285 Amt: $52.54

Ck Date: 08/08/2011 Ck No: 50288 Amt: $554.60

Ck Date: 08/08/2011 Ck No: 50287 Amt: $689.70

Ck Date: 08/08/2011 Ck No: 50290 Amt: $539.65

Ck Date: 08/08/2011 Ck No: 50289 Amt: $571.81

# citibank

**CitiBusiness®**

ELKO GOLD MINE LLC - DIP

Account ●●●●●●●8572    Page 17 of 24
Statement Period - Aug. 1 - Aug. 31, 2011

158255/R1/21F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account # ●●●●●●8572



Ck Date: 08/09/2011 Ck No: 50291 Amt: $279.78



Ck Date: 08/10/2011 Ck No: 50292 Amt: $254.92



Ck Date: 08/08/2011 Ck No: 50293 Amt: $431.17



Ck Date: 08/08/2011 Ck No: 50294 Amt: $1540.97



Ck Date: 08/08/2011 Ck No: 50295 Amt: $665.54



Ck Date: 08/09/2011 Ck No: 50296 Amt: $598.25



Ck Date: 08/08/2011 Ck No: 50297 Amt: $391.55

Ck Date: 08/08/2011 Ck No: 50299 Amt: $790.29



Ck Date: 08/08/2011 Ck No: 50300 Amt: $710.41

Ck Date: 08/08/2011 Ck No: 50301 Amt: $122.61

ELKO GOLD MINE LLC - DIP                Account ●●●●●●8572        Page 18 of 24                158256/R1/21F000
                                        Statement Period -  Aug. 1 - Aug. 31, 2011



Ck Date: 08/10/2011 Ck No: 50292 Amt: $254.92      Ck Date: 08/09/2011 Ck No: 50291 Amt: $279.78

Ck Date: 08/08/2011 Ck No: 50294 Amt: $1540.97     Ck Date: 08/08/2011 Ck No: 50293 Amt: $431.17

Ck Date: 08/09/2011 Ck No: 50296 Amt: $598.25      Ck Date: 08/08/2011 Ck No: 50295 Amt: $665.54

Ck Date: 08/08/2011 Ck No: 50299 Amt: $790.29      Ck Date: 08/08/2011 Ck No: 50297 Amt: $391.55

Ck Date: 08/08/2011 Ck No: 50301 Amt: $122.61      Ck Date: 08/08/2011 Ck No: 50300 Amt: $710.41

**citibank**                                                                      **CitiBusiness®**

**ELKO GOLD MINE LLC - DIP**                    Account ●●●●●●8572        Page 19 of 24        158257/R01/21F000
                                                Statement Period - Aug. 1 - Aug. 31, 2011

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #    ●●●●●●8572





Ck Date: 08/08/2011 Ck No: 50302 Amt: $153.20          Ck Date: 08/10/2011 Ck No: 50303 Amt: $154.15




Ck Date: 08/25/2011 Ck No: 50304 Amt: $170.47          Ck Date: 08/22/2011 Ck No: 50305 Amt: $562.40




Ck Date: 08/22/2011 Ck No: 50307 Amt: $375.78          Ck Date: 08/22/2011 Ck No: 50308 Amt: $958.84



Ck Date: 08/22/2011 Ck No: 50309 Amt: $556.56          Ck Date: 08/23/2011 Ck No: 50312 Amt: $803.45



Ck Date: 08/22/2011 Ck No: 50313 Amt: $613.97          Ck Date: 08/22/2011 Ck No: 50314 Amt: $1693.43

ELKO GOLD MINE LLC - DIP          Account ●●●●●8572    Page 20 of 24
                                  Statement Period - Aug. 1 - Aug. 31, 2011          158258/R1/21F000



Ck Date: 08/10/2011 Ck No: 50303 Amt: $154.15



Ck Date: 08/08/2011 Ck No: 50302 Amt: $153.20



Ck Date: 08/22/2011 Ck No: 50305 Amt: $562.40



Ck Date: 08/25/2011 Ck No: 50304 Amt: $170.47



Ck Date: 08/22/2011 Ck No: 50308 Amt: $958.84



Ck Date: 08/22/2011 Ck No: 50307 Amt: $375.78



Ck Date: 08/23/2011 Ck No: 50312 Amt: $603.45



Ck Date: 08/22/2011 Ck No: 50309 Amt: $556.56



Ck Date: 08/22/2011 Ck No: 50314 Amt: $1693.43



Ck Date: 08/22/2011 Ck No: 50313 Amt: $613.97

**citi**bank                                                                                                   **Citi**Business®

ELKO GOLD MINE LLC - DIP                    Account ●●●●●●8572        Page 21 of 24        158259/R1/21F000
                                            Statement Period - Aug. 1 - Aug. 31, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered
checks will appear first.  Non-check items will appear last.

Check images for account # ●●●●8572



Ck Date: 08/22/2011 Ck No: 50315 Amt: $599.35          Ck Date: 08/22/2011 Ck No: 50316 Amt: $663.68



Ck Date: 08/23/2011 Ck No: 50317 Amt: $652.44          Ck Date: 08/22/2011 Ck No: 50318 Amt: $563.07

 

Ck Date: 08/22/2011 Ck No: 50319 Amt: $856.42          Ck Date: 08/22/2011 Ck No: 50321 Amt: $512.04

 

Ck Date: 08/22/2011 Ck No: 50322 Amt: $522.32          Ck Date: 08/22/2011 Ck No: 50323 Amt: $579.93

 

Ck Date: 08/30/2011 Ck No: 50324 Amt: $513.01          Ck Date: 08/22/2011 Ck No: 50325 Amt: $626.61

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page  22  of  24
Statement Period -  Aug. 1 - Aug. 31, 2011

158260/R1/21F000



Ck Date: 08/22/2011 Ck No: 50316 Amt: $663.68

Ck Date: 08/22/2011 Ck No: 50315 Amt: $599.35

Ck Date: 08/22/2011 Ck No: 50318 Amt: $563.07

Ck Date: 08/23/2011 Ck No: 50317 Amt: $852.44

Ck Date: 08/22/2011 Ck No: 50321 Amt: $512.04

Ck Date: 08/22/2011 Ck No: 50319 Amt: $856.42

Ck Date: 08/22/2011 Ck No: 50323 Amt: $579.93

Ck Date: 08/22/2011 Ck No: 50322 Amt: $522.32

Ck Date: 08/22/2011 Ck No: 50325 Amt: $626.61

Ck Date: 08/30/2011 Ck No: 50324 Amt: $513.01

**citi**bank                                                                    Citi**Business**®

ELKO GOLD MINE LLC - DIP              Account ●●●●●●8572      Page 23 of 24      158261/RR1/21F000
                                      Statement Period - Aug. 1 - Aug. 31, 2011

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered
checks will appear first.  Non-check items will appear last.

Check images for account #  ●●●●●8572





Ck Date: 08/22/2011 Ck No: 50326 Amt: $618.83          Ck Date: 08/22/2011 Ck No: 50327 Amt: $813.21

Ck Date: 08/19/2011 Ck No: 50328 Amt: $943.66          Ck Date: 08/08/2011 Ck No: 5029650298 Amt: $583.80

ELKO GOLD MINE LLC - DIP

Account ●●●●●●8572    Page 24 of 24
Statement Period - Aug. 1 - Aug. 31, 2011

158262/R1/21F000





Ck Date: 08/22/2011 Ck No: 50327 Amt: $813.21

Ck Date: 08/22/2011 Ck No: 50326 Amt: $616.83





Ck Date: 08/08/2011 Ck No: 5029850298 Amt: $583.80

Ck Date: 08/19/2011 Ck No: 50328 Amt: $943.66



**NEVADA
BANK & TRUST**

Member FDIC

ACCOUNT NUMBER

■■4070

STATEMENT DATE

Aug 31, 2011

```
***************************SNGLP
1469 1.3790 SP 0.640      8 1 2
```

Pg    1 of   3

ELKO GOLD MINE, LLC
MAIN ACCOUNT
DMC / DBA: COUNTRY HEARTH INN
3400 PARKWOOD BLVD   LEGACY ROOM
FRISCO TX 75034

38

Thank you for banking with Nevada Bank and Trust.

*****
We all have trouble choosing passwords. But studies have shown that we can
be compromised too easily. Some of the most popular passwords?  123456,
abc123 and Password. These are extremely easy for a cracking program to
decode. And don't use your birthday, family or pet names or street
addresses.  Poorly chosen passwords mean a hacker can break into 1000s of
accounts in just minutes. Here are some better ideas to make your passwords
more secure.
Mix it up.  Choose lower and uppercase letters, and then add numbers.
Mixing adds complexity and safety to your password. Words or phrases are
easier to remember, but it is safer to diversify. Then add symbols, they
are the real secret ingredient to security.  Every extra symbol makes it
1500 times more difficult for intruders to pry into your personal accounts.
Also go to the maximum amount of characters allowed.  Every extra character
increases your odds of staying safe. The more variables in your password
the longer it would take to crack your code.
If you are concerned about juggling all of your new lengthy ultra-secure
passwords there are programs or apps to lock down your codes.  Password
managers are great options so you can keep your computer and your phone
locked down safely.
```

```
Entreprenuer Account
08/01/2011 Beginning Balance                              14,879.66
          40 Deposits/Other Credits           +          20,894.94
           4 Checks/Other Debits              -          27,255.36
08/31/2011 Ending Balance      31 Days in Statement Period  8,519.24
------------------------------------------------------------------------
```

```
--------------------------- Deposits/Other Credits ---------------------------
08/01/2011 Deposit                                          203.83
08/01/2011 Deposit                                          235.18
08/01/2011 Deposit                                          501.37
08/03/2011 Deposit                                           16.70
08/03/2011 Deposit                                           86.24
```



NEVADA
BANK & TRUST
Member FDIC

ACCOUNT NUMBER
4070

STATEMENT DATE
Aug 31, 2011

Pg    2 of    3

ELKO GOLD MINE, LLC

| Date | Description | Amount |
|---|---|---|
| 08/03/2011 | Deposit | 1,103.18 |
| 08/08/2011 | Deposit | 10.69 |
| 08/08/2011 | Deposit | 117.59 |
| 08/08/2011 | Deposit | 221.66 |
| 08/08/2011 | Deposit | 428.36 |
| 08/09/2011 | Deposit | 217.54 |
| 08/11/2011 | Direct Deposit | 9,481.35 |
| | CORP LODG CON 3  DLY QPY CR | |
| 08/12/2011 | Deposit | 76.24 |
| 08/12/2011 | Deposit | 114.60 |
| 08/12/2011 | Direct Deposit | 179.20 |
| | CORP LODG CON 3  DLY QPY CR | |
| 08/12/2011 | Deposit | 666.26 |
| 08/18/2011 | Deposit | 20.70 |
| 08/18/2011 | Deposit | 100.79 |
| 08/18/2011 | Deposit | 105.83 |
| 08/18/2011 | Deposit | 120.83 |
| 08/18/2011 | Deposit | 282.22 |
| 08/18/2011 | Deposit | 358.36 |
| 08/18/2011 | Deposit | 409.90 |
| 08/18/2011 | Direct Deposit | 537.60 |
| | CORP LODG CON 3  DLY QPY CR | |
| 08/23/2011 | Deposit | 115.83 |
| 08/23/2011 | Deposit | 223.42 |
| 08/23/2011 | Deposit | 505.64 |
| 08/23/2011 | Deposit | 1,585.64 |
| 08/24/2011 | Deposit | 120.95 |
| 08/25/2011 | Deposit | 141.11 |
| 08/25/2011 | Direct Deposit | 179.20 |
| | CORP LODG CON 1  WKY CR QPY | |
| 08/26/2011 | Deposit | 54.56 |
| 08/26/2011 | Deposit | 179.19 |
| 08/29/2011 | Deposit | 89.60 |
| 08/29/2011 | Deposit | 105.83 |
| 08/29/2011 | Deposit | 120.83 |
| 08/29/2011 | Deposit | 490.39 |
| 08/30/2011 | Deposit | 1,019.20 |



NEVADA
BANK & TRUST
Member FDIC

**ACCOUNT NUMBER**
⬛⬛4070

**STATEMENT DATE**
Aug 31, 2011

Pg   3 of   3

ELKO GOLD MINE, LLC

| | | |
|---|---|---|
| 08/31/2011 Deposit | | 120.95 |
| 08/31/2011 Deposit | | 246.38 |

------- Checks listed in numerical order; (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 1238 | 08/02 | 15,000.00 | 1239 | 08/19 | 12,000.00 |

------------------------------------- Other Debits -------------------------------------

| | | |
|---|---|---|
| 08/11/2011 Direct Payment | | 237.44 |
| CORP LODG CON 4  WEK DRF DB | | |
| 08/18/2011 Direct Payment | | 17.92 |
| CORP LODG CON 4  WEK DRF DB | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | .00 | 27.50 |
| Total Return Item Fees | .00 | 55.00 |

--------------------------- Daily Ending Balance ---------------------------

| | | | | | |
|---|---|---|---|---|---|
| 08/01 | 15,820.04 | 08/12 | 13,302.21 | 08/25 | 6,092.31 |
| 08/02 | 820.04 | 08/18 | 15,220.52 | 08/26 | 6,326.06 |
| 08/03 | 2,026.16 | 08/19 | 3,220.52 | 08/29 | 7,132.71 |
| 08/08 | 2,804.46 | 08/23 | 5,651.05 | 08/30 | 8,151.91 |
| 08/09 | 3,022.00 | 08/24 | 5,772.00 | 08/31 | 8,519.24 |
| 08/11 | 12,265.91 | | | | |

ELKO GOLD MINE, LLC ▬▬4070 Page 4



DDA Credits - 08/01/2011                DDA Credits - 08/01/2011

DDA Credits - 08/01/2011                DDA Credits - 08/01/2011





DDA Credits - 08/01/2011                DDA Credits - 08/01/2011





DDA Credits - 08/03/2011                DDA Credits - 08/03/2011



DDA Credits - 08/03/2011                DDA Credits - 08/03/2011



DDA Credits - 08/03/2011                DDA Credits - 08/03/2011

ELKO GOLD MINE, LLC 4070 Page 5



DDA Credits - 08/08/2011

DDA Credits - 08/08/2011



DDA Credits - 08/08/2011

DDA Credits - 08/08/2011



DDA Credits - 08/08/2011

DDA Credits - 08/08/2011



DDA Credits - 08/08/2011

DDA Credits - 08/08/2011



DDA Credits - 08/09/2011

DDA Credits - 08/09/2011



DDA Credits - 08/12/2011

DDA Credits - 08/12/2011

ELKO GOLD MINE, LLC ●●●4070 Page 6



DDA Credits - 08/12/2011

DDA Credits - 08/12/2011



DDA Credits - 08/12/2011



DDA Credits - 08/12/2011



DDA Credits - 08/18/2011

DDA Credits - 08/18/2011



DDA Credits - 08/18/2011

DDA Credits - 08/18/2011



DDA Credits - 08/18/2011

DDA Credits - 08/18/2011

DDA Credits - 08/18/2011

DDA Credits - 08/18/2011



DDA Credits - 08/18/2011

DDA Credits - 08/18/2011

DDA Credits - 08/18/2011

DDA Credits - 08/23/2011

DDA Credits - 08/23/2011

DDA Credits - 08/23/2011

ELKO GOLD MINE, LLC 4070 Page 8



DDA Credits - 08/23/2011

DDA Credits - 08/24/2011

DDA Credits - 08/25/2011

DDA Credits - 08/26/2011

DDA Credits - 08/26/2011

DDA Credits - 08/29/2011

ELKO GOLD MINE, LLC ███4070 Page 9



CHECKING DEPOSIT

Date
Name Best Western          CPS          89 60

ACCOUNT NUMBER                SUB TOTAL  89 60
* ███████4070                 LESS CASH
                              RECEIVED
                             NET
                             DEPOSIT $   89.60

⑈5400⑈0001⑈          151

DDA Credits - 08/29/2011

NEVADA B&T ⋅124201565⋅ 08/29/2011  002605030219

DDA Credits - 08/29/2011

---

CHECKING DEPOSIT

Date
Name Best Western          490.39

ACCOUNT NUMBER                SUB TOTAL  490 39
* ███████4070                 LESS CASH
                              RECEIVED
                             NET
                             DEPOSIT $   490.39

⑈5400⑈0001⑈          151

DDA Credits - 08/29/2011

NEVADA B&T ⋅124201565⋅ 08/29/2011  002605030229

DDA Credits - 08/29/2011

---

CHECKING DEPOSIT

Date
Name Best Western          105 83

ACCOUNT NUMBER                SUB TOTAL
* ███████4070                          105 83
                             NET
                             DEPOSIT $   105 83

⑈5400⑈0001⑈          151

DDA Credits - 08/29/2011

NEVADA B&T ⋅124201565⋅ 08/29/2011  002605030222

DDA Credits - 08/29/2011

---

CHECKING DEPOSIT

Date 8/29/11                 1019 20
Name Best Western

ACCOUNT NUMBER                SUB TOTAL  1019 20
* ███████4070                 LESS CASH
                              RECEIVED
                             NET
                             DEPOSIT $   1019 20

⑈5400⑈0001⑈          151

DDA Credits - 08/30/2011

NEVADA B&T ⋅124201565⋅ 08/30/2011  002605030207

DDA Credits - 08/30/2011

---

CHECKING DEPOSIT

Date 8/31/11                 120 95
Name Best Western

ACCOUNT NUMBER                SUB TOTAL  120 95
* ███████4070                 LESS CASH
                              RECEIVED
                             NET
                             DEPOSIT $   120 95

⑈5400⑈0001⑈          151

DDA Credits - 08/31/2011

NEVADA B&T ⋅124201565⋅ 08/31/2011  002605030549

DDA Credits - 08/31/2011

---

CHECKING DEPOSIT

Date 8/31/11                 CTR  246 38
Name Best Western

ACCOUNT NUMBER                SUB TOTAL
* ███████4070                 LESS CASH
                              RECEIVED   246 38
                             NET
                             DEPOSIT $   246 38

⑈5400⑈0001⑈          151

DDA Credits - 08/31/2011

NEVADA B&T ⋅124201565⋅ 08/31/2011  002605030552

DDA Credits - 08/31/2011

ELKO GOLD MINE, LLC ████4070 Page 10

Elko Gold Mine LLC          Nevada Bank & Trust Co          1238
DATE    8/1/2011
PAY TO THE
ORDER OF    Elko Gold Mine LLC
$    **15,000.00
Fifteen Thousand and 00/100                                    DOLLARS
MEMO    Bank Transfer

DDA Debits - 08/02/2011

Elko Gold Mine LLC          Nevada Bank & Trust Co          1239
DATE    8/18/2011
PAY TO THE
ORDER OF    Elko Gold Mine LLC
$    **12,000.00
Twelve Thousand and 00/100                                    DOLLARS
MEMO    deposit into oth bank

DDA Debits - 08/19/2011