ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: *mail@asmithlaw.com*

Co-Counsel for Debtor

AJ KUNG, ESQ.
Nevada Bar No. 7052
BRANDY BROWN, ESQ.
Nevada Bar No. 9987
Kung & Associates
214 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720
Email: ajkung@ajkunglaw.com
Email: bbrown@ajkunglaw.com

Counsel for Debtor

*ELECTRONICALLY FILED*
*October 25, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ELKO GOLD MINE, LLC,<br>a Nevada limited liability company,<br><br>Debtor.<br><br>_____/ | Case No. BK-N-11-50084-BTB<br>Chapter 11<br><br>**CERTIFICATE OF ACCEPTANCE AND REJECTION OF CHAPTER 11 PLAN [BALLOT SUMMARY]**<br><br>Hearing Date: October 26, 2011<br>Hearing Time: 3:00 p.m. |

    Debtor, ELKO GOLD MINE, LLC, by and through its co-counsel, ALAN R. SMITH, ESQ., hereby files its certificate that ballots concerning the Debtor's Plan of Reorganization (**Dkt. #129**) have been received as follows:

///

///

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot Summary 102411-dlg.wpd

| Creditor | Class | Amount | Vote |
|---|---|---|---|
| Excel National Bank | 1 | $ 4,500,000.00 | Accepts |

TOTAL CREDITORS VOTING: 1
PERCENTAGE IN NUMBER ACCEPTING: 100%
PERCENTAGE IN DOLLAR AMOUNT ACCEPTING: 100%

| Creditor | Class | Amount | Vote |
|---|---|---|---|
| C.M. Jarvis Furniture Leasing, Inc. | 3 | $ 514,966.04 | Accepts |

TOTAL CREDITORS VOTING: 1
PERCENTAGE IN NUMBER ACCEPTING: 100%
PERCENTAGE IN DOLLAR AMOUNT ACCEPTING: 100%

| Creditor | Class | Amount | Vote |
|---|---|---|---|
| Baltic Linen Co., Inc. | 5 | $ 64,982.30 | Rejects |
| Cintas | 5 | $ 4,147.66 | Accepts |
| Culligan of Elko | 5 | $ 686.24 | Accepts |
| DNK Airport, LLC | 5 | $ 1,400,000.00 | Accepts |
| Excel National Bank | 5 | $ 654,869.21 | Accepts |
| Hot Shot Power Washing | 5 | $ 11,577.50 | Accepts |
| Nevada Division of Industrial Relations | 5 | $ 370.00 | Rejects |
| Team Green, Inc. | 5 | $ 105,071.33 | Rejects |
| Umscheid Ent., Inc. dba The Paint Store | 5 | $ 5,875.61 | Rejects |
| Val-U-Chem, Inc. | 5 | $ 675.64 | Accepts |
| Western Printing Co. | 5 | $ 664.05 | Accepts |

TOTAL CREDITORS VOTING: 11
PERCENTAGE IN NUMBER ACCEPTING: 64%
PERCENTAGE IN DOLLAR AMOUNT ACCEPTING: 92%

The Debtor is unaware of any other ballots.

Copies of the Ballots are collectively attached hereto as **Exhibit "A."** The original ballots are in the possession of Debtor's counsel, and are available for inspection and review by the Court and any interested party.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot Summary 102411-dlg.wpd       - 2 -

1  **DATED** this 25th day of October, 2011.

2                                                LAW OFFICES OF ALAN R. SMITH

3                                          By:    */s/ Alan R. Smith*

4                                                   ALAN R. SMITH, ESQ.
Co-Counsel for Debtor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot Summary 102411-dlg.wpd       - 3 -

# Exhibit "A"

| | |
|---|---|
| AJ KUNG, ESQ.<br>Nevada Bar No. 7052<br>BRANDY BROWN, ESQ.<br>Nevada Bar No. 9987<br>Kung & Associates<br>214 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720<br>Email: ajkung@ajkunglaw.com<br>Email: bbrown@ajkunglaw.com<br><br>Counsel for Debtor | ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, Nevada 89501<br>Telephone (775) 786-4579<br>Facsimile (775) 786-3066<br>*Email: mail@asmithlaw.com*<br><br>Co-Counsel for Debtor |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date:  October 26, 2011
Hearing Time:  3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor:  Class 1                    Accepts ( __X__ )

Amount of Claim:  $4,500,000.00               Rejects ( _____ )
Name of Creditor:  Excel National Bank
        Address:  43385 Business Park Drive, Suite 220
                  Temecula, CA 92590
            By:   Curtis DeMers
         Title:   SVP/Special Assets Manager

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

| | |
|---|---|
| 1  AJ KUNG, ESQ. | ALAN R. SMITH, ESQ. |
|    Nevada Bar No. 7052 | Nevada Bar No. 1449 |
| 2  BRANDY BROWN, ESQ. | Law Offices of Alan R. Smith |
|    Nevada Bar No. 9987 | 505 Ridge Street |
| 3  Kung & Associates | Reno, Nevada 89501 |
|    214 S. Maryland Parkway | Telephone (775) 786-4579 |
| 4  Las Vegas, Nevada 89101 | Facsimile (775) 786-3066 |
|    Telephone: (702) 382-0883 | Email: mail@asmithlaw.com |
| 5  Facsimile: (702) 382-2720 | |
|    Email: ajkung@ajkunglaw.com | Co-Counsel for Debtor |
| 6  Email: bbrown@ajkunglaw.com | |

7  Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date: October 26, 2011
Hearing Time: 3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: __3__                              Accepts ( __X__ )

Amount of Claim: $ 514,966.04                         Rejects ( _____ )
Name of Creditor: C.M. Jarvis Furniture Leasing Inc.
         Address: 50 West Liberty St. Ste. 1100
                  Reno, NV 89501
By: John O. Tennert
Title: Attorney for C.M. Jarvis Furniture Leasing Inc.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

Case 11-50084-btb   Doc 143   Entered 09/14/11 16:31:01   Page 3 of 3

| | |
|---|---|
| AJ KUNG, ESQ.<br>Nevada Bar No. 7052<br>BRANDY BROWN, ESQ.<br>Nevada Bar No. 9987<br>Kung & Associates<br>214 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720<br>Email: ajkung@ajkunglaw.com<br>Email: bbrown@ajkunglaw.com<br><br>Counsel for Debtor | ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, Nevada 89501<br>Telephone (775) 786-4579<br>Facsimile (775) 786-3066<br>Email: mail@asmithlaw.com<br><br>Co-Counsel for Debtor |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA
—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date:   October 26, 2011
Hearing Time:   3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: _UN-SECURED_          Accepts ( _____ )

Amount of Claim: $ _64,932.30_           Rejects ( ✓ )
Name of Creditor: _BALTIC LINEN Co INC._
Address: _199 MARCUS AVE_
_LAKE SUCCESS NY 11040_
By: _Carin Vieyra_
Title: _Credit Mgr_

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot.091411-rmb.wpd

| | |
|---|---|
| AJ KUNG, ESQ.<br>Nevada Bar No. 7052<br>BRANDY BROWN, ESQ.<br>Nevada Bar No. 9987<br>Kung & Associates<br>214 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720<br>Email: ajkung@ajkunglaw.com<br>Email: bbrown@ajkunglaw.com<br><br>Counsel for Debtor | ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, Nevada 89501<br>Telephone (775) 786-4579<br>Facsimile (775) 786-3066<br>Email: *mail@asmithlaw.com*<br><br>Co-Counsel for Debtor |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date: October 26, 2011
Hearing Time: 3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: **Unsecured**     Accepts ( ✓ )

Amount of Claim: $ **4147.66**     Rejects ( )
Name of Creditor: **Cintas**
    Address: **P.O. Box 97627 Eagle Way**
    **Chicago IL 60678**
By: **Deborah Erickson**
Title: **Collection Supv.**   **9-21-11**
**708-563-3355**

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

```
 1  AJ KUNG, ESQ.                              ALAN R. SMITH, ESQ.
    Nevada Bar No. 7052                        Nevada Bar No. 1449
 2  BRANDY BROWN, ESQ.                         Law Offices of Alan R. Smith
    Nevada Bar No. 9987                        505 Ridge Street
 3  Kung & Associates                          Reno, Nevada 89501
    214 S. Maryland Parkway                    Telephone (775) 786-4579
 4  Las Vegas, Nevada 89101                    Facsimile (775) 786-3066
    Telephone: (702) 382-0883                  Email: mail@asmithlaw.com
 5  Facsimile: (702) 382-2720
    Email: ajkung@ajkunglaw.com                Co-Counsel for Debtor
 6  Email: bbrown@ajkunglaw.com

 7  Counsel for Debtor

 8
                        UNITED STATES BANKRUPTCY COURT
 9
                                DISTRICT OF NEVADA
10                                   —ooOoo—

11  In Re:                                     Case No. BK-N-11-50084-BTB
                                               Chapter 11
12  ELKO GOLD MINE, LLC,                       BALLOT FOR ACCEPTING OR
    a Nevada limited liability company,        REJECTING DEBTOR'S PLAN OF
13                                             REORGANIZATION
                        Debtor.
14                                             Hearing Date:  October 26, 2011
                                       /       Hearing Time:  3:00 p.m.
15
         The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by
16  the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest
    voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless
17  conforms to the requirements of the law. See 11 U.S.C. § 1129.

18       This ballot must be returned by mail, fax or email no later than 5:00 p.m. on October 21, 2011
    to:
19                               Alan R. Smith, Esq.
                              Law Offices of Alan R. Smith
20                                  505 Ridge Street
                                 Reno, Nevada 89501
21                          Facsimile Number: (775) 786-3066
                               Email: mail@asmithlaw.com
22
         The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and
23  votes as follows:
                                                               [Check One Box]
24
    Class of Creditor: _____              Accepts ( X )
25
    Amount of Claim:   $ 686.24                     Rejects (   )
26  Name of Creditor:  Culligan of Elko
         Address:      P.O. Box 848
27                     Elko, NV. 89803
         By:           [signature] Ernest B. Aldridge
28  Title:             Owner
```

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-smb.wpd

```
 1  AJ KUNG, ESQ.                          ALAN R. SMITH, ESQ.
    Nevada Bar No. 7052                    Nevada Bar No. 1449
 2  BRANDY BROWN, ESQ.                     Law Offices of Alan R. Smith
    Nevada Bar No. 9987                    505 Ridge Street
 3  Kung & Associates                      Reno, Nevada 89501
    214 S. Maryland Parkway                Telephone (775) 786-4579
 4  Las Vegas, Nevada 89101                Facsimile (775) 786-3066
    Telephone: (702) 382-0883              Email: mail@asmithlaw.com
 5  Facsimile: (702) 382-2720
    Email: ajkung@ajkunglaw.com            Co-Counsel for Debtor
 6  Email: bbrown@ajkunglaw.com

 7  Counsel for Debtor
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:                                    Case No. BK-N-11-50084-BTB
                                          Chapter 11
ELKO GOLD MINE, LLC,                      **BALLOT FOR ACCEPTING OR
a Nevada limited liability company,       REJECTING DEBTOR'S PLAN OF
                                          REORGANIZATION**
            Debtor.
                                          Hearing Date:   October 26, 2011
                                   /      Hearing Time:   3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: _____        Accepts ( ✓ )

Amount of Claim:  $ 1.4 mill              Rejects ( )
Name of Creditor: Onk Airport llc
         Address: 2305 Dupre Dr
                  Ceres CA 95351
              By: Gurvenderjit Kaur
           Title: managing member

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

| | |
|---|---|
| AJ KUNG, ESQ.<br>Nevada Bar No. 7052<br>BRANDY BROWN, ESQ.<br>Nevada Bar No. 9987<br>Kung & Associates<br>214 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720<br>Email: ajkung@ajkunglaw.com<br>Email: bbrown@ajkunglaw.com<br><br>Counsel for Debtor | ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, Nevada 89501<br>Telephone (775) 786-4579<br>Facsimile (775) 786-3066<br>*Email: mail@asmithlaw.com*<br><br>Co-Counsel for Debtor |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date: October 26, 2011
Hearing Time: 3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: Class 5              Accepts ( __X__ )

Amount of Claim: $654,869.21            Rejects (_____)
Name of Creditor: Excel National Bank
Address: 43385 Business Park Drive, Suite 220
         Temecula, CA 92590
By: Curtis DeMers
Title: SVP/Special Assets Manager

Law Offices of
ALAN R. SMITH
505 Ridge Street,
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

|   |   |   |
|---|---|---|
| 1 | AJ KUNG, ESQ.<br>Nevada Bar No. 7052 | ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449 |
| 2 | BRANDY BROWN, ESQ.<br>Nevada Bar No. 9987 | Law Offices of Alan R. Smith<br>505 Ridge Street |
| 3 | Kung & Associates<br>214 S. Maryland Parkway | Reno, Nevada 89501<br>Telephone (775) 786-4579 |
| 4 | Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883 | Facsimile (775) 786-3066<br>Email: mail@asmithlaw.com |
| 5 | Facsimile: (702) 382-2720<br>Email: ajkung@ajkunglaw.com | Co-Counsel for Debtor |
| 6 | Email: bbrown@ajkunglaw.com |   |
| 7 | Counsel for Debtor |   |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.

*Hot Shot power washing*

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date: October 26, 2011
Hearing Time: 3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: __5__          Accepts ( X )

Amount of Claim: $11,577.50       Rejects (    )
Name of Creditor: Hot Shot power washing
Address: 2110 Colonial ar
         Elko NV 89801
By: Ethan Burlingham
Title: owner

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

| | |
|---|---|
| AJ KUNG, ESQ.<br>Nevada Bar No. 7052<br>BRANDY BROWN, ESQ.<br>Nevada Bar No. 9987<br>Kung & Associates<br>214 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720<br>Email: ajkung@ajkunglaw.com<br>Email: bbrown@ajkunglaw.com<br><br>Counsel for Debtor | ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, Nevada 89501<br>Telephone (775) 786-4579<br>Facsimile (775) 786-3066<br>*Email: mail@asmithlaw.com*<br><br>Co-Counsel for Debtor |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date:  October 26, 2011
Hearing Time:  3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:   OSHA debt not included in Plan.    [Check One Box]

Class of Creditor: __UNSECURED__    Accepts ( _____ )

Amount of Claim: $ __370.00__    Rejects ( __X__ )
Name of Creditor: __Nevada Division of Industrial Relations__
    Address: __400 West King Street, Ste. 201A__
         __Carson City, NV 89703__
    By: _[signature]_ __NANCY E. WONG__
    Title: __Division Counsel__

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

AJ KUNG, ESQ.
Nevada Bar No. 7052
BRANDY BROWN, ESQ.
Nevada Bar No. 9987
Kung & Associates
214 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720
Email: ajkung@ajkunglaw.com
Email: bbrown@ajkunglaw.com

Counsel for Debtor

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: *mail@asmithlaw.com***

Co-Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date: October 26, 2011
Hearing Time: 3:00 p.m.

    The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

    This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

    The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: *Class 5- Unsecured*     Accepts ( _____ )

Amount of Claim: $ *105,071.33*     Rejects ( **X** )
Name of Creditor: *Team Green, Inc*
Address: *c/o Law Offices of Amy N. Tirre, APC*
*3715 Lakeside Drive, Ste. A, Reno, NV 89509*
By: *[signature]*
Title: *Counsel for Team Green, Inc*

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

| | |
|---|---|
| AJ KUNG, ESQ.<br>Nevada Bar No. 7052<br>BRANDY BROWN, ESQ.<br>Nevada Bar No. 9987<br>Kung & Associates<br>214 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-0883<br>Facsimile: (702) 382-2720<br>Email: ajkung@ajkunglaw.com<br>Email: bbrown@ajkunglaw.com<br><br>Counsel for Debtor | ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, Nevada 89501<br>Telephone (775) 786-4579<br>Facsimile (775) 786-3066<br>Email: *mail@asmithlaw.com*<br><br>Co-Counsel for Debtor |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.
_____/

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date:   October 26, 2011
Hearing Time:   3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: _5_               Accepts (_____)

Amount of Claim: $ _5875.61_         Rejects ( ✓ )
Name of Creditor: _UMSCHEID ENT, INC., DBA THE PAINT STORE_
Address: _336 SILVER ST._
_ELKO NV. 89801_
By: _Richard Umscheid_
Title: _Pres._

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

FROM :
Oct. 25. 2011  9:51AM

FAX NO. :

Case 11-50084-btb    Doc 173    Entered 10/25/11 11:51:26    Page 16 of 17
Oct. 25 2011 10:13AM  P1
No. 0846   P. 2

```
 1   AJ KUNG, ESQ.                              ALAN R. SMITH, ESQ.
     Nevada Bar No. 7052                        Nevada Bar No. 1449
 2   BRANDY BROWN, ESQ.                         Law Offices of Alan R. Smith
     Nevada Bar No. 9987                        505 Ridge Street
 3   Kung & Associates                          Reno, Nevada 89501
     214 S. Maryland Parkway                    Telephone (775) 786-4579
 4   Las Vegas, Nevada 89101                    Facsimile (775) 786-3066
     Telephone: (702) 382-0883                  Email: mail@asmithlaw.com
 5   Facsimile: (702) 382-2720
     Email: ajkung@ajkunglaw.com                Co-Counsel for Debtor
 6   Email: bbrown@ajkunglaw.com

 7   Counsel for Debtor
```

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA
—ooOoo—

In Re:

ELKO GOLD MINE, LLC,
a Nevada limited liability company,

Debtor.

Case No. BK-N-11-50084-BTB
Chapter 11
**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

Hearing Date: October 26, 2011
Hearing Time: 3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor: __5__                         Accepts ( __X__ )

Amount of Claim: $__675.64__                     Rejects ( ____ )
Name of Creditor: VAL-U-CHEM, INC.
         Address: P. O. BOX 82310
                  PHOENIX, AZ 95071
                  888-874-2100
By: ____
Title: President

Todd Fitch

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd

| | |
|---|---|
| 1  AJ KUNG, ESQ. | ALAN R. SMITH, ESQ. |
|    Nevada Bar No. 7052 | Nevada Bar No. 1449 |
| 2  BRANDY BROWN, ESQ. | Law Offices of Alan R. Smith |
|    Nevada Bar No. 9987 | 505 Ridge Street |
| 3  Kung & Associates | Reno, Nevada 89501 |
|    214 S. Maryland Parkway | Telephone (775) 786-4579 |
| 4  Las Vegas, Nevada 89101 | Facsimile (775) 786-3066 |
|    Telephone: (702) 382-0883 | Email: mail@asmithlaw.com |
| 5  Facsimile: (702) 382-2720 | |
|    Email: ajkung@ajkunglaw.com | Co-Counsel for Debtor |
| 6  Email: bbrown@ajkunglaw.com | |

7  Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA
—ooOoo—

In Re:                                                          Case No. BK-N-11-50084-BTB
                                                                Chapter 11
ELKO GOLD MINE, LLC,                                            **BALLOT FOR ACCEPTING OR**
a Nevada limited liability company,                             **REJECTING DEBTOR'S PLAN OF**
                                                                **REORGANIZATION**
                    Debtor.
                                                                Hearing Date:  October 26, 2011
                                            /                   Hearing Time:  3:00 p.m.

The Plan of Reorganization, and amendments thereto, referred to in this ballot can be confirmed by the Court only if two-thirds in amount and more than one-half in number of creditors in each class of interest voting on the Plan accept the Plan, or, in the event of a rejection, the Court finds that the Plan nonetheless conforms to the requirements of the law. See 11 U.S.C. § 1129.

This ballot must be returned by mail, fax or email no later than **5:00 p.m. on October 21, 2011** to:

Alan R. Smith, Esq.
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Facsimile Number: (775) 786-3066
Email: mail@asmithlaw.com

The undersigned acknowledges receipt of the Plan of Reorganization and amendment thereto and votes as follows:

[Check One Box]

Class of Creditor:  5                               Accepts ( X )

Amount of Claim:  $ 664.05                          Rejects (     )
Name of Creditor:  Western Printing Co
        Address:  PO Box 1555
                  Aberdeen, SD 57402
            By:   Marie Goetz
         Title:   Bkkp

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Elko Gold Mine\Plan & DS\Ballot 091411-rmb.wpd