# Exhibit 2

Exhibit 2

WHITE LAW CHARTERED
20th Century Building
335 West First Street
Reno, NV 89503
Phone: (775) 322-8000
Fax:  (775) 322-1228

September 2011
INVOICE

Elko Gold Mine
1999 Marcus Ave, Ste.300
P.O. Box 5485
Lake Success, NY 11040-5485

      RE:  White Law Chartered File No.:
            In the Matter of Chapter 11, Case No.
            BK-N-11-50084 btb
            Billing Period 9/01/11 - 9/30/11

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|---|---|---|
| 09/01/11 | 0.50 | Review re: tomorrow's Disclosure Statement Hearing. Attempts to contact committee. |
| 09/02/11 | 0.50 | Continued Hearing on Disclosure Statement |
| 09/02/11 | 0.80 | Prepare for and attend disclosure Statement hearing. |
| 09/09/11 | 0.50 | Review re: Fee Application |
| 09/12/11 | 1.00 | Work on Fee App. Forward same to Committee. T/c with Bill Cossitt re: signing |
| 09/14/11 | 0.50 | Elko review re: Committee approach to Plan Confirmation. |
| 09/15/11 | 1.00 | T/c with Bruce Menke, Chase International, re: market testing new value in Debtor's plan. |
| 09/22/11 | 0.50 | Review re: Committee problems with plan. Email to Committee re: same. |
| 09/23/11 | 0.50 | Try to set up Conference Call. Review re: Disclosure Statement problems. |
| 09/26/11 | 0.80 | Conference Call with Committee re: plan issues. |

            ATTORNEY'S TIME:6.60   HRS.@$300.00 PER HR.=$1,980.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|---|---|---|
| 09/02/11 | 0.30 | Prepare Request for Hearing Date on the Fee Application. Work on Fee Application. |
| 09/08/11 | 5.20 | Review and revise Elko Fee App. Follow-up court re: hearing date on the Fee App. |
| 09/09/11 | 5.30 | |
| 09/12/11 | 0.40 | Review Invoices which are to be used as an attachment to the Fee App. Continue work on Fee Application |
| 09/14/11 | 4.75 | Revise and review, Finalize Fee App today and upload Application, Notice of Hearing, Declaration of John. Prepare Certificate of Service and upload same. |
| 09/15/11 | 0.70 | Prepare copies for Chambers(Fee App and other related pleadings). Review file re: MORS |
| 09/16/11 | 1.90 | O/c with John re: Order Approving Plan. Verify |
| 09/26/11 | 2.28 | information whether what we require from debtors were furnished to us per the September 2, 2011 D/S Hearing. Review status report filed by Debtor. Attend the phone conference with the Committee. Prepare form for requesting C/D/ of the D/S Hearing and file request with the Bankruptcy Court. |

PARALEGAL'S TIME: 20.83 HRS.@ $75.00 PER HR.= $1,562.25

COSTS ADVANCED:

| Copies (854 @ 0.25 ea.): | $213.50 |
|---|---|
| Postage: | $68.20 |

TOTAL COSTS= $281.70

ATTORNEY/PARALEGAL FEES TOTAL= $3,542.25

TOTAL = $3,823.95

WHITE LAW CHARTERED
20th Century Building
335 West First Street
Reno, NV 89503
Phone: (775) 322-8000
Fax:  (775) 322-1228

October 2011
<u>INVOICE</u>

To: The Official Committee of Unsecured Creditors of
Elko Gold Mine
c/o Baltic Linen Inc./Desert Design/Sign Resource
1999 Marcus Ave, Ste.300
P.O. Box 5485
Lake Success, NY 11040-5485

      RE:   *White Law Chartered File No.:*
               *In the Matter of Chapter 11, Case No.*
               *BK-N-11-50084 btb*
               *Billing Period 10/01/11 - 10/31/11*

ATTORNEY HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|---|---|---|
| 10/03/11 | 1.70 | Conference Call with Committee re: plan issues |
| 10/03/11 | 0.40 | Prepare for Conference Call |
| 10/03/11 | 1.00 | Review Second Amended and prepare for call to Debtor |
| 10/04/11 | 2.90 | Review and research re: Plan Response. T/c with Bob Fletcher re: same. |
| 10/07/11 | 0.40 | Conference Call |
| 10/07/11 | 1.40 | Review re: preparation for Conference call |
| 10/11/11 | 4.00 | Work on Opposition to Plan |
| 10/13/11 | 0.40 | T/c with Amy Tirre re: shortening time to estimate claims. |
| 10/20/11 | 1.00 | Review re: tomorrow's meeting with Alan. Email to Committee re: ballots. T/c with Bruce Menke re: possible sale. |
| 10/21/11 | 1.70 | O/c with Alan Smith and Amy Tirre re: Plan. T/c and o/cs with Amy Tirre re: same. Related file review. Various emails to Debtor re: same. |
| 10/24/11 | 1.80 | Meet with Committee via phone conference. Review committee comments. Settlement letter to Alan Smith. |

*April 2011 Invoice – Page 1 of 2*

ATTORNEY'S TIME:16.70 HRS.@$300.00 PER HR.=5,010.00

PARALEGAL HOURS:

| DATE | HOURS | DESCRIPTION OF SERVICE |
|---|---|---|
| 10/12/11 | 2.30 | Review and Revise UCC Objection to Debtor's Second Amended Plan. |
| 10/12/11 | 1.75 | Review and Revise Declaration of John White in Support of Objection to Second Amended Plan. |
| 10/12/11 | 0.75 | Review Objection, Declaration and Errata. |
| 10/12/11 | 0.75 | Upload Objection, Declaration and Errata |
| 10/12/11 | 1.10 | O/c with John re: email exchanges re: requested additional information re: Second Amended Plan. |
| 10/12/11 | 0.50 | Review Second Amended Plan whether we were furnished, requested additional information re: hotel daily rates, occupancy, etc.. |
| 10/12/11 | 0.50 | T/c and email with Amy Tirre re: Objection to the Plan and an unsecured creditor's possible joiner. |
| 10/13/11 | 0.30 | Prepare docs for furnishing Chamber's Copy. |
| 10/25/11 | 1.00 | Review Supplement to Fee Application. |

PARALEGAL'S TIME:8.95 HRS.@ $75.00 PER HR.= $671.25

COSTS ADVANCED:

Copies ( @ 0.25 ea.):     $0.00

Postage:                  $0.00

Pacer Service Center:     $8.48

TOTAL COSTS= $8.48

ATTORNEY/PARALEGAL FEES TOTAL= $5,681.25

TOTAL AMOUNT DUE ON THESE MATTERS= $5,689.73

"Do Not Pay At This Time Payment Due Upon Court Approval"

*April 2011 Invoice – Page 2 of 2*